1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  MIRA HASHMALL (State Bar No. 216842)
   mhashmall@millerbarondess.com
3  EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
   esanchirico@millerbarondess.com
4  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
5  Los Angeles, California 90067
   Telephone:   (310) 552-4400
6  Facsimile:    (310) 552-8400

7  Attorneys for Defendant
   COUNTY OF LOS ANGELES

8

9              UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | VANESSA BRYANT, a California
   | resident,

13 |                                          | **CASE NO. 2:20-cv-9582**

14 |             Plaintiff,                    | **NOTICE OF REMOVAL OF**
   |                                          | **ACTION UNDER 28 U.S.C. § 1441(a)**

15 |        v.

16 | COUNTY OF LOS ANGELES, a
   | public entity; LOS ANGELES
17 | COUNTY SHERIFF'S
   | DEPARTMENT, a public entity; ALEX
18 | VILLANUEVA, as Sheriff of the
   | County of Los Angeles and as an
19 | individual; and DOES 1-100, inclusive,

20 |             Defendants.

21

22

23

24

25

26

27

28

477783.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

2  **CENTRAL DISTRICT OF CALIFORNIA:**

3      **PLEASE TAKE NOTICE** that, under 28 U.S.C. sections 1331, 1441 and

4  1446, Defendants County of Los Angeles (the "County") and the Los Angeles

5  County Sheriff's Department[1] ("Department") (together, "Defendants") hereby

6  remove the case captioned as *Bryant, et al. v. County of Los Angeles, et al.*, LASC

7  Case No. 20STCV35884 (the "State Court Action") from the Superior Court of the

8  State of California for the County of Los Angeles to this Court.

9      Removal is proper because, as set forth herein, the Court has subject matter

10 jurisdiction over the claims at issue in the State Court Action and the procedural

11 requirements for removal have been satisfied.

12 **I.      FACTUAL BACKGROUND**

13     On September 17, 2020, Plaintiff Vanessa Bryant ("Plaintiff") commenced

14 the State Court Action in the Superior Court of the State of California for the

15 County of Los Angeles by the filing of a Summons and Complaint (the

16 "Complaint").  (The Complaint, along with the Superior Court Summonses and

17 Civil Cover Sheet, are attached hereto as **Exhibits A-D**.)  The Complaint asserts two

18 claims for violations of the Fourteenth Amendment (42 U.S.C. § 1983), along with

19 related state law claims for negligence, invasion of privacy, and intentional

20 infliction of emotional distress.

21     Plaintiff served the County and the Department with a copy of the Complaint

22 on September 24, 2020.

23

24

25

26 [1] The Los Angeles County Sheriff's Department is not a proper defendant because it is not a separate governmental entity, but is a department of the County.  *Pierce v.*

27 *San Mateo Cnty. Sheriff's Dep't*, 232 Cal. App. 4th 995, 1000 n.1 (2014).  The

28 County intends to move to dismiss the Sheriff's Department on that ground.

477783.1

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

## II.     REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

This action is removable under 28 U.S.C. section 1441.  This Court has original jurisdiction over this action under 28 U.S.C. section 1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff purports to bring claims for violation of the Fourteenth Amendment of the United States Constitution under 42 U.S.C. section 1983.

This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. section 1367, as those claims form part of the same case or controversy as Plaintiff's federal claims.

## I.     REMOVAL IS TO THE PROPER COURT

Plaintiff brought the State Court Action in the Superior Court of the State of California for the County of Los Angeles, which is within this Court's judicial district and division.  *See* 28 U.S.C. § 84(c).  This Court is therefore the proper court for removal under 28 U.S.C. sections 1441(a) and 1446(a).

## III.     REMOVAL IS TIMELY

This Notice of Removal is timely because it is being filed within 30 days of receipt by Defendants, through service or otherwise, of a copy of the Complaint, which was the first pleading, notice, order, or other paper from which it could be ascertained that the case is removable.  See 28 U.S.C. § 1446(b).

This Notice of Removal is being filed on October 19, 2020—prior to the expiration of the thirty-day period for removal prescribed by 28 U.S.C. § 1446(b)(1).

## IV.     DEFENDANTS SATISFIED ALL PROCEDURAL REQUIREMENTS

A copy of all documents in Defendants' possession pertaining to the State Court Action, including, in accordance with 28 U.S.C. section 1446(a), all process, pleadings, and/or orders served on Defendants in the State Court Action, are attached hereto as **Exhibits A-D**.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    The County and Sheriff's Department consent to removal.  Defendant Sheriff

2  Villanueva has not yet been served.  Only those defendants who have been properly

3  joined and served need consent to the removal of an action.  *See* 28 U.S.C.

4  § 1446(b)(2)(A).  The "DOE" defendants need not consent to or join in the notice of

5  removal.  *See Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980).

6    Defendants have not previously tried to remove this action.

7  **V.    NOTICE TO ADVERSE PARTIES AND SUPERIOR COURT**

8    Promptly after the filing of this Notice of Removal, Defendants will provide

9  written notice of removal to all adverse parties, namely Plaintiff and the Superior

10  Court of the State of California for the County of Los Angeles, and will file a copy

11  of this Notice with the clerk therein.

12  **VI.    CONCLUSION**

13    Based on the foregoing, Defendants remove this action and respectfully

14  requests that further proceedings be conducted in this Court as required by law.

15

16  DATED:  October 19, 2020          MILLER BARONDESS, LLP

17

18

19                            By:  _____/s/ Mira Hashmall_____

20                                 MIRA HASHMALL
                                   Attorneys for Defendant
21                                 COUNTY OF LOS ANGELES

22  DATED:  October 19, 2020          LOS ANGELES COUNTY COUNSEL

23

24

25                            By:  _____/s/ Jonathan McCaverty_____

26                                 JONATHAN MCCAVERTY
                                   Attorneys for Defendant
27                                 LOS ANGELES COUNTY SHERIFF'S
                                   DEPARTMENT
28

477783.1

4

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

1

## INDEX OF EXHIBITS

| Ex. No. | Description | Pg. No. |
|---------|-------------|---------|
| A. | Summons: County of Los Angeles | 6-8 |
| B. | Summons: Los Angeles Sheriff's Department | 9-11 |
| C. | Civil Case Cover Sheet and Addendum | 12-18 |
| D. | Complaint | 19-66 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

477783.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)