LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual; and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW(Ex)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT & SET BRIEFING SCHEDULE**<br><br>Complaint Served: September 24, 2020<br><br>Case Removed: October 19, 2020<br><br>Current Response Date for County/ LASD: October 26, 2020<br><br>Current Response Date for Sheriff Alex Villanueva: November 13, 2020<br><br>New [Proposed] Response Date: November 17, 2020<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

Plaintiff Vanessa Bryant ("Plaintiff") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Alex Villanueva, as Sheriff of the County of Los Angeles and as an individual (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in Los Angeles County Superior Court, Case No. 20STCV35884 (the "State Court Case"), on September 17, 2020;

WHEREAS, Plaintiff served Defendants County of Los Angeles and Los Angeles County Sheriff's Department with the Complaint in the State Court Case on September 24, 2020;

WHEREAS, Defendants removed the State Court Case to this Court on October 19, 2020;

WHEREAS, Defendant Alex Villanueva, in both his individual capacity and his official capacity as the Sheriff of Los Angeles County, accepted service of the Complaint on October 23, 2020;

WHEREAS, the current deadline for the County of Los Angeles and the Los Angeles County Sheriff's Department to respond to the Complaint is October 26, 2020;

WHEREAS, the current deadline for Sheriff Alex Villanueva to respond to the Complaint is November 13, 2020;

WHEREAS, in accordance with Local Rule 8-3, Plaintiff has agreed to allow Defendants additional time to respond to the Complaint;

WHEREAS, the Parties believe it would be beneficial to set a briefing schedule for Defendants' potential motion(s) to dismiss, in the event motion practice cannot be averted through meet and confer efforts between the parties, in accordance with Local Rule 7-3;

WHEREAS, the Parties wish to align the deadlines of all Defendants to respond to the Complaint, allow adequate time for briefing of potentially complex

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

issues on the motion to dismiss, and manage the motion to dismiss briefing schedule in relation to the Thanksgiving holiday weekend;

WHEREAS, no party has previously requested an extension with respect to any of the matters discussed herein.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS**:

1. The last day for Defendants to file and serve their response(s) to the Complaint shall be November 17, 2020.

2. If Defendants file motion(s) to dismiss, the Parties will adhere to the following briefing schedule:
   - Defendants shall file their motion(s) to dismiss on or before November 17, 2020;
   - Plaintiff shall file her opposition(s) on or before December 11, 2020; and
   - Defendants shall file their reply brief(s) on or before December 21, 2020.

3. The Parties agree that the hearing on Defendants' motion(s) to dismiss shall be set for January 4, 2021 at 1:30 p.m., or on a later date that is convenient for the Court.

DATED: October 23, 2020       MUNGER, TOLLES & OLSON LLP

By:  /s/ Luis Li
     LUIS LI
     Attorneys for Plaintiff
     VANESSA BRYANT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DATED: October 23, 2020       MILLER BARONDESS, LLP

By: /s/ Mira Hashmall
    MIRA HASHMALL
    Attorneys for Defendant
    COUNTY OF LOS ANGELES

DATED: October 23, 2020       LOS ANGELES COUNTY COUNSEL

By: /s/ Jonathan C. McCaverty
    JONATHAN C. McCAVERTY
    Attorneys for Defendants
    LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and
    ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual

# **SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 23, 2020         MILLER BARONDESS, LLP


By:   /s/ Mira Hashmall
      MIRA HASHMALL
      Attorneys for Defendant
      COUNTY OF LOS ANGELES