**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
For such a lengthy briefing schedule
10/26/2020

*[signature: John F. Walter]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California resident,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-09582-JFW(Ex)<br><br>**[PROPOSED] ORDER GIVING EFFECT TO STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT & SET BRIEFING SCHEDULE**<br><br>Current Response Date for County/LASD: October 26, 2020<br><br>Current Response Date for Sheriff Alex Villanueva: November 13, 2020<br><br>New [Proposed] Response Date: November 17, 2020<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

479472.1

ORDER GIVING EFFECT TO STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT & SET BRIEFING SCHEDULE

# ORDER

The Court, having read and considered Plaintiff Vanessa Bryant ("Plaintiff") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Sheriff Alex Villanueva's (collectively, "Defendants") (together with Plaintiff, the "Parties") Stipulation to Extend Time to Respond to Initial Complaint & Set Briefing Schedule (the "Stipulation"), and good cause having been shown, hereby ORDERS as follows:

1. The last day for Defendants to file and serve their response(s) to the Complaint shall be November 17, 2020.

2. If Defendants file motion(s) to dismiss, the Parties will adhere to the following briefing schedule:
   - Defendants shall file their motion(s) to dismiss on or before November 17, 2020;
   - Plaintiff shall file her opposition(s) on or before December 11, 2020; and
   - Defendants shall file their reply brief(s) on or before December 21, 2020.

3. The hearing on Defendants' motion(s) to dismiss shall be set for _____ at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: _____, 2020    DENIED
The Hon. John F. Walter
Judge of the United States District Court