LUIS LI (State Bar No. 156081)
luis.li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>              Defendants. | Case No.  2:20-cv-09582-JFW-E<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Judge:  Hon. John F. Walter<br>Crtrm.: 7A |

# DECLARATION OF LUIS LI

I, Luis Li, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP and counsel of record for Plaintiff Vanessa Bryant in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I have registered as a CM/ECF User.

3. My e-mail address of record is luis.li@mto.com.

4. I have read this Court's Standing Order (ECF No. 18) and the Local Rules for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2020, at Los Angeles, California.

DATED: October 30, 2020         MUNGER, TOLLES & OLSON LLP


                                By:    /s/ *Luis Li*
                                       LUIS LI

                                Attorneys for Plaintiff Vanessa Bryant

-2-   Case No. 2:20-cv-09582-JFW-E
DECLARATION OF LEAD TRIAL COUNSEL