# Exhibit 7

Exhibit 7
109

LUIS LI (State Bar No. 156081)
luis.li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT COUNTY OF LOS ANGELES**<br><br>Judge: Hon. John F. Walter<br><br>Trial Date: None Set |

PROPOUNDING PARTY:   VANESSA BRYANT

RESPONDING PARTY:   COUNTY OF LOS ANGELES

SET NO.:   TWO

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Vanessa Bryant requests that Defendant County of Los Angeles produce, not later than thirty (30) days from the date of service hereof, the documents and things described in the following Rule 34 requests at the offices of Munger, Tolles & Olson LLP, 350 South Grand Avenue, 50th Floor, Los Angeles, California, 90071 (attn.: Craig Jennings Lavoie), or at such other place and time as may be agreed by counsel for the parties:

## DEFINITIONS

1. "YOU" and "YOUR" shall mean and refer to the County of Los Angeles and any of its current or former agents, representatives, employees, officers, directors, members, alter egos, controlled entities, predecessors, successors, assigns, attorneys, affiliates, and/or any person acting on its behalf.

## INSTRUCTIONS

2. Pursuant to Federal Rule of Civil Procedure 34(b), YOU shall produce responsive DOCUMENTS and COMMUNICATIONS as they have been kept in the usual course of business or shall organize and label them to correspond to these enumerated requests. In either case, DOCUMENTS and COMMUNICATIONS contained in file-folders, loose-leaf binders, and notebooks with tabs or labels identifying such DOCUMENTS and COMMUNICATIONS are to be produced intact with such file-folders, loose-leaf binders, or notebooks. In producing DOCUMENTS and COMMUNICATIONS, all DOCUMENTS and COMMUNICATIONS that are physically attached to each other shall be left so attached. DOCUMENTS and COMMUNICATIONS that are segregated or separated from other DOCUMENTS and COMMUNICATIONS shall be left so segregated or separated.

3. These Requests for Production are continuing in nature so as to require YOU to produce for inspection and copying any DOCUMENTS and COMMUNICATIONS not previously produced that YOU may from time-to-time

acquire, obtain, locate, or identify, in accordance with the duty to supplement and correct under Federal Rule of Civil Procedure 26(e).

4. If no DOCUMENTS or COMMUNICATIONS are responsive to a particular request, YOU should state that no responsive DOCUMENTS and COMMUNICATIONS exist.

5. Every DOCUMENT and COMMUNICATION shall be produced with a Bates-number prefix.

6. Electronic DOCUMENTS and COMMUNICATIONS shall be produced in the following format:

a. Email and e-files should be produced as TIFF (Tagged Image File Format) images, along with at least the following items of searchable metadata or information about such DOCUMENTS and COMMUNICATIONS, as required to make these DOCUMENTS and COMMUNICATIONS reasonably usable: (1) for emails, from, to, cc, bcc, sent date, sent time, subject, and text; (2) for other electronic files (including email attachments), file name, file type or extension, author, created date, created time, modified date, modified time and text; and (3) for all DOCUMENTS and COMMUNICATIONS (including paper DOCUMENTS and COMMUNICATIONS), custodian, Bates number beginning, Bates number ending, family range beginning, family range ending, and confidentiality designation, if any.

b. TIFF Images should be produced in monochrome single-page format at 300 dpi resolution with Group IV compression and named by the Bates number each image represents. Images should be labeled with unique filenames, zero-padded and with no spaces, which are unique and match the Bates number stamped on the image. In addition to any other reasonable formatting, images should contain "speaker's notes" for MS PowerPoint files, hidden pages/columns/rows/text with any substantive content for MS Excel files, and "tracked changes" for any MS Word DOCUMENTS.

    c. Data deliveries should be on as few CDs, DVDs, external Hard Disk Drives, thumb drives or secure file transfers as appropriate and reasonable for the volume of material produced.

    d. To the extent specific DOCUMENTS or DOCUMENT family groups require redaction, Optical Character Recognition ("OCR") may be provided as "text" for such DOCUMENTS.

