
LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DECLARATION OF CAPTAIN WILLIAM JAEGER IN SUPPORT OF APPLICATION TO FILE UNDER SEAL**<br><br>Pretrial Conference: October 29, 2021<br>Trial Date: Nov. 16, 2021<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

# DECLARATION OF CAPTAIN WILLIAM JAEGER

I, Captain William Jaeger, declare as follows:

1. I am an employee with Defendant County of Los Angeles ("County"). I am the commanding officer of the Los Angeles County Sheriff's Department's ("Department" or "LASD") Internal Affairs Bureau ("IAB").

2. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of the County's Application.

## The LASD Internal Affairs Bureau

3. I have been employed by the Department for approximately 29 years. I have been assigned as the Captain of IAB since December 15, 2019.

4. The Internal Affairs Bureau is responsible for:

- Conducting administrative investigations of policy violations by Department members;
- Conducting administrative investigations of policy of equality violations by Department members;
- Conducting administrative investigations for outside law enforcement agencies at the request of the agency;
- Monitoring criminal investigations of Department members;
- Responding to Deputy-involved shootings and specific significant use of force incidents, and preparing an administrative review of the incident for the Executive Force Review Committee;
- Conducting "for cause" drug tests at the direction of a Department member's Unit Commander or higher ranking member;
- Staffing the 1-800 complaint line during business hours; and
- Compiling data for all shootings involving Department personnel (e.g., hit, non-hit, accidental discharge, warning shot, and animal shootings).

5. One of my duties and responsibilities as Captain is to oversee the status and outcome of IAB investigations into the various aforementioned matters.

**Confidentiality**

6. During the pendency of IAB investigations, the investigations remain confidential. This is to ensure that the Department is able to collect accurate information from witnesses who are speaking from personal knowledge, and not based on something they read or information that was leaked.

7. Once an IAB investigation is complete, depending on the content of the investigation, it can either: (i) remain confidential; or (ii) be publicly released, subject to redactions. The redactions are for personally identifiable information of witnesses (both Department personnel and civilians). This ensures that witnesses can speak freely regarding the content of the investigation without fear of retaliation or public scrutiny.

8. The confidentiality is also important for third parties. For example, in this case, while Mrs. Bryant might wish to make the contents of the IAB report regarding the relevant helicopter crash (the "IAB Report") public, it is unclear what the individuals in the related lawsuits desire.

**The County's Obligations to Sworn Personnel**

9. With respect to sworn personnel, California law requires the County to keep all personnel files confidential. Cal. Penal Code § 832.7(a). IAB is therefore obligated to protect the sworn personnel's privacy by not releasing their personal information to the public.

10. Accordingly, prior to releasing any IAB reports, the Department's Risk Management Bureau will carefully review any documents within the case file that would have any personal information regarding County employees. All such information must be redacted before an IAB report is released to anyone outside the Department.

497077.2

2

Case No. 2:20-cv-09582-JFW-E

DECLARATION OF CAPTAIN WILLIAM JAEGER IN SUPPORT OF APPLICATION TO SEAL

11. The bureau also reviews all documents within the case file for details about third-party witnesses or other individuals. This information is also redacted to protect general privacy rights under the U.S. Constitution and the California Constitution.

**The Subject IAB Report**

12. I understand that Plaintiff Vanessa Bryant plans to file her First Amended Complaint ("FAC") publicly. I have reviewed the proposed FAC and confirmed that the proposed FAC contains verbatim passages from the interview transcripts that are part of the IAB Report.

13. It is my firm belief that this is improper, as there are portions of the FAC that reveal personally identifiable information about witnesses and subjects of the IAB Report.

14. That is especially true for the facts at issue here. Due to the public status of the victims, and the significant press interest in the same, it is crucial that this information stay confidential to protect both third-party privacy and the privacy of the County's sworn personnel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17 day of February, 2021, at Los Angeles, California.

_____
Captain William Jaeger

497077.2

3

Case No. 2:20-cv-09582-JFW-E

DECLARATION OF CAPTAIN WILLIAM JAEGER IN SUPPORT OF APPLICATION TO SEAL