1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| VANESSA BRYANT, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW (Ex)**<br><br>**[PROPOSED] ORDER ON JOINT APPLICATION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT UNDER SEAL**<br><br>Pretrial Conference: October 29, 2021<br>Trial Date: Nov. 16, 2021<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |
|---|---|

## **ORDER**

Having considered the Joint Application for Leave to File the First Amended Complaint ("FAC") Under Seal (the "Application") and other documents in support of and in opposition to the Application, being fully advised in the matter, and good cause appearing, the Court hereby rules as follows:

1. The Application is **GRANTED** as follows:

    A. ☐ The FAC shall be redacted, as proposed by Defendants;

    B. ☐ The FAC shall be redacted as follows:

    _____
    _____
    _____
    _____; or

2. ☐ The Application is **DENIED**; and

3. Plaintiff Vanessa Bryant shall file the First Amended Complaint as mandated by this Order within five days of this Order.

**IT IS SO ORDERED**.

DATED: _____   _____
The Honorable John F. Walter
Judge of the United States District Court