# Exhibit 1



BY SIB STAFF / FEBRUARY 28, 2020

The Sheriff's Department is aware of recent media reports alleging deputies shared images from the January 26th, 2020 helicopter crash, which tragically claimed the lives of nine people. The facts surrounding these allegations are currently under investigation, as are the effectiveness of existing policies and procedures. The Sheriff is deeply disturbed at the thought deputies could allegedly engage in such an insensitive act. A thorough investigation will be conducted by the Department, with the number one priority of protecting the dignity and privacy of the victims and their families.

-Los Angeles County Sheriff's Department

Ask LASD Bot