# Exhibit 2

## 5-09/475.00 Photographs/Recordings at Scenes Where Human Remains are Present

In the performance of their daily duties, Department members are entrusted to respond to scenes that are not accessible to the general public, often times where human remains are present, such as:

- Mass casualty incidents;
- Natural disasters;
- Homicides;
- Deputy/officer-involved shootings;
- Suicides;
- Traffic collisions;
- Train deaths; and
- Other non-criminal deaths.

The response by Department members is a valued and vital component of public safety in ongoing investigations.  Information learned at these scenes, including any photographs/recordings taken, shall only be shared with or disclosed to the lead investigators or the investigator's supervisors, unless otherwise required by law.

In order to preserve the dignity and privacy of the deceased and their families, scenes where human remains are present shall only be photographed/recorded by Scientific Services Bureau or the Department of Medical Examiner (DME) personnel.  Only when extenuating circumstances exist may Department members take photographs/recordings at the direction of the lead investigators or the investigator's supervisors.  All photographs/recordings shall be taken on a Department-issued device, unless a personal device is used exclusively to photograph or record legitimate Department business (see MPP section 3-01/100.46, Use of Communication Devices).

Fatal traffic collisions investigated by Traffic Services Detail and/or station traffic investigators assigned to investigate fatal traffic collisions are allowed to photograph collisions scenes during the course of the investigation; however, the photographs shall be safeguarded in compliance with this policy, and/or any policies mentioned herein.

Any photograph, recording, or record produced by a Department member, whether captured on a Department issued device or personal device, shall be considered the sole property of the Department.  Any unauthorized release or sharing is strictly prohibited.

Any digitally captured photographs/recordings, shall be disclosed to the assigned investigator or the investigator's supervisors.  The Department member shall preserved the photographs/recordings pending the transfer of all related images for evidence storage by a trained Department member from the Fraud and Cyber Crimes Bureau, Technical Operations Crew, or Homicide Bureau, Body Worn Camera Unit.

Scene photographs/recordings taken or captured by Department members shall not, under any circumstances, be disclosed to anyone other than the lead investigators or the investigator's supervisors, unless otherwise required by law.  If the investigation is being handled by an outside authority such as a

federal or state agency, photographs/recordings should be given to that agency only with the concurrence of the Department's lead investigator.  The unauthorized sharing of photographs/recordings and/or scene information not only violates public trust but it also may subject the individual and the Department to civil liability.  Scene information, especially photographs/recordings shall be guarded with the utmost respect to protect the integrity of the investigation.

Nothing in this policy precludes a Department member's obligation to activate their Department issued body worn camera pursuant to MPP section 3-06/200.08, Body Worn Cameras – Activation.