# Exhibit 3

# VOLUME 3   -   CHAPTER 1

# POLICY AND ETHICS

## 3-01/000.00  POLICY AND ETHICS

The function of this Department involves the responsibility for the protection of life and property and enforcement of the law.   Toward this end, all employees have an obligation to the public we serve to develop and maintain the highest ethical standards in both personal and official conduct.

The Policy and Ethics chapter outlines the Department's policies in these matters.   All employees shall conform with the provisions contained herein.

## 3-01/000.10  PROFESSIONAL CONDUCT

All Department members shall be held accountable for their utterances, writings, conduct, and visual representations, including electronic and web-based communications, when they conflict with Our Core Values, Our Mission, or Our Creed and personnel can reasonably be identified as Department members.   Personnel who cause undue embarrassment or damage the reputation of and/or erode the public's confidence in the Department shall be deemed to have violated this policy and shall be subject to counseling and/or discipline.

Unit commanders shall ensure copies of Our Mission, Our Core Values, and Our Creed are clearly and prominently displayed and maintained in the public lobbies of all Sheriff's Department facilities.

Unit Commanders shall ensure copies of Our Mission, Our Core Values, and Our Creed are clearly and prominently displayed and maintained within a high-traffic work area in all Sheriff's Department's facilities (e.g., briefing room) for viewing by assigned personnel.

Unit commanders shall routinely express to the members of their staff their expectations of acceptable conduct, including the tenets of the Core Values.   The message that shall be conveyed to each employee is, "You are part of something greater than yourself. Don't dishonor it!"

## 3-01/000.13  PROFESSIONAL CONDUCT - CORE VALUES

Members shall conduct themselves in a manner consistent with the Department's Core Values.   Members shall not ignore nor contradict the Department's Core Values. Examples of conduct inconsistent with the Department's Core Values include, but are not limited to, the following:

1. Conduct or behavior resulting from a situational outburst of emotion including, but not limited to, the use of profanity and/or other inappropriate, inconsiderate, and/or insensitive language, phrases, or terms of speech;
2. Conduct or behavior that demonstrates a bias, prejudice, and/or intolerance, or demonstrates a trend or pattern of undesirable and/or unprofessional behavior; and/or,
3. Conduct or behavior so egregious that it constitutes a severe and immediate threat to the integrity of the Department and/or jeopardizes the health, safety, and/or welfare of the public including, but not limited to, criminal misconduct of members, and/or the misuse of Department assets, resources, or intellectual property.

### 3-01/000.15  ELECTRONIC AND WEB-BASED COMMUNICATIONS

Electronic and web-based communications include any medium used to deliver information electronically or digitally.   Examples of electronic and web-based communications include, but are not limited to, websites, "smart" phone technologies, text messaging, Nixle, electronic mail (email) and "social media" sites such Facebook, Myspace, Pinterest, and Twitter; photo sharing websites such as Flickr; video sharing websites such as YouTube; and/or any other similar electronic or digital delivery system.

"Social media" includes any electronic medium where users may create, share, and view user-generated content, including uploading or downloading videos or still photographs, blogs, video blogs, podcasts, or instant messages, or online social networking content.

### 3-01/005.00  ACCOUNTABILITY

All Department members shall be held accountable to the Sheriff through the defined chain of command.

- accountability is the absolute obligation that all members be personally answerable for their individual actions.   It is the responsibility of all members to meet the standards of performance established for their positions.   Accountability is also a commitment to the Department and the public we serve;
- all members will be evaluated on their compliance with the Department's Manual of Policy and Procedures, all Division Directives in support of the Manual, statutory and case law, Our Mission Statement, Our Core Values statement and the Law Enforcement Code of Ethics; and
- supervisors, managers, Directors, and executives, both sworn and professional staff, will be held accountable for and evaluated on enforcement of the aforementioned areas as well as the procedures outlined in the Los Angeles County Fiscal Manual and the Los Angeles County Purchasing Policy Manual. Failure to adhere may subject violators to discipline.

## **3-01/030.10  OBEDIENCE TO LAWS, REGULATIONS, AND ORDERS**

a) Members shall not willfully violate any federal statute, state law or local ordinance;
b) Members shall conform to and abide by the following:
- Charter of Los Angeles County;
- Los Angeles County Code; and
- Rules of the Department of Human Resources;
c) Members shall obey and properly execute all lawful orders issued by any supervisor of higher rank or classification or who is officially acting in such capacity;
d) When assigned to duty with another member of the Department, an employee shall be subject to disciplinary action for any violation by the other member of any provision of this chapter unless the employee was unaware of the violation or unless the employee, if the situation permits safe and prudent action, attempts in good faith to prevent the violation and, at the earliest reasonable time, reports the violation to his supervisor;
e) Members who violate any rules, regulations, or policies of the Department or the County, shall be subject to disciplinary action.   The commission or omission of any other act contrary to good order and discipline shall also be the subject of disciplinary action;
f) Members who are arrested or detained for any offense, or named as a suspect, other than an infraction under the Vehicle Code, shall immediately notify their immediate supervisor or Watch Commander of the facts of the arrest or detention or allegation.

