# Exhibit 4

## MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR.*
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. M°DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
ROSEMARIE T. RING
MELINDA EADES LEMOINE

SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG*
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
GEORGE CLAYTON FATHEREE, III
KELLY L.C. KRIEBS
JEREMY A. LAWRENCE
LAURA K. LIN
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
ERIC P. TUTTLE
JOHN W. BERRY
ROBYN K. BACON
KENNETH M. TRUJILLO-JAMISON
JORDAN D. SEGALL
WESLEY T.L. BURRELL
KAREN A. LORANG
CRAIG A. LAVOIE
JOSHUA S. MELTZER
ADAM P. BARRY
JENNIFER L. BRYANT
ANDREW CATH RUBENSTEIN
HANNAH L. DUBINA

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

NICHOLAS D. FRAM
JOHN L. SCHWAB
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
EMILY CURRAN-HUBERTY
JORDAN X. NAVARETTE
JOHN B. MAJOR
LAUREN C. BARNETT
C. HUNTER HAYES
TREVOR N. TEMPLETON
SKYLAR D. BROOKS
ELIZABETH R. DYER
SARAH S. LEE
ELIZABETH A. KIM
LAURA M. LOPEZ
MICHAEL C. BAKER
SARAH G. BOYCE*
ADELE M. EL-KHOURI*
COLIN A. DEVINE
DANE P. SHIKMAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
JONATHAN S. MELTZER*
SAMUEL JOSÉ DÍAZ
LAUREN M. HARDING
NEFI D. ACOSTA
STEPHANIE G. HERRERA
TERESA REED DIPPO
DANIEL BENYAMIN
SARA A. MCDERMOTT
J. MAX ROSEN
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL SIGURDSSON
ANNE K. CONLEY
GRAHAM B. COLE
KATHERINE G. INCANTALUPO
DAVID P. THORESON
DAVID W. MORESHEAD
ANDRE W. BREWSTER III

TERRA D. LAUGHTON
ROWLEY J. RICE
JEREMY S. KREISBERG*
JOHN D. MAHER
GINA F. ELLIOTT
BRANDON R. TEACHOUT
SEGUN I. BABATUNDE II
CARSON C. ZHENG
LUCAS J. ARTAIZ
USHA CHILUKURI VANCE
BRIAN J. SPRINGER
TYLER HILTON
VINCENT LING
ALEXANDER S. GORIN
BRENDAN GANTS*
MARKUS BRAZILL
MARI T. SAIGAL
LAUREN T. ROSS*
ZOE BEDELL*
BEN BAROKH
ABE DYK
MICHELE C. NIELSEN
MARIANNA MAO
OMAR H. NOURELDIN
STEPHEN HYLAS
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
NATALIE KARL
BRANDON MARTINEZ
ANTHONY J. RAMIREZ
ANDREW LEWIS
CARRIE C. LITTEN
ESTALYN S. MARQUIS

OF COUNSEL

ROBERT K. JOHNSON
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
ALLISON B. STEIN
BRAD SCHNEIDER
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
DAVID S. HONG
ADAM R. LAWTON
MATTHEW S. SCHONHOLZ
MICHAEL E. GREANEY

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC,
ALL OTHERS ADMITTED IN CA

March 2, 2020

Writer's Direct Contact
(213) 683-9205
(213) 683-4005 FAX
luis.li@mto.com

**Via FedEx and Electronic Mail**

Sheriff Alex Villanueva
c/o Elizabeth D. Miller, Assistant County Counsel
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
emiller@counsel.lacounty.gov

Re: Dissemination of Photos of January 26, 2020 Helicopter Crash Scene

Dear Sheriff Villanueva:

We, along with Robb & Robb LLC, represent Vanessa Bryant in all of her legal claims arising out of the helicopter crash that killed her husband, Kobe, and her daughter, Gianna. We write in regards to disturbing and distressing reports that Los Angeles County sheriff deputies have shared graphic photos of the January 26, 2020 helicopter crash that killed nine victims, including Kobe and Gianna Bryant. These reports indicate that photos of the crash scene and the victims' remains have been shared by sheriff deputies in settings "that had nothing to do with the investigation of the crash," and that the sharing of these photos was "a topic of discussion" among first responders in the days following the crash. (*See* Alene Tchekmedyian & Paul Pringle, *L.A. County deputies shared graphic photos of Kobe Bryant crash scene, sources say*, L.A. Times (Feb. 28, 2020), *available at* https://www.latimes. com/california/story/2020-02-27/kobe-bryant-photos-lost-hills-sheriff-deputies.)

Additional reporting has indicated that, upon becoming aware that unauthorized crash-scene photographs had been taken and shared for no official purpose, the Sheriff's Office offered informal immunity to the transgressors, potentially tainting a proper review of this matter. (*See* TMZ.com, *Kobe Bryant Crash Site Pics; Sheriff's Dept. Attempted Cover-Up; Come Clean & You're Safe* (Feb. 29, 2020), *available at* https://www.tmz.com/2020/02/29/kobe-bryant-crash-pictures-remains-deputies-delete-cover-up-sheriffs-department/.)

These reports are deeply distressing to Mrs. Bryant and her family, who have already endured the unimaginable loss of their loved ones. The public dissemination of photos of the victims' remains would only worsen the family's pain and suffering.

We formally request that the Sheriff's Department take immediate action to secure all photos and videos of the January 26, 2020 crash scene in the Sheriff's Department's possession, whether taken in official capacity or not, including any photos or videos in the possession of or disseminated by Sheriff's Department personnel. We further request that the Sheriff's Department conduct an Internal Affairs investigation to determine the extent of the unauthorized taking and dissemination of photos and the identities of the deputies or other personnel involved.

In addition, please promptly provide us a copy of any and all complaints received by your Office regarding the unauthorized taking or sharing of crash-scene photos[1] and provide answers in writing regarding (i) all steps the Sheriff's Department has taken to ensure all photos of the crash scene have been secured; (ii) whether the Department has initiated an investigation into this matter and when the investigation is expected to conclude; (iii) the names of all Sheriff's Department personnel who shared photos of the crash scene; and (iv) whether the Sheriff's Department has terminated, suspended, or otherwise disciplined said personnel for their actions. We expect that such egregious violations of policy and decency will result in the most severe discipline.

The Sheriff's Department and its personnel owe a duty of care to victims' families to refrain from publicly disseminating photos of victims' remains, given the potential for exploitation, Internet sensationalism, and the foreseeable agony such dissemination would inflict. *Catsouras v. Dept. of Cal. Highway Patrol*, 181 Cal. App. 4th 856, 886, 888 (2010). The unauthorized dissemination of photos of victims' remains could give rise to liability for, among other things, invasion of privacy, negligence, negligent or intentional infliction of emotional distress, and negligent supervision or retention. We fully intend to hold the Sheriff's Department and its personnel accountable for any harm caused by the unauthorized taking or dissemination of photos.

---

[1] *See* TMZ.com, *Kobe Bryant Helicopter Crash; Irate Bartender Busts Sheriff's Deputies… Who Shared Gruesome Crash Photos* (Feb. 28, 2020), *available at* https://www.tmz.com/2020/02/28/la-county-sheriff-kobe-bryant-crash-site-photos/.

      Our client and we are presently evaluating all of her legal options relative to this matter. She reserves all rights.

Sincerely,

Luis Li

cc:    Brad D. Brian
        Gary Robb
        Anita Robb