# Exhibit 9



**IVIE McNEILL WYATT**
**PURCELL & DIGGS**

Jack F. Altura, Esq.
jaltura@imwlaw.com
(213) 489-0028, ext. 154

March 10, 2020

Luis Li
Munger, Tolles & Olson
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
luis.li@mto.com

**Re:** **Response to March 2, 2020 letter to Chief Osby**

Dear Mr. Li:

I am writing in response to your letter dated and received by the County of Los Angeles on March 2, 2020. Your letter is being construed as a request for records pursuant to the California Public Records Act.

I would first like to express that the County shares your concerns regarding reports that Los Angeles County Fire Department personnel may have taken and shared unauthorized photographs of the January 26, 2020 helicopter crash scene. The crash and the deaths of all nine victims are a terrible tragedy and we offer our sincerest sympathies to the families of all of the victims.

In your letter of March 2, you requested "a copy of any and all complaints received by your Office regarding the unauthorized taking or sharing of crash-scene photos and provide answers in writing regarding (i) all steps the Fire Department has taken to ensure all photos of the crash scene have been secured; (ii) whether the Department has initiated an investigation into this matter and when the investigation is expected to conclude; (iii) the names of all Fire Department personnel who shared photos of the crash scene; and (iv) whether the Fire Department has terminated, suspended, or otherwise disciplined said personnel for their actions."

Please be advised that pursuant to Government Code 6253, subdivision(c), the time to respond to your request must be extended by an additional fourteen (14) days due to the existence of unusual circumstances. The unusual circumstances include the need to search for, collect, and appropriately review potentially responsive records. The County estimates that it will be able to provide you with a further response by March 26, 2020.

Please be assured that Chief Osby takes this matter very seriously and we sincerely regret the distress that the news reports have caused your client.

/ / /

/ / /

/ / /

Luis Li
**Re: Response to March 2, 2020 Letter to Chief Osby**
March 10, 2020
Page 2

Please do not hesitate to contact me if there is anything else you would like to discuss.

Respectfully,

*[signature]*

Jack F. Altura

CC:  Chief Daryl Osby
     Julia Kim, Risk Manager, Los Angeles County Fire Department