JONATHAN C. MCCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1828
Facsimile:    (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
smiller@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

[*Additional counsel continued on next page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity, *et al*.<br><br>Defendants. | CASE NO. 2:20-cv-09582-JFW(Ex)<br><br>**STIPULATION TO CONSOLIDATE RELATED ACTIONS**<br><br>Complaint Served: September 24, 2020<br><br>Case Removed: October 19, 2020<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

[*Additional counsel, continued from previous page*]

LUIS LI (State Bar No. 156081)
Luis.Li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff
VANESSA BRYANT

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone:   (310) 726-4199
Facsimile:   (310) 414-0486

Attorneys for Plaintiffs
CHRISTOPHER L. CHESTER; R.C.; and H.C.

BRIAN J. PANISH(State Bar No. 116060)
panish@psblaw.com
KEVIN R. BOYLE(State Bar No. 192718)
boyle@psblaw.com
SPENCER R. LUCAS(State Bar No. 232498)
lucas@psblaw.com
MATTHEW STUMPF(State Bar No. 301867)
stumpf@psblaw.com
PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:   (310) 477-1700
Facsimile:   (310) 477-1699

Attorneys for Plaintiffs
MATTHEW MAUSER; T.M.; P.M.; and I.M.

1.  Plaintiffs Vanessa Bryant ("*Bryant* Plaintiff"), Christopher L. Chester, R.C., and H.C. ("*Chester* Plaintiffs"), and Matthew Mauser, P.M., T.M., and I.M. ("*Mauser* Plaintiffs" and, together with the *Chester* Plaintiffs and *Bryant* Plaintiff, "Plaintiffs"), on the one hand, and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

1. The *Bryant* Plaintiff filed her Complaint in Los Angeles County Superior Court, Case No. 20STCV35884, on September 17, 2020. The *Chester* Plaintiffs filed their action, Case No. 2:20-cv-10844-JFW-E ("*Chester*"), on November 30, 2020. The *Mauser* Plaintiffs filed their Complaint in Los Angeles County Superior Court, 20STCV48132 on December 16, 2020. Defendants removed the *Bryant* and *Mauser* cases to this Court. Their respective case numbers are 2:20-cv-09582-JFW(Ex) ("*Bryant*") and 2:21-cv-00497-JFW-E ("*Mauser*").

2. *Bryant*, *Mauser*, and *Chester* all concern the alleged taking and sharing of photographs of the remains of Plaintiffs' family members by Sheriff's Department and Fire Department personnel following a helicopter crash in Calabasas, California on January 26, 2020. *Bryant*, *Mauser*, and *Chester* (the "Related Cases") are all related and pending in front of the Honorable John F. Walter. The Related Cases concern common questions of law and fact, and the Parties believe that party and judicial resources will be saved by consolidating the actions pursuant to Federal Rule of Civil Procedure 42(a). Plaintiffs and Defendants agree that the Related Cases should be consolidated and, following meet and confer, jointly propose certain terms of the consolidation for the Court's consideration.

## Consolidated Complaint

3. The Parties propose that Plaintiffs file a consolidated complaint by no later than **May 7, 2021** in which Plaintiffs may join additional individual defendants

and assert additional allegations based on information adduced in discovery. The Parties' rationale is two-fold.

4.   *First*, the Parties anticipate that a fourth set of plaintiffs will bring suit against Defendants in late April 2021. Counsel for the *Mauser* Plaintiffs also represent J.J. Altobelli and Alexis Altobelli (the "Altobellis"), whose parents and sister tragically perished in the helicopter crash on January 26, 2020, and the Altobellis intend to file an action similar to *Bryant*, *Mauser*, and *Chester* after Alexis Altobelli turns eighteen years old on April 27, 2021. The Altobellis plan to relate their action to the *Bryant*, *Mauser*, and *Chester* actions and join any consolidated complaint subsequently filed by Plaintiffs. The Parties propose that the consolidated complaint be filed by May 7, 2021, so that it may incorporate the forthcoming Altobelli lawsuit.

