# Exhibit A

 **vanessabryant** ✓

```
1  LUIS LI (State Bar No. 156081)
   luis.li@mto.com
2  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
   Craig.Lavoie@mto.com
3  JENNIFER L. BRYANT (State Bar No. 293371)
   Jennifer.Bryant@mto.com
4  MARI T. SAIGAL (State Bar No. 318556)
   Mari.Saigal@mto.com
5  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
6  Los Angeles, California 90071-3426
   Telephone: (213) 683-9100
7  Facsimile: (213) 687-3702

8  Attorneys for Plaintiff Vanessa Bryant

9             UNITED STATES DISTRICT COURT
10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11 VANESSA BRYANT,                Case No. 2:20-cv-09582-JFW-E
12       Plaintiff,               FIRST AMENDED COMPLAINT
13       vs.                      FOR:
14 COUNTY OF LOS ANGELES; LOS     1. Violation of Fourteenth
   ANGELES COUNTY SHERIFF'S          Amendment – 42 U.S.C. § 1983
15 DEPARTMENT; LOS ANGELES
   COUNTY FIRE DEPARTMENT;       2. Negligence
16 JOEY CRUZ; RAFAEL MEJIA;
   MICHAEL RUSSELL; and RAUL     3. Negligence
17 VERSALES,
                                 4. Invasion of Privacy
18       Defendants.
                                 5. Invasion of Privacy
19
                                 DEMAND FOR JURY TRIAL
20
```

 

**416,883 likes**















**Comments**

_____ Good for her!
14h  32 likes  Reply

_____ Fire em
14h  19 likes  Reply

_____ ayooo
14h  Reply

_____ They knew what they were doing . Hope they greet the crowds that will wake them up from their slumber
14h  17 likes  Reply

_____ This is amazing!!!!!!!!!
14h  16 likes  Reply

_____ Smoke their careers.
14h  14 likes  Reply

View 3 replies

_____ she's about to start droppin names. 🥵🥵

Exhibit A
Page 17



**Comments**

punishment but it only makes the situation worse and only bad can come from this. It isn't as easy as releasing their names. Kobe is well loved and there will be someone crazy enough to do something harmful to these officers.

14h   7 likes   Reply

Hide replies

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ fuck those pigs

14h   4 likes   Reply

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ the deputies should have thought of those consequences, now they will learn first hand how it feels #ShaunKing do your thing to those 🐷🐷s

14h   8 likes   Reply

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ LOL it's the only way these officers, and others, will learn.

14h   4 likes   Reply



## Comments

...others, will learn.

14h · 4 likes · Reply

▮▮▮▮▮ I agree. The officers absolutely should be held accountable and punished. But hopefully no one crazy will decide to hurt their kids or family for revenge. It will get so messy if that happens.

14h · 1 like · Reply

▮▮▮▮▮ so! Forget the high road! They knew better!

12h · 2 likes · Reply

▮▮▮▮▮ oh well 😓 they shouldn't have shared those photos ... Now they want some type of Grace but they didn't show that Grace when they did what they did KNOWINGLY

12h · 1 like · Reply



