# Exhibit C

Exhibit C
Page 38

| | |
|---|---|
| **From:** | Emily A. Rodriguez-Sanchirico |
| **To:** | Li, Luis; "Lavoie, Craig"; Saigal, Mari T. |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) |
| **Subject:** | Bryant v. County: MTD Ruling/Forensic Protocol |
| **Date:** | Wednesday, January 06, 2021 6:20:09 PM |
| **Attachments:** | RE Bryant v. County et al. Draft Protective OrderForensic Protocol.msg |

Hi all,

Please let us know if you intend to amend your complaint so that we can plan accordingly.

We are also still waiting on your thoughts on the proposed forensic protocol. My November 16 email is attached here for convenience.

Thank you,

Emily

**Emily A. Rodriguez-Sanchirico**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7555
Fax: 310-552-8400
Mobile: 607-351-3266
esanchirico@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

Exhibit C
Page 39

| | |
|---|---|
| **From:** | Emily A. Rodriguez-Sanchirico |
| **To:** | "Lavoie, Craig"; Li, Luis; Saigal, Mari T. |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; "Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)" |
| **Subject:** | RE: Bryant v. County et al.: Draft Protective Order/Forensic Protocol |
| **Date:** | Monday, November 16, 2020 10:28:06 AM |
| **Attachments:** | PFE - Protocol for Forensic Examination.DOCX |

Hi all,

We did a first pass at a draft forensic protocol. It is attached here. If you can send us comments on this too (in addition to the protective order) that would be great.

Thank you,

Emily

---

**From:** Lavoie, Craig [mailto:Craig.Lavoie@mto.com]
**Sent:** Wednesday, November 11, 2020 11:28 AM
**To:** Emily Sanchirico; Li, Luis; Saigal, Mari T.
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'
**Subject:** RE: Bryant v. County et al.: Draft Protective Order

Thanks, Emily. We will review and get back to you. Also, we expect returning the joint report later today.

-Craig

**Craig Jennings Lavoie** | he / him / his | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9224 | craig.lavoie@mto.com | www.mto.com

***NOTICE***

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Emily Sanchirico <esanchirico@millerbarondess.com>
**Sent:** Wednesday, November 11, 2020 8:32 AM
**To:** Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>
**Subject:** RE: Bryant v. County et al.: Draft Protective Order

Hi all,

Following up on this. Let us know if you have any edits or comments.

Exhibit C
Page 40

Thank you,

Emily

---

**From:** Emily Sanchirico
**Sent:** Thursday, November 05, 2020 11:46 AM
**To:** 'luis.li@mto.com'; 'Lavoie, Craig'; 'mari.saigal@mto.com'
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)
**Subject:** RE: Bryant v. County et al.: Draft Protective Order

Adding Jonathan.

---

**From:** Emily Sanchirico
**Sent:** Thursday, November 05, 2020 11:45 AM
**To:** 'luis.li@mto.com'; 'Lavoie, Craig'; 'mari.saigal@mto.com'
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro
**Subject:** Bryant v. County et al.: Draft Protective Order

Hi all,

A draft protective order is attached. This tracks the model protective order for the Central District, with the addition of an attorneys' eyes only provision. Let us know your thoughts.

Thank you,

Emily

**Emily A. Rodriguez-Sanchirico**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Direct: 310-552-7555
Mobile: 607-351-3266
Main: 310-552-4400
Fax: 310-552-8400
esanchirico@millerbarondess.com
www.millerbarondess.com

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Exhibit C
Page 41

| | |
|---|---|
| **From:** | Emily A. Rodriguez-Sanchirico |
| **To:** | "Bryant, Jennifer"; Li, Luis; Lavoie, Craig; Saigal, Mari T.; panish@psblaw.com; Kevin Boyle (Boyle@psblaw.com); Spencer R. Lucas (lucas@psblaw.com); Marguerite S. Sanvictores (sanvictores@psblaw.com); jmjlaw@aol.com |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) |
| **Subject:** | RE: Bryant/Chester/Mauser: Forensic Protocol |
| **Date:** | Tuesday, April 06, 2021 7:28:34 PM |
| **Attachments:** | RFP - Plaintiff Bryant_s First Set of Requests for Production to Defendant LAFD (Set One) Demands for Inspection.PDF<br>RFP - Plaintiff's First Set Of Requests For Production To Defendant Michael Russell (Set One) (Demands For Inspection).PDF<br>RFP - Plaintiff's First Set Of Requests For Production To Defendant Rafael Mejia (Set One) (Demands For Inspection).PDF<br>RFP - Plaintiff's First Set Of Requests For Production To Defendant Raul Versales (Set One) (Demands For Inspection).PDF<br>RFP - Plaintiff's First Set Of Requests For Production To Defendant Joey Cruz (Set One) (Demands For Inspection).PDF<br>RFP - Plaintiff's First Set of Requests for Production to Defendant LASD (Set One) (Demands for Inspection).PDF<br>PFE - Protocol for Forensic Examination.docx |

