# EXHIBIT A

| | |
|---|---|
| From: | Satterfield, John L |
| Sent: | Wednesday, February 26, 2020 9:19 PM PST |
| To: | Burcher, John P. |
| Subject: | Fwd: LA Times follow up re Lost Hills |

John Satterfield, Ed.D
Deputy Sheriff (Lieutenant)
Los Angeles County Sheriff's Department
Sheriff's Information Bureau
Hall of Justice - 1st Floor
211 W. Temple Street
Los Angeles, CA 90012
(213) 229-1685 Office
(323) 415-2934 Fax
"Do What Is Right and Just, No Matter What the Personal Cost"
Colonel Donald G. Cook, USMC (ret), Medal of Honor Recipient
CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
Sent via iPhone
**From:** Valdez, Jorge A. <javaldez@lasd.org>
**Sent:** Wednesday, February 26, 2020 7:04:59 PM
**To:** Murakami, Timothy K. <TKMuraka@lasd.org>; Satterfield, John L <JLSatter@lasd.org>
**Subject:** Fwd: LA Times follow up re Lost Hills

FYI.
Get Outlook for iOS
**From:** Tchekmedyian, Alene <Alene.Tchekmedyian@latimes.com>
**Sent:** Wednesday, February 26, 2020 6:59:46 PM
**To:** Valdez, Jorge A. <javaldez@lasd.org>
**Cc:** Villanueva, Alex <avillan@lasd.org>
**Subject:** Re: LA Times follow up re Lost Hills

Capt. Valdez,
Did you also inform the families that these photos were taken and shared? Did you tell the families that you took action?
This story focuses on detailed information from multiple, highly credible sources that Sheriff's Department employees took photos of the crash scene and shared them with people both inside and outside the department, including at least one civilian at a bar. We know that this information reached the department's headquarters.
We'd like very much to include in the story your account of how the department leadership acted on the information. Please know, however, that your lack of participation in the story will neither prevent nor delay publication, which is imminent.

EXHIBIT A
-10-

This is indeed a sensitive matter. In our view, that is all the more reason for the department to be transparent and forthright in addressing it.
--
Alene Tchekmedyian
Reporter
Los Angeles Times
o: (213) 237-3138
c: (714) 928-9311

**From:** Valdez, Jorge A. <javaldez@lasd.org>
**Sent:** Wednesday, February 26, 2020 5:40 PM
**To:** Tchekmedyian, Alene <Alene.Tchekmedyian@latimes.com>
**Subject:** RE: LA Times follow up re Lost Hills

EXTERNAL SOURCE

Ms. Tchekmedyian,

Out of respect for the families of the crash victims, we will not be commenting at this time. Based on the insensitive intention to release this alleged information, we were obligated to personally contact the family members and advise them of the details surrounding your allegations.

Respectfully,

Captain Jorge Valdez

---

**From:** Tchekmedyian, Alene [mailto:Alene.Tchekmedyian@latimes.com]
**Sent:** Wednesday, February 26, 2020 11:54 AM
**To:** Valdez, Jorge A. <javaldez@lasd.org>; Villanueva, Alex <avillan@lasd.org>
**Subject:** LA Times follow up re Lost Hills

Capt. Valdez, following up on our conversation at today's presser.

I'm getting close to publishing a story about a report to the Sheriff's Department that a deputy trainee showed graphic photos of Kobe Bryant's helicopter crash site to a bartender in Norwalk.

It's my information that a handful of Lost Hills deputies were then identified as having photos and/or videos from the scene. I'm told they were ordered, in a directive that came down from Sheriff Villanueva, to delete this evidence from their phones, but that no investigation was opened and no one faced discipline.

When I asked Sheriff Villanueva about these deputies being ordered to delete photos, he said that this was a practice to make sure that there's "no evidence other than the official photos of evidence that are taken for criminal purposes."

I'm checking back regarding your statement that you are unaware of any complaint and that there was no order given to delete any photographs. Can you confirm that this is the department's official response?

Please explain why your statement is at odds with what Sheriff Villanueva said. Thank you,

Alene Tchekmedyian

--
Alene Tchekmedyian
Reporter
Los Angeles Times
o: (213) 237-3138
c: (714) 928-9311