# EXHIBIT B

| | |
|---|---|
| **From:** | Emily A. Rodriguez-Sanchirico |
| **To:** | Lavoie, Craig; Bryant, Jennifer; Skip Miller |
| **Cc:** | Mira Hashmall; Jason H. Tokoro; "Jmccaverty@counsel.lacounty.gov"; Li, Luis; Martinez, Brandon |
| **Subject:** | RE: Bryant v. COLA, et al - Stipulation to Amend Scheduling Order |
| **Date:** | Tuesday, April 20, 2021 1:04:32 PM |

Hi Craig and Jennifer,

It looks like tomorrow at 4 should work.  I'll confirm soon.

Thanks,

Emily

**From:** Lavoie, Craig <Craig.Lavoie@mto.com>
**Sent:** Tuesday, April 20, 2021 12:48 PM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>; Skip Miller <smiller@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Cc:** Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; 'Jmccaverty@counsel.lacounty.gov' <Jmccaverty@counsel.lacounty.gov>; Li, Luis <Luis.Li@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Subject:** RE: Bryant v. COLA, et al - Stipulation to Amend Scheduling Order

Skip and Jon – Since you are lead counsel, we need to meet and confer with you about our motion.  Can you please respond?  Here is when Luis is available:

- Today after 3:30
- Tomorrow after 3:00

-Craig

**Craig Jennings Lavoie | Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9224  |  craig.lavoie@mto.com  |  www.mto.com

* * *NOTICE* * *
This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.

**From:** Bryant, Jennifer <Jennifer.Bryant@mto.com>
**Sent:** Monday, April 19, 2021 7:09 PM
**To:** Skip Miller <smiller@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Cc:** Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; 'Jmccaverty@counsel.lacounty.gov' <Jmccaverty@counsel.lacounty.gov>; Li, Luis <Luis.Li@mto.com>; Lavoie, Craig

<Craig.Lavoie@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Subject:** RE: Bryant v. COLA, et al - Stipulation to Amend Scheduling Order

In that case, we will proceed with a motion.  We are available for a LR 7-3 conference tomorrow 8:30-10:00, 12:00-1:00, and after 3:30.  Alternatively, we are available Wednesday after 3:00.  Please let us know what time in those windows would work for both you and Jon (as lead counsel).

Thanks,
Jennifer

**From:** Skip Miller <smiller@Millerbarondess.com>
**Sent:** Monday, April 19, 2021 6:12 PM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Cc:** Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; 'Jmccaverty@counsel.lacounty.gov' <Jmccaverty@counsel.lacounty.gov>; Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Subject:** Re: Bryant v. COLA, et al - Stipulation to Amend Scheduling Order

No. We're not going to stipulate.

**From**: Bryant, Jennifer [mailto:Jennifer.Bryant@mto.com]
**Sent**: Monday, April 19, 2021 05:49 PM Pacific Standard Time
**To**: Emily A. Rodriguez-Sanchirico
**Cc**: Skip Miller; Mira Hashmall; Jason H. Tokoro; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) <jmccaverty@counsel.lacounty.gov>; Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Subject**: Bryant v. COLA, et al - Stipulation to Amend Scheduling Order

Emily,

As you know, in denying the parties' request for consolidation last week, Judge Walter did not address the parties' proposed new case schedule.  Because we have the same good cause to extend the discovery cutoff in our individual action as we would have had in a consolidated action, we plan to request an amendment of the scheduling order that tracks what we had previously agreed upon.

Can you please confirm that Defendants will stipulate to such relief?  If so, we can send over a draft stipulation for your review.

Thanks,
Jennifer

**Jennifer L. Bryant** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9293 | jennifer.bryant@mto.com | www.mto.com

*\*\*\*NOTICE\*\*\**

**EXHIBIT B**
**-15-**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.