# EXHIBIT C

EXHIBIT C
-17-

| | |
|---|---|
| **From:** | Skip Miller |
| **To:** | Li, Luis |
| **Cc:** | Lavoie, Craig; Emily A. Rodriguez-Sanchirico; "Boyle@psblaw.com"; Saigal, Mari T.; "panish@psblaw.com"; "lucas@psblaw.com"; "sanvictores@psblaw.com"; "jmjlaw@aol.com"; "Jmccaverty@counsel.lacounty.gov"; Mira Hashmall; Jason H. Tokoro |
| **Subject:** | Re: Bryant/Chester/Mauser v. County |
| **Date:** | Friday, March 5, 2021 8:07:27 PM |

No Luis. We don't have the devices in our possession. They are personal cell phones, not County property; and their production needs to be compelled by subpena. In the IAB Report, you have the names of the people to be subpenoed, so it should be easy. Like with respect to the IAB Report, everybody should want--and we believe is entitled to--this data. We've discussed this all with your team before, but apparently, it didn't sink in. Please feel free to call me to hopefully cut through it. Thanks, Skip.

**From**: Li, Luis [mailto:Luis.Li@mto.com]
**Sent**: Friday, March 05, 2021 06:27 PM Pacific Standard Time
**To**: Skip Miller
**Cc**: Lavoie, Craig <Craig.Lavoie@mto.com>; Emily A. Rodriguez-Sanchirico; Kevin Boyle <Boyle@psblaw.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; Brian Panish <Panish@psblaw.com>; Spencer R. Lucas <lucas@psblaw.com>; Marguerite S. Sanvictores <sanvictores@psblaw.com>; jmjlaw@aol.com <jmjlaw@aol.com>; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) <jmccaverty@counsel.lacounty.gov>; Mira Hashmall; Jason H. Tokoro
**Subject**: Re: Bryant/Chester/Mauser v. County

Skip,
Does the County have custody and control of the devices at issue? Please let us know as our response to your suggestion will be influenced by it. Thanks and have a good weekend.

Luis Li
Munger, Tolles & Olson LLP
(213) 683-9205


> On Mar 5, 2021, at 5:47 PM, Skip Miller <smiller@millerbarondess.com> wrote:
>
>  Craig, We sent you a proposed forensic protocol for the cell phones that allegedly took crash site photos over four months ago; and still haven't heard back. This is likely the key discovery in the case, to determine if any of the photos were actually disseminated or whether, as the IAB Report indicates, they were all deleted and destroyed. Your client has said she's fearful that crash photos may show up on the Internet, and I don't blame her for having this concern. The point of the forensic protocol is to facilitate a forensic examination of the cell phones and find out what happened to the photos. I would think your client would want to tie this critical point down. Please discuss this with your client and get back to us, yes or no, if you want to proceed with the forensic protocol/examination process. And of course we'll get back to you on your questions, but thank you for the reminder.  Skip.
>
> Sent from my iPhone

**EXHIBIT C**
**-18-**