LUIS LI (State Bar No. 156081)
Luis.Li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**PLAINTIFF'S NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION**<br><br>Date:         June 7, 2021<br>Time:        1:30 p.m.<br>Courtroom: 7A<br>Judge:       Hon. John F. Walter<br><br>Pre-Trial Conf. Date: October 29, 2021<br>Trial Date: November 16, 2021 |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to the Honorable John F. Walter's Scheduling and Case Management Order (Dkt. No. 29) and Local Rule 5-4.4.1, Plaintiff Vanessa Bryant hereby lodges with the Court:

**[PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFF'S MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

DATED: May 26, 2021          MUNGER, TOLLES & OLSON LLP

By:      */s/ Luis Li*
              LUIS LI

Attorneys for Plaintiff Vanessa Bryant