# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 20-9582-JFW(Ex)**                                                             Date: June 1, 2021

Title:     Vanessa Bryant -v- County of Los Angeles, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Daisy Rojas | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                           None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: EXHIBITS**

    Although Plaintiff's counsel has adequately described the exhibits attached to the Declaration of Craig Jennings Lavoie (Docket No. 76-2) in the Declaration, Plaintiff's counsel has failed to adequately describe those exhibits on the docket.  Accordingly, counsel shall re-file the Declaration of Craig Jennings Lavoie and shall separately docket each exhibit with a meaningful description of each exhibit by **June 2, 2021**.  For example:

**Declaration of Craig Jennings Lavoie:**

| Attachment | Description | No. of Pages |
|---|---|---|
| 1 | Ex. 1 - County's Responses to Plaintiff's first set of interrogatories dated Dec. 7, 2020 | 8 |
| 2 | Ex. 2 - Defendants' Initial Disclosures dated Nov. 18, 2020 | 7 |

    In the future, counsel for all parties shall meaningfully describe each document or exhibit on the docket such that the document or exhibit can be easily identified as required by the Court's Amended Standing Order filed today.

    IT IS SO ORDERED.