# EXHIBIT 1

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VANESSA BRYANT, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual; and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO FIRST SET OF INTERROGATORIES**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

PROPOUNDING PARTY: PLAINTIFF
RESPONDING PARTY: DEFENDANT COUNTY OF LOS ANGELES
SET NO.: ONE (1)

Pursuant to Federal Rule of Civil Procedure 33(b), Defendant County of Los Angeles ("Responding Party" or the "County") hereby responds and objects to the First Set of Interrogatories (the "Interrogatories") propounded by Plaintiff ("Propounding Party" or "Plaintiff") as set forth below.

**PRELIMINARY STATEMENT**

This Preliminary Statement applies to all responses that Responding Party may hereafter make to the Interrogatories. Responding Party's responses are made without waiving, or intending to waive, but on the contrary, expressly reserving: (1) the right to object on any and all proper grounds to the use of these responses in any other action; (2) the right to object on any and all proper grounds to the admissibility of these responses; (3) the right to object on any and all proper grounds to any other discovery procedure involving or relating to the subject matter of the Interrogatories; and (4) the right at any time to revise, correct, add to, or clarify any of these responses.

Responding Party has made an effort to respond to the Interrogatories, to the extent they call for information that is not otherwise privileged or objectionable, as Responding Party understands and interprets them. If Propounding Party subsequently asserts a different interpretation, Responding Party reserves the right to supplement Responding Party's responses.

Responding Party's responses to these Interrogatories are based upon facts presently known to Responding Party. Responding Party's investigation and discovery, including the review of Responding Party's own files, are continuing and Responding Party may subsequently learn additional facts and uncover additional documents in Responding Party's possession. Responding Party reserves the right

to rely upon all such evidence as may become available during the course of discovery and trial preparation and to use the same at trial or otherwise in this action. However, Responding Party undertakes no duty to supplement Responding Party's responses beyond the requirements in the Federal Rules of Civil Procedure.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

State the full name, home address, residential and cellular telephone numbers, rank, and job title of all current and former agents or employees of the Los Angeles County Sheriff's Department and the Los Angeles County Fire Department whom YOU have reason to believe may have taken and/or SHARED one or more PHOTOS of the ACCIDENT SCENE, including but not limited to PHOTOS of human remains at the ACCIDENT SCENE.

**RESPONSE TO INTERROGATORY NO. 1:**

Responding Party objects to this interrogatory to the extent that it calls for information protected by the attorney-client privilege, work product, or any other applicable privilege. Responding Party objects to this interrogatory on the ground that it seeks information that is protected from disclosure by the right to privacy under the U.S. Constitution and the California Constitution. Responding Party objects to this interrogatory on the ground that it seeks information from confidential personnel records that are protected from disclosure under California Penal Code section 832.7(a). Responding Party objects to this interrogatory because it seeks information that is the subject of a pending lawsuit. *Association for Los Angeles Deputy Sheriffs v. Alex Villanueva, Los Angeles County Sheriff et al.*, Los Angeles Superior Court Case No. 20STCP01761. Responding Party also objects to this interrogatory on the ground that Responding Party has received third party objections from counsel for individuals represented by the Association for Los Angeles Deputy Sheriffs regarding the disclosure of any names, as contemplated by this interrogatory.

**INTERROGATORY NO. 2:**

State the full name, home address, residential and cellular telephone numbers, rank, and job title of all current and former agents or employees of the Los Angeles County Sheriff's Department and the Los Angeles County Fire Department who were involved in any manner whatsoever in investigating or responding to the possibility that agents or employees of the Los Angeles County Sheriff's Department or Los Angeles County Fire Department took and/or SHARED one or more PHOTOS of the ACCIDENT SCENE, including but not limited to PHOTOS of human remains at the ACCIDENT SCENE.

**RESPONSE TO INTERROGATORY NO. 2:**

Responding Party objects to this interrogatory to the extent that it calls for information protected by the attorney-client privilege, work product, or any other applicable privilege. Responding Party objects to this interrogatory on the ground that it seeks information that is protected from disclosure by the right to privacy under the U.S. Constitution and the California Constitution. Responding Party objects to this interrogatory on the ground that it seeks information from confidential personnel records that are protected from disclosure under California Penal Code section 832.7(a). Responding Party objects to this interrogatory because it seeks information that is the subject of a pending lawsuit. *Association for Los Angeles Deputy Sheriffs v. Alex Villanueva, Los Angeles County Sheriff et al.*, Los Angeles Superior Court Case No. 20STCP01761. Responding Party also objects to this interrogatory on the ground that Responding Party has received third party objections from counsel for individuals represented by the Association for Los Angeles Deputy Sheriffs regarding the disclosure of any names, as contemplated by this interrogatory.



DATED: December 7, 2020 MILLER BARONDESS, LLP

By: ______________________________
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On December 7, 2020, I served true copies of the following document(s) described as:

**DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO FIRST SET OF INTERROGATORIES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address esanchirico@millerbarondess.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 7, 2020, at Los Angeles, California.

Emily A. Rodriguez-Sanchirico

**SERVICE LIST**
***Bryant v. County of Los Angeles, et al.***
**Case No. 2:20-cv-09582**

Luis Li
Craig Jennings Lavoie
Mari T. Saigal
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426

*Attorneys for Plaintiff VANESSA BRYANT*

Tel.: (213) 683-9100
Fax: (213) 687-3702
Email: luis.li@mto.com; craig.lavoie@mto.com; mari.saigal@mto.com; denise.olguin@mto.com; jennifer.galindo@mto.com; marilyn.ogaldez@mto.com; myrna.perez@mto.com

Jonathan C. McCaverty, *Principal Deputy County Counsel*
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, CA 90012

*Attorneys for Defendants LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and ALEX VILLANUEVA*

Tel.: (213) 974-1828
Fax: (213) 626-7446
Email: jmccaverty@counsel.lacounty.gov; cnatividad@counsel.lacounty.gov; dbluem@counsel.lacounty.gov