# EXHIBIT 2

Exhibit 2
-23-

JONATHAN C. MCCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446
Email: jmccaverty@counsel.lacounty.gov

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT and ALEX VILLANUEVA

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400
Email: smiller@millerbarondess.com

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DEFENDANTS' INITIAL DISCLOSURES**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

# DEFENDANTS' INITIAL DISCLOSURES

Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Sheriff Alex Villanueva (collectively, "Defendants") hereby make their initial disclosures, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Defendants are making these disclosures based on the information that is reasonably available to them at this time in a good-faith effort to comply with their obligations under Rule 26(a)(1). Discovery is ongoing, and Defendants reserve the right to supplement, update and/or amend these disclosures as appropriate during the course of this action. By making these disclosures, Defendants do not represent that they are identifying every document or witness relevant to their claims or defenses, do not concede admissibility of the information disclosed, and do not waive any protections available to them under the attorney-client privilege, the work product doctrine, or any other applicable privilege. No incidental or implied admissions are intended by these Initial Disclosures. This disclosure does not include any expert witnesses. Expert witnesses will be disclosed in accordance with the Federal Rules of Civil Procedure and applicable scheduling orders of the Court.

Finally, Defendants' disclosures are made without waiver of: (1) the right to object to the use of any information disclosed herein in this action or any other action; (2) the right to object to any discovery request relating to these disclosures; and (3) the right to seek a protective order.

**A.** **Individuals Likely to Have Discoverable Information**

In accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(i), and subject to the reservation of all rights and privileges described above, Defendants believe that the individuals identified in the Internal Affairs Bureau Investigative Report, described below, are likely to have discoverable information regarding their claims and defenses. Defendants are not listing those individuals here due to privacy and confidentiality concerns.

### B. Categories of Documents Defendants May Use

In accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(ii), and subject to the reservation of all rights and privileges described above and any ruling by the Court as to scope, Defendants provide the following list of categories of documents in their possession, custody or control that they may use in support of their defenses, excluding documents that would be used solely for impeachment.

| Category | Location |
|---|---|
| Internal Affairs Bureau Investigative Report | Los Angeles County Sheriff's Department<br>211 West Temple Street<br>Los Angeles, CA 90012 |

Defendants believe that the IA Report contains all of the information Plaintiff is seeking, including the names of all witnesses who are likely to have discoverable information regarding her claims and Defendants' defenses. The IA Report does, however, contain confidential personnel information and can only be produced subject to a protective order and a court order compelling its production. Defendants anticipate briefing these issues in connection with a motion to compel responses to Plaintiff's requests for production.

Defendants also anticipate that the third parties whose rights as peace officers may be implicated by any disclosure of the IA Report may intervene and lodge their own objections. Defendants have notified those individuals of the potential disclosure.

### C. Insurance

Defendants deny that they are liable to Plaintiff for any damages. In any event, there is no applicable insurance agreement.

### D. Reservation of Rights

Defendants reserve their rights to supplement or amend these disclosures in light of further discovery, investigation, and trial preparation.

| | | |
|---|---|---|
| 1 | DATED: November 18, 2020 | MILLER BARONDESS, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Louis R. Miller |
| 5 | | LOUIS R. MILLER |
| | | Attorneys for Defendant |
| 6 | | COUNTY OF LOS ANGELES |
| 7 | | |
| 8 | DATED: November 18, 2020 | OFFICE OF COUNTY COUNSEL |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Jonathan C. McCaverty |
| | | JONATHAN C. McCAVERTY |
| 12 | | Attorneys for Defendants |
| 13 | | LOS ANGELES COUNTY SHERIFF'S |
| | | DEPARTMENT and ALEX |
| 14 | | VILLANUEVA, as Sheriff of the County |
| 15 | | of Los Angeles and as an individual |

486437.1

4

Case No. 2:20-cv-09582-JFW-E

DEFENDANTS' INITIAL DISCLOSURES

**Exhibit 2**
**-27-**

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On November 18, 2020, I served true copies of the following document(s) described as:

**DEFENDANTS' INITIAL DISCLOSURES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address esanchirico@millerbarondess.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 18, 2020, at Los Angeles, California.



Emily A. Rodriguez-Sanchirico

486437.1

Case No. 2:20-cv-09582-JFW-E

DEFENDANTS' INITIAL DISCLOSURES

**Exhibit 2**
**-28-**

# SERVICE LIST
***Bryant v. County of Los Angeles, et al.***
**Case No. 2:20-cv-09582**

| | |
|---|---|
| Luis Li<br>Craig Jennings Lavoie<br>Mari T. Saigal<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426 | *Attorneys for Plaintiff*<br>*VANESSA BRYANT*<br><br>Tel.:  (213) 683-9100<br>Fax:  (213) 687-3702<br>Email:  luis.li@mto.com;<br>craig.lavoie@mto.com;<br>mari.saigal@mto.com |
| Jonathan C. McCaverty, *Principal Deputy County Counsel*<br>General Litigation Division<br>500 West Temple Street, Suite 468<br>Los Angeles, CA 90012 | *Attorneys for Defendants*<br>*LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and ALEX VILLANUEVA*<br><br>Tel.:  (213) 974-1828<br>Fax:  (213) 626-7446<br>Email:<br>jmccaverty@counsel.lacounty.gov |

486437.1

Case No. 2:20-cv-09582-JFW-E

DEFENDANTS' INITIAL DISCLOSURES

**Exhibit 2**
**-29-**