-35-

# EXHIBIT 4

Exhibit 4
-35-

| | |
|---|---|
| **From:** | Lavoie, Craig |
| **Sent:** | Monday, January 11, 2021 9:19 AM |
| **To:** | Skip Miller |
| **Cc:** | Mira Hashmall; Emily A. Rodriguez-Sanchirico; Li, Luis; Saigal, Mari T.; Jonathan McCaverty |
| **Subject:** | RE: Bryant v. County: MTD Ruling/Forensic Protocol |

Skip,

Thanks for your note. As I mentioned on the phone, we will likely disagree about the document being designated attorneys' eyes only, but we appreciate your agreement that we can discuss the document with Vanessa. With respect to the handling of the document itself, we will comply with the requirements of the protective order.

-Craig

**Craig Jennings Lavoie** | he / him / his | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9224 | craig.lavoie@mto.com | www.mto.com

*** NOTICE ***

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

**From:** Skip Miller <smiller@Millerbarondess.com>
**Sent:** Friday, January 8, 2021 7:01 PM
**To:** Lavoie, Craig <Craig.Lavoie@mto.com>
**Cc:** Mira Hashmall <mhashmall@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>; Li, Luis <Luis.Li@mto.com>; Jonathan McCaverty <Jmccaverty@counsel.lacounty.gov>
**Subject:** Re: Bryant v. County: MTD Ruling/Forensic Protocol

Craig, Per our t/c, it's ok for you to discuss with your client, in a confidential attorney-client discussion, the IAB Report that we produced to you on Wed pursuant to the parties' protective order and for attorneys eyes only. But, pursuant to the PO, you must not show or give the IAB Report to your client or anyone else outside of your law firm. Thanks, Skip.

Sent from my iPhone

On Jan 8, 2021, at 5:11 PM, Lavoie, Craig <Craig.Lavoie@mto.com> wrote:

> Hey Skip,
>
> Could I catch you for a minute to talk about this?
>
> -Craig
>
> **Craig Jennings Lavoie** | he / him / his | **Munger, Tolles & Olson LLP**
> 350 South Grand Avenue | Los Angeles, CA 90071
> Tel:  213.683.9224 | craig.lavoie@mto.com | www.mto.com
>
> *** NOTICE ***

**Exhibit 4**
**-36-**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

**From:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Sent:** Friday, January 8, 2021 12:28 PM
**To:** Li, Luis <Luis.Li@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Max W. Hirsch <mhirsch@millerbarondess.com>; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) <jmccaverty@counsel.lacounty.gov>
**Subject:** RE: Bryant v. County: MTD Ruling/Forensic Protocol

Hi all,

I hope you're doing well.  Following up on my email below.  Please let us know if you plan to amend.

Thank you,

Emily

**Emily A. Rodriguez-Sanchirico**

M I L L E R │ B A R O N D E S S LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7555
Fax: 310-552-8400
Mobile: 607-351-3266
esanchirico@millerbarondess.com
www.millerbarondess.com
Biography

🌳 Please consider the environment – do you really need to print this email?

**From:** Emily A. Rodriguez-Sanchirico
**Sent:** Wednesday, January 06, 2021 6:20 PM
**To:** Li, Luis; 'Lavoie, Craig'; Saigal, Mari T.
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)
**Subject:** Bryant v. County: MTD Ruling/Forensic Protocol

Hi all,

Please let us know if you intend to amend your complaint so that we can plan accordingly.

We are also still waiting on your thoughts on the proposed forensic protocol.  My November 16 email is attached here for convenience.

Thank you,

Emily

**Emily A. Rodriguez-Sanchirico**
M I L L E R  |  B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7555
Fax: 310-552-8400
Mobile: 607-351-3266
esanchirico@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

3

**Exhibit 4**
**-38-**