# EXHIBIT 5

Exhibit 5
-39-

## MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR.*
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
KATHLEEN M. M<sup>c</sup>DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA*
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
ROSEMARIE T. RING
MELINDA EADES LEMOINE
SETH GOLDMAN

GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG*
MARK R. YOHALEM
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
GEORGE CLAYTON FATHEREE, III
KELLY L. C. KRIEBS
JENNIFER A. LAWRENCE
LAURA K. LIN
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
ERIC P. TUTTLE
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
DAVID S. HONG
JONATHAN KRAVIS*
WESLEY T. L. BURRELL
KAREN A. LORANG
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
ANDREW CATH RUBENSTEIN
NICHOLAS D. FRAM
JOHN L. SCHWAB
ASHLEY D. KAPLAN
JESSICA REICH BARIL

JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
EMILY CURRAN-HUBERTY
JORDAN X. NAVARRETTE
JOHN B. MAJOR
LAUREN C. BARNETT
C. HUNTER HAYES
TREVOR N. TEMPLETON
SKYLAR B. GROVE
ELIZABETH B. DYER
SARAH S. LEE
LAURA M. LOPEZ
MICHAEL C. BAKER
ADELE M. EL-KHOURI*
COLIN A. DEVINE
DANE P. SHIKMAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
JONATHAN S. MELTZER*
LAUREN M. HARDING
NEFI D. ACOSTA
STEPHANIE G. HERRERA
TERESA REED DIPPO
DANIEL BENYAMIN
SARA A. MCDERMOTT
J. MAX ROSEN
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL SIGURDSSON
ANNIE K. CONLEY
KATHERINE G. INCANTALUPO
DAVID P. THORESON
NICHOLAS M. AXELROD
DAVID M. MORESHEAD
ANDRE W. BREWSTER III
TERRA D. LAUGHTON
ROWLEY J. RICE
JEREMY S. KREISBERG*
GINA F. ELLIOTT
BRANDON R. TEACHOUT
CARSON C. ZHENG
USHA CHILUKURI VANCE
TYLER HILTON
VINCENT LING
ALEXANDER S. GORIN

BRENDAN GANTS*
MARKUS BRAZILL
MARI T. SAIGAL
LAUREN E. ROSS*
ZOE BEDELL*
BENJAMIN G. BAROKH
ABE DYK
MICHELE C. NIELSEN
APRIL YOUPEE-ROLL
DAVID T. FREENOCK
COBUS VAN DER VEN*
MARIANNA MAO
MEGAN MCCREADIE
OMAR H. NOURELDIN
STEPHEN HYLAS
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
LLOYD MARSHALL
NEHARA KARL
BRANDON MARTINEZ
ANTHONY J. RAMIREZ
ANDREW LEWIS
CARRIE C. LITTEN
BEAU C. TREMITIERE
ESTALYN S. MARQUIS
JAMES R. SALZMANN
ELIZABETH DOUGLAS
SAMIR HALAWI
ROBIN S. GRAY

OF COUNSEL

ROBERT K. JOHNSON
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
BRAD SCHNEIDER
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
ADAM R. LAWTON
MATTHEW S. SCHONHOLZ
MICHAEL E. GREANEY

E. LEROY TOLLES
(1922–2008)

*ADMITTED IN DC,
ALL OTHERS ADMITTED IN CA

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

———

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

———

601 MASSACHUSETTS AVE. NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

February 2, 2020

**Via E-Mail**

Louis "Skip" Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
smiller@millerbarondess.com

Jonathan C. McCaverty
Office of the County Counsel
500 West Temple Street, Suite 468
Los Angeles, California 90012
jmccaverty@counsel.lacounty.gov

Re:  *Bryant v. County of Los Angeles, et al.* (Case No.: 2:20-cv-09582-JFW-E)

Dear Skip and Jonathan:

I am writing to address two issues related to Defendants' confidentiality designations.

*First*, as you know, last month the County produced an internal affairs investigative report ("IA Report") containing information that is highly relevant to the litigation, including memos authored by Sheriff's Department personnel who took and shared photos of the victims' remains, transcripts of interviews with those same individuals, and a summary of the Sheriff's Department's findings regarding the improper photos. This is information that Vanessa Bryant deserves to know, and there is no reason she should not be able to review the IA Report. However, the County has blocked Mrs. Bryant from seeing even a single page of the IA Report by mass-designating all 1,140 pages of it as attorneys' eyes only.

This was improper. The Protective Order defines "Confidential—Attorneys' Eyes Only" as "[e]xtremely sensitive confidential information . . . the disclosure of which to another Party or

**Exhibit 5**
**-40-**

MUNGER, TOLLES & OLSON LLP

Non-Party would create a substantial risk of serious financial or other injury that cannot be avoided by less restrictive means." (¶ 2.4.)  The IA Report contains no such information. Although the Sheriff's Department and individuals who took and shared photos of human remains may rightfully be ashamed of the actions described in the IA Report, that is not a reason to block Mrs. Bryant from viewing it.  In addition, to the extent any information in the IA Report may properly be considered confidential, the harm from disclosure would arise from disclosure *to the public*, not to Mrs. Bryant.  If the County believes that certain passages of the IA Report require protection, it may attempt to designate them as "confidential," which is a less restrictive means of protecting the information than an attorneys' eyes only designation.

In addition, the Protective Order provides:

> The Designating Party must designate for protection only those parts of material, documents, items, or oral or written communications that qualify so that other portions of the material, documents, items, or communications for which protection is not warranted are not swept unjustifiably within the ambit of this Order.  Mass, indiscriminate, or routinized designations are prohibited.

(¶ 5.1.)  By designating every word and page of the IA Report as attorneys' eyes only, Defendants have violated this provision of the Protective Order.

We ask that the County re-produce the IA Report no later than **Tuesday, February 9 at 5:00 p.m.** without any attorneys' eyes only designations and without any mass, indiscriminate confidentiality designations of any kind.  If the County does not satisfy this request, Plaintiff will challenge the attorneys' eyes only designation of the IA Report via a motion before Judge Eick. Hence, if the County does not intend to honor our request that it change its designation of the IA Report on the above timeline, please provide your availability to meet and confer this Thursday or Friday.  Although we hope a motion will not be necessary, please consider this letter notice pursuant to Local Rule 37-1 of the issues we would raise in a motion.

*Second*, Defendants' responses to Plaintiff's first set of requests for production stated that they will produce responsive documents by this Thursday, February 4.  In advance of that production, we write to caution Defendants against improperly designating material as attorneys' eyes only and mass-designating documents without isolating "only those parts" that qualify for protection.  (¶ 5.1.)  If Defendants repeat the practice employed by the County with respect to the IA Report, Plaintiff will file a motion to challenge Defendants' designations.

Very truly yours,

*/s/ Craig Jennings Lavoie*

Craig Jennings Lavoie

**Exhibit 5**
**-41-**