# EXHIBIT 8

Exhibit 8
-50-

MUNGER, TOLLES & OLSON LLP

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

March 2, 2020

Writer's Direct Contact
(213) 683-9205
(213) 683-4005 FAX
luis.li@mto.com

**Via FedEx and Electronic Mail**

Daryl L. Osby, Fire Chief
Los Angeles County Fire Department
c/o Mary Wickham, Los Angeles County Counsel
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
mwickham@counsel.lacounty.gov

      Re:     Dissemination of Photos of January 26, 2020 Helicopter Crash Scene

Dear Chief Osby:

      We, along with Robb & Robb LLC, represent Vanessa Bryant in all of her legal claims arising out of the helicopter crash that killed her husband, Kobe, and her daughter, Gianna. We write in regards to disturbing and distressing reports that Los Angeles County firefighters have shared graphic photos of the January 26, 2020 helicopter crash that killed nine victims, including Kobe and Gianna Bryant. These reports indicate that photos of the crash scene have been "passed around" by firefighters for no official purpose. (*See* CBS Los Angeles, *Report: Firefighters Also Shared Graphic Images From Scene of Helicopter Crash That Killed Kobe Bryant* (Feb. 28, 2020), *available at* https://losangeles.cbslocal.com/video/4467516-report-firefighters-also-shared-graphic-images-from-scene-of-helicopter-crash-that-killed-kobe-bryant/;

Exhibit 8
-51-

MUNGER, TOLLES & OLSON LLP

Los Angeles County Fire Department
March 2, 2020
Page 2

TMZ.com, *Kobe Bryant Helicopter Crash; Irate Bartender Busts Sheriff's Deputies… Who Shared Gruesome Crash Photos* (Feb. 28, 2020), *available at* https://www.tmz.com/2020/02/28/la-county-sheriff-kobe-bryant-crash-site-photos/.)

These reports are deeply distressing to Mrs. Bryant and her family, who have already endured the unimaginable loss of their loved ones. The public dissemination of photos of the victims' remains would only worsen the family's pain and suffering.

We formally request that the Fire Department take immediate action to secure all photos and videos of the January 26, 2020 crash scene in the Fire Department's possession, whether taken in official capacity or not, including any photos or videos in the possession of or disseminated by Fire Department personnel. We further request that the Fire Department conduct an investigation to determine the extent of the unauthorized taking and dissemination of photos and the identities of the firefighters or other personnel involved.

In addition, please promptly provide us a copy of any and all complaints received by your Office regarding the unauthorized taking or sharing of crash-scene photos and provide answers in writing regarding (i) all steps the Fire Department has taken to ensure all photos of the crash scene have been secured; (ii) whether the Department has initiated an investigation into this matter and when the investigation is expected to conclude; (iii) the names of all Fire Department personnel who shared photos of the crash scene; and (iv) whether the Fire Department has terminated, suspended, or otherwise disciplined said personnel for their actions. We expect that such egregious violations of policy and decency will result in the most severe discipline.

The Fire Department and its personnel owe a duty of care to victims' families to refrain from publicly disseminating photos of victims' remains, given the potential for exploitation, Internet sensationalism, and the foreseeable agony such dissemination would inflict. *Catsouras v. Dept. of Cal. Highway Patrol*, 181 Cal. App. 4th 856, 886, 888 (2010). The unauthorized dissemination of photos of victims' remains could give rise to liability for, among other things, invasion of privacy, negligence, negligent or intentional infliction of emotional distress, and negligent supervision or retention. We fully intend to hold the Fire Department and its personnel accountable for any harm caused by the unauthorized taking or dissemination of photos.

Exhibit 8
-52-

MUNGER, TOLLES & OLSON LLP

Los Angeles County Fire Department
March 2, 2020
Page 3

    Our client and we are presently evaluating all of her legal options relative to this matter. She reserves all rights.

                                            Sincerely,

                                            Luis Li

CC:    Brad D. Brian
         Gary Robb
         Anita Robb

**Exhibit 8**
**-53-**