# EXHIBIT 10

Exhibit 10
-57-



IVIE McNEILL WYATT
PURCELL & DIGGS

Jack F. Altura, Esq.
jaltura@imwlaw.com
(213) 489-0028, ext. 154

March 26, 2020

Luis Li
Munger, Tolles & Olson
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
Luis.li@mto.com

Re:   Response to March 2, 2020 Letter to Chief Osby

Dear Mr. Li:

This is a follow up to my letter dated March 10, 2020, responding to your Public Records Act request, dated and received by the County of Los Angeles on March 2, 2020, whereby you requested "a copy of any and all complaints received by your Office regarding the unauthorized taking or sharing of crash-scene photos and provide answers in writing regarding (i) all steps the Fire Department has taken to ensure all photos of the crash scene have been secured; (ii) whether the Department has initiated an investigation into this matter and when the investigation is expected to conclude; (iii) the names of all Fire Department personnel who shared photos of the crash scene; and (iv) whether the Fire Department has terminated, suspended, or otherwise disciplined said personnel for their actions."

Please find attached a copy of all complaints received by the Fire Department regarding the alleged unauthorized taking or sharing of crash-scene photos. The names and contact information of the complainants have been redacted pursuant to California Constitution, Article 1, Section 1, and Government Code §§ 6254(k) and 6255(a).

With respect to your request for "answers in writing regarding" the subjects listed above, we are unfortunately unable to assist you with your request. Your request does not ask for "identifiable" public records, but specific "information" in the form of interrogatories. The Public Records Act, Government Code § 6253(b), does not require that a public entity create a record in order to respond to a request for information, only that certain non-exempt records already in existence be made available. The Act does not require the public entity to answer interrogatories.

Further, even if such responsive identifiable records existed, such records and any information contained within those records would be exempt from disclosure pursuant to Government Code §§ 6254(c), 3520-3262 (Firefighters Procedural Bill of Rights), and potentially Penal Code § 832.7, as they are part of an ongoing and active internal investigation.

///

///

///

///

444 South Flower Street, 18th Floor • Los Angeles CA 90071 • Ph: 213-489-0028 • Tf: 800-584-6007 • Fax: 213-489-0552

Exhibit 10
-58-

Luis Li
**Re: Response to March 2, 2020 Letter to Chief Osby**
March 26, 2020
Page 2

Please do not hesitate to contact me if there is anything else you would like to discuss.

Sincerely,

Jack F. Altura

cc: Chief Daryl Osby
Julia Kim, Risk Manager, Los Angeles County Fire Department

Exhibit 10
-59-

3/4/2020                                        Mail - FIRE-LA-County Fire Information and Newsroom - Outlook

General Info

<span style="color:black">████████████████████████</span>

Wed 3/4/2020 8:31 AM

**To:** FIRE-LA-County Fire Information and Newsroom <Info@fire.lacounty.gov>

From: ████████████████████████

Subject: [your-subject]

Message Body:
Los Angeles County Fire Department, ,

I would first like to sincerely thank you for your courageous service.
I am at a loss of words hearing how this department handled the fatal helicopter crash on January 27, 2020. As a citizen I am putting my trust in the hands of law enforcement to protect and serve with unwavering integrity but at the very least, I expect basic human decency. On January 27, 2020 The Los fire department intentionally abused their power, rights and ultimately violated the privacy of John Altobelli, Keri Altobelli, Alyssa Altobelli, Payton Chester, Sarah Chester, Kobe Bryant, Gianna Bryant and Ara Zobayan. I am utterly disgusted with the inhuman actions of the multiple firefighters in this department that used their personal cell devices to photograph and circulate the images of the lifeless victims in this tragic accident. The detrimental loss that the loved ones of the victims have endured is unfathomable. Does the Los Angeles County Fire Department understand that? Does this department understand that their actions significantly impact the victims families, friends & the entire community? What the world knew as a tragedy, your officers saw as an opportunity. I am sickened, I am saddened and I am beyond disappointed by the Los Angeles firefighters that were unable to preform their trusted duties correctly and humanely. I am aware that it was not every firefighter in the Los Angeles County Fire Department that violated the 9 victims of the crash but as a department you are a unit. Therefore, the actions of more than a few firemen reflects on the entire department. To the firemen who willingly participated in taking, sending, receiving and/or knew about the photos and did not immediately reporting it. The thought of trusted emergency personnel committing such an unfathomable act is extremely disheartening and inexcusable. It is your duty to protect the privacy of the victims. As a Firefighter you are holding a leadership position in society. Captain- I am asking that you handle this situation as if these victims were your loved ones and this situation was now one that you would have to deal with on top of the unrelenting grief. I ask that you look past the fear of public scrutiny and take responsibility for your department and make it right. I ask that you hold yourself accountable to undo the wrongs that have been done under your authority. It is not the easy thing to do but it is the right thing to do.

