JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1828
Facsimile:  (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, | **CASE NO. 2:20-cv-09582-JFW-E** |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

NOTICE OF RELATED CASES

# NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3.2, Defendants hereby notify the Court that there is a new related case pending in this District: *Altobelli, et al. v. County of Los Angeles, et al.* (Case No. 2:21-cv-04663-CAS-DFM). *Altobelli* is assigned to Hon. Christina A. Snyder and Magistrate Judge Douglas F. McCormick.

*Altobelli* arises from the same events as the *Bryant*, *Chester*, and *Mauser*[1] cases, calls for adjudication of the same questions of law and fact, and would entail substantial duplication of labor if heard by a different judge.  Indeed, the four cases (*Bryant*, *Chester*, *Mauser*, and *Altobelli*) are nearly identical.  All four contain a *Monell* claim, a negligence claim, and an invasion of privacy claim.  All four allege that Plaintiffs have been harmed by the handling of accident site photographs from the tragic January 26, 2020 helicopter crash that killed nine individuals.

Defendants in the four cases are all represented by the same, undersigned counsel.  Plaintiffs in the four actions pending in this District are represented by the following counsel:

| | |
|---|---|
| *Bryant v. County of Los Angeles, et al.* (Case No. 2:20-cv-09582-JFW-E) | Luis Li<br>Craig Jennings Lavoie<br>Jennifer Bryant<br>Mari T. Saigal<br>MUNGER, TOLLES & OLSON LLP<br>Tel.:  (213) 683-9100<br>Fax:  (213) 687-3702<br>Email:  luis.li@mto.com;<br>craig.lavoie@mto.com;<br>jennifer.bryant@mto.com;<br>mari.saigal@mto.com |

---

[1] *Bryant v. County of Los Angeles, et al.* (Case No. 2:20-cv-09582-JFW-E), *Chester, et al. v. County of Los Angeles, et al.* (Case No. 2:20-cv-10844-JFW-E), *Mauser, et al. v. County of Los Angeles, et al.* (Case No. 2:21-cv-00497-JFW-E).

| | |
|---|---|
| *Chester, et al. v. County of Los Angeles, et al.* <br> (Case No. 2:20-cv-10844-JFW-E) | Jerome M. Jackson <br> Tel.:  (310) 726-4199 <br> Email:  jmjlaw@aol.com |
| *Mauser, et al. v. County of Los Angeles, et al.* <br> (Case No. 2:21-cv-00497-JFW-E) | Brian J. Panish <br> Kevin R. Boyle <br> Spencer R. Lucas <br> Marguerite S. Sanvictores <br> PANISH SHEA & BOYLE LLP <br> Tel.:  (310) 477-1700 <br> Fax:   (310) 477-1699 <br> Email:  panish@psblaw.com; <br> boyle@psblaw.com; <br> lucas@psblaw.com; <br> sanvictores@psblaw.com |
| *Altobelli, et al. v. County of Los Angeles, et al.* <br> (Case No. 2:21-cv-04663) | Brian J. Panish <br> Kevin R. Boyle <br> Spencer R. Lucas <br> Marguerite S. Sanvictores <br> PANISH SHEA & BOYLE LLP <br> Tel.:  (310) 477-1700 <br> Fax:   (310) 477-1699 <br> Email:  panish@psblaw.com; <br> boyle@psblaw.com; <br> lucas@psblaw.com; <br> sanvictores@psblaw.com |

DATED: June 15, 2021         MILLER BARONDESS, LLP

By:  /s/ Mira Hashmall
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE DEPARTMENT

519454.1

DATED: June 15, 2021		OFFICE OF COUNTY COUNSEL

		By: /s/ Jonathan C. McCaverty
			JONATHAN C. McCAVERTY
			Attorneys for Defendant
			LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On June 15, 2021, I served true copies of the following document(s) described as:

**NOTICE OF RELATED CASES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address aransom@millerbarondess.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 15, 2021, at Los Angeles, California.

*/s/ Angelica R. Ransom*
Angelica R. Ransom

519454.1

NOTICE OF RELATED CASES

# SERVICE LIST
### *Bryant v. County of Los Angeles, et al.*
### and related cases

**BY CM/ECF NOTICE OF ELECTRONIC FILING**

| | |
|---|---|
| Luis Li<br>Craig Jennings Lavoie<br>Mari T. Saigal<br>Jennifer L. Bryant<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>50th Floor<br>Los Angeles, CA 90071-3426 | *Attorneys for Plaintiff*<br>VANESSA BRYANT<br><br>Tel.: (213) 683-9100<br>Fax: (213) 687-3702<br>Email: luis.li@mto.com;<br>craig.lavoie@mto.com;<br>mari.saigal@mto.com;<br>jennifer.bryant@mto.com;<br>denise.olguin@mto.com;<br>jennifer.galindo@mto.com;<br>marilyn.ogaldez@mto.com;<br>myrna.perez@mto.com;<br>michelle.godfrey@mto.com;<br>kelly.whitfield@mto.com |
| Jonathan C. McCaverty<br>Principal Deputy County Counsel<br>OFFICE OF COUNTY COUNSEL<br>General Litigation Division<br>500 West Temple Street, Suite 468<br>Los Angeles, CA 90012 | *Attorneys for Defendants*<br>LOS ANGELES COUNTY SHERIFF'S<br>DEPARTMENT and ALEX<br>VILLANUEVA<br><br>Tel.: (213) 974-1828<br>Fax: (213) 626-7446<br>Email:<br>jmccaverty@counsel.lacounty.gov;<br>eliao@counsel.lacounty.gov |

519454.1

NOTICE OF RELATED CASES

**BY EMAIL OR ELECTRONIC TRANSMISSION**

| | |
|---|---|
| Brian J. Panish<br>Kevin R. Boyle<br>Spencer R. Lucas<br>Marguerite S. Sanvictores<br>PANISH SHEA & BOYLE LLP<br>11111 Santa Monica Boulevard<br>Suite 700<br>Los Angeles, CA 90025 | *Attorneys for Plaintiffs MATTHEW MAUSER, an individual and as Successor in Interest to CHRISTINA MAUSER; P.M., a minor, by and through her Guardian MATTHEW MAUSER; T.M., a minor, by and through his Guardian MATTHEW MAUSER; and I.M., a minor, by and through her Guardian MATTHEW MAUSER*<br><br>*And for Plaintiffs JOHN JAMES ALTOBELLI, an individual and as Successor in Interest to ALYSSA ALTOBELLI and JOHN ALTOBELLI; and ALEXIS ALTOBELLI, an individual and as Successor in Interest to ALYSSA ALTOBELLI, JOHN ALTOBELLI and KERI ALTOBELLI*<br><br>Tel.:  (310) 477-1700<br>Fax:  (310) 477-1699<br>Email:  panish@psblaw.com; boyle@psblaw.com; lucas@psblaw.com; sanvictores@psblaw.com |
| Jerome M. Jackson<br>JEROME M JACKSON LAW OFFICES<br>880 Apollo Street<br>Suite 238<br>El Segundo, CA 90245 | *Attorneys for Plaintiffs CHRISTOPHER L. CHESTER; R.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER; and H.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER*<br><br>Tel.:  (310) 726-4199<br>Fax:  (310) 414-0486<br>Email:  jmjlaw@aol.com |

519454.1

NOTICE OF RELATED CASES