1  JONATHAN C. MCCAVERTY (State Bar No. 210922)
   Principal Deputy County Counsel
2  jmccaverty@counsel.lacounty.gov
3  OFFICE OF THE COUNTY COUNSEL
   General Litigation Division
4  500 West Temple Street, Suite 468
   Los Angeles, California 90012
5  Telephone:   (213) 974-1828
   Facsimile:   (213) 626-7446
6

7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8

9  LOUIS R. MILLER (State Bar No. 54141)
   MIRA HASHMALL (State Bar No. 216842)
10 EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
   smiller@millerbarondess.com
11 MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
12 Los Angeles, California 90067
   Telephone:   (310) 552-4400
13 Facsimile:   (310) 552-8400

14
   Attorneys for Defendants
15 COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
   JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES
16

17 [*Additional counsel continued on next page*]

18 **UNITED STATES DISTRICT COURT**

19 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

20

| | |
|---|---|
| 21  VANESSA BRYANT, a California resident, | **CASE NO. 2:20-cv-09582-JFW(Ex)** |
| 22 | |
| 23         Plaintiff, | **DISCOVERY DOCUMENT** |
| 24     v. | **STIPULATION TO CONSOLIDATE RELATED ACTIONS FOR DISCOVERY** |
| 25  COUNTY OF LOS ANGELES, a public entity, *et al*. | |
| 26 | Complaint Served: September 24, 2020
Case Removed: October 19, 2020 |
| 27         Defendants. | |
| 28 | Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

1  [*Additional counsel, continued from previous page*]

2  LUIS LI (State Bar No. 156081)
3  Luis.Li@mto.com
   CRAIG JENNINGS LAVOIE (State Bar No. 293079)
4  Craig.Lavoie@mto.com
   JENNIFER L. BRYANT (State Bar No. 293371)
5  Jennifer.Bryant@mto.com
   MARI T. SAIGAL (State Bar No. 318556)
6  Mari.Saigal@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
8  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
9  Facsimile:  (213) 687-3702

10 Attorneys for Plaintiff
11 VANESSA BRYANT

12 JEROME M. JACKSON (State Bar No. 64238)
   jmjlaw@aol.com
13 JEROME M. JACKSON LAW OFFICES
14 880 Apollo Street, Suite 238
   El Segundo, California 90245
15 Telephone:  (310) 726-4199
   Facsimile:  (310) 414-0486
16
17 Attorneys for Plaintiffs
   CHRISTOPHER L. CHESTER; R.C.; and H.C.
18
   BRIAN J. PANISH(State Bar No. 116060)
19 panish@psblaw.com
   KEVIN R. BOYLE(State Bar No. 192718)
20 boyle@psblaw.com
21 SPENCER R. LUCAS(State Bar No. 232498)
   lucas@psblaw.com
22 MATTHEW STUMPF(State Bar No. 301867)
   stumpf@psblaw.com
23 PANISH SHEA & BOYLE LLP
24 11111 Santa Monica Boulevard, Suite 700
   Los Angeles, California 90025
25 Telephone: (310) 477-1700
   Facsimile:  (310) 477-1699
26
27 Attorneys for Plaintiffs
   MATTHEW MAUSER; T.M.; P.M.; and I.M.
28

Plaintiffs Vanessa Bryant ("*Bryant* Plaintiff"), Christopher L. Chester, R.C., and H.C. ("*Chester* Plaintiffs"), John James and Alexis Altobelli ("*Altobelli* Plaintiffs"), and Matthew Mauser, P.M., T.M., and I.M. ("*Mauser* Plaintiffs" and, together with the *Chester* Plaintiffs, *Altobelli* Plaintiffs, and *Bryant* Plaintiff, "Plaintiffs"), on the one hand, and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales, as well as *Chester* Defendants Tony Imbrenda and Arlin Kahan (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

        1.      The *Bryant* Plaintiff filed her Complaint in Los Angeles County Superior Court, Case No. 20STCV35884, on September 17, 2020. The *Chester* Plaintiffs filed their action, Case No. 2:20-cv-10844-JFW-E ("*Chester*"), on November 30, 2020. The *Mauser* Plaintiffs filed their Complaint in Los Angeles County Superior Court, 20STCV48132 on December 16, 2020. The *Altobelli* Plaintiffs filed their Complaint in Los Angeles County Superior Court, 21STCV17693, on May 11, 2021. Defendants removed the *Bryant*, *Mauser*, and *Altobelli* cases to this Court. Their respective case numbers are 2:20-cv-09582-JFW(Ex) ("*Bryant*"),2:21-cv-00497-JFW-E ("*Mauser*"), and 2:21-cv-04663-JFW-E ("*Altobelli*").

