# EXHIBIT O



| Custodian (All) | 2014 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | (blank) | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Lasd | 0 | 0 | 0 | 0 | 0 | 8,155 | 1 | 0 | 8,156 |
| Sky Cornell | 0 | 0 | 0 | 0 | 0 | 461 | 0 | 0 | 461 |
| Tony Imbrenda | 0 | 0 | 0 | 0 | 0 | 171 | 1 | 0 | 172 |
| Roland Sprewell | 0 | 0 | 0 | 0 | 0 | 78 | 0 | 0 | 78 |
| Unspecified Custodian | 0 | 0 | 0 | 0 | 0 | 24 | 42 | 0 | 66 |
| LACFD | 8 | 1 | 3 | 1 | 4 | 28 | 11 | 0 | 56 |
| Brian Jordan | 0 | 0 | 0 | 0 | 0 | 25 | 1 | 0 | 26 |
| (blank) | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 19 | 23 |
| Anthony Marrone | 0 | 0 | 0 | 0 | 0 | 8 | 2 | 0 | 10 |
| Michael Velazquez | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 6 |
| Arlin Kahan | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 3 |
| Grand Total | 8 | 1 | 3 | 1 | 4 | 8,958 | 63 | 19 | 9,057 |

**Exhibit O**
**426**