# EXHIBIT P

| | |
|---|---|
| From: | SIB Media24 |
| Sent: | Friday, February 28, 2020 10:33 AM PST |
| To: | Mendoza, Erick (NBCUniversal) |
| Subject: | RE: Telemundo 52 Statement Request 02/28 |

Hi Erick,

Thank you for contacting the Los Angeles County Sheriff's Department (LASD).

"This matter is being looked into and we have no further comment at this time."


Best regards,

Sheriff's Information Bureau
Los Angeles County Sheriff's Department
Hall of Justice – First fl.
211 West Temple Street
Los Angeles, CA 90012
(213) 229-1700

---

**From:** Mendoza, Erick (NBCUniversal) [mailto:Erick.Mendoza@nbcuni.com]
**Sent:** Friday, February 28, 2020 10:21 AM
**To:** SIB Media24 <sibmedia24@lasd.org>
**Subject:** Telemundo 52 Statement Request 02/28
**Importance:** High

Good morning and happy Friday,

I am reaching out for a statement from the Los Angeles County Sheriff Department regarding reports by the Los Angeles Times that, "Los Angeles County sheriff's deputies shared graphic photos of the helicopter crash that killed Kobe Bryant and eight others."

Any statement or comment on this?

Deadline is 4:30pm PST today.

Thank you,
**Erick Mendoza** | Telemundo 52 Assignment Editor
Direct: 818.684.5708 | Office: 818.684.5710
100 Universal City Plaza, Bldg 2120/2, Universal City, CA 91608
@e_a_mendoza