1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10
11

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>          Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS AND CUSTODIAL METADATA FROM DEFENDANTS COUNTY OF LOS ANGELES & LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**<br><br>Judge:  Hon. John F. Walter<br><br>Magistrate Judge:  Hon. Charles F. Eick<br><br>Hearing: August 13, 2021<br>Time:     9:30 a.m.<br>Place:     Courtroom 750<br><br>Discovery Cutoff:  November 29, 2021<br>Pretrial Conference:  February 4, 2022<br>Trial:  February 22, 2022 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon consideration of the briefs, arguments, and evidence in support of and opposition to the Motion of Plaintiff Vanessa Bryant to Compel Production of Documents and Custodial Metadata from Defendants County of Los Angeles and Los Angeles County Sheriff's Department (collectively, "Defendants"), as well as the parties' Joint Stipulation Regarding Plaintiff's Motion, the Court HEREBY FINDS AND ORDERS as follows:

Within thirty (30) days of the date of this order, Defendants shall search for and produce all materials responsive to the below requests. Capitalized terms in the below shall carry the meanings set forth in Plaintiff's First Sets of Requests for Production dated November 16 and 17, 2020.

| | |
|---|---|
| **RFP No. 28** | All DOCUMENTS and COMMUNICATIONS RELATING TO SHERIFF'S DEPARTMENT PERSONNEL personally possessing PHOTOS of human remains encountered by SHERIFF'S DEPARTMENT PERSONNEL while on duty. For purposes of this request, "personally possessing" shall mean to possess a PHOTO on a personally-owned electronic device, such as a cell phone, or to possess a hardcopy PHOTO for a non-investigatory purpose. *See* Comments of Sheriff Alex Villanueva, March 2, 2020, https://www.facebook.com/watch/live/?v=875675446231021&ref=watch_permalink ("And then there's—there's, uh, cops—they keep death books, for example, where they—they have, uh, photos from crime scenes throughout their careers. That's a macabre idea, but some do that."); L.A. Times, *Deputies Were Ordered to Delete Kobe Bryant Crash Photos to Avoid Discipline, Sources Say*, Feb. 28, 2020, https://www.latimes.com/california/story/2020-02-28/kobe-bryant-crash-photos-sheriffs-deputies (quoting Sheriff Alex Villanueva: "Every police department struggles with the same thing, where people take photos and they're not evidence. So that's a practice we have to make sure that everyone walks away, and there is no evidence other than the official photos that are taken for criminal purposes."). This request requires the production of DOCUMENTS and COMMUNICATIONS from January 1, 2016 to the present. |
| **RFP No. 30** | All DOCUMENTS and COMMUNICATIONS RELATING TO any training of Rafael Mejia, Raul Versales, Joey Cruz, and Michael Russell regarding the treatment or handling of human remains, including but not limited to any training related to the taking or SHARING of PHOTOS of human remains. This request calls for the production of DOCUMENTS and COMMUNICATIONS from May 29, 2012 to the present. |

| | |
|---|---|
| **RFP No. 31** | All DOCUMENTS and COMMUNICATIONS RELATING TO any federal constitutional right of individuals to control the death images and/or physical remains of deceased family members, including but not limited to all DOCUMENTS and COMMUNICATIONS RELATING TO the SHERIFF'S DEPARTMENT'S and Sheriff Alex Villanueva's awareness of any such constitutional right and any written training materials generated by SHERIFF'S DEPARTMENT PERSONNEL RELATING TO or motivated by such a constitutional right.  This request calls for the production of DOCUMENTS and COMMUNICATIONS from May 29, 2012 to the present. |
| **RFP No. 32** | All DOCUMENTS and COMMUNICATIONS RELATING TO the decision of the United States Court of Appeals for the Ninth Circuit in *Marsh v. County of San Diego*, 680 F.3d 1148 (9th Cir. 2012), including but not limited to all DOCUMENTS and COMMUNICATIONS RELATING TO the SHERIFF'S DEPARTMENT'S and Sheriff Alex Villanueva's awareness of the Ninth Circuit's decision in *Marsh* and any written training materials generated by SHERIFF'S DEPARTMENT PERSONNEL RELATING TO or motivated by the decision in *Marsh*.  This request calls for the production of DOCUMENTS and COMMUNICATIONS from May 29, 2012 to the present. |
| **RFP No. 33** | All DOCUMENTS and COMMUNICATIONS RELATING TO the preparation, drafting, consideration, and enactment of the SHERIFF'S DEPARTMENT policy titled *5-09/475.00 Photographs/Recordings at Scenes Where Human Remains are Present*. |
| **RFP No. 34** | All DOCUMENTS and COMMUNICATIONS RELATING TO any training of Rafael Mejia, Joey Cruz, Raul Versales, and Michael Russell related to any Department policy regarding use of personal cellular phones while on duty.  This request calls for the production of DOCUMENTS and COMMUNICATIONS from May 29, 2012 to the present. |
| **RFP No. 38** | All written policies regarding the handling or confidentiality of information or materials involving celebrities and all DOCUMENTS and COMMUNICATIONS RELATING TO any training of Rafael Mejia, Raul Versales, Joey Cruz, and Michael Russell regarding the handling or confidentiality of information or materials involving to celebrities.  This request calls for the production of DOCUMENTS and COMMUNICATIONS from January 1, 2016 to the present. |
| **RFP No. 48** | All DOCUMENTS and COMMUNICATIONS produced by the SHERIFF'S DEPARTMENT in response to a subpoena issued by the Los Angeles County Office of Inspector General on or around May 26, 2020 (attached to Plaintiff's First Set of RFPs as Exhibit H). |

Furthermore, within fourteen (14) days of the date of this order, Defendants shall produce metadata sufficient to indicate the individual custodian from whom Defendants retrieved each document they have produced to Plaintiff to date.

1  Defendants shall produce such custodial metadata with all documents they produce

2  in this action going forward, consistent with Plaintiff's Instructions and Fed. R. Civ.

3  P. 34(b)(2)(E).

4

5

6  **IT IS SO ORDERED.**

7

8  DATED: _____, 2021

9

10

11  _____
                                The Honorable Charles F. Eick

12                                United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -