LUIS LI (State Bar No. 156081)
Luis.Li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
BRANDON E. MARTINEZ (State Bar No. 318749)
Brandon.Martinez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page.*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>    Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**JOINT MEDIATION REPORT**<br><br>Judge:       Hon. John F. Walter<br><br>Trial Date:  February 22, 2022 |

JOINT MEDIATION REPORT

[*Additional counsel, continued from previous page*]

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants
County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant Los Angeles County Sheriff's Department

# JOINT REPORT REGARDING RESULTS OF MEDIATION

Pursuant to this Court's June 4, 2021 Schedule of Trial and Pre-Trial Dates (*see* Dkt. 86 at 35), Plaintiff Vanessa Bryant ("Plaintiff") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants"), submit this Joint Report regarding the results of the parties' mediation, which took place before the Court modified the scheduling order.

On June 1, 2021, Plaintiffs and Defendants in the four related cases pending before this Court[1] attended a private mediation with the Hon. Louis Meisinger (Ret.). Lead trial counsel in all the cases attended; and representatives of each party with authority to settle each case participated. Defendants believe the June 1, 2021 mediation was not conducted in good faith. Plaintiff disagrees.

The parties were unable to reach a resolution. The parties have not engaged in further settlement discussions. Plaintiffs have offered to consider discussing settlement only after they have conducted additional discovery, which remains ongoing.

Plaintiffs believe that the June 1, 2021 mediation satisfied the mediation requirement for this case. Defendants disagree.

DATED: September 24, 2021           MUNGER, TOLLES & OLSON LLP

By: _____/s/ Luis Li_____
    LUIS LI
    Attorneys for Plaintiff Vanessa Bryant

---

[1] The four related cases are *Bryant v. County of Los Angeles*, Case No. 2:20-CV-09582-JFW-E; *Mauser v. County of Los Angeles*, Case No. 2:21-CV-00497-JFW-E; *Chester v. County of Los Angeles*, Case No. 2:20-CV-10844-JFW-E; and *Altobelli v. County of Los Angeles*, Case No. 2:21-CV-04663-JFW-E.

DATED: September 24, 2021          MILLER BARONDESS, LLP


By:        */s/ Louis Miller*
     LOUIS R. MILLER
Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales


DATED: September 24, 2021          OFFICE OF THE COUNTY COUNSEL


By:        */s/ Jonathan McCaverty*
     JONATHAN C. MCCAVERTY
Attorneys for Defendant Los Angeles County Sheriff's Department

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, the filer of this document, Luis Li, attests that all the other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 24, 2021                MUNGER, TOLLES & OLSON LLP


By: _____/s/ Luis Li_____
   LUIS LI
   Attorneys for Plaintiff Vanessa Bryant