LUIS LI (State Bar No. 156081)
*luis.li@mto.com*
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
*craig.lavoie@mto.com*
JENNIFER L. BRYANT (State Bar No. 293371)
*jennifer.bryant@mto.com*
MARI T. SAIGAL (State Bar No. 318556)
*mari.saigal@mto.com*
BRANDON E. MARTINEZ (State Bar No. 318749)
*brandon.martinez@mto.com*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' NOTICE OF LODGING OF DOCUMENTS FOR *IN CAMERA* REVIEW**<br><br>*Lodged Pursuant to 10/7/2021 Order*<br><br>Judge:  Hon. John F. Walter<br>Magistrate Judge:  Hon. Charles F. Eick |

1  Plaintiffs Vanessa Bryant and Christopher L. Chester, R.C., and H.C.
2  (collectively, "Plaintiffs")[1] hereby give notice that they have lodged additional
3  confidential settlement materials *in camera* with Magistrate Judge Eick pursuant to
4  the Court's October 7, 2021 Order.  *See* ECF No. 108.

5  DATED:  October 15, 2021              MUNGER, TOLLES & OLSON LLP

8                                          By:    */s/ Luis Li*
9                                                 LUIS LI
10                                                Attorneys for Plaintiff
                                                  VANESSA BRYANT

12 DATED:  October 15, 2021              JEROME M. JACKSON LAW OFFICES

15                                         By:    */s/ Jerome M. Jackson*
                                                  JEROME M. JACKSON
16                                                Attorneys for Plaintiffs
17                                                CHRISTOPHER L. CHESTER; R.C., a
                                                  minor, by and through his Guardian Ad
18                                                Litem, CHRISTOPHER L. CHESTER;
                                                  and H.C., a minor, by and through his
19                                                Guardian Ad Litem, CHRISTOPHER L.
20                                                CHESTER

---

[1] Plaintiffs' cases have been consolidated for purposes of discovery.  *See* ECF No. 91.

## ATTESTATION CLAUSE

I, Luis Li, am the ECF User whose ID and password are being used to file PLAINTIFFS' NOTICE OF LODGING OF DOCUMENTS FOR *IN CAMERA* REVIEW. In compliance with L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 15, 2021

*/s/ Luis Li*
Luis Li