1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  MIRA HASHMALL (State Bar No. 216842)
   mhashmall@millerbarondess.com
3  JASON H. TOKORO (State Bar No. 252345)
   jtokoro@millerbarondess.com
4  CASEY B. SYPEK (State Bar No. 291214)
   csypek@millerbarondess.com
5  EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
   esanchirico@millerbarondess.com
6  MILLER BARONDESS, LLP
7  1999 Avenue of the Stars, Suite 1000
   Los Angeles, California 90067
8  Telephone:  (310) 552-4400
   Facsimile:  (310) 552-8400
9

10 Attorneys for Defendants
11 COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
   JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES
12

13             UNITED STATES DISTRICT COURT

14       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15 VANESSA BRYANT, et al..            **CASE NO. 2:20-cv-09582-JFW-E**

16         Plaintiffs,               **<u>DISCOVERY MATTER</u>**

17    v.                             **DECLARATION OF CASEY
                                     B. SYPEK IN SUPPORT OF
18 COUNTY OF LOS ANGELES, et al.,    DEFENDANT COUNTY OF LOS
                                     ANGELES' MOTION TO COMPEL
19                                   INDEPENDENT MEDICAL
         Defendants.                 EXAMINATIONS OF PLAINTIFFS**
20
                                     Assigned to the Hon. John F. Walter
21                                   and Magistrate Judge Charles F. Eick
22
                                     Hearing Date:  November 5, 2021
23                                   Time:   9:30 a.m.
24                                   Place:   Courtroom 750
25                                   Discovery Cutoff:  November 29, 2021
26                                   Pretrial Conference: February 4, 2021
27                                   Trial:  February 22, 2021
28

*(vertical left margin:)* MILLER BARONDESS, LLP  ATTORNEYS AT LAW  1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067  TEL (310) 552-4400   FAX (310) 552-8400

1

## DECLARATION OF CASEY B. SYPEK

2       I, Casey B. Sypek, declare as follows:

3       1.      I am an attorney duly admitted to practice before this Court.  I am a

4  partner with Miller Barondess, LLP, counsel of record for Defendant County of Los

5  Angeles (the "County").  I have personal knowledge of the facts set forth herein, and

6  if called as a witness, I could and would competently testify to all of said facts.  I

7  make this declaration in support of the County's Joint Stipulation regarding Motion

8  to Compel Independent Medical Examinations of Plaintiffs Vanessa Bryant

9  ("Bryant"); Christopher L. Chester, R.C. and H.C. (collectively, "Chester");

10 Matthew Mauser, P.M., T.M., and I.M. (collectively, "Mauser"); and John James

11 Altobelli and Alexis Altobelli (together, "Altobelli" and, collectively with Bryant,

12 Chester and Mauser, "Plaintiffs").

13      **Pleadings**

14      2.      A true and correct copy of Bryant's First Amended Complaint, filed in

15 *Bryant v. County of Los Angeles et al.*, NO. 2:20-CV-09582-JFW-E on March 17,

16 2021 as docket entry 54, is attached hereto as **Exhibit A**.

17      3.      A true and correct copy of Chester's Second Amended Complaint, filed

18 in *Chester v. County of Los Angeles et. al.*, No. 2:20-cv-10844 JFW (Ex) on May 3,

19 2021 as docket entry 45, is attached hereto as **Exhibit B**.

20      4.      A true and correct copy of Mauser's Complaint, filed in *Mauser v.*

21 *County of Los Angeles et. al.*, 2:21-cv-00497-JFW (Ex) on December 16, 2020 as

22 docket entry 1, is attached hereto as **Exhibit C**.

23      5.      A true and correct copy of Altobelli's Complaint, filed in *Altobelli v.*

24 *County of Los Angeles et. al.*, 2:21-cv-04663-JFW (Ex) on May 11, 2021 as docket

25 entry 1, is attached hereto as **Exhibit D**.

26 / / /

27 / / /

28 / / /

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**Discovery Requests**

6.      A true and correct copy of the County's Third Set of Requests for Production to Bryant, served on September 14, 2021, is attached hereto as **Exhibit E**.

7.      A true and correct copy of the County's Third Set of Requests for Production to Chester, served on September 14, 2021, is attached hereto as **Exhibit F**.

8.      A true and correct copy of the County's Third Set of Requests for Production to Mauser, served on September 14, 2021, is attached hereto as **Exhibit G**.

9.      A true and correct copy of the County's Third Set of Requests for Production to Altobelli, served on September 14, 2021, is attached hereto as **Exhibit H**.

