# Exhibit O

| | |
|---|---|
| **From:** | Casey B. Sypek |
| **Sent:** | Thursday, September 16, 2021 3:56 PM |
| **To:** | 'Bryant, Jennifer'; 'Martinez, Brandon'; 'Li, Luis'; 'Raphael, Justin'; 'Lavoie, Craig'; 'Saigal, Mari T.'; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores' |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' |
| **Subject:** | Bryant et al. v. County et al.: Independent Medical Evaluations |

Counsel,

Please let us know if each of the Plaintiffs will stipulate to an Independent Medical Evaluation by a board-certified forensic psychiatrist. An IME is appropriate and necessary since Plaintiffs have put their mental condition in controversy by alleging severe emotional distress.

Although we hope to avoid burdening the Court with motion practice, if the parties are unable to reach a stipulation, we will have no choice but to move to compel the examinations under Rule 35.

Thanks,
Casey

**Casey B. Sypek**

M I L L E R  |  B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

1