# Exhibit P

| | |
|---|---|
| **From:** | Casey B. Sypek |
| **Sent:** | Tuesday, September 21, 2021 10:19 AM |
| **To:** | 'Bryant, Jennifer'; 'Martinez, Brandon'; 'Li, Luis'; 'Raphael, Justin'; 'Lavoie, Craig'; 'Saigal, Mari T.'; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores' |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni |
| **Subject:** | RE: Bryant et al. v. County et al.: Independent Medical Evaluations |
| **Attachments:** | Curriculum Vitae.pdf |

Counsel:

Following up on my email below, please let us know whether each of your clients will stipulate to an independent medical evaluation (IME). We have selected Dr. Marc Cohen (CV attached) to conduct the IMEs of the Bryant, Chester and Altobelli plaintiffs. Dr. Cohen has excellent credentials and is a board-certified forensic psychiatrist with significant experience conducting IMEs.

We will let you know when we have selected an examiner for the Mauser plaintiffs, who will specialize in child psychiatry.

IMEs are clearly warranted here, as Plaintiffs have put their mental condition at issue. Indeed, the case centers around your clients' alleged severe emotional distress. If the parties agree to stipulate, then we can work out the details regarding dates and times that work for each of your clients.

**Please let us know whether you will stipulate to the IMEs by the close of business on Thursday, September 23** so that, otherwise, we can move forward with our Rule 35 motion.

Best,
Casey

**Casey B. Sypek**

M I L L E R  |  B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Casey B. Sypek
**Sent:** Thursday, September 16, 2021 3:56 PM
**To:** 'Bryant, Jennifer'; 'Martinez, Brandon'; 'Li, Luis'; 'Raphael, Justin'; 'Lavoie, Craig'; 'Saigal, Mari T.'; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'
**Subject:** Bryant et al. v. County et al.: Independent Medical Evaluations

Counsel,

Please let us know if each of the Plaintiffs will stipulate to an Independent Medical Evaluation by a board-certified forensic psychiatrist.  An IME is appropriate and necessary since Plaintiffs have put their mental condition in controversy by alleging severe emotional distress.

Although we hope to avoid burdening the Court with motion practice, if the parties are unable to reach a stipulation, we will have no choice but to move to compel the examinations under Rule 35.

Thanks,
Casey


**Casey B. Sypek**

MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

# MARC A. COHEN, M.D.
Forensic Consultant in Psychiatry and Behavioral Sciences

**PERSONAL INFORMATION**

Office Address: 333 S. Beverly Drive, Suite 200
Beverly Hills, California 90212

Telephone: (310) 724-5500

Facsimile: (310) 836-3002

Academic E-mail: macohen@mednet.ucla.edu

Non-Academic E-mail: mcmd@mac.com

Summary of Background: https://people.healthsciences.ucla.edu/

**EDUCATION**

Undergraduate Education
University of California at Los Angeles
Major: History; 09/91 – 06/96
B.A., 06/96

Graduate Education
University of California at Los Angeles
Major: Physiological Science; 09/97 – 06/99
M.S., 06/99

Medical Education
University of Southern California School of Medicine
08/99 – 05/03
M.D., 05/03

Graduate Medical Education
UCLA/San Fernando Valley Psychiatry Residency Program
Internship: 06/03 – 05/04
Residency: 06/04 – 06/07
Chief Resident: 06/06 – 06/07

UCLA/VA Forensic Psychiatry Fellowship Program
06/07 – 06/08

**LICENSURE AND BOARD CERTIFICATION**

- California Medical License No.: A91103; Expiration Date: 11/30/22

- Washington Medical License No.: 60859244; Expiration Date: 11/26/22

- DEA Registration No.: FC2868478; Expiration Date: 08/31/22

**LICENSURE AND BOARD CERTIFICATION, CONT.**

- American Board of Psychiatry and Neurology, Psychiatry (Certificate No.: 59207)

- American Board of Psychiatry and Neurology, Forensic Psychiatry (Certificate No.: 1714)

**PROFESSIONAL EXPERIENCE**

- Senior Advisor to the Vice Dean for Education and Chief Medical Education Officer, UCLA David Geffen School of Medicine; 09/20 – Present

