# Exhibit Q

| | |
|---|---|
| **From:** | Casey B. Sypek |
| **Sent:** | Thursday, September 23, 2021 9:22 AM |
| **To:** | Bryant, Jennifer; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores' |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni |
| **Subject:** | RE: Bryant et al. v. County et al.: Independent Medical Evaluations |
| **Attachments:** | forensic CV with address.pdf |

Counsel,

Following up on the emails below, we have selected Dr. Christopher Thompson (CV attached) to conduct the IMEs of the Mausers' children (ages 5, 10 and 13). Dr. Thompson is a board-certified psychiatrist with top-notch credentials, forensic training and specialized child/adolescent training. He has extensive experience working with and conducting IMEs of children and adolescents.

Like the other plaintiffs, the children's' claimed emotional distress is clearly at issue. Please let us know if you will stipulate to the IMEs.

Thanks,
Casey

**Casey B. Sypek**

M I L L E R  |  B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Jason H. Tokoro
**Sent:** Wednesday, September 22, 2021 9:35 AM
**To:** Bryant, Jennifer; Casey B. Sypek; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Jennifer – We are not going to get into our privileged discussions with our clients with you. You are either going to stipulate to the medical examinations or not. If not, we will proceed with filing a motion. We hope to avoid that since plaintiffs have clearly put at issue their claimed emotional distress.

Jason

1

Exhibit Q
Page 243

**From:** Bryant, Jennifer [mailto:Jennifer.Bryant@mto.com]
**Sent:** Wednesday, September 22, 2021 9:33 AM
**To:** Jason H. Tokoro; Casey B. Sypek; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Jason,

As we discuss with our clients, we would simply like to be able to tell them whether or not this request for forced psychiatric evaluations has the blessing of the Board of Supervisors. Can you please let us know?

Thanks,
Jennifer

**From:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Sent:** Tuesday, September 21, 2021 6:39 PM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>; Casey B. Sypek <csypek@millerbarondess.com>; Martinez, Brandon <Brandon.Martinez@mto.com>; Li, Luis <Luis.Li@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; 'Kevin Boyle' <Boyle@psblaw.com>; 'Marguerite S. Sanvictores' <sanvictores@psblaw.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Neva Cirkveni <ncirkveni@millerbarondess.com>
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Jennifer,

Don't worry about our relationship with our client. Talk to your clients and get back to us about whether you will stipulate to an IME for each of the plaintiffs. Look forward to hearing from you shortly.

Jason

**From:** Bryant, Jennifer [mailto:Jennifer.Bryant@mto.com]
**Sent:** Tuesday, September 21, 2021 6:11 PM
**To:** Casey B. Sypek; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Casey,

We will confer with our clients and get back to you shortly.

We were taken aback by your request given the County's purported sympathies toward the victims' families and the Sheriff's public acknowledgment that his deputies' conduct "harm[ed] people who suffered a tragedy already."

As we confer with our clients, can you please confirm that the Board of Supervisors knows about and supports your demand for forced psychiatric exams of Vanessa Bryant, Christopher Chester, J.J. Altobelli, Alexis Altobelli, Matthew Mauser, and Christina Mauser's three children (ages 5, 11, and 13)?

Thanks,
Jennifer

---

**From:** Casey B. Sypek <csypek@millerbarondess.com>
**Sent:** Tuesday, September 21, 2021 10:19 AM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>; Li, Luis <Luis.Li@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; 'Kevin Boyle' <Boyle@psblaw.com>; 'Marguerite S. Sanvictores' <sanvictores@psblaw.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Neva Cirkveni <ncirkveni@millerbarondess.com>
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Counsel:

Following up on my email below, please let us know whether each of your clients will stipulate to an independent medical evaluation (IME). We have selected Dr. Marc Cohen (CV attached) to conduct the IMEs of the Bryant, Chester and Altobelli plaintiffs. Dr. Cohen has excellent credentials and is a board-certified forensic psychiatrist with significant experience conducting IMEs.

We will let you know when we have selected an examiner for the Mauser plaintiffs, who will specialize in child psychiatry.

IMEs are clearly warranted here, as Plaintiffs have put their mental condition at issue. Indeed, the case centers around your clients' alleged severe emotional distress. If the parties agree to stipulate, then we can work out the details regarding dates and times that work for each of your clients.

**Please let us know whether you will stipulate to the IMEs by the close of business on Thursday, September 23** so that, otherwise, we can move forward with our Rule 35 motion.

