# Exhibit R

|  |  |
|---|---|
| **From:** | Bryant, Jennifer <Jennifer.Bryant@mto.com> |
| **Sent:** | Tuesday, September 28, 2021 4:16 PM |
| **To:** | Casey B. Sypek; Jason H. Tokoro; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores' |
| **Cc:** | Skip Miller; Mira Hashmall; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni |
| **Subject:** | RE: Bryant et al. v. County et al.: Independent Medical Evaluations |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Casey,

After conferring with Jerry and Kevin, I've been authorized to respond that Matt Mauser and his children ▮ (age 5), ▮ (age 11), and ▮ (age 13), J.J. Altobelli and his sister Alexis (age 18), Christopher Chester, and Vanessa Bryant will not stipulate to the County and Sheriff's Department's proposed psychiatric examinations.

From our perspective, these involuntary examinations are an intimidation tactic designed to bully the victims' families into abandoning their pursuit of accountability, and we are disappointed that the Board of Supervisors supports such a strategy.

We are available this Friday (following ▮▮▮▮▮▮▮'s deposition) at 4:00 p.m. for a Rule 37 conference.

Jennifer

---

**From:** Casey B. Sypek <csypek@millerbarondess.com>
**Sent:** Monday, September 27, 2021 5:25 PM
**To:** Jason H. Tokoro <jtokoro@Millerbarondess.com>; Bryant, Jennifer <Jennifer.Bryant@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>; Li, Luis <Luis.Li@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; 'Kevin Boyle' <Boyle@psblaw.com>; 'Marguerite S. Sanvictores' <sanvictores@psblaw.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Neva Cirkveni <ncirkveni@millerbarondess.com>
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Counsel,

Please let us know by tomorrow (Tuesday, 9/28) whether you will stipulate to IMEs of each of the plaintiffs. If you will not stipulate, then please provide days/times this week for a meet-and-confer videoconference so we can move forward with the motion.

Casey

**Casey B. Sypek**

MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000

1

Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Jason H. Tokoro
**Sent:** Wednesday, September 22, 2021 9:35 AM
**To:** Bryant, Jennifer; Casey B. Sypek; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Jennifer – We are not going to get into our privileged discussions with our clients with you. You are either going to stipulate to the medical examinations or not. If not, we will proceed with filing a motion. We hope to avoid that since plaintiffs have clearly put at issue their claimed emotional distress.

Jason

**From:** Bryant, Jennifer [mailto:Jennifer.Bryant@mto.com]
**Sent:** Wednesday, September 22, 2021 9:33 AM
**To:** Jason H. Tokoro; Casey B. Sypek; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Jason,

As we discuss with our clients, we would simply like to be able to tell them whether or not this request for forced psychiatric evaluations has the blessing of the Board of Supervisors. Can you please let us know?

Thanks,
Jennifer

**From:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Sent:** Tuesday, September 21, 2021 6:39 PM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>; Casey B. Sypek <csypek@millerbarondess.com>; Martinez, Brandon <Brandon.Martinez@mto.com>; Li, Luis <Luis.Li@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; 'Kevin Boyle' <Boyle@psblaw.com>; 'Marguerite S. Sanvictores' <sanvictores@psblaw.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Neva Cirkveni <ncirkveni@millerbarondess.com>
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Jennifer,

Don't worry about our relationship with our client.  Talk to your clients and get back to us about whether you will stipulate to an IME for each of the plaintiffs.  Look forward to hearing from you shortly.

Jason

**From:** Bryant, Jennifer [mailto:Jennifer.Bryant@mto.com]
**Sent:** Tuesday, September 21, 2021 6:11 PM
**To:** Casey B. Sypek; Martinez, Brandon; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Neva Cirkveni
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Casey,

We will confer with our clients and get back to you shortly.

We were taken aback by your request given the County's purported sympathies toward the victims' families and the Sheriff's public acknowledgment that his deputies' conduct "harm[ed] people who suffered a tragedy already."

As we confer with our clients, can you please confirm that the Board of Supervisors knows about and supports your demand for forced psychiatric exams of Vanessa Bryant, Christopher Chester, J.J. Altobelli, Alexis Altobelli, Matthew Mauser, and Christina Mauser's three children (ages 5, 11, and 13)?

Thanks,
Jennifer

**From:** Casey B. Sypek <csypek@millerbarondess.com>
**Sent:** Tuesday, September 21, 2021 10:19 AM
**To:** Bryant, Jennifer <Jennifer.Bryant@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>; Li, Luis <Luis.Li@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; 'jmjlaw@aol.com' <jmjlaw@aol.com>; 'Kevin Boyle' <Boyle@psblaw.com>; 'Marguerite S. Sanvictores' <sanvictores@psblaw.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Neva Cirkveni <ncirkveni@millerbarondess.com>
**Subject:** RE: Bryant et al. v. County et al.: Independent Medical Evaluations

Counsel:

Following up on my email below, please let us know whether each of your clients will stipulate to an independent medical evaluation (IME).  We have selected Dr. Marc Cohen (CV attached) to conduct the IMEs of the Bryant, Chester and Altobelli plaintiffs.  Dr. Cohen has excellent credentials and is a board-certified forensic psychiatrist with significant experience conducting IMEs.

We will let you know when we have selected an examiner for the Mauser plaintiffs, who will specialize in child psychiatry.

IMEs are clearly warranted here, as Plaintiffs have put their mental condition at issue.  Indeed, the case centers around your clients' alleged severe emotional distress.  If the parties agree to stipulate, then we can work out the details regarding dates and times that work for each of your clients.

**Please let us know whether you will stipulate to the IMEs by the close of business on Thursday, September 23** so that, otherwise, we can move forward with our Rule 35 motion.

Best,
Casey

**Casey B. Sypek**

MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Casey B. Sypek
**Sent:** Thursday, September 16, 2021 3:56 PM
**To:** 'Bryant, Jennifer'; 'Martinez, Brandon'; 'Li, Luis'; 'Raphael, Justin'; 'Lavoie, Craig'; 'Saigal, Mari T.'; 'jmjlaw@aol.com'; 'Kevin Boyle'; 'Marguerite S. Sanvictores'
**Cc:** Skip Miller; Mira Hashmall; Jason H. Tokoro; Emily A. Rodriguez-Sanchirico; Bryan R. Redfern; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'
**Subject:** Bryant et al. v. County et al.: Independent Medical Evaluations

Counsel,

Please let us know if each of the Plaintiffs will stipulate to an Independent Medical Evaluation by a board-certified forensic psychiatrist. An IME is appropriate and necessary since Plaintiffs have put their mental condition in controversy by alleging severe emotional distress.

Although we hope to avoid burdening the Court with motion practice, if the parties are unable to reach a stipulation, we will have no choice but to move to compel the examinations under Rule 35.

Thanks,
Casey

**Casey B. Sypek**

MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

4

Exhibit R
Page 264

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Exhibit R
Page 265