1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER COMPELLING INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFFS**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick<br><br>Hearing Date: November 5, 2021<br>Time: 9:30 a.m.<br>Place: Courtroom 750<br><br>Discovery Cutoff: November 29, 2021<br>Pretrial Conference: February 4, 2022<br>Trial: February 22, 2022 |

537242.1

Case No. 2:20-cv-09582-JFW-E

[PROPOSED] ORDER COMPELLING INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFFS

# ORDER

Upon consideration of the briefs, arguments and evidence in support of and in opposition to Defendant County of Los Angeles' (the "County's") Motion to Compel Independent Medical Examinations of Plaintiffs Vanessa Bryant, Christopher L. Chester, R.C., H.C., Matthew Mauser, P.M., T.M., I.M., John James Altobelli and Alexis Altobelli (collectively, "Plaintiffs"), as well as the parties' Joint Stipulation Regarding the County's Motion, the Court hereby **ORDERS** as follows:

1. Plaintiffs Vanessa Bryant, Christopher L. Chester, R.C., H.C., Matthew Mauser, John James Altobelli and Alexis Altobelli shall each appear for an independent medical examination conducted by Marc A. Cohen, M.D. at his offices located at 333 S. Beverly Drive, Suite 200 in Beverly Hills, California. Each examination shall span one full day of approximately eight hours, excluding breaks, and shall be audio and video recorded.

2. Plaintiffs P.M., T.M., and I.M. shall each appear for an independent medical examination conducted by Christopher J. Thompson, M.D. at his offices located at 10850 Wilshire Blvd., Suite 850 in Los Angeles, California. Each examination shall span approximately four to six hours, excluding breaks, and shall be audio and video recorded.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Charles F. Eick
United States Magistrate Judge