1  JONATHAN C. McCAVERTY (State Bar No. 210922)
   Principal Deputy County Counsel
2  jmccaverty@counsel.lacounty.gov
3  OFFICE OF COUNTY COUNSEL
   General Litigation Division
4  500 West Temple Street, Suite 468
   Los Angeles, California 90012
5  Telephone:  (213) 974-1828
   Facsimile:   (213) 626-7446
6

7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8
9  [*Additional counsel continued on next page*]

10              **UNITED STATES DISTRICT COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| 13  VANESSA BRYANT, et al., | **CASE NO. 2:20-cv-09582-JFW-E** |
| 14          Plaintiffs, | **DISCOVERY MATTER** |
| 15      v. | **STIPULATION REGARDING HEARING DATE FOR** |
| 16  COUNTY OF LOS ANGELES, et al., | **DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND** |
| 17          Defendants. | **PLAINTIFFS' MOTION TO COMPEL THE DEPOSITIONS OF** |
| 18 | **LOS ANGELES COUNTY SHERIFF** |
| 19 | **ALEX VILLANUEVA AND LOS** |
| 20 | **ANGELES COUNTY FIRE CHIEF** |
| 21 | **DARYL OSBY** |
| 22 | |
| 23 | Date:     October 29, 2021 |
| 24 | Time:     9:30 a.m. |
|    | Crtrm.:  750 |
| 25 | |
| 26 | Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| 27 | |

28

538499.1

[*Additional counsel, continued from previous page*]

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES,
ARLIN KAHAN, and TONY IMBRENDA

LUIS LI (State Bar No. 156081)
luis.li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
craig.lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
jennifer.bryant@mto.com
MARI T. SAIGAL (State Bar No. 318556)
mari.saigal@mto.com
BRANDON E. MARTINEZ (State Bar No. 318749)
brandon.martinez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff
VANESSA BRYANT

STIPULATION REGARDING HEARING DATE FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER
AND PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF SHERIFF VILLANUEVA AND CHIEF OSBY

1   JEROME M. JACKSON (State Bar No. 64238)
    jmjlaw@aol.com
2   JEROME M. JACKSON LAW OFFICES
    880 Apollo Street, Suite 238
3   El Segundo, California 90245
    Telephone:   (310) 726-4199
4   Facsimile:    (310) 414-0486

5
    Attorneys for Plaintiffs
6   CHRISTOPHER L. CHESTER; R.C.; and H.C.

7

8   BRIAN J. PANISH (State Bar No. 116060)
    panish@psblaw.com
9   KEVIN R. BOYLE (State Bar No. 192718)
    boyle@psblaw.com
10  SPENCER R. LUCAS (State Bar No. 232498)
    lucas@psblaw.com
11  MARGUERITE S. SANVICTORES (State Bar No. 299452)
    sanvictores@psblaw.com
12  PANISH SHEA & BOYLE LLP
    11111 Santa Monica Boulevard, Suite 700
13  Los Angeles, California 90025
    Telephone:   (310) 477-1700
14  Facsimile:    (310) 477-1699

15

16  Attorneys for Plaintiffs
    MATTHEW MAUSER; T.M.; P.M.; I.M.; ALEXIS ALTOBELLI and
17  JOHN JAMES ALTOBELLI

18

19

20

21

22

23

24

25

26

27

28

538499.1

STIPULATION REGARDING HEARING DATE FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER
AND PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF SHERIFF VILLANUEVA AND CHIEF OSBY

# **STIPULATION**

Plaintiffs Vanessa Bryant; Christopher L. Chester, R.C., and H.C.; Matthew Mauser, T.M., P.M., and I.M.; and Alexis and John James Altobelli (collectively, "Plaintiffs"), on the one hand, and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michal Russell, and Raul Versales (collectively, "Defendants") (together with Plaintiffs, the "Parties"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs are seeking the depositions of Los Angeles County Sheriff Alex Villanueva and Los Angeles County Fire Chief Daryl Osby;

WHEREAS, Defendants are moving for a protective order and Plaintiffs are moving to compel;

WHEREAS, in the interest of efficiency, the Parties have addressed both motions in one joint statement;

WHEREAS, the Parties filed the joint statement and supporting documents today [Dkt. 112];

WHEREAS, the Parties wish to have their motions adjudicated as quickly as possible in light of the November 29, 2020 discovery cutoff;

WHEREAS, to that end, the Parties have agreed to waive their rights to file supplemental briefs in support of their respective motions.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS**:

1. The Parties waive their rights to file supplemental briefs in support of Defendants' motion for protective order and Plaintiffs' motion to compel [Dkt. 112].

2. In light of the foregoing, the Parties respectfully request that the Court use October 29, 2021 as the operative hearing date for Defendants' motion for protective order and Plaintiffs' motion to compel.

1    DATED: October 15, 2021          OFFICE OF COUNTY COUNSEL

2

3

4                                     By:      /s/ Jonathan C. McCaverty
                                             JONATHAN C. McCAVERTY
5                                            Attorneys for Defendant
                                             LOS ANGELES COUNTY SHERIFF'S
6                                            DEPARTMENT

7

8    DATED: October 15, 2021          MILLER BARONDESS, LLP

9

10

11                                    By:      /s/ Jason H. Tokoro
                                             JASON H. TOKORO
12                                           Attorneys for Defendants
                                             COUNTY OF LOS ANGELES, LOS
13                                           ANGELES COUNTY FIRE
                                             DEPARTMENT, JOEY CRUZ, RAFAEL
14                                           MEJIA, MICHAEL RUSSELL, RAUL
                                             VERSALES, ARLIN KAHAN, and
15                                           TONY IMBRENDA

16

17

18   DATED: October 15, 2021          MUNGER, TOLLES & OLSON LLP

19

20

21                                    By:      /s/ Luis Li
                                             LUIS LI
22                                           Attorneys for Plaintiff
                                             VANESSA BRYANT
23

24

25

26

27

28

1 | DATED:  October 15, 2021          JEROME M. JACKSON LAW OFFICES

2

3

4                                            By:  ____/s/ Jerome M. Jackson____

5                                                    JEROME M. JACKSON
                                                     Attorneys for Plaintiffs
6                                                    CHRISTOPHER L. CHESTER; R.C.; and
                                                     H.C.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING HEARING DATE FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER
AND PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF SHERIFF VILLANUEVA AND CHIEF OSBY