LUIS LI (State Bar No. 156081)
Luis.Li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
BRANDON E. MARTINEZ (State Bar No. 318749)
Brandon.Martinez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF BRANDON E. MARTINEZ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR CELL PHONE RECORDS**<br><br>[Supplemental Brief in Support of Motion filed concurrently herewith]<br><br>Judge:  Hon. John F. Walter<br><br>Magistrate Judge:  Hon. Charles F. Eick<br><br>Hearing: November 5, 2021<br>Time:     9:30 a.m.<br>Place:    Courtroom 750<br><br>Discovery Cutoff:  November 29, 2021<br>Pretrial Conference:  February 4, 2022<br>Trial:  February 22, 2022 |

Case No. 2:20-cv-09582-JFW-E

SUPPLEMENTAL DECLARATION OF BRANDON E. MARTINEZ IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR CELL PHONE RECORDS

**SUPPLEMENTAL DECLARATION OF BRANDON E. MARTINEZ**

I, Brandon E. Martinez, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP and counsel of record for Plaintiff Vanessa Bryant in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. A true and correct copy of the Stipulated Protective Order in this action, entered by the Honorable Charles F. Eick as docket entry 33 on November 25, 2020, is attached hereto as **Exhibit A**.

3. A true and correct copy of a minute order entered by the Honorable Charles F. Eick in this matter on December 30, 2020, as docket entry 47, is attached hereto as **Exhibit B**.

4. A true and correct copy of a minute order entered by the Honorable Charles F. Eick in this matter on August 4, 2021, as docket entry 94, is attached hereto as **Exhibit C**.

5. A true and correct copy of a minute order entered by the Honorable Charles F. Eick in this matter on October 22, 2021, as docket entry 131, is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of October, 2021, at Los Angeles, California.

_____
Brandon E. Martinez