# EXHIBIT D

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9582-JFW(Ex) | Date | October 22, 2021 |
|---|---|---|---|
| Title | VANESSA BRYANT v. COUNTY OF LOS ANGELES, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**      (IN CHAMBERS)

The Court has read and considered all papers filed in support of and in opposition to the "Motion for Protective Order, etc." (ECF Doc. 117) ("the Motion"), filed October 19, 2021. Because the Motion seeks, inter alia, an order precluding or postponing a deposition subpoenaed to occur on October 25, 2021, the Court treats the Motion as an ex parte application and adjudicates the Motion on an accelerated basis.

Under the circumstances presented, the Motion fails to demonstrate "good cause" for any of the relief requested. See Fed. R. Civ. P. 26(c); Arnold v. Wausau Underwriters Ins. Co., 2013 WL 5488520 (S.D. Fla. Sept. 30, 2013); Campos v. Webb County Texas, 288 F.R.D. 134 (S.D. Tex. 2012); Jennings v. Family Management, 201 F.R.D. 272 (D.D.C. 2001); Estate of Chen v. Lingting Ye, 208 A. 3d 1168 (R. I. 2019); see also Fed. R. Civ. P. 26(b), 45. Accordingly, the Motion is denied. However, the Court sua sponte orders that the deponent may be accompanied by a mental health professional at the October 25 deposition. See Fed. R. Civ. P. 26(c)(2).

cc:   Judge Walter
      All Counsel of Record                                      Initials of Deputy Clerk   VMUN
      Counsel for Nonparty Movant