# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9582-JFW(Ex) | Date | November 1, 2021 |
|---|---|---|---|
| Title | VANESSA BRYANT v. COUNTY OF LOS ANGELES, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  
None

**Attorneys Present for Defendants:**  
None

**Proceedings:**      (IN CHAMBERS)

The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Defendant County of Los Angeles' Motion to Compel Independent Medical Examinations of Plaintiffs" ("the Motion"), filed October 15, 2021. The previously noticed November 5, 2021 hearing date is vacated. The Magistrate Judge has taken the Motion under submission without oral argument.

Because of settlements and dismissals postdating the filing of the Motion, the Motion is moot except as to Plaintiffs Vanessa Bryant and Christopher Chester ("Defendant County of Los Angeles' Supplemental Brief, etc.," filed October 22, 2021, at p. 2; Exhibits Z, AA and BB to "Supplemental Declaration of Casey B. Sypek, etc.," filed October 22, 2021). As to these Plaintiffs, the Motion is untimely unless and until the District Judge modifies the "Amended Scheduling and Case Management Order" in these related cases (Exhibits T and V to "Declaration of Casey B. Sypek, etc.," filed October 15, 2021). See Granados v. Geo Group, Inc., 2020 WL 6694346, at **1-2 (C.D. Cal. Oct. 15, 2020); Diaz v. Con-Way Truckload, Inc., 279 F.R.D. 412, 416-21 (S.D. Tex. 2012); Shumaker v. West, 196 F.R.D. 454, 456-57 (S.D. W. Va. 2000); see also Nguyen v. Regents of the University of California, 2018 WL 6112617, at *5 n.3 (C.D. Cal. July 26, 2018) (dicta); Minnard v. Rotech Healthcare Inc., 2008 WL 150502, at **2-3 (E.D. Cal. Jan. 15, 2008) (dicta); but see Waggoner v. Ohio Central R.R., 242 F.R.D. 413 (S.D. Ohio 2007). Therefore, the Motion is denied without prejudice.

cc:   Judge Walter  
      All Counsel of Record

Initials of Deputy Clerk   VMUN