LUIS LI (State Bar No. 156081)
Luis.Li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
BRANDON E. MARTINEZ (State Bar No. 318749)
Brandon.Martinez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>           Plaintiff,<br><br>      vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>           Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**APPLICATION TO CONTINUE LAST DAY FOR HEARING MOTIONS & SET BRIEFING SCHEDULE FOR DEFENDANTS' SUMMARY JUDGMENT MOTION**<br><br>**Current Deadline: December 20, 2021**<br><br>**Proposed Deadline: December 27, 2021**<br><br>Discovery Cutoff: November 29, 2021<br><br>Hearing Motion Cutoff: December 20, 2021<br><br>Pre-Trial Conference: February 4, 2022<br><br>Trial: February 22, 2022<br><br>[*Proposed Order Filed Concurrently Herewith*]<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

Plaintiff Vanessa Bryant requests that the Court: (1) set a schedule for Defendants' forthcoming summary judgment motion under which Mrs. Bryant has two weeks to prepare and file her opposition papers; and (2) continue the last day for hearing motions from December 20 to December 27, 2021.  Defendants do not oppose these requests,[1] which are supported by the following good cause:

*Thanksgiving Holiday.*  Defendants have informed Plaintiff that they intend to file a motion for summary judgment on November 22, 2021.  (Lavoie Decl. ¶ 2.)  Pursuant to Local Rule 7-9, Mrs. Bryant's opposition would be due one week later, on Monday, November 29.  (*See* L.R. 7-9.)  Hence, Mrs. Bryant would have only seven days during the week of Thanksgiving to prepare and file her opposition papers.  Preparing such a detailed and consequential filing over seven days that include a holiday weekend would impose substantial hardship on Mrs. Bryant's counsel and potentially prejudice Mrs. Bryant on the merits.

*Motion for Spoliation Sanctions.*  On October 29, 2021, Mrs. Bryant served Defendants with a motion for spoliation sanctions, and the motion is set for hearing before Judge Eick on November 29, 2021.  (Lavoie Decl. ¶ 5.)  In the motion, Mrs. Bryant contends that Defendants deleted and disposed of evidence—including photos, text messages, and cell phones—that they had a legal obligation to preserve.  As sanctions for this spoliation, Mrs. Bryant seeks (1) an adverse inference at summary judgment and trial that the spoliated evidence was unfavorable to Defendants with respect to the content, number, and dissemination of photos of the crash victims' remains; (2) an order precluding Defendants from arguing that the photos did not depict human remains, depicted only certain crash victims, and were

---

[1] Defendants in this action are the County of Los Angeles, the Los Angeles County Sheriff's Department, the Los Angeles County Fire Department, and four sheriff's deputies, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales.  Counsel for Defendants informed Plaintiff via email that they did not oppose this application.  (Declaration of Craig Jennings Lavoie ("Lavoie Decl.") ¶ 4 & Ex. A at 7-8.)

not publicly disseminated; and (3) an order that Mrs. Bryant is permitted to present evidence of Defendants' spoliation to the jury. Defendants deny that spoliation occurred or that sanctions are appropriate.

By continuing the last day for hearing motions from December 20 to December 27, the Court will be more likely to have the benefit of Judge Eick's spoliation ruling when deciding summary judgment. Further, assuming Judge Eick rules on the spoliation motion on or around the hearing date of November 29, extending the deadline for Mrs. Bryant to file her summary judgment opposition from November 29 to December 6 would allow each side one brief (Plaintiff's opposition and Defendants' reply) to incorporate Judge Eick's spoliation ruling into their summary judgment arguments.

*Discovery Record.* Discovery in this action has been extensive and complex. More than 9,000 records have been produced and at least fifty depositions will occur by the end of the discovery period. (Lavoie Decl. ¶ 6.) The parties have engaged a neutral forensic examiner to analyze twenty-five electronic devices of County employees, and Mrs. Bryant has subpoenaed cell phone records for twenty-six phone numbers believed to be associated with County employees. (Lavoie Decl. ¶ 6.) The factual record on summary judgment will be extensive, and a two-week period for Mrs. Bryant to prepare her opposition is needed to ensure it is presented to the Court in a clear and organized fashion.

\* \* \* \* \*

In accordance with the Court's Amended Standing Order (Dkt. 83), Plaintiff provides the following information to aid in the Court's consideration of this Application.

*Case Calendar.* The table below sets forth all dates set by the Court (Dkt. 86), along with the single change proposed by Plaintiff:

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | November 29, 2021 | Same |
| Last Day for Hearing Motions | December 20, 2021 | December 27, 2021 |
| Pre-Trial Submissions | January 20, 2022 | Same |
| Pre-Trial Conference | February 4, 2022 | Same |
| Hearing on Motions in Limine/ Disputed Jury Instructions | February 11, 2022 | Same |
| Jury Trial | February 22, 2022 | Same |

*Requested Summary Judgment Schedule.* Based on the good cause set forth above, Plaintiff requests that the Court set the following schedule for Defendants' forthcoming motion for summary judgment:

| | |
|---|---|
| Defendants' MSJ | November 22, 2021 |
| Plaintiff's Opposition | December 6, 2021 |
| Defendants' Reply | December 13, 2021 |
| Hearing | December 27, 2021 |

*Prior Continuances.* Upon stipulation of the Parties, the Court previously: (1) continued the deadline to file any motion to join parties or for leave to amend the complaint from December 8, 2020, to February 11, 2021; and (2) continued the deadline to join parties and amend the complaint from February 11 to March 24, 2021. (*See* Dkt. 37.) Later, upon a noticed motion by Plaintiff, the Court extended the discovery cutoff from August 16 to November 29, 2021. (Dkt. 85.)[2]

---

[2] In the same minute order, the Court moved the last day to conduct a settlement conference or mediation (from June 7 to September 20, 2021), the last day to file a joint report regarding the settlement conference or mediation (from June 11 to September 24, 2021), the last day for hearing motions (from September 6 to December 20, 2021), the deadline for pre-trial submissions (from October 14, 2021 to January 20, 2022), the pre-trial conference (from October 29, 2021 to February 4, 2022), the hearing on motions in limine and disputed jury instructions (from

DATED:  November 3, 2021         MUNGER, TOLLES & OLSON LLP

                                  By:     /s/ Luis Li
                                           LUIS LI

                                  Attorneys for Plaintiff Vanessa Bryant

---

November 5, 2021 to February 11, 2022), and the jury trial (from November 16, 2021 to February 22, 2022).  (Dkt. 85.)