UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>             Plaintiff,<br><br>       vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>             Defendants. | Case No. 2:20-cv-09582-JFW-Ex<br><br>**ORDER TO CONTINUE LAST DAY FOR HEARING MOTIONS & SET BRIEFING SCHEDULE FOR DEFENDANTS' SUMMARY JUDGMENT MOTION** |

## ORDER

The Court, having read and considered Plaintiff Vanessa Bryant's Application to Continue the Last Day for Hearing Motions and Set a Briefing Schedule for Defendants' Summary Judgment Motion, and good cause having been shown, hereby ORDERS as follows:

1. The last day for hearing motions is continued from December 20, 2021, to December 27, 2021;

2. The briefing schedule for Defendants' anticipated summary judgment motion shall be as follows:

| | |
|---|---|
| Defendants' MSJ | November 22, 2021 |
| Plaintiff's Opposition | December 6, 2021 |
| Defendants' Reply | December 13, 2021 |
| Hearing | December 27, 2021 |

**IT IS SO ORDERED.**

DATED: November 4, 2021

_____
Hon. John F. Walter
Judge of the United States District Court