LUIS LI (State Bar No. 156081)
Luis.Li@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
BRANDON E. MARTINEZ (State Bar No. 318749)
Brandon.Martinez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>   Defendants. | Case No.  2:20-cv-09582-JFW-E<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENT PARTIALLY UNDER SEAL**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick<br><br>Discovery Cutoff: November 29, 2021<br>Pretrial Conference: February 4, 2022<br>Trial:    February 22, 2022 |

# APPLICATION FOR LEAVE TO FILE DOCUMENT PARTIALLY UNDER SEAL

**TO DEFENDANTS, THIRD-PARTY BRIAN JORDAN, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Vanessa Bryant, by and through her counsel of record, requests leave pursuant to Local Rule 79-5.2.2(b) to file under seal portions of her Opposition to Third-Party Brian Jordan's Objections to Honorable Judge Charles F. Eick's Findings Pursuant to a Motion for Protective Order.

Pursuant to Local Rule 79-5.2.2(b) and Paragraph 9 of this Court's Amended Standing Order (ECF No. 83), Mrs. Bryant notified counsel for Defendants and Mr. Jordan of her intention to file her Opposition and accompanying materials on the public docket and requested that counsel notify Mrs. Bryant of any objections to her doing so. Counsel for Mr. Jordan objected and ultimately requested that Mrs. Bryant file portions of her Opposition under seal. (Declaration of Brandon E. Martinez Regarding Plaintiff's Application for Leave to File Documents Under Seal ("Martinez Sealing Decl.") ¶¶ 4-6.) Mrs. Bryant does not oppose counsel's request.

DATED: November 5, 2021     MUNGER, TOLLES & OLSON LLP

By: _____/s/ Luis Li_____
         Luis Li

Attorneys for Plaintiff Vanessa Bryant

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Vanessa Bryant respectfully requests leave of this Court to file under seal portions of Plaintiff's Opposition to Third-Party Brian Jordan's Objections to Honorable Judge Charles F. Eick's Findings Pursuant to a Motion for Protective Order.

Counsel for Mr. Jordan has filed his own application to file Mr. Jordan's Objections to Honorable Judge Charles F. Eick's Findings Pursuant to a Motion for Protective Order and all accompanying declarations and exhibits entirely under seal. (ECF Nos. 137, 138.) That application remains pending. Mr. Jordan's counsel did not consult with Mrs. Bryant's counsel with respect to that pending application. (Martinez Sealing Decl. ¶ 2.) At this time, Mrs. Bryant takes no position on that pending application.

Counsel for Mr. Jordan has also requested that Mrs. Bryant file portions of her Opposition to Third-Party Brian Jordan's Objections to Honorable Judge Charles F. Eick's Findings Pursuant to a Motion for Protective Order under seal. (Martinez Sealing Decl. ¶¶ 4-6.) Mrs. Bryant does not oppose Mr. Jordan's counsel's request that Mrs. Bryant file portions of her Opposition under seal and submits this sealing application in compliance with Local Rule 79-5.2.2(b).

Attached hereto for public filing are (1) a redacted version of Plaintiff's Opposition to Third-Party Brian Jordan's Objections to Honorable Judge Charles F. Eick's Findings Pursuant to a Motion for Protective Order ("Opposition"), which is attached in unredacted form to the Declaration of Brandon E. Martinez Regarding Plaintiff's Application for Leave to File Documents Under Seal; (2) the Declaration of Brandon E. Martinez accompanying Plaintiff's Opposition; and (3) Plaintiff's [Proposed] Statement of Decision Affirming Magistrate Judge Eick's Order on Brian Jordan's Motion for a Protective Order.

| | | |
|---|---|---|
| 1 | DATED: November 5, 2021 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ Luis Li_____ |
| 5 | | Luis Li |
| 6 | | Attorneys for Plaintiff Vanessa Bryant |