Steven H. Haney, SBN 121980
Kenneth W. Baisch, SBN 115404
**HANEY LAW GROUP**
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501
Email: shaney@haneylawgroup.com
kbaisch@haneylawgroup.com

Attorneys for BRIAN JORDAN

HANEY LAW GROUP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

VANESSA BRYANT, a California Resident,

Plaintiff,

v.

COUNTY OF LOS ANGELES, a public entity; et al.,

Defendants.

-

**Case No. 2:20-cv-09582 JFW (Ex)**
[Hon. John F. Walter, Courtroom 7A]

**CAPTAIN JORDAN'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Judge: Hon. John F. Walter
Magistrate Judge: Hon. Charles F. Eick

Discovery Cutoff: November 29, 2021
Pretrial Conference: February 4, 2022
Trial: February 22, 2022

District Judge: Hon. John F. Walter
Courtroom: 7A

HANEY LAW GROUP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

**ORDER**

**APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

**TO PLAINTIFFS AND DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT third party witness Captain Brian Jordan, by and through his counsel of record, request leave pursuant to Local Rule 79-5 to file under seal her Objections to the Magistrate Judge's Rulings of October 22, 2021 pursuant to Third-Party Brian Jordan's Motion for Protective Order; the accompanying Declaration of Steve H. Haney; and Exhibits thereto.

Dated: November 5, 2021

HANEY LAW GROUP

By: ______________________
Steven H. Haney, Esq.
Kenneth W. Baisch, Esq.
Attorneys for BRIAN JORDAN

HANEY LAW GROUP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1055 West Seventh Street, Suite 1950, Los Angeles, California 90017. On **November 5, 2021,** I caused to be served the foregoing document described as **CAPTAIN JORDAN's APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** in this action by placing a true copy thereof enclosed in an envelope addressed as follows:

***SEE ATTACHED SERVICE LIST***

BY MAIL AS FOLLOWS: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☒ BY ELECTRONIC TRANSMISSION - I caused such document(s) to be delivered in PDF format when the attached document(s) was e-filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the e-mail addresses listed.

Executed on **November 5, 2021,** in Los Angeles, CA 90017

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lauren Moorehead — Type or Print Name

*s/Lauren Moorehead* — Signature

HANEY LAW GROUP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

**SERVICE LIST**
**Bryant v. County of Los Angeles et al.**
**Case No. 2:20-cv-09582-JFW-E**

| | |
|---|---|
| Louis R. Miller<br>smiller@millerbarondess.com<br>Mira Hashmall<br>mhashmall@millerbarondess.com<br>Emily A. Rodriguez<br>esanchirico@millerbarondess.com<br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, CA 90067<br>(310) 552-4400 | *Attorneys for County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan, and Tony Imbrenda* |
| Jonathan C. McCaverty<br>jmccaverty@counsel.lacounty.gov<br>LOS ANGELES COUNTY COUNSEL<br>500 West Temple Street, Suite 468<br>Los Angeles, CA 90012<br>(310) 552-4400 | *Attorneys for Los Angeles County Sheriff's Department* |
| Luis Li<br>Luis.Li@mto.com<br>Craig Lennings Lavoie<br>Craig.Lavoie@mto.com<br>Jennifer L. Bryant<br>Jennifer.Bryant@mto.com<br>Brandon E. Martinez<br>Brandon.Martinez@mto.com<br>Munger, Tolles & Olson LLp<br>350 South Grand Avenue<br>Fifteenth Floor<br>Los Angeles, CA 90071 | *Attorneys for Vanessa Bryant* |
| Jerome M. Jackson<br>jmjlaw@aol.com<br>JEROME M. JACKSON LAW OFFICES<br>880 Apollo Street, Suite 238<br>El Segundo, California 90245<br>(310) 726-4199 | *Attorney for Christopher L. Chester, R.C. (a minor, by and through his guardian ad litem, Christopher L. Chester), and H.C. (a minor, by and through his guardian ad litem, Christopher L. Chester)* |

Kevin R. Boyle
boyle@psblaw.com
Marguerite S. Sanvictores
sanvictores@psblaw.com
PANISH SHEA & BOYLE LLP
11111 Santa Monica Blvd., #700
Los Angeles, California 90025
(310) 477-1700

*Attorneys for Matthew Mauser, P.M. (a minor, by and through her guardian Matthew Mauser), T.M. (a minor, by and through his guardian Matthew Mauser), and I.M. (a minor, by and through her guardian Matthew Mauser); and John James Altobelli and Alexis Altobelli*