# EXHIBIT 16

EXHIBIT 16
297

**CERTIFIED COPY**

```
 1                  UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3
      VANESSA BRYANT, a California        )
 4    Resident,                           )
                                          )
 5              Plaintiff,                )
                                          )
 6    VS.                                 )  Case No.
                                          )  2:20-cv-09582-JFW-E
 7    COUNTY OF LOS ANGELES, a public     )
      entity, et al.,                     )
 8                                        )
                Defendants.               )
 9    _____      )

10

11

12

13

14                         CONFIDENTIAL

15              VIDEOTAPED DEPOSITION OF ARLIN KAHAN

16                      APPEARING REMOTELY

17                       October 25, 2021

18

19

20

21

22

23

24    GRACE CHUNG, CSR No. 6246, RMR, CRR, CLR
      476787
25
```



BARKLEY Court Reporters
barkley.com
SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine           (858) 455-5444 San Diego
(310) 207-8000 Century City   (408) 885-0550 San Jose         (760) 322-2240 Palm Springs     (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento     (800) 222-1231 Martinez         (702) 366-0500 Las Vegas        (800) 222-1231 Monterey
(951) 686-0606 Riverside      (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson        (516) 277-9494 Garden City
(212) 808-8500 New York City  (347) 821-4611 Brooklyn         (518) 490-1910 Albany           (914) 510-9110 White Plains
(312) 379-5566 Chicago        00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai         001+1+800 222 1231 Hong Kong

**EXHIBIT 16**
**298**

```
12:24  1         Q.   What about Tony Imbrenda?  Did he ever say
12:25  2    anything to you whatsoever about deleting photos?
12:25  3              MS. RODRIGUEZ:  Objection.  Asked and
12:25  4    answered.
12:25  5         A.   I don't recall, ma'am.
12:25  6    BY MS. BRYANT:
12:25  7         Q.   Prior to the first week of February, when
12:25  8    you went in and deleted the photos from your album
12:25  9    on your work cell phone, had anyone told you to
12:25 10    preserve the Willow Incident photos that you had in
12:25 11    your possession?
12:25 12         A.   Nobody told me that.
12:25 13         Q.   Did you instruct anyone else to delete
12:25 14    photos that they might have had of the Willow
12:25 15    Incident?
12:25 16         A.   I did not.
12:25 17         Q.   So based on this testimony you just gave
12:26 18    about where you went to delete the photos, it
12:26 19    sounds like, to the best of your knowledge and to
12:26 20    the best of your recollection, they were only
12:26 21    stored in two places, your text chain and then your
12:26 22    photo album.  Is that correct?
12:26 23         A.   Yes, ma'am, that is correct.
12:26 24         Q.   Between the time you took the photos on
12:26 25    January 27th and the time that you deleted them, on
```

95