| | |
|---|---|
| 1 | LOUIS R. MILLER (State Bar No. 54141) |
| | smiller@millerbarondess.com |
| 2 | MIRA HASHMALL (State Bar No. 216842) |
| | mhashmall@millerbarondess.com |
| 3 | JASON H. TOKORO (State Bar No. 252345) |
| 4 | jtokoro@millerbarondess.com |
| | CASEY B. SYPEK (State Bar No. 291214) |
| 5 | csypek@millerbarondess.com |
| 6 | EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294) |
| | esanchirico@millerbarondess.com |
| 7 | MILLER BARONDESS, LLP |
| | 1999 Avenue of the Stars, Suite 1000 |
| 8 | Los Angeles, California 90067 |
| | Telephone:  (310) 552-4400 |
| 9 | Facsimile:   (310) 552-8400 |

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, | CASE NO. 2:20-cv-09582-JFW-E |
| Plaintiff, | **DECLARATION OF LASD DETECTIVE SCOTT MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |
| | Hearing Date: November 29, 2021<br>Time:  9:30 a.m.<br>Place:  Courtroom 750 |
| | Pretrial Conf.: February 4, 2022<br>Time:  8:00 a.m. |
| | Trial Date: February 22, 2022<br>Time:  8:30 a.m. |
| | Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

540442.3

Case No. 2:20-cv-09582-JFW-E

DECLARATION OF LASD DETECTIVE SCOTT MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS

# DECLARATION OF SCOTT MILLER

I, Scott Miller, declare as follows:

1. I am a Detective with Defendant Los Angeles County Sheriff's Department. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions.

## Background

2. I have been a LASD employee for approximately 36 years. I am currently a Detective.

3. On January 26, 2020, I was serving in a lead role at the command post. I have served as the lead at numerous command posts throughout my time as a LASD employee.

## The January 26, 2020 Helicopter Crash

4. I reported to the scene of the January 26, 2020 helicopter crash on the morning of the crash.

5. When I arrived at the Los Virgenes Water District, I observed Sheriff's Department and Fire Department Personnel attempting to hike up a hill to the crash site. I did not attempt to hike to the crash site and instead began setting up a command post with other Sheriff's Department personnel.

6. I remained at the command post for the entire time that I was responding to the incident. I never visited the actual crash site.

## The Crash Site Photos

7. While working at the command post, I received 10-12 photos of the crash site on my cellphone via Apple AirDrop. I received the photos because, in running the command post, everything needed to go through me, and any of the other agencies responding to the crash—the NTSB, FBI, FAA, and Coroner's Office—who needed the information.

540442.3

2

Case No. 2:20-cv-09582-JFW-E

DECLARATION OF LASD DETECTIVE SCOTT MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS

8. The photographs depicted the entirety of the scene, including miscellaneous helicopter parts. Due to the nature of the crash, some of the photos also contained unidentifiable victim remains. The victim remains were not the focal point of the photos.

9. No crash site photos were ever taken or maintained on my personal cellphone.

**Deleting Photos**

10. I deleted all of the photographs of the crash site from my cellphone within one week of the accident.

11. I did not send the photos to anyone via email, text message, or any other means.

12. I never posted the photos anywhere, nor did I print them.

**The Internal Affairs Investigation**

13. On April 14, 2020, I was interviewed by investigators with the Internal Affairs Bureau. I confirmed that I had never sent or shown crash site photos to any other person. I also reiterated that I had deleted any crash site photos in my possession within a week of the January 26, 2020 crash.

14. On May 5, 2020, I was interviewed again by investigators with the Internal Affairs Bureau. During the interview, the investigators reviewed the contents of my personal cellphone and LASD-issued cellphone and determined that neither phone contained any photos of the crash site. The investigators reviewed my phone's photo album and recently deleted folder. The investigators also reviewed my text messages.

15. At the time of the interview, I had approximately seven or eight photos, which I had taken at the command post. These photos did not depict the crash site or anything close to it. I showed the photos to the IAB investigators.

**LASD-Issued Cellphone**

16. In February 2021, my LASD-issued cellphone was replaced as part of a routine upgrade. This occurred more than a year after all photos of the crash site had been deleted from the phone. Therefore, my personal cellphone did not contain any photos of the crash site. Moreover, as I had never sent any crash site photos to anyone, my LASD-issued cellphone did not contain any evidence of dissemination of crash site photos.

**Preservation of Materials Related to this Litigation**

17. I have searched for and provided to counsel for Defendants any documents and materials in my possession that are relevant to the subject matter of this litigation.

18. I have not deleted or destroyed any documents or materials related to the subject matter of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __2__ day of November, 2021, at Los Angeles, California.

_/s/ Scott Miller_
Scott Miller