LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DECLARATION OF LASD DEPUTY BEN SANCHEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**<br><br>Hearing Date: November 29, 2021<br>Time: 9:30 a.m.<br>Place: Courtroom 750<br><br>Pretrial Conf.: February 4, 2022<br>Time: 8:00 a.m.<br><br>Trial Date: February 22, 2022<br>Time: 8:30 a.m.<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

541031.2

Case No. 2:20-cv-09582-JFW-E

DECLARATION OF LASD DEPUTY BEN SANCHEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS

# DECLARATION OF LASD DEPUTY BEN SANCHEZ

I, Ben Sanchez, declare as follows:

1. I am a Deputy Sheriff with Defendant Los Angeles County Sheriff's Department ("LASD"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions.

## Background

2. I have been a LASD employee for approximately 14 years. I am currently a Deputy Sheriff.

## The Crash Site Photos

3. Within a day or two of the January 26, 2020 helicopter crash, Deputy Michael Russell, who had been working at the command post on the day of the crash, asked me whether I wanted to see photos of the crash. I told him I did because I thought I was going to get deployed to the site and wanted to know what was going on before I arrived. At the time, I was working as a Deputy at the Santa Clarita Station, and our station had been tasked in the past with responding to incidents in the Malibu/Lost Hills area.

4. Deputy Russell then sent me four to five crash site photos via text message. The photos showed the crash site, wreckage, and surrounding terrain. Due to the nature of the crash, two of the photos also contained victim remains.

## Deleting Photos

5. I deleted the photos within a few days of receiving them, along with the text message chain with Deputy Russell.

6. I did not send the photos to anyone via email, text message, or any other means.

7. I did not show the photos to anyone.

8. I never posted them anywhere, nor did I print them.

### The Internal Affairs Bureau Investigation

9. On March 31, 2020, I was interviewed by investigators with the Internal Affairs Bureau ("IAB"). I reiterated that I had already deleted any crash site photos in my possession.

10. The IAB Investigators also looked at my personal cellphone to confirm that it did not contain any crash site photos. The IAB investigators reviewed my phone's photo album and recently deleted folder. The investigators also reviewed my text messages.

### Production of Cell Phone Records

11. On September 28, 2021, I authorized my cell phone carrier, Verizon, to release records associated with my personal cell phone number in response to Plaintiff's subpoena for carrier records. The subpoena sought the phone numbers associated with phone calls that I made and text messages that I sent in the January through March 2020 time period. These carrier records were produced to Plaintiffs in this case.

### Cellphone Replacement

12. In April 2020, my cellphone was replaced as part of a routine upgrade. This occurred more than two months after all photos of the crash site had been deleted from the phone. Therefore, at the time of the upgrade, the cellphone did not contain any photos of the crash site. Moreover, as I had never sent any crash site photos to anyone, my cellphone did not contain any evidence of dissemination of crash site photos.

### Preservation of Materials Related to this Litigation

13. I have searched for and provided to counsel for Defendants any documents and materials in my possession that are relevant to the subject matter of this litigation.

14. I have not deleted or destroyed any documents or materials related to the subject matter of this litigation.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on this 2nd day of November, 2021, at Los Angeles, California.

Ben Sanchez