# EXHIBIT A

| | |
|---|---|
| **From:** | Emily A. Rodriguez-Sanchirico |
| **To:** | Bryant, Jennifer; Li, Luis; Raphael, Justin; Lavoie, Craig; Saigal, Mari T.; Martinez, Brandon |
| **Cc:** | Skip Miller; Mira Hashmall; Jason H. Tokoro; Casey B. Sypek; Bryan R. Redfern; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov); jmjlaw@aol.com |
| **Subject:** | RE: Bryant v. County: Spoliation Motion |
| **Date:** | Saturday, November 06, 2021 12:02:55 PM |
| **Attachments:** | RE Bryant v. County Spoliation Motion.msg |

Hi Jennifer,

Thanks for flagging that.  Given the length of the stipulation and the significance of the issues addressed, we think the longer introductory statement is warranted to help guide the Court.  We are happy to address that in a footnote.

Please send us the complete filing today, as indicated in your email last night.  If you send it tomorrow night it will be challenging to review and approve in time for you to file on Monday.

Thank you,

Emily

---

**From:** Bryant, Jennifer <Jennifer.Bryant@mto.com>
**Sent:** Saturday, November 6, 2021 10:57 AM
**To:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>; Li, Luis <Luis.Li@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Casey B. Sypek <csypek@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) <jmccaverty@counsel.lacounty.gov>; jmjlaw@aol.com
**Subject:** RE: Bryant v. County: Spoliation Motion

Hi Emily,

Before we prepare the final documents, we wanted to direct your attention to L.R. 37-2.1, which states "no party's introductory statement may exceed three pages in length."  Defendants' introductory statement is currently five pages.

Can you send us an introductory statement that complies with the rule by no later than tomorrow at 6:00?  We will then send you the final, file-ready documents tomorrow evening, for filing on Monday.

Thanks,
Jennifer

**Jennifer L. Bryant** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071

**EXHIBIT A**
**5**

Tel:  213.683.9293 | jennifer.bryant@mto.com | www.mto.com

***NOTICE***

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Emily A. Rodriguez-Sanchirico <esanchirico@millerbarondess.com>
**Sent:** Friday, November 05, 2021 9:27 PM
**To:** Li, Luis <Luis.Li@mto.com>; Raphael, Justin <Justin.Raphael@mto.com>; Bryant, Jennifer <Jennifer.Bryant@mto.com>; Lavoie, Craig <Craig.Lavoie@mto.com>; Saigal, Mari T. <Mari.Saigal@mto.com>; Martinez, Brandon <Brandon.Martinez@mto.com>
**Cc:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Casey B. Sypek <csypek@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>; Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov) <jmccaverty@counsel.lacounty.gov>
**Subject:** Bryant v. County: Spoliation Motion

Hi all,

Here are our portions of the joint stipulation.  Please note the highlight in the notice of motion, which is the only thing we changed in your portions.  We are not okay with it saying "Plaintiffs" when the conference was only with your firm.

I'm providing a link to the supporting evidence (it is too large to attach).  Let us know if you have any difficulty with access.

Link: https://nextcloud.millerbarondess.com/index.php/s/GZm6qkEc4rqxay3
Password: B8@y4Mc^4@V4=DH-

Per Rule 37-2.2, please send us the complete stipulation for our review and signature before filing.

Have a nice weekend.

Thank you,

Emily

**Emily A. Rodriguez-Sanchirico**

MILLER | BARONDESS LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7555

**EXHIBIT A**

6

Fax: 310-552-8400
Mobile: 607-351-3266
esanchirico@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

| CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe. |
| --- |

**EXHIBIT A**

**7**