UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESTA BRYANT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:20-cv-09582-JFW-E <br><br> **DISCOVERY MATTER** <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE TWELVE-PAGE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS** <br><br> Judge:  Hon. John F. Walter <br> Magistrate Judge:  Hon. Charles F. Eick |

# ORDER

Having considered Plaintiffs Vanessa Bryant and Christopher L. Chester's Ex Parte Application for Leave to File a Twelve-Page Supplemental Memorandum in Support of Plaintiffs' Motion for Spoliation Sanctions, and good cause appearing, the application is GRANTED.

**IT IS SO ORDERED.**

DATED: 11/10, 2021

/s/ CHARLES F. EICK
The Honorable Charles F. Eick
United States Magistrate Judge

- 2 -

ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE TWELVE-PAGE
SUPPLEMENTAL MEMORANDUM ISO MOTION FOR SPOLIATION SANCTIONS