1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**[PROPOSED] ORDER**<br><br>**APPLICATION FOR LEAVE TO FILE PORTIONS OF EXHIBIT A TO THE DECLARATION OF CRAIG JENNINGS LAVOIE UNDER SEAL**<br><br>Judge:　Hon. John F. Walter<br><br>Magistrate Judge:　Hon. Charles F. Eick<br><br>Hearing:　November 29, 2021<br>Time:　　9:30 a.m.<br>Place:　　Courtroom 750<br><br>Discovery Cutoff:　November 29, 2021<br>Pretrial Conference:　February 4, 2022<br>Trial:　February 22, 2022 |

Case No. 2:20-cv-09582-JFW-E

[PROPOSED] ORDER REGARDING APPLICATION FOR LEAVE TO FILE PORTIONS OF
EXHIBIT A TO LAVOIE DECL. UNDER SEAL

1  Plaintiff has submitted an application to file under seal portions of Exhibit A
2  to the Declaration of Craig Jennings Lavoie In Support of Plaintiff's Supplemental
3  Brief Regarding Motion for Spoliation Sanctions.  Based on Plaintiff's Application,
4  the Court rules that the Application is:

5  [ALTERNATIVE ONE: GRANTED. Plaintiff shall file the above-identified
6  material under seal pursuant to L.R. 79-5.2.2(c).]

7  [ALTERNATIVE TWO: DENIED. Plaintiff shall file the above-described
8  material in the public case file, pursuant to L.R. 79-5.2.2(b)(ii).]

10 IT IS SO ORDERED.

12 DATED:  November 16, _____, 2021

14                                          /s/ Charles F. Eick
15                                          The Honorable Charles F. Eick
                                            United States Magistrate Judge