```
 1  LUIS LI (State Bar No. 156081)
    Luis.Li@wsgr.com
 2  WILSON SONSINI GOODRICH & ROSATI
    633 West Fifth Street, Suite 1550
 3  Los Angeles, California 90071
    Telephone:  (323) 210-2900
 4  Facsimile:  (866) 974-7329

 5  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
    Craig.Lavoie@mto.com
 6  JENNIFER L. BRYANT (State Bar No. 293371)
    Jennifer.Bryant@mto.com
 7  MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, Fiftieth Floor
 8  Los Angeles, California 90071-3426
    Telephone:  (213) 683-9100
 9  Facsimile:  (213) 687-3702

10  Attorneys for Plaintiff Vanessa Bryant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>            Plaintiff,<br><br>       vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**PROOF OF SERVICE VIA EMAIL**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick<br><br>Discovery Cutoff:   November 29, 2021<br>Pretrial Conference:   February 4, 2022<br>Trial:   February 22, 2022 |

48486362.1

PROOF OF SERVICE VIA EMAIL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On **November 19, 2021**, I served true copies of the following documents: ***FILED UNDER SEAL PURSUANT TO COURT ORDER DATED NOVEMBER 16, 2021 -*** EXHIBIT A TO DECLARATION OF CRAIG JENNINGS LAVOIE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING MOTION FOR SPOLIATION SANCTIONS on the interested parties in this action as follows:

| | |
|---|---|
| Jennifer Mira Hashmall, Esq. | *mhashmall@millerbarondess.com* |
| Louis R. Miller, Esq. | *smiller@millerbarondess.com* |
| Emily A. Rodriguez-Sanchirico, Esq. | *esanchirico@millerbarondess.com* |
| Casey Blair Sypek, Esq. | *csypek@millerbarondess.com* |
| Jason H. Tokoro, Esq. | *jtokoro@millerbarondess.com* |
| Miller Barondess LLP | |
| 1999 Avenue of the Stars Suite 1000 | |
| Los Angeles, CA 9006 | |
| | |
| Jonathan C McCaverty | *jmccaverty@counsel.lacounty.gov* |
| Los Angeles County Counsel | |
| 500 West Temple Street 6th Floor | |
| Los Angeles, CA 90012 | |
| | |
| Jerome M. Jackson | *jmjlaw@aol.com* |
| JEROME M. JACKSON LAW OFFICES | |
| 880 Apollo Street, Suite 238 | |
| El Segundo, California 90245 | |
| (310) 726-4199 | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the documents to be sent from e-mail address *Vivian.Rodriguez@mto.com* to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

48486362.1

-2-

PROOF OF SERVICE VIA EMAIL

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ***November 19, 2021, 2021***, at Los Angeles, California.

*/s/ Vivian S. Rodriguez*

Vivian S. Rodriguez

48486362.1

-3-

PROOF OF SERVICE VIA EMAIL