# EXHIBIT 1

761551N25A - SH - AD - 32A (2/72)

## COUNTY OF LOS ANGELES
## SHERIFF'S DEPARTMENT
"A Tradition of Service"

OFFICE CORRESPONDENCE

DATE: 01-30-2020
FILE NO. N/A

FROM: Cruz, Joey #648563/DSG
Malibu/ Lost Hills Station

TO: Captain Vander Horck, Matthew #410452
Malibu/ Lost Hills Station

SUBJECT: Willow Incident 01-26-2020

On January 26, 2020 at approximately 1004 hours we (Deputy Mejia #525862 and I) responded to Las Virgenes Road and Lost Hills Road regrading a plane crash (103/D). When we arrived there were additional Lost Hills units, Los Angeles County Fire units, California Highway Patrol units, and Forest Ranger units at the scene.

There was no need for our assistance at the crash site at which point we set up a Command Post.

Deputy Mejia shared photographs of the scene via Airdrop of the incident for purposes of having details of the incident/ notifications that needed to be made.

That evening at approximately 2100 hours I shared the photographs with Deputy Russell #530048 via text while in the report writing room at Lost Hills Station.

On Tuesday January 28, 2020 I showed but not shared the photos from the incident to my niece Cynthia Alexis Cruz FH/ 08-03-1993
There was no further talk of the incident.

Later in the evening I went to Baja California Bar and Grill Restaurant in the city of Norwalk to visit a friend, Victor Gutierrez MH/ 04-15-1985, who was working at the restaurant that evening. We started talking about the helicopter incident and I showed but did not share the photographs of the crash site. At the time it was only Victor and I talking while male Hispanic adult (NFD) sat approximately 4 chairs down from where we were. That individual did not look over at us during the time we were talking nor did he see the photographs. There was no further talk of the incident.

The photographs on my phone have been deleted.

**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000714