LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DECLARATION OF LASD DEPUTY MICHAEL RUSSELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: December 27, 2021<br>Time: 1:30 p.m.<br><br>Pretrial Conf.: February 4, 2022<br>Time: 8:00 a.m.<br><br>Trial Date: February 22, 2022<br>Time: 8:30 a.m.<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

540166.2

DECLARATION OF LASD DEPUTY MICHAEL RUSSELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF LASD DEPUTY MICHAEL RUSSELL

I, Michael Russell, declare as follows:

1. I am a party to this action. I am a Deputy Sheriff with Defendant Los Angeles County Sheriff's Department ("LASD"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Motion for Summary Judgment ("Motion").

**Background**

2. I have been a LASD employee for 14 years. I am currently a Deputy Sheriff.

**The January 26, 2020 Helicopter Crash**

3. I reported to the scene of the January 26, 2020 helicopter crash on the morning of the crash. I was in a two-man unit with Deputy Raul Versales that day.

4. When we arrived at the Las Virgenes Water District, Deputy Versales was tasked with working communications. I worked on establishing perimeter control. I received an order to get any non-essential personnel off of the direct property of the Las Virgenes Water District, which is where the command post was set up. I spent the day containing the perimeter and making sure it was a control point for whoever entered and exited the area, including the NTSB, FAA, FBI and County Coroner.

5. I remained at the perimeter checkpoint for the entire time that I was responding to the incident. I never visited the actual crash site.

**The Crash Site Photos**

6. I left the command post in the late evening on January 26, 2020. When I got back to the Malibu/Lost Hills Station, I ran into Deputy Joey Cruz in the report writing room. Deputy Cruz had been part of the LASD response to the crash incident. Deputy Cruz mentioned he had photos of the crash site. I asked Deputy

1  Cruz to send me the photos so that I could understand the magnitude of what we
2  were dealing with and what the scene was like at the crash site.
3      7.   Deputy Cruz sent me approximately seven photos.  The photos showed
4  the overall crash site from different angles.  I could see the main part of the
5  helicopter and the pieces of the helicopter that had scattered.  Due to the nature of
6  the crash, the photos also contained unidentifiable victim remains.  The victims
7  remains were not the focal point of the photos.
8      8.   On January 27, 2020, I texted two photos to Deputy Ben Sanchez, who
9  works at the Santa Clarita Station and was possibly going to respond to the incident
10 in the days following January 26, 2020

**Deleting Photos**

12     9.   I deleted the photos on January 28, 2020, along with the text from Joey
13 Cruz containing the photos, and the text to Deputy Ben Sanchez wherein I sent the
14 photos.
15     10.  I did not send the photos via email, text message, or any other means to
16 anyone other than Deputy Sanchez.
17     11.  I did not show the photos to anyone.
18     12.  I never posted the photos anywhere, nor did I print them.

**The Station-Level Inquiry**

20     13.  On January 30, 2020, I was told to report to the Malibu/Lost Hills
21 Station.
22     14.  When I arrived at the station, I spoke to Lieutenant Hector Mancinas
23 and Sergeant Marcus Phillips.  I explained my role at the command post and the
24 crash site photos.  I told them that I had received the photos from Deputy Joey Cruz
25 and sent some of them to Deputy Ben Sanchez.  I confirmed that I had deleted the
26 photos.  I prepared a memorandum about the crash site photos.  A true and correct
27 copy of that memorandum is attached hereto as **Exhibit 2.**

540166.2

3

DECLARATION OF LASD DEPUTY MICHAEL RUSSELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**The Internal Affairs Investigation**

15. On March 30, 2020, I was interviewed by investigators with the Internal Affairs Bureau ("IAB"). I confirmed that I had only sent the crash site photos to Deputy Sanchez. I reiterated that I had already deleted any crash site photos in my possession.

16. The IAB investigators also looked at my phone to confirm that it did not contain any crash site photos. The IAB investigators reviewed my phone's photo album and recently deleted folder. The investigators also reviewed my text messages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of November, 2021, at Los Angeles, California.

_____
Deputy Michael Russell

Miller Barondess, LLP
Attorneys at Law
1999 Avenue of The Stars, Suite 1000   Los Angeles, California 90067
Tel: (310) 552-4400   Fax: (310) 552-8400

**INDEX OF EXHIBITS TO THE DECLARATION OF MICHAEL RUSSELL**

| Exh. No. | Description | Pg. No. |
|---|---|---|
| 2. | January 30, 2020 memo | 6-7 |