# EXHIBIT 2

SH-AD-32A (8/17)

**COUNTY OF LOS ANGELES**
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

DATE: 1-30-2020
FILE NO:

OFFICE CORRESPONDENCE

**FROM:** Russell, Michael, Deputy
Lost Hills Station

**TO:** Matthew Vander Horck, Captain
Lost Hills Station

**SUBJECT:** Willow Incident Photographs

On 01-26-2020, while working as unit 224T1, I shared photographs of the helicopter crash crime scene with other law enforcement personnel.

I received the photographs from Deputy Joey Cruz #648563 (unit 103/D) who was also working this incident via text. I sent two photos via text of the aircraft crash to Deputy Benjamin Sanchez #519036 (Santa Clarita Station). Deputy Sanchez can be reached at phone number (661) 618-1880.

The photos were immediately erased after the incident from my cell phone.

**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000715
Defendants' Summary Judgment Exhibit 2
Page 7