LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DECLARATION OF LASD DEPUTY RAFAEL MEJIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: December 27, 2021<br>Time: 1:30 p.m.<br><br>Pretrial Conf.: February 4, 2022<br>Time: 8:00 a.m.<br><br>Trial Date: February 22, 2022<br>Time: 8:30 a.m.<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

## DECLARATION OF LASD DEPUTY RAFAEL MEJIA

I, Rafael Mejia, declare as follows:

1. I am a party to this action. I am a Deputy Sheriff with Defendant Los Angeles County Sheriff's Department ("LASD"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Motion for Summary Judgment ("Motion").

### Background

2. I have been a LASD employee for approximately 14 years. I am currently a Deputy Sheriff.

### The January 26, 2020 Helicopter Crash

3. I reported to the scene of the January 26, 2020 helicopter crash on the morning of the crash. I was in a two-man unit with Deputy Joey Cruz that day. I was a field training officer and he was my trainee. We were working the AM shift.

4. When we arrived at the Las Virgenes Water District, we set up the command post. We were with Lieutenant Justin Diez, Sergeant Travis Kelly, Deputy Raul Versales, and Deputy Chris Jauregui.

5. The deputies at the command post directed the first responders from the Los Angeles County Fire Department, gathered additional personnel to block off the streets, shut down the Las Virgenes Water District area so no unauthorized individuals could enter, and kept in close contact with the personnel on desk duty so they could respond to calls with accurate information about the incident.

6. The majority of the deputies at the command post did not go to the actual crash site. It was up a steep, uneven hill and was not visible from the command post. My understanding was that there was a fire on the hill as well.

7. I remained at the command post the entire time that I was responding to the incident. I never visited the actual crash site.

**The Crash Site Photos**

8. Deputies Doug Johnson and Fabio Vargas were the only ones who did the hike to the crash site that morning. They were surveying the scene to determine what other resources we needed, and from which agencies. Because they were the only ones on the hill, they were our only way of knowing what was needed.

9. At the time, we were still trying to identify who the helicopter belonged to. Dispatch was receiving calls asking us what the helicopter looked like, and the Watch Deputy at dispatch was calling us at the command post. My understanding was that a publicist who represented a celebrity was at the station wanting to know the number on the helicopter so he could determine whether the helicopter was his client's. We did not know who the celebrity was at that time.

10. I heard Deputy Versales say that Deputy Johnson sent him photos. I needed to see the photos to answer the question from dispatch about the number on the helicopter. I tried to look at the photos on Deputy Versales' phone, but Deputy Versales kept getting phone calls from the Sheriff's Information Bureau and the Watch Commander. I asked him to send me the photos so that I could respond to a request from the dispatch desk. He texted them to me. I believe there were approximately 15-20 photos.

11. The photos showed the helicopter crash, smoke, debris everywhere, burning brush, and the blue and while tail of the helicopter. Due to the nature of the crash, the photos also contained unidentifiable victim remains. The victim remains were not the focal point of the photos.

12. I tried to send the photo of the tail of the helicopter, which showed its colors, to the Watch Deputy at dispatch, Deputy Nicholas Bonelli. The reception was bad so the text never went through to Deputy Bonelli.

13. It was after receiving the crash site photos that I learned, through TMZ, who had been on the helicopter. At some point after that, the owner of the helicopter arrived at the command post and showed the manifest to Lieutenant Diez.

14. Before leaving the command post, I sent approximately 10 photos to Deputy Joey Cruz and Deputy Ruby Cable via AirDrop. They were both trainees and I thought they might need to write reports. At any incident, there is one main report (which the handling unit prepares), as well as supplemental reports (which the other responding units prepare). At that time, it was not established who the handling unit would be, but the report-writing task often falls on the trainees. I also knew Deputy Cable was staying late and was going to take supplies up to the crash site itself, including lighting equipment for the night, so I thought she might need the photos.

15. I was with Deputy Cruz when I sent him the photos. I told him not to share them with anyone.

16. That evening, around 10:00 p.m., I sent Deputy Henry Shue photos of the helicopter tail, the dense fog taken from the command post, and helicopter wreckage. None of the photos contained victim remains. I sent the photos to Deputy Shue because he is in aviation and we were discussing the weather conditions that may have led to the crash.

**Deleting Photos**

17. I deleted all of the crash site photos on our around January 30, 2020.

18. I did not send the photos to anyone via email, text message, or any other means, aside from the personnel listed above.

19. I did not show the photos to anyone other than the personnel listed above.

20. I never posted the photos anywhere, nor did I print them.

**The Station-Level Inquiry**

21. On January 30, 2020, Sergeant Marcus Phillips called me and told me to report to the Lost Hills Station because they wanted to interview me photos of the crash site. I understood from the call that I should not have the photos, so I deleted them.

22. When I arrived at the station I spoke to Lieutenant Hector Mancinas. I explained my role at the command post and the crash site photos. I confirmed that I had deleted the photos and the text message to Deputy Bonelli. I prepared a memorandum about the crash site photos. A true and correct copy of that memorandum is attached hereto as **Exhibit 3.**

### The Internal Affairs Investigation

23. On March 30, 2020, I was interviewed by investigators with the Internal Affairs Bureau ("IAB"). I confirmed that I had only sent 10 of the crash site photos to Deputy Cruz and Deputy Cable via AirDrop, and that I had tried to send one photo to Deputy Bonnelli. I also reiterated that I had already deleted any crash site photos in my possession and the text messages to Deputy Bonelli.

24. At that time, I had approximately three photos from that day on my phone, which I had taken at the command post. They did not depict the crash site or anything close to it. I showed the photos to the IAB investigators. I also sent them to the investigators via email. True and correct copies of the three photos are attached hereto as **Exhibit 4.**

25. The IAB investigators also looked at my personal cellphone to confirm that it did not contain any crash site photos. The IAB investigators reviewed my phone's photo album and recently deleted folder. The investigators also reviewed my text messages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __8th day__ of November, 2021, at Los Angeles, California.

Rafael Mejia

# INDEX OF EXHIBITS TO THE DECLARATION OF RAFAEL MEJIA

| Ex. No. | Description | Pg. No. |
| --- | --- | --- |
| 3. | January 30, 2020 memo | 7-8 |
| 4. | Photos emailed to the IAB investigators | 9-12 |