# EXHIBIT 3

SH-AD-32A (8/17)

**COUNTY OF LOS ANGELES**
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

DATE: 01/30/2020
FILE NO:

OFFICE CORRESPONDENCE

**FROM:** RAFAEL MEJIA, DEPUTY
LOST HILLS STAION

**TO:** MATTHEW VANDER HORK, CAPTAIN
LOST HILLS STATION

**SUBJECT:** Willow Incident Photographs.

On 01/26/2020, While working as unit 103/D, I shared photographs of the helicopter crash scene with other law enforcement personnel.

The purpose of me sending/receiving the photographs was to answer some questions regarding the color, numbers and identifying features on the aircraft as well as crash scene details.

I received the photographs from Deputy Andrew Versales #602404 (unit 244t1/D) who was working with me at the command post. A photo of the helicopter tail with the blue and white stripes was texted to Deputy Nicholas Bonelli. (Lost Hills Sheriff's Station Watch Deputy).

I also shared the photos with Deputy Ruby Cable #608236 and Deputy Joey Cruz #648563 who were working the incident.

The photographs were immediately erased after the incident from my cell phone.

**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**
COLA000713