# EXHIBIT 4



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000773



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000774

<a>
</a>



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000775