# EXHIBIT 5

SH-AD-32A (8/17)

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

DATE: 01-30-2020
FILE NO:

OFFICE CORRESPONDENCE

**FROM:** RAUL A. VERSALES, DEPUTY
LOST HILL STATION

**TO:** MATTHEW VANDER HORCK, CAPTAIN
LOST HILLS STATION

**SUBJECT:** Willow Incident Photographs

On 01-26-2020, While working as unit 224T1/D, I shared photographs of the helicopter crash scene with other law enforcement personnel.

The purpose of me sending/receiving the photographs was to answer some question regarding the color, numbers, and identifying features on the aircraft as well as crash scene details.

I received the photographs from Deputy Johnson, D. #540662 (Unit 222/D), who was at the aircraft crash site, while I was at the command post conducting radio communications. Photographs I received from Deputy Johnson were forwarded to Deputy Jauregui, C. #550722 (Unit 225/D), Deputy Mejia, R. #525862 (Unit 103/D), Deputy Miller, S. #246330 (Unit 224/D), and Sergeant Kelly, T. #404532 (Unit 220S/D).

The photographs were immediately erased after the incident from my cellphone.

**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000712
Defendants' Summary Judgment Exhibit 5
Page 7