# EXHIBIT 6



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000763

Defendants' Summary Judgment Exhibit 6
Page 10



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000765
Defendants' Summary Judgment Exhibit 6
Page 12



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000766
Defendants' Summary Judgment Exhibit 6
Page 13



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000767

Defendants' Summary Judgment Exhibit 6
Page 14



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000768
Defendants' Summary Judgment Exhibit 6
Page 15



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000769
Defendants' Summary Judgment Exhibit 6
Page 16



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000770
Defendants' Summary Judgment Exhibit 6
Page 17



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000771

Defendants' Summary Judgment Exhibit 6
Page 18