LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DECLARATION OF LASD DEPUTY CHRISTOPHER JAUREGUI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: December 27, 2021<br>Time: 1:30 p.m.<br><br>Pretrial Conf.: February 4, 2022<br>Time: 8:00 a.m.<br><br>Trial Date: February 22, 2022<br>Time: 8:30 a.m.<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

542188.1

DECLARATION OF LASD DEPUTY CHRISTOPHER JAUREGUI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF LASD DEPUTY CHRISTOPHER JAUREGUI

I, Christopher Jauregui, declare as follows:

1. I am a Deputy Sheriff with Defendant Los Angeles County Sheriff's Department ("LASD"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Motion for Summary Judgment.

### Background

2. I have been a LASD employee for approximately nine years. I am currently a Deputy Sheriff.

### The January 26, 2020 Helicopter Crash

3. I reported to the scene of the January 26, 2020 helicopter crash on the morning of the crash. I was in a two-man unit with my trainee Deputy Daniel Bautista. I was a field training officer and he was my trainee.

4. When we arrived at the Las Virgenes Water District, we set up the command post. We were with Lieutenant Justin Diez, Sergeant Travis Kelly, Deputy Raul Versales, Deputy Rafael Mejia, and Deputy Mejia's trainee, Deputy Joey Cruz.

5. The deputies at the command post directed the first responders from the Los Angeles County Fire Department, gathered additional personnel to block off the streets, shut down the Las Virgenes Water District area so no unauthorized individuals could enter, and kept in close contact with the personnel on desk duty so they could respond to calls with accurate information about the incident.

6. The majority of the deputies at the command post did not go to the actual crash site. It was up a steep, uneven hill and was not visible from the command post. My understanding was that there was a fire on the hill as well.

7. I remained at the command post the entire time that I was responding to the incident. I never visited the actual crash site.

**The Crash Site Photos**

8. Deputies Doug Johnson and Fabio Vargas were the only ones who did the hike to the crash site that morning. They were surveying the scene to determine what other resources we needed, and from which agencies. Because they were the only ones on the hill, they were our only way of knowing what was needed.

9. I heard Deputy Versales say that Deputy Johnson sent him photos. I needed to see the photos to answer questions from dispatch about the number on the helicopter. I asked Deputy Versales to send me the photos so that I could work to identify the helicopter. I received six to eight photos from Deputy Versales.

10. The photos showed the helicopter crash, smoke, debris everywhere, burning brush, and the blue and white tail of the helicopter. Due to the nature of the crash, the photos also contained unidentifiable victim remains. The victim remains were not the focal point of the photos.

11. The owner of the helicopter came to the command post and was attempting to determine if it was his helicopter that had crashed. He told me to show him the pictures that I had to assist him in identifying the aircraft. I scrolled through the photos I had received from Deputy Versales so that I could show him images that depicted helicopter debris with identifying numbers. I did not show the helicopter owner all of the pictures that I had. I only showed him photos which depicted the numbering on the debris.

12. I did not show the photos to anyone other than the owner of the helicopter.

**Deleting Photos**

13. I deleted all of the crash site photos on or around January 30, 2020.

14. I did not send the photos to anyone via email, text message, or any other means.

15. I never posted the photos anywhere, nor did I print them.

542188.1

3

DECLARATION OF LASD DEPUTY CHRISTOPHER JAUREGUI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**The Station-Level Inquiry**

16. On January 30, 2020, Lieutenant Hector Mancinas called me and told me to report to the Malibu/Lost Hills Station. When I arrived, I spoke with Lieutenant Mancinas and explained that I had received photos of the crash site while at the command post. Lieutenant Mancinas told me to delete the photos and I did. I prepared a memorandum about the crash site photos. A true and correct copy of that memorandum is attached hereto as **Exhibit 7**.

**The Internal Affairs Investigation**

17. On March 31, 2020, I was interviewed by investigators with the Internal Affairs Bureau ("IAB"). I confirmed that I had received photos of the crash site from Deputy Versales. I explained that I had not sent the photos to anyone and had only shown some of the photos to the owner of the helicopter company while at the command post. I also reiterated that I had deleted any crash site photos in my possession on January 30, 2020.

18. The IAB Investigators also looked at my personal cellphone to confirm that it did not contain any crash site photos. The IAB investigators reviewed my phone's photo album and recently deleted folder. The investigators also reviewed my text messages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___ day of November, 2021, at Los Angeles, California.

_____
Christopher Jauregui

## INDEX OF EXHIBITS TO THE DECLARATION OF CHRISTOPHER JAUREGUI

| Ex. No. | Description | Pg. No. |
|---|---|---|
| 7. | January 30, 2020 memo | 6-7 |