# EXHIBIT 7

SH-AD-32A (8/17)

**COUNTY OF LOS ANGELES**
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

DATE: 01/31/20
FILE NO: 020-00536-2244-494

OFFICE CORRESPONDENCE

FROM: CHRISTOPHER JAUREGUI, DEPUTY     TO: HECTOR I. MANCINAS LIEUTENANT
LOST HILLS STATION                                          LOST HILLS STATION

SUBJECT:   Willow Incident Photographs

On January 26, 2020 while working as the handling field unit (225/D) on the Willow Incident. I received photographs of the helicopter crash from Deputy Andrew Versales # 602404 unit (224T1/D).

As the handling field unit, the purpose of me receiving the photographs was for investigation purposes only and to answer any possible question while making the required notifications, per department policy. I kept these photos confidential for the sensitivity of the investigation as the handling field unit.

At the conclusion of my investigation, I deleted all photos as requested by departmental administration.

**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000720