# EXHIBIT 8

761551N25A - SH - AD - 32A (2/72)

COUNTY OF LOS ANGELES
## SHERIFF'S DEPARTMENT
"A Tradition of Service"

OFFICE CORRESPONDENCE

DATE: 01-30-2020
FILE NO. N/A

**FROM:** RUBY CABLE, DEPUTY
LOST HILLS STATION

**TO:** MATTHEW VANDER HOCK, CAPTAIN
LOST HILLS STATION

**SUBJECT: Willow Incident Photographs**

On January 26, 2020 while working as 222A/D at approximately 1004 hours deputy personnel and I responded to a aircraft accident of Las Virgenes in the city of Calabasas.

On the day of the incident Deputy Mejia #525862 (unit 103/D) showed me photographs of the incident and sent them to my phone via "Airdrop."

The photographs were not shared with anyone from the public or deputy personnel and were immediately erased after the incident from my cell phone.

**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000721
Defendants' Summary Judgment Exhibit 8
Page 8