# EXHIBIT 11



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000781

Defendants' Summary Judgment Exhibit 11
Page 9



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000782
Defendants' Summary Judgment Exhibit 11
Page 10



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000783
Defendants' Summary Judgment Exhibit 11
Page 11



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000784
Defendants' Summary Judgment Exhibit 11
Page 12



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000785

Defendants' Summary Judgment Exhibit 11
Page 13



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000786
Defendants' Summary Judgment Exhibit 11
Page 14



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000787

Defendants' Summary Judgment Exhibit 11
Page 15



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000788

Defendants' Summary Judgment Exhibit 11
Page 16



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000790
Defendants' Summary Judgment Exhibit 11
Page 18



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000791
Defendants' Summary Judgment Exhibit 11
Page 19



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000792
Defendants' Summary Judgment Exhibit 11
Page 20



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000793
Defendants' Summary Judgment Exhibit 11
Page 21



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000794
Defendants' Summary Judgment Exhibit 11
Page 22



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000795
Defendants' Summary Judgment Exhibit 11
Page 23



**Confidential Under Protective Order Dated November 25, 2020**
**Produced Pursuant To Magistrate Judge's Order Dated December 30, 2020**

COLA000796
Defendants' Summary Judgment Exhibit 11
Page 24