# EXHIBIT 12

May 29, 2020

I hereby acknowledge receipt of this document

_____
Employee's Signature
5/29/2020
Date

Hand-delivered by:

ANTHONY C. MARRONE
Print Name

_____  5.29.20
Signature                         Date

TO:   FIRE CAPTAIN ARLIN KAHAN
      FIRE STATION 171, BATTALION 20

FROM: DEPUTY FIRE CHIEF ANTHONY C. MARRONE
      CENTRAL REGIONAL OPERATIONS BUREAU

**DIRECT ORDER**

You are hereby ordered to complete the following:

(1) All Department Electronic Devices (e.g., cell phone, tablet, laptop, etc.)

   a. Return all Department electronic devices to me immediately
   b. Provide the passwords for all Department electronic devices
   c. Preserve all Electronic Media/Photographs involving the Willow Incident that are in your possession

(2) Personal Cell Phone

   a. Electronic Media/Photographs Taken/Shared by you involving the Willow Incident

      • Provide each Willow Incident photograph to the Department

   b. Electronic Media/Photographs Received/Requested involving the Willow Incident:

      • Provide each of the aforementioned Willow Incident photographs to the Department

   c. Preserve all Electronic Media/Photographs involving the Willow Incident that are in your possession

This assignment is to be performed effective <u>immediately</u>. You may contact your representative.

You are to comply with this order. If you have any questions concerning this direct order, you must advise me immediately.

Failure to comply with this order will be considered insubordination, subject to disciplinary action which could include suspension and/or discharge from County service.

ACM:pc

c:   Employee Relations Division – Professional Performance Section