# EXHIBIT 20

Defendants' Summary Judgment Exhibit 20
Page 124

October 14, 2020<br>EA - 429

| | |
|---|---|
| TO: | ALL CHIEF OFFICERS<br>ALL ADMINISTRATIVE SITES |
| FROM: | FIRE CHIEF DARYL L. OSBY |
| SUBJECT: | **PASSAGE OF AB-2655,<br>INVASION OF PRIVACY: FIRST RESPONDERS** |
| DISPOSITION: | RETAIN IN BRIEFING MANUAL UNTIL DECEMBER 31, 2020;<br>THEN DISCARD |

On September 28, 2020, Governor Gavin Newsom signed Assembly Bill 2655 (Invasion of Privacy: First Responders) which added California Penal Code Section 647.9 and amended California Penal Code Section 1524.

Effective January 1, 2021, it will be a misdemeanor for a first responder who responds to the scene of an emergency to capture photographic images of deceased persons on a personal or business electronic device (P.C. Section 647.9). Also, effective January 1, 2021, a search warrant may be issued "when the property or things to be seized consists of evidence that tends to show that a violation of Section 647.9 has occurred or is occurring" (P.C. Section 1524(a)(20)). To read the full text of the addition and amendment, please click [here](#).

Please be advised that the addition of the above section and amendment creates a new crime effective January 1, 2021. As a reminder, all Department personnel are expected to continue to adhere to the County and Department's policies, procedures, and guidelines.

If you have any questions, please contact your jurisdictional deputy chief, or Julia Kim, Division Chief, Risk Management Division, at (323) 267-7210 or (213) 760-1512.

DLO:va

**ALL PERSONNEL SHALL READ AND INITIAL**
"A"          "B"          "C"

February 11, 2021
EA - 79

TO:	ALL CHIEF OFFICERS
	ALL ADMINISTRATIVE SITES

FROM:	FIRE CHIEF DARYL L. OSBY

SUBJECT:	**PASSAGE OF AB-2655,
	INVASION OF PRIVACY: FIRST RESPONDERS**

DISPOSITION:	RETAIN IN BRIEFING MANUAL UNTIL DECEMBER 31, 2021;
	THEN DISCARD

This follows the Department's October 14, 2020, EA-429 regarding Assembly Bill 655 (Invasion of Privacy: First Responders).  As a reminder, Governor Gavin Newsom signed AB-2655 on September 28, 2020, which added California Penal Code Section 647.9 and amended California Penal Code Section 1524.

Effective January 1, 2021, it is a misdemeanor for a first responder who responds to the scene of an emergency to capture photographic images of deceased persons on a personal or business electronic device (P.C. Section 647.9).  Also effective January 1, 2021, a search warrant may be issued "when the property or things to be seized consists of evidence that tends to show that a violation of Section 647.9 has occurred or is occurring" (P.C. Section 1524(a)(20)).  To read the full text of the addition and amendment, please click Here.

Please be advised that the addition of the above section and amendment created a new crime effective January 1, 2021.  As a reminder, all Department personnel are expected to continue to adhere to the County and Department's policies, procedures, and guidelines.

If you have any questions, please contact your jurisdictional deputy chief, or the Risk Manager, Julia Kim, at (323) 267-7210 or (213) 760-1512.

DLO:va

**ALL PERSONNEL SHALL READ AND INITIAL**
"A"	"B"	"C"

Defendants' Summary Judgment Exhibit 20
Page 126