# EXHIBIT 88

EXHIBIT 88
7

7:54

🔍 kobe      ⊗    Cancel

kobe **bryant crash pictures** ↖

Kobe **Bryant** ↖

Kobe **Bryant body** ↖

VB00004197

**EXHIBIT 88**

**8**