Luis Li (SBN 156081)
Wilson, Sonsini, Goodrich & Rosati
633 West fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| VANESSA BRYANT, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cv-09582-JFW-E |
| v. | |
| COUNTY OF LOS ANGELES, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

See Attachment A

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 6, 2021                                    s/ Luis Li
Date                                                Attorney Name
                                                    Plaintiffs
                                                    Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**

# **ATTACHMENT A**

Exhibit 173 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 173 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 174 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 174 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 175 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 175 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 205 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 205 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 176 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 176 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 177 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 177 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 178 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 178 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 179 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 179 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 180 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 180 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 181 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 181 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 182 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193). Exhibit 182 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 183 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 183 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 226 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 226 is an audio file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 184 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 184 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 185 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 185 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 186 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 186 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 187 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 187 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 222 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 222 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 188 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 188 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 189 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 189 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 197 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 197 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 190 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 190 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 191 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 191 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 192 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 192 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 193 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 193 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 194 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 194 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

Exhibit 196 to the Declaration of Mari T. Saigal in Support of Plaintiff's Opposition to Summary Judgment (ECF No. 193).  Exhibit 196 is a video file that is excluded from electronic filing pursuant to L.R. 5-4.2(b)(1).

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On *November 6, 2021*, I served true copies of the following documents: **NOTICE OF LODGING** on the interested parties in this action as follows:

| | |
|---|---|
| Louis R. Miller, Esq. | *mhashmall@millerbarondess.com* |
| Jennifer Mira Hashmall, Esq. | *smiller@millerbarondess.com* |
| Emily A. Rodriguez-Sanchirico, Esq. | *esanchirico@millerbarondess.com* |
| Casey Blair Sypek, Esq. | *csypek@millerbarondess.com* |
| Jason H. Tokoro, Esq. | *jtokoro@millerbarondess.com* |

**Miller Barondess LLP**
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 9006

| | |
|---|---|
| Jonathan C McCaverty | *jmccaverty@counsel.lacounty.gov* |

**Los Angeles County Counsel**
500 West Temple Street 6th Floor
Los Angeles, CA 90012

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused document(s) to be sent from e-mail address anna.velasquez@mto.com to the persons at the e-mail addresses listed in the Service List

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *November 6, 2021, 2021*, at Los Angeles, California.

*/s/ Anna Velasquez*
Anna Velasquez