1  LUIS LI (State Bar No. 156081)
   Luis.Li@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   633 West Fifth Street, Suite 1550
3  Los Angeles, California 90071
   Telephone:  (323) 210-2900
4  Facsimile:   (866) 974-7329

5  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
   Craig.Lavoie@mto.com
6  JENNIFER L. BRYANT (State Bar No. 293371)
   Jennifer.Bryant@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
8  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
9  Facsimile:   (213) 687-3702

10 Attorneys for Plaintiff Vanessa Bryant

11            UNITED STATES DISTRICT COURT

12     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

| 14 | VANESSA BRYANT, | Case No. 2:20-cv-09582-JFW-E |
|---|---|---|
| 15 | Plaintiff, | **DECLARATION OF MARI T. SAIGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 16 | vs. | |
| 17 | COUNTY OF LOS ANGELES, et al., | |
| 18 | Defendants. | Judge:   Hon. John F. Walter |
| 19 | | Date:    December 27, 2021 Time:    1:30 p.m. Crtrm.:  7A |
| 20 | | Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| 21 | | |
| 22 | | Discovery Cutoff: November 29, 2021 Pretrial Conference: February 4, 2022 Trial: February 22, 2022 |
| 23 | | |

24                          **PART 1**

25

26

27

28

48499278.1

## DECLARATION OF MARI T. SAIGAL

I, Mari T. Saigal, hereby declare:

1.    I am admitted to practice before all of the courts of the State of California and this Court.  I am an attorney at the law firm of Munger, Tolles & Olson LLP and counsel of record for Plaintiff Vanessa Bryant in the above-captioned matter.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

### Deposition Transcripts

#### Plaintiff's Deposition

2.    Attached hereto as Exhibit 89 is a true and correct copy of excerpts of the transcript of the October 12, 2021 deposition of Vanessa Bryant.

#### Sheriff's Department Depositions

3.    Attached hereto as Exhibit 90 is a true and correct copy of redacted excerpts of the transcript of the October 22, 2021 deposition of Joey Cruz.

4.    Attached hereto as Exhibit 91 is a true and correct copy of redacted excerpts of the transcript of the October 15, 2021 deposition of Rafael Mejia.

5.    Attached hereto as Exhibit 92 is a true and correct copy of redacted excerpts of the transcript of the October 18, 2021 deposition of Raul Versales.

6.    Attached hereto as Exhibit 93 is a true and correct copy of redacted excerpts of the transcript of the October 27, 2021 deposition of Ruby Cable.

7.    Attached hereto as Exhibit 94 is a true and correct copy of redacted excerpts of the transcript of the October 13, 2021 deposition of Michael Russell.

8.    Attached hereto as Exhibit 95 is a true and correct copy of redacted excerpts of the transcript of the October 27, 2021 deposition of Christopher Jauregui.

9.    Attached hereto as Exhibit 96 is a true and correct copy of a public version of excerpts of the transcript of the November 3, 2021 deposition of Douglas

-2-

Johnson.  Plaintiff is concurrently filing an application for leave to file under seal an unredacted version of this document.

10. Attached hereto as Exhibit 97 is a true and correct copy of redacted excerpts of the transcript of the October 28, 2021 deposition of Scott Miller.

11. Attached hereto as Exhibit 98 is a true and correct copy of redacted excerpts of the transcript of the November 4, 2021 deposition of Travis Kelly.

12. Attached hereto as Exhibit 99 is a true and correct copy of redacted excerpts of the transcript of the October 28, 2021 deposition of Benjamin Sanchez.

13. Attached hereto as Exhibit 100 is a true and correct copy of excerpts of the transcript of the November 9, 2021 deposition of Dennis Kneer.

14. Attached hereto as Exhibit 101 is a true and correct copy of redacted excerpts of the transcript of the September 27, 2021 deposition of Hector Mancinas.

15. Attached hereto as Exhibit 102 is a true and correct copy of redacted excerpts of the transcript of the November 6, 2021 deposition of Justin Diez.

16. Attached hereto as Exhibit 103 is a true and correct copy of redacted excerpts of the transcript of the November 17, 2021 deposition of Mark Flores.

17. Attached hereto as Exhibit 104 is a true and correct copy of excerpts of the transcript of the November 15, 2021 deposition of William Jaeger.

18. Attached hereto as Exhibit 105 is a true and correct copy of redacted excerpts of the transcript of the September 13, 2021 deposition of David Katz.

19. Attached hereto as Exhibit 106 is a true and correct copy of excerpts of the transcript of the September 14, 2021 deposition of Marcus Phillips.

20. Attached hereto as Exhibit 107 is a true and correct copy of excerpts of the transcript of the November 19, 2021 deposition of Chris Reed.

21. Attached hereto as Exhibit 108 is a true and correct copy of excerpts of the transcript of the October 5, 2021 deposition of John Satterfield.

22. Attached hereto as Exhibit 109 is a true and correct copy of excerpts of the transcript of the November 12, 2021 deposition of Henry Shue.

-3-

23.     Attached hereto as Exhibit 110 is a true and correct copy of excerpts of the transcript of the October 7, 2021 deposition of Jorge Valdez.

24.     Attached hereto as Exhibit 111 is a true and correct copy of redacted excerpts of the transcript of the October 26, 2021 deposition of Matthew Vander Horck.

25.     Attached hereto as Exhibit 112 is a true and correct copy of redacted excerpts of the transcript of the November 8, 2021 deposition of Nicholas Bonelli.

26.     Attached hereto as Exhibit 113 is a true and correct copy of redacted excerpts of the transcript of the November 10, 2021 deposition of Alex Villanueva.

**Fire Department Depositions**

27.     Attached hereto as Exhibit 114 is a true and correct copy of redacted excerpts of the transcript of the September 30, 2021 deposition of Sky Cornell.

28.     Attached hereto as Exhibit 115 is a true and correct copy of redacted excerpts of the transcript of the October 21, 2021 deposition of Anthony Imbrenda.

29.     Attached hereto as Exhibit 116 is a true and correct copy of redacted excerpts of the transcript of the November 11, 2021 deposition of Brian Jordan.

