# EXHIBIT 195

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 195**
**2726**

# In the Matter of:

## Chester, Christopher vs County of Los Angeles

# EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY

*September 15, 2021*

*Job Number: 797621*

```
CENTEXT LITIGATION SERVICES
        855.CENTEXT
```

**EXHIBIT 195**
**2727**

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

       CHRISTOPHER L. CHESTER; R.C., a   )   `CERTIFIED COPY`
4      minor, by and through his         )
       Guardian Ad Litem, CHRISTOPHER    )
5      L. CHESTER; H.C., a minor, by     )
       and through his Guardian Ad       )
6      Litem, CHRISTOPHER L. CHESTER,    )
                                         )
7           Plaintiffs,                  )
                                         )
8        vs.                             )  CASE NO:
                                         )  2:20-cv-10844
9      COUNTY OF LOS ANGELES, a public   )  JFW (Ex)
       entity; LOS ANGELES COUNTY        )
10     SHERIFF'S DEPARTMENT, a public    )
       entity; LOS ANGELES COUNTY FIRE   )
11     DEPARTMENT, a public entity;      )
       and DOES 1-10, inclusive,        )
12                                       )
            Defendants.                  )
13                                       )

14

15              ATTORNEYS' EYES ONLY

16        VIDEOTAPED DEPOSITION OF EMILY TAUSCHER

17      30(b)(6) WITNESS FOR THE LOS ANGELES COUNTY

18          MEDICAL EXAMINER-CORONER'S OFFICE

19       WEDNESDAY, SEPTEMBER 15, 2021, 9:35 A.M.

20              SAN BRUNO, CALIFORNIA

21

22      Reported By:  JoAnne T. Ichiki, CSR No. 11660
                    Job No.  797621
23

24

25

**EXHIBIT 195**
**2728**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

```
01:17:57   1        A.    --  ███████████████
01:17:59   2        Q.    Where were Kobe Bryant's remains found?
01:18:04   3        A.    Kobe Bryant's remains were found in this
01:18:08   4   general location closer to the trail.
01:18:11   5        Q.    I see.  And that would be -- that's the
01:18:18   6   sort of smaller, more squiggly dot that you've drawn
01:18:23   7   immediately to the left of the original circle you
01:18:26   8   drew?
01:18:27   9        A.    Yes.
01:18:28  10        Q.    Okay.  Where were Gianna Bryant's remains
01:18:32  11   found?  Can you mark that?
01:18:34  12        A.    Gianna's remains were down this ravine.
01:18:39  13   ████████████████████████████████████████████████
01:18:42  14   ████████████████████████████████████████████████
01:18:47  15   ████████████████████████████████████████████████
01:18:50  16        Q.    Okay.  I have another view that I can
01:18:55  17   show you.  It's sort of a different angle of the
01:18:59  18   ravine, at least I think it is.  You can tell me.
01:19:12  19              MR. MARTINEZ:  I'm going to mark it as
01:19:14  20   Exhibit 48.
01:19:14  21              (Whereupon, Plaintiffs' Exhibit 48 was
01:19:14  22    marked for identification.)
01:19:20  23              MR. MARTINEZ:  Okay.  So this is a file
01:19:22  24   entitled Google Earth View 3.  It's facing west
01:19:27  25   towards the reservoir of the water district.  It
```

**EXHIBIT 195**
**2729**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 01:19:31 | 1 | bears the same Google Earth affixed coordinates |
| 01:19:36 | 2 | that we have been referring to earlier. |
| 01:19:36 | 3 | BY MR. MARTINEZ: |
| 01:19:39 | 4 | Q.   On this map, are you able to identify |
| 01:19:41 | 5 | where Gianna Bryant's remains were found? |
| 01:19:43 | 6 | A.   Yes.  Her remains were found in the |
| 01:19:45 | 7 | ravine in this general location. |
| 01:19:48 | 8 | Q.   Okay.  And I actually don't know if this |
| 01:19:53 | 9 | view -- I think you may have lost the ability to |
| 01:19:55 | 10 | mark.  Okay.  You should have the ability to mark |
| 01:20:00 | 11 | now. |
| 01:20:01 | 12 | Do you mind marking the area where her |
| 01:20:04 | 13 | remains were found, Gianna Bryant's remains were |
| 01:20:06 | 14 | found? |
| 01:20:07 | 15 | A.   So just in this general area in the |
| 01:20:12 | 16 | ravine. |
| 01:20:14 | 17 | Q.   Okay.  And you've marked that general |
| 01:20:16 | 18 | area with a vertical yellow highlighting; is that |
| 01:20:22 | 19 | right? |
| 01:20:22 | 20 | A.   Yes. |
| 01:20:23 | 21 | Q.   Okay.  All right.  Let's -- I'm going to |
| 01:20:35 | 22 | take this down.  Thank you for your help.  And thank |
| 01:20:39 | 23 | you for your work orienting yourself.  I appreciate |
| 01:20:42 | 24 | it.  And I'm glad that you pointed out the |
| 01:20:46 | 25 | discrepancy -- the potential discrepancy of the |

**EXHIBIT 195**
**2730**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

01:49:00  1  ████████████████████████████████████
01:49:07  2  ████████████████████████████████████
01:49:11  3  ████████████████████████████████████
01:49:13  4  ████████████████████████████████████
01:49:14  5          Do any of the -- based on the photos or
01:49:15  6  based on the Coroner's Office's knowledge, how was
01:49:19  7  the main portion of Kobe Bryant's body oriented as
01:49:28  8  he was found at the crash site?  And what I mean by
01:49:32  9  that is, for example, was his ██████ pointing, you
01:49:36  10 know, northwest.
01:49:36  11          If you can sort of give me some sense of
01:49:39  12 how his body was oriented, that would be very
01:49:42  13 helpful.
01:49:43  14      A.   The Coroner's Department personnel
01:49:47  15 observed Kobe Bryant initially covered with a pink
01:49:50  16 sheet.  And he was in what is called a supine
01:49:54  17 position, resting on the back side with the belly
01:49:57  18 up.  That's the orientation.
01:49:59  19          Initially he was covered in a large
01:50:02  20 amount of dirt, and so the entire body is not able
01:50:08  21 to be observed with some of the debris as well as
01:50:12  22 the foliage, the grass that's located in the
01:50:16  23 general area.
01:50:17  24          The images that I'm viewing that portray
01:50:21  25 the scene, we have -- Kobe's body is not completely

**EXHIBIT 195**
**2731**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021



```
01:50:28  1    intact. █████████████████████████    And
01:50:31  2    ████████████████████████████, and then
01:50:35  3    there's also an ███████████ that happened ████████
01:50:39  4    ████████████████████████████████████████
01:50:42  5    █████████.
01:50:47  6              Some of the other images that are
01:50:49  7    included within the ones that I read off also
01:50:53  8    portray his body parts that we were able to
01:50:56  9    identify on scene that belonged to him████████
01:51:01 10    ███████.  I'm going to pull some of those up.
01:51:07 11         Q.   Thank you.
01:51:30 12         A.   I don't know where this image was taken
01:51:34 13    because it was part of Kobe's body that was found
01:51:40 14    within the debris field, but it portrays ████████
01:51:43 15    ███████████████████████████████████████████
01:51:48 16    ████████████████████████████████████████████
01:51:54 17    ███████████.
01:51:58 18         Q.   Are there any -- in that particular
01:52:00 19    image, are there -- well, first of all, is the -- is
01:52:07 20    ████████████████████████████████████████████████
01:52:14 21    █████████████████████████████
01:52:16 22         A.   The photo that depicts ████████████████
01:52:20 23    ████████████████████████████████████████████
01:52:25 24    ████████████████████████████    And it does have
01:52:30 25    some ████████ although from the image I'm able to
```

**EXHIBIT 195**
**2732**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 01:52:33 | 1 | look at, they're not immediately discernible, but |
| 01:52:38 | 2 | similar to what has been -- from being familiar |
| 01:52:42 | 3 | with Kobe Bryant as a celebrity. |
| 01:52:47 | 4 | Q.   Okay.  Are the ███████ on his -- on the |
| 01:52:49 | 5 | ████████████████████████████ are the |
| 01:52:56 | 6 | ██████ legible? |
| 01:52:59 | 7 | A.   No.  What I can see is there's like a |
| 01:53:10 | 8 | ██████████████████████████████ |
| 01:53:16 | 9 | ████  But it's not legible as to what it displays |
| 01:53:22 | 10 | ████████████. |
| 01:53:23 | 11 | Q.   Okay.  Let's go back to I guess what I |
| 01:53:33 | 12 | would describe as the ██████ and ██████ I guess the |
| 01:53:37 | 13 | main part of Kobe Bryant's remains. |
| 01:53:42 | 14 | On the -- where -- on the part of his |
| 01:53:45 | 15 | body ██████████████████████ |
| 01:53:51 | 16 | █████████████████████████ |
| 01:53:55 | 17 | ████████ visible in any of the photos? |
| 01:53:59 | 18 | A.   ████████████████████████ |
| 01:54:05 | 19 | ██████████  And so that ████████ is visible, |
| 01:54:11 | 20 | but it is covered in debris as well as dirt.  And |
| 01:54:17 | 21 | the dirt does cover the rest of that -- ██████████ |
| 01:54:24 | 22 | ████████████████ |
| 01:54:28 | 23 | Q.   Okay.  So it sounds like the ██████ |
| 01:54:34 | 24 | ████████ and ████████████████ were obscured -- |
| 01:54:37 | 25 | are obscured by dirt and debris in the photos that |

**EXHIBIT 195**
**2733**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 01:54:42 | 1 | you have in front of you? |
| 01:54:44 | 2 | A.   There is some portion of what is very |
| 01:54:49 | 3 | likely the ██████ that is displayed.  You can |
| 01:54:53 | 4 | see ██████ and you can see ██████, |
| 01:54:56 | 5 | but you can't see ██████ |
| 01:55:00 | 6 | Q.   Okay.  Is it apparent in those photos |
| 01:55:07 | 7 | that the ██████ or a piece of ██████ has |
| 01:55:14 | 8 | been ██████? |
| 01:55:16 | 9 | A.   That would not be able to be something |
| 01:55:21 | 10 | you can tell from the photo.  That would take |
| 01:55:25 | 11 | manipulation of the body, because his body is in a |
| 01:55:28 | 12 | state where there is numerous traumatic injuries to |
| 01:55:33 | 13 | him. |
| 01:55:34 | 14 | And so as he is resting, you would not |
| 01:55:38 | 15 | be able to see that part.  You would need to |
| 01:55:42 | 16 | manipulate his body to move it to see that portion. |
| 01:55:45 | 17 | Q.   Okay.  Just so I understand, what you're |
| 01:55:48 | 18 | saying is one would have had to have moved his body |
| 01:55:54 | 19 | to see that his -- that ██████ had |
| 01:55:58 | 20 | been ██████? |
| 01:56:02 | 21 | A.   As it is now, his body is -- he's lying |
| 01:56:08 | 22 | down on his back.  However, because of this impact, |
| 01:56:13 | 23 | numerous fractures to his body, and so his body is |
| 01:56:17 | 24 | not in a state that is anatomically correct.  And |
| 01:56:23 | 25 | so to be able to discern what is ███, what is ███ |

**EXHIBIT 195**
**2734**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

```
01:56:28   1   what is ████████ that now has an ████████████
01:56:33   2   ██████████████████████, that's difficult to
01:56:38   3   discern just based on the image.
01:56:40   4             So from just looking at him, you
01:56:46   5   wouldn't be able to tell ████████████████████
01:56:50   6        Q.   The photograph you have of the piece of
01:56:58   7   the ████████████████████████████████████████
01:57:01   8   ████ would you say that it's apparent from those
01:57:07   9   photos or that photo that ████████████████████
01:57:14  10   ████████████████████████████████████████
01:57:19  11        A.   So the image that portrays the ████████
01:57:24  12   ████████████   ████████and   ████████
01:57:28  13        Q.   Yes.
01:57:28  14        A.   ████████████████████████████████
01:57:30  15   ████ and was not located in close proximity to his
01:57:35  16   body.
01:57:35  17        Q.   Okay.  Thank you.  Let's talk about the
01:57:41  18   ████
01:57:46  19             Do you have any photos that depict Kobe
01:57:50  20   Bryant's ████████████████████████
01:57:51  21        A.   I do.  The images that portray his ████████
01:57:55  22   were after manipulation.  And let me just review
01:58:00  23   the scene photos, whether they depict the ████████
01:58:03  24   because I do know that there are images of his
01:58:06  25   ████████ but I believe those are at a different
```

**EXHIBIT 195**
**2735**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 01:58:09 | 1 | location where he was able to be spread out and |
| 01:58:13 | 2 | placed in what is more an anatomically familiar |
| 01:58:20 | 3 | orientation. |
| 01:58:20 | 4 | Okay.  So I do have images of his ████ |
| 01:58:47 | 5 | in which he was placed on a sheet already.  So his |
| 01:58:49 | 6 | body has been moved.  It is still at the scene, |
| 01:58:53 | 7 | however.  So a sheet and plastic were laid out next |
| 01:58:56 | 8 | to him, and he was placed on that sheet and |
| 01:58:59 | 9 | plastic, and then photos of his ████ were taken. |
| 01:59:03 | 10 | Q.   Okay.  It sounds like the Coroner's |
| 01:59:06 | 11 | Office does not have in its possession photos |
| 01:59:10 | 12 | depicting his ████████ as they were found as |
| 01:59:15 | 13 | they came to rest after the accident. |
| 01:59:21 | 14 | A.   Let me review the image just to see if I |
| 01:59:24 | 15 | can tell whether or not his ████ is underneath his |
| 01:59:27 | 16 | body or if it's just not photographed in place. |
| 01:59:34 | 17 | Q.   Okay. |
| 01:59:45 | 18 | MR. TOKORO:  JoAnne, would it be |
| 01:59:45 | 19 | possible to read back that question?  I think I may |
| 01:59:47 | 20 | have misheard it. |
| 02:00:19 | 21 | (Record read.) |
| 02:00:19 | 22 | MR. TOKORO:  I'm going to object that |
| 02:00:20 | 23 | that misstates Ms. Tauscher's prior testimony. |
| 02:00:26 | 24 | THE WITNESS:  The image that I just -- |
| 02:00:28 | 25 | that depicts Kobe's body as it came to rest.  As I |

**EXHIBIT 195**
**2736**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:00:34 | 1 | said before, it's covered with dirt, and his ███ |
| 02:00:38 | 2 | █████ are likely positioned in a way that is not |
| 02:00:43 | 3 | easy to see how he came to rest.  He's covered in |
| 02:00:48 | 4 | dirt. |
| 02:00:49 | 5 | And so where his ████████ would be |
| 02:00:51 | 6 | in a regular anatomical orientation for just |
| 02:00:55 | 7 | anybody, it's not there.  And where the ██████ |
| 02:01:01 | 8 | would be next to the ███, that is covered with |
| 02:01:05 | 9 | dirt. |
| 02:01:08 | 10 | BY MR. MARTINEZ: |
| 02:01:08 | 11 | Q.   So how is his -- how were his ████ -- in |
| 02:01:13 | 12 | the photo you're referring to, how are his ██████ |
| 02:01:16 | 13 | ███ oriented? |
| 02:01:17 | 14 | A.   I can't tell because of the dirt if he |
| 02:01:21 | 15 | is resting on top, his back is on his ██████ |
| 02:01:26 | 16 | ███ or if his ████████ are actually on his |
| 02:01:30 | 17 | chest covered with dirt. |
| 02:01:31 | 18 | But as he came to rest and being covered |
| 02:01:36 | 19 | with dirt, you cannot see his ███████. |
| 02:01:42 | 20 | Q.   Okay.  Let's pivot to the photo you |
| 02:01:46 | 21 | mentioned after he had been picked up and put on the |
| 02:01:51 | 22 | sheet laid out right next to where he came to rest. |
| 02:01:56 | 23 | In that photo or those photos, how would |
| 02:01:59 | 24 | you describe the state of his █████████? |
| 02:02:14 | 25 | A.   So his ████ and his ████ is |

**EXHIBIT 195**
**2737**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:04:12 | 1 | because we needed somebody to put together the |
| 02:04:20 | 2 | ██████████████████ to give some kind of |
| 02:04:23 | 3 | structure to it.  You can see the ████████████ |
| 02:04:29 | 4 | ████████ |
| 02:04:32 | 5 | Q.   Okay.  And then in the photograph or set |
| 02:04:38 | 6 | of photographs you're looking at depicting his ████ |
| 02:04:42 | 7 | █████████, is his ████████████ distinguishable? |
| 02:04:50 | 8 | A.   Yes.  It is. |
| 02:04:50 | 9 | Q.   And what ████████ are you seeing? |
| 02:04:56 | 10 | A.   He has a ████████████ consistent with |
| 02:05:00 | 11 | ██████████████. |
| 02:05:02 | 12 | Q.   Okay.  Let's talk about the ██████ or |
| 02:05:09 | 13 | ████████  You mentioned that there are -- or I think |
| 02:05:16 | 14 | you may have mentioned -- well, let's just do this. |
| 02:05:19 | 15 | The photos that you have of -- depicting |
| 02:05:22 | 16 | his ██████████████, what is the state depicted of |
| 02:05:27 | 17 | those parts of his body? |
| 02:05:29 | 18 | A.   I'm going to get back to that image, if |
| 02:05:35 | 19 | you can just give me a moment. |
| 02:05:37 | 20 | Q.   Sure. |
| 02:05:56 | 21 | A.   So as I described earlier, we have |
| 02:06:00 | 22 | ██████████████ that has occurred with the ██████. |
| 02:06:03 | 23 | We have ██████████ that is exposed and is outside |
| 02:06:06 | 24 | of his body. |
| 02:06:15 | 25 | The ██████ that is portrayed, the ████████ |

**EXHIBIT 195**
**2738**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:06:20 | 1 | ████, does have a ██████████████████████ |
| 02:06:26 | 2 | ████████████████.  You can see exposure of ██████████ |
| 02:06:42 | 3 | There is a lack of rigidity to his body.  So that |
| 02:06:48 | 4 | would imply that there's numerous fractures that |
| 02:06:50 | 5 | happened. |
| 02:06:55 | 6 | As I described before, he is not in |
| 02:06:59 | 7 | anatomically appropriate position, which implies |
| 02:07:03 | 8 | those fractures. |
| 02:07:12 | 9 | Q.   I'm sorry.  Go ahead.  I didn't mean to |
| 02:07:14 | 10 | cut you off. |
| 02:07:15 | 11 | A.   There's also █████████████████████ |
| 02:07:18 | 12 | Q.   It sounds like -- when you say there is |
| 02:07:32 | 13 | ██████████████████████████████████████, does that |
| 02:07:36 | 14 | mean that there are ██████████████████████████ |
| 02:07:47 | 15 | █████████████████████? |
| 02:07:52 | 16 | A.   I can see ██████.  I see ████████████ |
| 02:08:07 | 17 | The ████████ are not discernible.  It's not really |
| 02:08:14 | 18 | something that you'd be able to describe as ████████ |
| 02:08:17 | 19 | It just looks like a ████████████████ |
| 02:08:22 | 20 | Q.   Okay.  Let's turn to the lower body.  I |
| 02:08:28 | 21 | think the autopsy report indicated that the -- that |
| 02:08:32 | 22 | ████████████████████████████████████████ Kobe's |
| 02:08:37 | 23 | ██████████████████████████████; is that right? |
| 02:08:42 | 24 | ██████████████████████████? |
| 02:08:44 | 25 | A.   I would need to just confirm with that |

**EXHIBIT 195**
**2739**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:08:46 | 1 | autopsy report to verify.  But yes, ███████ |
| 02:08:49 | 2 | ████████████.  The location, I think, would be |
| 02:08:52 | 3 | best described in the autopsy report. |
| 02:08:55 | 4 | Q.   Okay.  Do you have any photos -- does the |
| 02:08:57 | 5 | Coroner's Office have any photos depicting the site |
| 02:09:03 | 6 | of ██████████████████? |
| 02:09:05 | 7 | A.   We have images that portray the |
| 02:09:09 | 8 | ████████████.   However, they're not the scene |
| 02:09:13 | 9 | photos.  So I would need to pull those up to |
| 02:09:16 | 10 | verify -- |
| 02:09:17 | 11 | Q.   Okay. |
| 02:09:17 | 12 | A.   -- what that ███████████ -- to describe |
| 02:09:19 | 13 | that ████████. |
| 02:09:22 | 14 | Q.   Okay.  Do you have any photos of his ███████ |
| 02:09:25 | 15 | as they were found at the crash site? |
| 02:09:39 | 16 | A.   I would need to do one more review |
| 02:09:41 | 17 | because the image I have in my mind having just |
| 02:09:46 | 18 | reviewed them, they're not a scene photo.  I would |
| 02:09:49 | 19 | need to just confirm if we have those images in |
| 02:09:52 | 20 | place in the scene. |
| 02:09:54 | 21 | Q.   Okay.  Would it be helpful to go off the |
| 02:09:58 | 22 | record for a couple of minutes for you to do that? |
| 02:10:02 | 23 | MR. TOKORO:  I don't think it will take |
| 02:10:03 | 24 | that long, Brandon.  Just give us a second here. |
| 02:10:09 | 25 | MR. MARTINEZ:  Okay. |

**EXHIBIT 195**
**2740**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:10:22 | 1 | MR. TOKORO:  Okay, Brandon.  We're |
| 02:13:09 | 2 | ready. |
| 02:13:10 | 3 | MR. MARTINEZ:  Perfect. |
| 02:13:16 | 4 | Can the court reporter please read |
| 02:13:18 | 5 | back -- |
| 02:13:18 | 6 | THE WITNESS:  Wait. |
| 02:13:19 | 7 | MR. MARTINEZ:  I'm sorry. |
| 02:13:19 | 8 | THE WITNESS:  I do have some additional |
| 02:13:20 | 9 | photos that I did not previously include. |
| 02:13:20 | 10 | BY MR. MARTINEZ: |
| 02:13:20 | 11 | Q.   Okay. |
| 02:13:24 | 12 | A.   If I can add those to the photos that |
| 02:13:26 | 13 | depict Kobe Bryant and his remains at the scene. |
| 02:13:33 | 14 | We have -- |
| 02:13:33 | 15 | Q.   Yes, please. |
| 02:13:34 | 16 | A.   -- RAE_3115 through RAE_3118.  SRT_4240 |
| 02:13:47 | 17 | through SRT_4244. |
| 02:13:58 | 18 | Q.   Do those photos that you've just |
| 02:14:00 | 19 | identified, do they reflect -- upon looking at those |
| 02:14:08 | 20 | photos, do they change any of the answers that |
| 02:14:12 | 21 | you've given to me about the state of Kobe Bryant's |
| 02:14:16 | 22 | remains? |
| 02:14:17 | 23 | A.   The question you had about the ███████ |
| 02:14:25 | 24 | ████ can we clarify that question? |
| 02:14:27 | 25 | Q.   Sure, sure, sure.  What more information |

CENTEXT LITIGATION SERVICES
855.CENTEXT                                                    128

**EXHIBIT 195**
**2741**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:14:31 | 1 | do you have to tell me? |
| 02:14:32 | 2 | A.   We have -- his ▇▇▇▇▇▇ was located |
| 02:14:56 | 3 | within the debris field among foliage. |
| 02:15:01 | 4 | Unfortunately, I don't have the location of that |
| 02:15:05 | 5 | within the debris field, but it is photographed in |
| 02:15:10 | 6 | place. |
| 02:15:10 | 7 | And you had asked about the ▇▇▇▇▇▇ |
| 02:15:17 | 8 | ▇▇▇▇▇▇. |
| 02:15:19 | 9 | Q.   Okay. |
| 02:15:21 | 10 | A.   There are ▇▇▇▇▇ that display from the |
| 02:15:28 | 11 | ▇▇▇ They are on skin that is very loose. ▇▇▇ |
| 02:15:40 | 12 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 02:15:48 | 13 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇.   And |
| 02:15:54 | 14 | the injury to the right hand includes a ▇▇▇▇▇ |
| 02:15:59 | 15 | near the ▇▇▇▇ as well as some skin disruption on |
| 02:16:04 | 16 | the ▇▇▇▇▇. |
| 02:16:09 | 17 | You can tell that this is ▇▇▇▇▇ |
| 02:16:12 | 18 | ▇▇▇because it is away from the body, but as well |
| 02:16:16 | 19 | as the ▇▇▇▇▇▇that is coming from the -- what |
| 02:16:22 | 20 | would be ▇▇▇▇▇▇. |
| 02:16:32 | 21 | Q.   Thank you.  That's extremely helpful. |
| 02:16:35 | 22 | Anything else in the photo that you've |
| 02:16:39 | 23 | just identified that is pertinent to the questions I |
| 02:16:43 | 24 | asked you earlier about the state of Kobe Bryant's |
| 02:16:46 | 25 | body as they were -- as they were at the crash site? |

**EXHIBIT 195**
**2742**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:21:20 | 1 | Q.   Okay.  All right.  Let's move on to the |
| 02:21:26 | 2 | remains of Gianna Bryant, and particularly, the |
| 02:21:30 | 3 | photos that the Coroner's Office has of Gianna |
| 02:21:36 | 4 | Bryant's remains at the crash site. |
| 02:21:42 | 5 | And I'll just start with -- I think the |
| 02:21:44 | 6 | question that we -- that Jason anticipated earlier, |
| 02:21:47 | 7 | which is how many photos does the Coroner's Office |
| 02:21:50 | 8 | have in its possession of the remains of Gianna |
| 02:21:54 | 9 | Bryant at the crash site? |
| 02:21:55 | 10 | A.   We have 17 images with Gianna Bryant. |
| 02:21:59 | 11 | Q.   Can you please read the labels for those |
| 02:22:05 | 12 | images into the record, please? |
| 02:22:07 | 13 | A.   SRT_4106 through SRT_4122. |
| 02:22:21 | 14 | Q.   Okay.  Can you give me -- based on the |
| 02:22:26 | 15 | images and your knowledge as the Coroner's Office -- |
| 02:22:30 | 16 | Coroner's Office's designee, can you summarize the |
| 02:22:34 | 17 | state of Gianna Bryant's remains as they were found |
| 02:22:38 | 18 | at the crash site? |
| 02:22:39 | 19 | A.   She was initially observed covered with |
| 02:22:43 | 20 | a pink blanket by two coroner staff members who |
| 02:22:52 | 21 | rappelled to her location.  It was not what you |
| 02:22:54 | 22 | would be able to observe from that bicycle path. |
| 02:23:00 | 23 | They did conduct a GPS of her location. |
| 02:23:08 | 24 | She was initially found in a position in which she |
| 02:23:13 | 25 | is resting on her right side with her ▮▮▮▮▮ over |

**EXHIBIT 195**
**2743**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021



| | | |
|---|---|---|
| 02:23:19 | 1 | her ▮▮. And her ▮▮▮▮ appears to be |
| 02:23:26 | 2 | ▮▮▮▮▮▮▮▮▮ in an anatomically |
| 02:23:33 | 3 | inappropriate position. And there is -- the |
| 02:23:37 | 4 | ▮▮▮▮▮ is also apparent for the ▮▮▮. |
| 02:23:42 | 5 | She was ▮▮▮▮. We have her |
| 02:23:45 | 6 | depicted as ▮▮▮▮▮▮▮ |
| 02:23:50 | 7 | ▮▮▮▮▮▮▮▮▮ |
| 02:23:57 | 8 | ▮▮▮▮ |
| 02:24:00 | 9 | There is ▮▮▮ that is coming from |
| 02:24:02 | 10 | the ▮▮▮▮▮▮▮ |
| 02:24:08 | 11 | There is ▮▮▮▮▮▮ |
| 02:24:15 | 12 | and you can see abrasion, kind of like a road rash |
| 02:24:21 | 13 | injury on her ▮▮▮. |
| 02:24:28 | 14 | The images in the field do not depict |
| 02:24:33 | 15 | the ▮▮▮▮. However, you can tell |
| 02:24:37 | 16 | that there is ▮▮▮▮▮ as well as |
| 02:24:44 | 17 | distortion to her ▮▮. So it would suggest that |
| 02:24:48 | 18 | she has numerous fractures. |
| 02:25:02 | 19 | Q. In those photos, is any ▮▮▮▮ |
| 02:25:13 | 20 | ▮▮▮▮▮▮▮▮▮▮▮? |
| 02:25:18 | 21 | A. ▮▮▮▮▮▮ |
| 02:25:24 | 22 | ▮. ▮▮▮▮▮▮▮▮ |
| 02:25:29 | 23 | ▮▮▮ And that is on the left side of▮▮▮. |
| 02:25:35 | 24 | There's a ▮▮▮ on the right side, as well as |
| 02:25:39 | 25 | ▮▮▮▮▮▮ And that is on |

**EXHIBIT 195**
**2744**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:25:45 | 1 | the lower left side of her body, her ██████ |
| 02:25:55 | 2 |     Q.   Is her -- is the complexion of her skin |
| 02:26:00 | 3 | discernible in the photos? |
| 02:26:02 | 4 |     A.   Yes.  It does depict her skin tone. |
| 02:26:12 | 5 |     Q.   And what is that ██████ as discernible |
| 02:26:17 | 6 | in the photo? |
| 02:26:18 | 7 |     A.   She appears to be a ██████████ |
| 02:26:22 | 8 | ████ |
| 02:26:22 | 9 |     Q.   Is her ████████ discernible in the |
| 02:26:30 | 10 | photo? |
| 02:26:31 | 11 |     A.   Yes. |
| 02:26:33 | 12 |     Q.   And what is that ██████████? |
| 02:26:37 | 13 |     A.   She is ████████, and it appears to |
| 02:26:40 | 14 | be a long length. |
| 02:26:45 | 15 |     Q.   Is the ██████████ as depicted |
| 02:26:49 | 16 | in the photo? |
| 02:26:50 | 17 |     A.   It is ████████████ |
| 02:26:58 | 18 | ██████████   So it's hard to tell if |
| 02:27:01 | 19 | it's from, that is how her body came to rest, or if |
| 02:27:06 | 20 | it's because ██████.  And you would need to |
| 02:27:10 | 21 | manipulate her body to be able to tell further. |
| 02:27:16 | 22 |     Q.   Okay. |
| 02:27:16 | 23 |     A.   She does have various vegetative debris |
| 02:27:21 | 24 | on her body. |
| 02:27:30 | 25 |     Q.   The right -- do you have any photos of |

**EXHIBIT 195**
**2745**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:30:42 | 1 | BY MR. MARTINEZ: |
| 02:30:43 | 2 | Q.   Okay.  Let's move on to another part of |
| 02:30:46 | 3 | Gianna Bryant's body. |
| 02:30:50 | 4 | With respect to her ███████ or ███████ -- |
| 02:30:55 | 5 | I'm not sure which is the anatomically correct term, |
| 02:31:01 | 6 | but I'll just use the word ███████. |
| 02:31:02 | 7 | Are any of her ███████████████ in |
| 02:31:07 | 8 | the photos of her remains at the crash site? |
| 02:31:09 | 9 | A.   The front side of her body is intact. |
| 02:31:17 | 10 | And when she was initially examined, there was |
| 02:31:23 | 11 | ██████████████████████████████████████ |
| 02:31:27 | 12 | ████.  There is a lower part of her body that is |
| 02:31:33 | 13 | only seen when you manipulate ███████████. |
| 02:31:38 | 14 | When she was initially examined, you can |
| 02:31:41 | 15 | see some ██████████████████████████ |
| 02:31:48 | 16 | ██████████   Because she's in this side position |
| 02:31:52 | 17 | and against foliage, against the embankment of that |
| 02:31:59 | 18 | ravine, there's only a small amount that you can |
| 02:32:01 | 19 | see of the ██████████████. |
| 02:32:04 | 20 | Q.   Okay.  Let's talk about the lower part of |
| 02:32:14 | 21 | her body as depicted in the photos of her remains at |
| 02:32:19 | 22 | the crash site.  Can you summarize -- I'll just |
| 02:32:25 | 23 | rephrase it this way: |
| 02:32:26 | 24 | Can you summarize the state of the lower |
| 02:32:28 | 25 | parts of her body as depicted in those photos of her |

**EXHIBIT 195**
**2746**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:32:34 | 1 | remains at the crash site? |
| 02:32:34 | 2 | A.   So the picture depicts -- or the picture |
| 02:32:40 | 3 | depicts that there is ███████████████████ |
| 02:32:43 | 4 | ████████████████████████████████████████ |
| 02:32:48 | 5 | ████████████████████  There are abrasions that |
| 02:32:54 | 6 | are on the ███████ ████████████.  She is |
| 02:32:59 | 7 | ████████████, and so it is limited to be able to |
| 02:33:04 | 8 | view any of that other injury. |
| 02:33:07 | 9 | There is ████████████on both, |
| 02:33:11 | 10 | in which ████████████████████████ |
| 02:33:16 | 11 | ████████████████████  There is the -- |
| 02:33:28 | 12 | I'm going to back up on this picture. |
| 02:33:33 | 13 | So we do have the ████████████████████ |
| 02:33:37 | 14 | not ██████████████████ and there is the |
| 02:33:41 | 15 | presence of a ████████████, which you cannot see |
| 02:33:45 | 16 | within, but likely containing the ████████████████ |
| 02:33:51 | 17 | ████████.  It is suffering from traumatic |
| 02:33:56 | 18 | injury with multiple fractures. |
| 02:34:03 | 19 | Q.   And the ████ that was ████████████ |
| 02:34:06 | 20 | ████████ that you were just describing was the |
| 02:34:09 | 21 | left; is that right? |
| 02:34:10 | 22 | A.   So her ████████, there is ████████████ |
| 02:34:13 | 23 | connecting the vast majority of ████████ connecting |
| 02:34:18 | 24 | to this portion that's covered by the ████████████ |
| 02:34:21 | 25 | Q.   Okay.  And is it ████████████████████ |

**EXHIBIT 195**
**2747**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

| | | |
|---|---|---|
| 02:34:27 | 1 | ████████████████████████ |
| 02:34:32 | 2 | MR. TOKORO:  Brandon -- |
| 02:34:32 | 3 | BY MR. MARTINEZ: |
| 02:34:32 | 4 | Q.  How far up ███████ does it go? |
| 02:34:35 | 5 | MR. TOKORO:  Brandon, before we get to |
| 02:34:36 | 6 | the next question, I think you guys may have been |
| 02:34:38 | 7 | talking past each other on that last question. |
| 02:34:39 | 8 | Because as I understand that last question, you |
| 02:34:41 | 9 | were just asking her to confirm that the ██████ |
| 02:34:43 | 10 | ████████████████ is that right? |
| 02:34:48 | 11 | MR. MARTINEZ:  That's right. |
| 02:34:51 | 12 | MR. TOKORO:  I believe you testified |
| 02:34:52 | 13 | earlier it was the ██████. |
| 02:34:54 | 14 | THE WITNESS:  Okay.  If I can clarify. |
| 02:34:58 | 15 | BY MR. MARTINEZ: |
| 02:34:59 | 16 | Q.  Sure. |
| 02:34:59 | 17 | A.  What I am viewing in this image, the |
| 02:35:02 | 18 | ████████████████████ in which there is |
| 02:35:06 | 19 | ██████████ and ██████████████ from |
| 02:35:14 | 20 | the ██████ and ██████. |
| 02:35:18 | 21 | The left leg portrays a near amputation |
| 02:35:24 | 22 | with a ████████████ that is still |
| 02:35:29 | 23 | ████████████████████████████ |
| 02:35:34 | 24 | ████████. |
| 02:35:37 | 25 | Q.  That makes sense to me.  Thank you for |

**EXHIBIT 195**
**2748**

1    In the images that you have of Gianna

2  Bryant's remains at the crash site, is her -- is it

3  discernible whether her -- ██████████████████

4  ████████████████████████?

5    A.   You cannot tell that by the images in

6  the scene.

7    Q.   I believe you mentioned earlier there

8  were deformities ████████.

9    Is the -- is the ████ generally intact?

10  Summarize the state of the face as discernible in

11  the photos of her remains at the crash site.

12    A.   The photos depict the ██████████████

13  ████ and the ████ ██████████████████████ Her

14  ████ appear to be covered in either foliage or

15  dirt.  There's debris about her ████ There is

16  ████████ that is present around her ████████ and ██

17  ████████.  And there is fracture that you can see

18  within the upper part of ████ ████

19    And so the deformity is coming from that

20  main location where there's ████ fractures.  And

21  it's not the regular shape of ████████████.

22    Q.   Okay.  Are ████████ ██████████████

23  ████████

24    A.   The ████████ are closed, and you cannot

25  see the right side.  And the left side is closed,

**EXHIBIT 195**
**2749**

EMILY TAUSCHER, 30(B)(6), ATTORNEYS' EYES ONLY - 09/15/2021

```
 1              REPORTER'S CERTIFICATION

 2

 3      I, JoAnne Ichiki, duly authorized to administer

 4  oaths pursuant to Section 2093(b) of the California

 5  Code of Civil Procedure, do hereby certify:

 6      That the foregoing witness was by me

 7  administered an oath; that the deposition was then

 8  taken before me at the time and place herein set

 9  forth; that the testimony and proceedings were

10  reported stenographically by me and later

11  transcribed into typewriting under my direction;

12  that the foregoing is a true record of the testimony

13  and proceedings taken at that time.

14      Further, that if the foregoing pertains to the

15  original transcript of a deposition in a Federal

16  Case, before completion of the proceedings, review

17  of the transcript (X) was () was not requested.

18      I further certify that I am neither financially

19  interested in the action nor a relative or employee

20  of any attorney or party to this action

21      IN WITNESS WHEREOF, I have this date subscribed

22  my name.

23  Dated:  September 27, 2021

24

25                              JOANNE ICHIKI
                                CSR NO. 11660
```

**EXHIBIT 195**
**2750**