LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DECLARATION OF JASON H. TOKORO IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: December 27, 2021<br>Time:  1:30 p.m.<br><br>Pretrial Conf.: February 4, 2022<br>Time:  8:00 a.m.<br><br>Trial Date: February 22, 2022<br>Time:  8:30 a.m.<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

547235.3

DECLARATION OF JASON H. TOKORO IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Defendants County of Los Angeles ("County"), Los Angeles County Fire Department ("LACFD"), Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in further support of Defendants' Motion for Summary Judgment.

**Response to Plaintiff's Declaration**

**Paragraph 8 & Exhibit 88**

2. In paragraph 8 of her declaration, Plaintiff states that "[w]hen typing 'Kobe' into search functions to look for something related to my husband online, search features sometimes auto-suggest 'Kobe Bryant crash pictures' and 'Kobe Bryant body,'" and attaches a purported screenshot of one of these searches. [Dkt 190-6 ¶ 8.]

3. I ran the same online search using the term "Kobe," and my device did not return either of those auto-suggest topics. Instead, the search returned Kobe Steak House & Lounge in Seal Beach, and auto-suggested "kobe," "kobe bryant," "kobe shoes," and "kobe bryant net worth." A true and correct copy of a screenshot of my search is attached hereto as **Exhibit 232**.

**Paragraph 11**

4. In July 2021, Plaintiff made her first production of documents, which included certain photos.

5. At her deposition, Plaintiff (through her counsel) stipulated that she has no evidence that any of the photos were taken or disseminated by County, LASD, or LACFD personnel:

Plaintiff's counsel: "She doesn't know -- she doesn't know they're from the County. She didn't respond to any of these people and she doesn't know any of these people who posted or sent them to us. . . . Yeah, I'm in agreement with you that if the exhibits are the ones that we've seen on the screen, you know, that we would stipulate that she does not know the people who sent them, she does not know whether they came from the County, and she did not reply to any of the people."

(Rodriguez-Sanchirico Decl. Ex. 47 [V. Bryant Tr.] at 87:23-88:25.)

6. Plaintiff also testified to the same effect:

<u>Rodriguez-Sanchirico Decl. Ex. 47 [V. Bryant Tr.] at 9:7-9:23</u>:

Q. Do you know whether any photographs of your husband's and your daughter's bodies have been actually publicly disclosed yet?

[Objection]

A. There was one photograph which was online where someone said that it was my husband's body. And when I -- when I spoke to the Medical Examiner, that same photograph matched the location of where the Medical Examiner told me his body was found.

Q. And do you know who took that photograph?

A. I don't know.

Q. Do you know if it was anybody within the County?

A. I don't know.

<u>Id.</u> at 53:9-17:

Q. Plaintiff responds as follows: Plaintiff has seen photos of the January 26th helicopter crash posted online that purport to contain human remains. Okay? Do you see that?

A. Yes.

Q. Okay. Do you know whether any of those photos that you saw came from anybody in the County of Los Angeles? Do you know that, one way or another?

A. I don't.

547235.3

3

DECLARATION OF JASON H. TOKORO IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*Id.* at 54:4-12:

Q. Okay. My question to you is: Do you know whether any of those photos that you're referencing there came from or emanated from anybody at the County of L.A.? The Sheriff, the Fire Department, the Coroner, or anybody else? . . . Do you know one way or another?

A. No.

7. Despite the parties' stipulation and Plaintiff's deposition testimony, Plaintiff submitted a declaration with her Opposition to Defendants' Motion for Summary Judgment, wherein she stated that she has "already seen one photo purporting to show my husband's remains," and that she "suspect[s] the photo may have been taken and distributed by a deputy or firefighter." [Dkt. 190-6 ¶ 11.]

8. The photo Plaintiff is referring to was posted to Twitter on January 29, 2020. Plaintiff produced the tweet and photo with her first document production.

9. Plaintiff did not file the photo with her declaration.

10. Defense counsel advised Plaintiff's counsel that the photo should be filed to complete the record and so that the Court could review it in assessing Plaintiff's claims about where the photo came from. Given the sensitive nature of the issues involved in this case, Defendants offered to stipulate to having the documents lodged with the Court for *in camera* review, along with a sealing application. Defendants also offered to apply to have the documents filed under seal with the Court.

11. Plaintiff's counsel chose instead to file their own application to have the documents filed under seal. Plaintiff will file her application by no later than this Wednesday, December 15, 2021.

12. The Court will therefore have access to the tweet and photo in deciding Defendants' Motion for Summary Judgment.

13. The photo refutes Plaintiff's claims. It was not taken or disseminated by any of the Defendants, and it does not depict Plaintiff's husband.

14. The photo is blurred and no human remains are visible.

15. The photo is an aerial photo taken from either a helicopter or a drone. There is no allegation that County, LASD or LACFD personnel took or shared aerial photos of the crash site. To the contrary, Plaintiff asserts that County personnel were onsite on the day of the crash and took photos from the ground level.

16. The photo is the same imagery posted online by numerous media outlets that reported on the crash and is attributed to press photographers that took video of the crash site before Sheriff Villanueva set up the "no-fly" zone. Certain media also attributed the imagery to the National Transportation Safety Board (NTSB) as well—not the County, LASD or LACFD.[1] In fact, the tweet that accompanied the photo when it was posted online states that it is a photo "released by the media of Kobe Bryant helicopter crash."

**Exhibits in Response to Plaintiff's Facts**

17. True and correct copies of LASD's litigation hold notices and related communications are attached hereto as **Exhibit 233**. These exhibits were previously filed as Exhibits A-H to the Declaration of LASD Commander Scott E. Johnson in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions filed on November 8, 2021. [Dkt. 151-56, Page ID #: 8217-8250.]

18. True and correct copies LACFD's litigation hold notices and related correspondence are attached hereto as **Exhibit 234**. These exhibits were previously filed as Exhibits A-D to the Declaration of LACFD Risk Manager Julia Kim in Support of Defendants' Opposition to Plaintiffs' Motion for Spoliation Sanctions filed on November 8, 2021. [Dkt. 151-63, Page ID #: 8328-8355**.]**

19. A true and correct copy of excerpts of the deposition of Captain Tony Imbrenda is attached hereto as **Exhibit 235.**

---

[1] *See, e.g.,* https://www.latimes.com/california/story/2020-01-26/aircraft-slams-into-hillside-explodes-in-flames-near-calabasas; https://www.foxla.com/video/648626; https://abc7.com/kobe-helicopter-bryant-crash-video/5883566/.

20. A true and correct copy of excerpts of the deposition of Captain Sky Cornell is attached hereto as **Exhibit 236**.

21. A true and correct copy of excerpts of the deposition of Sheriff Alex Villanueva is attached hereto as **Exhibit 237.**

22. A true and correct copy of excerpts of the deposition of Commander Jorge Valdez is attached hereto as **Exhibit 238.**

23. A true and correct copy of excerpts of the deposition of Chief Dennis Kneer is attached hereto as **Exhibit 239.**

24. A true and correct copy of excerpts of the deposition of Deputy Raul Versales is attached hereto as **Exhibit 240.**

25. A true and correct copy of excerpts of the deposition of Deputy Christopher Jauregui is attached hereto as **Exhibit 241.**

26. A true and correct copy of excerpts of the deposition of Detective Scott Miller is attached hereto as **Exhibit 242.**

27. A true and correct copy of excerpts of the deposition of Deputy Doug Johnson is attached hereto as **Exhibit 243.**

28. A true and correct copy of excerpts of the deposition of Deputy Ben Sanchez is attached hereto as **Exhibit 244.**

29. A true and correct copy of excerpts of the deposition of Deputy Joey Cruz is attached hereto as **Exhibit 245.**

30. A true and correct copy of excerpts of the deposition of Deputy Michael Russell is attached hereto as **Exhibit 246.**

31. A true and correct copy of excerpts of the deposition of Deputy Ruby Cable is attached hereto as **Exhibit 247.**

32. A true and correct copy of excerpts of the deposition of Deputy Rafael Mejia is attached hereto as **Exhibit 248.**

33. A true and correct copy of excerpts of the deposition of Justin Price is attached hereto as **Exhibit 249.**

34. A true and correeect copy of excerpts of the deposition of Adam Bercovici is attached hereto as **Exhibit 250.**

35. Complete copies of the foregoing transcripts of all deponents except Adam Bercovici were delivered to chambers on November 22, 2021 and December 7, 2021. A complete copy of the Bercovici deposition transcript will be delivered to the Court with the courtesy copies for Defendants' Reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of December, 2021, at Los Angeles, California.

_____
Jason H. Tokoro

**INDEX OF EXHIBITS TO THE DECLARATION OF JASON H. TOKORO**

| Ex. No. | Description | Pg. No. |
|---|---|---|
| 232. | Screenshot of my search for "Kobe" | 10-11 |
| 233. | LASD's Litigation Hold Notices and Related Communications | 12-38 |
| 234. | LACFD's Litigation Hold Notices and Related Communications | 39-63 |
| 235. | Excerpts of the deposition of Captain Tony Imbrenda | 64-78 |
| 236. | Excerpts of the deposition of Captain Sky Cornell | 79-89 |
| 237. | Excerpts of the deposition of Sheriff Alex Villanueva | 90-109 |
| 238. | Excerpts of the deposition of Commander Jorge Valdez | 110-116 |
| 239. | Excerpts of the deposition of Chief Dennis Kneer | 117-139 |
| 240. | Excerpts of the deposition of Deputy Raul Versales | 140-148 |
| 241. | Excerpts of the deposition of Deputy Christopher Jauregui | 149-158 |
| 242. | Excerpts of the deposition of Detective Scott Miller | 159-164 |
| 243. | Excerpts of the deposition of Deputy Doug Johnson | 165-172 |
| 244. | Excerpts of the deposition of Deputy Ben Sanchez | 173-182 |
| 245. | Excerpts of the deposition of Deputy Joey Cruz | 183-189 |
| 246. | Excerpts of the deposition of Deputy Michael Russell | 190-196 |
| 247. | Excerpts of the deposition of Deputy Ruby Cable | 197-203 |

| Ex. No. | Description | Pg. No. |
|---|---|---|
| 248. | Excerpts of the deposition of Deputy Rafael Mejia | 204-210 |
| 249. | Excerpts of the deposition of Justin Price | 211-226 |
| 250. | Excerpts of the deposition of Adam Bercovici | 227-233 |

547235.3

9

DECLARATION OF JASON H. TOKORO IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT