# Exhibit 242

**Defendants' Summary Judgmet Exhibit No. 242**
**Page 159**

**CERTIFIED COPY**

```
 1                UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4   VANESSA BRYANT, a California )
     Resident,                    )
 5                                )
                  Plaintiff,      )
 6                                )
         vs.                      )   No. 2:20-cv-09582-JFW-E
 7                                )
     COUNTY OF LOS ANGELES, a     )
 8   Public entity, et al.,       )
                                  )
 9                Defendants.     )
     _____)
10

11

12

13              C O N F I D E N T I A L

14     VIDEO-RECORDED DEPOSITION OF SCOTT MILLER

15                  October 28, 2021

...

24   Theresa JoAnn Phillips-Blackwell, CSR 12700.
     476612
25
```

BARKLEY Court Reporters — barkley.com — SINCE 1972

(310) 207-8000 Los Angeles · (415) 433-5777 San Francisco · (949) 955-0400 Irvine · (858) 455-5444 San Diego
(310) 207-8000 Century City · (408) 885-0550 San Jose · (760) 322-2240 Palm Springs · (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento · (800) 222-1231 Martinez · (702) 366-0500 Las Vegas · (800) 222-1231 Monterey
(951) 686-0606 Riverside · (818) 702-0202 Woodland Hills · (702) 366-0500 Henderson · (516) 277-9494 Garden City
(212) 808-8500 New York City · (347) 821-4611 Brooklyn · (518) 490-1910 Albany · (914) 510-9110 White Plains
(312) 379-5566 Chicago · 00+1+800 222 1231 Paris · 00+1+800 222 1231 Dubai · 001+1+800 222 1231 Hong Kong

Case 2:20-cv-09582-JFW-E Document 207-11 Filed 12/13/21 Page 3 of 6 Page ID #:16720

```
09:30  1   Los Angeles, California.
09:30  2           MR. TOKORO:  Jason Tokoro of Miller Barondess.
09:30  3   We are counsel for the defendants in this case.  And I
09:30  4   am appearing from my office in Los Angeles, California.
09:30  5           THE VIDEOGRAPHER:  Thank you.
09:30  6           The court reporter may swear in the witness
09:31  7   remotely.
09:31  8           DEPOSITION OFFICER:  Raise your right hand,
09:31  9   please.
09:31 10           You do solemnly state that the evidence you
09:31 11   shall give in this matter shall be the truth, the whole
09:31 12   truth, and nothing but the truth, so help you God?
09:31 13           I didn't hear.
09:31 14           THE WITNESS:  Yes.
09:31 15           DEPOSITION OFFICER:  Thank you.
09:31 16
09:31 17                         EXAMINATION
09:31 18
09:31 19   BY MR. LAVOIE:
09:31 20       Q.  Detective Miller, good morning.
09:31 21           It is Detective Miller; right?
09:31 22       A.  Yes.
09:31 23       Q.  My name is Craig Jennings Lavoie.  I represent
09:31 24   Vanessa Bryant in this lawsuit against the L.A. County
09:31 25   Sheriff's Department, L.A. County, L.A. County Fire
```

7

SCOTT MILLER - CONFIDENTIAL

**BARKLEY** Court Reporters

Case 2:20-cv-09582-JFW-E Document 207-11 Filed 12/13/21 Page 4 of 6 Page ID #:16721

```
10:41  1  BY MR. LAVOIE:
10:41  2     Q.  Detective Miller, was there any purpose for you
10:41  3  to receive photos of the accident scene, that you're
10:41  4  aware of?
10:41  5         MR. TOKORO:  Objection.  Asked and answered
10:41  6  earlier today.
10:41  7         THE WITNESS:  Yes.  Originally, because I'm
10:41  8  running the command post, everything should come through
10:41  9  me and then disseminated out through me.
10:41 10  BY MR. LAVOIE:
10:41 11     Q.  So can you explain to me all the reasons why
10:41 12  you believe it was appropriate or useful for you to
10:42 13  receive these accident scene photos.
10:42 14     A.  Well, like I said before, anybody who came to
10:42 15  the command post, whether it's FAA or NTSB or sheriff's
10:42 16  Homicide Bureau, anybody like that, I would have the
10:42 17  images available to pass on to them at their request.
10:42 18     Q.  And did you pass on the images to anyone that
10:42 19  day?
10:42 20     A.  No.
10:42 21     Q.  Why not?
10:42 22     A.  It was never requested of me.
10:42 23     Q.  Any other reason, other than the one that you
10:42 24  just gave, why you believe it was useful or appropriate
10:42 25  for you to receive the accident scene photos?

                                 55
```

```
 1          DEPOSITION OFFICER'S CERTIFICATE
 2
 3   STATE OF CALIFORNIA    }
                            }  ss.
 4   COUNTY OF LOS ANGELES  }
 5
 6          I, THERESA JOANN PHILLIPS-BLACKWELL, hereby
 7   certify:
 8          I am a duly qualified Certified Shorthand
 9   Reporter in the State of California, holder of
10   Certificate Number CSR 12700 issued by the Court
11   Reporters Board of California and which is in full force
12   and effect.  (Fed. R Civ. P. 28(a)).
13          I am authorized to administer oaths or
14   affirmations pursuant to California Code of Civil
15   Procedure, Section 2093(b) and prior to being examined,
16   the witness was first duly sworn by me.  (Fed. R. Civ.
17   P. 28(a), 30(f)(1)).
18          I am not a relative or employee or attorney or
19   counsel of any of the parties, nor am I a relative or of
20   such attorney or counsel, nor am I financially
21   interested in this action.  (Fed. R. Civ. P. 28).
22          I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                          ///


                            142
```

```
 1   of the testimony given by the witness.  (Fed. R. Civ. P.
 2   30(f)(1)).
 3          Before Completion of the deposition, review of
 4   the transcript { } was {xx} was not requested.  If
 5   requested, any changes made by the deponent (and
 6   provided to the reporter) during the period allowed, are
 7   appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9   Dated: November 9, 2021
10
11                            _____
```

143

SCOTT MILLER - CONFIDENTIAL

BARKLEY
Court Reporters