1  LUIS LI (State Bar No 156081)
   Luis.Li@wsgrcom
2  WILSON SONSINI GOODRICH & ROSATI
   633 West Fifth Street, Suite 1550
3  Los Angeles, California 90071
   Telephone:  (323) 210-2900
4  Facsimile:   (866) 974-7329

5  CRAIG JENNINGS LAVOIE (State Bar No 293079)
   Craig.Lavoie@mtocom
6  JENNIFER L BRYANT (State Bar No 293371)
   Jennifer.Bryant@mtocom
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
8  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
9  Facsimile:   (213) 687-3702

10  Attorneys for Plaintiff Vanessa Bryant

11  [*Additional counsel listed on following page*]

12              **UNITED STATES DISTRICT COURT**

13      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

| | |
|---|---|
| 15  VANESSA BRYANT, | **CASE NO 2:20-cv-09582-JFW-E** |
| 16              Plaintiff, | **PARTIES' JOINT EXHIBIT LIST PURSUANT TO LOCAL RULE 16-6** |
| 17      v | Assigned to Hon John F Walter and Magistrate Judge Charles F Eick |
| 18  COUNTY OF LOS ANGELES, et al, | |
| 19              Defendants | Pretrial Conf:  February 4, 2022 Time:              8:00 am |
| 20 | |
| 21 | Trial Date:     February 22, 2022 Time:              8:30 am |
| 22 | |
| 23 | |

24

25

26

27

28

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1828
Facsimile: (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT


LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

Plaintiff Vanessa Bryant and Defendants Los Angeles County Sheriff's Department, County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales, by and through their counsel of record, respectfully submit their Joint Exhibit List Pursuant to Local Rule 16-6.

Case Title:   *Vanessa Bryant v County of Los Angeles, et al*

Case No:     2:20-cv-09582-JFW-E

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Email string between R Mendez and T Schrader (LASD) re Contact us - LASDOrg "Kobe" | | |
| 2 | COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | | |
| 3 | COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | | |
| 4 | COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | | |
| 5 | COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | | |
| 6 | COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | | |
| 7 | COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | | |
| 8 | COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |
| 9 | COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 10* | Email from Tchekmedyian (LA Times) to Mendez re deputy at Norwalk bar | | |
| 11 | Rafael Mendez Witness Interview Transcript (COLA000610- COLA000622) | | |
| 12 | Article: "LA County Deputies Shared Graphic Photos of Kobe Bryant Crash Scene, Sources Say" by Tchekmedyian, Pringle, LA Times | | |
| 13 | Victor Gutierrez Witness Interview Transcript (COLA000623-COLA000638) | | |
| 14 | INTENTIONALLY OMITTED | | |
| 15 | INTENTIONALLY OMITTED | | |
| 16 | Photo - Google Earth View 1 | | |
| 17 | Photo - Google Earth View 1, Annotated | | |
| 18 | Photo - Google Earth View 2 | | |
| 19 | Photo - Google Earth View 2, Annotated | | |
| 20* | Photo - LASC Lost Hills Station Facebook Photo | | |
| 21 | Email string from Marrone (LACFD) to Ortiz re Willow Incident Personnel, Annotated | | |
| 22 | Handwritten notes headed "Advised @ 11:11 AM," Redacted | | |
| 23 | INTENTIONALLY OMITTED | | |
| 24 | LACFD Standards of Behavior (COLA030147-COLA030150) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 25 | Email chain between Sprewell (LACFD), Imbrenda, Cornell, Ferguson, Navarez, Lim re LA County Sheriff's deputies allegedly shared photos of Bryant crash site | | |
| 26 | Letter from McCloud (LACFD) to Jordan re Intention to Discharge | | |
| 27 | Letter from McCloud (LACFD) to Imbrenda re Intention to Discharge | | |
| 28 | Letter from McCloud (LACFD) to Kahan re Intention to Suspend | | |
| 29 | 4/6/20 Memorandum from Ronda Jamgotchian to Deputy Chief William McCloud RE Investigation Report- Alleged Taking and Sharing of Photographs from Willow Incident by Fire Captain Michael Velazquez (COLA001379-COLA001383) | | |
| 30 | Email from Imbrenda to Pringle re Los Angeles County Fire Department Statement | | |
| 31 | Luis Li Letter to Fire Chief Osby dated March 2, 2020 | | |
| 32 | LASD Major Incident Log | | |
| 33 | 1/26/20 Sheriff's Department Supplementary Report (COLA007249-COLA007252) | | |
| 34* | 1/29/20 Email from David Katz to Johann Thrall re Thank You (COLA002614-COLA002616) | | |
| 35 | Newsletter: "The Backup Newsletter," Winter 2020 - California Reserve Peace Officers Association Quarterly Newsletter | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 36 | Email from Katz to "team02@malibusarorg" re Kobe Crash | | |
| 37 | David Katz Memo to Vander Horck re Crash Scene Photos | | |
| 38 | LASD Transcript of David Katz Internal Investigation Interview | | |
| 39 | LASD Transcript of Marcus Phillips Internal Investigation Interview | | |
| 40 | INTENTIONALLY OMITTED | | |
| 41 | Sarah Ellen Chester Autopsy Report (COLA029922-COLA029941) | | |
| 42 | Payton Chester Autopsy Report (COLA029802-COLA029821) | | |
| 43 | Identity and title of all Coroner Personnel who worked at the accident scene on 1/26/27 and/or 1/28/2020 and who worked on the autopsies of the victims | | |
| 44 | Kobe Bryant Autopsy Report (COLA029905-COLA029921) | | |
| 45 | Gianna Bryant Autopsy Report (COLA029882-COLA029904) | | |
| 46 | Photo - Google Earth View 3 | | |
| 47 | Photo - Google Earth View 3, Annotated | | |
| 48 | Photo - Google Earth View 4, Annotated | | |
| 49* | Alyssa Altobelli autopsy report | | |
| 50* | Christina Mauser autopsy report | | |

PARTIES' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 51* | Keri Altobelli autopsy report | | |
| 52* | John Altobelli autopsy report | | |
| 53 | Email chain between J Diez, H Mancinas, M Vander Horck, T Schrader, R Mendez, "SIB Media24" re FW: Contact US - LASDorg "Kobe" | | |
| 54 | Email chain between Diez, Mancinas, Vander Horck, Mendez, "SIB Media24" re FW: Contact US – LASD.org "Kobe" | | |
| 55 | LASD Transcript of Internal Affairs Interview of Hector Mancinas (COLA001010-031) | | |
| 56 | 3/3/20 Memo from Hector Mancinas to Salvador Becerra re Helicopter Crash in Calabasas (COLA000695-COLA000707) | | |
| 57 | 1/31/20 Memorandum from Christopher Jauregui to Hector Mancinas re Willow Incident Photographs (COLA004013-COLA004014) | | |
| 58 | Performance Log Entry for Doug Johnson, dated February 27, 2020 (COLA000747) | | |
| 59 | Performance Log Entry for Joey Cruz, dated February 27, 2020 (COLA000745) | | |
| 60 | Performance Log Entry for Michael Russell, dated February 27, 2020 (COLA000743) | | |
| 61 | Performance Log Entry for Rafael Mejia, dated February 27, 2020 (COLA000744) | | |
| 62 | Performance Log Entry for Raul Versales, dated February 27, 2020 (COLA000746) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 63 | LASD Notice of Completion of Investigation of Michael Russell, dated August 5, 2020 (COLA035253-61) | | |
| 64 | Photo at Golden Mike Awards | | |
| 65 | Audio Recording of Sky Cornell LAFD Investigation Interview, No 1 | | |
| 66 | Audio Recording of Sky Cornell LAFD Investigation Interview, No 2 | | |
| 68 | Audio Recording of LACFD Investigation Interview of Luella Weireter | | |
| 69 | PDF of Sheriff's Information Bureau (SIB) Website | | |
| 70 | Email of January 29, 2020 among Jorge Valdez, Matthew Vander Horck, and John Satterfield, titled "Re: Contact US - LASDorg 'Kobe'" (COLA007168) | | |
| 71 | LASD Transcript of Internal Affairs Interivew of Lt John Satterfield (COLA000693) | | |
| 72 | Email of February 26, 2020 among Alene Tchekmedyian, Alex Villanueva, Jorge Valdez, and Others, titled: "Re: LA Times follow up re Lost Hills" (COLA007318) | | |
| 73 | LA Times Article of February 28, 2020, titled: "Deputies were ordered to delete Kobe Bryant crash photos to avoid discipline, sources say" | | |
| 74 | Email of March 1, 2020 among SIB Media 24 and Melanie Holmes, titled: "RE: ET / Vanessa Bryant" (COLA024182) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 75 | Audio Recording of John Satterfield LASD Investigation Interview [1 of 2] (COLA006955) | | |
| 76 | 3/4/20 Memorandum from John Satterfield to Dennis Kneer re Inquiry Steps Taken – Helicopter Crash Email (COLA001064) | | |
| 77 | Video of Sheriff Alex Villanueva Press Conference | | |
| 78 | LASD Instagram Posts from 1/15/18, 8/9/15, and 8/23/15 | | |
| 79 | 3/4/20 Memorandum from Jorge Valdez to Dennis Kneer re Inquiry Steps Taken – Helicopter Crash Email (COLA000678-COLA000691) | | |
| 80 | INTENTIONALLY OMITTED | | |
| 81 | Email of March 3, 2020 Among SIB Media24, Jorge Valdez, Elizabeth Espinosa, and Others, titled: "Fwd: Los Angeles County Sheriff's Department" (COLA010161) | | |
| 82 | Email of March 3, 2020 Among Robert Boese, Jorge Valdez, and Others, titled "DRAFT CALABASA White Sheet responses" (COLA007500) | | |
| 83 | Email of March 2, 2020 Among Jorge Valdez, John Satterfield, and Others, titled: "FW: CNN Inquiry -" (COLA031880) | | |
| 84 | LASD Transcript of Internal Affairs Interview of Chief Dennis Kneer (COLA001077) | | |
| 85 | LASD Watch Commander's Service Comment Report dated July 31, 2016 (COLA035335) | | |

PARTIES' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 86 | Photo - Helicopter Identification Information | | |
| 87 | LAFD Incident Log (COLA030606) | | |
| 88 | Audio Recording of Andrew Smith LAFD Investigation Interview | | |
| 89 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's Second Set of Interrogatories | | |
| 90 | Plaintiff Vanessa Bryant's First Amended Responses & Objections to Defendant County of Los Angeles's First Set of Requests for Admission, Nos 2-6 | | |
| 91 | Consolidated Complaint for Damages (Wrongful Death/Survival/ Negligence / Helicopter Crash) | | |
| 92 | Vanessa Bryant communications with County of Los Angeles and Screenshots of Social Media Posts Produced by Vanessa Bryant (VB00000001- VB00000052) | | |
| 93 | Instagram Posts and Social Media Screenshots produced by Vanessa Bryant (VB00000053-VB00000093) | | |
| 94 | Text Message Exchange between Plaintiff and Commander Diana Gealta (VB00000094-95) | | |
| 95 | Twitter Screenshots Produced by Vanessa Bryant (VB00000096- VB00000103) | | |
| 96 | LASD Transcript of Internal Affairs Interview of Deputy Michael Russell (COLA000196) | | |
| 97 | Michael Russell Memo to Matthew Vander Horck, dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000715) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 98 | Summons in a Civil Action to Michael Russell dated March 22, 2021 | | |
| 99 | (Redacted) Cell Records of Michael Russell (COLA035636) | | |
| 100 | INTENTIONALLY OMITTED | | |
| 101 | Rafael Mejia Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000713) | | |
| 102 | LA Times Article dated September 22, 2020, titled: "Vanessa Bryant sues LA County sheriff, alleging 'cover-up' of Kobe Bryant crash photos" | | |
| 103 | LA Times Article dated February 27, 2021, titled "Vanessa Bryant wants to make public names of deputies accused of sharing Kobe crash photos" | | |
| 104 | Email Among Counsel dated March 22, 2021 Serving Summons on Deputy Defendants | | |
| 105 | Summons in a Civil Action to Rafael Mejia dated March 22, 2021 | | |
| 106 | Email of Deputy Defendants' Counsel Jason Tokoro dated October 4, 2021, titled: "Bryant/Chester/Mauser: Forensic Protocol" | | |
| 107 | INTENTIONALLY OMITTED | | |
| 108 | LASD Letter to Rafael Mejia re Notice of Completion of Investigation, dated August 5, 2020 (COLA035244) | | |
| 109 | New LASD Policy re Photos of Human Remains (COLA035884) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 110 | Raul Versales Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000712) | | |
| 111 | LASD Transcript of Raul Versales Internal Investigation Interview (COLA000097-117) | | |
| 112 | LASD Letter to Raul Versales re Notice of Completion of Investigation, dated August 5, 2020 (COLA035262-69) | | |
| 113 | INTENTIONALLY OMITTED | | |
| 114 | NBC 4 Article: "Vanessa Bryant Files Claim Against Sheriff's Department Over Photos of Crash Site" | | |
| 115 | Email dated February 28, 2020 from Tony Imbrenda to Stephanie Stanton, titled: "Official Statement regarding the Willow Incident" (COLA011458) | | |
| 116 | LAFD Internal Investigation Notice to Tony Imbrenda (COLA035026) | | |
| 117 | Email from Joey Cruz to himself dated January 30, 2020 at 5:52 pm, titled "Willow Incident" (003304) | | |
| 118 | Email from Joey Cruz to himself dated January 30, 2020 at 6:03 pm, titled "Willow Incident" (COLA003310) | | |
| 119 | Email from Joey Cruz to himself dated January 30, 2020 at 6:06 pm, attaching "Willow Incident.docx" (COLA003317) | | |
| 120 | Email from Joey Cruz to himself dated January 30, 2020 at 6:12 pm, attaching "Willow Incident.docx" (COLA003326) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 121 | Email from Joey Cruz to himself dated January 30, 2020 at 6:21 pm, attaching "Willow Incident.docx" (COLA003330) | | |
| 122 | Memo from Joey Cruz to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000714) | | |
| 123 | LASD Transcript of Joey Cruz Internal Investigation Interview (COLA000148-194) | | |
| 124 | Memo from Salvador Becerra to William Jaeger dated July 24, 2020 (COLA035214-19) | | |
| 125 | INTENTIONALLY OMITTED | | |
| 126 | 1/29/20 Email from Dennis Kneer to Matthew Vander Horck RE: Contact US -LASDorg "Kobe" (COLA007135-COLA007136) | | |
| 127 | INTENTIONALLY OMITTED | | |
| 128 | LASD Transcript of Matthew Vander Horck Internal Investigation Interview (COLA001066-75) | | |
| 129 | Announcement of Vander Horck Transfer (COLA0035860) | | |
| 130 | 5/11/21 Malibu Times Article – "Lost Hills Captain Allegedly Clashed with Villanueva Over Bryant Crash Photos" | | |
| 131 | Email dated February 20, 2020 Involving Matthew Vander Horck, titled: "Fw: Contact US - LASDorg 'Kobe'" (COLA007303-04) | | |
| 132 | Ruby Cable Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000721) | | |

PARTIES' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 133 | Chris Jauregui Memo to Vander Horck re Willow Incident Photographs, dated January 31, 2020 (COLA000720) | | |
| 134 | LASD Transcript of Chris Jauregui Internal Investigation Interview (COLA000327-55) | | |
| 135 | LASD Transcript of 1st Internal Affairs Interview of Scott Miller (COLA000387-404) | | |
| 136 | LASD Transcript of 2nd Internal Affairs Interview of Scott Miller (COLA000406-07) | | |
| 137 | Audio Recording of Scott Miller LASD Investigation Interview [1 of 2] (COLA006921) | | |
| 138 | LASD Transcript of 1st Internal Affairs Interview of Ben Sanchez (COLA000357-365) | | |
| 139 | Doug Johnson Memo to Matthew Vander Horck dated January 31, 2020, titled: "Willow Incident - Helicopter Crash" (COLA000711) | | |
| 140 | Photos of LAFD Captain Brian Jordan (COLA035112) | | |
| 141 | Photos of LAFD Employees Rivera, Fidani, Sosa, Bautista, Rodriguez, Arellano, Palma, and Herrera (COLA035128-35) | | |
| 142 | INTENTIONALLY OMITTED | | |
| 143 | LASD Transcript of Internal Affairs 1st Interview of Doug Johnson (COLA000060-91) | | |
| 144 | LASD Transcript of Internal Affairs Interview of Travis Kelly (COLA000950-963) | | |
| 145 | LASD Transcript of 1st Internal Affairs Interview of Travis Kelly (COLA000417-438) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 146 | Travis Kelly Memo to Matthew Vander Horck dated January 30, 2020, titled: "WILLOW INCIDENT PHOTOGRAPHS" (COLA000722) | | |
| 147 | LASD Letter to Travis Kelly dated August 8, 2020, titled: "Notification Letter" (COLA035225-32) | | |
| 148 | 1/30/20 Memo from Fabio Vargas to Hector Mancinas re Willow Incident Photographs (COLA000719) | | |
| 149 | LASD Transcript of Internal Affairs Interview of Nicholas Bonelli (COLA000409-415) | | |
| 150 | Google Earth image (close) | | |
| 151 | Google Earth image (wide) | | |
| 152 | Emailed dated January 29, 2020 Among Dennis Kneer, Steven Gross, and Others, titled: "Re: Contact US - LASDorg 'Kobe'" (COLA009784-85) | | |
| 153 | INTENTIONALLY OMITTED | | |
| 154 | Email dated January 29, 2020 Among Sheriff Villanueva, John Burcher, and Others, titled: "FW: Contact US - LASDorg 'Kobe'" (COLA007145-46) | | |
| 155 | LASD Press Release re Crash Scene Photos, dated February 28, 2020 | | |
| 156 | Letter from Luis Li to Sheriff Villanueva dated March 2, 2020 | | |
| 157 | Transcript of LACFD Investigation Interview of Brian Jordan (COLA035078) | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 158 | Brian Jordan Cell Phone Records (VB00000104-575) | | |
| 159 | Hanley Law Group Letter to LAFD dated January 29, 2021 (COLA035497-550) | | |
| 160 | INTENTIONALLY OMITTED | | |
| 161 | Memo from McCloud to Jordan re Internal Investigation dated March 17, 2020 (COLA035057) | | |
| 162 | Memo from Marrone to Jordan re Direct Order dated May 29, 2020 (COLA035089) | | |
| 163 | Email from Jordan to Captain58LAC@yahoocom dated May 29, 2020 (COLA035020-24) | | |
| 164 | Defendant County of Los Angeles' Third Supplemental Responses to First Set of Interrogatories | | |
| 165 | Defendant County of Los Angeles' Responses to Plaintiff Vanessa Bryant's Second Set of Interrogatories | | |
| 166 | INTENTIONALLY OMITTED | | |
| 167 | LASD Internal Affairs Bureau Interview Transcript for Justin Diez Witness Interview (COLA000934- COLA000948) | | |
| 168 | *Marsh v County of San Diego*, 680 F3d 1148 (2012) | | |
| 169 | Defendant County of Los Angeles' Responses to Plaintiff Vanessa Bryant's Third Set of Interrogatories | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 170 | LASD Internal Affairs Bureau Interview Transcript for Commander Christopher Reed Witness Interview (COLA001083-COLA001086) | | |
| 171 | Instagram and Twitter Posts from LASD and LASD-associated accounts | | |
| 172 | Stipulation Regarding Protocol for Forensic Examination | | |
| 173 | Acknowledgement of Protocol and Directives | | |
| 174 | Chart of Custodian Information | | |
| 175 | Investigative Analysis Prepared for Parties | | |
| 176 | 11/3/21 Email from Justin Price re Neutral Forensic Examination | | |
| 177 | INTENTIONALLY OMITTED | | |
| 178 | Cellebrite Extraction Report (COLA037560-920) | | |
| 179 | 3/6/20 Email from Arlin Kahan to Anthony Marrone re Willow Incident Personnel (COLA029956-COLA029957) (Arlin Kahan Depo. Exhibit 118) | | |
| 180 | Fire Dispatch Log (COLA029973-78) | | |
| 181 | 5/29/20 Direct Order to Arlin Kahan (COLA035088) (Arlin Kahan Deposition Exhibit 120) | | |
| 182 | Verizon Wireless Call Log (COLA030639-41) | | |
| 183 | 12/10/20 Email re Arlin Kahan Rebuttal to Letter of Intent (COLA035012-COLA035014) (Arlin Kahan Deposition Exhibit 122) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 184 | 12/14/20 Email re Arlin Kahan Rebuttal to Letter of Intent (COLA035018-COLA035019) (Arlin Kahan Deposition Exhibit 123) | | |
| 185 | Text Messages between Monica Arnold and Vanessa Bryant (ARNOLD000001) (Monica Arnold Deposition Exhibit 2) | | |
| 186 | Plaintiffs' Initial Expert Witness Disclosure (David Freskos Deposition Exhibit 2) | | |
| 187 | Declaration of David J Freskos in Support of Plaintiffs' Motion for Spoliation Sanctions (David Freskos Deposition Exhibit 3) | | |
| 188 | Text Messages between Catherine Gasol and Vanessa Bryant (GASOL000001) (Catherine Gasol Deposition Exhibit 1) | | |
| 189 | Erik Scott Interview Transcript (Bryant 29067-00002) (Erik Scott Deposition Exhibit 1) | | |
| 190 | LAFD Internal Investigation Memo from Marrone to Kahan dated March 17, 2020 (COLA035056) | | |
| 191 | Social Media Posts by LASD Accounts | | |
| 192 | LAFD Direct Order from Marrone to Kahan (COLA035088) | | |
| 193 | LAFD Letter to Kahan re Intention to Suspend (COLA006967-96) | | |
| 194 | Kahan email to Marrone dated December 10, 2020, attaching Rebuttal to the Letter of Intent (COLA035012-14) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 195 | Email from Marrone to Kahan dater December 14, 2020, attaching Rebuttal to the Letter of Intent (COLA035018-19) | | |
| 196 | Text Messages between Kristin Pelinka and Vanessa Bryant (PELINKA0000001-PELINKA0000002) | | |
| 197 - 299 | INTENTIONALLY OMITTED | | |
| 300 | Villanueva Press Briefing - COLA001200 | | |
| 301 | Villanueva CBS 2 Interview - VB00003620 | | |
| 302 | Villanueva Fox 11 Interview - VB00003622 | | |
| 303 | Villanueva ABC 7 Interivew - COLA001182 | | |
| 304 | Villanueva KNX1070 Interview - COLA006932 | | |
| 305 | Villanueva NBC Interview - COLA030878 | | |
| 306 | Villanueva & Other LASD Statements to LA Times Audio Recording - https://wwwlatimescom/california/story/2021-12-21/vanessa-bryant-kobe-bryant-death-photos-lawsuit-la-county-sheriff | | |
| 307 | LASD Request for IAB Investigation, dated February 28, 2020 (COLA000906) | | |
| 308 | LASD Response to Vanessa Bryant Notice of Claim, dated May 11, 2020 (VB00000001) | | |
| 309 | Jack Altura Ltr to Luis Li re "Response to March 8, 2020 letter to Sheriff Villanueva," dated March 11, 2020 (VB00000002) | | |

PARTIES' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 310 | Jack Altura Ltr to Luis Li re "Response to March 2, 2020 Letter to Chief Osby," dated March 26, 2020 (VB00000004) | | |
| 311 | Jack Altura Ltr to Luis Li re "Response to March 2, 2020 letter to Sheriff Villanueva," dated March 10, 2020 (VB00000009) | | |
| 312 | Vanessa Bryant Notice of Claim on LA County Fire Department, dated July 20, 2020 (VB00000011) | | |
| 313 | Luis Li Ltr to Sheriff Alex Villanueva, dated March 8, 2020 (VB00000014) | | |
| 314 | Vanessa Bryant Notice of Claim on LA County Sheriff's Department, dated May 7, 2020 (VB00000020) | | |
| 315 | Jack Altura Ltr to Luis Li re "Response to March 2, 2020 Letter to Sheriff Villanueva," dated March 26, 2020 (VB00000039) | | |
| 316 | Jack Altura Ltr to Luis Li re "Response to March 8, 2020 Letter to Sheriff Villanueva," dated April 2, 2020 (VB00000045) | | |
| 317 | Instagram Message to Plaintiff from bhbb7231: "Ima leak Kobe's body" (VB00000048) | | |
| 318 | Annotated Photo Posted on Social Media ("Both legs with knees in air") (VB00000049) | | |
| 319 | Photo of Wreckage and Pink Blanket (VB00000050) | | |
| 320 | Taunting Message to Mrs Bryant on Social Media (VB00000051) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 321 | Twitter Post with Photos of Accident Scene, dated January 29, 2020 (VB00000052) | | |
| 322 | Instagram Comments Viewed by Plaintiff (VB00000071) | | |
| 323 | Twitter Post & Profile of "baby boo," dated January 31, 2020 (VB00000096-97) | | |
| 324 | Twitter Post & Profile of "AmericanAnswers.org/Facebook," dated February 7, 2020 (VB00000098-99) | | |
| 325 | Twitter Post & Profile of "DRYX," dated March 24, 2020 (VB00000100-01) | | |
| 326 | Twitter Post & Profile of "Princess Young," dated May 20, 2020 (VB00000102-03) | | |
| 327 | TMZ Article re Kobe Bryant's Death (VB00004166) | | |
| 328 | LASD Letter to Brian Williams & Max Huntsman, dated March 4, 2020 (VB00004190) | | |
| 329 | Search Auto-Populating "Kobe Bryant crash pictures" (VB00004197) | | |
| 330 | Audio Recording of Nicholas Bonelli LASD Investigation Interview (COLA006586) | | |
| 331 | Audio Recording of Ruby Cable LASD Investigation Interview (COLA006585) | | |
| 332 | LASD Transcript of Internal Affairs Interview of Ruby Cable (COLA000370-385) | | |
| 333 | Audio Recording of Joey Cruz LASD Investigation Interview [1 of 3] (COLA006581) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 334 | Audio Recording of Joey Cruz LASD Investigation Interview [2 of 3] (COLA006582) | | |
| 335 | Audio Recording of Joey Cruz LASD Investigation Interview [3 of 3] (COLA006583) | | |
| 336 | Audio Recording of Tony Imbrenda LAFD Investigation Interview (COLA035068) | | |
| 337 | Audio Recording of Chris Jauregui LASD Investigation Interview [1 of 2] (COLA006587) | | |
| 338 | Audio Recording of Chris Jauregui LASD Investigation Interview [2 of 2] (COLA006588) | | |
| 339 | Audio Recording of Doug Johnson LASD Investigation Interview [1 of 3] (COLA006267) | | |
| 340 | Audio Recording of Doug Johnson LASD Investigation Interview [2 of 3] (COLA006268) | | |
| 341 | Audio Recording of Doug Johnson LASD Investigation Interview [3 of 3] (COLA006269) | | |
| 342 | Audio Recording of Doug Johnson 2nd LASD Investigation Interview [1 of 3] (COLA006933) | | |
| 343 | Audio Recording of Doug Johnson 2nd LASD Investigation Interview [2 of 3] (COLA006934) | | |
| 344 | Audio Recording of Doug Johnson 2nd LASD Investigation Interview [3 of 3] (COLA006935) | | |
| 345 | LASD Transcript of Internal Affairs 2nd Interview of Doug Johnson (COLA000093-95) | | |
| 346 | Audio Recording of Doug Johnson LAFD Investigation Interview (COLA035118) | | |
| 347 | Audio Recording of Doug Johnson 2nd LAFD Investigation Interview (COLA035119) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 348 | Audio Recording of Brian Jordan LAFD Investigation Interview (COLA035078) | | |
| 349 | Audio Recording of Brian Jordan 2nd LAFD Investigation Interview (COLA035072) | | |
| 350 | Audio Recording of Arlin Kahan LAFD Investigation Interview (COLA035069) | | |
| 351 | Audio Recording of David Katz LASD Investigation Interview (COLA006323) | | |
| 352 | Audio Recording of Travis Kelly 1st LASD Investigation Interview (COLA006883) | | |
| 353 | Audio Recording of Travis Kelly 2nd LASD Investigation Interview [1 of 2] (COLA006962) | | |
| 354 | Audio Recording of Travis Kelly 2nd LASD Investigation Interview [2 of 2] (COLA006963) | | |
| 355 | Audio Recording of Dennis Kneer LASD Investigation Interview (COLA006953) | | |
| 356 | LASD Transcript of Internal Affairs Interview of Dennis Kneer (COLA001077-1081) | | |
| 357 | Audio Recording of Anthony Marrone LAFD Investigation Interview [1 of 2] (COLA035080) | | |
| 358 | Audio Recording of Anthony Marrone LAFD Investigation Interview [2 of 2] (COLA035081) | | |
| 359 | Audio Recording of Rafael Mejia LASD Investigation Interview [1 of 2] (COLA006577) | | |
| 360 | Audio Recording of Rafael Mejia LASD Investigation Interview [2 of 2] (COLA006578) | | |
| 361 | LASD Transcript of Internal Affairs Interview of Rafael Mejia (COLA000119-146) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 362 | Audio Recording of Hector Mancinas LASD Investigation Interview [1 of 3] (COLA006946) | | |
| 363 | Audio Recording of Hector Mancinas LASD Investigation Interview [2 of 3] (COLA006947) | | |
| 364 | Audio Recording of Hector Mancinas LASD Investigation Interview [3 of 3] (COLA006949) | | |
| 365 | Audio Recording of Ralph Mendez, Jr LASD Investigation Interview (COLA006257) | | |
| 366 | LASD Transcript of Internal Affairs Interview of Ralph Mendez, Jr (COLA000611-622) | | |
| 367 | Audio Recording of Scott Miller LASD Investigation Interview [2 of 2] (COLA006922) | | |
| 368 | Audio Recording of Scott Miller 2nd LASD Investigation Interview [1 of 2] (COLA006938) | | |
| 369 | Audio Recording of Scott Miller 2nd LASD Investigation Interview [2 of 2] (COLA006939) | | |
| 370 | Audio Recording of Michael Russell LASD Investigation Interview [1 of 2] (COLA006579) | | |
| 371 | Audio Recording of Michael Russell LASD Investigation Interview [2 of 2] (COLA006580) | | |
| 373 | Audio Recording of Ben Sanchez LASD Investigation Interview (COLA006592) | | |
| 374 | Audio Recording of Ben Sanchez 2nd LASD Investigation Interview [1 of 2] (COLA006936) | | |
| 375 | Audio Recording of Ben Sanchez 2nd LASD Investigation Interview [2 of 2] (COLA006937) | | |
| 376 | LASD Transcript of 2nd Internal Affairs Interview of Ben Sanchez (COLA000366-368) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 377 | Audio Recording of Erik Scott LAFD Investigation Interview (COLA035071) | | |
| 378 | Audio Recording of Matthew Vander Horck LASD Investigation Interview [1 of 2] (COLA006960) | | |
| 379 | Audio Recording of Matthew Vander Horck LASD Investigation Interview [2 of 2] (COLA006961) | | |
| 380 | Audio Recording of Jorge Valdez LASD Investigation Interview [1 of 3] (COLA006957) | | |
| 381 | Audio Recording of Jorge Valdez LASD Investigation Interview [2 of 3] (COLA006958) | | |
| 382 | Audio Recording of Jorge Valdez LASD Investigation Interview [3 of 3] (COLA006959) | | |
| 383 | LASD Transcript of Internal Affairs Interview of Jorge Valdez (COLA001045-053) | | |
| 384 | Audio Recording of Raul Versales LASD Investigation Interview [1 of 2] (COLA006575) | | |
| 385 | Audio Recording of Raul Versales LASD Investigation Interview [2 of 2] (COLA006576) | | |
| 386 | Audio Recording of Luella Weireter LAFD Investigation Interview (COLA035070) | | |
| 387 | Audio Recording of John Satterfield LASD Investigation Interview [2 of 2] (COLA006956) | | |
| 388 | Summons in a Civil Action to Raul Versales dated March 22, 2021 | | |
| 389 | Summons in a Civil Action to Joey Cruz dated March 22, 2021 | | |

PARTIES' JOINT EXHIBIT LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 390 | COLA001422 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:00-20:10 | | |
| 391 | COLA001423 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:10-20:20 | | |
| 392 | COLA001425 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:31-20:40 | | |
| 393 | COLA001426 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:40-20:51 | | |
| 394 | COLA001427 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:51-21:01 | | |
| 395 | COLA001428 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:01-21:11 | | |
| 396 | COLA001429 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:11-21:21 | | |
| 397 | COLA001433 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:52-22:03 | | |
| 398 | COLA001436 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:23-22:33 | | |
| 399 | COLA001438 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:44-22:46 | | |
| 400 | COLA001439 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:46-22:57 | | |
| 401 | Joey Cruz Cell Records, January 1 - March 6, 2020 (Bates COLA035763- COLA035822) | | |
| 402 | Rafael Mejia Cell Records, January 26 - March 4, 2020 (Bates COLA036079-COLA036662) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 403* | Custodian of Records Certification for Mejia and Versales Cell Records (VB00004136-VB00004150) | | |
| 404 | Rafael Mejia Consent to Release and Production of Cell Records by AT&T, signed September 28, 2021 (Bates VB00004182-VB00004183) | | |
| 405 | Michael Russell Cell Records, January 2 - March 31, 2020 (Bates COLA035626-COLA035746) | | |
| 406 | Raul Versales Cell Records, January 26 - March 4, 2020 (Bates COLA036079-COLA036094, COLA036663-COLA037559) | | |
| 407 | Raul Versales Consent to Release and Production of Cell Records by AT&T, signed September 29, 2021 (Bates VB00004184-VB00004185) | | |
| 408 | Douglas Johnson Cell Records, January 26 - March 4, 2020 (Bates COLA038063-COLA038538) | | |
| 409* | AT&T Custodian of Records Certification and Accompanying Materials for Douglas Johnson Cell Records, signed November 24, 2021 (Bates COLA038539-COLA038552) | | |
| 410 | Douglas Johnson Consent to Release and Production of Cell Records by AT&T, signed September 30, 2021 (Bates VB00004157-VB00004158) | | |
| 411 | Tony Imbrenda, Brian Jordan, & Arlin Kahan LAFD Cell Records, January 26 - March 3, 2020 (Bates COLA037937-COLA037969) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 412* | Verizon Custodian of Records Certification and Accompanying Materials for Shrout LASD, Miller LASD, Kelly Personal, Imbrenda LAFD, Jordan LAFD, & Kahan LAFD Cell Records, signed November 8, 2021 (Bates VB00004201-VB00004206) | | |
| 413 | Julia Kim (LAFD) Consent to Release and Production of Imbrenda, Jordan, & Kahan LAFD Cell Records by AT&T, signed September 28, 2021 (Bates VB00004159-VB00004160) | | |
| 414 | Julia Kim (LAFD) Consent to Release and Production of Imbrenda, Jordan, & Kahan LAFD Cell Records by Verizon, signed October 20, 2021 (Bates VB00004161-VB00004162) | | |
| 415 | Tony Imbrenda Personal Cell Records, January 25 - March 3, 2020 (Bates COLA035893-COLA035906) | | |
| 416* | Charter Custodian of Records Certification and Accompanying Materials for Tony Imbrenda Personal Cell Records, signed October 12, 2021 (Bates COLA035907-COLA035909) | | |
| 417 | Brian Jordan Personal Cell Records, January 26 - March 4, 2020 (Bates VB00003632-VB00004129) | | |
| 418* | AT&T Custodian of Records Certification and Accompanying Materials for Brian Jordan Personal Cell Records, signed November 19, 2021 (Bates VB00004130-VB00004135) | | |
| 419 | Order of MJ Eick Compelling Production of Brian Jordan Personal Cell Records, signed October 25, 2021 (Bates VB00004132-VB00004133) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 420 | Arlin Kahan Personal Cell Records, December 27 - March 26, 2020 (Bates COLA035861-COLA035880) | | |
| 421 | Benjamin Sanchez Cell Records, January 26 - March 3, 2020 (Bates COLA035910-COLA035933) | | |
| 422* | Verizon Custodian of Records Certification and Accompanying Materials for Jauregui & Sanchez Cell Records, signed October 25, 2021 (Bates VB00004198-VB00004200) | | |
| 423 | Benjamin Sanchez Consent to Release and Production of Cell Records by Verizon, signed September 29, 2021 (Bates VB00004151-VB00004152) | | |
| 424 | Ruby Cable Cell Records, January 26 - March 3, 2020 (COLA037970) | | |
| 425* | T-Mobile Custodian of Records Certification and Accompanying Materials for Ruby Cable Cell Records, signed November 17, 2021 (Bates COLA037971-COLA038003) | | |
| 426 | Ruby Cable Consent to Release and Production of Cell Records by AT&T, signed October 5, 2021 (Bates VB00004186-VB00004187) | | |
| 427 | Ruby Cable Consent to Release and Production of Cell Records by T-Mobile USA, Inc, signed October 20, 2021 (Bates VB00004188-VB00004189) | | |
| 428 | Stephanie Shrout & Scott Miller LASD Cell Records, January 26 - March 3, 2020 (Bates COLA037921-COLA037936) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 429 | David Sum (COLA) Consent to Release and Production of Shrout & Miller LASD Cell Records by Verizon, signed October 13, 2021 (Bates VB00004155-VB00004156) | | |
| 430 | Travis Kelly Cell Records, January 26 - March 3, 2020 (Bates COLA038004-COLA038030) | | |
| 431 | Travis Kelly Consent to Release and Production of Cell Records by Verizon, signed October 14, 2021 (Bates VB00004195-VB00004196) | | |
| 432 | Christopher Jauregui Cell Records, January 26 - March 3, 2020 (Bates COLA038031-COLA038058) | | |
| 433 | Christopher Jauregui Consent to Release and Production of Cell Records by Verizon, signed October 1, 2021 (Bates VB00004153-VB00004154) | | |
| 434 | LAFD Letter dated June 22, 2015, titled: "Intention to Suspend" (COLA035403-08) | | |
| 435 | LAFD Letter dated March 1, 2018 re Suspension (COLA035409-16) | | |
| 436 | LAFD Investigation Report dated May 29, 2015 (COLA035417-28) | | |
| 437 | LAFD Supplemental Investigation Report dated November 1, 2017 (COLA035429-37) | | |
| 438 | LAFD Letter of Reprimand dated March 27, 2019 (COLA035438-41) | | |
| 439 | LASD Letter to Doug Johnson dated August 8, 2020, titled: "NOTIFICATION LETTER" (COLA035220-24) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 440 | Cellbrite Extraction Report and Facebook Messenger Messages between Henry Shue and Ralph Grande | | |
| 441 | Photo of Detached Helicopter Tail (COLA036077) | | |
| 442 | Photo of Burning Helicopter Wreckage (COLA036078) | | |
| 443 | Audio Recording of Call Between Cate Brady and Nicholas Bonelli on January 26, 2020 (COLA006514) | | |
| 444 | Audio Recording of Call Between Cate Brady and Nicholas Bonelli on January 26, 2020 (COLA006532) | | |
| 445 | Cellebrite Extraction Report re Sanchez Text Messages | | |
| 446 | Radio Call re Helicopter Down (COLA006264) | | |
| 447 | Audio Recording of Roland Sprewell LAFD Interview (COLA0035076) | | |
| 448 | Audio Recording of Roland Sprewell Follow-up LAFD Interview (COLA0035136) | | |
| 449 | Audio Recording of John Satterfield LASD Investigation Interview [1 of 2] (COLA006955) | | |
| 450 | Audio Recording of John Satterfield LASD Investigation Interview [2 of 2] (COLA006956) | | |
| 451 | LASD Transcript of Internal Affairs Interview of John Satterfield (COLA001055-064) | | |
| 452 | Audio Recording of Marcus Phillips LASD Investigation Interview (COLA006954) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 453 | LASD Transcript of Internal Affairs Interview of Marcus Phillips (COLA001033-043) | | |
| 454 | Audio Recording of Christopher Reed LASD Investigation Interview (COLA006950) | | |
| 455 | LASD Transcript of Internal Affairs Interview of Christopher Reed (COLA001083-086) | | |
| 456 | Audio Recording of Fabio Vargas LASD Investigation Interview [1 of 2] (COLA006881) | | |
| 457 | Audio Recording of Fabio Vargas LASD Investigation Interview [2 of 2] (COLA006882) | | |
| 458 | LASD Transcript of Internal Affairs Interview of Fabio Vargas (COLA000313-325) | | |
| 459 | Audio Recording of Justin Diez LASD Investigation Interview (COLA006925) | | |
| 460 | LASD Transcript of Internal Affairs Interview of Justin Diez (COLA000447-456) | | |
| 461 | Audio Recording of Justin Diez 2nd LASD Investigation Interview [1 of 2] (COLA006948) | | |
| 462 | Audio Recording of Justin Diez 2nd LASD Investigation Interview [2 of 2] (COLA006945) | | |
| 463 | LASD Transcript of Internal Affairs Interview of Justin Diez (COLA000934-948) | | |
| 464 | Audio Recording of Andrew Smith LAFD Investigation Interview (COLA035079) | | |
| 465 | Audio Recording of Dennis Breshears LAFD Investigation Interview (COLA035082) | | |
| 466 | Audio Recording of Sky Cornell LAFD Investigation Interview [1 of 2] (COLA035074) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 467 | Audio Recording of Sky Cornell LAFD Investigation Interview [2 of 2] (COLA035077) | | |
| 468 | Parties' November 22, 2021 Stipulation Regarding Business Records Certificate for Rafael Mejia & Raul Versales Cell Records (Saigal Decl. ISO Plaintiff's MSJ Opp., Ex. 214) | | |
| 469* | Teri Johnson Consent to Release and Production of Cell Records by AT&T, signed October 27, 2021 (Bates VB00004193-VB00004194) | | |
| 470 | LA Times recording of Villanueva and Valdez (audio only) (VB00004208) | | |
| 471 | LA Times recording of Villanueva and Valdez (with subtitles) (VB00004209) | | |
| 472 | Defendant Joey Cruz's Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | | |
| 473 | Defendant LAFD's Responses to Plaintiff's Demands for Inspection, Set One, dated May 5, 2021 | | |
| 474 | Defendant LASD's Responses to Plaintiff's Demand for Inspection, Set One, dated April 9, 2021 | | |
| 475 | Defendant Rafael Mejia's Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | | |
| 476 | Defendant Michael Russell's Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 477 | Defendant Raul Versales' Responses to Plaintiff's Demands for Inspection, Set One, dated April 22, 2021 | | |
| 478 | Defendant COLA's Responses to Plaintiff's First Set of Requests for Admission, dated November 24, 2021 | | |
| 479 | Defendant LACFD's Responses to Plaintiff's First Set of Requests for Admission, dated November 29, 2021 | | |
| 480 | Defendant LASD's Responses to Plaintiff's First Set of Requests for Admission, dated November 29, 2021 | | |
| 481 | Defendant COLA's Responses to Plaintiff's First Set of Requests for Production, dated December 21, 2020 | | |
| 482 | Defendant COLA's Responses to Plaintiff's Second Set of Requests for Production, dated December 1, 2020 | | |
| 483 | Defendant COLA's Responses to Plaintiff's Third Set of Requests for Production, dated May 6, 2021 | | |
| 484 | Defendant COLA's Responses to Plaintiff's Fourth Set of Requests for Production, dated July 23, 2021 | | |
| 485 | Defendant Joey Cruz's Responses to Plaintiff's First Set of Requests for Production, dated May 4, 2021 | | |
| 486 | Defendant Joey Cruz's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 487 | Defendant LAFD's Responses to Plaintiff's First Set of Requests for Production, dated June 22, 2021 | | |
| 488 | Defendant LAFD's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | | |
| 489 | Defendant LASD's Responses to Plaintiff's First Set of Requests for Production, dated December 21, 2020 | | |
| 490 | Defendant LASD's Responses to Plaintiff's Second Set of Requests for Production, dated June 11, 2021 | | |
| 491 | Defendant Rafael Mejia's Responses to Plaintiff's First Set of Requests for Production, dated May 14, 2021 | | |
| 492 | Defendant Rafael Mejia's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | | |
| 493 | Defendant Michael Russell's Responses to Plaintiff's First Set of Requests for Production, dated May 14, 2021 | | |
| 494 | Defendant Michael Russell's Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | | |
| 495 | Defendant Raul Versales' Responses to Plaintiff's First Set of Requests for Production, dated May 14, 2021 | | |
| 496 | Defendant Raul Versales' Supplemental Responses to Plaintiff's First Set of Requests for Production, dated July 23, 2021 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 497 | Defendant Sheriff Alex Villanueva's Responses to Plaintiff's First Set of Requests for Production, dated December 21, 2020 | | |
| 498 | Defendant COLA's Responses to First Set of Interrogatories, dated December 7, 2020 | | |
| 499 | Defendant COLA's Supplemental Responses to First Set of Interrogatories, dated March 9, 2021 | | |
| 500 | Defendant COLA's Supplemental Responses to First Set of Interrogatories, dated March 12, 2021 | | |
| 501 | Defendant COLA's Third Supplemental Responses to First Set of Interrogatories, dated March 31, 2021 | | |
| 502 | Defendant COLA's Responses to Second Set of Interrogatories, dated April 19, 2021 | | |
| 503 | Defendant COLA's Responses to Third Set of Interrogatories, dated October 1, 2021 | | |
| 504 | Defendant Michael Russell's Responses to First Set of Interrogatories, dated October 25, 2021 | | |
| 505 | Defendants' Initial Disclosures, dated November 18, 2020 | | |
| 506 | Defendants' Supplemental Initial Disclosures, dated December 4, 2020 | | |
| 507 | Defendants Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales Initial Disclosures, dated April 27, 2021 | | |
| 508 | Defendant Los Angeles County Fire Department's Initial Disclosures, dated April 27, 2021 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 509 | Defendants' Second Supplemental Initial Disclosures, dated November 15, 2021 | | |
| 510 - 599 | INTENTIONALLY OMITTED | | |
| 600 | IAB Report Investigative Summary (COLA000016-COLA000057) | | |
| 601 | 1/26/20 Photographs Taken at Command Post by Rafael Mejia (COLA000773-COLA000775) | | |
| 602 | 1/26/20 Photographs Taken at Command Post by Raul Versales (COLA000762-COLA000771) | | |
| 603 | 1/27/20 The Sun Article – Kobe Bryant helicopter – 3 bodies recovered from dangerous crash site as harrowing photos of flaming wreckage emerge (https://wwwthe-suncom/news/318958/kobe-bryant-helicopter-crash-site-bodies-recovered-california/) | | |
| 604 | 1/29/20 The Mirror UK Article – Horrifying pictures of Kobe Bryant helicopter crash show full extent of deadly impact (https://wwwmirrorcouk/sport/other-sports/american-sports/horrifying-pictures-kobe-bryant-helicopter-21382121) | | |
| 605 | 2/7/20 AFP Fact Check Article – Alleged pictures of Kobe Bryant's body show Halloween props (https://factcheckafpcom/alleged-pictures-kobe-bryants-body-show-halloween-props) | | |
| 606 | 3/6/20 Direct Order to Tony Imbrenda (COLA0035086-COLA0035087) | | |
| 607 | 1/26/20 Photographs taken near the command post by Travis Kelly (COLA000781-COLA000796) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 608 | 10/14/20 Memo from Chief Daryl Osby re Passage of AB-2655 | | |
| 609 | 1/13/21 Email from LASD re Notification of California Penal Code section 6479(a) (COLA035888-COLA0355889 | | |
| 610 | 10/24/21 LA Times Article – Vanessa Bryant recounts dealing with callous LA County on day Kobe and Gianna died (https://wwwlatimescom/california/story/2021-10-23/vanessa-bryant-recounts-the-day-kobe-and-daughter-gianne-died) | | |
| 611 | 11/3/21 Kroll Supplemental Investigative Analysis | | |
| 612 | POST Basic Course Workbook | | |
| 613 | Policy and Ethics Chapter from Manual of Policies and Procedures | | |
| 614 | Updates to Learning Domain 30 | | |
| 615 | Plaintiff Vanessa Bryant's Amended Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |
| 616 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's First Set of Requests for Admission | | |
| 617 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's First Set of Interrogatories | | |
| 618 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |

PARTIES' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 619 | Plaintiff Vanessa Bryant's Second Amended Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |
| 620 | Plaintiff Vanessa Bryant's Third Amended Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |
| 621 | Plaintiff Vanessa Bryant's Amended Responses & Objections to Defendant County of Los Angeles's Second Set of Interrogatories | | |
| 622 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's Third Set of Interrogatories | | |
| 623 | Los Angeles County General Records Retention Schedule § G07070 | | |
| 624 | LACFD 3/3/20 Litigation Hold re Willow Incident (COLA035934 – COLA035941) | | |
| 625 | Written confirmations of receipt of 3/3/20 LACFD Litigation Hold re Willow Incident (COLA035934 – COLA035941) | | |
| 626 | LACFD 7/21/20 Revised Litigation Hold re Willow Incident  (COLA035951 – COLA035954) | | |
| 627 | Written confirmations of receipt of 7/21/20 Litigation Hold re Willow Incident (COLA035955 –COLA035956; COLA035943) | | |
| 628 | Forensic Extraction Report for Tony Imbrenda's LACFD –issued cellphone (COLA035475) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 629 | Forensic Extraction Report for Arlin Kahan's LACFD –issued cellphone  (COLA035331) | | |
| 630 | Forensic Extraction Report for Brian Jordan's LACFD –issued cellphone (COLA035332) | | |
| 631 | Chain of Custody re LACFD-issued cellphones (Case No 2:20-cv-09582-JFW-E Dkt 151-63, 52-53) | | |
| 632 | 5/11/20 Notice re Notice of Civil Claim of Vanessa Bryant to Captain Salvador Becerra (COLA035976 – COLA035982) | | |
| 633 | 6/23/20 Notice re Notice of Civil Claim of Vanessa Bryant (COLA035969 –COLA035975) | | |
| 634 | 7/24/20 LASD Litigation Hold Notice (COLA035957) | | |
| 635 | Lt Kallenberger's 7/24/20 response to Litigation Hold Notice (COLA035958) | | |
| 636 | 7/24/20 email correspondence between Lt Kallenberger and Janel Ramos re notifying "all appropriate involved units regarding the Bryant crash" (COLA035959 –COLA035960) | | |
| 637 | 7/27/20 email correspondence from Janel Ramos forwarding LASD Litigation Hold Notice (COLA035961 – COLA035962) | | |
| 638 | 7/27/20 email from Commander Valdez forwarding LASD Litigation Hold Notice (COLA035963 – COLA035964) | | |
| 639 | 7/27/20 email from Constitutional Policy Advisor Georgina Glaviano forwarding LASD Litigation Hold Notice (COLA035965 – COLA035968) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 640 | 1/27/20 LA Times Article re Kobe Bryant's death in helicopter crash stuns the world, leaves LA grieving (https://wwwlatimescom/california/story/2020-01-27/kobe-bryant-killed-helicopter-crash) | | |
| 641 | 7/3/20 LA Times Article re Text messages reconstruct copter crash that killed Kobe Bryant, eight others (https://wwwlatimescom/sports/story/2020-07-03/reconstruct-of-kobe-bryant-copter-crash) | | |
| 642 | 12/21/21 LA Times Article re A deputy showed images in a bar of Kobe Bryant's body Vanessa Bryant now wants justice (https://wwwlatimescom/california/story/2021-12-21/vanessa-bryant-kobe-bryant-death-photos-lawsuit-la-county-sheriff) | | |
| 643 | 1/26/20 Tweet from RMG News (https://twittercom/RMGNews/status/1221531361351061505) | | |
| 644 | 1/27/20 Fox 11 news video re Federal officials investigate deadly helicopter crash that killed nine, including Kobe Bryant (https://wwwfoxlacom/news/federal-officials-investigate-deadly-helicopter-crash-that-killed-nine-including-kobe-bryant) | | |
| 645 | 1/28/20 ABC7 news video re Kobe Bryant crash: Nest video captures audio of helicopter's final moments (https://abc7com/kobe-bryant-crash-death-ring-video/5886910/) | | |
| 646 | 1/28/20 NTSB Calabasas, CA Helicopter Crash B-Roll video (https://wwwyoutubecom/watch?v=GvjzFWbJJxo ) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 647 | 1/28/20 RMG News video re Kobe Bryant, his daughter Gianna and Seven others killed in Calabasas helicopter crash, California (https://wwwyoutubecom/watch?v=Ucfar2RUXkU) | | |
| 648 | 1/30/20 Reuters news video re Helicopter in Kobe Bryant crash lacked certificate to fly in fog (https://wwwreuterscom/article/us-people-kobe-bryant-helicopter-idUSKBN1ZU0NL) | | |
| 649 | 1/31/20 ABC7 news video re SoCal congressman introduces bill to improve helicopter safety after Kobe Bryant crash (https://abc7newscom/helicopter-crash-calabasas-kobe-bryant-dead/5894224/) | | |
| 650 | 6/17/20 ABC World News Tonight news video re Investigation into helicopter crash that killed Kobe Bryant (https://wwwyoutubecom/watch?v=5uef8Vb4J7Y) | | |
| 651 | 2/11/20 ABC7 news video re New video shows wreckage from helicopter crash that killed Kobe Bryant, 8 others (https://wwwyoutubecom/watch?v=NerEjGL91IU) | | |
| 652 | 2/7/20 Foxlacom Article re Preliminary report reveals no engine failure in deadly Kobe Bryant helicopter crash (https://wwwfoxlacom/news/preliminary-report-reveals-no-engine-failure-in-deadly-kobe-bryant-helicopter-crash) | | |

PARTIES' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 653 | 2/9/21 Bloomberg Article re NTSB Finds Pilot Caused Kobe Bryant Crash by Flying Into Fog (https://wwwbloombergcom/news/articles/2021-02-09/kobe-bryant-pilot-failed-to-follow-training-to-avoid-fatal-crash) | | |
| 654 | 1/28/20 Sky News Article re Kobe Bryant death: Three bodies found at helicopter crash site (https://newsskycom/story/kobe-bryant-death-fog-grounded-police-choppers-on-morning-of-fatal-crash-11919114) | | |
| 655 | 1/6/22 LA Daily News Article re LA County says it will prevail in Kobe Bryant crash photo lawsuit, but Vanessa Bryant presses on (https://wwwdailynewscom/2022/01/06/la-county-says-it-will-prevail-in-kobe-bryant-crash-photo-lawsuit-but-vanessa-bryant-presses-on/) | | |
| 656 | 12/7/21 NY Times Article re New Filings Suggest Kobe Bryant Crash Photos Spread Widely Among Workers (https://wwwnytimescom/2021/12/07/sports/basketball/kobe-bryant-crash-photoshtml) | | |
| 657 | 2/7/20 WHYYorg Article re Probe: No signs of outward engine failure in Kobe Bryant crash (https://whyyorg/articles/probe-no-signs-of-outward-engine-failure-in-bryant-crash/) | | |
| 658 | 2/10/21 Mercury News Article re Terrain warning would not have averted Kobe Bryant helicopter crash, NTSB chair says (https://wwwmercurynewscom/2021/02/10/terrain-warning-would-not-have-averted-kobe-bryant-helicopter-crash-ntsb-chair-says/) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 659 | 1/28/20 Metrocouk Article re Terrifying fireball engulfed Kobe Bryant's helicopter in crash that killed nine (https://metrocouk/2020/01/28/terrifying-fireball-engulfed-kobe-bryants-helicopter-in-crash-that-killed-nine-12136428/) | | |
| 660 | 1/29/20 CNN Article re The helicopter that crashed killing nine people, including Kobe Bryant, dropped more than 2,000 feet a minute, NTSB says (https://wwwcnncom/2020/01/28/us/helicopter-crash-kobe-bryant-tuesday/indexhtml) | | |
| 661 | 4/21/20 USA Today Article re Families sue helicopter company in deadly Kobe Bryant crash, but do not name pilot (https://wwwusatodaycom/story/sports/nba/2020/04/21/kobe-bryant-crash-families-sue-helicopter-company-dont-name-pilot/2995005001/) | | |
| 662 | 6/17/20 Washington Post Article re Pilot in Kobe Bryant helicopter crash may have disoriented in fog, federal investigators say (https://wwwwashingtonpostcom/local/trafficand commuting/pilot-in-kobe-bryant-helicopter-crash-may-have-become-disoriented-in-fog-federal-investigators-say/2020/06/17/0c226af2-b0dc-11ea-856d-5054296735e5_storyhtml) | | |
| 663 | Google search results for "Kobe Bryant crash photos" | | |
| 664 | Vanessa Bryant communications with Dr David Rice (VB00003588 – VB00003618) | | |
| 665 | Records produced by Dr David Rice (RICE0000001 – RICE0000110) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 666 | Getty Images – Kobe Crash Premium High Res Photos (https://wwwgettyimagescom/photos/kobe-crash) | | |
| 667 | 2/2/20 AFP Fact Check Article - This photo has circulated online since 2013 -- almost seven years before Kobe Bryant died (https://factcheckafpcom/photo-has-circulated-online-2013-almost-seven-years-kobe-bryant-died) | | |
| 668 | Vanessa Bryant Instagram Account and Posts - @vanessabryant (https://www.instagram.com/vanessabryant) | | |
| 669 | Complaint for Damages, *Urbieta v. Bryant, et al.*, Orange County Superior Court, Case No. 30-2020-01174715-U-FR-CJC | | |
| 670 | Notice of Settlement of Entire Case, *Urbieta v. Bryant, et al.*, Orange County Superior Court, Case No. 30-2020-01174715-U-FR-CJC | | |
| 671 | Request for Dismissal, *Urbieta v. Bryant, et al.*, Orange County Superior Court, Case No. 30-2020-01174715-U-FR-CJC | | |
| 672 | Joint Stipulation of Dismissal with Prejudice, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 121.] | | |
| 673 | Order Dismissing Action with Prejudice re Bryant Plaintiffs, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 124.] | | |

PARTIES' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 674 | Joint Stipulation of Dismissal with Prejudice, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 125.] | | |
| 675 | Order Dismissing Action, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 139.] | | |

DATED:  January 14, 2022      WILSON SONSINI GOODRICH & ROSATI


                                By:  _____/s/ Luis Li_____
                                          LUIS LI

                                Attorneys for Plaintiff Vanessa Bryant

DATED:  January 14, 2022      OFFICE OF COUNTY COUNSEL


                                By:  ____/s/ Jonathan McCaverty____
                                     JONATHAN C. McCAVERTY

                                Attorneys for Defendant Los Angeles Sheriff's Department

1   DATED:  January 14, 2022          MILLER BARONDESS, LLP

2

3

4                                     By:    _____
                                                    *Louis Miller*
5                                              LOUIS R. MILLER

6                                     Attorneys for Defendants County of Los
                                      Angeles, Los Angeles County Fire
7                                     Department, Joey Cruz, Rafael Mejia,
                                      Michael Russell, and Raul Versales
8

9                                ECF CERTIFICATION

10          The filing attorney attests that Defendants' counsel concurs in the content of,

11   and has authorized, this filing

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28