LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page.*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| VANESSA BRYANT, a California Resident,<br><br>   Plaintiff,<br><br> vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>   Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**STATUS REPORT RE: SETTLEMENT**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick<br><br>Pretrial Conf.: February 4, 2022<br>Time: 8:00 a.m.<br><br>Trial Date: February 22, 2022<br>Time: 8:30 a.m. |
|---|---|

[*Additional counsel, continued from previous page*]

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants
County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant Los Angeles County Sheriff's Department

**STATUS REPORT RE: SETTLEMENT**

Pursuant to this Court's June 4, 2021 Amended Scheduling and Case Management Order (*see* Dkt. 86 at 34), Plaintiff Vanessa Bryant ("Plaintiff") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants"), submit this Status Report re: Settlement concurrent with lodging the Proposed Pre-Trial Conference Order.

On June 1, 2021, Plaintiff and Defendants attended a private mediation with the Hon. Louis Meisinger (Ret.). Lead trial counsel attended, and representatives of each party with authority to settle the case participated. The parties were unable to reach a resolution.

As required by Local Rule 16-2.8, lead counsel for the parties discussed settlement during the Rule 16 conference on December 23, 2021, and the parties did not reach a resolution.

DATED: January 20, 2022        WILSON SONSINI GOODRICH & ROSATI

By: _____*/s/ Luis Li*_____
            LUIS LI

Attorneys for Plaintiff Vanessa Bryant

| | | |
|---|---|---|
| 1 | DATED:  January 20, 2022 | MILLER BARONDESS, LLP |

By: _____*/s/ Louis Miller*_____
        LOUIS R. MILLER

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales

DATED:  January 20, 2022        OFFICE OF THE COUNTY COUNSEL

By: _____*/s/ Jonathan McCaverty*_____
        JONATHAN C. MCCAVERTY

Attorneys for Defendant Los Angeles County Sheriff's Department

- 4 -
STATUS REPORT RE: SETTLEMENT

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer of this document, Luis Li, attests that all the other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  January 20, 2022          WILSON SONSINI GOODRICH & ROSATI


By: _____/s/ Luis Li_____
              LUIS LI

Attorneys for Plaintiff Vanessa Bryant