# Exhibit A

1  JONATHAN C. McCAVERTY (State Bar No. 210922)
   Principal Deputy County Counsel
2  jmccaverty@counsel.lacounty.gov
3  OFFICE OF COUNTY COUNSEL
   General Litigation Division
4  500 West Temple Street, Suite 468
   Los Angeles, California 90012
5  Telephone:  (213) 974-1828
   Facsimile:   (213) 626-7446
6
7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8

9  LOUIS R. MILLER (State Bar No. 54141)
10 smiller@millerbarondess.com
   MIRA HASHMALL (State Bar No. 216842)
11 JASON H. TOKORO (State Bar No. 252345)
   EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
12 MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
13 Los Angeles, California 90067
14 Telephone:  (310) 552-4400
   Facsimile:   (310) 552-8400
15
16 Attorneys for Defendants
   COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
17 JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

18                **UNITED STATES DISTRICT COURT**

19     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

20

21 VANESSA BRYANT,                    | **CASE NO. 2:20-cv-09582-JFW-E**

22        Plaintiff,                  | **DEFENDANTS' DISCLOSURE OF**
                                       | **EXPERT TESTIMONY PURSUANT**
23        v.                          | **TO FED. R. CIV. P. 26(a)(2)**

24 COUNTY OF LOS ANGELES, et al.,     | Assigned to Hon. John F. Walter and
                                       | Magistrate Judge Charles F. Eick
25        Defendants.
26
27
28

537369.1                                      Case No. 2:20-cv-09582-JFW-E

Exhibit A
Page 9

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Los Angeles County Sheriff's Department, County of Los Angeles (the "County"), Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell and Raul Versales (collectively, "Defendants") disclose the following retained experts whose expert opinion testimony may be offered at the trial of this action on their behalf:

1.      Marc D. Cohen, M.D.; 333 S. Beverly Drive, Suite 200, Beverly Hills, California 90212.  Dr. Cohen will provide expert testimony about the existence, extent, nature and source(s) of Plaintiffs' claimed emotional and mental injuries. Dr. Cohen's testimony will be based on psychiatric examinations (independent medical examinations or "IMEs") of the Plaintiffs per Federal Rule of Civil Procedure 35 ("Rule 35").  Plaintiffs have refused to submit to IMEs by Dr. Cohen; the parties are in the midst of preparing a joint stipulation regarding the County's motion to compel Plaintiffs' IMEs pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37-2.  Once permitted to conduct the IMEs, Dr. Cohen will prepare a report per Rule 35(b).  Dr. Cohen's curriculum vitae is attached hereto as **Exhibit 1**.

2.      Christopher R. Thompson, M.D.; 10850 Wilshire Boulevard, Suite 850, Los Angeles, California 90024.  Dr. Thompson will provide expert testimony about the existence, extent, nature and source(s) of the child and adolescent Plaintiffs' claimed emotional and mental injuries.  Dr. Thompson's testimony will be based on psychiatric examinations ("IMEs") of minor Plaintiffs P.M., T.M. and I.M. per Rule 35.  Plaintiffs have refused to submit to IMEs by Dr. Thompson; the parties are in the midst of preparing a joint stipulation regarding the County's motion to compel Plaintiffs' IMEs pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37-2.  Once permitted to conduct the IMEs, Dr. Thompson will prepare a report per Rule 35(b).  Dr. Thompson's curriculum vitae is attached hereto as **Exhibit 2**.

Defendants expressly reserve the right to name or call any additional experts

they retain as the need arises during the course of investigation, discovery, or in preparation for trial in this action, or as rebuttal or impeachment experts to the experts identified by other parties to this action.  In addition, Defendants reserve the right to call any expert listed or called by any other party to this matter.

Defendants do not list herein, but nevertheless reserve the right to call as witnesses to testify in either lay or expert matters, or both, those individuals who, by virtue of being percipient witnesses with appropriate knowledge, skill, education, or experience, may give testimony in the form of an opinion.

DATED:  October 4, 2021          MILLER BARONDESS, LLP


By:      /s/ Louis R. Miller
_____
LOUIS R. MILLER
Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

# Exhibit 1

Exhibit 1
Page 4

# MARC A. COHEN, M.D.

Forensic Consultant in Psychiatry and Behavioral Sciences

## PERSONAL INFORMATION

Office Address: 333 S. Beverly Drive, Suite 200
Beverly Hills, California 90212

Telephone: (310) 724-5500

Facsimile: (310) 836-3002

Academic E-mail: macohen@mednet.ucla.edu

Non-Academic E-mail: mcmd@mac.com

Summary of Background: https://people.healthsciences.ucla.edu/

## EDUCATION

Undergraduate Education
University of California at Los Angeles
Major: History; 09/91 – 06/96
B.A., 06/96

Graduate Education
University of California at Los Angeles
Major: Physiological Science; 09/97 – 06/99
M.S., 06/99

Medical Education
University of Southern California School of Medicine
08/99 – 05/03
M.D., 05/03

Graduate Medical Education
UCLA/San Fernando Valley Psychiatry Residency Program
Internship: 06/03 – 05/04
Residency: 06/04 – 06/07
Chief Resident: 06/06 – 06/07

UCLA/VA Forensic Psychiatry Fellowship Program
06/07 – 06/08

## LICENSURE AND BOARD CERTIFICATION

- California Medical License No.: A91103; Expiration Date: 11/30/22

- Washington Medical License No.: 60859244; Expiration Date: 11/26/22

- DEA Registration No.:  FC2868478; Expiration Date: 08/31/22

Exhibit 1
Page 5

Exhibit A
Page 13

**LICENSURE AND BOARD CERTIFICATION, CONT.**

- American Board of Psychiatry and Neurology, Psychiatry (Certificate No.: 59207)

- American Board of Psychiatry and Neurology, Forensic Psychiatry (Certificate No.: 1714)

**PROFESSIONAL EXPERIENCE**

- Senior Advisor to the Vice Dean for Education and Chief Medical Education Officer, UCLA David Geffen School of Medicine; 09/20 – Present

- Associate Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 07/17 - Present

- Staff Psychiatrist, Screening Mental Health Clinic, OIF/OEF Veterans, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 01/12 – 07/14

- Assistant Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 08/10 – 06/17

- Staff Psychiatrist, Olive View-UCLA Medical Center; 07/10 – Present

- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 07/10 – Present

- Forensic Psychiatrist, Park Dietz & Associates, Inc.; 03/10 – Present

- Director, Partial Hospitalization Program, Sepulveda Ambulatory Care Center, Department of Veterans Affairs; 09/09 – 07/10

- Psychiatry Expert, Superior Criminal Court Panel, Los Angeles County; 03/09 – Present

- Clinical Instructor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 07/08 – 07/10

- Compensation and Disability Evaluator, Greater Los Angeles Veterans Administration, Department of Veterans Affairs; 07/08 – 07/10

- Staff Psychiatrist, Twin Towers Correctional Facility; 03/08 – 06/08

- Staff Psychiatrist, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 02/08 – 07/10

- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 01/08 – 06/08

2

Exhibit 1
Page 6

**Exhibit A
Page 14**

**PROFESSIONAL EXPERIENCE, CONT.**

- Staff Psychiatrist, Metropolitan State Hospital, Forensic Admission Unit; 06/07 – 12/07

- Teaching Associate, University of California at Los Angeles; 06/00 – 07/00

- Graduate Research Assistant, University of California at Los Angeles; 06/98 – 02/99

- Teaching Assistant, University of California at Los Angeles; 09/97 – 06/99

**PROFESSIONAL ACTIVITIES**

Academic Appointments

- Member, Student Conduct Committee, UCLA Office of the Dean of Students; 02/21 – Present

- Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 09/20 – Present

- Chair, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 09/19 – 09/20

- Member, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 07/18 – 07/19

- Member, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/14 – 06/20

- Founding Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/12 – 06/14

- Faculty Mentor, Medical Student Well-Being Program, UCLA David Geffen School of Medicine; 01/13 – 01/16

- Member, Medical Student Education Evaluation Subcommittee, UCLA David Geffen School of Medicine; 01/13 – 01/16

Professional Appointments

- Peer Reviewer, Journal of Forensic Sciences; 01/19 – Present

- San Fernando Valley Councilor, SCPS; 05/17 – 05/20

3

Exhibit 1
Page 7
**Exhibit A
Page 15**

**PROFESSIONAL ACTIVITIES, CONT.**

<u>Professional Appointments</u>

- Member, Criminal Behavior Committee, AAPL; 01/14 – Present

- Member, Suicidology Committee, AAPL; 01/14 – Present

- Member, Trauma and Stress committee, AAPL; 10/12 – Present

- Member, Lawyer Assistance Program, California State Bar; 12/11 –  01/15

**HONORS AND SPECIAL AWARDS**

Phi Beta Kappa
Magna Cum Laude
Golden Key Honor Society
Pi Gamma Mu International Honor Society
Phi Alpha Theta History Honor Society
Outstanding Graduating Resident Award
Fellow, American Psychiatric Association

**ORGANIZATIONAL MEMBERSHIPS AND AFFILIATIONS**

American Academy of Psychiatry and the Law (AAPL)
American Academy of Forensic Sciences (AAFS)
American Psychiatric Association (APA)
Southern California Psychiatric Society (SCPS)
American Medical Association (AMA)

**SELECTED LECTURES AND PRESENTATIONS**

- *Response to Trauma,* National District Attorney's Association; November 2018

- *Unusual Mental Health Defenses,* National District Attorney's Association; November 2018

- *Contemporary Forensic Evaluation of Posttraumatic Stress Disorder*, American Academy of Psychiatry and the Law; October 2018

- *Preventing and Responding to Violence in the Workplace*, Employment Law Institute; October 2017

- *Resiliency and Trauma*, American Academy of Forensic Sciences; February 2017

- *Mass Murder:  How Worried Should The Masses Be*, American Academy of Psychiatry and the Law; October 2016

Exhibit 1
Page 8
**Exhibit A
Page 16**

**SELECTED LECTURES AND PRESENTATIONS, CONT.**

- *Paranoia and Violence*, UCLA/SFV Psychiatry Residency Training Program; September 2016

- *Psychiatric and Psychological Exams of Employees*, Practising Law Institute, Psychological Issues in Employment Law Seminar; March 2015

- *Combat-PTSD and Violence*, American Academy of Forensic Sciences; February 2014

- *Problem-based Learning Instructor,* MS 2 Medical Neurosciences, UCLA David Geffen School of Medicine; January – February 2014

- *PTSD in DSM 5: More Plaintiffs?  More Defenses?  More Awards?*, American Academy of Psychiatry and the Law; October 2013

- *The Uses and Abuses of Psychopharmacology in Conjunction with Psychotherapy,* The Los Angeles Society of Clinical Psychologists; August 2012

- *Combat-related Posttraumatic Stress Disorder,* C.G. Psychoanalytic Institute of Los Angeles; December 2011

- *Combat-related Posttraumatic Stress Disorder*, Los Angeles Chapter of Marriage & Family Therapists; April 2011

- *The Relationship between Combat-related PTSD and Violence*, Mental Health Court, Superior Court of California, Los Angeles County; April 2009

- *MS 3 Psychiatry Clerkship Course: Introduction to the Psychiatric Evaluation*, UCLA David Geffen School of Medicine; November 2008 – Present

**ABSTRACTS**

- PTSD in DSM 5:  More Plaintiffs?  More Defenses?  More Awards?; presented at American Academy of Psychiatry and the Law Annual Conference, San Diego, California; October 26, 2013

- Combat-related Posttraumatic Stress Disorder and Violence; presented at American Academy of Forensic Sciences Annual Conference, Seattle, WA; February 20, 2014

- Psychiatric and Psychological Exams of Employees; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; March 16, 2015

- Resiliency and Trauma: An Interdisciplinary Team Approach to the Evaluation of Individuals in Mass Tort Cases; presented at American Academy of Forensic Sciences Annual Conference, New Orleans, LA; February 17, 2017

Exhibit 1
Page 9

**Exhibit A
Page 17**

**ABSTRACTS, CONT.**

- Preventing and Responding to Violence in the Workplace; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; October 13, 2017

- Contemporary Forensic Evaluation of Posttraumatic Stress Disorder; presented at American Academy of Psychiatry and the Law Annual Conference, Austin, TX; October, 27, 2018

**ACADEMIC POLICIES**

- Policy on Medical Student Academic Professional Standing at DGSOM

- Policy and Guidelines on Progress & Promotion of Medical Students at DGSOM

- Attendance Policy, Absences, Time-off, and Approved Leave of Absence for DGSOM Medical Students

- Bylaws, Committee on Academic Standing, Progress, and Promotion, DGSOM

**EXPERT TESTIMONY[1]**

- State of California v. Simeon Wichmann (Case No.: ZM014967)
  Testified at trial, 3/15/10, Los Angeles County, Superior Court of California

- State of California v. Deonte Lee (Case No.: ZM010543)
  Testified at trial, 5/4/10, Los Angeles County, Superior Court of California

- State of California v. Theodore Burley (Case No.: ZM010622)
  Testified at trial, 7/7/10, Los Angeles County, Superior Court of California

- Ashley Fair v. State of California (Case No.: 30-2008 00109795)
  Testified at deposition, 10/13/10, Los Angeles County, Superior Court of California

- State of California v. Robert Perez (Case No.: ZM012906)
  Testified at trial, 11/9/10, Los Angeles County, Superior Court of California

- State of California v. Larry Jessie (Case No.: ZM005300)
  Testified at trial, 11/22/10, Los Angeles County, Superior Court of California

---

[1] Dr. Cohen testified in matters involving dangerousness, the presence and/or absence of mental illness, mental health treatment, the effects of mental illness on daily function, and the need for LPS conservatorship, at the Los Angeles Superior Mental Heath Courthouse, and the Los Angeles Superior Court at the Clara Shortridge Foltz Criminal Justice Center from 3/1/10 to 6/15/11. Testimony was given in additional cases in 2009, but had no records allowing reconstruction of the specifics of these cases when first asked to prepare such a list in May 2011.

Exhibit 1
Page 10

**Exhibit A
Page 18**

**EXPERT TESTIMONY, CONT.**

- <u>State of California v. James Hubbard</u> (Case No.: ZM013438)
  Testified at trial, 12/1/10, Los Angeles County, Superior Court of California

- <u>State of California v. Lael Battle</u> (Case No.: ZM013315)
  Testified at trial, 1/27/11, Los Angeles County, Superior Court of California

- <u>State of California v. Sean Hinman</u> (Case No.: ZM010340)
  Testified at trial, 2/9/11, Los Angeles County, Superior Court of California

- <u>State of California v. Darrell Rideaux</u> (Case No.: ZM013902)
  Testified at trial, 3/14/11, Los Angeles County, Superior Court of California

- <u>State of California v. Scott Clay</u> (Case No.: ZM013515)
  Testified at trial, 4/6/11, Los Angeles County, Superior Court of California

- <u>State of California v. Micah Pendleton</u> (Case No.: ZM016443)
  Testified at trial, 4/27/11, Los Angeles County, Superior Court of California

- <u>State of California v. Bertram Dominguez</u> (Case No.: ZM007339)
  Testified at trial, 6/2/11, Los Angeles County, Superior Court of California

- <u>State of California v. John Lowe</u> (Case No.: ZM016637)
  Testified at trial, 6/14/11, Los Angeles County, Superior Court of California

- <u>Reuben and Mayumi Ishii v. Sears Corporation</u> (Case No.: SACV 10-00832-JVS)
  Testified at deposition, 7/6/11, United States District Court, Central District of California

- <u>United States v. Larry Lujan</u> (Case No.: CR 05-924 RB)
  Testified at trial, 8/4/11, United States District Court, District of New Mexico

- <u>State of California v. Mario Grimaldi</u> (Case No.: ZM017063)
  Testified at trial, 9/20/11, Los Angeles County, Superior Court of California

- <u>United States v. Larry Lujan</u> (Case No.: CR 05-924 RB)
  Testified at penalty phase, 10/3/11, United States District Court, District of New Mexico

- <u>State of California v. Cecilia Trujillo</u> (Case No.: ZM004255)
  Testified at trial, 10/13/11, Los Angeles County, Superior Court of California

- <u>State of California v. James Hubbard</u> (Case No.: ZM013438)
  Testified at trial, 11/14/11, Los Angeles County, Superior Court of California

- <u>State of California v. Lael Battle</u> (Case No.: ZM013315)
  Testified at trial, 11/28/11, Los Angeles County, Superior Court of California

Exhibit 1
Page 11

**Exhibit A
Page 19**

**EXPERT TESTIMONY, CONT.**

- <u>State of California v. Marbel Galvez</u> (Case No.: PJ46936)
  Testified at hearing, 1/5/12, Los Angeles County, Superior Court of California

- <u>State of California v. John Doe</u> (Case No.: ZM021938)
  Testified at trial, 1/17/12, Los Angeles County, Superior Court of California

- <u>State of California v. Sean Hinman</u> (Case No.: ZM010340)
  Testified at trial, 1/18/12, Los Angeles County, Superior Court of California

- <u>State of California v. Rodney Ward</u> (Case No.: ZM014708)
  Testified at trial, 1/27/12, Los Angeles County, Superior Court of California

- <u>State of California v. Phillip Despain</u> (Case No.: ZM013903)
  Testified at trial, 7/18/12, Los Angeles County, Superior Court of California

- <u>State of California v. Reginald Domingo</u> (Case No.: SA073207)
  Testified at evidentiary hearing, 8/9/12, Los Angeles County, Superior Court of California

- <u>James and Kathleen Ruigomez v. PG&E, a Corporation</u> (Case No.: 499864)
  Testified at deposition, 9/13/12, San Mateo County, Superior Court of California

- <u>Gregory, Mary, Adam, and Alexa Tafralis v. PG&E, a Corporation</u>
  (Case No.: 499864) Testified at deposition, 10/18/12, San Mateo County, Superior Court of California

- <u>Watthika and Panaka Chea v. PG&E, a Corporation</u> (Case No.: 499864)
  Testified at deposition, 11/6/12, San Mateo County, Superior Court of California

- <u>State of California v. Jewel Stuart</u> (Case No.: ZM018010)
  Testified at trial, 1/16/13, Los Angeles County, Superior Court of California

- <u>State of California v. Dmitry Sheyko</u> (Case No.: BA383606)
  Testified at trial, 2/27/13, Los Angeles County, Superior Court of California

- <u>State of California v. Barbara Grady</u> (Case No.: PA067902)
  Testified at trial, 4/24/13, Los Angeles County, Superior Court of California

- <u>State of California v. John Bloodworth</u> (Case No.: YA079410-01)
  Testified at evidentiary hearing, 6/4/13, Los Angeles County, Superior Court of California

- <u>State of California v. Jeffrey Stewart</u> (Case No.: ZM008685)
  Testified at trial, 10/16/13, Los Angeles County, Superior Court of California

- <u>State of California v. Manuel Suarez</u> (Case No.: ZM017750)
  Testified at trial, 12/3/13, Los Angeles County, Superior Court of California

Exhibit 1
Page 12

**Exhibit A
Page 20**

**EXPERT TESTIMONY, CONT.**

- <u>State of California v. James Hubbard</u> (Case No.: ZM013438)
  Testified at trial, 12/5/13, Los Angeles County, Superior Court of California

- <u>Kimberly Arnold v. Pfizer, Inc.</u> (Case No.: 3:10-CV-01025-CV)
  Testified at deposition, 1/29/14, United States District Court, District of Oregon

- <u>State of California v. Shakir Azeem</u> (Case No.: ZM013234)
  Testified at trial, 1/30/14, Los Angeles County, Superior Court of California

- <u>United States v. David Kalai</u> (Case No.: CR 11-930(A) TJH)
  Testified at competency hearing, 2/24/14, United States District Court, Central District of California

- <u>State of California v. Fernando Gonzalez</u> (Case No.: ZM011953)
  Testified at trial, 4/1/14, Los Angeles County, Superior Court of California

- <u>William Michael Dennis v. Kevin Chappell</u> (Case No. C 98-21027 JF)
  Testified at deposition, 4/9/14, United States District Court, Northern District of California

- <u>State of California v. Frank Palisi</u> (Case No.: ZM021930)
  Testified at trial, 5/7/14, Los Angeles County, Superior Court of California

- <u>State of California v. Frank Palisi</u> (Case No.: ZM021930)
  Testified at trial, 5/7/14, Los Angeles County, Superior Court of California

- <u>State of California v. Eduardo Vasquez</u> (Case No.: ZM021646)
  Testified at trial, 5/29/14, Los Angeles County, Superior Court of California

- <u>Kimberly Arnold v. Pfizer, Inc.</u> (Case No. Case No.: 10-CV-1025-AC)
  Testified at trial, 6/11/14, United States District Court, District of Oregon, Portland Division

- <u>Cindi Bright v. Russell Investments and Brian Golob</u> (Case No.: 12-2-37570-4)
  Testified at deposition, 6/18/14, King County, Superior Court of WA

- <u>Cindi Bright v. Russell Investments</u> (Case No.: 12-2-37570-4)
  Testified at trial, 7/29/14, King County, Superior Court of WA

- <u>State of California v. Jeffrey Stewart</u> (Case No.: ZM008685)
  Testified at trial, 10/7/14, Los Angeles County, Superior Court of California

- <u>United States v. Daniel Christian Stanley Powell</u> (Case No.: 13-CR-98-JLS)
  Testified at trial, 11/4-11/5/14, United States District Court, Central District of California

Exhibit 1
Page 13

**Exhibit A
Page 21**

**EXPERT TESTIMONY, CONT.**

- <u>Tyler Remsen v. Norco Industries Inc. and Top-Line Industrial Products, Inc.</u> (Case No.: RIC 1216135) Testified at deposition, 11/20/14, Riverside County, Superior Court of California

- <u>State of California v. Shakir Azeem</u> (Case No.: ZM013234) Testified at trial, 1/15/15, Los Angeles County, Superior Court of California

- <u>Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers</u> (Case No.: 2:14-CV-03846) Testified at deposition, 1/19/15, United States District Court, Central District of California

- <u>Joseph Juraszek v. University Behavioral Health of Denton and Asad Islam, M.D.</u> (Case No. 2012-71249-431) Testified at trial, 2/5/15, 431st Judicial District Court, Denton County, Texas

- <u>State of California v. Richard Lucero</u> (Case No.: ZM021419) Testified at trial, 2/10/15, Los Angeles County, Superior Court of California

- <u>Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers</u> (Case No.: 2:14-CV-03846) Testified at trial, 3/13/15, United States District Court, Central District of California

- <u>State of California v. Afano Segi</u> (Case No.: ZM011363) Testified at trial, 4/6/15, Los Angeles County, Superior Court of California

- <u>Robert Wascher v. Southern California Permanente Medical Group</u> (Case No.: 30-2011-00523323-CU-WT-CJC) Testified at trial, 6/4/15, Orange County, Superior Court of California

- <u>Christine Ross v. San Diego Gas & Electric</u> (Case No.: 2008-00093080A) Testified at deposition, 7/8/15, San Diego County, Superior Court of California

- <u>Frederick Ronald Thomas, Jr. v. City of Fullerton, et al.</u> (Case No.: 30-2012-00581299 CU-PO-CJC) Testified at deposition, 8/31/15, Orange County, Superior Court of California

- <u>State of California v. Troy Pines</u> (Case No.: ZM026037) Testified at trial, 9/22/15, Los Angeles County, Superior Court of California

- <u>Lorena Guia v. Smart & Final Stores, LLC.</u> (Case No.: BC554278) Testified at deposition, 3/17/16, Los Angeles County, Superior Court of California

- <u>RSCR Inland, Inc. v. State of California Department of Public Health</u> (Case No.: RIC1407237) Testified at deposition, 4/28/16, Riverside County, Superior Court of California

Exhibit 1
Page 14

**Exhibit A
Page 22**

**EXPERT TESTIMONY, CONT.**

- <u>RSCR Inland, Inc. v. State of California Department of Public Health</u>
  (Case No.: RIC1407237) Testified at trial, 6/22-6/23/16, Riverside County, Superior Court of California

- <u>Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP</u>
  (Case No.: 1220050157) Testified at deposition, 7/6/16, Los Angeles, California, Arbitration

- <u>United States v. Julien Jitt Noel</u> (Case No.: CR 15-173-2 GHK)
  Testified at evidentiary hearing, 8/10/16, United States District Court, Central District of California

- <u>Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP</u>
  (Case No.: 1220050157) Testified at arbitration hearing, 8/16/16

- <u>United States v. Robert Jackson, et al.</u> (Case No.: CR 13-6743-CaliforniaS)
  Testified at trial, 8/18/16, United States District Court, Central District of California

- <u>Talbert Mitchell v. SEIU Local 721, et al.</u> (Case No.: BC575572)
  Testified at deposition, 12/29/16, Los Angeles County, Superior Court of California

- <u>Kim Meline v. State of Washington Department of Social and Health Services, et al.</u>, (Case No.: 13-2-13022-5) Testified at deposition, 1/23/17, Pierce County, Superior Court of WA

- <u>Hannah Rubenstein v. The Residences at Royal Bellingham, Inc.</u>
  (Case No.:  EC064881) Testified at deposition, 2/28/17, Los Angeles County, Superior Court of California

- <u>State of California v. John Bloodworth</u> (Case No.: YA079410-01)
  Testified at trial, 5/4/17, Los Angeles County, Superior Court of California

- <u>State of California v. Alexander Sirlo</u> (Case No.: ZM023903)
  Testified at trial, 5/8/15, Los Angeles County, Superior Court of California

- <u>Kim Meline v. State of Washington Department of Social and Health Services, et al.</u>, (Case No.: 13-2-13022-5) Testified at trial, 6/12/17, Pierce County, Superior Court of WA

- <u>Laurie Carranza v. California Department of Corrections and Rehabilitation, et al.</u>
  (Case No.: CIVRS1201373) Testified at deposition, 8/14/17, San Bernardino County, Superior Court of California

Exhibit 1
Page 15

**Exhibit A
Page 23**

## EXPERT TESTIMONY, CONT.

- <u>State of California v. Brent Bateman</u> (Case No.: LA073310)
  Testified at evidentiary hearing, 9/13/17, Los Angeles County, Superior Court of California

- <u>Tyler Shane v. KB Recovery, Inc. DBA KB Recovery Addiction Treatment Center</u> (Case No.: BC577278) Testified at deposition, 9/25/17, Los Angeles County, Superior Court of California

- <u>Talbert Mitchell v. SEIU Local 721, et al.</u> (Case No.: BC575572)
  Testified at trial, 10/31/17-11/1/17, Los Angeles County, Superior Court of California

- <u>Marylin Castillo et al. v. King Taco Restaurant, Inc., et al.</u> (Case No. BC560096)
  Testified at deposition, 12/11/17, Los Angeles County, Superior Court of California

- <u>Dominic Archibald v. County of San Bernardino, Kyle Woods, William Kelsey</u> (Case No.:  5:16-cv-01128) Testified at deposition, 2/9/18, United States District Court, Central District of California

- <u>Marylin Castillo et al. v. King Taco Restaurant, Inc., et al.</u> (Case No. BC560096)
  Testified at trial, 2/13/18, Los Angeles County, Superior Court of California

- <u>Eliana Alvarez v. King Baby Studio, Inc., et al.</u> (Case No. BC639674)
  Testified at deposition, 5/14/18, Los Angeles County, Superior Court of California

- <u>SG Homecare, Inc. v. Verio Healthcare, Inc., et al.</u>
  (Case No.: 30-2015-00819810-CU-CO-CJC) Testified at deposition, 11/1/18, Orange County, Superior Court of California

- <u>Jason Migas v. State of California</u> (Case No.: CIVDS1608477)
  Testified at deposition, 1/7/19, San Bernardino County, Superior Court of California

- <u>Alfredo Zamudio v. CEC Entertainment, Inc.</u> (Case No.: BC671188)
  Testified at deposition, 6/28/19, Los Angeles County, Superior Court of California

- <u>Mara Pelsman v. Gateways Hospital and Mental Health Center, et al.</u>
  (Case No.: BC699392) Testified at deposition, 7/18/19, Los Angeles County, Superior Court of California

- <u>Serena Yang v. Colony American Finance, et al.</u>  (Case No.: 18-2344-MCS)
  Testified at deposition, 7/25/19, Los Angeles, California, Arbitration

Exhibit 1
Page 16

**Exhibit A
Page 24**

**EXPERT TESTIMONY, CONT.**

- <u>Serena Yang v. Colony American Finance, et al.</u>  (Case No.: 18-2344-MCS)
  Testified at arbitration hearing, 7/31/19, Los Angeles, California

- <u>State of California v. Patrick Lee Barris</u> (Case No.: 8CJ02744)
  Testified at evidentiary hearing, 11/5/19, Los Angeles County, Superior Court of California

- <u>Rafaela Velasquez v. Legal Aid Foundation of Los Angeles</u>
  (Case No.: BC693192) Testified at deposition, 11/11/19, Los Angeles County, Superior Court of California

- <u>Lisette Higareda v. Honda North America, Inc. et al.</u>
  (Case No.: BC583268; BC587056) Testified at deposition, 12/12/19, Los Angeles County, Superior Court of California

- <u>Marzieh Salehi v. Cedars-Sinai Medical Center</u>  (Case No.: 1220062143)
  Testified at deposition, 1/21/20, Los Angeles, California, Arbitration

- <u>Secretary of Labor, U.S. Dept. of Labor v. UHS of Denver, Inc.</u>
  (OSHRC Docket No. 19-0550)  Testified at deposition, 10/21/20, remotely from Beverly Hills, California

- <u>Darren Gales v. California Department of Corrections and Rehabilitation-Ventura Youth Correctional Facility</u> (Case No. 2:19-cv-05025)  Testified at deposition, 11/16/20-11/17/20, Solano County, Superior Court of California

- <u>Jefferey Lurner v. American Golf and Country Clubs</u>
  (Case No. 30-2018-00992342-CU-CR-CJC) Testified at deposition, 11/18/20, Orange County, Superior Court of California

- <u>Kris Doe and Nate Doe v. Bridges to Recovery, LLC, et al.</u>
  (Case No. 2:20-cv-00348-SVW-SK) Testified at deposition, 12/14/20, remotely from Beverly Hills, California

- <u>Malcom J. Robbins v. Robert L. Ayers</u> (Case No. CV 91-04768-TJH)
  United States District Court, Northern District of California, Western Division; Testified at deposition, 3/30/21, remotely from Beverly Hills, California

- <u>Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al.</u> (Case No. 20-2185-MCS)
  Testified at deposition, 5/5/21, remotely from Beverly Hills, California

- <u>State of California v. Brent Bateman</u> (Case No.: LA073310)
  Testified at trial, 5/13/21, Los Angeles County, Superior Court of California

- <u>Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al.</u> (Case No. 20-2185-MCS)
  Testified at arbitration hearing, 5/14/21, remotely from Beverly Hills, California

Exhibit 1
Page 17

**Exhibit A
Page 25**

**EXPERT TESTIMONY, CONT.**

- <u>Destiny Ortiz and Sabrina Morgan v. Cedar Fair L.P., et al.</u>
  (Case No. 30-2019-01098356-CU-OE-CJC) Testified at deposition, 5/24/21, remotely from Beverly Hills, California

- <u>Secretary of Labor, U.S. Department of Labor v. UHS of Denver, Inc.</u>
  (OSHRC Docket No. 19-0550)  Testified at trial, 6/17/21 and 6/21/21, Denver, Colorado

- <u>Secretary of Labor, U.S. Department of Labor v. UHS of Fuller, Inc., et al.</u>
  (OSHRC Docket No. 20-0032)  Testified at trial, 8/9/21-8/10/21, Boston, Massachusetts

- <u>Secretary of Labor, U.S. Dept. of Labor v. UHS of Centennial Peaks, LLC.</u>
  (OSHRC Docket No. 19-1579)  Testified at deposition, 8/17/21, remotely from Beverly Hills, California

- <u>David J. John v. L.S. McEwen, Warden.</u>
  (Case No. 2:12-CV-05174-DMG-PLA) Testified at evidentiary hearing, 8/18/21, United States District Court, Central District of California

- <u>Secretary of Labor, U.S. Dept. of Labor v. UHS of Centennial Peaks, LLC.</u>
  (OSHRC Docket No. 19-1579)  Testified at trial, 9/21/21, Denver, Colorado

Exhibit 1
Page 18

**Exhibit A
Page 26**

# Exhibit 2

Exhibit 2
Page 19

# CHRISTOPHER R. THOMPSON, M.D.

10850 Wilshire Blvd., Suite 850, Los Angeles, CA 90024
Telephone: (310) 470-7064  Fax: (310) 470-7141
E-mail: chthompson@mednet.ucla.edu

## EDUCATION

**University of Virginia, 1990-1994**
**Charlottesville, Virginia**
Bachelor of Arts in Interdisciplinary Studies (chemistry focus) with distinction, May 1994

**University of North Carolina School of Medicine, 1995-1999**
**Chapel Hill, North Carolina**
Doctor of Medicine, May 1999

## POST-GRADUATE TRAINING

**University of California, Los Angeles General Psychiatry Residency, 1999-2003**
**UCLA Neuropsychiatric Institute and Hospital, Los Angeles, California**

**University of California, Davis Forensic Psychiatry Fellowship, 2003-2004**
**UC Davis Department of Psychiatry, Sacramento, California**

**University of California, Los Angeles Child and Adolescent Psychiatry Fellowship, 2004-2006**
**UCLA Neuropsychiatric Institute and Hospital, Los Angeles, California**

## ACADEMIC APPOINTMENTS AND TEACHING

**Associate Clinical Professor of Psychiatry, 7/16-present**
**Assistant Clinical Professor of Psychiatry, 7/08-6/16**
**Clinical Instructor of Psychiatry, 7/06-6/08**
**Division of Child and Adolescent Psychiatry**
**Department of Psychiatry and Biobehavioral Sciences**
**David Geffen School of Medicine at UCLA, Los Angeles, California**

**Site Director (UCLA), Forensic Psychiatry Fellowship, 7/17-present**
**Department of Psychiatry and Biobehavioral Sciences**
**David Geffen School of Medicine at UCLA, Los Angeles, California**

**Director, Forensic Rotation for Child &Adolescent Psychiatry Fellows, 3/08-6/14**
**Lecturer/Supervisor, Child & Adolescent Psychiatry Fellows, 7/14-present**
**Division of Child and Adolescent Psychiatry**
**Department of Psychiatry and Biobehavioral Sciences**
**David Geffen School of Medicine at UCLA, Los Angeles, California**

**Organizer, "Forensic Issues in Child &Adolescent Psychiatry" Lecture Series, 9/07-present**
**Keck School of Medicine of USC**
**Child and Adolescent Division**
**USC Department of Psychiatry and Behavioral Sciences, Los Angeles, California**

**Lecturer, "Forensic Issues in Child &Adolescent Psychiatry" Lecture Series, 12/13-present**
**Keck School of Medicine of USC**
**The Division of Psychiatry and Law/USC Institute of Psychiatry and Law**
**USC Department of Psychiatry and Behavioral Sciences, Los Angeles, California**

**Guest Lecturer, Course titled "Juvenile Justice," 9/08-11/08**
**UCLA School of Law, Los Angeles, California**

## LICENSES AND CERTIFICATIONS

**California Medical License #A72925, issued in 8/00**
Medical Board of California

**Alaska Medical License #163889, issued in 7/20, expired in 5/21**
Alaska State Medical Board

**Oregon Medical License #MD202108, issued in 10/20**
Oregon Medical Board

**Arizona Medical License #TP00794, issued in 12/20**
Arizona Medical Board

**Colorado Medical License #DR0067067, issued in 7/21**
Colorado Medical Board

**Washington Medical License #MD61188330, issued in 7/21**
Washington Medical Commission

**Texas Medical License #T3201, issued in 8/21**
Texas Medical Board

**Board Certification in Psychiatry, Certificate #54401, issued in 9/04**
**Recertified in 2/14**
American Board of Psychiatry and Neurology, Inc.

**Board Certification in Forensic Psychiatry, Certificate #1581, issued in 5/05**
**Recertified in 4/15**
American Board of Psychiatry and Neurology, Inc.

**Board Certification in Child and Adolescent Psychiatry, Certificate #6129, issued in 11/06**
**Recertified in 4/15**
American Board of Psychiatry and Neurology, Inc.

**Board Certification in Addiction Medicine, Certificate #001058, issued in 3/09**
American Board of Addiction Medicine, Inc.

Exhibit 2
Page 21

**Exhibit A**
**Page 29**

**Certified Correctional Health Professional, Certificate issued in 7/08**
**Recertified annually**
National Commission on Correctional Health Care

## PROFESSIONAL EXPERIENCE

**Forensic Psychiatric Consultant and Clinical Private Practice, 7/04-present**
**Los Angeles, California**
Have worked on a variety of criminal, civil, and administrative cases. These have included (but were not limited to): federal capital habeas cases, fitness for duty evaluations, psychiatric injury and disability, child witness reliability, violence risk assessments, and others. See children, adolescents, and adults for medication management and psychotherapy.

**Director, Forensic Psychiatry Division, 9/19-9/21**
**Los Angeles County Department of Mental Health (LACDMH), Los Angeles, California**
Provide leadership, oversight, and direction for all LACDMH programs designed to address the needs of justice-involved populations across the lifespan. Coordinate diversion and re-entry efforts with multiple partners including the L.A. County Departments of Correctional Health, Health Services, Public Health (Substance Abuse Prevention and Control), Office of Diversion and Reentry, Sheriff's, Probation, and Children & Family Services, in addition to the Courts. Oversee LACDMH programs including: Adult Probation (AB 109), Juvenile Justice Mental Health, Juvenile Court Mental Health Services, LACDMH-UCLA Forensic Fellowship Training, and Mental Health Court Linkage. Develop and implement innovative care pathways for individuals who are diverted from jails, juvenile halls, and juvenile camps into alternative treatment settings. Help with foundational overhaul of juvenile justice system of L.A. County. Manage a diverse team responsible for collaborating closely with other agencies, organizations, academic institutions, groups, and individuals. Work to eliminate unnecessary incarceration of those with serious mental illnesses.

**Medical Director, Juvenile Justice Mental Health Program, and Director, Juvenile Court Mental Health Services, 7/11-8/19**
**Los Angeles County Department of Mental Health, Los Angeles, California**
Supervised psychiatrists providing evaluation and treatment to children and adolescents in the custody of the Los Angeles County Probation Department; interfaced with other county agencies in the delivery of health services to youth in this system; assisted with diversion and re-entry initiatives for delinquent youth; helped with redesign of LA County Department of Probation camp system, where juveniles serve their sentences, in order to help improve delivery of psychiatric, educational and other services and reduce recidivism rates; oversaw clinicians advising the juvenile court on appropriateness of particular mental health interventions for youth under delinquency or dependency court jurisdiction; worked with juvenile court judges/commissioners, public defenders, district attorneys, child advocates on developing a new standardized assessment protocol for juveniles' adjudicative competence; also developing/implementing a competence remediation program/paradigm

**Staff Psychiatrist, Juvenile Justice Mental Health Program, 7/06-7/11**
**Los Angeles County Department of Mental Health, Los Angeles, California**
Provided psychiatric evaluation and treatment to children and adolescents in the custody of the Los Angeles County Probation Department.

Exhibit 2
Page 22

**Forensic Psychiatric Consultant, Napa State Hospital, 3/04-6/04**
**UC Davis Department of Psychiatry, Forensic Division, Napa, California**
Provided forensic consultation to staff psychiatrists at Napa State Hospital in difficult cases. Issues included: fitness for release of NGRI acquittees (including violence risk assessments), competence to stand trial, competence to refuse medical and psychiatric treatment, diagnostic clarification, and optimization of psychiatric treatment.

**Forensic Psychiatric Evaluator, Sacramento County Court Panel, 1/04-6/04**
**UC Davis Department of Psychiatry, Forensic Division, Sacramento, California**
Conducted psychiatric evaluations of defendants in order to determine their competence to stand trial.

**Forensic Psychiatric Consultant, Office of the Federal Public Defender, 2/04-5/04**
**UC Davis Department of Psychiatry, Forensic Division, Sacramento, California**
Provided forensic consultation services to the Federal Public Defender. Issues included: substance abuse/intoxication and witness reliability, competence to undergo probation revocation hearings, and likelihood of defendant(s) being medication compliant if released.

**Forensic Psychiatric Consultant, Sacramento County District Attorneys' Office, 10/03-3/04**
**UC Davis Department of Psychiatry, Forensic Division, Sacramento, California**
Provided forensic consultation services to the District Attorneys' Office by evaluating individuals currently on mental health conservatorships to render opinions regarding their need for continued conservatorship. Also testified in mental health court when necessary.

**Staff Psychiatrist, Sacramento County Jail, 7/03-3/04**
**UC Davis Department of Psychiatry and Jail Psychiatric Services, Sacramento, California**
Worked as an attending psychiatrist on both the inpatient unit and outpatient clinics at Sacramento County Jail. Supervised UC Davis medical students and psychiatry residents during their inpatient and outpatient rotations.

**Staff Psychiatrist, Assembly Bill 2034 Program, 7/01-6/03**
**San Fernando Valley Mental Health Clinic, Van Nuys, California**
Worked independently providing psychiatric evaluations and treatment to mentally ill inmates recently released from state penitentiaries and Twin Towers Correctional Facility in Los Angeles as part of an intensive case management strategy designed to reduce recidivism rates.


## HONORS

**William A. Schonfeld, M.D. Award, awarded in 2021**
American Society of Adolescent Psychiatry

**Distinguished Fellow, elected in 2015**
American Psychiatric Association

**Maier I. Tuchler, M.D. Award, awarded in 2015**
American Academy of Forensic Sciences

**Fellow, elected in 2013**
American Psychiatric Association

Exhibit 2
Page 23

**Distinguished Fellow, elected in 2012**
American Academy of Child and Adolescent Psychiatry

**Fellow, elected in 2012**
American Academy of Forensic Sciences

**Member at Large, 2009-2012**
American Society for Adolescent Psychiatry

**Alpha Omega Alpha Medical Honor Society, elected in 1998**
University of North Carolina School of Medicine

**Commendation for summer medical service in an underserved area, 1996**
National Health Service Corps

**Bachelor of Arts with distinction, 1994**
University of Virginia

**Echols Scholar (top 5% of entering class) and Honors Program, 1990-1994**
University of Virginia

**National Merit Scholar, 1990**
University of Virginia

## PUBLICATIONS

Thompson, CR: A Seat at the Table: President's Address 2018. *Journal of the American Academy of Psychiatry and the Law*, 47(1):12-21, 2019

Wall BW, Ash P, Keram E, Pinals DA, Thompson CR (members of Update Task Force): AAPL Practice Resource for the Forensic Psychiatric Evaluation of Competence to Stand Trial, Update 2017. *Journal of the American Academy of Psychiatry and the Law*, 46(3 Supplement):S4-S79, 2018

Thompson CR: Legal Regulation of Psychiatric Practice (section ed.) in *Principles and Practice of Forensic Psychiatry, 3rd Edition*. Edited by Rosner R and Scott CL, Abingdon, U.K., CRC Press, 2016

Fischer C, Thompson CR, Kambam P, Bender HE: Juvenile Adjudicative Competence in *Encyclopedia of Adolescence.* Edited by Levesque RJR. Basel, Switzerland, Springer International Publishing, 2016

Thompson CR, Fischer C: Children: as Defendants in *Wiley Encyclopedia of Forensic Science*. Edited by Jamieson A and Moenssens A. Chichester, UK, John Wiley & Sons Ltd., 2015

Thompson CR: Robert Weinstock, M.D.: Elder Statesman of Forensic Psychiatry and Rebel With a Cause. *Journal of the American Academy of Psychiatry and the Law*, 42(1):20-5, 2014

Exhibit 2
Page 24

**Exhibit A**
**Page 32**

Thompson CR, Reba-Harrelson L: Addictive Behaviors in *Clinical Handbook of Adolescent Addiction*. Edited by Rosner R. Chichester, U.K., Wiley-Blackwell Publishing, 2013

Thompson C (Chair), Heiser M, Chan V, Damerla H, Holloway R (The Cannabis White Paper Task Force): The Impact of Cannabis Use During Adolescence: A Report to the California Academy of Child and Adolescent Psychiatry, 2012

Freeman BW, Thompson C, Jaques C: Forensic Aspects and Assessment of School Bullying in *Forensic Psychiatry* edition of *Psychiatric Clinics of North America*. Edited by Scott CL, 35(4): 877-900, 2012

Bender HE, Kambam P, Thompson CR: Juvenile Adjudicative Competence. *Encyclopedia of Adolescence.* Edited by Levesque RJR. Chichester, U.K., Springer Publishing, 2012

Weinstock R, Thompson CR: Commentary: Ethics-Related Implications and Neurobiological Correlates of False Confessions in Juveniles. *Journal of the American Academy of Psychiatry and the Law*, 37(3):344-8, 2009

Wu S, Thompson CR: Juvenile Offenders in *Handbook of Correctional Psychiatry*. Edited by Scott CL. Washington, D.C., American Psychiatric Publishing, Inc., 543-72, 2009

Thompson CR, Kenan J: Children: as Defendants in *Wiley Encyclopedia of Forensic Science*. Edited by Jamieson A and Moenssens A. Chichester, UK, John Wiley & Sons Ltd., 2009

Costello J, Kenan J, Thompson CR: Parental Rights and Prerogatives in *Wiley Encyclopedia of Forensic Science*. Edited by Jamieson A and Moenssens A. Chichester, UK, John Wiley & Sons Ltd., 2009

Kambam P, Thompson CR: The Development of Decision-Making Capacities in Children and Adolescents: Psychological and Neurobiological Perspectives and Their Implications for Juvenile Defendants. *Behavioral Sciences and the Law*, 27(2): 173-90, 2009

Thompson CR, Del-Pan N, Beckson M, Weinstock R: Adolescent Substance Use Disorders and Psychiatrists: Competent Assessment and Treatment? *The American Journal on Addictions*, 17(3): 245-6, 2008

Simpson JR, Thompson CR, Beckson M: Impact of Orally Disintegrating Olanzapine on Use of Intramuscular Antipsychotics, Seclusion, and Restraint in an Acute Inpatient Psychiatric Setting. *Journal of Clinical Psychopharmacology*, 26(3): 333-5, 2006

Chaiken SB, Thompson CR, Shoemaker WE: Mental Health Interventions in Correctional Settings in *Handbook of Correctional Mental Health*. Edited by Scott CL and Gerbasi JG. Washington, DC, American Psychiatric Publishing, Inc., 109-30, 2005

Thompson CR, Beckson M: A Case of Factitious Homicidal Ideation. *Journal of the American Academy of Psychiatry and the Law*, 32(3): 277-81, 2004

Thompson CR (ed): *UCLA Psychiatry Residency Handbook.* Los Angeles, NPI Press, 2001

Thompson CR, Quanbeck CD: Suicide Risk Assessment in *UCLA Psychiatry Residency Handbook.* Edited by Thompson CR and Little JZ. Los Angeles, NPI Press, 2001

Thompson CR, Quanbeck CD: Violence Risk Assessment in *UCLA Psychiatry Residency Handbook.* Edited by Thompson CR and Little JZ. Los Angeles, NPI Press, 2001

## **SELECTED PRESENTATIONS**

Newman WJ, Thompson CR, Scott CL, Bradford J, Newman B. Navigating Potential Pitfalls to Wellness for Psychiatrists. Presented at the Annual Meeting of the American Psychiatric Association, Virtual Presentation (originally scheduled for Los Angeles, CA), May 2021

Thompson CR. Informed Consent and Care to Minors/Mature Minors. Presented at the Annual Meeting of the American Society of Adolescent Psychiatry, Virtual Presentation (originally scheduled for Los Angeles, CA), April 2021

Thompson CR. School Shootings and Mass Violence: A Dark History and Brighter Future? Presented at the Annual Meeting of the American Society of Adolescent Psychiatry, Virtual Presentation (originally scheduled for Philadelphia, PA), July 2020

Ghossoub E, Choi O, Nahas Z, Newman W, Thompson CR. The Next Frontier: Neuroscience and Forensic Psychiatry. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, MD, October 2019

Rosenbaum K, Thompson CR, Scott CL, Trestman R, Champion M, Lavach B. Forensic Psychiatry, Liaison to Policy Makers: New Mental Health Laws. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Baltimore, MD, October 2019

McBride A, Thompson CR, Wadell P: The Clairvoyant Clinician: Can We Really Predict Poor Outcomes in Youth? Presented at the Annual Meeting of the American Academy of Child & Adolescent Psychiatry. Chicago, IL, October 2019

Thompson CR, Scott CL, Newman WJ, Ferranti J, Soliman S: AAPL Presidential Symposium: Antisocial/Criminal Behavior Across the Lifespan: Inception, Implications, and Novel and Tested Interventions. Presented at the Annual Meeting of the American Psychiatric Association. San Francisco, CA, May 2019

Rosenbaum K, Thompson CR, Piel J, Hatters-Friedman S, Van Leer Greenberg E, Van Leer Greenberg V, Domitrovich S, Martell DA: Interdisciplinary Symposium— Insane or Just Bad? The Anatomy of the Not Guilty by Reason of Insanity (NGRI) Defense. Presented at the Annual Meeting of the American Academy of Forensic Sciences. Baltimore, MD, February 2019

Thompson CR. Presidential Address: A Seat at the Table: AAPL's Potential Role in Shaping 21st Century Mental Health Law and Policy. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Austin, TX, October 2018

Exhibit 2
Page 26

**Exhibit A
Page 34**

Wasser T, Thompson CR, Pinals D, Champion M, Krueger D, Immel M, Lavach B. Forensic Mental Health Legislative Advocacy: A Primer and Update. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Austin, TX, October 2018

Thompson CR. Raising the Bar: Putting the "Science" in Forensic Behavioral Science. Presented as a component of an Interdisciplinary Symposium titled "Raising the Bar in Forensic Science." Presented at the Annual Meeting of the American Academy of Forensic Sciences. Seattle, WA, February 2018

Ryan E, Billick S, Hayes L, Penn J, Thompson C, Wills C. Suicide in Juvenile Confinement. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Denver, CO, October 2017

Thompson, CR. Expanding the Definition of Adverse Childhood Events. Presented at the Interagency Council on Abuse and Neglect (ICAN) Symposium on the Effects of Childhood Trauma. Los Angeles, CA, August 2017

Wall B, Janofsky J, Thompson C, Pinals D. AAPL Practice Guidelines on Competence to Stand Trial Update. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law, Portland, OR, October 2016

Thompson CR. Informed Consent and Care to Minors/Mature Minors. Presented at the Nevada Psychiatric Association's 21st Annual Psychopharmacology Update. Las Vegas, NV, February 2016

Thompson C, Damerla H. Juvenile Offenders and Correctional Mental Health. Presented at Children's Hospital of Los Angeles Adolescent Medicine Grand Rounds, Los Angeles, CA, October 2015

Jaques C, Thompson CR. Court Oversight of Psychotropic Prescribing in Youth in State Custody. Presented at UCLA Child & Adolescent Psychiatry Division Grand Rounds, Los Angeles, CA, January 2015

Thompson CR. Psycho-legal Implications in Legal Highs. Presented as a component of a Workshop titled "Novel Psychoactive Substances (NPS): Pharmacology, Toxicology, Psychiatry, and Case Reports." Presented at the Annual Meeting of the American Academy of Forensic Sciences. Seattle, WA, February 2014

Thompson CR, Billick SB. AAFS Mentorship: Psychiatry and Behavioral Sciences. Presented as a component of an Interdisciplinary Symposium titled "Fostering the Next Generation of Forensic Scientists: Mentoring in the 21st Century." Presented at the Annual Meeting of the American Academy of Forensic Sciences. Seattle, WA, February 2014

Thompson CR, Sokolov G. ADHD in Correctional Settings: To Treat or Not to Treat? Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. San Diego, CA, October 2013

Stoneking L, Thompson CR, Kambam P, Dietz P. School Mass Shootings. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. San Diego, CA, October 2013

Exhibit 2
Page 27

Exhibit A
Page 35

Thompson CR. Adolescent Substance Use, Disruptive Behavior Disorders, and the
Juvenile Justice System. Presented at the American Society for Adolescent Psychiatry
Annual Meeting. New York, NY, March 2012.

Thompson CR. Mental Health and Medication Issues in Youth in the Juvenile Justice
System. Presented at the Saks Institute for Mental Health Law, Policy, and Ethics and
the Burton Blatt Institute Spring Symposium, titled Psychotropic Medication and the
Law. USC Gould School of Law. Los Angeles, CA, March 2012.

Thompson CR, Freeman B, Ryan E, Rosenbaum K. Bullying: An Update. Presented at
the Annual Meeting of the American Academy of Psychiatry and the Law. Boston,
MA, October 2011

Thompson CR, Liggins, E, Espana A. Mental Illness and Developmental Delays in
Children. Presented at the Juvenile & Family Law Judicial Officers Program,
sponsored by the Judicial Council of California-Administrative Office of the Courts.
Los Angeles, CA, April 2011

Thompson CR, Reba-Harrelson L. An Update on Juvenile Psychopathy and
Development. Presented at the American Academy of Forensic Sciences Annual
Meeting. Chicago, IL, February 2011

Thompson CR, Bath E, Crecelius G, Kenan J, Reba-Harrelson L. Child and
Adolescent Forensic Mental Health Professionals in Juvenile Specialty Courts.
Presented at the Annual Meeting of the American Academy of Psychiatry and the
Law. Tucson, AZ, October 2010

Ryan E, Dwyer RG, Kenan J, Lopez-Leon M, Thompson CR. Debate: Should
Videotaping be Required for Child Forensic Evaluation? Presented at the Annual
Meeting of the American Academy of Psychiatry and the Law. Tucson, AZ, October
2010

Thompson CR. Juvenile Offenders and Correctional Mental Health. Presented at the
American Psychiatric Association Annual Meeting. New Orleans, LA, May 2010

Thompson CR. Juvenile Psychopathy and Development. Presented at the American
Society for Adolescent Psychiatry Annual Meeting. Los Angeles, CA, March 2010

Thompson CR, Sokolov G, Scott CL. Treating Disruptive Behavior Disorders in
Correctional Settings: To Treat or Not to Treat? Presented at the American Academy
of Forensic Sciences Annual Meeting. Seattle, WA, February 2010

Thompson CR. The Etiology and Taxonomy of Adolescent Antisocial Behavior.
Presented at the American Academy of Forensic Sciences Annual Meeting. Seattle,
WA, February 2010

Thompson CR. Applying Psychiatric Principles to California Appellate Issues.
Presented at the Annual Appellate Judicial Attorneys Institute. Long Beach, CA,
November 2009

Thompson CR, Weinstock R. Adolescent Substance Abuse: Corrections & College.
Presented at the Annual Meeting of the American Academy of Psychiatry and the
Law. Baltimore, MD, November 2009

9

Exhibit 2
Page 28

Exhibit A
Page 36

Thompson CR, Weinstock R, Ash P. Current Controversies in Juvenile Delinquency. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Baltimore, MD, October 2009

Thompson CR, Dwyer G, De Crisce, D, Kenan J, Saleh F, Billick S. Child Sexual Abuse Allegations in Custody Evaluations. Presented at the Annual Meeting of the American Academy of Psychiatry and the Law. Baltimore, MD, October 2009

Thompson CR. Juvenile Psychopathy and Development. Presented at the American Academy of Forensic Sciences Annual Meeting. Denver, CO, February 2009

Thompson CR. Adolescent Substance Use and Disruptive Behavior Disorders. Presented at symposium titled "Co-Occurring Psychiatric and Substance Use Disorder in Children and Adolescents: Diagnostic Challenges and Treatment Challenges for Los Angeles County Psychiatrists." Co-Sponsored by the UCLA Integrated Substance Abuse Programs and the Los Angeles County Department of Mental Health. Los Angeles, CA, September 2008

Thompson CR. Criminal Responsibility in Juveniles: Less Guilty by Reason of Adolescence? Presented at the American Society for Adolescent Psychiatry Annual Meeting. Boston, MA, March 2008

Thompson CR. Criminal Responsibility in Juveniles: Less Guilty by Reason of Adolescence? Presented at the American Academy of Forensic Sciences Annual Meeting. Washington, DC, February 2008

Thompson CR. Adolescent Substance Use Disorders. Presented at USC Dept. of Psychiatry, Child and Adolescent Division Grand Rounds. Los Angeles, CA, September 2007

Thompson CR. Adolescent Substance Use and Associated Psychiatric Disorders. Presented at symposium titled "Not Just Small Adults: New Insights on Adolescent Brain Development and Implications for Adolescent Substance Abuse Treatment." Sponsored by the California Society of Addiction Medicine. Los Angeles, CA, June 2007

Thompson CR. Waiver of Juveniles to Adult Criminal Court. Presented as part of the UCLA Forensic Psychiatry and Child and Adolescent Fellowship Core Curriculum. Los Angeles, CA, April 2007

Thompson CR. The Juvenile Justice System. Presented at the American Society for Adolescent Psychiatry Annual Meeting. Santa Monica, CA, March 2007

Thompson CR. Forensic Report Writing. Presented as part of the UCLA Forensic Psychiatry Fellowship Core Curriculum. Los Angeles, CA, January 2007

Thompson CR. Forensic Issues in Child and Adolescent Psychiatry. Presented as part of the USC Child and Adolescent Clinical Didactic Series. Los Angeles, CA, January 2007

Thompson CR. Adolescent Antisocial Behavior. Presented as part of the UCLA Forensic Psychiatry Fellowship Core Curriculum. Los Angeles, CA, November 2006

10

Exhibit 2
Page 29

Exhibit A
Page 37

Thompson CR. Juvenile Adjudicative Competence: A Minor Misunderstanding?
Presented to the Los Angeles County Juvenile Mental Health Court, Los Angeles, CA,
January 2006

Thompson CR. Juvenile Adjudicative Competence: A Minor Misunderstanding?
Presented at UCLA Child and Adolescent Psychiatry Division Grand Rounds, Los
Angeles, CA, January 2006

Thompson CR. SSRIs and Adolescent Suicide Risk. Presented as part of the UCLA
Psychiatry Residency PG-1 Core Curriculum, Los Angeles, California, May 2005

Thompson CR. Suicide Risk Assessment. Presented as part of the UCLA Psychiatry
Residency PG-1 Core Curriculum, Los Angeles, California, January 2005

Thompson CR. The Swanson Study: A Brief Primer on Mental Illness and Violence.
Guest Lecturer to the UC Davis Department of Psychiatry, Forensic Division,
Sacramento, California, February 2004

Thompson CR. The Mental Status Exam. Guest Lecturer to the UC Davis School of
Law, Davis, California, January 2004

Thompson CR, Kile S, MacKenzie C. Violence Risk Assessment. Guest Lecturer to
the UC Davis School of Law, Davis, California, December 2003

Thompson CR. Management of Assaultive Behavior. Presented as part of the UCLA
Psychiatry Residency PG-1 Core Curriculum, Los Angeles, California, April 2003

## PROFESSIONAL ACTIVITIES

President, American Academy of Psychiatry and the Law, 2017-2018
President-Elect, American Academy of Psychiatry and the Law, 2016-2017
President, California Academy of Child and Adolescent Psychiatry, 2019-2021
President-Elect, California Academy of Child and Adolescent Psychiatry, 2017-2019
Vice-President, American Academy of Psychiatry and the Law, 2014-2015
Secretary, American Academy of Psychiatry and the Law, 2015-2016
Councilor, American Academy of Psychiatry and the Law, 2010-2013
Co-Chair, Government Affairs Committee, American Academy of Psychiatry and the
      Law, 2017-2020
Co-Chair, Judicial Action Committee, American Academy of Psychiatry and the Law,
      2017-present
Chair, Child and Adolescent Psychiatry Committee, American Academy of Psychiatry
      and the Law, 2009-2017
Co-Chair, Education Committee, American Academy of Psychiatry and the Law,
      2015-2017
Treasurer, American Academy of Forensic Sciences, 2021-present
Secretary, American Academy of Forensic Sciences, 2020-2021
Local Arrangements Chair for 2020 Annual Meeting, American Academy of Forensic
      Sciences, 2019-2020
Member of Board of Directors, American Academy of Forensic Sciences, 2015-2018
Director, American Academy of Forensic Sciences, Psychiatry and Behavioral
      Science Section, 2015-2018

Exhibit 2
Page 30

Exhibit A
Page 38

Trustee, Forensic Sciences Foundation, American Academy of Forensic Sciences, 2018-present
Chair, American Academy of Forensic Sciences, Psychiatry and Behavioral Science Section, 2014-2015
Secretary, American Academy of Forensic Sciences, Psychiatry and Behavioral Science Section, 2012-2014
Co-Chair, Government Affairs Committee, California Academy of Child and Adolescent Psychiatry, 2010-2016
Commissioner, First 5 Los Angeles, 2015-2017
Alternate Commissioner, First 5 Los Angeles, 2012-2015, 2017-2021
Member at Large, American Society of Adolescent Psychiatry, 2010-2013
Vice-Chairman, Judicial Action Committee, California Psychiatric Association, 2007-2012
Program Co-Chair for 2014 Annual Meeting, American Academy of Psychiatry and the Law
Program Co-Chair for 2011 Annual Meeting, American Academy of Psychiatry and the Law
Workshops Chair for 2017 Annual Meeting, American Academy of Forensic Sciences
Workshops Co-Chair for 2016 Annual Meeting, American Academy of Forensic Sciences
Long-term Planning Committee, American Academy of Forensic Sciences, 2014-present
Luncheon Seminars Chair for 2012 Annual Meeting, American Academy of Forensic Sciences
Luncheon Seminars Co-Chair for 2011 Annual Meeting, American Academy of Forensic Sciences
Program Chair for 2010 Annual Meeting, Psychiatry and Behavioral Science Section, American Academy of Forensic Sciences
Assistant Program Chair for 2009 Annual Meeting, Psychiatry and Behavioral Science Section, American Academy of Forensic Sciences
Member of Editorial Board, Behavioral Sciences and the Law, 2017-present
Member of Editorial Board, Psychiatric Quarterly, 2013-present
Expert Reviewer, Journal of Consulting and Clinical Psychology, 2005-present
Peer Reviewer, Journal of the American Academy of Psychiatry and the Law, 2013-present
Reviewer for annual meeting submissions, American Psychiatric Association, 2020-2021
Member, Education Committee, American Academy of Psychiatry and the Law, 2013-2021
Member, Program Committee, American Academy of Psychiatry and the Law, 2010-present
Member, Addiction Psychiatry Committee, American Academy of Psychiatry and the Law, 2006-2020
Member, Government Affairs Committee, California Psychiatric Association, 2007-2012


## ORGANIZATIONAL MEMBERSHIPS AND AFFILIATIONS

American Medical Association, 2017-2019
Academy of Correctional Health Professionals, 2008-present
American Society of Adolescent Psychiatry, 2008-2013
American Academy of Forensic Sciences, 2008-present
American Academy of Addiction Psychiatry, 2007-2012
American Academy of Child and Adolescent Psychiatry, 2004-present
American Academy of Psychiatry and the Law, 2001-present

Exhibit 2
Page 31

Exhibit A
Page 39

American Psychiatric Association, 1999-present
California Psychiatric Association, 1999-present
Southern California Psychiatric Society, 1999-present

Exhibit 2
Page 32

**Exhibit A**
**Page 40**

1

## <u>CERTIFICATE OF SERVICE</u>

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

4

5

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

6

7

On October 4, 2021, I served true copies of the following document(s) described as:

8

**DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FED. R. CIV. P. 26(A)(2)**

9

10

on the interested parties in this action as follows:

11

### SEE ATTACHED SERVICE LIST

12

13

14

15

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address aransom@millerbarondess.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

16

17

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

18

19

Executed on October 4, 2021, at Los Angeles, California.

20

21

_____
Angelica R. Ransom

22

23

24

25

26

27

28

537369.1

**Exhibit A
Page 41**

**SERVICE LIST**
*Bryant v. County of Los Angeles, et al.* **and related cases**

| | |
|---|---|
| Luis Li | *Attorneys for Plaintiff* |
| Justin P. Raphael | *VANESSA BRYANT* |
| Craig Jennings Lavoie | |
| Mari T. Saigal | Tel.:   (213) 683-9100 |
| Jennifer L. Bryant | Fax:   (213) 687-3702 |
| Brandon E. Martinez | Email:  luis.li@mto.com; |
| MUNGER, TOLLES & OLSON LLP | justin.raphael@mto.com; |
| 350 South Grand Avenue | craig.lavoie@mto.com; |
| 50th Floor | jennifer.bryant@mto.com; |
| Los Angeles, CA 90071-3426 | mari.saigal@mto.com; |
| | brandon.martinez@mto.com; |
| | denise.olguin@mto.com |
| | |
| Jonathan C. McCaverty | *Attorneys for Defendant* |
| Principal Deputy County Counsel | *LOS ANGELES COUNTY SHERIFF'S* |
| OFFICE OF COUNTY COUNSEL | *DEPARTMENT* |
| General Litigation Division | |
| 500 West Temple Street, Suite 468 | Tel.:   (213) 974-1828 |
| Los Angeles, CA 90012 | Fax:   (213) 626-7446 |
| | Email: |
| | jmccaverty@counsel.lacounty.gov; |
| | eliao@counsel.lacounty.gov |

| | | |
|---|---|---|
| 1 | Brian J. Panish | *Attorneys for Plaintiffs MATTHEW* |
| 2 | Kevin R. Boyle | *MAUSER, an individual and as* |
| | Spencer R. Lucas | *Successor in Interest to CHRISTINA* |
| 3 | Marguerite S. Sanvictores | *MAUSER; P.M., a minor, by and through* |
| 4 | Karen Bennett (Staff) | *her Guardian MATTHEW MAUSER;* |
| | Maria Alegria (Staff) | *T.M., a minor, by and through his* |
| 5 | PANISH SHEA & BOYLE LLP | *Guardian MATTHEW MAUSER; and* |
| 6 | 11111 Santa Monica Boulevard | *I.M., a minor, by and through her* |
| | Suite 700 | *Guardian MATTHEW MAUSER* |
| 7 | Los Angeles, CA 90025 | |
| 8 | | *And for Plaintiffs JOHN JAMES* |
| | | *ALTOBELLI, an individual and as* |
| 9 | | *Successor in Interest to ALYSSA* |
| 10 | | *ALTOBELLI and JOHN ALTOBELLI;* |
| | | *and ALEXIS ALTOBELLI, an individual* |
| 11 | | *and as Successor in Interest to ALYSSA* |
| 12 | | *ALTOBELLI, JOHN ALTOBELLI and* |
| | | *KERI ALTOBELLI* |
| 13 | | |
| 14 | | Tel.:   (310) 477-1700 |
| 15 | | Fax:   (310) 477-1699 |
| | | Email:  panish@psblaw.com; |
| 16 | | boyle@psblaw.com; lucas@psblaw.com; |
| 17 | | sanvictores@psblaw.com; |
| | | bennett@psblaw.com; |
| 18 | | alegria@psblaw.com |
| 19 | Jerome M. Jackson | *Attorneys for Plaintiffs* |
| 20 | JEROME M JACKSON LAW OFFICES | *CHRISTOPHER L. CHESTER; R.C., a* |
| | 880 Apollo Street | *minor, by and through his Guardian Ad* |
| 21 | Suite 238 | *Litem, CHRISTOPHER L. CHESTER;* |
| 22 | El Segundo, CA 90245 | *and H.C., a minor, by and through his* |
| | | *Guardian Ad Litem, CHRISTOPHER L.* |
| 23 | | *CHESTER* |
| 24 | | |
| | | Tel.:   (310) 726-4199 |
| 25 | | Fax:   (310) 414-0486 |
| 26 | | Email:  jmjlaw@aol.com |
| 27 | | |
| 28 | | |

537369.1

Case No. 2:20-cv-09582-JFW-E

DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY

**Exhibit A
Page 43**