# EXHIBIT A

# MARC A. COHEN, M.D.

Forensic Consultant in Psychiatry and Behavioral Sciences

**MARC A. COHEN, M.D., M.S.**
**A PROFESSIONAL CORPORATION**

333 S. Beverly Drive
Suite 200
Beverly Hills, California  90212
Tel. No.:  (310) 724-5500
Fax No.:  (310) 836-3002

Primary Email:
MCMD@MAC.COM
Secondary Email:
MACOHEN@MEDNET.UCLA.EDU

November 11, 2021

Casey B. Sypek, Esq.
Miller Barondess, LLP
1999 Avenue of the Stars
Suite 1000
Los Angeles, California 90067

Re:  Vanessa Bryant v. County of Los Angeles
(Case No. 2:20-cv-09582-JFW-E)

Dear Ms. Sypek:

At your request, I conducted a forensic psychiatric evaluation of Vanessa Bryant in order to determine whether she suffered any mental damage or emotional harm as a result of the unauthorized taking or sharing of crash-scene photographs of her late husband and daughter.  In keeping with my ethical obligations, I asked for an opportunity to personally conduct a psychiatric examination of Vanessa Bryant, but to date this has not been possible for reasons beyond my control.  The following findings, therefore, represent preliminary diagnostic impressions, which may change upon review of new information, such as medical or treatment records, and/or a face-to-face psychiatric examination.  My intention is to then supplement this report with details from my face-to-face psychiatric evaluation of Vanessa Bryant and/or my review of any available medical records.  As always, my opinions are subject to change in the event that I learn of additional evidence or learn that any of the important factual bases of my opinions are incorrect.

While I do not accept the statements of the plaintiff or witnesses at face value, please note that I have generally avoided the awkward convention of inserting the words "said" or "reported" into every sentence derived from my evaluation.  All evaluation data other than my own observations of behavior are understood to be as reported by the plaintiff or other identified witnesses.

## QUALIFICATIONS

I am a physician duly licensed to practice medicine in the States of California and Washington. I received an M.D. degree from School of Medicine at the University of Southern California in 2003. I completed my psychiatric residency at the University of California, Los Angeles-San Fernando Valley Psychiatry Residency Training Program, and thereafter completed a fellowship in the subspecialty of forensic psychiatry at the University of California, Los Angeles and Department of Veterans

Affairs.  I am board certified in general psychiatry and forensic psychiatry by the American Board of Psychiatry and Neurology.  I am the Senior Advisor to the Vice Dean for Education and an Associate Clinical Professor of Psychiatry and Biobehavioral Sciences at the UCLA School of Medicine. I am also employed as a staff psychiatrist at Olive View-UCLA Medical Center.  I am approved by the Superior Court of California in Los Angeles County as a psychiatric expert and serve as an expert and consultant to the Mental Health Court in Los Angeles County on a weekly basis.  I have lectured and given presentations on multiple occasions and on a variety of subjects in the field of psychiatry, and have performed over 300 IMEs assessing mental damage and emotional harm.  I have testified as an expert witness on psychiatric matters in criminal and civil cases in both State and federal court.  In addition to these activities, I also maintain a private clinical practice in Beverly Hills, California.  My fees in working on this matter are being billed at my customary private rate of $600 per hour. I have attached a copy of my curriculum vitae attesting to my qualifications in this matter.

## BACKGROUND

On 1/26/20, at 9:06 A.M., Koby Bryant and his daughter, Gianna, along with six other passengers, took off in a helicopter from John Wayne Airport, located in Orange County, California.  The group was traveling to Bryant's Mamba Sports Academy in Newbury Park.  At approximately 9:47 A.M., the helicopter crashed in the mountains near the 4200 block of Las Virgenes Road in Calabasas.  Upon their arrival at the scene of the accident, firefighters found no survivors.  On 2/28/20, Vanessa Bryant learned that the Los Angeles County Sheriff's Department (LASD) received a complaint, alleging that a sheriff's deputy shared unauthorized photos of the victims' remains with a member of the public.[1]  On 3/2/20, ABC News reported that Los Angeles County Sheriff Alex Villanueva said eight deputies were allegedly involved in the taking and sharing of inappropriate photos from the scene of the helicopter crash that killed Kobe Bryant and eight others.  According to Villanueva, the photos were deleted and the deputies were facing an investigation and possible disciplinary action.[2]  On 9/17/20, Vanessa Bryant filed a complaint alleging the following five causes of action: 1) Violation of fourteenth amendment; 2) Violation of the fourteenth amendment, after Monell; 3) Negligence; 4) Invasion of privacy; and 5) Intentional infliction of emotional distress.[3]

This report addresses the mental health of Vanessa Bryant and the nature and extent of any adverse impact that can be attributed to the unauthorized taking or sharing of crash-scene photographs of her late husband and daughter.

---

[1]   Claim For Damages, 5/7/20, at VB00000021
[2]   See https://abc7.com/kobe-bryant-crash-helicopter-death/5980138/
[3]   See Complaint, 9/17/20, at pp. 1-47

**SOURCES OF INFORMATION**

Litigation-related Material

- Claim For Damages, 5/7/20
- Complaint re County of Los Angeles 9/17/20
- Complaint re Island Express Helicopters, 6/9/21
- Plaintiffs' Responses to COLA Interrogatories

Miscellaneous Material

- Investigative Analysis Report and Attachment, 10/25/21
- Supplemental Investigative Analysis Report and Attachment, 11/3/21

Deposition Testimony:  Transcript and Exhibits

- Vanessa Bryant, 10/12/21

Deposition Testimony:  Video Recording

- Vanessa Bryant, 10/12/21

**OPINIONS**

Based on the available information, I found no evidence that Vanessa Bryant has been mentally harmed or emotionally damaged from crash-scene photographs of her late husband and daughter being shared.  Vanessa Bryant has never seen any authentic photographs of the remains of her husband and/or daughter nor have any such photographs ever been determined to be disseminated or posted on the internet.[4],[5]  While the prospect of crash site photographs being publicly leaked is clearly upsetting, the source of Vanessa Bryant's distress lies in what she imagines the photographs depict and the fear she has about such images being publicly disclosed despite any reliable evidence indicating that such photographs continue to exist.

**PRELIMINARY ANALYSIS**

Although death is an integral part of life, losing a loved one is a difficult experience that involves a painful adaptation process, often referred to as grieving.  This adjustment is often described as being comprised of three main phases.  The initial, immediate reaction to a sudden violent death often involves shock, numbness, and some form of avoidance and denial of the full reality of what occurred.  Although transitions from one phase to another are rarely distinct, the denial and avoidance an individual initially experiences are generally followed by some acknowledgment of the reality of the loss.  This phase is characterized by an intense preoccupation

---

[4]    See Investigative Analysis Report and Attachment, 10/25/21, at pp. 1-19
[5]    See Supplemental Investigative Analysis Report and Attachment, 11/3/21, at pp. 1-4

with the loss of the person that is often accompanied by marked distress.  During the final phase of grieving, the bereaved gradually integrates the meaning of the loss.[6]

The following three types of complicated grief reactions have been described: 1) Absent grief; 2) Delayed grief; and 3) Prolonged, chronic, or unresolved grief.  Absent grief is defined as the inhibition of typical expressions of grief, denial of the loss or feelings related to the death of the loved one.[7]  Delayed grief occurs when there is a significant period of time between the death and the onset of a grief reaction.[8]  Prolonged, chronic, or unresolved grief is defined by the persistence of depression, preoccupation with the loss, overidentification and intense yearning for the deceased, and social inhibition, which does not decline over time.[9]

The *DSM-5* distinguishes grief from a major depressive episode as follows:

> Responses to a significant loss (e.g., bereavement, financial ruin, losses from a natural disaster, a serious medical illness or disability) may include the feelings of intense sadness, rumination about the loss, insomnia, poor appetite, and weight loss noted in Criterion A, which may resemble a depressive episode.  Although such symptoms may be understandable or considered appropriate to the loss, the presence of a major depressive episode in addition to the normal response to a significant loss should also be carefully considered.  This decision inevitably requires the exercise of clinical judgment based on the individual's history and the cultural norms for the expression of distress in the context of loss.

> *             *             *

> In distinguishing grief from a major depressive episode (MDE), it is useful to consider that in grief the predominant affect is feelings of emptiness and loss, while in MDE it is persistent depressed mood and the inability to anticipate happiness or pleasure.  The dysphoria in grief is likely to decrease in intensity over days-to-weeks and occurs in waves, the so-called pangs of grief.  These waves tend to be associated with thoughts or reminders of the deceased.  The depressed mood of MDE is more persistent and not tied to specific thoughts or preoccupations.  The pain of grief may be accompanied by positive emotions and humor that are uncharacteristic of the pervasive unhappiness and misery characteristic of MDE.  The thought content associated with grief generally features a preoccupation with thoughts and memories of the deceased, rather than the self-critical or pessimistic ruminations seen in MDE.  In grief, self-esteem is generally

---

[6]   Horowitz M.  A model of mourning: Changes in schemes of self and other.  *Journal of the American Psychoanalytic Association*, 1990; 38, 297-324

[7]   Faschingbaner T, et al.  In S. Zisook (Ed।)., Biopsychological aspects of bereavement.  Washington, D.C.: American Psychiatric Press, 1989; at pp. 11-124

[8]   *Ibid*.

[9]   *Ibid*.

preserved, whereas in MDE feelings of worthlessness and self-loathing
are common.  If self-derogatory ideation is present in grief, it typically
involves perceived failings vis-à-vis the deceased (e.g., not visiting
frequently enough, not telling the deceased how much he or she was
loved).  If a bereaved individual thinks about death and dying, such
thoughts are generally focused on the deceased and possibly about
"joining" the deceased, whereas in MDE such thoughts are focused on
ending one's own life because of feeling worthless, undeserving of life,
or unable to cope with the pain of depression.

Although the research diagnosis of persistent complex bereavement disorder has
yet to be validated, the *DSM-5* has proposed the following five (A-E) diagnostic
criteria:[10]

A. The individual experienced the death of someone with whom he or she had a
close relationship.

B. Since the death, at least one of the following symptoms is experienced on
more days than not and to a clinically significant degree and has persisted for
at least 12 months after the death in the case of bereaved adults and 6
months for bereaved children:

1. Persistent yearning/longing for the deceased. In young children, yearning
may be expressed in play and behavior, including behaviors that reflect
being separated from, and also reuniting with, a caregiver or other
attachment figure.

2. Intense sorrow and emotional pain in response to the death.

3. Preoccupation with the deceased.

4. Preoccupation with the circumstances of the death. In children, this
preoccupation with the deceased may be expressed through the themes
of play and behavior and may extend to preoccupation with possible
death of others close to them.

C. Since the death, at least six of the following symptoms are experienced on
more days than not and to a clinically significant degree, and have persisted
for at least 12 months after the death in the case of bereaved adults and 6
months for bereaved children:

**Reactive distress to the death**

---

[10]   **COMMENT:**  Persistent complex bereavement disorder is currently considered a condition for
further study.  The proposed criteria are therefore not intended for clinical use.

1. Marked difficulty accepting the death. In children, this is dependent on the child's capacity to comprehend the meaning and permanence of death.

2. Experiencing disbelief or emotional numbness over the loss.

3. Difficulty with positive reminiscing about the deceased.

4. Bitterness or anger related to the loss.

5. Maladaptive appraisals about oneself in relation to the deceased or the death (e.g., self-blame).

6. Excessive avoidance of reminders of the loss (e.g., avoidance of individuals, places, or situations associated with the deceased; in children, this may include avoidance of thoughts and feelings regarding the deceased).

**Social/identity disruption**

7. A desire to die in order to be with the deceased.

8. Difficulty trusting other individuals since the death.

9. Feeling alone or detached from other individuals since the death.

10. Feeling that life is meaningless or empty without the deceased, or the belief that one cannot function without the deceased.

11. Confusion about one's role in life, or a diminished sense of one's identity (e.g., feeling that a part of oneself died with the deceased).

12. Difficulty or reluctance to pursue interests since the loss or to plan for the future (e.g., friendships, activities).

D. The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

E. The bereavement reaction is out of proportion to or inconsistent with cultural, religious, or age-appropriate norms.

Specify if:

**With traumatic bereavement:** Bereavement due to homicide or suicide with persistent distressing preoccupations regarding the traumatic nature of the death (often in response to loss reminders), including the deceased's last

moments, degree of suffering and mutilating injury, or the malicious or intentional nature of the death.[11]

Bryant's deposition testimony sheds little light on whether she is experiencing a complicated grief reaction.  For example, asked to describe how she has been feeling over time, Bryant replied, "Grief isn't linear.  It's, every day is different and I try to [do] my best to put a smile on my face for my little girls.  I want them to live in the love and not in the loss.  And I make a conscious effort to try to portray that everything's fine for them."[12]  What is clear is that Bryant has experienced what is uniformly considered one of the most life changing experiences a person can have.  Parent's invariably describe the death of a child as "devastating," "a pain like no other," and as an event that has incomprehensible, lasting changes on the family.[13]  In this circumstance, Bryant also lost her husband, who by all accounts was her primary source of support.  Bryant testified, "Nothing compares.  Nothing's close to this.  I lost my husband and child. That was the worst thing imaginable."[14]

In my own clinical experience, I have treated patients who witnessed the death of a family member by suicide, motor vehicle accident, and accidental fall, and I have treated others who had family members die in combat or by homicide.  Without exception, these patients describe a new reality in which typical treatment-related concepts, such as recovery, do not apply.  More precisely, these patients report having to accommodate and adapt to the new reality that the people they love are no longer safe and secure.  Longitudinal studies examining the outcome for adults who have had a family member or loved one die from a sudden violent cause demonstrate a wide variety of outcomes, including resiliency, complicated grief reactions, major depressive disorder, posttraumatic stress disorder, alcohol and substance use, and suicidal thoughts.[15]  The following three categories of risk factors for negative outcomes after the sudden violent death of a family member have been shown in a variety of studies:

(1) Personal risk factors, such as pre-existing mental health problems

(2) Interpersonal risk factors, such as social isolation

(3) Situational risk factors, such as blaming others, witnessing the death or finding the deceased, multiples losses, and waiting for death confirmation[16]

---

[11]   American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, 5th ed. Arlington, VA: American Psychiatric Association, 2013, at pp. 789-790

[12]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 46

[13]   Barrera M, et al.  Patterns of Parental Bereavement Following the Loss of a Child and Related Factors.  *Omega*, 2007; 55(2): 145-167

[14]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 11

[15]   Hibberd R, et al.  Risk and Protective Factors for Posttraumatic Stress Disorder, Prolonged Grief, and Depression in Survivors of the Violent Death of a Loved One.  *Journal of Loss and Trauma*, 2010; 15(5): 426-447

[16]   Pål K, et al  Bereavement and Mental Health after Sudden and Violent Losses: A Review.  *Psychiatry*, 2012; 75(1): 76-97

To date, no mental health treatment records have been provided for my review. Still, Bryant's deposition testimony indicates she has participated in therapy sessions at various points in her life, suggesting that she may have pre-existing mental health-related problems.  Moreover, Bryant was exposed to several situational factors, including multiple losses, waiting for death confirmation,[17] and blaming others,[18] which have undoubtedly affected how she has adapted to the loss of her husband and daughter.

Deaths caused by suicide, homicide, and accident share some common features, such as suddenness and violence, but they also possess some unique characteristics compared to other causes of death.  For example, homicide may involve media coverage and contact with the criminal justice system, which can constitute an additional burden for survivors.  In these circumstances, family members' experiences with viewing the bodies of loved ones vary considerably.  In this case, Vanessa Bryant visited the crash site "many months"[19] after the accident but it is unclear whether she ever viewed the bodies of her late husband and daughter.  She testified:

> Nothing compared to the site of my husband and daughter's bodies.[20]
>
> *        *        *
>
> I have my husband's and my daughter's clothing in my possession. And I can say that they -- they suffered a lot.  And if their clothes represent the condition of their bodies, I cannot imagine how someone could be so callous and have no regard for them or our friends, and just share the images as if they were animals on a street.  We're not talking about -- I really don't want to get into details.  I can only say that their clothing represents a lot.[21]

Some suggest that viewing the body of the deceased, which was a common practice in the first part of this century, is an important part of accepting what is sometimes referred to as the "certainty of death."[22]  Others discourage survivors from viewing the decedents.  In these circumstances, the often expressed sentiment is:  "Remember them as they were."[23]  However, as one of the widows of the 1977 Granville Train Disaster[24] stated, "No amount of disfigurement could be as

---

[17]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at pp. 16-17
[18]   Complaint For Damages re Island Express Helicopters, 6/9/21, at pp. 1-63
[19]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 127
[20]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 11
[21]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 113
[22]   Hodgkinson et al.  Viewing Human Remains Following Disaster: helpful or harmful?  *Medicine, Science and the Law*, 1993; 33(3): 197-202
[23]   Harington C and Sprowl B.  Family Members' Experiences With Viewing in the Wake of Sudden Death.  *Omega*, 2012; 64(1): 65-82
[24]   **COMMENT:**  On 1/18/77, a crowded commuter train derailed, running into the supports of a road bridge that then collapsed. The accident is known as the Granville train disaster.  It remains the worst rail disaster in Australian history.  83 people died and over 200 passengers were injured [See https://www.bbc.com/news/world-australia-38645976]

bad as my fantasies of how he looked."[25]  Similarly, some survivors describe the stress and anxiety associated with their "imagination" to be worse than viewing the decedent.[26]

There are studies examining the effect of viewing human remains after a violent death, but I am unaware of any medical or scientific literature addressing the impact of viewing unwanted graphic photographs of deceased family members on the internet, even though common sense dictates it would be deeply upsetting if not more harmful.  In this case, Vanessa Bryant has never seen any photographs of the remains of her husband or daughter from the crash site, as demonstrated by the following colloquy:

> MR. MILLER:  Okay, let me ask you a question about the pictures. Okay?  You testified a little while ago that you have not seen any pictures.  Correct?
>
> MS. BRYANT:  Correct.
>
> MR. MILLER:  Any pictures of your husband or your daughter's remains.  Correct?
>
> MS. BRYANT:  Yes.[27]
>
>                 *        *        *
>
> MR. MILLER:  My question to you is:  In this context, which pictures do you contend that you believe were improperly taken by the Sheriff's Department?
>
> MS. BRYANT:  I haven't seen any of the pictures. I know that if -- that pictures have circulated.  So because I haven't seen the pictures, I can't exactly tell you which ones specifically.  But I saw the photographs that you -- well, the ones that I didn't want to see, that were exhibits.  And if that's one of them, that's not a picture that should ever be shared or discussed at a bar or at a benefit.  The Coroner has a reason to do a medical examination.[28]

Asked to describe her emotional distress, Vanessa Bryant explained having a fear that photographs of the remains of her husband and/or daughter will be publicly disclosed in the future.  She testified:

> Emotional distress means that not only do I have to grieve to the loss of my husband and child, but for the rest of my life I'm going to have

---

[25]   Singh B, et al.  Post-disaster morbidity of the bereaved: a possible role for preventative psychiatry? *Journal of Nervous Mental Disorders*, 1981; 169(4): 203-212

[26]   Mowll J.  Reality and regret: Viewing or not viewing the body after a sudden death.  *Bereavement Care*, 2007; 26(1): 3-6

[27]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 107

[28]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 116

to fear that[29] these photographs of my husband and child will be leaked.  And I do not want my little girls or I to ever have to see their remains in that matter.  Nor do I think it's right that the photographs were taken in the first place because it's already tough enough that I have to experience this heartache and this loss.  But now to live the rest of my life having to fear those photographs surfacing is something that I, I have to deal with every single day.[30]

*        *        *

There was one photograph which was online where someone said that it was my husband's body.  And when I -- when I spoke to the Medical Examiner, that same photograph matched the location of where the Medical Examiner told me his body was found.[31]

While the prospect of crash site photographs being leaked is clearly upsetting, Vanessa Bryant has never seen any authentic photographs of the remains of her husband and/or daughter nor have any such photographs ever been determined to be disseminated or posted on the internet.[32,33]  In light of this finding, Vanessa Bryant cannot be distressed by photographs she has never seen.  Rather, the source of her distress lies in what she imagines the photographs depict.  One need not merely speculate to conclude that Vanessa Bryant's prominent public presence has contributed to her fear of such photographs being revealed in the future despite any reliable evidence that they in fact continue to exist.  Adults who have had a family member or loved one die from a sudden violent cause often display a need for control in an effort to restore predictability to their life and offset feeling profoundly vulnerable, violated, and powerless.[34]  Vanessa Bryant's account of her emotional distress appears to fit this response pattern.

Yours sincerely,

Marc A. Cohen, M.D., M.S.
Associate Clinical Professor of Psychiatry and Biobehavioral Sciences
David Geffen School of Medicine at U.C.L.A.
Diplomate, American Board of Psychiatry & Neurology
Diplomate, American Board of Forensic Psychiatry

---

[29]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 7
[30]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 8
[31]   Transcript, Deposition of Vanessa Bryant, 10/12/21, at p. 9
[32]   See Investigative Analysis Report and Attachment, 10/25/21, at pp. 1-19
[33]   See Supplemental Investigative Analysis Report and Attachment, 11/3/21, at pp. 1-4
[34]   Beck A, et al. Anxiety Disorders and Phobias: A Cognitive Perspective, 6th Ed.  New York, NY: Library of Congress, 1985; at pp. 288-312

# MARC A. COHEN, M.D.
Forensic Consultant in Psychiatry and Behavioral Sciences

## PERSONAL INFORMATION

Office Address: 333 S. Beverly Drive, Suite 200
Beverly Hills, California 90212

Telephone: (310) 724-5500

Facsimile: (310) 836-3002

Academic E-mail: macohen@mednet.ucla.edu

Non-Academic E-mail: mcmd@mac.com

Summary of Background: https://people.healthsciences.ucla.edu/

## EDUCATION

Undergraduate Education
University of California at Los Angeles
Major: History; 09/91 – 06/96
B.A., 06/96

Graduate Education
University of California at Los Angeles
Major: Physiological Science; 09/97 – 06/99
M.S., 06/99

Medical Education
University of Southern California School of Medicine
08/99 –  05/03
M.D., 05/03

Graduate Medical Education
UCLA/San Fernando Valley Psychiatry Residency Program
Internship: 06/03 – 05/04
Residency: 06/04 – 06/07
Chief Resident: 06/06 – 06/07

UCLA/VA Forensic Psychiatry Fellowship Program
06/07 – 06/08

## LICENSURE AND BOARD CERTIFICATION

• California Medical License No.: A91103; Expiration Date: 11/30/22

• Washington Medical License No.: 60859244; Expiration Date: 11/26/22

• DEA Registration No.:  FC2868478; Expiration Date: 08/31/22

**LICENSURE AND BOARD CERTIFICATION, CONT.**

- American Board of Psychiatry and Neurology, Psychiatry (Certificate No.: 59207)

- American Board of Psychiatry and Neurology, Forensic Psychiatry (Certificate No.: 1714)

**PROFESSIONAL EXPERIENCE**

- Senior Advisor to the Vice Dean for Education and Chief Medical Education Officer, UCLA David Geffen School of Medicine; 09/20 – Present

- Associate Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 07/17 - Present

- Staff Psychiatrist, Screening Mental Health Clinic, OIF/OEF Veterans, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 01/12 – 07/14

- Assistant Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 08/10 – 06/17

- Staff Psychiatrist, Olive View-UCLA Medical Center; 07/10 – Present

- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 07/10 – Present

- Director, Partial Hospitalization Program, Sepulveda Ambulatory Care Center, Department of Veterans Affairs; 09/09 – 07/10

- Psychiatry Expert, Superior Criminal Court Panel, Los Angeles County; 03/09 – Present

- Clinical Instructor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 07/08 – 07/10

- Compensation and Disability Evaluator, Greater Los Angeles Veterans Administration, Department of Veterans Affairs; 07/08 – 07/10

- Staff Psychiatrist, Twin Towers Correctional Facility; 03/08 – 06/08

- Staff Psychiatrist, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 02/08 – 07/10

- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 01/08 – 06/08

- Staff Psychiatrist, Metropolitan State Hospital, Forensic Admission Unit; 06/07 – 12/07

2

**PROFESSIONAL EXPERIENCE, CONT.**

- Teaching Associate, University of California at Los Angeles; 06/00 – 07/00

- Graduate Research Assistant, University of California at Los Angeles; 06/98 – 02/99

- Teaching Assistant, University of California at Los Angeles; 09/97 – 06/99

**PROFESSIONAL ACTIVITIES**

Academic Appointments

- Mentor, Longitudinal Mentorship Program, UCLA David Geffen School of Medicine; 01/21 – Present

- Member, Student Conduct Committee, UCLA Office of the Dean of Students; 02/21 – Present

- Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 09/20 – Present

- Chair, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 09/19 – 09/20; 10/21 – Present

- Member, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 07/18 – 07/19

- Member, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/14 – 06/20

- Founding Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/12 – 06/14

- Faculty Mentor, Medical Student Well-Being Program, UCLA David Geffen School of Medicine; 01/13 – 01/16

- Member, Medical Student Education Evaluation Subcommittee, UCLA David Geffen School of Medicine; 01/13 – 01/16

Professional Appointments

- Peer Reviewer, Journal of Forensic Sciences; 01/19 – Present

- San Fernando Valley Councilor, SCPS; 05/17 – 05/20

3

**PROFESSIONAL ACTIVITIES, CONT.**

Professional Appointments

- Member, Criminal Behavior Committee, AAPL; 01/14 – Present

- Member, Suicidology Committee, AAPL; 01/14 – Present

- Member, Trauma and Stress committee, AAPL; 10/12 – Present

- Member, Lawyer Assistance Program, California State Bar; 12/11 – 01/15

**HONORS AND SPECIAL AWARDS**

Phi Beta Kappa
Magna Cum Laude
Golden Key Honor Society
Pi Gamma Mu International Honor Society
Phi Alpha Theta History Honor Society
Outstanding Graduating Resident Award
Fellow, American Psychiatric Association

**ORGANIZATIONAL MEMBERSHIPS AND AFFILIATIONS**

American Academy of Psychiatry and the Law (AAPL)
American Academy of Forensic Sciences (AAFS)
American Psychiatric Association (APA)
Southern California Psychiatric Society (SCPS)
American Medical Association (AMA)

**SELECTED LECTURES AND PRESENTATIONS**

- *Response to Trauma,* National District Attorney's Association; November 2018

- *Unusual Mental Health Defenses,* National District Attorney's Association; November 2018

- *Contemporary Forensic Evaluation of Posttraumatic Stress Disorder*, American Academy of Psychiatry and the Law; October 2018

- *Preventing and Responding to Violence in the Workplace*, Employment Law Institute; October 2017

- *Resiliency and Trauma*, American Academy of Forensic Sciences; February 2017

- *Mass Murder:  How Worried Should The Masses Be*, American Academy of Psychiatry and the Law; October 2016

**SELECTED LECTURES AND PRESENTATIONS, CONT.**

- *Paranoia and Violence*, UCLA/SFV Psychiatry Residency Training Program; September 2016

- *Psychiatric and Psychological Exams of Employees*, Practising Law Institute, Psychological Issues in Employment Law Seminar; March 2015

- *Combat-PTSD and Violence*, American Academy of Forensic Sciences; February 2014

- *Problem-based Learning Instructor,* MS 2 Medical Neurosciences, UCLA David Geffen School of Medicine; January – February 2014

- *PTSD in DSM 5: More Plaintiffs?  More Defenses?  More Awards?*, American Academy of Psychiatry and the Law; October 2013

- *The Uses and Abuses of Psychopharmacology in Conjunction with Psychotherapy,* The Los Angeles Society of Clinical Psychologists; August 2012

- *Combat-related Posttraumatic Stress Disorder,* C.G. Psychoanalytic Institute of Los Angeles; December 2011

- *Combat-related Posttraumatic Stress Disorder*, Los Angeles Chapter of Marriage & Family Therapists; April 2011

- *The Relationship between Combat-related PTSD and Violence*, Mental Health Court, Superior Court of California, Los Angeles County; April 2009

- *MS 3 Psychiatry Clerkship Course: Introduction to the Psychiatric Evaluation*, UCLA David Geffen School of Medicine; November 2008 – Present

**ABSTRACTS**

- PTSD in DSM 5:  More Plaintiffs?  More Defenses?  More Awards?; presented at American Academy of Psychiatry and the Law Annual Conference, San Diego, California; October 26, 2013

- Combat-related Posttraumatic Stress Disorder and Violence; presented at American Academy of Forensic Sciences Annual Conference, Seattle, WA; February 20, 2014

- Psychiatric and Psychological Exams of Employees; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; March 16, 2015

- Resiliency and Trauma: An Interdisciplinary Team Approach to the Evaluation of Individuals in Mass Tort Cases; presented at American Academy of Forensic Sciences Annual Conference, New Orleans, LA; February 17, 2017

5

**ABSTRACTS, CONT.**

- Preventing and Responding to Violence in the Workplace; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; October 13, 2017

- Contemporary Forensic Evaluation of Posttraumatic Stress Disorder; presented at American Academy of Psychiatry and the Law Annual Conference, Austin, TX; October, 27, 2018

**ACADEMIC POLICIES**

- Policy on Medical Student Academic Professional Standing at DGSOM

- Policy and Guidelines on Progress & Promotion of Medical Students at DGSOM

- Attendance Policy, Absences, Time-off, and Approved Leave of Absence for DGSOM Medical Students

- Bylaws, Committee on Academic Standing, Progress, and Promotion, DGSOM

**EXPERT TESTIMONY[1]**

- State of California v. Simeon Wichmann
  (Case No. ZM014967)
  Testified at trial, 3/15/10, Los Angeles County, California

- State of California v. Deonte Lee
  (Case No. ZM010543)
  Testified at trial, 5/4/10, Los Angeles County, California

- State of California v. Theodore Burley
  (Case No. ZM010622)
  Testified at trial, 7/7/10, Los Angeles County, California

- Ashley Fair v. State of California
  (Case No. 30-2008 00109795)
  Testified at deposition, 10/13/10, Los Angeles County, California

---

[1]   Dr. Cohen testified in matters involving dangerousness, the presence and/or absence of mental illness, mental health treatment, the effects of mental illness on daily function, and the need for LPS conservatorship, at the Los Angeles Superior Mental Heath Courthouse, and the Los Angeles Superior Court at the Clara Shortridge Foltz Criminal Justice Center from 3/1/10 to 6/15/11. Testimony was given in additional cases in 2009, but had no records allowing reconstruction of the specifics of these cases when first asked to prepare such a list in May 2011.

6

**EXPERT TESTIMONY, CONT.**

- <u>State of California v. Robert Perez</u>
  (Case No. ZM012906)
  Testified at trial, 11/9/10, Los Angeles County, California

- <u>State of California v. Larry Jessie</u>
  (Case No. ZM005300)
  Testified at trial, 11/22/10, Los Angeles County, California

- <u>State of California v. James Hubbard</u>
  (Case No. ZM013438)
  Testified at trial, 12/1/10, Los Angeles County, California

- <u>State of California v. Lael Battle</u>
  (Case No. ZM013315)
  Testified at trial, 1/27/11, Los Angeles County, California

- <u>State of California v. Sean Hinman</u>
  (Case No. ZM010340)
  Testified at trial, 2/9/11, Los Angeles County, California

- <u>State of California v. Darrell Rideaux</u>
  (Case No. ZM013902)
  Testified at trial, 3/14/11, Los Angeles County, California

- <u>State of California v. Scott Clay</u>
  (Case No. ZM013515)
  Testified at trial, 4/6/11, Los Angeles County, California

- <u>State of California v. Micah Pendleton</u>
  (Case No. ZM016443)
  Testified at trial, 4/27/11, Los Angeles County, California

- <u>State of California v. Bertram Dominguez</u>
  (Case No. ZM007339)
  Testified at trial, 6/2/11, Los Angeles County, California

- <u>State of California v. John Lowe</u>
  (Case No. ZM016637)
  Testified at trial, 6/14/11, Los Angeles County, California

- <u>Reuben and Mayumi Ishii v. Sears Corporation</u>
  (Case No. SACV 10-00832-JVS) Testified at deposition, 7/6/11, United States District Court, Central District of California

- <u>United States v. Larry Lujan</u>
  (Case No. CR 05-924 RB)
  Testified at trial, 8/4/11, United States District Court, District of New Mexico

7

**EXPERT TESTIMONY, CONT.**

- <u>State of California v. Mario Grimaldi</u>
  (Case No. ZM017063)
  Testified at trial, 9/20/11, Los Angeles County, California

- <u>United States v. Larry Lujan</u>
  (Case No. CR 05-924 RB)
  Testified at penalty phase, 10/3/11, United States District Court, District of New Mexico

- <u>State of California v. Cecilia Trujillo</u>
  (Case No. ZM004255)
  Testified at trial, 10/13/11, Los Angeles County, California

- <u>State of California v. James Hubbard</u>
  (Case No. ZM013438)
  Testified at trial, 11/14/11, Los Angeles County, California

- <u>State of California v. Lael Battle</u>
  (Case No. ZM013315)
  Testified at trial, 11/28/11, Los Angeles County, California

- <u>State of California v. Marbel Galvez</u>
  (Case No. PJ46936)
  Testified at evidentiary hearing, 1/5/12, Los Angeles County, California

- <u>State of California v. John Doe</u>
  (Case No. ZM021938)
  Testified at trial, 1/17/12, Los Angeles County, California

- <u>State of California v. Sean Hinman</u>
  (Case No. ZM010340)
  Testified at trial, 1/18/12, Los Angeles County, California

- <u>State of California v. Rodney Ward</u>
  (Case No. ZM014708)
  Testified at trial, 1/27/12, Los Angeles County, California

- <u>State of California v. Phillip Despain</u>
  (Case No. ZM013903)
  Testified at trial, 7/18/12, Los Angeles County, California

- <u>State of California v. Reginald Domingo</u>
  (Case No. SA073207)
  Testified at evidentiary hearing, 8/9/12, Los Angeles County, California

Exhibit A
22

**EXPERT TESTIMONY, CONT.**

- <u>James and Kathleen Ruigomez v. PG&E, a Corporation</u>
  (Case No. 499864)
  Testified at deposition, 9/13/12, San Mateo County, California

- <u>Gregory, Mary, Adam, and Alexa Tafralis v. PG&E, a Corporation</u>
  (Case No. 499864)
  Testified at deposition, 10/18/12, San Mateo County, California

- <u>Watthika and Panaka Chea v. PG&E, a Corporation</u>
  (Case No. 499864)
  Testified at deposition, 11/6/12, San Mateo County, California

- <u>State of California v. Jewel Stuart</u>
  (Case No. ZM018010)
  Testified at trial, 1/16/13, Los Angeles County, California

- <u>State of California v. Dmitry Sheyko</u>
  (Case No. BA383606)
  Testified at trial, 2/27/13, Los Angeles County, California

- <u>State of California v. Barbara Grady</u>
  (Case No. PA067902)
  Testified at trial, 4/24/13, Los Angeles County, California

- <u>State of California v. John Bloodworth</u>
  (Case No. YA079410-01)
  Testified at evidentiary hearing, 6/4/13, Los Angeles County, California

- <u>State of California v. Jeffrey Stewart</u>
  (Case No. ZM008685)
  Testified at trial, 10/16/13, Los Angeles County, California

- <u>State of California v. Manuel Suarez</u>
  (Case No. ZM017750)
  Testified at trial, 12/3/13, Los Angeles County, California

- <u>State of California v. James Hubbard</u>
  (Case No. ZM013438)
  Testified at trial, 12/5/13, Los Angeles County, California

- <u>Kimberly Arnold v. Pfizer, Inc.</u>
  (Case No. 3:10-CV-01025-CV)
  Testified at deposition, 1/29/14, United States District Court, District of Oregon

9

**EXPERT TESTIMONY, CONT.**

- State of California v. Shakir Azeem
  (Case No. ZM013234)
  Testified at trial, 1/30/14, Los Angeles County, California

- United States v. David Kalai
  (Case No. CR 11-930(A) TJH)
  Testified at competency hearing, 2/24/14, United States District Court, Central District of California

- State of California v. Fernando Gonzalez
  (Case No. ZM011953)
  Testified at trial, 4/1/14, Los Angeles County, California

- William Michael Dennis v. Kevin Chappell
  (Case No. C 98-21027 JF)
  Testified at deposition, 4/9/14, United States District Court, Northern District of California

- State of California v. Frank Palisi
  (Case No. ZM021930)
  Testified at trial, 5/7/14, Los Angeles County, California

- State of California v. Frank Palisi
  (Case No. ZM021930)
  Testified at trial, 5/7/14, Los Angeles County, California

- State of California v. Eduardo Vasquez
  (Case No. ZM021646)
  Testified at trial, 5/29/14, Los Angeles County, California

- Kimberly Arnold v. Pfizer, Inc.
  (Case No. Case No. 10-CV-1025-AC)
  Testified at trial, 6/11/14, United States District Court, District of Oregon, Portland Division

- Cindi Bright v. Russell Investments and Brian Golob
  (Case No. 12-2-37570-4)
  Testified at deposition, 6/18/14, King County, WA

- Cindi Bright v. Russell Investments
  (Case No. 12-2-37570-4)
  Testified at trial, 7/29/14, King County, WA

- State of California v. Jeffrey Stewart
  (Case No. ZM008685)
  Testified at trial, 10/7/14, Los Angeles County, California

10

**EXPERT TESTIMONY, CONT.**

- <u>United States v. Daniel Christian Stanley Powell</u>
  (Case No. 13-CR-98-JLS)
  Testified at trial, 11/4-11/5/14, United States District Court, Central District of California

- <u>Tyler Remsen v. Norco Industries Inc. and Top-Line Industrial Products, Inc.</u>
  (Case No. RIC 1216135)
  Testified at deposition, 11/20/14, Riverside County, California

- <u>State of California v. Shakir Azeem</u>
  (Case No. ZM013234)
  Testified at trial, 1/15/15, Los Angeles County, California

- <u>Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers</u>
  (Case No. 2:14-CV-03846)
  Testified at deposition, 1/19/15, United States District Court, Central District of California

- <u>Joseph Juraszek v. University Behavioral Health of Denton and Asad Islam, M.D.</u>
  (Case No. 2012-71249-431)
  Testified at trial, 2/5/15, 431st Judicial District Court, Denton County, Texas

- <u>State of California v. Richard Lucero</u>
  (Case No. ZM021419)
  Testified at trial, 2/10/15, Los Angeles County, California

- <u>Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers</u>
  (Case No. 2:14-CV-03846)
  Testified at trial, 3/13/15, United States District Court, Central District of California

- <u>State of California v. Afano Segi</u>
  (Case No. ZM011363)
  Testified at trial, 4/6/15, Los Angeles County, California

- <u>Robert Wascher v. Southern California Permanente Medical Group</u>
  (Case No. 30-2011-00523323-CU-WT-CJC)
  Testified at trial, 6/4/15, Orange County, California

- <u>Christine Ross v. San Diego Gas & Electric</u>
  (Case No. 2008-00093080A)
  Testified at deposition, 7/8/15, San Diego County, California

- <u>Frederick Ronald Thomas, Jr. v. City of Fullerton, et al.</u>
  (Case No. 30-2012-00581299 CU-PO-CJC)
  Testified at deposition, 8/31/15, Orange County, California

Exhibit A

**EXPERT TESTIMONY, CONT.**

- State of California v. Troy Pines
  (Case No. ZM026037)
  Testified at trial, 9/22/15, Los Angeles County, California

- Lorena Guia v. Smart & Final Stores, LLC.
  (Case No. BC554278)
  Testified at deposition, 3/17/16, Los Angeles County, California

- RSCR Inland, Inc. v. State of California Department of Public Health
  (Case No. RIC1407237)
  Testified at deposition, 4/28/16, Riverside County, California

- RSCR Inland, Inc. v. State of California Department of Public Health
  (Case No. RIC1407237)
  Testified at trial, 6/22-6/23/16, Riverside County, California

- Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP
  (Case No. 1220050157)
  Testified at deposition, 7/6/16, Los Angeles, California, Arbitration

- United States v. Julien Jitt Noel
  (Case No. CR 15-173-2 GHK)
  Testified at evidentiary hearing, 8/10/16, United States District Court,
  Central District of California

- Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP
  (Case No. 1220050157)
  Testified at arbitration hearing, 8/16/16, Los Angeles, California

- United States v. Robert Jackson, et al.
  (Case No. CR 13-6743-CaliforniaS)
  Testified at trial, 8/18/16, United States District Court, Central District of
  California

- Talbert Mitchell v. SEIU Local 721, et al.
  (Case No. BC575572)
  Testified at deposition, 12/29/16, Los Angeles County, California

- Kim Meline v. State of Washington Department of Social and Health Services
  (Case No. 13-2-13022-5)
  Testified at deposition, 1/23/17, Pierce County, Washington

- Hannah Rubenstein v. The Residences at Royal Bellingham, Inc.
  (Case No. EC064881)
  Testified at deposition, 2/28/17, Los Angeles County, California

Exhibit A

**EXPERT TESTIMONY, CONT.**

- State of California v. John Bloodworth
  (Case No. YA079410-01)
  Testified at trial, 5/4/17, Los Angeles County, California

- State of California v. Alexander Sirlo
  (Case No. ZM023903)
  Testified at trial, 5/8/15, Los Angeles County, California

- Kim Meline v. State of Washington Department of Social and Health Services
  (Case No. 13-2-13022-5)
  Testified at trial, 6/12/17, Pierce County, Washington

- Laurie Carranza v. California Department of Corrections and Rehabilitation
  (Case No. CIVRS1201373)
  Testified at deposition, 8/14/17, San Bernardino County, California

- State of California v. Brent Bateman
  (Case No. LA073310)
  Testified at evidentiary hearing, 9/13/17, Los Angeles County, California

- Tyler Shane v. KB Recovery, Inc. DBA KB Recovery Addiction Treatment Center
  (Case No. BC577278)
  Testified at deposition, 9/25/17, Los Angeles County, California

- Talbert Mitchell v. SEIU Local 721, et al.
  (Case No. BC575572)
  Testified at trial, 10/31/17-11/1/17, Los Angeles County, California

- Marylin Castillo et al. v. King Taco Restaurant, Inc., et al.
  (Case No. BC560096)
  Testified at deposition, 12/11/17, Los Angeles County, California

- Dominic Archibald v. County of San Bernardino, Kyle Woods, William Kelsey
  (Case No.  5:16-cv-01128)
  Testified at deposition, 2/9/18, United States District Court, Central District of
  California

- Marylin Castillo et al. v. King Taco Restaurant, Inc., et al.
  (Case No. BC560096)
  Testified at trial, 2/13/18, Los Angeles County, California

- Eliana Alvarez v. King Baby Studio, Inc., et al.
  (Case No. BC639674)
  Testified at deposition, 5/14/18, Los Angeles County, California

13

Exhibit A

**EXPERT TESTIMONY, CONT.**

- <u>SG Homecare, Inc. v. Verio Healthcare, Inc., et al.</u>
  (Case No. 30-2015-00819810-CU-CO-CJC)
  Testified at deposition, 11/1/18, Orange County, California

- <u>Jason Migas v. State of California</u>
  (Case No. CIVDS1608477)
  Testified at deposition, 1/7/19, San Bernardino County, California

- <u>Alfredo Zamudio v. CEC Entertainment, Inc.</u>
  (Case No. BC671188)
  Testified at deposition, 6/28/19, Los Angeles County, California

- <u>Mara Pelsman v. Gateways Hospital and Mental Health Center, et al.</u>
  (Case No. BC699392)
  Testified at deposition, 7/18/19, Los Angeles County, California

- <u>Serena Yang v. Colony American Finance, et al.</u>
  (Case No. 18-2344-MCS)
  Testified at deposition, 7/25/19, Los Angeles, California, Arbitration

- <u>Serena Yang v. Colony American Finance, et al.</u>
  (Case No. 18-2344-MCS)
  Testified at arbitration hearing, 7/31/19, Los Angeles, California

- <u>State of California v. Patrick Lee Barris</u>
  (Case No. 8CJ02744)
  Testified at evidentiary hearing, 11/5/19, Los Angeles County, California

- <u>Rafaela Velasquez v. Legal Aid Foundation of Los Angeles</u>
  (Case No. BC693192)
  Testified at deposition, 11/11/19, Los Angeles County, California

- <u>Lisette Higareda v. Honda North America, Inc. et al.</u>
  (Case No. BC583268; BC587056)
  Testified at deposition, 12/12/19, Los Angeles County, California

- <u>Marzieh Salehi v. Cedars-Sinai Medical Center</u>
  (Case No. 1220062143)
  Testified at deposition, 1/21/20, Los Angeles, California, Arbitration

- <u>Secretary of Labor, U.S. Dept. of Labor v. UHS of Denver, Inc.</u>
  (OSHRC Docket No. 19-0550)
  Testified at deposition, 10/21/20, remotely from Beverly Hills, California

**EXPERT TESTIMONY, CONT.**

- <u>Darren Gales v. California Department of Corrections and Rehabilitation-Ventura Youth Correctional Facility</u>
  (Case No. 2:19-cv-05025)
  Testified at deposition, 11/16/20-11/17/20, Solano County, California

- <u>Jefferey Lurner v. American Golf and Country Clubs</u>
  (Case No. 30-2018-00992342-CU-CR-CJC)
  Testified at deposition, 11/18/20, Orange County, California

- <u>Kris Doe and Nate Doe v. Bridges to Recovery, LLC, et al.</u>
  (Case No. 2:20-cv-00348-SVW-SK)
  Testified at deposition, 12/14/20, remotely from Beverly Hills, California

- <u>Malcom J. Robbins v. Robert L. Ayers</u>
  (Case No. CV 91-04768-TJH)
  United States District Court, Northern District of California, Western Division;
  Testified at deposition, 3/30/21, remotely from Beverly Hills, California

- <u>Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al.</u>
  (Case No. 20-2185-MCS)
  Testified at deposition, 5/5/21, remotely from Beverly Hills, California

- <u>State of California v. Brent Bateman</u>
  (Case No. LA073310)
  Testified at trial, 5/13/21, Los Angeles County, California

- <u>Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al.</u>
  (Case No. 20-2185-MCS)
  Testified at arbitration hearing, 5/14/21, remotely from Beverly Hills, California

- <u>Destiny Ortiz and Sabrina Morgan v. Cedar Fair L.P., et al.</u>
  (Case No. 30-2019-01098356-CU-OE-CJC)
  Testified at deposition, 5/24/21, remotely from Beverly Hills, California

- <u>Secretary of Labor, U.S. Department of Labor v. UHS of Denver, Inc.</u>
  (OSHRC Docket No. 19-0550)
  Testified at trial, 6/17/21 and 6/21/21, Denver, Colorado

- <u>Secretary of Labor, U.S. Department of Labor v. UHS of Fuller, Inc., et al.</u>
  (OSHRC Docket No. 20-0032)
  Testified at trial, 8/9/21-8/10/21, Boston, Massachusetts

- <u>Secretary of Labor, U.S. Dept. of Labor v. UHS of Centennial Peaks, LLC.</u>
  (OSHRC Docket No. 19-1579)
  Testified at deposition, 8/17/21, remotely from Beverly Hills, California

Exhibit A
29

**EXPERT TESTIMONY, CONT.**

- <u>David J. John v. L.S. McEwen, Warden</u>
  (Case No. 2:12-CV-05174-DMG-PLA)
  Testified at evidentiary hearing, 8/18/21, United States District Court, Central District of California

- <u>Secretary of Labor, U.S. Dept. of Labor v. UHS of Centennial Peaks, LLC.</u>
  (OSHRC Docket No. 19-1579)
  Testified at trial, 9/21/21, Denver, Colorado

- <u>John RF Doe and John RR Doe v. The Roman Catholic Archbishop of Los Angeles</u>
  (Case No. BC695758)
  Testified at deposition, 10/8/21, remotely from Beverly Hills, California

- <u>Glenda Rodger v. Los Angeles County</u>
  (Case No. BC697083)
  Testified at deposition, 10/14/21, remotely from Beverly Hills, California

- <u>Jefferey Lurner v. American Golf and Country Clubs</u>
  (Case No. 30-2018-00992342-CU-CR-CJC)
  Testified at trial, 10/20/21-10/21/21, Orange County, California

- <u>Pratiksha Patel v. Tungsten Network, Inc.</u>
  (Case No. 2:20-cv-07603-RGK-JEM)
  Testified at deposition, 10/22/21 and 10/26/21, remotely from Beverly Hills, California

- <u>Glenda Rodger v. Los Angeles County</u>
  (Case No. BC697083)
  Testified at trial, 11/3/21, Los Angeles, California

- <u>United States v. Donna Givens, et al.</u>
  (Case No. EDCR20-0075-JAK)
  Testified at evidentiary hearing, 11/4/21, Los Angeles, California

Exhibit A