# Exhibit A-1

# Transcript of Exhibit A
# Fox 11 Interview of Sheriff Villanueva (VB00003622)

| Speaker | Statement |
|---|---|
| Sheriff Villanueva | Yeah, I was horrified I just felt betrayed by my own deputies. |
| Reporter | Strong reaction from the LA County Sheriff Alex Villanueva, who says he's apologized to the victims' families. That as we now know eight deputies, five full time and three reserve deputies, all from the Sheriff's lost hill station, now under internal investigation for allegedly taking and sharing the graphic photos of the helicopter crash site that killed Kobe Bryant and eight others last January. |
| Sheriff Villanueva | They deleted all the pictures they had, and they acknowledged, if they transmitted them then they were deleted. |
| Reporter | That as the Sheriff and his administrative staff work to make sure none of the unauthorized photos goes public. The Sheriff admitted his department's policy on first responders taking such pictures is weak but stresses that deputy's assignment that Sunday morning involved securing the crash site, not taking pictures of it. |
| Sheriff Villanueva | They have no place to be taking any photographs of anything. Only, in this case, it would have been NTSB investigators coroner's investigators and that's about it, nobody else. |
| Reporter | The deputies face possible disciplinary action, while the Sheriff faces the criticism of Vanessa Bryant, who was absolutely devastated over the allegation of the photos, that from her attorney who says quote, "Mrs. Bryant personally went to the Sheriff's office on January 26th and requested that the area be designated a no-fly zone and protected from photographers. This was of critical importance to her as she desired to protect the dignity of all the victims, and their families." |
| Sheriff Villanueva | The reputation of her husband and being well known it creates that much more interest it drives people sometimes to do very stupid things. |
| Reporter | And it seems even deputies were doing very stupid things as the Sheriff put it, puts it. The department policy right now only prohibits taking unauthorized pictures at crime scenes, not accident scenes. The Sheriff |

|  | says he is working to change that policy, and he'd also like to see a new state law on the books, one that makes taking these types of photos a criminal act, which means you can be prosecuted and face jail time. As for the eight deputies allegedly involved in this situation, still unclear what type of disciplinary action, if any, they will face. For now, we are live Calabasas at [inaudible], Fox 11 News. |
|---|---|