# Exhibit B-1

# Transcript of Exhibit B
# Sheriff Villanueva Press Briefing (COLA001200)

| Speaker | Statement |
|---|---|
| KTLA 5 Reporter | Something that should just be the investigators that are . . . |
| Sheriff Villanueva | Well, in this type of scene, which is an accident, there's only two groups of people that should be taking photos: that is the NTSB and then the Coroner's Office.  No one else has any . . . any reason to take any photos or . . . This is not a crime scene, so there is no evidence to be taken, per se, which is very different, like a homicide scene, for example, so, that is, uh, the only two groups of people.  Anybody outside of that would be unauthorized.  It'd be illicit photos. |
| CNN Reporter | What would you say about this mentality?  Is this something that's, you know, prevalent in the year 2020 with so much social media and everyone has phones and can take pictures?  I mean, what about the culture of this because some old school law enforcement folks would say this is just flat out bush league? |
| Sheriff Villanueva | Well, unfortunately, ever since they invented the polaroid camera, this has been a problem in law enforcement across the nation, probably across the world, because it just makes it so much easier.  And then there's—there's, uh, cops—they keep death books, for example, where they—they have, uh, photos from crime scenes throughout their careers.  That's a macabre idea, but some do that.  And, uh, why?  I don't know… to get into the psychology of people's decisions, but it's wildly inappropriate, it's disgusting, and it harms people that suffered a tragedy already on top of that to think that it could be expanded beyond that by having a public display of their loved ones' remains.  So this . . . we're—we're trying to put an end to this.  We're changing our policies to be very specific 'cause we didn't think ahead of time who would've dreamed doing that, but apparently people do.  So we're trying to put an end—we're also trying to get legislation passed in Sacramento to make it a crime that covers everybody.  'Cause then, as a crime, then, then we can do search warrants, we |

|  | can seize things.  Though we don't have the capacity right now because it is not a crime. |
|---|---|
| CNN Reporter | Have you said anything to these Deputies and, if so, what? |
| Sheriff Villanueva | Uh, we've, uh—they've been—they've been, uh, addressed already, but I'll just say appropriate administrative action has already taken place. |
| CNN Reporter | Does that mean dismissal? |
| Sheriff Villanueva | I can't comment on the discipline. That is strictly a violation of the Peace Officer Bill of Rights. |
| CNN Reporter | Can—I know that you need to pay attention to that rule, but can you at least say if they're still on duty, are they . . . desk duty, suspended—what? |
| Sheriff Villanueva | Well, the matter is currently under investigation.  So until that is said and done, then we will have a disposition on that, but I'll leave it at that for now. |
| KTLA 5 Reporter | I know that you've been in contact now since with families. How—how are they holding up?  How are they responding? How are you—handling that? |
| Sheriff Villanueva | Well it's, uh—the easiest and the hardest person to get a hold of is—is the Bryant family, for obvious reason, but we reached out to the Laker organization, reached out to, uh, Vanessa Bryant's assistant, we—we've already, you know, met all of them personally at the time of the incident back on January 26th, so we're, uh, we'll continue to stay in touch with them and hopefully we'll have a chance to talk to them in person once we have a better understanding of what happened and all the steps we're taking—and one, to make sure that no photo ever get outs anywhere and how to prevent this in the future. |
| CNN Reporter | What is the new protocol?  What's the rule? |
| Sheriff Villanueva | Well we're crafting a new rule now that's very specific and we're—we want to make the penalty up to discharge.  If some |

| | |
|---|---|
| | takes an unauthorized photo at a crime scene or at an accident scene that displays human remains, takes it—period—transmit it—period—and much worse, sell it to a, you know, a tabloid or something like that. |
| CNN Reporter | What have you said to the surviving families and Vanessa Bryant's assistant? |
| Sheriff Villanueva | Uh, we definitely—I personally, publicly, you know, apologized on behalf of the—the poor conduct of our—our employees, and we want to make things right. |
| CNN Reporter | How'd they take it? |
| Sheriff Villanueva | I don't have a reaction yet so that's—that's an ongoing process. |
| CNN Reporter | There's been a lot of people coming and going today in these offices, and clearly it seems like it might be related to this, is there anything else you can tell us about what's going on in terms of the investigation and the possible consequences, and I know that there are rules? |
| Sheriff Villanueva | Yeah . . . well, there's . . . actions were taken the week of the incident.  You know the accident happened on January 26th, um, midweek, end of the week is when the activity took place and we . . . identified what we thought were the 8 individuals.  The photos were deleted, but now we're assessing: is there more that we don't know, which is what concerns me.  What we don't know. |
| CNN Reporter | And is it possible that you're sort of bearing the brunt of this and other first responders from other agencies might have been involved? |
| Sheriff Villanueva | Um, that's—that's a likelihood, but we're the most visible and we're the easiest to pick on when it comes to the LA Times but, uh, reality is we're doing everything we humanly can do to—we don't want to extend or increase anybody's anguish in this tragedy and, uh, we'll do the best we can. |
| All Parties | Thank you |

| Unknown speaker | Next, next |
|---|---|