# Exhibit C-1

Exhibit C-1
13

# Transcript of Exhibit C
# KNX1070 Interview of Sheriff Villanueva (COLA006932)

| Speaker | Statement |
| --- | --- |
| Interviewer | Kobe Bryant Crash.  The last couple of days the LA Times has came up with something indicating that deputies were sharing "photos" of crash site at various locations and a number of deputies had these photos.  First of all, have you or anyone on the internal affairs staff seen these photos?  What actually do they show? |
| Sheriff Villanueva | No one has seen the photos.  No one that I am aware of has seen the photos. |
| Interviewer | So we don't know anything about the contents of them?  Not if they're the debris field, individualized pictures of the mechanics of the helicopter, or bodies?  None of that? |
| Sheriff Villanueva | The tip we received showed that the photo in question was something of human remains. |
| Interviewer | Mm-hmm.  That was the tip? |
| Sheriff Villanueva | Yes. |
| Interviewer | Has anything been confirmed?  Has a photo of that nature surfaced to investigators and to your knowledge? |
| Sheriff Villanueva | To our knowledge nothing has been confirmed.  No photos has surfaced. |
| Interviewer | Mm-hmm.  Do we have any indication of how many deputies had possession of a photo or shared photos here?  How many are being talked to? |
| Sheriff Villanueva | We've identified a total of eight. |
| Interviewer | Eight deputies? |
| Sheriff Villanueva | Yes. |
| Interviewer | Are they all attached to what?  Lost Hills Station? |

| Sheriff Villanueva | To my knowledge, yes. Lost Hills Station. |
|---|---|
| Interviewer | What is the actual policy on the Sheriff's Department regarding the taking of photos or sharing of photos and information using cell phones? |
| Sheriff Villanueva | Well our policy to date is actually unfortunately it is not very specific. It refers more to using personal phones for official business. |
| Interviewer | Mm-hmm. |
| Sheriff Villanueva | For example, as a scene of assault with a deadly weapon where they're taking evidence, they're using photos and they transcribe or they transfer the photos to a database that becomes part of the investigation of assault with a deadly weapon. And we try to discourage people from doing that because then you could subpoena the phone. If it's not a county phone, it's your private phone it gets subpoenaed. |
| Interviewer | Mm-hmm. |
| Sheriff Villanueva | And that's problematic obviously. And that is the over on the entire, our policy was tailored around is that to get people to only use official communication devices to record crime scenes, evidence of that nature. |
| Interviewer | Mm-hmm. And if such things were going to be done on a cell phone or something like that it would be a phone issued by the county specifically for work purposes? |
| Sheriff Villanueva | Exactly. In that case, it does get subpoenaed well no harm, no foul, here it is. |
| Interviewer | Mm-hmm. Were any of the phones of any of these deputies had these pictures on, were they county phones or were they personal phones? |
| Sheriff Villanueva | That, I don't know. That's going to be up to the investigation to determine. |
| Interviewer | Do we know how many photos are in question here? How many photos of the scene? |
| Sheriff Villanueva | That, I have no idea. It would be subject of the ongoing investigation. |
| Interviewer | What's happened to these eight deputies? What, when it was found out that in theory some photos were being circulated, who stepped in to say full stop, try to find the people involved and bring them in for an |

| | |
|---|---|
| | investigation?  Was this a Lost Hills matter or did Internal Affairs come in and say we're taking priority on this right now? |
| Sheriff Villanueva | This when it was brought to our attention it was the appropriate action was taken, the appropriate administrative action was taken involving the eight personnel and I can't comment past that. |
| Interviewer | Was it a Lost Hills matter or was this your Internal Affairs people officially? |
| Sheriff Villanueva | Well the, the incident arose out of Lost Hills with Lost Hills personnel, yes. |
| Interviewer | Did the captain at Lost Hills or a watch commander meet with these individuals?  What did that individual say to these people about the possession of possible photos on these phones? |
| Sheriff Villanueva | That, I won't go into detail on that. |
| Interviewer | There is some question about these things being distributed somewhere on the Internet.  You said you haven't seen the photos, you have no indication that they've been distributed anywhere widely, not to your knowledge, not to the investigator's knowledge? |
| Sheriff Villanueva | Not to my knowledge, but we have to remember too that I can only account for my department's involvement in this and the actions that we took.  I can't account for third parties, other first responders, private citizens that were on scene that we were chasing away, you know, what they may have captured on film.  That's the big unknown.  So what we're responsible for, we definitely take control of. |
| Interviewer | When you talk about taking control of it, the person who originally saw this said it was in a bar or some kind of a restaurant location down in Norwalk area. |
| Sheriff Villanueva | Yes. |
| Interviewer | Were they able to actually narrow down who it was who was in that Norwalk bar, who was talking and showing these things? |
| Sheriff Villanueva | Yes, all personnel were identified. |

| Interviewer | So, other than these eight, nobody else, in theory, has possession, in theory, possession of these photos. |
|---|---|
| Sheriff Villanueva | No one else should.  And that is again, those are the employees under our care and control.  I can't speak for the totality of it because it was a very large scene with a lot of people that showed up. |
| Interviewer | When we talk about administrative protocols or actions against these people, have any of these eight deputies been advised that what they did may have violated department policy or may have violated law. |
| Sheriff Villanueva | I'll say that appropriate administrative action has been taken with all eight of them but I can't go into any details. |
| Interviewer | Are any of these deputies at this point assigned home?  Assigned to the office?  Restricted in their actions in any way, shape, or form? |
| Sheriff Villanueva | That's all part of the administrative process.  We can't comment on that. |
| Interviewer | Alright, let me phrase this way.  Are they still out in the field actively working? |
| Sheriff Villanueva | Some are. |
| Interviewer | Some are? |
| Sheriff Villanueva | Yes. |
| Interviewer | Out of the eight, how many? |
| Sheriff Villanueva | That I can't comment on. |
| Interviewer | This must disturb you.  When this first happened, what was your immediate reaction? |
| Sheriff Villanueva | Well, it was like a punch to the gut really because the first responders going to that scene, it's just difficult, it's heart wrenching, just the emotions dealing with that loss of life.  And then talking to the families, myself at the Lost Hills Station and I just felt we were all betrayed by people that we least expected, our own.  And, it's kind of hard to put it into words the feeling but it's uh, it was sickening and we just want to |

| | |
|---|---|
| | make sure that any photo that was taken inappropriately never sees the light of day. |
| Interviewer | What do you think is going to happen? When are you expecting some kind of action from your internal affairs section or recommendation to you about what should be done to these individuals who had possession of these photos on their individual phones? |
| Sheriff Villanueva | Well we expect, we're, our, we're shooting to have this thing concluded in 90 days, which is our, is our, the standard we're trying to establish with all of our internal affairs investigations. But there's a lot of moving parts to this so we'll see how, if we can stick to that. |
| Interviewer | Why do you think someone, a deputy, might have taken these pictures with their phone? |
| Sheriff Villanueva | Well, it's the why individual or someone would do that is hard to say but I can tell you this, ever since they invented the Polaroid, law enforcement, first responders, coroner's office, everybody has been taking Polaroids of crime scenes and the human remains and some people collect them. They put death books. It's like this is my work for 30 years. It's kind of macabre when you think of it but that's what some people have done. And this is something that's true across the nation. It is not unique to Los Angeles. We just happen to have a lot more things that the media is interested in than in other parts of the country. |
| Interviewer | Or more high profile cases. |
| Sheriff Villanueva | High profile, exactly. |
| Interviewer | In theory, who should have been the only persons out there taking photographs of that scene. |
| Sheriff Villanueva | Only two people. The NTSB who are in charge of the accident investigation and the coroner's office. |
| Interviewer | Given the fact you know that and hopefully those deputies should have known that, is there any kind of admonishment you want to give or something like that to sort of look at those guys and say guys, what were you thinking taking photos of this? |

| | |
|---|---|
| Sheriff Villanueva | Now that again I don't want to comment on the, our individual communications but we have gone through a lot of that already.  I can say that we've addressed the situation.  We're now revising and updating our policies within the department because again the policy that existed at the time was not very specific.  We're making policies that are extremely specific that covers the whole [inaudible] of exploitation of tragedies and transferring or, you know, transferring information to news sources. |
| Interviewer | Mm-hmm. |
| Sheriff Villanueva | Particularly, irreputable ones that are tabloids that exploit human tragedies and we don't want to make sure, we want to make sure that no one of our employees are participating or facilitating that process as informants.  So the policy is going to be very specific.  It's going to have the ultimate penalty, which will be discharge.  But we're taking it a step further.  We are also proposing legislation in Sacramento to make it a crime to take photographs of human remains.  And that, well two things, one it'll send a very strong message for all first responders that don't do it for starters.  It's not your job.  You have no business doing that.  And number two it gives us a tool to then we can do search warrants and we can seize things.  Right now we can't because it is not a crime.  So that would really improve our ability to enforce these situations and make sure they don't happen in the future. |
| Interviewer | I mean it seems hard to believe is you pointed out this is a case where no one could have foreseen technology, this type of thing happening and then it's this not a total high priority in as much as you're revising your regulations.  This comes out and you see we have a hole.  We've got to fix this. |
| Sheriff Villanueva | Exactly.  We, it's a clear identified hole and I mean it's a confluence of events.  You've got 24/7 media cycle.  And now you have a, you can money off it with these online websites are trying to be the first to break the news.  And then you have other more established organizations.  I won't mention the newspaper in particular but they're exploiting this themselves, which is astonishing because had this remained the way it was without whoever leaked the first information to the press, the family would not be going through the agony they're going through right now.  Because they've already suffered enough.  Why would they want to pile on to what they've already suffered? |

| | |
|---|---|
| Interviewer | I'm just a little bit baffled in my mind that any future directives I think from your office in policy is going to be to the idea that if you do not have a primary function in evidence gathering, evidence collection, you don't take pictures. |
| Sheriff Villanueva | Exactly. And, we're going to have to appoint a Field Marshall at the scene at these type of incidents to ensure integrity of the scene. That there is no looky-loos, no one who is taking advantage of the situation. And it's a sad state of affairs but we just want to make sure. We're going to do everything within our power to make sure no one has to suffer through, one the tragedy of losing a love one and then second thinking that it could be possibly exploited by being posted on the Internet. |
| Interviewer | None of these rules, of course, would apply to members, legitimate members of the press or things like that if they were in their function doing these things. Because in many cases it's not that we get close enough or that we're going to put some of those pictures out there. But you're talking about as far Sheriff's personnel are concerned, the only two people who should be taking photos are your, you know, your, your criminalist and the coroner, that's it. |
| Sheriff Villanueva | That is exactly right. |
| Interviewer | Let me stop it right there. Is there anything I'm missing here? |
| Sheriff Villanueva | No, I think, I think you've got the gist of it. It's . . . |
| Interviewer | So we've got eight deputies, we've got no supervisors involved on this thing. You have not seen the photos. There are photos, they do exist, we don't know how many. |
| Sheriff Villanueva | Well they did exist. |
| Interviewer | Yeah. |
| Sheriff Villanueva | Remember, everything was deleted. That we . . . |
| Interviewer | With all due respect, once that's done, when it's in the cloud or whatever, nothing has been deleted. It's on these individual phones. |

| Sheriff Villanueva | Right. |
|---|---|
| Interviewer | Whatever . . . |
| Sheriff Villanueva | To the extent that we know if it's been deleted.  Now will it make itself or again photos from another source that we weren't aware of . . . |
| Interviewer | Yeah |
| Sheriff Villanueva | That I can't speak about. |
| Interviewer | But at least those, as far as you're concerned with those eight deputies, their phones, those photos have been deleted. |
| Sheriff Villanueva | The most important thing is, when we got wind of it, we took very decisive action early on.  And we had to weigh, we could do an elaborate investigation, which meant that no one would delete anything and then the attorneys would get a hold of it and now we're expanding the universe of people that has possession if it. |
| Interviewer | Yeah |
| Sheriff Villanueva | And the likelihood of them getting released.  Or we take action at the moment and have everybody delete what they had in their possession, which they did.  They on their own when they came to the station said hey, my bad, I took photos, they're deleted and I didn't share them with anybody.  So that we're able to at least, within those that were our employees, contain it to those eight. |
| Interviewer | And one of those eight was the person out there in Norwalk. |
| Sheriff Villanueva | That's correct. |
| Interviewer | Okay, yeah – that's the main thing on this one.  It's, I'm surprised that the captain or the commander out there at Lost Hills probably should said, one they are to be deleted but number two, I want your phones on my desk right now.  Anyone who has an objection to that, guess what I want your badge and your gun on my desk right now, you're assigned to home duty. |
| Sheriff Villanueva | That was kind of some of the persuasive language |

|  | OVERSPEAK |
|---|---|
| Interviewer | Somebody said there's a real choice, you, you know, you can give me your phone or you're looking at 15 days or longer or whatever. And a full IA investigation, which way do you want to go? |
| Sheriff Villanueva | Well the, we, we had a very healthy discussion with [inaudible] and we . . . |
| Interviewer | I can, I can, I can, I can make a bet they were, in the way, well they're defending their members, because I've known [inaudible] for 30 plus years. I can imagine they were all some pretty much aghast themselves. |
| Sheriff Villanueva | They were kind of at a loss . . . |
| Interviewer | Pissed? |
| Sheriff Villanueva | But they wanted to ensure due process – said hey we'll give everybody due process. You get a lawyer, bring the lawyer in there with them but we need to resolve this now. |
| Interviewer | Yeah, that [inaudible] |
| Sheriff Villanueva | And then we had, we had reserves involved of the eight. And so they had – it's a different set of rules for the reserves from the regulars but still the same principle. |
| Interviewer | How many reserves versus regulars? |
| Sheriff Villanueva | I think three and five. |
| Interviewer | So five regular deputies, three reserve deputies who happened to be on duty that day. |
| Sheriff Villanueva | Mm-hmm. |
| Interviewer | That's all we know. And as far as you know these photos were the only one's taken by Sheriff's personnel. They were on they're phones. They've not been shared, distributed in any way, shape, or form. In fact, now, as of now they don't exist because all those phones, all of them, those photos have been wiped. They're [inaudible] |

| | |
|---|---|
| Sheriff Villanueva | Yes. |
| Interviewer | Now as to if there's anything else out there, it's not you guys. |
| Sheriff Villanueva | That, yeah. It's not going to be us from there. Unless someone was lying all along and then all bets are off. |
| Interviewer | And distributed to somebody else, yeah. |
| Sheriff Villanueva | Yeah, then all bets are off on that. |
| Interviewer | And, guess what, if somebody, well if somebody distributed something to somebody else there should be a way of tracking that photo to that, another, to that phone because it would show a source. |
| Sheriff Villanueva | It should. We, we have some people that are very good at that that are . . . |
| Interviewer | Your cybercrimes division are probably going to be doing that. |
| Sheriff Villanueva | Mm-hmm. |
| Interviewer | And, you know, if it pops up they're, they're going to be looking at it and odds are if does pop up in the public domain, why do I think your investigators, internal affairs, or otherwise are going to go over there very politely with a warrant, saying this pertaining to an investigation by the Sheriff's Department and we want access to these things right now. Well we want our lawyers. Fine, do you want to fight the Sheriffs of Los Angeles County, a 3 billion budget? Go right ahead. You're going to lose that fight. |
| Sheriff Villanueva | That's. . . |
| Interviewer | And, you know, we have a, we have a, we have a vested interest here in disciplinary action for deputies who violate the rules and protocols. That's it. God damn. This thing is like trying to, you know, grab hold of a, you know, grab hold of a, an octopus. It's just bad news all the way around. |
| Sheriff Villanueva | You know the interesting thing was that, well you know that the fire department was involved. |

| | |
|---|---|
| Interviewer | Of course, they were there and the first one's on the scene. |
| Sheriff Villanueva | And also, from we understand the coroners were involved, too. |
| Interviewer | Well they, you know, they took their photos. They had to . . . |
| Sheriff Villanueva | But the Times when they did their reporting |
| | [SOUND OF AUDIO BEING PLAYED IN THE BACKGROUND – INAUDIBLE] |
| Interviewer | [Inaudible] |
| Sheriff Villanueva | They had to use the term first responders. |
| Interviewer | Yeah |
| Sheriff Villanueva | But most of the slam was against the Sheriff's department. |
| | [SOUND OF AUDIO BEING PLAYED IN THE BACKGROUND – INAUDIBLE] |
| Sheriff Villanueva | So they . . . |
| Interviewer | Yeah. |
| Sheriff Villanueva | I mean their coverage is so slanted because it's a conspiracy. |
| Interviewer | Well, you know, do we know or do we think – nobody from first, nobody from the fire department or anything else is involved in this thing as far as we know. |
| Sheriff Villanueva | Yeah. |
| Interviewer | Meaning, you, are there any other, do we think any, anybody else, fire department or something else took photos? [Inaudible] |
| Sheriff Villanueva | No, it's between us and the fire department. |

| | |
|---|---|
| Interviewer | That was, that was, so, you guys? That was basically it. Nobody else had access and anybody who had photos that was it. |
| Sheriff Villanueva | Mmm. |
| Interviewer. | Your people are done. As fire department . . . |
| Sheriff Villanueva | They're doing, they're doing . . . |
| Interviewer | They're doing their thing. So we don't . . . |
| Sheriff Villanueva | Identical to what we're doing, they're doing the same thing. |
| Interviewer | Yeah. But we don't know how many of those are involved at this point. |
| Sheriff Villanueva | No. |
| Unknown Speaker | [Inaudible] we get another [inaudible] |
| Interviewer | Sure. Thanks for this. I mean trying to put this thing together in 40 seconds is going to be a [inaudible] . . . |
| | LAUGHTER |
| Unknown Speaker | But if anybody can. |
| Unknown Speaker | But you're Pete Demetrio . . . |
| Sheriff Villanueva | We've got money on you. |
| Interviewer | Well, I'm going to try to do it right and this is, this is crazy. I mean when I heard this thing, I said are you kidding me? |
| Sheriff Villanueva | That – we were. |
| Interviewer | Yeah, yeah, I know you were using a lot stronger language than that. |

| | |
|---|---|
| Unknown Speaker | Throw in some profanity. |
| Sheriff Villanueva | No we were knee deep at the scene at Lost Hills when we got wind and it was like going through all . . . |