# Exhibit E-1

# Transcript of Exhibit E
# NBC Interview of Sheriff Villanueva (COLA030878)

| Speaker | Statement |
|---|---|
| Speaker 1 | went to the wedding [inaudible] |
|  | LAUGHTER |
| Speaker 2 | Recording |
| Speaker 3 | Alright guys. |
| Speaker 4 | Okay, it's all on, it's all on you it's two channels of the |
| Speaker 3 | Okay. |
| Speaker 4 | The Sheriff |
| Speaker 3 | Okay.  Everyone okay?  Just for the tape, please tell us your name and title. |
| Sheriff Villanueva | Alex Villanueva, Sheriff of Los Angeles County. |
| Interviewer | So we're here talking about the allegations that were made or that have been reported on Sheriff's Deputies reportedly sharing photos that were taken at the Kobe Bryant crash scene.  Can you, is there an investigation?  What is, you know, where, like is there an official investigation opened into this incident? |
| Sheriff Villanueva | Yes, there is an official investigation and it is ongoing. |
| Interviewer | At what point, when did you first hear about this, you know, the allegations that Sheriff's Deputies were, had done this, had shared pictures? |
| Sheriff Villanueva | It was at the end of the week of when the crash took place, which was January 26th, later on in that week we got wind of that possibility. |
| Interviewer | And what was your initial just gut first reaction to that? |

| | |
|---|---|
| Sheriff Villanueva | My gut reaction was I was just horrified, you know.  Deeply disgusted, disappointed, you name it.  I mean because at the time of the crash, I spoke with all three families that were there present at Lost Hills Station and I witnessed first-hand the pain they went through and, you know, we tried to tell them the best we could what we were going to try to do to preserve their privacy and their dignity and to think that people under my command undermined that, you know, without us knowing it, it just, it had broke my heart. |
| Interviewer | Do we know, do you know, what the photos showed, like specifically, are we talk, you know, do we know whether these were, you know, very graphic photos or were they just, you know, wide, you know, do we know what the photos showed? |
| Sheriff Villanueva | Well the tip we received was that that there was graphic photos being shown to somebody at a bar in the City of Norwalk.  So we were able to follow up on the lead and from that we were able to determine who it was and then from there that, that launched our inquiry. |
| Interviewer | Is, what, the report I read was that it was a Deputy trainee at this bar in Norwalk.  Is that, is that accurate? |
| Sheriff Villanueva | Yes. |
| Interviewer | Can you say that?  Because they are not going to hear my question.  So who, what more can you tell me about the person involved . . . |
| Sheriff Villanueva | Well apparently the person who was at the bar showing the photographs to someone else at the bar was a trainee at a patrol station, at Lost Hills Patrol Station. |
| Interviewer | Do you know whether these photos have, you know been, like disseminated beyond the phones themselves?  In other words, did any Deputies like email these photos to people outside the department, or do we, you know, was it just showing them on the, their own physical phones? |

| Sheriff Villanueva | I don't want to go in to the details of what happened with the photos, but the information we had the time we believe we got all of the phones involved and we're confident of that. |
|---|---|
| Interviewer | Okay. In other words, do, are you concerned that these photos are going to turn up on the Internet? |
| Sheriff Villanueva | Well at the time when we, we did the inquiry, I had, I had a decision to make. We could do a very thorough formal investigation, which meant that the photos would remain still in existence and then a bunch of more people would have access to the phones. And my number one priority was to preserve the privacy and the dignity of the victims and their families. So we wanted to make sure those, those photos, were destroyed because they were inappropriate. Never should have been taken in the first place. It's not a crime, it's an invest – it's an accident scene, not a crime scene so it's a difference. It's not actually evidence and that was my number priority. To make sure those photos no longer exist and gave the direction to my executives. They followed through. We identified the deputies involved. They came into the station on their own and they admitted that they had taken them and they had deleted them. And we were content that that those involved did that. And we are holding them to that, however, I can't speak for other first responders or other people that may have had access to the site that we were unaware of. Because that's the difficulty because the scene was kind of remote and we didn't have full control over it until a little bit after it already had happened and some people were already trying to gain access. |
| Interviewer | Do we, can you, do you know how many detectives we're talking, I mean, how many deputies we're talking about? Around how many? |
| Sheriff Villanueva | Eight. |
| Interviewer | Okay. Does that include the trainee? |
| Sheriff Villanueva | Yes. |

| | |
|---|---|
| Interview | Okay. So, you know, what message have, you know, just to put colloquially, what message have you and your commanders given the troops now, the rank and file deputies about this incident? |
| Sheriff Villanueva | We, we've communicated on certain terms that the behavior is inexcusable, inappropriate, and, I mean, people are grieving for the loss of their loved ones. To have that on top of what they've already gone through is just unconscionable. And to think that any member of our department would be involved in that. But it's something, it's a problem that goes back to since they invented the polaroid, which makes taking photographs easy and the cell phone that much easier and then social media compounding the problem, the probability that things can get propagated unlawfully. So we took the steps we had to take at the time. Investigation is ongoing right now and we'll see where it takes us. |
| Interviewer | Well what are you trying to find out in the investigation? |
| Sheriff Villanueva | Well we want to find out if there was anything else. If there was a transmission to anyone. Any confidential personnel or investigative materials within the organization was inappropriate release to the media, for example, and that that is a big concern. And the steps we took at the time were the correct ones. However, people trying to harm my administration or myself, I guess they thought that that was the right, the right thing to do. But unfortunately, all they did is just further harm the victims who perished in this tragedy. |
| Interviewer | So are, are you, I know you, you know that, I think I've heard you speak on that there may be legal steps to take in the future to prevent something like this . . . |
| Sheriff Villanueva | Yes. |
| Interviewer | . . . from happening again. What are your thoughts on that? |
| Sheriff Villanueva | Well we, we're going through our policies and procedures that were in effect at the time of the incident and I'm not happy with them because they're not, they're not specific. They don't have teeth that we would expect them to have. But of course, it's kind of hard to foresee this back when those policies were written. So |

| | |
|---|---|
| | we're re-, redoing the entire policies and we're creating new ones that are very specific with teeth in them up to and including a penalty of discharge for the violation of these policies. Just because of the sheer impact and the negative consequences to the organization on top of the harm that it causes to people in the public so that's, that's one step. The other step is I want to approach Sacramento and see if we can a legislative remedy where we can make it a crime to take unauthorized photos of accident scenes that depict the remains of those deceased. |
| Interview | A crime for officers or for anybody? |
| Sheriff Villanueva | Anybody. Particularly for officers, the ones who are in charge with protecting the scene of an accident and as first responders. We put a lot of, a lot of authority, we put a lot of trust in our first responders. We have to hold them accountable when they cross the line. |
| Interviewer | Yeah, yeah. I mean, you know, because of the emotions of this moment with this tragedy everybody in the city mourning Kobe Bryant and the other victims are you concerned that this, you know, there might be an overreaction in, in terms of that, too, though. Like wouldn't there be times then, you, you know, where it might be appropriate to release a crime scene, you know, an accident photo to the media for a legitimate purpose? |
| Sheriff Villanueva | I can't see when that would be appropriate, particularly if it depicts a deceased person, human remains, something like that. I, I cannot envision that legitimacy. |
| Interviewer | Vanessa Bryant's statement through her attorney mentions you, that she spoke, you know, that you had, you know, vowed to try to protect this scene from photographers. I mean, how do you feel personally about all the efforts you guys made and then . . . |
| Sheriff Villanueva | Well we did so much on the first day through day 3, day 4 to protect exactly that and to be betrayed by one of our own is, it's disheartening really. And my heart goes out to her and her family, to all the families of all the, all the victims in this tragedy. And it's kind of hard to put into words because we think okay we're doing the right things through trying times. And, you know, I've dealt with tragedies. I've had to do death notifications and it's one of the hardest things you can do in this line of work. |

| | |
|---|---|
| | And I just can't, it's hard to fathom that someone would go out of their way then to take away a trophy or something from something like that. And, but again it's been something that I've heard of in the past where law enforcement they keep, like, they call them death books. They're just images of crimes that they handle, their crime scenes and stuff and kind of macabre and I think we just need to get out of that mentality totally. |
| Interviewer | Do you, can you tell me anything at all about the disposition of the deputies that, you know, came in or that said, "Hey yeah I did this. I, you know, so I did it." Has it, can you tell me anything about their disposition, state of mind? |
| Sheriff Villanueva | They were, they were contrite and apologetic and I won't go into any further detail on that because we're, we've taken appropriate administrative action and we still have an active investigation that we're only in the infancy of it so there's a lot more to go. |
| Interviewer | Yeah, yeah. And just to be clear, no, has any disciplinary action been taken thus far? |
| Sheriff Villanueva | Can, all I said we've taken the appropriate administrative action at this time. |
| Interviewer | Okay. Okay. Let's see, have you spoken with Vanessa Bryant or anybody from the family? Any of the families since the news of this aspect of it has come out? |
| Sheriff Villanueva | When word got out that we were getting inquiries from the LA Times, we alerted the Lakers organization, we alerted Vanessa Bryant and through her, her advisor and we let them know that this is what's coming. |
| Interviewer | Mm-hmm. If you had the, you know, let's say she was standing right here, what would you say to her? |
| Sheriff Villanueva | Oh, I have to tell, just that, terribly sorry for this additional anguish that you don't need nor does anyone need who lost someone in this tragedy. |
| Interviewer | Yeah. And the, the story that was reported was that it was at a bar and I think you said in Norwalk and it was, was it the bartender who overhead it and reported the, reported the incident? |

| | |
|---|---|
| Sheriff Villanueva | No. |
| Interviewer | No. |
| Sheriff Villanueva | Someone else. |
| Interviewer | Okay. Just someone else who happened to be there? |
| Sheriff Villanueva | Yes. |
| Interviewer | Okay. The, what, what, can you just summarize as briefly as possible what the incident was. It was a guy in, at a bar in Norwalk and this is what happened. |
| Sheriff Villanueva | Someone else overhead a guy talking to a bartender and showing photos that he claimed was from the accident scene and that, that person then alerted us. |
| Interviewer | Okay. Alright. Okay. I think that's most of it. I mean, this has happened before, you know, in other departments. Obviously in the Sheriff's Department it was the Mel Gibson drunk driving. |
| Sheriff Villanueva | Before we that had Paris Hilton when she was in custody. We've always had a challenge because LA there's so many celebrities, so many paparazzi and everyone wants to have the scoop on something. But I just need to tell people, have a sense a decency and just preserve the dignity of people. And your scoop might be great for you but you're harming people in the process. |
| Interviewer | Yeah. It's tough though isn't it? How many deputies do you have? |
| Sheriff Villanueva | I have about 9,500. |
| Interviewer | Right. So human nature being what it is guys want to hey I was there and they want to show the picture. |
| Sheriff Villanueva | That, that's probably part of the equation that people think that it might be okay, but it's not okay. Period. |

| | |
|---|---|
| Interviewer | Yeah. Okay. Let's see. I think that's pretty much what I had. Is there something that you wanted to say that I didn't ask? Is there some, some point that you wanted to make that I didn't ask? |
| Sheriff Villanueva | I think you cover it all. I think the important point is some people right away think that there was a cover up or something and in the least. We took the appropriate action at the time to make sure that the photos were properly destroyed as they should have been. They never should have existed. And from that point forward it was the right choice to make at the time. And additional information now leads us, lead us to believe that there's other things that we need to pursue on our investigation. But had we done the original, the usual routine, which is relieve everybody of duty and everybody lawyers up and all that, that would increase the odds tenfold that those photos would have somehow made their way into the public domain and that's definitely what we do not want. |
| Interviewer | Yeah, so let me be clear on that. What you did, correct me, well you, you tell me what you guys did but I read was that you basically put out the word like if, if you had, if this was you, come in, turn it over, tell the truth and then we'll deal with it. Is that, is that correct? Or what did you do? |
| Sheriff Villanueva | Pretty much. We, we, we identified who the people were and they came down to the station on their own once we identified them. They were told they need to go to the station and speak to their captain, their administration. And they deleted the photos that they had in their position and hopefully it ends there. There's nothing that we had in our possession that made its way into the public domain. |
| Interviewer | Yeah and so far it hasn't. |
| Sheriff Villanueva | So far it hasn't. So knock on wood it stays that way and that is our goal all along. And this is just people trying to make, make news. |
| Interviewer | Okay. Okay, great. Thank you. |
| Sheriff Villanueva | Mm-hmm. |

| | |
|---|---|
| Speaker | Thank you, sir. You're still attached . . . |
| Sheriff Villanueva | Un-huh. |
| Speaker | . . . so I don't want you pulling your tie off . . . |
| Sheriff Villanueva | [Laughter] |
| Speaker | . . . and be in trouble. |
| Speaker | I'm just going to give you a card and you should go. |
| Speaker | Okay. |
| Speaker | Yep. |