# Exhibit F-1

# Transcript of Exhibit F
# CBS 2 Interview of Sheriff Villanueva (VB00003620)

| Speaker | Statement |
| --- | --- |
| Reporter 1 | Now to breaking news, LA County Sheriff, Alex Villanueva, tells CBS2 his hands may be tied when it comes to punishing eight deputies who took and then shared graphic photos from the Kobe Bryant crash scene. |
| Reporter 2 | We first reported this story last week, started with one deputy and now it's up to eight. The sheriff told us the department has a policy against taking and sharing photos of crime scenes, but that policy does not apply to accident scenes. Still, he says he's disgusted by what his deputies did. |
| Sheriff Villanueva | Well when I first got word of this information, I just felt devastated. I mean, these families of the victims have suffered enough already. To have, you know, any action of our deputies compile their suffering that – that breaks my heart, you know this this sense of betrayal because these are my own employees… |
| Reporter 2 | Villanueva says he will be changing the department's policy, expanding it to include accident scenes. |
| Reporter 1 | Over the weekend, Vanessa Bryant's attorney released a statement saying she is absolutely devastated and demanding the harshest punishment possible for everyone involved. LA County firefighters are also under investigation for taking and sharing crash scene photographs. |

Exhibit F-1

43