# Exhibit G-1

# Transcript of Exhibit G
# Los Angeles Times Recording

| Speaker | Statement |
| --- | --- |
| Reporter | I was wondering if I could ask you a couple question unrelated to immigration. I wondered if it was true that you guys got a complaint that a deputy had showed photos of dead bodies from Kobe's crash to a bartender in Norwalk? Did you get a complaint like that? |
| Sheriff Villanueva | Um, do we have a. . . |
| Captain Valdez | What's your question? |
| Sheriff Villanueva | We received a complaint about a . . . |
| Reporter | About a trainee from Lost Hills. Wait, excuse me. I heard actually that you were involved in the whole response to this situation. And that the deputies were ordered to delete photos from their phones. |
| Sheriff Villanueva | Throughout the last 30 years, and obviously, with the advent of modern technology, we've always had a situation, I think every police department struggles with the same thing where people take photos and they're not evidence. So that's a practice we have to make sure that everyone walks away, and there is no evidence other than the official photos of evidence that are taken for criminal purposes. And . . . |
| Reporter | So did you get the complaint? |
| Elizabeth Espinosa | I don't think he has any information about that |
| Reporter | You don't know about a complaint? |
| Sheriff Villanueva | No, I'm kinda lost |

- 1 -

Exhibit G-1

45

| | |
|---|---|
| Reporter | So you're denying knowledge of a complaint and that deputies in Lost Hills station were ordered by you to delete photos from their phones? |
| Captain Valdez | We've never seen no, I'm unaware of any complaint. |
| Reporter | That was called in to IAB? You're unaware of that? |
| Captain Valdez | We're such a large organization. I mean, if there is, it hasn't come down to our office. |
| Sheriff Villanueva | Ok. You can answer. |
| Captain Valdez | I'm unaware of any complaint. |
| Reporter | Are you sure? |
| Captain Valdez | Yeah. |
| Reporter | OK, because my information is that you guys got a complaint and instead of investigating it, you guys had everyone identified as having photos on their phones of the Kobe crash to delete them. |
| Captain Valdez | I've heard of no complaint of that. |
| Reporter | Is that true, though? Was it true that you guys identified people from Lost Hills that had photos on their phone of the crash and ordered them to delete them? |
| Captain Valdez | No, there was no order given to delete any photographs, and I'm not aware of any complaint. Are you aware of any complaint? |
| Lt. Satterfield | I'm not aware of any complaint. |
| Reporter | So have you had any information that a deputy trainee was showing photos of the crash to … |
| Lt. Satterfield | This would be more of, like a white sheet thing, wouldn't it? |

- 3 -

| Reporter | I'm sorry? |
|---|---|
| Lt. Satterfield | Wouldn't you want to go through the normal process for this? We can research it. |
| Reporter | What's a white sheet? |
| Lt. Satterfield | It's an internal name. A request, like you normally do. |
| Reporter | Right, a request, which is a request for information like I'm doing right now. Answers to questions. |
| Lt. Satterfield | But we have no written record of this. We can't task it to anyone, we can't have them research it. |
| Reporter | Right, so I'm asking, not for a document, I'm asking just questions. |
| Captain Valdez | I would ask you to put your question, that way we can research and give you the correct answer |
| Reporter | Ok. |

Exhibit G-1

47