# Exhibit K

**Rush, Quincy**

| | |
|---|---|
| **From:** | Lavoie, Craig <Craig.Lavoie@mto.com> |
| **Sent:** | Wednesday, December 22, 2021 12:01 PM |
| **To:** | Jason H. Tokoro; Skip Miller; Mira Hashmall; Casey B. Sypek; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)'; Angelica Ransom; Bryan R. Redfern |
| **Cc:** | Li, Luis; Bryant, Jennifer; Tuttle, Eric; Strauss, Naomi; Rush, Quincy; Galindo, Jennifer; Jerry Jackson |
| **Subject:** | RE: Bryant v. COLA - Plaintiff's Ninth Production of Documents |

[External]

Jason,

This material wasn't available to either party until yesterday, when the LA Times published its audio recording of Sheriff Villanueva and his top executives lying about the citizen complaint and the Sheriff's order to delete photos. (https://www.latimes.com/california/story/2021-12-21/vanessa-bryant-kobe-bryant-death-photos-lawsuit-la-county-sheriff.)  This recording is obviously relevant to the issues in the case, and the jury and the Court deserve to hear it.

If the County wants to try to exclude evidence of the Sheriff and other witnesses lying to the press and public, that is your choice, but we're confident we're on solid ground.

-Craig

**Craig Jennings Lavoie** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9224 | craig.lavoie@mto.com | www.mto.com

***NOTICE***
This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.

**From:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Sent:** Wednesday, December 22, 2021 11:31 AM
**To:** Lavoie, Craig <Craig.Lavoie@mto.com>; Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Casey B. Sypek <csypek@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Angelica Ransom <aransom@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>
**Cc:** XT Li, Luis <luis.li@wsgr.com>; Bryant, Jennifer <Jennifer.Bryant@mto.com>; XT Tuttle, Eric <Eric.Tuttle@wsgr.com>; XT Strauss, Naomi <nstrauss@wsgr.com>; XT Rush, Quincy <qrush@wsgr.com>; Galindo, Jennifer <Jennifer.Galindo@mto.com>; Jerry Jackson <jmjlaw@aol.com>
**Subject:** RE: Bryant v. COLA - Plaintiff's Ninth Production of Documents

Craig,

Defendants object to Plaintiff's late production of documents.  Discovery closed in this case nearly a month ago on November 29, 2021.  Defendants will move to exclude this material should Plaintiff seek to introduce it at trial.

Jason

Exhibit K

78

**From:** Lavoie, Craig <Craig.Lavoie@mto.com>
**Sent:** Wednesday, December 22, 2021 10:54 AM
**To:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Casey B. Sypek <csypek@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Angelica Ransom <aransom@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>
**Cc:** XT Li, Luis <luis.li@wsgr.com>; Bryant, Jennifer <Jennifer.Bryant@mto.com>; XT Tuttle, Eric <Eric.Tuttle@wsgr.com>; XT Strauss, Naomi <nstrauss@wsgr.com>; XT Rush, Quincy <qrush@wsgr.com>; Galindo, Jennifer <Jennifer.Galindo@mto.com>; Jerry Jackson <jmjlaw@aol.com>
**Subject:** RE: Bryant v. COLA - Plaintiff's Ninth Production of Documents

All,

For your files, please use the attached version of the letter, which corrects a typo in the subject-line.

-Craig

**Craig Jennings Lavoie** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9224 | craig.lavoie@mto.com | www.mto.com

***NOTICE***
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

**From:** Lavoie, Craig
**Sent:** Wednesday, December 22, 2021 10:46 AM
**To:** Skip Miller <smiller@Millerbarondess.com>; Mira Hashmall <mhashmall@Millerbarondess.com>; Jason H. Tokoro <jtokoro@Millerbarondess.com>; Casey B. Sypek <csypek@millerbarondess.com>; 'Jonathan Mccaverty (jmccaverty@counsel.lacounty.gov)' <jmccaverty@counsel.lacounty.gov>; Angelica Ransom <aransom@millerbarondess.com>; Bryan R. Redfern <bredfern@millerbarondess.com>
**Cc:** XT Li, Luis <luis.li@wsgr.com>; Bryant, Jennifer <Jennifer.Bryant@mto.com>; XT Tuttle, Eric <Eric.Tuttle@wsgr.com>; Strauss, Naomi <nstrauss@wsgr.com>; XT Rush, Quincy <qrush@wsgr.com>; Galindo, Jennifer <Jennifer.Galindo@mto.com>; Jerry Jackson <jmjlaw@aol.com>
**Subject:** Bryant v. COLA - Plaintiff's Ninth Production of Documents

All,

You should have received a message from jason.troff@mto.com enclosing Plaintiff's ninth production of documents.  Please let me know if you did not receive the email or are having trouble accessing the production.  Attached is correspondence that accompanied the production.

-Craig

**Craig Jennings Lavoie** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9224 | craig.lavoie@mto.com | www.mto.com

***NOTICE***
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have*

Exhibit K

79

*received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.