UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 20-9582-JFW(Ex)**                                               Dated: January 24, 2022

Title:     Vanessa Bryant -v- County of Los Angeles, et al.

---

**PRESENT:**
   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                             None Present
   Courtroom Deputy                           Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                             None

**PROCEEDINGS (IN CHAMBERS):**   ORDER REQUIRING OFFER OF PROOF AND JOINT STATEMENT FOR DEFENDANTS' EXPERT DR. MARC COHEN

    In order to assist the Court in ruling on Plaintiff's Motion in Limine No. 2 to Exclude the Testimony of Defendants' Expert Dr. Marc Cohen, the Court orders Defendants to file, on or before **January 30, 2022**: (1) an offer of proof containing the opinion or opinions which counsel expects to elicit from Dr. Cohen; (2) his report; and (3) his deposition transcript (a single-sided, mini-script copy).

    The offer of proof shall state separately each opinion that Dr. Cohen will give at trial and explain why such testimony is relevant in this case. The offer of proof shall state the basis for each such opinion, with citations to his report and deposition testimony, and shall include an identification of each document by title, author, date, bates number, and trial exhibit number, if any, relied on by Dr. Cohen in forming the opinion he will give at trial. If he will be relying on the statements of any person for his opinion, the offer of proof shall identify in full each such statement. Counsel are advised that Dr. Cohen will not be permitted to offer any opinion at trial that was not set forth in his offer of proof filed with the Court.

    After the offer of proof is filed, lead counsel for the parties shall meet and confer to discuss each of the opinions proffered by Dr. Cohen, whether the parties agree or disagree as to the admissibility of each opinion, and if a party contends that the opinion is inadmissible, the grounds for that contention. The parties shall, on or before **February 2, 2022**, file a joint statement in the following format:

**Opinion #1:** [State opinion from the offer of proof]

**Proffering Party**:  [basis for opinion, with citations to the expert's report and deposition testimony, and identification of each document by title, author and date and bates number and trial exhibit number, if any, relied on by the expert in forming the opinion he will give at trial, and any statements relied on by the expert]

**Non-Proffering Party's Position:**  [e.g., Admissible/Inadmissible and reasons]

**Proffering Party's Response:**

    IT IS SO ORDERED.