```
 1  LUIS LI (State Bar # 156081)
    Luis.Li@wsgr.com
 2  ERIC P. TUTTLE (State Bar # 248440)
    Eric.Tuttle@wsgr.com
 3  WILSON SONSINI GOODRICH & ROSATI, P.C.
 4  633 West Fifth Street, Suite 1550
    Los Angeles, California 90071
 5  Telephone: (323) 210-2900
    Facsimile: (866) 974-7329
 6

 7
    CRAIG JENNINGS LAVOIE (State Bar # 293079)
 8  Craig.Lavoie@mto.com
    JENNIFER L. BRYANT (State Bar # 293371)
 9  Jennifer.Bryant@mto.com
    MUNGER, TOLLES & OLSON LLP
10  350 South Grand Avenue, Fiftieth Floor
11  Los Angeles, California 90071-3426
    Telephone: (213) 683-9100
12  Facsimile: (213) 687-3702

13  Attorneys for Plaintiff VANESSA BRYANT

14  [Additional counsel continued on next page.]
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, a California Resident, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a public entity, et al., <br><br> Defendants. | **Case No. 2:20-cv-09582-JFW-E** <br><br> **JOINT MEDIATION REPORT** <br><br> Judge:   Hon. John F. Walter <br><br> Trial Date:   July 26, 2022 |

559972.1

[*Additional counsel, continued from previous page*:]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1828
Facsimile:   (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, and RAUL VERSALES

**JOINT REPORT REGARDING RESULTS OF FURTHER MEDIATION**

Pursuant to this Court's February 4, 2022 Schedule of Trial and Pre-Trial Dates (*see* Dkt. 279), Plaintiff Vanessa Bryant ("Plaintiff") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants"), submit this Joint Report regarding the results of the parties' further mediation.

On March 21, 2022, Plaintiffs and Defendants in the remaining two related cases pending before this Court[1] attended a further private mediation with the Hon. Louis Meisinger (Ret.).  The parties mediated in good faith; lead trial counsel in all the cases attended; and representatives of each party with authority to settle each case participated.  The parties engaged in a thorough analysis of the cases prior to the mediation and were prepared to and did discuss all economic and non-economic factors relevant to settling the cases.

The parties were unable to reach a resolution at the mediation.  The mediator is continuing to work with the parties to see if a resolution can be reached.

DATED:  April 7, 2022                WILSON SONSINI GOODRICH & ROSATI, Professional Corporation

By:  / s / Luis Li
     LUIS LI

Attorneys for Plaintiff Vanessa Bryant

---

[1] The two related cases are *Bryant v. County of Los Angeles*, Case No. 2:20-CV-09582-JFW-E, and *Chester v. County of Los Angeles*, Case No. 2:20-CV-10844-JFW-E.

| | | |
|---|---|---|
| 1 | DATED: April 7, 2022 | MILLER BARONDESS, LLP |

By: */s/ Jason H. Tokoro*
JASON H. TOKORO

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales

DATED: April 7, 2022                          OFFICE OF THE COUNTY COUNSEL

By: */s/ Jonathan C. McCaverty*
JONATHAN C. McCAVERTY

Attorneys for Defendant Los Angeles County Sheriff's Department

559972.1

-4-
JOINT MEDIATION REPORT

DATED: April 7, 2022     MILLER BARONDESS, LLP

By: */s/ Jason H. Tokoro*
JASON H. TOKORO

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales

DATED: April 7, 2022     OFFICE OF THE COUNTY COUNSEL

By: */s/ Jonathan C. McCaverty*
JONATHAN C. McCAVERTY

Attorneys for Defendant Los Angeles County Sheriff's Department

## SIGNATURE ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  Arpil 7, 2022             MILLER BARONDESS, LLP


By: __/ s / Jason H. Tokoro__
    JASON H. TOKORO

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales