1  JONATHAN C. McCAVERTY (State Bar No. 210922)
   Principal Deputy County Counsel
2  jmccaverty@counsel.lacounty.gov
   OFFICE OF COUNTY COUNSEL
3  General Litigation Division
   500 West Temple Street, Suite 468
4  Los Angeles, California 90012
   Tel.: (213) 974-1828 / Fax: (213) 626-7446
5
6  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
7
8  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
9  MIRA HASHMALL (State Bar No. 216842)
   JASON H. TOKORO (State Bar No. 252345)
10 CASEY B. SYPEK (State Bar No. 291214)
   MILLER BARONDESS, LLP
11 1999 Avenue of the Stars, Suite 1000
   Los Angeles, California 90067
12 Tel.: (310) 552-4400 / Fax:(310) 552-8400
13
14 Attorneys for Defendants
   COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
15 JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL and RAUL VERSALES

16

17                    **UNITED STATES DISTRICT COURT**

18        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

19 VANESSA BRYANT,                        | **CASE NO. 2:20-cv-09582-JFW-E**

20        Plaintiff,                      | **DECLARATION OF JASON H.**
                                          | **TOKORO IN SUPPORT OF**
21     v.                                 | **DEFENDANTS'** *EX PARTE*
                                          | **APPLICATION FOR LEAVE TO**
22 COUNTY OF LOS ANGELES, et al.,         | **FILE MOTION** *IN LIMINE* **NO. 6**

23        Defendants.                     | [*Filed Concurrently with Ex Parte*
                                          | *Application; and* [*Proposed*] *Order*]
24
                                          | Assigned to Hon. John F. Walter and
25                                        | Magistrate Judge Charles F. Eick
26

27

28

566421.1

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Miller Barondess, LLP, counsel of record for Defendants County of Los Angeles ("County"), Los Angeles County Fire Department ("LACFD"), Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants").  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.  I make this declaration in support of Defendants' *Ex Parte* Application for Leave to File Motion *in Limine* No. 6.

2.      On or about the first week of May 2022, I called Plaintiff's counsel to ask if Plaintiff would agree not to raise the March 2021 jail incident involving Deputy Douglas Johnson and its widely publicized aftermath at trial.  Plaintiff's counsel told me that Plaintiff would not agree.

3.      On June 3, 2022, I provided notice to Plaintiff of this *Ex Parte* Application via email.  A true and correct copy of my letter to Plaintiff's counsel, which was sent via email, is attached hereto as **Exhibit A.**

4.      On June 7, 2022, lead counsel for Plaintiff and Defendants met and conferred via telephone to discuss this *Ex Parte* Application and Defendants' Motion *in Limine* No. 6, as well as other pre-trial matters.  Plaintiff's counsel stated that they intend to oppose on the grounds that this Court's Scheduling Order allows a maximum of five motions *in limine* per party.  We were unable to reach any agreement, necessitating this *Ex Parte* Application.

5.      On June 16, 2022, my colleague Casey Sypek emailed Plaintiff's counsel, notifying them that we planned to file this *Ex Parte* Application the following day and that any opposition must be filed no later than twenty-four hours after the filing of the *Ex Parte* Application.  Ms. Sypek told Plaintiff's counsel that, since the opposition deadline falls on a Saturday, Defendants had no objection to

566421.1

2

1  Plaintiff filing her opposition on Monday, June 20, 2022.  A true and correct copy of

2  Ms. Sypek's email is attached hereto as **Exhibit B**.

3      I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5      Executed on this 17th day of June, 2022, at Los Angeles, California.

6

7

8                                                    Jason H. Tokoro

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANTS' *EX PARTE*
APPLICATION FOR LEAVE TO FILE MOTION *IN LIMINE* NO. 6

1

## INDEX OF EXHIBITS TO THE DECLARATION OF JASON H. TOKORO

2

3

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | June 3, 2022 Letter from Jason Tokoro to Plaintiffs' Counsel re Motion *in Limine* No. 6. | 1-4 |
| B. | June 14, 2022 Email from Casey Sypek to Plaintiffs' Counsel re *Ex Parte* Notice. | 1-2 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

566421.1

DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANTS' *EX PARTE*
APPLICATION FOR LEAVE TO FILE MOTION *IN LIMINE* NO. 6