# Exhibit B

| | |
|---|---|
| **From:** | Casey B. Sypek |
| **Sent:** | Thursday, June 16, 2022 2:26 PM |
| **To:** | Craig Lavoie |
| **Cc:** | XT Tuttle, Eric; Bryant, Jennifer; 'luis.li@wsgr.com'; Mira Hashmall; Jason H. Tokoro |
| **Subject:** | Bryant v. County of LA - Ex Parte for Leave to File MIL No. 6 |

Craig,

Per our June 3, 2022 meet-and-confer letter and June 7, 2022 telephone conference, we plan to file an *Ex Parte* Application for Leave to File Motion *in Limine* No. 6 to Exclude Accusations of Subsequent Wrongful Conduct Relating to March 2021 Jail Incident and Defendants' Response tomorrow (Friday, June 17).

Please be advised that, per Section 6 of Judge Walter's Amended Standing Order, any opposition to the *Ex Parte* Application must be filed no later than 24 hours after the filing of the *Ex Parte* Application. Since that falls on a Saturday, we have no problem with Plaintiff filing her opposition on Monday, June 20.

Best,
Casey


**Casey B. Sypek**

MILLER | BARONDESS LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-7568
Fax: 310-552-8400
csypek@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?