    e. All DOCUMENT productions shall be produced with industry standard data load files (e.g., Concordance) and image load files (e.g. Opticon). Extracted text and OCR text shall be produced in multiple page text files and named by the Bates number each text file represents.

    f. To the extent necessary in order to produce DOCUMENTS and COMMUNICATIONS in a reasonably usable format, YOU shall also produce native files in connection with the production specifications referenced above. This format of production shall be used for files such as spreadsheets, databases and multimedia files where the TIFF images do not adequately communicate the substantive content or context of the file. In the case of any databases and/or files created in proprietary applications, the parties should discuss whether a standard export of structured data into a commonly used application (i.e., MS Access or SQL) would be appropriate or whether there is some other form of production or reporting that would be more appropriate. When productions are made natively, YOU should name the file consistent with the first Bates number represented by the DOCUMENT or COMMUNICATION in the production, followed by any applicable confidentiality legend (or abbreviation if the legend makes the file name too long) and produce a slipsheet stating that the DOCUMENT or COMMUNICATION has been produced in native form.

    g. Notwithstanding the foregoing, if any electronically stored information is produced in a form that is not reasonably reviewable or useable by Plaintiff's counsel, Plaintiff reserves the right for their counsel to request specific

and individual records to be delivered in a different form, including, but not limited to, native form.

7. Any DOCUMENT or COMMUNICATION responsive to a Request that YOU do not produce by reason of a claim of privilege or otherwise, shall be identified in writing as follows:

    a. State the general subject matter;

    b. State the date the DOCUMENT or COMMUNICATION was prepared and the date it bears;

    c. Identify each person who wrote, signed, initialed, dictated, or otherwise participated in the preparation of the DOCUMENT or COMMUNICATION;

    d. Identify each person to whom the DOCUMENT or COMMUNICATION was addressed and each person to whom the original or a copy of the DOCUMENT or COMMUNICATION was sent;

    e. Identify each person who has custody of the original or a copy of the DOCUMENT or COMMUNICATION;

    f. Identify each person referred to in the immediate preceding subparagraphs c, d, and e by stating his or her full name, job title, and business address, both currently and at the time he or she first had any involvement with the DOCUMENT or COMMUNICATION; and

    g. State the privilege or immunity asserted.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 49:**

The Internal Affairs Bureau Investigative report identified in YOUR initial disclosures served on November 18, 2020 (attached hereto as Exhibit A).

| | | |
|---|---|---|
| 1 | DATED: November 30, 2020 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Craig Jennings Lavoie* |
| 5 | | CRAIG JENNINGS LAVOIE |
| 6 | | Attorneys for Plaintiff Vanessa Bryant |

# Exhibit A

Exhibit 7
116

JONATHAN C. MCCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446
Email: jmccaverty@counsel.lacounty.gov

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT and ALEX VILLANUEVA

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email: smiller@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DEFENDANTS' INITIAL DISCLOSURES**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

## DEFENDANTS' INITIAL DISCLOSURES

Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Sheriff Alex Villanueva (collectively, "Defendants") hereby make their initial disclosures, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Defendants are making these disclosures based on the information that is reasonably available to them at this time in a good-faith effort to comply with their obligations under Rule 26(a)(1). Discovery is ongoing, and Defendants reserve the right to supplement, update and/or amend these disclosures as appropriate during the course of this action. By making these disclosures, Defendants do not represent that they are identifying every document or witness relevant to their claims or defenses, do not concede admissibility of the information disclosed, and do not waive any protections available to them under the attorney-client privilege, the work product doctrine, or any other applicable privilege. No incidental or implied admissions are intended by these Initial Disclosures. This disclosure does not include any expert witnesses. Expert witnesses will be disclosed in accordance with the Federal Rules of Civil Procedure and applicable scheduling orders of the Court.

Finally, Defendants' disclosures are made without waiver of: (1) the right to object to the use of any information disclosed herein in this action or any other action; (2) the right to object to any discovery request relating to these disclosures; and (3) the right to seek a protective order.

### A.     Individuals Likely to Have Discoverable Information

In accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(i), and subject to the reservation of all rights and privileges described above, Defendants believe that the individuals identified in the Internal Affairs Bureau Investigative Report, described below, are likely to have discoverable information regarding their claims and defenses. Defendants are not listing those individuals here due to privacy and confidentiality concerns.

### B. Categories of Documents Defendants May Use

In accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(ii), and subject to the reservation of all rights and privileges described above and any ruling by the Court as to scope, Defendants provide the following list of categories of documents in their possession, custody or control that they may use in support of their defenses, excluding documents that would be used solely for impeachment.

| Category | Location |
|---|---|
| Internal Affairs Bureau Investigative Report | Los Angeles County Sheriff's Department<br>211 West Temple Street<br>Los Angeles, CA 90012 |

Defendants believe that the IA Report contains all of the information Plaintiff is seeking, including the names of all witnesses who are likely to have discoverable information regarding her claims and Defendants' defenses. The IA Report does, however, contain confidential personnel information and can only be produced subject to a protective order and a court order compelling its production. Defendants anticipate briefing these issues in connection with a motion to compel responses to Plaintiff's requests for production.

Defendants also anticipate that the third parties whose rights as peace officers may be implicated by any disclosure of the IA Report may intervene and lodge their own objections. Defendants have notified those individuals of the potential disclosure.

### C. Insurance

Defendants deny that they are liable to Plaintiff for any damages. In any event, there is no applicable insurance agreement.

### D. Reservation of Rights

Defendants reserve their rights to supplement or amend these disclosures in light of further discovery, investigation, and trial preparation.

486437.1

Exhibit 7
119

3

Case No. 2:20-cv-09582-JFW-E

DEFENDANTS' INITIAL DISCLOSURES

| | | |
|---|---|---|
| DATED: November 18, 2020 | | MILLER BARONDESS, LLP |
| | By: | /s/ Louis R. Miller |
| | | LOUIS R. MILLER |
| | | Attorneys for Defendant |
| | | COUNTY OF LOS ANGELES |
| DATED: November 18, 2020 | | OFFICE OF COUNTY COUNSEL |
| | By: | /s/ Jonathan C. McCaverty |
| | | JONATHAN C. McCAVERTY |
| | | Attorneys for Defendants |
| | | LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual |

486437.1

Exhibit 7
120

4

Case No. 2:20-cv-09582-JFW-E

DEFENDANTS' INITIAL DISCLOSURES

## PROOF OF SERVICE

**Bryant v. County of Los Angeles et al.**
**Case No. 2:20-cv-09582-JFW-E**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On November 30, 2020, I served true copies of the following DOCUMENT(s) described as **PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT COUNTY OF LOS ANGELES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address Craig.Lavoie@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2020, at Los Angeles, California.

*/s/ Craig Jennings Lavoie*
CRAIG JENNINGS LAVOIE

**SERVICE LIST**
**Bryant v. County of Los Angeles et al.**
**Case No. 2:20-cv-09582-JFW-E**

| | |
|---|---|
| Louis R. Miller<br>smiller@millerbarondess.com<br>Mira Hashmall<br>mhashmall@millerbarondess.com<br>Emily A. Rodriguez<br>esanchirico@millerbarondess.com<br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, CA 90067<br>(310) 552-4400 | *Attorneys for County of Los Angeles* |
| Jonathan C. McCaverty<br>jmccaverty@counsel.lacounty.gov<br>LOS ANGELES COUNTY COUNSEL<br>500 West Temple Street, Suite 468<br>Los Angeles, CA 90012<br>(310) 552-4400 | *Attorneys for Los Angeles County Sheriff's Department and Alex Villanueva* |

46026240.1

Exhibit 7
122

Case No. 2:20-cv-09582-JFW-E

PROOF OF SERVICE