After business hours, if the member is unable to contact their immediate supervisor or Watch Commander at the Unit of Assignment, the member shall contact Sheriff's Headquarters Bureau and request immediate notification to their Unit Commander. The member shall provide details of the arrest or detention to Sheriff's Headquarters Bureau, including alleged charge(s), location, police agency jurisdiction, and return phone number where the member can be reached, for relay to the Unit Commander.   The Sheriff's Headquarters Bureau member receiving notification shall immediately notify the employee's Unit Commander.

The Unit Commander shall immediately notify Internal Affairs Bureau.   The employee's Unit Commander shall immediately respond to the member's location if the member is arrested and taken into custody.

According to the nature of the offense and in conformance with the rules of the Department of Human Resources, disciplinary action may result and may include, but is not limited to, the following:

- a reprimand (written);
- suspension without pay;
- reduction in rank; and/or

3

- dismissal from the Department.

NOTE: For purposes of this section, any reference to "members" hall include any member of the Department, both sworn and professional staff.

## 3-01/030.13  RELATIONSHIPS AND MENTORING

The Los Angeles County Sheriff's Department believes our members are our most valuable investment and precious resource.

Our Department's Core Values are intrinsic principles designed to underscore our belief that regardless of rank or position, our members are, first and foremost, leaders in our society.

As a community leader, our members assume a significant responsibility in protecting and serving the public.   Consequently, high standards and high expectations are placed upon the conduct of our members.   As a result, our members enjoy a considerable level of trust.   In order to remain beneficiaries of the public trust, we must balance the rights of our members with the responsibility to maintain the highest standards of professional and personal conduct.

As a leader in the Los Angeles County Sheriff's Department, it is a fundamental responsibility of every Department executive, manager, and/or supervisor to take an active role in the performance of subordinates and develop ongoing strategies to enhance their professional performance.

The Department and its members have an affirmative duty to intervene in the professional performance of another member (or when a personal issue or behavior exposes the Department or the member to risk) when it is determined to be in the best interest of the member or the organization.   It is the intuitive, empathetic, and courageous leader who is prepared to provide guidance, wisdom, and counsel to a colleague whose performance or behavior demonstrates the need for intervention.

Intervention can take many forms.   We are fortunate to have the services of a wide range of professionals who are ready to assist Department members. Employee Support Services Bureau (ESSB), including the Chaplain Program, Peer Support Program, and Counseling and Consulting Services, provides the foundation for early intervention services.

The Performance Mentoring Program (PMP) is another proactive, early intervention program designed to enhance a member's professional performance through guidance and supervision when it is determined the member may benefit from a more structured plan.   Supervisors and managers carefully monitor the employee's progress to ensure they remain effective and productive members of the Department.

the General Public and the Media" and "Dissemination of Criminal Record Information" as detailed in the Miscellaneous Administrative Procedures chapter.

### 3-01/100.46   USE OF PERSONAL COMMUNICATION DEVICES

Absent extenuating circumstances, members shall not use a personal cellular telephone or other similar personal communication/recording device for a Department-related business purpose (i.e., coordinating field units to a radio call, contacting a victim or witness) when an established, Department-authorized communication device/system is available and/or a Department-authorized regulation/protocol has been established (e.g., Department radio/communications systems, field supervisor's cellular telephone, Station telephone, etc.).

> NOTE:   This prohibition shall apply to the use of the cellular telephone for both voice communications as well as data (text) communications.

Members shall not use a personal cellular telephone or any other similar personal communication or recording device to record, store, document, catalog, transmit, and/or forward any image, document, scene, or environment captured as a result of their employment and/or while performing official Department business that is not available or accessible to the general public.   Official Department business shall include, but is not limited to, confidential, sensitive, or copyrighted information that is printed, audio recorded, photographed, or video recorded; information related to any past, present, or anticipated criminal, civil, or administrative investigation, including reports, declarations, evidence, photographs, videos, or audio recordings; and/or, photographs of suspects, arrestees, defendants, evidence, or crime scenes.

> NOTE:   A personal cellular telephone or any other similar personal communication or recording device used exclusively to record contacts with members of the public during legitimate Department business (e.g., traffic stops, etc.) are exempt from the provisions of this section.

### 3-01/100.50   DIVISION OR UNIT MANUAL

Unit Commanders shall establish procedural manuals for their respective commands. These manuals shall not be in conflict with the Department manual and the subject matter shall be limited to procedures involving only the specific command or Division.

### 3-01/100.55   UNIT COMMANDERS' CHANGE OF COMMAND RESPONSIBILITIES

Unit Commanders shall complete the Department Change of Command (SH-AD-601) when assuming a new or transfer of command situation.   During a transfer of command, it shall be the responsibility of both the outgoing and incoming Unit Commander to be

5