5.   *Second*, since the filing of Plaintiffs' operative complaints, the County has produced documents detailing conduct by Fire Department personnel who were involved in photographs of the remains of Plaintiffs' relatives. The operative complaints in *Chester*, *Mauser*, and *Bryant* were filed on February 12, 2021, December 16, 2020, and March 17, 2021, respectively. On March 23, 2021, the County produced approximately one hundred pages of internal investigation reports detailing conduct by Fire Department personnel who were involved in photos of the remains of Plaintiffs' loved ones. In the consolidated complaint, Plaintiffs wish to assert allegations and potentially add defendants based on information gleaned from the investigative reports and other discovery obtained to date.

## Discovery

6.   In conjunction with consolidation, the Parties request moving the discovery cutoff from August 16, 2021 (in the *Bryant* and *Chester* cases) and September 20, 2021 (in the *Mauser* case) to **February 11, 2022**. This request is based on the following good cause.

7.   <u>Deposition Discovery.</u> The Parties anticipate a significant number of

depositions. (Lavoie Decl. ¶ 2.) The County's interrogatory responses identify sixty-six agents or employees of the Sheriff's Department and Fire Department with relevant knowledge, including eighteen individuals who took, shared, or possessed photos of the accident scene.[1] (*Id.*) In addition, based on information discovered to date, at least eight civilian witnesses possess relevant knowledge. (*Id.*) Although Plaintiffs do not intend to depose all individuals with relevant knowledge, the Parties envision a substantial number of depositions. (*Id.*)

8. <u>Document Discovery.</u> The *Bryant* Plaintiff served requests for production on the County and Sheriff's Department on November 17, 2020. (*Id.* ¶ 3.) In addition, the *Bryant* Plaintiff recently served requests for production on the Fire Department, Rafael Mejia, Raul Versales, Joey Cruz, and Michael Russell, after they were joined as parties via the First Amended Complaint. (*Id.*) Although four depositions are scheduled for April 2021, Plaintiffs believe that most Sheriff's Department and Fire Department personnel cannot be effectively deposed until Defendants' document productions are substantially complete. (*Id.*) The County has represented that it is reviewing tens of thousands of records and is aiming to substantially complete its production in response to Mrs. Bryant's first set of requests for production on the County and Sheriff's Department in May 2021, with productions for the Fire Department and individual defendants following sometime this summer. (*Id.*)

9. <u>Forensic Examination of Electronic Devices and Cloud-Based Storage Accounts.</u> Plaintiffs have served demands to inspect the electronic devices and cloud-based storage accounts of Defendants Joey Cruz, Raul Versales, Rafael Mejia, and Michael Russell, as well as any relevant devices and accounts in the possession, custody, or control of the Sheriff's Department or Fire Department. (*Id.* ¶ 4.) In addition, now that their names have been adduced in discovery, Plaintiffs intend to

---

[1] Defendants contend that any taking, sharing, or possessing of accident site photos did not violate the law. Plaintiffs contend that it did.

serve subpoenas on at least ten additional Sheriff's and Fire Department personnel known to have possessed photos of the accident scene on their personal cell phones. (*Id.*)  While the Parties have not yet agreed on which devices will be examined, the Parties are meeting and conferring on an inspection protocol under which a neutral third-party firm will forensically examine the relevant devices and accounts.  (*Id.*) The Parties anticipate a time-intensive examination process and that the neutral examiner's findings may identify areas for further discovery.  (*Id.*)

10. Based on the foregoing, the Parties agree that a discovery cutoff of February 11, 2022 would provide a reasonable timeframe within which to complete the substantial discovery that is currently in progress.  Prior to this stipulation, no party has requested an extension of the discovery cutoff in any of the Related Cases. (*Id.* ¶ 6.)

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS**:

1. <u>Consolidation.</u>  The Related Cases shall be consolidated under the case number for *Bryant*, Case No. 2:20-09582-JFW-E ("Consolidated Action").

2. <u>Consolidated Complaint.</u>  Plaintiffs shall file a consolidated complaint no later than May 7, 2021.  Plaintiffs need not obtain Defendants' consent to file the consolidated complaint; however, Plaintiffs shall follow the application to seal process set forth in Local Rule 79-5.2.2(b) and the Court's Standing Order entered in *Bryant* [Dkt. No. 18] before filing any material designated by Defendants as confidential. Plaintiffs may join new parties and additional allegations in the consolidated complaint based on discovery adduced up through the date of the consolidated complaint.  The consolidated complaint shall be deemed the operative complaint, superseding all complaints filed in any

of the actions consolidated hereunder. The consolidated complaint shall be treated as an amended complaint for purposes of calculating Defendants' deadlines to respond to the complaint. Defendants shall respond only to the consolidated complaint, not to any individual complaints filed in the consolidated actions.

3. <u>Interrogatories.</u> Plaintiffs collectively shall have the right to serve 50 interrogatories on Defendants, and Defendants collectively shall have the right to serve 50 interrogatories on Plaintiffs.

4. <u>Document Productions.</u> Documents already produced in *Bryant* will be deemed produced in the Consolidated Action.

5. <u>Protective Order.</u> The Consolidated Action will be governed by the Stipulated Protective Order entered in *Bryant* [Dkt. No 33].

6. <u>Motion Practice.</u> The Parties will coordinate their dispositive motion practice, if any, such that they file only a single motion and opposition.

7. <u>Case Management Schedule.</u> The following dates shall be the operative scheduling order for the Consolidated Action.

| **Matter** | **Current Dates** | | | **New Dates** |
|---|---|---|---|---|
| | *Bryant* | *Chester* | *Mauser* | |
| Join Parties / Amend Complaint | March 24, 2021 | May 10, 2021 | April 19, 2021 | May 7, 2021 |
| Last Day to Conduct Settlement Conference / Mediation | June 7, 2021 | June 7, 2021 | June 7, 2021 | November 12, 2021 |
| Last Day to File Joint Report re: Settlement Conference / Mediation | June 11, 2021 | June 11, 2021 | June 11, 2021 | November 17, 2021 |
| Discovery Cutoff | August 16, 2021 | August 16, 2021 | September 20, 2021 | February 11, 2022 |

| Matter | Current Dates | | | New Dates |
|---|---|---|---|---|
| Last Day for Hearing Motions | September 6, 2021 | September 6, 2021 | October 4, 2021 | February 25, 2022 |
| Pretrial Submissions | October 14, 2021 | October 14, 2021 | October 14, 2021 | March 25, 2022 |
| Pretrial Conference | October 29, 2021 | October 29, 2021 | October 29, 2021 | April 8, 2022 |
| Hearing on Motions *in Limine* / Disputed Jury Instructions | November 5, 2021 | November 5, 2021 | November 5, 2021 | April 15, 2022 |
| Trial (Jury) | November 16, 2021 | November 16, 2021 | November 16, 2021 | April 27, 2022 |

**SO STIPULATED.**

DATED:  April 12, 2021            MUNGER, TOLLES & OLSON LLP


By:   /s/ Luis Li
      LUIS LI
      Attorneys for Plaintiff
      VANESSA BRYANT


DATED:  April 12, 2021            JEROME M. JACKSON LAW OFFICES


By:   /s/ Jerome M. Jackson
      JEROME M. JACKSON
      Attorneys for Plaintiffs
      CHRISTOPHER L. CHESTER; R.C.; and H.C.

| | | |
|---|---|---|
| DATED: April 12, 2021 | | PANISH SHEA & BOYLE LLP |
| | By: | /s/ Brian J. Panish |
| | | BRIAN J. PANISH |
| | | Attorneys for Plaintiffs |
| | | MATTHEW MAUSER; T.M.; P.M.; and I.M. |
| DATED: April 12, 2021 | | MILLER BARONDESS, LLP |
| | By: | /s/ Louis R. Miller |
| | | LOUIS R. MILLER |
| | | Attorneys for Defendants |
| | | COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, DEPUTY JOEY CRUZ, DEPUTY RAFAEL MEJIA, DEPUTY MICHAEL RUSSELL, and DEPUTY RAUL VERSALES |
| DATED: April 12, 2021 | | OFFICE OF THE COUNTY COUNSEL |
| | By: | /s/ Jonathan C. McCaverty |
| | | JONATHAN C. McCAVERTY |
| | | Attorneys for Defendant |
| | | LOS ANGELES COUNTY SHERIFF'S DEPARTMENT |

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 12, 2021               MILLER BARONDESS, LLP


By: /s/ Louis R. Miller
    LOUIS R. MILLER
    Attorneys for Defendants
    COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, DEPUTY JOEY CRUZ, DEPUTY RAFAEL MEJIA, DEPUTY MICHAEL RUSSELL, and DEPUTY RAUL VERSALES