Hi Jennifer,

We are now in receipt of multiple sets of inspection demands (all attached here), but have not heard anything about the protocol we sent in November. We cannot move forward with a forensic examination without a protocol in place. Please let us know your thoughts on our draft (reattached here), and feel free to send the protocol you mentioned in your March 10 email if you'd like us to consider your version. Let's get this moving forward.

Thank you,

Emily

**Emily A. Rodriguez-Sanchirico**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7555
Fax: 310-552-8400
Mobile: 607-351-3266
esanchirico@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Bryant, Jennifer [mailto:Jennifer.Bryant@mto.com]
**Sent:** Tuesday, March 23, 2021 4:56 PM
**To:** Emily A. Rodriguez-Sanchirico; Li, Luis; Lavoie, Craig; Saigal, Mari T.; panish@psblaw.com; Kevin Boyle (Boyle@psblaw.com); Spencer R. Lucas (lucas@psblaw.com); Marguerite S. Sanvictores (sanvictores@psblaw.com); jmjlaw@aol.com
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)
**Subject:** RE: Bryant/Chester/Mauser: Forensic Protocol

Exhibit C
Page 42

Emily,

Thank you for sending your proposed forensic protocol. We will review, confer with the other plaintiffs' counsel, and revert.

In the meantime, please find attached for service Mrs. Bryant's inspection demands to the four individual defendants.

Best,
Jennifer

**Jennifer L. Bryant** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9293 | jennifer.bryant@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

---

**From:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Sent:** Friday, March 19, 2021 6:00 PM
**To:** Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; Bryant, Jennifer <Jennifer.Bryant@mto.com>; panish@psblaw.com; Kevin Boyle (Boyle@psblaw.com) <Boyle@psblaw.com>; Spencer R. Lucas (lucas@psblaw.com) <lucas@psblaw.com>; Marguerite S. Sanvictores (sanvictores@psblaw.com) <sanvictores@psblaw.com>; jmjlaw@aol.com
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) <jmccaverty@counsel.lacounty.gov>
**Subject:** Bryant/Chester/Mauser: Forensic Protocol

Hi all,

We are in receipt of the attached demands for inspection.  When Jennifer sent them on March 10 she stated that she would follow up with a proposed inspection protocol, but we have not seen one. I am reattaching the forensic protocol that we put together and sent the Bryant attorneys back in November (and the Mauser/Chester attorneys earlier this month).

I am not sure, however, why you served these requests on LASD.  As we've explained, at the time of the crash the personnel were using cellphones (they did not have County-issued phones).  In any event, we will talk to our four deputy clients about the forensic protocol so we can get this process going.

Have a good weekend,

Exhibit C
Page 43

Emily

**Emily A. Rodriguez-Sanchirico**
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7555
Fax: 310-552-8400
Mobile: 607-351-3266
esanchirico@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Exhibit C
Page 44

| | |
|---|---|
| **From:** | Emily A. Rodriguez-Sanchirico |
| **To:** | Bryant, Jennifer |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; "Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)"; Li, Luis; Lavoie, Craig; "panish@psblaw.com"; "Kevin Boyle (Boyle@psblaw.com)"; "Spencer R. Lucas (lucas@psblaw.com)"; "Marguerite S. Sanvictores (sanvictores@psblaw.com)"; "jmjlaw@aol.com"; Martinez, Brandon |
| **Subject:** | RE: Bryant/Chester/Mauser: Forensic Protocol |
| **Date:** | Monday, May 03, 2021 10:29:00 AM |

Your description of the protocol process skips the inspection itself.  What do you anticipate instructing the neutral to look at?  How will the individual defendants' privacy be protected?  Do you agree with us that it needs to be a phased approach?  These are not secondary questions.

**From:** Bryant, Jennifer <Jennifer.Bryant@mto.com>
**Sent:** Monday, May 3, 2021 10:09 AM
**To:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; 'panish@psblaw.com' <panish@psblaw.com>; 'Kevin Boyle (Boyle@psblaw.com)' <Boyle@psblaw.com>; 'Spencer R. Lucas (lucas@psblaw.com)' <lucas@psblaw.com>; 'Marguerite S. Sanvictores (sanvictores@psblaw.com)' <sanvictores@psblaw.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Subject:** RE: Bryant/Chester/Mauser: Forensic Protocol

Emily,

I do not understand why you are refusing to tell us what devices and accounts are available for inspection—and which responsive devices and accounts, if any, are not being made available.

We need this information as soon as possible to assess the sufficiency of your responses and to prepare a meaningful protocol.

We have already told you we are generally on the same page regarding the process for the inspection:  you will be given an opportunity to review the neutral's findings before they are turned over to us to ensure any privileged or otherwise protected material is not disclosed.  To finalize the specifics of the protocol and move forward, we need to make sure we are also on the same page about the devices/accounts that will be analyzed.

Thanks,
Jennifer

**From:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Sent:** Monday, May 03, 2021 8:59 AM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>;

Exhibit C
Page 45

Jason H. Tokoro <jtokoro@Millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; 'panish@psblaw.com' <panish@psblaw.com>; 'Kevin Boyle (Boyle@psblaw.com)' <Boyle@psblaw.com>; 'Spencer R. Lucas (lucas@psblaw.com)' <lucas@psblaw.com>; 'Marguerite S. Sanvictores (sanvictores@psblaw.com)' <sanvictores@psblaw.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Subject:** RE: Bryant/Chester/Mauser: Forensic Protocol

Hi Jennifer,

I do not know why we are talking about attachments to a protocol before we've agreed on the protocol itself. Please send a draft. If we need to go to the magistrate on this we should tee it up ASAP.

Thank you,

Emily


**Emily A. Rodriguez-Sanchirico**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7555
Fax: 310-552-8400
Mobile: 607-351-3266
esanchirico@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Bryant, Jennifer [mailto:Jennifer.Bryant@mto.com]
**Sent:** Friday, April 30, 2021 3:41 PM
**To:** Emily A. Rodriguez-Sanchirico
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Li, Luis; Lavoie, Craig; 'panish@psblaw.com'; 'Kevin Boyle (Boyle@psblaw.com)'; 'Spencer R. Lucas (lucas@psblaw.com)'; 'Marguerite S. Sanvictores (sanvictores@psblaw.com)'; 'jmjlaw@aol.com'; Martinez, Brandon
**Subject:** RE: Bryant/Chester/Mauser: Forensic Protocol

Hi Emily,

Suffice it to say, we do not think it is appropriate for Mrs. Bryant to shoulder any of the County's discovery costs. But we can revisit the cost issue once we've made further progress.

Exhibit C
Page 46

Before we can finalize the protocol, we need to reach an agreement on the devices and accounts that will be analyzed by the neutral.

Can you please list with specificity all of the preservation images that are currently available for inspection and analysis, along with the date each image was created, so that we can move forward?  We'll want this bulleted list (with custodian, type of device/account, serial number, and date forensically acquired) to be attached as an exhibit to the protocol.  If you have additional devices and accounts available that have not yet been preserved, please list those devices/accounts as well.  Finally, to the extent there are additional images, devices, or accounts that are responsive to any of our inspection demands but not yet available for inspection for any reason, please let us know.

Thanks,
Jennifer

**From:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Sent:** Friday, April 30, 2021 11:07 AM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; 'panish@psblaw.com' <panish@psblaw.com>; 'Kevin Boyle (Boyle@psblaw.com)' <Boyle@psblaw.com>; 'Spencer R. Lucas (lucas@psblaw.com)' <lucas@psblaw.com>; 'Marguerite S. Sanvictores (sanvictores@psblaw.com)' <sanvictores@psblaw.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Subject:** RE: Bryant/Chester/Mauser: Forensic Protocol

Hi Jennifer,

Yes, our position is that we should split costs.

We are ready to move forward with forensic examinations for the individual LASD defendants.  We also have several LACFD devices in our possession, and can move forward with those too.  We need a forensic protocol though.  When can we expect to see a draft (or revisions to our November 2020 draft)?

Thank you,

Emily

**From:** Bryant, Jennifer <Jennifer.Bryant@mto.com>
**Sent:** Thursday, April 22, 2021 5:20 PM
**To:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>;

Exhibit C
Page 47