Please look pasts the inconveniences and extra work of further investigating into the department and the personal photos of the victims and crash.

Thank you for taking the time to read my frustrations and concerns. I am praying for the safety and health of all of the firemen and women in the Los Angeles County Department. I hope to see this department turn this situation into something positive and learn from it. I also ask that you review with your station the abuse of power, human decency and most of all, integrity. As a citizen you are held to a standard of integrity but even more so as a firefighter. Hold yourself and the rest of your department to a standard of excellence. I ask that you hold each other accountable and let nothing of this sort occur in this Department in the future. God bless.

3/4/2020            Mail - FIRE-LA-County Fire Information and Newsroom - Outlook

**I have a question for Fire**

███████████████████████ >

Mon 3/2/2020 10:23 AM

**To:** FIRE-LA-County Fire Information and Newsroom <Info@fire.lacounty.gov>

From: ███████████████████████ >
Subject: [your-subject]

Message Body:
YOU MUST FIRE ANYONE WHO TOOK PHOTOS OF KOBE BRYANT'S CRASH.

--

This e-mail was sent from a contact form on Los Angeles County Fire Department (http://www.fire.lacounty.gov)

Thank you,

████████

--

This e-mail was sent from a contact form on Los Angeles County Fire Department (http://www.fire.lacounty.gov)

3/4/2020　　　　　　　　　　　　Mail - FIRE-LA-County Fire Information and Newsroom - Outlook

### Kobe Bryant Photos

█████████████████████████ >

Sun 3/1/2020 9:04 PM

**To:** FIRE-LA-County Fire Information and Newsroom <Info@fire.lacounty.gov>
**Cc:** Sheila <Sheila@bos.lacounty.gov>; Barger, Kathryn <Kathryn@bos.lacounty.gov>; The Office of Mark Ridley-Thomas <MarkRidley-Thomas@bos.lacounty.gov>; Los Angeles County <info@bos.lacounty.gov>; executiveoffice@bos.lacounty.gov <executiveoffice@bos.lacounty.gov>; firstdistrict@bos.lacounty.gov <firstdistrict@bos.lacounty.gov>; Los Angeles County <fourthdistrict@bos.lacounty.gov>

**CAUTION:** External Email. Proceed Responsibly.

To whom it may concern,

It is with great concern that I am writing regarding the photos that were released of the Kobe Bryant wreckage by members of the Los Angeles County Fire Department and the Los Angeles County Sheriff's department. The blatant disregard for the lives that were lost and their loved ones on the part of those who are charged with providing a public service is despicable. As a private citizen I not only rely on the good judgement of those who provide for the safety of the public, but I also assume that this service would be conducted in a manner that respects the sanctity of humans in life and in death.

To that end, I would like to gain some insight into how this matter will be dealt with in regards to the reprimand of those involved in disseminating the photos. Additionally, I would like to be informed as to how those in command of the Los Angeles County Sheriff Department (Sheriff Alex Villanueva) and the Los Angeles County Fire Department (Daryl Osby) will address this issue with regards to policy and procedures.

I have some concern that the focus has been on the focus of this has been on the LASD deputies and not those members of the fire department. To not openly hold the fire department openly responsible for their actions, as the sheriff's department has been openly reprimanded, which is problematic as the public will not understand the enormity of the issue which is that all first responders in any capacity has a duty to protect the privacy of the lives of those who they serve and that the public must trust that they will comport themselves in a manner which respects the public trust. to the board of supervisors as you have called out he sheriff, so should you also publicly address those from the fire department and any other public entity involved in disimmentating the photos to send a message that not only is this unacceptable from the sheriff's department, it is also unacceptable from and department. As the fire chief is an appointed position you have the duty to address this issue with the fire chief swiftly, directly and publicly as you with the elected sheriff.



This message and any attachments are sent from a psychological office and may contain information that is confidential and protected by privacy rights. If you are not the intended recipient of this email please delete the message and its

https://outlook.office365.com/mail/AAMkADg3MThjYmE1LWQxMTItNDRIMi04OTE2LWRmNDRIYmEzNDZiMwAuAAAAAABjkGpGNyp3SbZT7tnNOZ...　　1/2

Exhibit 10
-63-