        2.      *Bryant*, *Mauser*, *Altobelli*, and *Chester* all concern the alleged taking and sharing of photographs of the remains of Plaintiffs' family members by Sheriff's Department and Fire Department personnel following a helicopter crash in Calabasas, California on January 26, 2020. *Bryant*, *Mauser*, *Altobelli*, and *Chester* (the "Related Cases") are all related and pending in front of the Honorable John F. Walter and Magistrate Judge Charles F. Eick.

        3.      On April 15, 2021, the Court declined to approve the Parties' stipulation to consolidate the Related Cases for all purposes. [Dkt. 72.] The Court stated: "If the parties agree that consolidating these actions for discovery purposes

only would be appropriate, they may file a Stipulation and Proposed Order for Magistrate Judge Eick's review and approval." [*Id.*]

4. The Parties believe that consolidating the Related Cases for discovery purposes would be appropriate.

5. Plaintiffs and Defendants have already been proceeding with consolidated discovery. For example:

- Defendants have now made six document productions to all Plaintiffs.
- The Parties have completed two third-party depositions and one 30(b)(6) deposition with all Plaintiffs involved. The Parties have also scheduled an additional 30(b)(6) deposition, to take place with all Plaintiffs present.
- The Parties are negotiating a forensic protocol to examine certain devices all Plaintiffs contend they are entitled to examine.
- Plaintiffs prepared a combined list of the remaining individuals they want to depose.

6. Plaintiffs and Defendants agree that the Related Cases should be consolidated for purposes of discovery and, following meet and confer, jointly propose consolidation of discovery to save party and judicial resources.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS**:

1. <u>Interrogatories.</u>  Plaintiffs collectively shall have the right to serve a total of 50 interrogatories, and Defendants collectively shall have the right to serve a total of 50 interrogatories.

2. <u>Depositions.</u>  Plaintiffs collectively shall have the right to take 40 total depositions, and Defendants collectively shall have the right to take 40 total depositions.

3. <u>Document Productions.</u> Documents produced by Defendants in any of the Related Cases shall be produced to all Plaintiffs and deemed

produced in all of the Related Cases.

4. <u>Protective Order.</u>  The Related Cases will be governed by the Stipulated Protective Order entered in *Bryant* [Dkt. No 33].

5. <u>Discovery Motions.</u>  The Parties agree to streamline motion practice to avoid duplicative discovery motions.

**SO STIPULATED.**

DATED:  July 14, 2021          MUNGER, TOLLES & OLSON LLP

By:  */s/ Luis Li*
     LUIS LI
     Attorneys for Plaintiff
     VANESSA BRYANT

DATED:  July 14, 2021          JEROME M. JACKSON LAW OFFICES

By:  */s/ Jerome M. Jackson*
     JEROME M. JACKSON
     Attorneys for Plaintiffs
     CHRISTOPHER L. CHESTER; R.C.; and H.C.

DATED:  July 14, 2021          PANISH SHEA & BOYLE LLP

By:  */s/ Brian J. Panish*
     BRIAN J. PANISH
     Attorneys for Plaintiffs
     MATTHEW MAUSER; T.M.; P.M.; and I.M.

| | | |
|---|---|---|
| 1 | DATED: July 14, 2021 | PANISH SHEA & BOYLE LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Brian J. Panish* |
| 5 | | BRIAN J. PANISH<br>Attorneys for Plaintiffs<br>JOHN JAMES AND ALEXIS |
| 6 | | ALTOBELLI |
| 7 | | |
| 8 | DATED: July 14, 2021 | OFFICE OF THE COUNTY COUNSEL |
| 9 | | |
| 10 | | By: */s/ Jonathan C. McCaverty* |
| 11 | | JONATHAN C. McCAVERTY<br>Attorneys for Defendant |
| 12 | | LOS ANGELES COUNTY SHERIFF'S<br>DEPARTMENT |
| 13 | | |
| 14 | DATED: July 14, 2021 | MILLER BARONDESS, LLP |
| 15 | | |
| 16 | | |
| 17 | | By: */s/ Mira Hashmall*<br>MIRA HASHMALL |
| 18 | | Attorneys for Defendants<br>COUNTY OF LOS ANGELES, LOS |
| 19 | | ANGELES COUNTY FIRE<br>DEPARTMENT, DEPUTY JOEY |
| 20 | | CRUZ, DEPUTY RAFAEL MEJIA,<br>DEPUTY MICHAEL RUSSELL, and |
| 21 | | DEPUTY RAUL VERSALES |

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 14, 2021          MILLER BARONDESS, LLP

By: __/s/ Mira Hashmall__
    MIRA HASHMALL
    Attorneys for Defendants
    COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, DEPUTY JOEY CRUZ, DEPUTY RAFAEL MEJIA, DEPUTY MICHAEL RUSSELL, and DEPUTY RAUL VERSALES