**Discovery Responses**

10.      To protect the privacy of third parties, the County has agreed to provide only the relevant excerpts of Plaintiffs' discovery responses, rather than attach the full documents as exhibits.  Where necessary to protect these same interests, the relevant excerpts have been further redacted.  A true and correct copy of relevant excerpts from Bryant's Responses & Objections to the County's Second Set of Interrogatories, served on September 17, 2021, is attached hereto as **Exhibit I.**

11.      A true and correct copy of relevant excerpts from Mauser's Amended Responses & Objections to Second Set of Interrogatories Propounded by the County, served on September 17, 2021, is attached hereto as **Exhibit J.**

12.      A true and correct copy of relevant excerpts from Altobelli's Responses to First Set of Interrogatories Propounded by the County, served on September 17, 2021, is attached hereto as **Exhibit K.**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF CASEY B. SYPEK ISO THE COUNTY'S MOTION TO COMPEL IMES OF PLAINTIFFS

13.     A true and correct copy of relevant excerpts from Altobelli's Responses to Second Set of Interrogatories Propounded by the County, served on September 17, 2021, is attached hereto as **Exhibit L.**

14.     A true and correct copy of relevant excerpts from Chester's Responses to Second Set of Interrogatories Propounded by the County, served on October 4, 2021, is attached hereto as **Exhibit M.**

### Initial Disclosures

15.     A true and correct copy of relevant excerpts from Bryant's Supplemental Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a) & (e), served on September 24, 2021, is attached hereto as **Exhibit N.**

### The Parties' Meet-And-Confer

16.     On September 16, 2021, I asked Plaintiffs' counsel to stipulate to independent medical examinations ("IMEs") of each of the Plaintiffs under Federal Rule of Civil Procedure 35 since Plaintiffs placed their mental condition in controversy by claiming damages for severe emotional distress.  A true and correct copy of my September 16, 2021 email is attached hereto as **Exhibit O**.  Plaintiffs' counsel did not respond to my email.

17.     On September 21, 2021, I followed up with Plaintiffs' counsel and provided them with the CV of Marc A. Cohen, M.D., a board-certified forensic psychiatrist whom the County had selected to conduct the examinations of the adult Plaintiffs.  I again asked if Plaintiffs would stipulate to the IMEs.  A true and correct copy of my September 21, 2021 email is attached hereto as **Exhibit P.**

18.     On September 23, 2021, I provided Plaintiffs' counsel with the CV of Christopher R. Thompson, M.D., a board-certified forensic psychiatrist with specialized child/adolescent training, whom the County had selected to conduct the examinations of the child/adolescent Mauser plaintiffs P.M., T.M and I.M.  Again, I asked whether Plaintiffs would stipulate to the IMEs, as their claimed emotional

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1  distress is central to their case.  A true and correct copy of my September 23, 2021
2  email is attached hereto as **Exhibit Q.**

3  19.  On September 27, 2021, I emailed Plaintiffs' counsel again requesting
4  an answer as to whether Plaintiffs would stipulate to IMEs.  The next day, Plaintiffs'
5  counsel responded that none of the Plaintiffs would agree to submit to an IME; and
6  that they were available to meet and confer via videoconference three days later, on
7  October 1, 2021.  A true and correct copy of this September 27-28, 2021 email
8  correspondence is attached hereto as **Exhibit R.**  This email thread has been
9  redacted to protect the privacy of the minor Plaintiffs and third parties.

10  20.  On October 1, 2021, the parties met and conferred via video conference
11  about Plaintiffs' refusal to stipulate to IMEs.  During the conference, I explained the
12  County's position that Plaintiffs have put their mental condition in controversy; and
13  that IMEs are essential to evaluate the extent, nature and source of Plaintiffs' alleged
14  emotional harms.  Plaintiffs' counsel stated it was Plaintiffs' position that their
15  mental condition is not in controversy; that there is no good cause for IMEs; and
16  that Defendants can obtain the information they need about Plaintiffs' claimed
17  emotional injuries through cross-examination of Plaintiffs and their witnesses at
18  deposition.  When I asked Plaintiffs' counsel whether Plaintiffs are receiving
19  treatment for their alleged severe emotional distress, Plaintiffs' counsel refused to
20  answer.

21  **Scheduling Orders**

22  21.  Pursuant to Local Rule 37-2.1, a true and correct copy of the Court's
23  first Scheduling and Case Management Order in *Bryant v. County of Los Angeles et*
24  *al.*, No. 2:20-CV-09582-JFW-E, signed and filed as docket entry 29 on
25  November 18, 2020. is attached hereto as **Exhibit S**  A true and correct copy of the
26  Court's Amended Scheduling and Case Management Order, signed and filed as
27  docket entry 86 on June 4, 2020, is attached hereto as **Exhibit T**.

28

MILLER BARONDESS, LLP

22.     Pursuant to Local Rule 37-2.1, a true and correct copy of the Court's first Scheduling and Case Management Order in *Chester v. County of Los Angeles et al.*, No. 2:20-cv-10844 JFW (Ex), signed and filed as docket entry 38 on March 10, 2021, is attached hereto as **Exhibit U**.  A true and correct copy of the Court's Amended Scheduling and Case Management Order, signed and filed as docket entry 62 on June 15, 2021, is attached hereto as **Exhibit V**.

23.     Pursuant to Local Rule 37-2.1, a true and correct copy of the Court's Scheduling and Case Management Order in *Altobelli v. County of Los Angeles et al.*, No. 2:20-cv-04663 JFW (Ex), signed and filed as docket entry 27 on July 15, 2021, is attached hereto as **Exhibit W**.

24.     Pursuant to Local Rule 37-2.1, a true and correct copy of the Court's Scheduling and Case Management Order in *Mauser v. County of Los Angeles et al.*, 2:21-cv-00497-JFW (Ex), signed and filed as docket entry 24 on February 16, 2021, is attached hereto as **Exhibit X**.

**<u>Motion to Compel</u>**

25.     A true and correct copy of the County's Motion to Compel Production of Documents in *Bryant v. County of Los Angeles et al.*, No. 2:20-CV-09582-JFW-E, filed as docket entry 97 on September 23, 2021, is attached hereto as **Exhibit Y**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of October, 2021, at Los Angeles, California.

_____

Casey B. Sypek

DECLARATION OF CASEY B. SYPEK ISO THE COUNTY'S MOTION TO COMPEL IMES OF PLAINTIFFS

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**INDEX OF EXHIBITS TO THE DECLARATION OF CASEY B. SYPEK**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | First Amended Complaint, filed in *Bryant v. County of Los Angeles et al.*, NO. 2:20-CV-09582-JFW-E on March 17, 2021 as docket entry 54 | 9-89 |
| B. | Second Amended Complaint, filed in *Chester v. County of Los Angeles et. al.*, No. 2:20-cv-10844 JFW (Ex) on May 3, 2021 as docket entry 45 | 90-105 |
| C. | Complaint, filed in *Mauser v. County of Los Angeles et. al.*, 2:21-cv-00497-JFW (Ex) on December 16, 2020 as docket entry 1 | 106-123 |
| D. | Complaint, filed in *Altobelli v. County of Los Angeles et. al.*, 2:21-cv-04663-JFW (Ex) on May 11, 2021 as docket entry 1 | 124-143 |
| E. | County's Third Set of Requests for Production to Bryant, served on September 14, 2021 | 144-152 |
| F. | County's Third Set of Requests for Production to Chester, served on September 14, 2021 | 153-162 |
| G. | County's Third Set of Requests for Production to Mauser, served on September 14, 2021 | 163-172 |
| H. | County's Third Set of Requests for Production to Altobelli, served on September 14, 2021 | 173-182 |
| I. | Bryant's Responses & Objections to the County's Second Set of Interrogatories, served on September 17, 2021 | 183-188 |
| J. | Mauser's Amended Responses & Objections to Second Set of Interrogatories Propounded by the County, served on September 17, 2021 | 189-192 |
| K. | Altobelli's Responses to First Set of Interrogatories Propounded by the County, served on September 17, 2021 | 193-200 |
| L. | Altobelli's Responses to Second Set of Interrogatories Propounded by the County, served on September 17, 2021 | 201-204 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| M. | Chester's Responses to Second Set of Interrogatories Propounded by the County, served on October 4, 2021 | 205-216 |
| N. | Bryant's Supplemental Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a) & (e), served on September 24, 2021 | 217-222 |
| O. | September 16, 2021 Email | 223-224 |
| P. | September 21, 2021 Email | 225-241 |
| Q. | September 23, 2021 Email | 242-259 |
| R. | September 27-28, 2021 Email Chain | 260-265 |
| S. | Scheduling and Case Management Order in *Bryant v. County of Los Angeles et al.*, No. 2:20-CV-09582-JFW-E | 266-300 |
| T. | Amended Scheduling and Case Management Order in *Bryant v. County of Los Angeles et al.*, No. 2:20-CV-09582-JFW-E | 301-336 |
| U. | Scheduling and Case Management Order in *Chester v. County of Los Angeles et al.*, No. 2:20-cv-10844 JFW (Ex) | 337-372 |
| V. | Amended Scheduling and Case Management Order in *Chester v. County of Los Angeles et al.*, No. 2:20-cv-10844 JFW (Ex) | 373-409 |
| W. | Scheduling and Case Management Order in *Altobelli v. County of Los Angeles et al.*, No. 2:20-cv-04663 JFW (Ex) | 410-445 |
| X. | Court's Scheduling and Case Management Order in *Mauser v. County of Los Angeles et al.*, 2:21-cv-00497-JFW (Ex) | 446-481 |
| Y. | County's Motion to Compel Production of Documents in *Bryant v. County of Los Angeles et al.*, No. 2:20-CV-09582-JFW-E | 482-515 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28