- Associate Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 07/17 - Present

- Staff Psychiatrist, Screening Mental Health Clinic, OIF/OEF Veterans, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 01/12 – 07/14

- Assistant Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 08/10 – 06/17

- Staff Psychiatrist, Olive View-UCLA Medical Center; 07/10 – Present

- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 07/10 – Present

- Forensic Psychiatrist, Park Dietz & Associates, Inc.; 03/10 – Present

- Director, Partial Hospitalization Program, Sepulveda Ambulatory Care Center, Department of Veterans Affairs; 09/09 – 07/10

- Psychiatry Expert, Superior Criminal Court Panel, Los Angeles County; 03/09 – Present

- Clinical Instructor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 07/08 – 07/10

- Compensation and Disability Evaluator, Greater Los Angeles Veterans Administration, Department of Veterans Affairs; 07/08 – 07/10

- Staff Psychiatrist, Twin Towers Correctional Facility; 03/08 – 06/08

- Staff Psychiatrist, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 02/08 – 07/10

- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 01/08 – 06/08

**PROFESSIONAL EXPERIENCE, CONT.**

- Staff Psychiatrist, Metropolitan State Hospital, Forensic Admission Unit; 06/07 – 12/07

- Teaching Associate, University of California at Los Angeles; 06/00 – 07/00

- Graduate Research Assistant, University of California at Los Angeles; 06/98 – 02/99

- Teaching Assistant, University of California at Los Angeles; 09/97 – 06/99

**PROFESSIONAL ACTIVITIES**

<u>Academic Appointments</u>

- Member, Student Conduct Committee, UCLA Office of the Dean of Students; 02/21 – Present

- Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 09/20 – Present

- Chair, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 09/19 – 09/20

- Member, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 07/18 – 07/19

- Member, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/14 – 06/20

- Founding Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/12 – 06/14

- Faculty Mentor, Medical Student Well-Being Program, UCLA David Geffen School of Medicine; 01/13 – 01/16

- Member, Medical Student Education Evaluation Subcommittee, UCLA David Geffen School of Medicine; 01/13 – 01/16

<u>Professional Appointments</u>

- Peer Reviewer, Journal of Forensic Sciences; 01/19 – Present

- San Fernando Valley Councilor, SCPS; 05/17 – 05/20

**PROFESSIONAL ACTIVITIES, CONT.**

Professional Appointments

- Member, Criminal Behavior Committee, AAPL; 01/14 – Present

- Member, Suicidology Committee, AAPL; 01/14 – Present

- Member, Trauma and Stress committee, AAPL; 10/12 – Present

- Member, Lawyer Assistance Program, California State Bar; 12/11 – 01/15

**HONORS AND SPECIAL AWARDS**

Phi Beta Kappa
Magna Cum Laude
Golden Key Honor Society
Pi Gamma Mu International Honor Society
Phi Alpha Theta History Honor Society
Outstanding Graduating Resident Award
Fellow, American Psychiatric Association

**ORGANIZATIONAL MEMBERSHIPS AND AFFILIATIONS**

American Academy of Psychiatry and the Law (AAPL)
American Academy of Forensic Sciences (AAFS)
American Psychiatric Association (APA)
Southern California Psychiatric Society (SCPS)
American Medical Association (AMA)

**SELECTED LECTURES AND PRESENTATIONS**

- *Response to Trauma*, National District Attorney's Association; November 2018

- *Unusual Mental Health Defenses*, National District Attorney's Association; November 2018

- *Contemporary Forensic Evaluation of Posttraumatic Stress Disorder*, American Academy of Psychiatry and the Law; October 2018

- *Preventing and Responding to Violence in the Workplace*, Employment Law Institute; October 2017

- *Resiliency and Trauma*, American Academy of Forensic Sciences; February 2017

- *Mass Murder: How Worried Should The Masses Be*, American Academy of Psychiatry and the Law; October 2016

**SELECTED LECTURES AND PRESENTATIONS, CONT.**

- *Paranoia and Violence*, UCLA/SFV Psychiatry Residency Training Program; September 2016

- *Psychiatric and Psychological Exams of Employees*, Practising Law Institute, Psychological Issues in Employment Law Seminar; March 2015

- *Combat-PTSD and Violence*, American Academy of Forensic Sciences; February 2014

- *Problem-based Learning Instructor,* MS 2 Medical Neurosciences, UCLA David Geffen School of Medicine; January – February 2014

- *PTSD in DSM 5: More Plaintiffs?  More Defenses?  More Awards?*, American Academy of Psychiatry and the Law; October 2013

- *The Uses and Abuses of Psychopharmacology in Conjunction with Psychotherapy,* The Los Angeles Society of Clinical Psychologists; August 2012

- *Combat-related Posttraumatic Stress Disorder,* C.G. Psychoanalytic Institute of Los Angeles; December 2011

- *Combat-related Posttraumatic Stress Disorder*, Los Angeles Chapter of Marriage & Family Therapists; April 2011

- *The Relationship between Combat-related PTSD and Violence*, Mental Health Court, Superior Court of California, Los Angeles County; April 2009

- *MS 3 Psychiatry Clerkship Course: Introduction to the Psychiatric Evaluation*, UCLA David Geffen School of Medicine; November 2008 – Present

**ABSTRACTS**

- PTSD in DSM 5:  More Plaintiffs?  More Defenses?  More Awards?; presented at American Academy of Psychiatry and the Law Annual Conference, San Diego, California; October 26, 2013

- Combat-related Posttraumatic Stress Disorder and Violence; presented at American Academy of Forensic Sciences Annual Conference, Seattle, WA; February 20, 2014

- Psychiatric and Psychological Exams of Employees; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; March 16, 2015

- Resiliency and Trauma: An Interdisciplinary Team Approach to the Evaluation of Individuals in Mass Tort Cases; presented at American Academy of Forensic Sciences Annual Conference, New Orleans, LA; February 17, 2017

**ABSTRACTS, CONT.**

- Preventing and Responding to Violence in the Workplace; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; October 13, 2017

- Contemporary Forensic Evaluation of Posttraumatic Stress Disorder; presented at American Academy of Psychiatry and the Law Annual Conference, Austin, TX; October, 27, 2018

**ACADEMIC POLICIES**

- Policy on Medical Student Academic Professional Standing at DGSOM

- Policy and Guidelines on Progress & Promotion of Medical Students at DGSOM

- Attendance Policy, Absences, Time-off, and Approved Leave of Absence for DGSOM Medical Students

- Bylaws, Committee on Academic Standing, Progress, and Promotion, DGSOM

**EXPERT TESTIMONY[1]**

- State of California v. Simeon Wichmann (Case No.: ZM014967)
  Testified at trial, 3/15/10, Los Angeles County, Superior Court of California

- State of California v. Deonte Lee (Case No.: ZM010543)
  Testified at trial, 5/4/10, Los Angeles County, Superior Court of California

- State of California v. Theodore Burley (Case No.: ZM010622)
  Testified at trial, 7/7/10, Los Angeles County, Superior Court of California

- Ashley Fair v. State of California (Case No.: 30-2008 00109795)
  Testified at deposition, 10/13/10, Los Angeles County, Superior Court of California

- State of California v. Robert Perez (Case No.: ZM012906)
  Testified at trial, 11/9/10, Los Angeles County, Superior Court of California

- State of California v. Larry Jessie (Case No.: ZM005300)
  Testified at trial, 11/22/10, Los Angeles County, Superior Court of California

---

[1] Dr. Cohen testified in matters involving dangerousness, the presence and/or absence of mental illness, mental health treatment, the effects of mental illness on daily function, and the need for LPS conservatorship, at the Los Angeles Superior Mental Heath Courthouse, and the Los Angeles Superior Court at the Clara Shortridge Foltz Criminal Justice Center from 3/1/10 to 6/15/11. Testimony was given in additional cases in 2009, but had no records allowing reconstruction of the specifics of these cases when first asked to prepare such a list in May 2011.

**EXPERT TESTIMONY, CONT.**

- State of California v. James Hubbard (Case No.: ZM013438)
  Testified at trial, 12/1/10, Los Angeles County, Superior Court of California

- State of California v. Lael Battle (Case No.: ZM013315)
  Testified at trial, 1/27/11, Los Angeles County, Superior Court of California

- State of California v. Sean Hinman (Case No.: ZM010340)
  Testified at trial, 2/9/11, Los Angeles County, Superior Court of California

- State of California v. Darrell Rideaux (Case No.: ZM013902)
  Testified at trial, 3/14/11, Los Angeles County, Superior Court of California

- State of California v. Scott Clay (Case No.: ZM013515)
  Testified at trial, 4/6/11, Los Angeles County, Superior Court of California

- State of California v. Micah Pendleton (Case No.: ZM016443)
  Testified at trial, 4/27/11, Los Angeles County, Superior Court of California

- State of California v. Bertram Dominguez (Case No.: ZM007339)
  Testified at trial, 6/2/11, Los Angeles County, Superior Court of California

- State of California v. John Lowe (Case No.: ZM016637)
  Testified at trial, 6/14/11, Los Angeles County, Superior Court of California

- Reuben and Mayumi Ishii v. Sears Corporation (Case No.: SACV 10-00832-JVS)
  Testified at deposition, 7/6/11, United States District Court, Central District of California

- United States v. Larry Lujan (Case No.: CR 05-924 RB)
  Testified at trial, 8/4/11, United States District Court, District of New Mexico

- State of California v. Mario Grimaldi (Case No.: ZM017063)
  Testified at trial, 9/20/11, Los Angeles County, Superior Court of California

- United States v. Larry Lujan (Case No.: CR 05-924 RB)
  Testified at penalty phase, 10/3/11, United States District Court, District of New Mexico

- State of California v. Cecilia Trujillo (Case No.: ZM004255)
  Testified at trial, 10/13/11, Los Angeles County, Superior Court of California

- State of California v. James Hubbard (Case No.: ZM013438)
  Testified at trial, 11/14/11, Los Angeles County, Superior Court of California

- State of California v. Lael Battle (Case No.: ZM013315)
  Testified at trial, 11/28/11, Los Angeles County, Superior Court of California

**EXPERT TESTIMONY, CONT.**

- State of California v. Marbel Galvez (Case No.: PJ46936)
  Testified at hearing, 1/5/12, Los Angeles County, Superior Court of California

- State of California v. John Doe (Case No.: ZM021938)
  Testified at trial, 1/17/12, Los Angeles County, Superior Court of California

- State of California v. Sean Hinman (Case No.: ZM010340)
  Testified at trial, 1/18/12, Los Angeles County, Superior Court of California

- State of California v. Rodney Ward (Case No.: ZM014708)
  Testified at trial, 1/27/12, Los Angeles County, Superior Court of California

- State of California v. Phillip Despain (Case No.: ZM013903)
  Testified at trial, 7/18/12, Los Angeles County, Superior Court of California

- State of California v. Reginald Domingo (Case No.: SA073207)
  Testified at evidentiary hearing, 8/9/12, Los Angeles County, Superior Court of California

- James and Kathleen Ruigomez v. PG&E, a Corporation (Case No.: 499864)
  Testified at deposition, 9/13/12, San Mateo County, Superior Court of California

- Gregory, Mary, Adam, and Alexa Tafralis v. PG&E, a Corporation (Case No.: 499864) Testified at deposition, 10/18/12, San Mateo County, Superior Court of California

- Watthika and Panaka Chea v. PG&E, a Corporation (Case No.: 499864)
  Testified at deposition, 11/6/12, San Mateo County, Superior Court of California

- State of California v. Jewel Stuart (Case No.: ZM018010)
  Testified at trial, 1/16/13, Los Angeles County, Superior Court of California

- State of California v. Dmitry Sheyko (Case No.: BA383606)
  Testified at trial, 2/27/13, Los Angeles County, Superior Court of California

- State of California v. Barbara Grady (Case No.: PA067902)
  Testified at trial, 4/24/13, Los Angeles County, Superior Court of California

- State of California v. John Bloodworth (Case No.: YA079410-01)
  Testified at evidentiary hearing, 6/4/13, Los Angeles County, Superior Court of California

- State of California v. Jeffrey Stewart (Case No.: ZM008685)
  Testified at trial, 10/16/13, Los Angeles County, Superior Court of California

- State of California v. Manuel Suarez (Case No.: ZM017750)
  Testified at trial, 12/3/13, Los Angeles County, Superior Court of California

**EXPERT TESTIMONY, CONT.**

- State of California v. James Hubbard (Case No.: ZM013438)
  Testified at trial, 12/5/13, Los Angeles County, Superior Court of California

- Kimberly Arnold v. Pfizer, Inc. (Case No.: 3:10-CV-01025-CV)
  Testified at deposition, 1/29/14, United States District Court, District of Oregon

- State of California v. Shakir Azeem (Case No.: ZM013234)
  Testified at trial, 1/30/14, Los Angeles County, Superior Court of California

- United States v. David Kalai (Case No.: CR 11-930(A) TJH)
  Testified at competency hearing, 2/24/14, United States District Court, Central District of California

- State of California v. Fernando Gonzalez (Case No.: ZM011953)
  Testified at trial, 4/1/14, Los Angeles County, Superior Court of California

- William Michael Dennis v. Kevin Chappell (Case No. C 98-21027 JF)
  Testified at deposition, 4/9/14, United States District Court, Northern District of California

- State of California v. Frank Palisi (Case No.: ZM021930)
  Testified at trial, 5/7/14, Los Angeles County, Superior Court of California

- State of California v. Frank Palisi (Case No.: ZM021930)
  Testified at trial, 5/7/14, Los Angeles County, Superior Court of California

- State of California v. Eduardo Vasquez (Case No.: ZM021646)
  Testified at trial, 5/29/14, Los Angeles County, Superior Court of California

- Kimberly Arnold v. Pfizer, Inc. (Case No. Case No.: 10-CV-1025-AC)
  Testified at trial, 6/11/14, United States District Court, District of Oregon, Portland Division

- Cindi Bright v. Russell Investments and Brian Golob (Case No.: 12-2-37570-4)
  Testified at deposition, 6/18/14, King County, Superior Court of WA

- Cindi Bright v. Russell Investments (Case No.: 12-2-37570-4)
  Testified at trial, 7/29/14, King County, Superior Court of WA

- State of California v. Jeffrey Stewart (Case No.: ZM008685)
  Testified at trial, 10/7/14, Los Angeles County, Superior Court of California

- United States v. Daniel Christian Stanley Powell (Case No.: 13-CR-98-JLS)
  Testified at trial, 11/4-11/5/14, United States District Court, Central District of California

**EXPERT TESTIMONY, CONT.**

- Tyler Remsen v. Norco Industries Inc. and Top-Line Industrial Products, Inc.
  (Case No.: RIC 1216135) Testified at deposition, 11/20/14, Riverside County, Superior Court of California

- State of California v. Shakir Azeem (Case No.: ZM013234)
  Testified at trial, 1/15/15, Los Angeles County, Superior Court of California

- Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers
  (Case No.: 2:14-CV-03846) Testified at deposition, 1/19/15, United States District Court, Central District of California

- Joseph Juraszek v. University Behavioral Health of Denton and Asad Islam, M.D.
  (Case No. 2012-71249-431) Testified at trial, 2/5/15, 431st Judicial District Court, Denton County, Texas

- State of California v. Richard Lucero (Case No.: ZM021419)
  Testified at trial, 2/10/15, Los Angeles County, Superior Court of California

- Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers
  (Case No.: 2:14-CV-03846) Testified at trial, 3/13/15, United States District Court, Central District of California

- State of California v. Afano Segi (Case No.: ZM011363)
  Testified at trial, 4/6/15, Los Angeles County, Superior Court of California

- Robert Wascher v. Southern California Permanente Medical Group
  (Case No.: 30-2011-00523323-CU-WT-CJC) Testified at trial, 6/4/15, Orange County, Superior Court of California

- Christine Ross v. San Diego Gas & Electric (Case No.: 2008-00093080A)
  Testified at deposition, 7/8/15, San Diego County, Superior Court of California

- Frederick Ronald Thomas, Jr. v. City of Fullerton, et al.
  (Case No.: 30-2012-00581299 CU-PO-CJC) Testified at deposition, 8/31/15, Orange County, Superior Court of California

- State of California v. Troy Pines (Case No.: ZM026037)
  Testified at trial, 9/22/15, Los Angeles County, Superior Court of California

- Lorena Guia v. Smart & Final Stores, LLC. (Case No.: BC554278)
  Testified at deposition, 3/17/16, Los Angeles County, Superior Court of California

- RSCR Inland, Inc. v. State of California Department of Public Health
  (Case No.: RIC1407237) Testified at deposition, 4/28/16, Riverside County, Superior Court of California

**EXPERT TESTIMONY, CONT.**

- RSCR Inland, Inc. v. State of California Department of Public Health (Case No.: RIC1407237) Testified at trial, 6/22-6/23/16, Riverside County, Superior Court of California

- Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP (Case No.: 1220050157) Testified at deposition, 7/6/16, Los Angeles, California, Arbitration

- United States v. Julien Jitt Noel (Case No.: CR 15-173-2 GHK) Testified at evidentiary hearing, 8/10/16, United States District Court, Central District of California

- Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP (Case No.: 1220050157) Testified at arbitration hearing, 8/16/16

- United States v. Robert Jackson, et al. (Case No.: CR 13-6743-CaliforniaS) Testified at trial, 8/18/16, United States District Court, Central District of California

- Talbert Mitchell v. SEIU Local 721, et al. (Case No.: BC575572) Testified at deposition, 12/29/16, Los Angeles County, Superior Court of California

- Kim Meline v. State of Washington Department of Social and Health Services, et al., (Case No.: 13-2-13022-5) Testified at deposition, 1/23/17, Pierce County, Superior Court of WA

- Hannah Rubenstein v. The Residences at Royal Bellingham, Inc. (Case No.: EC064881) Testified at deposition, 2/28/17, Los Angeles County, Superior Court of California

- State of California v. John Bloodworth (Case No.: YA079410-01) Testified at trial, 5/4/17, Los Angeles County, Superior Court of California

- State of California v. Alexander Sirlo (Case No.: ZM023903) Testified at trial, 5/8/15, Los Angeles County, Superior Court of California

- Kim Meline v. State of Washington Department of Social and Health Services, et al., (Case No.: 13-2-13022-5) Testified at trial, 6/12/17, Pierce County, Superior Court of WA

- Laurie Carranza v. California Department of Corrections and Rehabilitation, et al. (Case No.: CIVRS1201373) Testified at deposition, 8/14/17, San Bernardino County, Superior Court of California

**EXPERT TESTIMONY, CONT.**

- State of California v. Brent Bateman (Case No.: LA073310)
  Testified at evidentiary hearing, 9/13/17, Los Angeles County, Superior Court of California

- Tyler Shane v. KB Recovery, Inc. DBA KB Recovery Addiction Treatment Center (Case No.: BC577278) Testified at deposition, 9/25/17, Los Angeles County, Superior Court of California

- Talbert Mitchell v. SEIU Local 721, et al. (Case No.: BC575572)
  Testified at trial, 10/31/17-11/1/17, Los Angeles County, Superior Court of California

- Marylin Castillo et al. v. King Taco Restaurant, Inc., et al. (Case No. BC560096)
  Testified at deposition, 12/11/17, Los Angeles County, Superior Court of California

- Dominic Archibald v. County of San Bernardino, Kyle Woods, William Kelsey (Case No.: 5:16-cv-01128) Testified at deposition, 2/9/18, United States District Court, Central District of California

- Marylin Castillo et al. v. King Taco Restaurant, Inc., et al. (Case No. BC560096)
  Testified at trial, 2/13/18, Los Angeles County, Superior Court of California

- Eliana Alvarez v. King Baby Studio, Inc., et al. (Case No. BC639674)
  Testified at deposition, 5/14/18, Los Angeles County, Superior Court of California

- SG Homecare, Inc. v. Verio Healthcare, Inc., et al.
  (Case No.: 30-2015-00819810-CU-CO-CJC) Testified at deposition, 11/1/18, Orange County, Superior Court of California

- Jason Migas v. State of California (Case No.: CIVDS1608477)
  Testified at deposition, 1/7/19, San Bernardino County, Superior Court of California

- Alfredo Zamudio v. CEC Entertainment, Inc. (Case No.: BC671188)
  Testified at deposition, 6/28/19, Los Angeles County, Superior Court of California

- Mara Pelsman v. Gateways Hospital and Mental Health Center, et al.
  (Case No.: BC699392) Testified at deposition, 7/18/19, Los Angeles County, Superior Court of California

- Serena Yang v. Colony American Finance, et al. (Case No.: 18-2344-MCS)
  Testified at deposition, 7/25/19, Los Angeles, California, Arbitration

**EXPERT TESTIMONY, CONT.**

- Serena Yang v. Colony American Finance, et al. (Case No.: 18-2344-MCS)
  Testified at arbitration hearing, 7/31/19, Los Angeles, California

- State of California v. Patrick Lee Barris (Case No.: 8CJ02744)
  Testified at evidentiary hearing, 11/5/19, Los Angeles County, Superior Court of California

- Rafaela Velasquez v. Legal Aid Foundation of Los Angeles
  (Case No.: BC693192) Testified at deposition, 11/11/19, Los Angeles County, Superior Court of California

- Lisette Higareda v. Honda North America, Inc. et al.
  (Case No.: BC583268; BC587056) Testified at deposition, 12/12/19, Los Angeles County, Superior Court of California

- Marzieh Salehi v. Cedars-Sinai Medical Center (Case No.: 1220062143)
  Testified at deposition, 1/21/20, Los Angeles, California, Arbitration

- Secretary of Labor, U.S. Dept. of Labor v. UHS of Denver, Inc.
  (OSHRC Docket No. 19-0550) Testified at deposition, 10/21/20, remotely from Beverly Hills, California

- Darren Gales v. California Department of Corrections and Rehabilitation-Ventura Youth Correctional Facility (Case No. 2:19-cv-05025) Testified at deposition, 11/16/20-11/17/20, Solano County, Superior Court of California

- Jefferey Lurner v. American Golf and Country Clubs
  (Case No. 30-2018-00992342-CU-CR-CJC) Testified at deposition, 11/18/20, Orange County, Superior Court of California

- Kris Doe and Nate Doe v. Bridges to Recovery, LLC, et al.
  (Case No. 2:20-cv-00348-SVW-SK) Testified at deposition, 12/14/20, remotely from Beverly Hills, California

- Malcom J. Robbins v. Robert L. Ayers (Case No. CV 91-04768-TJH)
  United States District Court, Northern District of California, Western Division; Testified at deposition, 3/30/21, remotely from Beverly Hills, California

- Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al. (Case No. 20-2185-MCS)
  Testified at deposition, 5/5/21, remotely from Beverly Hills, California

- State of California v. Brent Bateman (Case No.: LA073310)
  Testified at trial, 5/13/21, Los Angeles County, Superior Court of California

- Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al. (Case No. 20-2185-MCS)
  Testified at arbitration hearing, 5/14/21, remotely from Beverly Hills, California

**EXPERT TESTIMONY, CONT.**

- <u>Destiny Ortiz and Sabrina Morgan v. Cedar Fair L.P., et al.</u>
  (Case No. 30-2019-01098356-CU-OE-CJC) Testified at deposition, 5/24/21, remotely from Beverly Hills, California

- <u>Secretary of Labor, U.S. Department of Labor v. UHS of Denver, Inc.</u>
  (OSHRC Docket No. 19-0550) Testified at trial, 6/17/21 and 6/21/21, Denver, Colorado

- <u>Secretary of Labor, U.S. Department of Labor v. UHS of Fuller, Inc., et al.</u>
  (OSHRC Docket No. 20-0032) Testified at trial, 8/9/21-8/10/21, Boston, Massachusetts

- <u>Secretary of Labor, U.S. Dept. of Labor v. UHS of Centennial Peaks, LLC.</u>
  (OSHRC Docket No. 19-1579) Testified at deposition, 8/17/21, remotely from Beverly Hills, California

- <u>David J. John v. L.S. McEwen, Warden.</u>
  (Case No. 2:12-CV-05174-DMG-PLA) Testified at evidentiary hearing, 8/18/21, United States District Court, Central District of California