Best,
Casey

**Casey B. Sypek**
MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Casey B. Sypek
**Sent:** Thursday, September 16, 2021 3:56 PM
**To:** 'Bryant, Jennifer'; 'Martinez, Brandon'; 'Li, Luis'; 'Raphael, Justin'; 'Lavoie, Craig'; 'Saigal, Mari T.'; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'

3

Exhibit Q
Page 245

**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'
**Subject:** Bryant et al. v. County et al.: Independent Medical Evaluations

Counsel,

Please let us know if each of the Plaintiffs will stipulate to an Independent Medical Evaluation by a board-certified forensic psychiatrist. An IME is appropriate and necessary since Plaintiffs have put their mental condition in controversy by alleging severe emotional distress.

Although we hope to avoid burdening the Court with motion practice, if the parties are unable to reach a stipulation, we will have no choice but to move to compel the examinations under Rule 35.

Thanks,
Casey


**Casey B. Sypek**

M I L L E R | B A R O N D E S S LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

4

# CHRISTOPHER R. THOMPSON, M.D.

10850 Wilshire Blvd., Suite 850, Los Angeles, CA 90024
Telephone: (310) 470-7064  Fax: (310) 470-7141
E-mail: chthompson@mednet.ucla.edu

**EDUCATION**

**University of Virginia, 1990-1994**
**Charlottesville, Virginia**
Bachelor of Arts in Interdisciplinary Studies (chemistry focus) with distinction, May 1994

**University of North Carolina School of Medicine, 1995-1999**
**Chapel Hill, North Carolina**
Doctor of Medicine, May 1999

**POST-GRADUATE TRAINING**

**University of California, Los Angeles General Psychiatry Residency, 1999-2003**
**UCLA Neuropsychiatric Institute and Hospital, Los Angeles, California**

**University of California, Davis Forensic Psychiatry Fellowship, 2003-2004**
**UC Davis Department of Psychiatry, Sacramento, California**

**University of California, Los Angeles Child and Adolescent Psychiatry Fellowship, 2004-2006**
**UCLA Neuropsychiatric Institute and Hospital, Los Angeles, California**

**ACADEMIC APPOINTMENTS AND TEACHING**

**Associate Clinical Professor of Psychiatry, 7/16-present**
**Assistant Clinical Professor of Psychiatry, 7/08-6/16**
**Clinical Instructor of Psychiatry, 7/06-6/08**
**Division of Child and Adolescent Psychiatry**
**Department of Psychiatry and Biobehavioral Sciences**
**David Geffen School of Medicine at UCLA, Los Angeles, California**

**Site Director (UCLA), Forensic Psychiatry Fellowship, 7/17-present**
**Department of Psychiatry and Biobehavioral Sciences**
**David Geffen School of Medicine at UCLA, Los Angeles, California**

**Director, Forensic Rotation for Child &Adolescent Psychiatry Fellows, 3/08-6/14**
**Lecturer/Supervisor, Child & Adolescent Psychiatry Fellows, 7/14-present**
**Division of Child and Adolescent Psychiatry**
**Department of Psychiatry and Biobehavioral Sciences**
**David Geffen School of Medicine at UCLA, Los Angeles, California**

**Organizer, "Forensic Issues in Child &Adolescent Psychiatry" Lecture Series, 9/07-present**
Keck School of Medicine of USC
**Child and Adolescent Division**
USC Department of Psychiatry and Behavioral Sciences, Los Angeles, California

**Lecturer, "Forensic Issues in Child &Adolescent Psychiatry" Lecture Series, 12/13-present**
Keck School of Medicine of USC
The Division of Psychiatry and Law/USC Institute of Psychiatry and Law
USC Department of Psychiatry and Behavioral Sciences, Los Angeles, California

**Guest Lecturer, Course titled "Juvenile Justice," 9/08-11/08**
UCLA School of Law, Los Angeles, California

## LICENSES AND CERTIFICATIONS

**California Medical License #A72925, issued in 8/00**
Medical Board of California

**Alaska Medical License #163889, issued in 7/20, expired in 5/21**
Alaska State Medical Board

**Oregon Medical License #MD202108, issued in 10/20**
Oregon Medical Board

**Arizona Medical License #TP00794, issued in 12/20**
Arizona Medical Board

**Colorado Medical License #DR0067067, issued in 7/21**
Colorado Medical Board

**Washington Medical License #MD61188330, issued in 7/21**
Washington Medical Commission

**Texas Medical License #T3201, issued in 8/21**
Texas Medical Board

**Board Certification in Psychiatry, Certificate #54401, issued in 9/04**
**Recertified in 2/14**
American Board of Psychiatry and Neurology, Inc.

**Board Certification in Forensic Psychiatry, Certificate #1581, issued in 5/05**
**Recertified in 4/15**
American Board of Psychiatry and Neurology, Inc.

**Board Certification in Child and Adolescent Psychiatry, Certificate #6129, issued in 11/06**
**Recertified in 4/15**
American Board of Psychiatry and Neurology, Inc.

**Board Certification in Addiction Medicine, Certificate #001058, issued in 3/09**
American Board of Addiction Medicine, Inc.

**Certified Correctional Health Professional, Certificate issued in 7/08**
**Recertified annually**
National Commission on Correctional Health Care

**PROFESSIONAL EXPERIENCE**

**Forensic Psychiatric Consultant and Clinical Private Practice, 7/04-present**
**Los Angeles, California**
Have worked on a variety of criminal, civil, and administrative cases. These have included (but were not limited to): federal capital habeas cases, fitness for duty evaluations, psychiatric injury and disability, child witness reliability, violence risk assessments, and others. See children, adolescents, and adults for medication management and psychotherapy.

**Director, Forensic Psychiatry Division, 9/19-9/21**
**Los Angeles County Department of Mental Health (LACDMH), Los Angeles, California**
Provide leadership, oversight, and direction for all LACDMH programs designed to address the needs of justice-involved populations across the lifespan. Coordinate diversion and re-entry efforts with multiple partners including the L.A. County Departments of Correctional Health, Health Services, Public Health (Substance Abuse Prevention and Control), Office of Diversion and Reentry, Sheriff's, Probation, and Children & Family Services, in addition to the Courts. Oversee LACDMH programs including: Adult Probation (AB 109), Juvenile Justice Mental Health, Juvenile Court Mental Health Services, LACDMH-UCLA Forensic Fellowship Training, and Mental Health Court Linkage. Develop and implement innovative care pathways for individuals who are diverted from jails, juvenile halls, and juvenile camps into alternative treatment settings. Help with foundational overhaul of juvenile justice system of L.A. County. Manage a diverse team responsible for collaborating closely with other agencies, organizations, academic institutions, groups, and individuals. Work to eliminate unnecessary incarceration of those with serious mental illnesses.

**Medical Director, Juvenile Justice Mental Health Program, and Director, Juvenile Court Mental Health Services, 7/11-8/19**
**Los Angeles County Department of Mental Health, Los Angeles, California**
Supervised psychiatrists providing evaluation and treatment to children and adolescents in the custody of the Los Angeles County Probation Department; interfaced with other county agencies in the delivery of health services to youth in this system; assisted with diversion and re-entry initiatives for delinquent youth; helped with redesign of LA County Department of Probation camp system, where juveniles serve their sentences, in order to help improve delivery of psychiatric, educational and other services and reduce recidivism rates; oversaw clinicians advising the juvenile court on appropriateness of particular mental health interventions for youth under delinquency or dependency court jurisdiction; worked with juvenile court judges/commissioners, public defenders, district attorneys, child advocates on developing a new standardized assessment protocol for juveniles' adjudicative competence; also developing/implementing a competence remediation program/paradigm

**Staff Psychiatrist, Juvenile Justice Mental Health Program, 7/06-7/11**
**Los Angeles County Department of Mental Health, Los Angeles, California**
Provided psychiatric evaluation and treatment to children and adolescents in the custody of the Los Angeles County Probation Department.

**Forensic Psychiatric Consultant, Napa State Hospital, 3/04-6/04**
UC Davis Department of Psychiatry, Forensic Division, Napa, California
Provided forensic consultation to staff psychiatrists at Napa State Hospital in difficult cases. Issues included: fitness for release of NGRI acquittees (including violence risk assessments), competence to stand trial, competence to refuse medical and psychiatric treatment, diagnostic clarification, and optimization of psychiatric treatment.

**Forensic Psychiatric Evaluator, Sacramento County Court Panel, 1/04-6/04**
UC Davis Department of Psychiatry, Forensic Division, Sacramento, California
Conducted psychiatric evaluations of defendants in order to determine their competence to stand trial.

**Forensic Psychiatric Consultant, Office of the Federal Public Defender, 2/04-5/04**
UC Davis Department of Psychiatry, Forensic Division, Sacramento, California
Provided forensic consultation services to the Federal Public Defender. Issues included: substance abuse/intoxication and witness reliability, competence to undergo probation revocation hearings, and likelihood of defendant(s) being medication compliant if released.

**Forensic Psychiatric Consultant, Sacramento County District Attorneys' Office, 10/03-3/04**
UC Davis Department of Psychiatry, Forensic Division, Sacramento, California
Provided forensic consultation services to the District Attorneys' Office by evaluating individuals currently on mental health conservatorships to render opinions regarding their need for continued conservatorship. Also testified in mental health court when necessary.

**Staff Psychiatrist, Sacramento County Jail, 7/03-3/04**
UC Davis Department of Psychiatry and Jail Psychiatric Services, Sacramento, California
Worked as an attending psychiatrist on both the inpatient unit and outpatient clinics at Sacramento County Jail. Supervised UC Davis medical students and psychiatry residents during their inpatient and outpatient rotations.

**Staff Psychiatrist, Assembly Bill 2034 Program, 7/01-6/03**
San Fernando Valley Mental Health Clinic, Van Nuys, California
Worked independently providing psychiatric evaluations and treatment to mentally ill inmates recently released from state penitentiaries and Twin Towers Correctional Facility in Los Angeles as part of an intensive case management strategy designed to reduce recidivism rates.

## HONORS

**William A. Schonfeld, M.D. Award, awarded in 2021**
American Society of Adolescent Psychiatry

**Distinguished Fellow, elected in 2015**
American Psychiatric Association

**Maier I. Tuchler, M.D. Award, awarded in 2015**
American Academy of Forensic Sciences

**Fellow, elected in 2013**
American Psychiatric Association

**Distinguished Fellow, elected in 2012**
American Academy of Child and Adolescent Psychiatry

**Fellow, elected in 2012**
American Academy of Forensic Sciences

**Member at Large, 2009-2012**
American Society for Adolescent Psychiatry

**Alpha Omega Alpha Medical Honor Society, elected in 1998**
University of North Carolina School of Medicine

**Commendation for summer medical service in an underserved area, 1996**
National Health Service Corps

**Bachelor of Arts with distinction, 1994**
University of Virginia

**Echols Scholar (top 5% of entering class) and Honors Program, 1990-1994**
University of Virginia

**National Merit Scholar, 1990**
University of Virginia


## PUBLICATIONS

Thompson, CR: A Seat at the Table: President's Address 2018. *Journal of the American Academy of Psychiatry and the Law*, 47(1):12-21, 2019

Wall BW, Ash P, Keram E, Pinals DA, Thompson CR (members of Update Task Force): AAPL Practice Resource for the Forensic Psychiatric Evaluation of Competence to Stand Trial, Update 2017. *Journal of the American Academy of Psychiatry and the Law*, 46(3 Supplement):S4-S79, 2018

Thompson CR: Legal Regulation of Psychiatric Practice (section ed.) in *Principles and Practice of Forensic Psychiatry, 3rd Edition*. Edited by Rosner R and Scott CL, Abingdon, U.K., CRC Press, 2016

Fischer C, Thompson CR, Kambam P, Bender HE: Juvenile Adjudicative Competence in *Encyclopedia of Adolescence.* Edited by Levesque RJR. Basel, Switzerland, Springer International Publishing, 2016

Thompson CR, Fischer C: Children: as Defendants in *Wiley Encyclopedia of Forensic Science*. Edited by Jamieson A and Moenssens A. Chichester, UK, John Wiley & Sons Ltd., 2015

Thompson CR: Robert Weinstock, M.D.: Elder Statesman of Forensic Psychiatry and Rebel With a Cause. *Journal of the American Academy of Psychiatry and the Law*, 42(1):20-5, 2014

Thompson CR, Reba-Harrelson L: Addictive Behaviors in *Clinical Handbook of Adolescent Addiction*. Edited by Rosner R. Chichester, U.K., Wiley-Blackwell Publishing, 2013

Thompson C (Chair), Heiser M, Chan V, Damerla H, Holloway R (The Cannabis White Paper Task Force): The Impact of Cannabis Use During Adolescence: A Report to the California Academy of Child and Adolescent Psychiatry, 2012

Freeman BW, Thompson C, Jaques C: Forensic Aspects and Assessment of School Bullying in *Forensic Psychiatry* edition of *Psychiatric Clinics of North America*. Edited by Scott CL, 35(4): 877-900, 2012

Bender HE, Kambam P, Thompson CR: Juvenile Adjudicative Competence. *Encyclopedia of Adolescence.* Edited by Levesque RJR. Chichester, U.K., Springer Publishing, 2012

Weinstock R, Thompson CR: Commentary: Ethics-Related Implications and Neurobiological Correlates of False Confessions in Juveniles. *Journal of the American Academy of Psychiatry and the Law*, 37(3):344-8, 2009

Wu S, Thompson CR: Juvenile Offenders in *Handbook of Correctional Psychiatry*. Edited by Scott CL. Washington, D.C., American Psychiatric Publishing, Inc., 543-72, 2009

Thompson CR, Kenan J: Children: as Defendants in *Wiley Encyclopedia of Forensic Science*. Edited by Jamieson A and Moenssens A. Chichester, UK, John Wiley & Sons Ltd., 2009

Costello J, Kenan J, Thompson CR: Parental Rights and Prerogatives in *Wiley Encyclopedia of Forensic Science*. Edited by Jamieson A and Moenssens A. Chichester, UK, John Wiley & Sons Ltd., 2009

Kambam P, Thompson CR: The Development of Decision-Making Capacities in Children and Adolescents: Psychological and Neurobiological Perspectives and Their Implications for Juvenile Defendants. *Behavioral Sciences and the Law*, 27(2): 173-90, 2009

Thompson CR, Del-Pan N, Beckson M, Weinstock R: Adolescent Substance Use Disorders and Psychiatrists: Competent Assessment and Treatment? *The American Journal on Addictions*, 17(3): 245-6, 2008

Simpson JR, Thompson CR, Beckson M: Impact of Orally Disintegrating Olanzapine on Use of Intramuscular Antipsychotics, Seclusion, and Restraint in an Acute Inpatient Psychiatric Setting. *Journal of Clinical Psychopharmacology*, 26(3): 333-5, 2006

Chaiken SB, Thompson CR, Shoemaker WE: Mental Health Interventions in Correctional Settings in *Handbook of Correctional Mental Health*. Edited by Scott CL and Gerbasi JG. Washington, DC, American Psychiatric Publishing, Inc., 109-30, 2005

Thompson CR, Beckson M: A Case of Factitious Homicidal Ideation. *Journal of the American Academy of Psychiatry and the Law*, 32(3): 277-81, 2004

Thompson CR (ed): *UCLA Psychiatry Residency Handbook.* Los Angeles, NPI Press, 2001

Thompson CR, Quanbeck CD: Suicide Risk Assessment in *UCLA Psychiatry Residency Handbook.* Edited by Thompson CR and Little JZ. Los Angeles, NPI Press, 2001

Thompson CR, Quanbeck CD: Violence Risk Assessment in *UCLA Psychiatry Residency Handbook.* Edited by Thompson CR and Little JZ. Los Angeles, NPI Press, 2001

**SELECTED PRESENTATIONS**

Newman WJ, Thompson CR, Scott CL, Bradford J, Newman B. Navigating Potential Pitfalls to Wellness for Psychiatrists. Presented at the Annual Meeting of the American Psychiatric Association, Virtual Presentation (originally scheduled for Los Angeles, CA), May 2021

Thompson CR. Informed Consent and Care to Minors/Mature Minors. Presented at the Annual Meeting of the American Society of Adolescent Psychiatry, Virtual Presentation (originally scheduled for Los Angeles, CA), April 2021

Thompson CR. School Shootings and Mass Violence: A Dark History and Brighter Future? Presented at the Annual Meeting of the American Society of Adolescent Psychiatry, Virtual Presentation (originally scheduled for Philadelphia, PA), July 2020

Ghossoub E, Choi O, Nahas Z, Newman W, Thompson CR. The Next Frontier: Neuroscience and Forensic Psychiatry. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, MD, October 2019

Rosenbaum K, Thompson CR, Scott CL, Trestman R, Champion M, Lavach B. Forensic Psychiatry, Liaison to Policy Makers: New Mental Health Laws. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, MD, October 2019

McBride A, Thompson CR, Wadell P: The Clairvoyant Clinician: Can We Really Predict Poor Outcomes in Youth? Presented at the Annual Meeting of the American Academy of Child & Adolescent Psychiatry. Chicago, IL, October 2019

Thompson CR, Scott CL, Newman WJ, Ferranti J, Soliman S: AAPL Presidential Symposium: Antisocial/Criminal Behavior Across the Lifespan: Inception, Implications, and Novel and Tested Interventions. Presented at the Annual Meeting of the American Psychiatric Association. San Francisco, CA, May 2019

Rosenbaum K, Thompson CR, Piel J, Hatters-Friedman S, Van Leer Greenberg E, Van Leer Greenberg V, Domitrovich S, Martell DA: Interdisciplinary Symposium—Insane or Just Bad? The Anatomy of the Not Guilty by Reason of Insanity (NGRI) Defense. Presented at the Annual Meeting of the American Academy of Forensic Sciences. Baltimore, MD, February 2019

Thompson CR. Presidential Address: A Seat at the Table: AAPL's Potential Role in Shaping 21st Century Mental Health Law and Policy. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Austin, TX, October 2018

Wasser T, Thompson CR, Pinals D, Champion M, Krueger D, Immel M, Lavach B. Forensic Mental Health Legislative Advocacy: A Primer and Update. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Austin, TX, October 2018

Thompson CR. Raising the Bar: Putting the "Science" in Forensic Behavioral Science. Presented as a component of an Interdisciplinary Symposium titled "Raising the Bar in Forensic Science." Presented at the Annual Meeting of the American Academy of Forensic Sciences. Seattle, WA, February 2018

Ryan E, Billick S, Hayes L, Penn J, Thompson C, Wills C. Suicide in Juvenile Confinement. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Denver, CO, October 2017

Thompson, CR. Expanding the Definition of Adverse Childhood Events. Presented at the Interagency Council on Abuse and Neglect (ICAN) Symposium on the Effects of Childhood Trauma. Los Angeles, CA, August 2017

Wall B, Janofsky J, Thompson C, Pinals D. AAPL Practice Guidelines on Competence to Stand Trial Update. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Portland, OR, October 2016

Thompson CR. Informed Consent and Care to Minors/Mature Minors. Presented at the Nevada Psychiatric Association's 21st Annual Psychopharmacology Update. Las Vegas, NV, February 2016

Thompson C, Damerla H. Juvenile Offenders and Correctional Mental Health. Presented at Children's Hospital of Los Angeles Adolescent Medicine Grand Rounds, Los Angeles, CA, October 2015

Jaques C, Thompson CR. Court Oversight of Psychotropic Prescribing in Youth in State Custody. Presented at UCLA Child & Adolescent Psychiatry Division Grand Rounds, Los Angeles, CA, January 2015

Thompson CR. Psycho-legal Implications in Legal Highs. Presented as a component of a Workshop titled "Novel Psychoactive Substances (NPS): Pharmacology, Toxicology, Psychiatry, and Case Reports." Presented at the Annual Meeting of the American Academy of Forensic Sciences. Seattle, WA, February 2014

Thompson CR, Billick SB. AAFS Mentorship: Psychiatry and Behavioral Sciences. Presented as a component of an Interdisciplinary Symposium titled "Fostering the Next Generation of Forensic Scientists: Mentoring in the 21st Century." Presented at the Annual Meeting of the American Academy of Forensic Sciences. Seattle, WA, February 2014

Thompson CR, Sokolov G. ADHD in Correctional Settings: To Treat or Not to Treat? Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. San Diego, CA, October 2013

Stoneking L, Thompson CR, Kambam P, Dietz P. School Mass Shootings. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. San Diego, CA, October 2013

Thompson CR. Adolescent Substance Use, Disruptive Behavior Disorders, and the Juvenile Justice System. Presented at the American Society for Adolescent Psychiatry Annual Meeting. New York, NY, March 2012.

Thompson CR. Mental Health and Medication Issues in Youth in the Juvenile Justice System. Presented at the Saks Institute for Mental Health Law, Policy, and Ethics and the Burton Blatt Institute Spring Symposium, titled Psychotropic Medication and the Law. USC Gould School of Law. Los Angeles, CA, March 2012.

Thompson CR, Freeman B, Ryan E, Rosenbaum K. Bullying: An Update. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Boston, MA, October 2011

Thompson CR, Liggins, E, Espana A. Mental Illness and Developmental Delays in Children. Presented at the Juvenile & Family Law Judicial Officers Program, sponsored by the Judicial Council of California-Administrative Office of the Courts. Los Angeles, CA, April 2011

Thompson CR, Reba-Harrelson L. An Update on Juvenile Psychopathy and Development. Presented at the American Academy of Forensic Sciences Annual Meeting. Chicago, IL, February 2011

Thompson CR, Bath E, Crecelius G, Kenan J, Reba-Harrelson L. Child and Adolescent Forensic Mental Health Professionals in Juvenile Specialty Courts. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Tucson, AZ, October 2010

Ryan E, Dwyer RG, Kenan J, Lopez-Leon M, Thompson CR. Debate: Should Videotaping be Required for Child Forensic Evaluation? Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Tucson, AZ, October 2010

Thompson CR. Juvenile Offenders and Correctional Mental Health. Presented at the American Psychiatric Association Annual Meeting. New Orleans, LA, May 2010

Thompson CR. Juvenile Psychopathy and Development. Presented at the American Society for Adolescent Psychiatry Annual Meeting. Los Angeles, CA, March 2010

Thompson CR, Sokolov G, Scott CL. Treating Disruptive Behavior Disorders in Correctional Settings: To Treat or Not to Treat? Presented at the American Academy of Forensic Sciences Annual Meeting. Seattle, WA, February 2010

Thompson CR. The Etiology and Taxonomy of Adolescent Antisocial Behavior. Presented at the American Academy of Forensic Sciences Annual Meeting. Seattle, WA, February 2010

Thompson CR. Applying Psychiatric Principles to California Appellate Issues. Presented at the Annual Appellate Judicial Attorneys Institute. Long Beach, CA, November 2009

Thompson CR, Weinstock R. Adolescent Substance Abuse: Corrections & College. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Baltimore, MD, November 2009

Thompson CR, Weinstock R, Ash P. Current Controversies in Juvenile Delinquency. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Baltimore, MD, October 2009

Thompson CR, Dwyer G, De Crisce, D, Kenan J, Saleh F, Billick S. Child Sexual Abuse Allegations in Custody Evaluations. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Baltimore, MD, October 2009

Thompson CR. Juvenile Psychopathy and Development. Presented at the American Academy of Forensic Sciences Annual Meeting. Denver, CO, February 2009

Thompson CR. Adolescent Substance Use and Disruptive Behavior Disorders. Presented at symposium titled "Co-Occurring Psychiatric and Substance Use Disorder in Children and Adolescents: Diagnostic Challenges and Treatment Challenges for Los Angeles County Psychiatrists." Co-Sponsored by the UCLA Integrated Substance Abuse Programs and the Los Angeles County Department of Mental Health. Los Angeles, CA, September 2008

Thompson CR. Criminal Responsibility in Juveniles: Less Guilty by Reason of Adolescence? Presented at the American Society for Adolescent Psychiatry Annual Meeting. Boston, MA, March 2008

Thompson CR. Criminal Responsibility in Juveniles: Less Guilty by Reason of Adolescence? Presented at the American Academy of Forensic Sciences Annual Meeting. Washington, DC, February 2008

Thompson CR. Adolescent Substance Use Disorders. Presented at USC Dept. of Psychiatry, Child and Adolescent Division Grand Rounds. Los Angeles, CA, September 2007

Thompson CR. Adolescent Substance Use and Associated Psychiatric Disorders. Presented at symposium titled "Not Just Small Adults: New Insights on Adolescent Brain Development and Implications for Adolescent Substance Abuse Treatment." Sponsored by the California Society of Addiction Medicine. Los Angeles, CA, June 2007

Thompson CR. Waiver of Juveniles to Adult Criminal Court. Presented as part of the UCLA Forensic Psychiatry and Child and Adolescent Fellowship Core Curriculum. Los Angeles, CA, April 2007

Thompson CR. The Juvenile Justice System. Presented at the American Society for Adolescent Psychiatry Annual Meeting. Santa Monica, CA, March 2007

Thompson CR. Forensic Report Writing. Presented as part of the UCLA Forensic Psychiatry Fellowship Core Curriculum. Los Angeles, CA, January 2007

Thompson CR. Forensic Issues in Child and Adolescent Psychiatry. Presented as part of the USC Child and Adolescent Clinical Didactic Series. Los Angeles, CA, January 2007

Thompson CR. Adolescent Antisocial Behavior. Presented as part of the UCLA Forensic Psychiatry Fellowship Core Curriculum. Los Angeles, CA, November 2006

Thompson CR. Juvenile Adjudicative Competence: A Minor Misunderstanding? Presented to the Los Angeles County Juvenile Mental Health Court, Los Angeles, CA, January 2006

Thompson CR. Juvenile Adjudicative Competence: A Minor Misunderstanding? Presented at UCLA Child and Adolescent Psychiatry Division Grand Rounds, Los Angeles, CA, January 2006

Thompson CR. SSRIs and Adolescent Suicide Risk. Presented as part of the UCLA Psychiatry Residency PG-1 Core Curriculum, Los Angeles, California, May 2005

Thompson CR. Suicide Risk Assessment. Presented as part of the UCLA Psychiatry Residency PG-1 Core Curriculum, Los Angeles, California, January 2005

Thompson CR. The Swanson Study: A Brief Primer on Mental Illness and Violence. Guest Lecturer to the UC Davis Department of Psychiatry, Forensic Division, Sacramento, California, February 2004

Thompson CR. The Mental Status Exam. Guest Lecturer to the UC Davis School of Law, Davis, California, January 2004

Thompson CR, Kile S, MacKenzie C. Violence Risk Assessment. Guest Lecturer to the UC Davis School of Law, Davis, California, December 2003

Thompson CR. Management of Assaultive Behavior. Presented as part of the UCLA Psychiatry Residency PG-1 Core Curriculum, Los Angeles, California, April 2003

**PROFESSIONAL ACTIVITIES**

President, American Academy of Psychiatry and the Law, 2017-2018
President-Elect, American Academy of Psychiatry and the Law, 2016-2017
President, California Academy of Child and Adolescent Psychiatry, 2019-2021
President-Elect, California Academy of Child and Adolescent Psychiatry, 2017-2019
Vice-President, American Academy of Psychiatry and the Law, 2014-2015
Secretary, American Academy of Psychiatry and the Law, 2015-2016
Councilor, American Academy of Psychiatry and the Law, 2010-2013
Co-Chair, Government Affairs Committee, American Academy of Psychiatry and the Law, 2017-2020
Co-Chair, Judicial Action Committee, American Academy of Psychiatry and the Law, 2017-present
Chair, Child and Adolescent Psychiatry Committee, American Academy of Psychiatry and the Law, 2009-2017
Co-Chair, Education Committee, American Academy of Psychiatry and the Law, 2015-2017
Treasurer, American Academy of Forensic Sciences, 2021-present
Secretary, American Academy of Forensic Sciences, 2020-2021
Local Arrangements Chair for 2020 Annual Meeting, American Academy of Forensic Sciences, 2019-2020
Member of Board of Directors, American Academy of Forensic Sciences, 2015-2018
Director, American Academy of Forensic Sciences, Psychiatry and Behavioral Science Section, 2015-2018

Trustee, Forensic Sciences Foundation, American Academy of Forensic Sciences, 2018-present
Chair, American Academy of Forensic Sciences, Psychiatry and Behavioral Science Section, 2014-2015
Secretary, American Academy of Forensic Sciences, Psychiatry and Behavioral Science Section, 2012-2014
Co-Chair, Government Affairs Committee, California Academy of Child and Adolescent Psychiatry, 2010-2016
Commissioner, First 5 Los Angeles, 2015-2017
Alternate Commissioner, First 5 Los Angeles, 2012-2015, 2017-2021
Member at Large, American Society of Adolescent Psychiatry, 2010-2013
Vice-Chairman, Judicial Action Committee, California Psychiatric Association, 2007-2012
Program Co-Chair for 2014 Annual Meeting, American Academy of Psychiatry and the Law
Program Co-Chair for 2011 Annual Meeting, American Academy of Psychiatry and the Law
Workshops Chair for 2017 Annual Meeting, American Academy of Forensic Sciences
Workshops Co-Chair for 2016 Annual Meeting, American Academy of Forensic Sciences
Long-term Planning Committee, American Academy of Forensic Sciences, 2014-present
Luncheon Seminars Chair for 2012 Annual Meeting, American Academy of Forensic Sciences
Luncheon Seminars Co-Chair for 2011 Annual Meeting, American Academy of Forensic Sciences
Program Chair for 2010 Annual Meeting, Psychiatry and Behavioral Science Section, American Academy of Forensic Sciences
Assistant Program Chair for 2009 Annual Meeting, Psychiatry and Behavioral Science Section, American Academy of Forensic Sciences
Member of Editorial Board, Behavioral Sciences and the Law, 2017-present
Member of Editorial Board, Psychiatric Quarterly, 2013-present
Expert Reviewer, Journal of Consulting and Clinical Psychology, 2005-present
Peer Reviewer, Journal of the American Academy of Psychiatry and the Law, 2013-present
Reviewer for annual meeting submissions, American Psychiatric Association, 2020-2021
Member, Education Committee, American Academy of Psychiatry and the Law, 2013-2021
Member, Program Committee, American Academy of Psychiatry and the Law, 2010-present
Member, Addiction Psychiatry Committee, American Academy of Psychiatry and the Law, 2006-2020
Member, Government Affairs Committee, California Psychiatric Association, 2007-2012

**ORGANIZATIONAL MEMBERSHIPS AND AFFILIATIONS**

American Medical Association, 2017-2019
Academy of Correctional Health Professionals, 2008-present
American Society of Adolescent Psychiatry, 2008-2013
American Academy of Forensic Sciences, 2008-present
American Academy of Addiction Psychiatry, 2007-2012
American Academy of Child and Adolescent Psychiatry, 2004-present
American Academy of Psychiatry and the Law, 2001-present

12

American Psychiatric Association, 1999-present
California Psychiatric Association, 1999-present
Southern California Psychiatric Society, 1999-present

13