30.     Attached hereto as Exhibit 117 is a true and correct copy of redacted excerpts of the transcript of the October 25, 2021 deposition of Arlin Kahan.

31.     Attached hereto as Exhibit 118 is a true and correct copy of redacted excerpts of the transcripts of the May 20, 2021 and November 19, 2021 depositions of Anthony Marrone.

32.     Attached hereto as Exhibit 119 is a true and correct copy of redacted excerpts of the transcript of the June 3, 2021 deposition of William McCloud.

33.     Attached hereto as Exhibit 120 is a true and correct copy of excerpts of the transcript of the October 11, 2021 deposition of Andrew Smith.

**Coroner's Office Deposition**

34.     Attached hereto as Exhibit 195 is a true and correct copy of a public version of excerpts of the transcript of the September 15, 2021 deposition of Emily

-4-

Tauscher.  Plaintiff is concurrently filing an application for leave to file under seal an unredacted version of this document.

### Third-Party Depositions

35.     Attached hereto as Exhibit 122 is a true and correct copy of excerpts of the transcript of the April 26, 2021 deposition of Victor Gutierrez.

36.     Attached hereto as Exhibit 123 is a true and correct copy of excerpts of the transcript of the April 13, 2021 deposition of Rafael Mendez.

37.     Attached hereto as Exhibit 124 is a true and correct copy of excerpts of the transcript of the October 1, 2021 deposition of Luella Weireter.

38.     Attached hereto as Exhibit 125 is a true and correct copy of excerpts of the transcript of the November 17, 2021 deposition of Erik Scott.

39.     Attached hereto as Exhibit 126 is a true and correct copy of excerpts of the transcript of the November 12, 2021 deposition of Sharia Washington.

40.     Attached hereto as Exhibit 127 is a true and correct copy of excerpts of the transcript of the November 18, 2021 deposition of Robert Pelinka.

41.     Attached hereto as Exhibit 206 is a true and correct copy of excerpts of the transcript of the November 24, 2021 deposition of Justin Price.

42.     Complete copies of the foregoing transcripts will be delivered to chambers. [Dkt. 86 at 13-14.]

### Documents Authenticated By Joint Stipulation

43.     Pursuant to the Joint Stipulation Regarding Authenticity of Produced Documents executed by the parties on November 26, 2021 (attached hereto as Exhibit 128), the following exhibits have been authenticated as required by Federal Rule of Evidence 901 for the purpose of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

44.     Attached hereto as Exhibit 129 is a true and correct copy of the witness interview of Victor Gutierrez, dated April 14, 2020, produced by the County in this case bearing Bates numbers COLA000624-COLA000638.

45.     Attached hereto as Exhibit 130 is a true and correct copy of the subject interview of Douglas Johnson, dated March 16, 2020, produced by the County in this case bearing Bates numbers COLA000060-COLA000091.

46.     Attached hereto as Exhibit 131 is a true and correct copy of the subject interview of Raul Versales, dated March 30, 2020, produced by the County in this case bearing Bates numbers COLA000097-COLA000117.

47.     Attached hereto as Exhibit 132 is a true and correct copy of the witness interview of Rafael Mejia, dated March 30, 2020, produced by the County in this case bearing Bates numbers COLA000119-COLA000146.

48.     Attached hereto as Exhibit 133 is a true and correct copy of the subject interview of Joey Cruz, dated March 30, 2020, produced by the County in this case bearing Bates numbers COLA000148-COLA000194.

49.     Attached hereto as Exhibit 134 is a true and correct copy of the subject interview of Michael Russell, dated March 30, 2020, produced by the County in this case bearing Bates numbers COLA000196-COLA000214.

50.     Attached hereto as Exhibit 135 is a true and correct copy of the witness interview of Christopher Jauregui, dated March 31, 2020, produced by the County in this case bearing Bates numbers COLA000327-COLA000355.

51.     Attached hereto as Exhibit 136 is a true and correct copy of the witness interview of Benjamin Sanchez, dated March 31, 2020, produced by the County in this case bearing Bates numbers COLA000357-COLA000365.

52.     Attached hereto as Exhibit 137 is a true and correct copy of the witness interview of Ruby Cable, dated March 31, 2020, produced by the County in this case bearing Bates numbers COLA000370-COLA000385.

53.     Attached hereto as Exhibit 138 is a true and correct copy of the first witness interview of Scott Miller, dated April 14, 2020, produced by the County in this case bearing Bates numbers COLA000387-COLA000404.

DECL. OF MARI T. SAIGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

54.     Attached hereto as Exhibit 139 is a true and correct copy of the second witness interview of Scott Miller, dated May 5, 2020, produced by the County in this case bearing Bates numbers COLA000406-COLA000407.

55.     Attached hereto as Exhibit 140 is a true and correct copy of the witness interview of Travis Kelly, dated April 7, 2020, produced by the County in this case bearing Bates numbers COLA000417-COLA000438.

56.     Attached hereto as Exhibit 141 is a true and correct copy of the witness interview of Garret Dalton, dated April 27, 2020, produced by the County in this case bearing Bates numbers COLA000640-COLA000644.

57.     Attached hereto as Exhibit 142 is a true and correct copy of the witness interview of Cynthia Cruz, dated April 2, 2020, produced by the County in this case bearing Bates numbers COLA000646-COLA000652.

58.     Attached hereto as Exhibit 143 is a true and correct copy of a memo from Jorge Valdez, dated March 4, 2020, produced by the County in this case bearing Bates numbers COLA000678-COLA000691.

59.     Attached hereto as Exhibit 144 is a true and correct copy of a memo from John Satterfield, dated March 4, 2020, produced by the County in this case bearing Bates number COLA000693,

60.     Attached hereto as Exhibit 147 is a true and correct copy of a memo draft by Hector Mancinas, dated March 3, 2020, produced by the County in this action bearing Bates number COLA000695.

61.     Attached hereto as Exhibit 148 is a true and correct copy of a performance log entry for Rafael Mejia, dated February 27, 2020, produced by the County in this case bearing Bates number COLA000744.

62.     Attached hereto as Exhibit 149 is a true and correct copy of a performance log entry for Joey Cruz, dated February 27, 2020, produced by the County in this case bearing Bates number COLA000745.

DECL. OF MARI T. SAIGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1       63.    Attached hereto as Exhibit 150 is a true and correct copy of a

2   performance log entry for Raul Versales, dated February 27, 2020, produced by the

3   County in this case bearing Bates number COLA000746.

4       64.    Attached hereto as Exhibit 151 is a true and correct copy of a

5   performance log entry for Douglas Johnson, dated February 27, 2020, produced by

6   the County in this case bearing Bates number COLA000747.

7       65.    Attached hereto as Exhibit 152 is a true and correct copy of a

8   performance log entry for Michael Russell, dated February 27, 2020, produced by

9   the County in this case bearing Bates number COLA000743.

10      66.    Attached hereto as Exhibit 153 is a true and correct copy of the witness

11  interview of Hector Mancinas, dated June 16, 2020, produced by the County in this

12  case bearing Bates numbers COLA001010-COLA001031.

13      67.    Attached hereto as Exhibit 154 is a true and correct copy of the witness

14  interview of Dennis Kneer, dated June 24, 2020, produced by the County in this

15  case bearing Bates numbers COLA001077-COLA001081.

16      68.    Attached hereto as Exhibit 155 is a true and correct copy of the witness

17  interview of Christopher Reed, dated June 19, 2020, produced by the County in this

18  case bearing Bates numbers COLA001083-COLA001086.

19      69.    Attached hereto as Exhibit 156 is a true and correct copy of LAFD

20  Intention to Discharge notice to Brian Jordan, dated December 2, 2020, produced by

21  the County in this case bearing Bates numbers COLA001341-COLA001378.

22      70.    Attached hereto as Exhibit 157 is a true and correct copy of a document

23  produced by the County in this case bearing Bates numbers COLA029973-

24  COLA029978.

25      71.    Attached hereto as Exhibit 158 is a true and correct copy of an Intent to

26  Suspend notice to Arlin Kahan, dated December 2, 2020, produced by the County in

27  this case bearing Bates numbers COLA006967-COLA006996.

28

-8-

72.     Attached hereto as Exhibit 159 is a true and correct copy of LAFD Intention to Discharge notice to Tony Imbrenda, dated December 2, 2020, produced by the County in this case bearing Bates numbers COLA001384-COLA001421.

73.     Attached hereto as Exhibit 161 is a true and correct copy of an email from Trina Schrader, dated January 29, 2020, produced by the County in this case bearing Bates numbers COLA007130.

74.     Attached hereto as Exhibit 162 is a true and correct copy of an email from Dennis Kneer, dated January 29, 2020, produced by the County in this case bearing Bates numbers COLA007135-COLA007136.

75.     Attached hereto as Exhibit 163 is a true and correct copy of the witness interview of Matthew Vander Horck, dated June 30, 2020, produced by the County in this case bearing Bates numbers COLA00001066-COLA00001075.

76.     Attached hereto as Exhibit 164 is a true and correct copy of an email from John Satterfield, dated February 26, 2020, produced by the County in this case bearing Bates numbers COLA007318-COLA007320.

77.     Attached hereto as Exhibit 165 is a true and correct copy of an email from Matthew Vander Horck, dated February 20, 2020, produced by the County in this case bearing Bates numbers COLA007303-COLA007304.

78.     Attached hereto as Exhibit 166 is a true and correct copy of Request for IAB Investigation, dated February 28, 2020, produced by the County in this case bearing Bates numbers COLA000906-COLA000907.

79.     Attached hereto as Exhibit 167 is a true and correct copy of undated photographs of Brian Jordan produced by the County in this case bearing Bates number COLA035112.

80.     Attached hereto as Exhibit 168 is a true and correct copy of an email from Tony Imbrenda, dated March 2, 2020, produced by the County in this case bearing Bates number COLA011477.

81.     Attached hereto as Exhibit 169 is a true and correct copy of an Intention to Suspend notice, dated June 22, 2015, produced by the County in this case bearing Bates numbers COLA035403-COLA035408.

82.     Attached hereto as Exhibit 170 is a true and correct copy of an Investigation Report, dated May 29, 2015, produced by the County in this case bearing Bates numbers COLA035417-COLA035428.

83.     Attached hereto as Exhibit 171 is a true and correct copy of Supplemental Investigation Report, dated November 1, 2017, produced by the County in this case bearing Bates numbers COLA035429-COLA035437.

84.     Attached hereto as Exhibit 172 is a true and correct copy of the witness interview of Rafael Mendez, dated March 10, 2020, produced by the County in this case bearing Bates numbers COLA000611-COLA000622.

85.     Attached hereto as Exhibit 225 is a true and correct copy of a letter from Sheriff Alex Villanueva to the Sheriff Civilian Oversight Committee and Office of the Inspector General, dated March 4, 2020, produeced by Plaintiff in this case bearing Bates numbers VB00004190-VB00004192.

**Cell Phone Records Produced By Parties**

86.     The Exhibits below are all files that were produced by the parties in discovery and are authenticated pursuant to the parties' Joint Stipulation Regarding Authenticity of Produced Documents (Ex. 125).

87.     Attached hereto as Exhibit 208 is a true and correct excerpt of records of cellular-telephone activity by Ruby Cable obtained from T-Mobile USA, Inc., produced by Defendants in this case.  To preserve the privacy of non-parties, I have redacted all but the last four digits of Ms. Cable's and other telephone numbers, as well as entries for calls or text messages that are not relevant to Plaintiff's motion.

88.     Attached hereto as Exhibit 209 is a true and correct copy of the November 17, 2021 business-records certification that accompanied T-Mobile USA, Inc.'s production of Ruby Cable's cellular-telephone records to Defendants.  This

-10-

1   document was produced by Defendants to Plaintiff in this case bearing Bates

2   numbers COLA037984.

3        89.     Attached hereto as Exhibit 210 is a true and correct excerpt of records

4   of cellular-telephone activity by Brian Jordan produced to Plaintiff by AT&T and

5   then produced by Plaintiff to Defendants, bearing Bates numbers VB00003632-

6   VB00004093.  To preserve the privacy of non-parties, I have redacted all but the last

7   four digits of Mr. Jordan's and other telephone numbers, as well as entries for calls

8   or text messages that are not relevant to Plaintiff's motion.

9        90.     Attached hereto as Exhibit 211 is a true and correct copy of the

10   November 19, 2021 Certificate of Authenticity of Domestic Records Pursuant to

11   Federal Rules of Evidence 902(11) and 902(13) that accompanied AT&T's

12   production of Brian Jordan's cellular-telephone records to Plaintiff.  This document

13   was produced by Plaintiff to Defendants in this case bearing Bates numbers

14   VB00004131-VB00004134.

15       91.     Attached hereto as Exhibit 212 is a true and correct excerpt of records

16   of cellular-telephone activity by Rafael Mejia obtained from AT&T, produced by

17   Defendants in this case, and bearing Bates numbers COLA036598-COLA036606.

18   To preserve the privacy of non-parties, I have redacted all but the last four digits of

19   Mr. Mejia's and other telephone numbers, as well as entries for calls or text

20   messages that are not relevant to Plaintiff's motion.

21       92.     Attached hereto as Exhibit 213 is a true and correct excerpt of records

22   of cellular-telephone activity by Raul Versales obtained from AT&T, produced by

23   Defendants in this case, and bearing Bates numbers COLA036663-COLA036667,

24   COLA037462-COLA037476.  To preserve the privacy of non-parties, I have

25   redacted all but the last four digits of Mr. Versales's and other telephone numbers,

26   as well as entries for calls or text messages that are not relevant to Plaintiff's

27   motion.

28

93.     Attached hereto as Exhibit 214 is a true and correct copy of the November 19, 2021 Certificate of Authenticity of Domestic Records Pursuant to Federal Rules of Evidence 902(11) and 902(13) that accompanied AT&T's production of Raul Versales and Rafael Mejia's cellular-telephone records to Defendants, as well as the correspondence by which Defendants produced this document to Plaintiff in this case.

94.     Attached hereto as Exhibit 215 is a true and correct excerpt of records of cellular-telephone activity by Doug Johnson obtained from AT&T, produced by Defendants in this case, and bearing Bates numbers COLA038517-COLA038520. To preserve the privacy of non-parties, I have redacted all but the last four digits of Mr. Johnson's and other telephone numbers, as well as entries for calls or text messages that are not relevant to Plaintiff's motion.

95.     Attached hereto as Exhibit 216 is a true and correct copy of the November 19, 2021 Declaration of Custodian of Records that accompanied AT&T's production of Doug Johnson's cellular-telephone records to Defendants.  This document was produced by Defendants to Plaintiff in this case bearing Bates numbers COLA038539-COLA038552.

96.     Attached hereto as Exhibit 217 is a true and correct excerpt of records of cellular-telephone activity by Michael Russell, bearing Bates numbers COLA035652.  These records were obtained by Defendant Michael Russell directly from AT&T and then produced by Defendants to Plaintiff in this case.  To preserve the privacy of non-parties, I have redacted all but the last four digits of Mr. Russell's and other telephone numbers, as well as entries for calls or text messages that are not relevant to Plaintiff's motion.

97.     Attached hereto as Exhibit 218 is a true and correct excerpt of records of text-messaging activity by Tony Imbrenda obtained from Charter Communications, Inc. (doing business as Spectrum), produced by Defendants in this case, and bearing Bates numbers COLA035898-COLA035906.  To preserve the

-12-

1  privacy of non-parties, I have redacted all but the last four digits of Mr. Imbrenda's

2  and other telephone numbers, as well as entries for text messages that are not

3  relevant to Plaintiff's motion.

4      98.   Attached hereto as Exhibit 219 is a true and correct copy of the October

5  12, 2021 Affidavit of Records Custodian Certifying Records that accompanied

6  Charter Communication, Inc.'s production of Tony Imbrenda's text-message records

7  to Defendants.  This document was produced by Defendants to Plaintiff in this case

8  and bear Bates numbers COLA035907-COLA035909.

9      99.   Attached hereto as Exhibit 220 is a true and correct copy of a letter to

10  Verizon from Travis Kelly consenting to the release and production of cell phone

11  records, produced by Plaintiff in this case bearing Bates numbers VB00004195-

12  VB00004196.  To preserve the privacy of a non-party, I have redacted all but the

13  last four digits of Mr. Kelly's cell phone number.

14      100.  Attached hereto as Exhibit 221 is a true and correct copy of the

15  Certificate of Authenticity for Brian Jordan's cell phone records produced by

16  AT&T, dated November 19, 2021, produced by Plaintiff in this case bearing Bates

17  numbers VB00004131-VB00004134.

18      101.  Attached hereto as Exhibit 224 is a true and correct copy of a letter to

19  Verizon from Christopher Jauregui consenting to the release and production of cell

20  phone records, produced by Plaintiff in this case bearing Bates numbers

21  VB00004153-54.  To preserve the privacy of a non-party, I have redacted all but the

22  last four digits of Mr. Jauregui's cell phone number.

23                    **Audio-Visual Material Lodged With Court**

24      102.  The following exhibits are audio or video files that have been lodged

25  with the Court.  All of the files were produced in discovery and are authenticated

26  pursuant to the parties' Joint Stipulation Regarding Authenticity of Produced

27  Documents.

28

103.   Exhibit 173 is a true and correct copy of a .WMA audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035082.

104.   Exhibit 174 is a true and correct copy of a .mp3 audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035076.

105.   Exhibit 175 is a true and correct copy of a .WMA audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035136.

106.   Exhibit 205 is a true and correct copy of a .WMA audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035067.

107.   Exhibit 176 is a true and correct copy of a .mp3 audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035068.

108.   Exhibit 177 is a true and correct copy of a .mp3 audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035071.

109.   Exhibit 178 is a true and correct copy of a .mp3 audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035074.

110.   Exhibit 179 is a true and correct copy of a .mp3 audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035077.

111.   Exhibit 180 is a true and correct copy of a .mp3 audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035078.

112.   Exhibit 181 is a true and correct copy of a .WMA audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035080.

113.   Exhibit 182 is a true and correct copy of a .WMA audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035081.

114.   Exhibit 183 is a true and correct copy of a .WMA audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035118.

115.   Exhibit 226 is a true and correct copy of an audio file that has been lodged with the Court.  The audio file was produced by the County in discovery as COLA035069.

116.   Exhibit 184 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001424.

117.   Exhibit 185 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001426.

118.   Exhibit 186 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001428.

119.   Exhibit 187 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001430.

120.   Exhibit 222 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001431.

121.   Exhibit 188 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001432.

122.   Exhibit 189 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001434.

123.   Exhibit 197 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by the County in discovery COLA001435.

124.   Exhibit 190 is a true and correct copy of an mp4 video file that has been lodged with the Court.  The video file was produced by the County in discovery as COLA001200.  Sheriff Villanueva makes the following statements on the video:  "Well, in this type of a scene, which is an accident, there's only two groups of people that should be taking photos.  That is the NTSB and then the Coroner's Office.  No one else has any -- any reason to take any photos.  This is not a crime scene, so there is no evidence to be taken, per se, which is very different, like a homicide scene, for example.  So that is, uh, the only two groups of people." (COLA001200 at 00:00-00:25.)

125.   Exhibit 191 is a true and correct copy of an mp4 video file that has been lodged with the Court.  The video file was produced by the County in discovery as COLA001182.  Sheriff Villanueva makes the following statements on the video:

a.     "Well, unfortunately, there were – there were first responders that took photos at the scene that they were not supposed to."  (COLA001182 at 01:40-01:46.)

b.     "We're going back and looking at our policies, and they were very deficient."  (COLA001182 at 01:58-02:01.)

126.   Exhibit 192 is a true and correct copy of an mp4 video file that has been lodged with the Court.  The video file was produced by the County in discovery as COLA006932.  On the video, Sheriff Villanueva was asked: "In theory, who should have been the only persons out there taking photographs of that scene?"  Sheriff Villanueva responded: "Only two people.  The NTSB, who were in charge of the accident investigation, and the Coroner's Office."  (COLA006932 at 07:40-07:52.)

127.   Exhibit 193 is a true and correct copy of an mp4 video file that has been lodged with the Court.  The video file was produced by the County in discovery as COLA030878.  Sheriff Villanueva makes the following statements on the video: "So we wanted to make sure that those photos were destroyed because they were inappropriate.  Never should have been taken in the first place." (COLA030878 at 03:44-3:52.)

128.   Exhibit 194 is a true and correct copy of an mp4 video file that has been lodged with the Court.  The video file was produced by Plaintiff in discovery as VB00003622.  Sheriff Villanueva makes the following statements on the video: "They had no place to be taking any photographs of anything.  Only, in this case, it would have been NTSB investigators, Coroner's investigators, and that's about it. Nobody else."  (VB00003622 at 00:46-00:56.)

129.   Exhibit 196 is a true and correct copy of a video file that has been lodged with the Court.  The video file was produced by Plaintiff in discovery as VB00003620.  Sheriff Villanueva makes the following statements on the video: "These families of the victims have suffered enough already.  To have, you know, any action of our deputies compile their suffering that – that breaks my heart." (VB00003620 at 00:38-00:47.)

**Baja Caifornia Bar & Grill Surveillance Videos**

130.   I viewed the videos (which are being lodged with the Court) produced by the County in this case bearing Bates numbers COLA001424 (Ex. 184),

1  COLA001426 (Ex. 185), COLA001428 (Ex. 186), COLA001430 (Ex. 187), and

2  COLA001432 (Ex. 188).

3      131.  At 8:25 p.m. (Ex. 184, COLA001424, at 20:25:47), an individual with

4  a shaved head, white shirt, and black jacket enters the restaurant.  At deposition,

5  Victor Gutierrez, the bartender at the restaurant, identified this individual as

6  Defendant Joey Cruz.  (Ex. 122 (Gutierrez) at 118:12-22.)

7      132.  Over the course of one hour and 44 minutes, Cruz was served five

8  drinks while at the bar.  He was served a drink at each of the following timestamps:

9  20:27:44 (Ex. 184 [COLA001424]), 20:47:50 (Ex. 185 [COLA001426]), 21:11:04

10  (Ex. 186 [COLA001428]), 21:25:45 (Ex. 187 [COLA001430]), and 21:47:32 (Ex.

11  188 [COLA001432]).

12      133.  From approximately 9:22 to 9:28 p.m. (Ex. 187, COLA001430, at

13  21:22:10 to 21:28:14), Cruz can be seen looking at his cell phone while sitting at the

14  bar.

15      134.  At 9:28:14 p.m. (Ex. 187, COLA001430, at 21:28:14), Defendant Cruz

16  shows his cell phone to the man sitting to the right of him at the bar—a dark-haired

17  male wearing a black sweatshirt.  While viewing Ex. 187 (COLA001430), Channel

18  8, I took the following screenshot at 21:28:19 capturing Cruz showing his cell phone

19  to a man seated to his right:

20

21

22

23

24

25

26

27

28

DECL. OF MARI T. SAIGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT



135.   I took the following screenshot at the same timestamp 21:28:19 on Channel 15:

136.   At 9:28:51 p.m. (Ex. 187, COLA001430, at 21:28:51), Cruz looks over to the bartender and appears to call out to the bartender to get his attention.

137.   At approximately 9:28:57 (timestamp 21:28:57 on COLA001430), Cruz hands his cell phone to the bartender.  While viewing Ex. 187 (COLA001430),

1   Channel 8, I took the following screenshot at 21:28:59 capturing the bartender

2   looking at Cruz's cell phone after Cruz handed it to him:



15       138.   The bartender looks at the cell phone from 21:28:58 to 21:29:04, then

16   swiftly turned his head to the side and handed the phone back to Cruz.  While

17   viewing Ex. 187 (COLA001430), Channel 8, I took the following screenshot at

18   21:29:04 capturing the bartender hand Cruz's cell phone back to Cruz:



139.   After the bartender returned Cruz's cell phone, Cruz made a hand motion towards his neck and torso, and the bartender appeared to grimace.  While viewing Ex. 187 (COLA001430), Channel 15, I took the following screenshot at 21:29:28 capturing Cruz motioning to his torso:

140.   While viewing Ex. 187 (COLA001430), Channel 15, I took the following screenshot at 21:29:30 capturing the bartender grimacing:

DECL. OF MARI T. SAIGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT



141.   Cruz then held out his right arm and motioned down the arm with his left hand.  While viewing Ex. 187 (COLA001430), Channel 15, I took the following two screenshots at 21:29:33:

142.   At 21:29:44 (Ex. 187, COLA001430), Cruz begins to talk to the man seated to his right, continuing to make hand motions, while the bartender walks down the bar towards a man sitting three chairs to the left of Cruz.  The bartender points to Cruz, while talking to the man sitting to Cruz's left.  While viewing Ex. 187 (COLA001430), Channel 8, I took the following screenshot at 21:29:47 capturing the bartender pointing to Cruz:



143.   While talking to the man seated to Cruz's left, the bartender makes a slicing motion by his neck.  While viewing Ex. 187 (COLA001430), Channel 15, I took the following screenshot at 21:29:54 capturing the bartender making the slicing motion by his neck:

144.   At approximately 9:39 PM (Ex. 222, COLA001431, Channel 15 at 21:39:36), a man in a baseball cap enters the restaurant and sits at a booth in the

-24-

corner of the restaurant facing the bar.  At deposition, Ralph Mendez confirmed this was him.  (Ex. 123 (Mendez) at 63:14-64:3.)

145.   At approximately 9:42 PM (Ex. 188, COLA001432 at 21:42:36), the bartender walks out from behind the bar, stands next to Cruz, and looks at Cruz's phone.  While viewing COLA001432, Channel 8, I took the following screenshot at 21:42:31, capturing the bartender walking around the bar to stand next to Cruz:



146.   The bartender stands next to Cruz looking at Cruz's cell phone from 21:42:34 to 21:43:44.  While Cruz and the bartender look at Cruz's phone, Cru appears to be using his thumbs to zoom in and out on the phone.  While viewing Ex. 188 (COLA001432), Channel 8, I took the following screenshot at 21:42:44, capturing the bartender and Cruz looking at Cruz's phone:

DECL. OF MARI T. SAIGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT



147.   While viewing Ex. 188 (COLA001432), Channel 15, I took the following screenshot at 21:43:50:

148.   At approximately 10:09 p.m. (Ex. 189, COLA001434, Channel 8 at 22:09:42), Cruz leaves the restaurant.

149.   At approximately 10:12 p.m. (Ex. 189, COLA001434, Channel 8 at 22:12:45), the bartender walks over to Mendez's booth and sits down with

Mendez's party.  The bartender stays at the booth talking to Mendez's table for approximately five minutes (Ex. 189 [COLA001434] at Channel 8, 22:12:45, to Ex. 197 [COLA001435] at Channel 8, to 22:17:40).  During this time, the bartender makes numerous hand motions and gestures, such as motioning towards his torso and slicing at his neck (Ex. 197, COLA001435, Channel 8 at 22:13:30 and 22:13:33).  While viewing Ex. 197 (COLA001435), Channel 8, I took the following screenshot at 22:15:03, capturing the bartender appearing to contort his arm in an unnatural position:



## **Miscellaneous Documents**

150.   Attached hereto as Exhibit 198 is a true and correct copy of an article originally published by TMZ on January 26, 2020 titled "Kobe Bryant, Daughter Gigi Die in Helicopter Crash…3 Bodies Recovered."  I accessed this article on November 27, 2021, at https://www.tmz.com/2020/01/26/kobe-bryant-killed-dead-helicopter-crash-in-calabasas/.

151.   Attached hereto as Exhibit 199 is a true and correct copy of an article originally published by ABC News on January 26, 2021 titled "A look back at the victims in the Kobe Bryant helicopter crash."  I accessed this article on December 5, 2021, at https://abcnews.go.com/US/kobe-bryant-helicopter-crash-victims/story?id=68559524.

152.   Attached hereto as Exhibit 200 is a true and correct copy of a March 22, 2021 email I received from an attorney for the County accepting service of summons on behalf of Defendants Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales.

153.   Attached hereto as Exhibit 201 is a true and correct copy of Exhibit 64 to the September 30, 2021 deposition of Sky Cornell.  At deposition, Mr. Cornell confirmed that Exhibit 64 is an authentic photo of himself and others, including Tony Imbrenda, on the night of the Golden Mic Awards.  *See* Ex. 114 (Cornell) at 70:4-71:5, 71:16-72:3.

154.   Attached hereto as Exhibit 207 is a true and correct copy of an excerpt of Defendant County of Los Angeles' Responses to Plaintiff's Third Set of Interrogatories, dated October 1, 2021.

155.   Attached hereto as Exhibit 160 is a true and correct copy of an excerpt of a privilege log produced by the County in this case.

156.   Attached hereto as Exhibit 223 is a true and correct copy of Plaintiff's Subpoena to Testify at a Deposition in a Civil Action issued to Brian Jordan, dated November 10, 2021.

157.   I listened to the audio recording produced by the County in this case bearing Bates number COLA006261.  As the audio recording contains personally identifiable information of third parties unconnected to this litigation, I will transcribe the portion relevant to this case.  At 9:47 a.m., the recording states: "Lost Hills units, code 3 response 903, Lost Hills Road, Las Virgenes Road, Calabasas, south of 101 helicopter went down, flames seen."

1

**Procedural History**

2      158.   Attached hereto as Exhibit 202 is a true and correct copy of a March 2,

3  2020 letter that Plaintiff's attorneys sent to the Fire Department.

4      159.   Attached hereto as Exhibit 203 is a true and correct copy of a March 2,

5  2020 letter that Plaintiff's attorneys sent to the Sheriff's Department.

6      160.   Attached hereto as Exhibit 204 is a true and correct copy of a March 8,

7  2020 letter that Plaintiff's attorneys sent to the Fire Department.

8      161.   On May 8, 2020, Plaintiff submitted a Notice of Claims to Los Angeles

9  County notifying the County of her claims against the Los Angeles County Sheriff's

10  Department.

11      162.   On July 20, 2020, Plaintiff submitted a Notice of Claims to the County

12  notifying the County of her claims against the Los Angeles County Fire Department.

13      163.   On September 17, 2020, Plaintiff filed her Complaint in California

14  State Court.

15      I declare under penalty of perjury under the laws of the United States of

16  America that the foregoing is true and correct.

17      Executed on this 6th day of December, 2021, at Los Angeles, California.

18

19  _____

20  Mari T. Saigal

21

22

23

24

25

26

27

28

1

**Exhibit Index**

2

| Exhibit | Description |
| --- | --- |
| 89 | 10-12-21 Vanessa Bryant transcript excerpts |
| 90 | 10-22-21 redacted Joe Cruz transcript excerpts |
| 91 | 10-15-21 redacted Rafael Mejia transcript excerpts |
| 92 | 10-18-21 redacted Raul Versales transcript excerpts |
| 93 | 10-27-21 redacted Ruby Cable transcript excerpts |
| 94 | 10-13-21 redacted Michael Russell transcript excerpts |
| 95 | 10-27-21 redacted Christopher Jauregui transcript excerpts |
| 96 | 11-3-21 public Douglas Johnson transcript excerpts |
| 97 | 10-28-21 redacted Scott Miller transcript excerpts |
| 98 | 11-4-21 redacted Travis Kelly transcript excerpts |
| 99 | 10-28-21 redacted Benjamin Sanchez transcript excerpts |
| 100 | 11-9-21 Dennis Kneer transcript excerpts |
| 101 | 9-27-21 redacted Hector Mancinas transcript excerpts |
| 102 | 11-6-21 redacted Justin Diez transcript excerpts |
| 103 | 11-17-21 redacted Mark Flores transcript excerpts |
| 104 | 11-15-21 William Jaeger transcript excerpts |
| 105 | 9-13-21 redacted David Katz transcript excerpts |
| 106 | 9-14-21 Marcus Phillips transcript excerpts |
| 107 | November 19, 2021 Chris Reed transcript excerpts |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-30-

| Exhibit | Description |
|---|---|
| 108 | October 5, 2021 John Satterfield transcript excerpts |
| 109 | November 12, 2021 Henry Shue transcript excerpts |
| 110 | October 7, 2021 Jorge Valdez transcript excerpts |
| 111 | October 26, 2021 redacted Matthew Vander Horck transcript excerpts |
| 112 | November 8, 2021 redacted Nicholas Bonelli transcript excerpts |
| 113 | November 10, 2021 redacted Alex Villanueva transcript excerpts |
| 114 | September 30, 2021 redacted Sky Cornell transcript excerpts |
| 115 | October 21, 2021 redacted Anthony Imbrenda transcript excerpts |
| 116 | November 11, 2021 redacted Brian Jordan transcript excerpts |
| 117 | October 25, 2021 redacted Arlin Kahan transcript excerpts |
| 118 | May 20, 2021 and November 19, 2021 redacted Anthony Marrone transcript excerpts |
| 119 | June 3, 2021 redacted William McCloud transcript excerpts |
| 120 | October 11, 2021 Andrew Smith transcript excerpts |
| 122 | April 26, 2021 Victor Gutierrez transcript excerpts |
| 123 | April 13, 2021 Rafael Mendez transcript excerpts |
| 124 | October 1, 2021 Luella Weireter transcript excerpts |
| 125 | November 17, 2021 Erik Scott transcript excerpts |
| 126 | November 12, 2021 Sharia Washington transcript excerpts |
| 127 | November 18, 2021 Robert Pelinka transcript excerpts |
| 128 | Authenticated as required by Federal Rule of Evidence 901 for the purpose of Plaintiff's Opposition to Defendants' MSJ |

| Exhibit | Description |
|---|---|
| 129 | April 14, 2020 witness interview of Victor Gutierrez, COLA000624-COLA000638 |
| 130 | March 16, 2020 interview of Douglas Johnson, COLA000060-COLA000091 |
| 131 | March 30, 2020 interview of Raul Versales, COLA000097-COLA000117 |
| 132 | March 30, 2020 interview of Rafael Mejia, COLA000119-COLA000146 |
| 133 | March 30, 2020 interview of Joey Cruz, COLA000148-COLA000194 |
| 134 | March 30, 2020 interview of Michael Russell, COLA000196-COLA000214 |
| 135 | March 31, 2020 interview of Christopher Jauregui, COLA000327-COLA000355 |
| 136 | March 31, 2020 interview of Benjamin Sanchez, COLA000357-COLA000365 |
| 137 | March 31, 2020 interview of Ruby Cable, COLA000370-COLA000385 |
| 138 | April 14, 2020 interview of Scott Miller, COLA000387-COLA000404 |
| 139 | May 5, 2020 interview of Scott Miller, COLA000406-COLA000407 |
| 140 | April 7, 2020 interview of Travis Kelly, COLA000417-COLA000438 |
| 141 | April 27, 2020 interview of Garret Dalton, COLA000640-COLA000644 |
| 142 | April 2, 2020 interview of Cynthia Cruz, COLA000646-COLA000652 |
| 143 | March 4, 2020 memo from Jorge Valdez, COLA000678-COLA000691 |
| 144 | March 4, 2020 memo from John Satterfield, COLA000693 |
| 147 | March 3, 2020 memo draft by Hector Mancinas, COLA000695 |
| 148 | February 27, 2020 performance log entry for Rafael Mejia, COLA000744 |
| 149 | February 27, 2020 performance log entry for Joey Cruz, COLA000745 |
| 150 | February 27, 2020 performance log entry for Raul Versales, COLA000746 |
| 151 | February 27, 2020 performance log entry for Douglas Johnson, COLA000747 |
| 152 | February 27, 2020 performance log entry for Michael Russell, COLA000743 |

-32-

| Exhibit | Description |
|---|---|
| 153 | June 16, 2020 witness interview of Hector Mancinas, COLA001010-COLA001031 |
| 154 | June 24, 2020 witness interview of Dennis Kneer, COLA001077-COLA001081 |
| 155 | June 19, 2020 witness interview of Christopher Reed, COLA001083-COLA001086 |
| 156 | December 2, 2020 LAFD Intention to Discharge notice to Brian Jordan, COLA001341-COLA001378 |
| 157 | Document produced by the County, COLA029973-COLA029978 |
| 158 | December 2, 2020 Intent to Suspend notice to Arlin Kahan, COLA006967-COLA006996 |
| 159 | December 2, 2020 LAFD Intention to Discharge notice to Tony Imbrenda, COLA001384-COLA001421 |
| 160 | Excerpt of privilege log produced by County |
| 161 | January 29, 2020 email from Trina Schrader, COLA007130 |
| 162 | January 29, 2020 email from Dennis Kneer, COLA007135-COLA007136 |
| 163 | June 30, 2020 interview of Matthew Vander Horck, COLA00001066-COLA00001075 |
| 164 | February 26, 2020 email from John Satterfield, COLA007318-COLA007320 |
| 165 | February 20, 2020 email from Matthew Vander Horck, COLA007303-COLA007304 |
| 166 | February 28, 2020 Request for IAB Investigation, COLA000906-COLA000907 |
| 167 | Undated photographs of Brian Jordan, COLA035112 |
| 168 | March 2, 2020 email from Tony Imbrenda, COLA011477 |

-33-

| Exhibit | Description |
|---------|-------------|
| 169 | June 22, 2015 Intention to Suspend notice, COLA035403-COLA035408 |
| 170 | May 29, 2015 Investigation Report, COLA035417-COLA035428 |
| 171 | November 1, 2017 Supplemental Investigation Report, COLA035429-COLA035437 |
| 172 | March 10, 2020 interview of Rafael Mendez, COLA000611-COLA000622 |
| 173 | Lodged .WMA audio file, COLA035082 |
| 174 | Lodged .mp3 audio file, COLA035076 |
| 175 | Lodged .WMA audio file, COLA035136 |
| 176 | Lodged .mp3 audio file, COLA035068 |
| 177 | Lodged .mp3 audio file, COLA035071 |
| 178 | Lodged .mp3 audio file, COLA035074 |
| 179 | Lodged .mp3 audio file, COLA035077 |
| 180 | Lodged Exhibit .mp3 audio file, COLA035078 |
| 181 | Lodged .WMA audio file, COLA035080 |
| 182 | Lodged .WMA audio file, COLA035081 |
| 183 | Lodged .WMA audio file, COLA035118 |
| 184 | Lodged video file, COLA001424 |
| 185 | Lodged video file, COLA001426 |
| 186 | Lodged video file, COLA001428 |

-34-

| Exhibit | Description |
|---|---|
| 187 | Lodged video file, COLA001430 |
| 188 | Lodged video file, COLA001432 |
| 189 | Lodged video file, COLA001434 |
| 190 | Lodged mp4 video file, COLA001200 |
| 191 | Lodged mp4 video,  COLA001182 |
| 192 | Lodged mp4 video file, COLA006932 |
| 193 | Lodged mp4 video file,  COLA030878 |
| 194 | Lodged mp4 video file, VB00003622 |
| 195 | September 15, 2021 public Emily Tauscher transcript excerpts |
| 196 | Lodged video file, VB00003620 |
| 197 | Lodged video file, COLA001435 |
| 198 | January 26, 2020 article published by TMZ titled "Kobe Bryant, Daughter Gigi Die in Helicopter Crash…3 Bodies Recovered" |
| 199 | Lodged January 26, 2021 article "A look back at the victims in the Kobe Bryant helicopter crash." |
| 200 | March 22, 2021 email from an attorney accepting service of summons on behalf of Defendants J. Cruz, R. Mejia, M. Russell, and R. Versales |
| 201 | September 30, 2021 deposition of Sky Cornell re copy of Exhibit 64 |
| 202 | March 2, 2020 letter that Plaintiff's attorneys sent to the Fire Department |
| 203 | March 2, 2020 letter that Plaintiff's attorneys sent to the Sheriff's Department |

-35-

| Exhibit | Description |
|---------|-------------|
| 204 | March 8, 2020 letter that Plaintiff's attorneys sent to the Fire Department |
| 205 | Lodged .WMA audio file, COLA035067 |
| 206 | November 24, 2021 Justin Price transcript excerpts |
| 206 | Lodged audio file, COLA035069 |
| 207 | October 1, 2021 excerpt of Defendant County of Los Angeles' Responses to Plaintiff's Third Set of Interrogatories |
| 208 | Redacted Excerpt of records of cellular-telephone activity by Ruby Cable obtained from T-Mobile USA, Inc. |
| 209 | November 17, 2021 business-records certification that accompanied T-Mobile USA, Inc., COLA037984 |
| 210 | Excerpt of records of cellular-telephone activity by Brian Jordan, VB00003632-VB00004093 |
| 211 | November 19, 2021 Certificate of Authenticity of Domestic Records, VB00004131-VB00004134 |
| 212 | Excerpt of records of cellular-telephone activity by Rafael Mejia, COLA036598-COLA036606 |
| 213 | Excerpt of records of cellular-telephone activity by Raul Versales, COLA036663-COLA036667, COLA037462-COLA037476 |
| 214 | November 19, 2021 Certificate of Authenticity of Domestic Records |
| 215 | Excerpt of records of cellular-telephone activity by Doug Johnson, COLA038517-COLA038520 |
| 216 | November 19, 2021 Declaration of Custodian of Records, COLA038539-COLA038552 |
| 217 | Excerpt of records of cellular-telephone activity by Michael Russell, COLA035652 |

| Exhibit | Description |
|---|---|
| 218 | Excerpt of records of text-messaging activity by Tony Imbrenda, COLA035898-COLA035906 |
| 219 | October 12, 2021 Affidavit of Records Custodian Certifying Records, COLA035907-COLA035909 |
| 220 | Letter to Verizon from Travis Kelly consenting to the release and production of cell phone records, VB00004195-96 |
| 221 | Certificate of Authenticity for Brian Jordan's cell phone records, VB00004131-VB00004134 |
| 222 | Lodged video file, COLA001431 |
| 223 | November 10, 2021Plaintiff's Subpoena to Testify at a Deposition in a Civil Action to Brian Jordan |
| 224 | Christopher Jauregui Consent Letter, VB00004153-54. |
| 225 | March 4, 2020 letter from Sheriff Alex Villanueva to Sheriff Civilian Oversight Committee and Office of Inspector General, VB00004190-VB00004192 |
| 226 | Lodged audio file, COLA035069 |

DECL. OF MARI T. SAIGAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT