LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**PLAINTIFF'S UPDATED WITNESS LIST**<br><br>Final Pretrial Conference:<br>   July 8, 2022 at 8:00 a.m.<br><br>Hearing on Motions *in Limine*:<br>   July 15, 2022 at 8:00 a.m.<br><br>Trial Date:  July 26, 2022<br><br>The Honorable John F. Walter |

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and Central District Civil Local Rule 16-5, Plaintiff Vanessa Bryant submits the following list of witnesses to be called at trial, exclusive of witnesses to be called solely for purposes of impeachment. Plaintiff reserves the right to call any witness identified in Defendant's Witness List; to call additional witnesses for purposes of rebuttal or impeachment; and based on further developments in the case, including, without limitation, the Court's rulings on pending disputed evidentiary matters.

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| **Kelly Beard** | *Previously Provided* | In Person |
| **Adam Bercovici** | Contact through counsel for Plaintiff: Luis Li, WILSON SONSINI GOODRICH & ROSATI, P.C. 633 West Fifth Street, Suite 1550 Los Angeles, CA 90071 (323) 210-2900 | In Person |
| **Robert Boese** | *Previously Provided* | In Person[†] |
| **Jennifer Bolden** | *Previously Provided* | In Person |
| **Nicholas Bonelli** | *Previously Provided* | In Person |
| **Vanessa Bryant** | *Previously Provided* | In Person |
| **Ruby Cable** | *Previously Provided* | In Person |
| **Custodians of Record for Cell Phone Records*** | *To Be Determined* | In Person |
| **Joey Cruz** | *Previously Provided* | In Person |
| **Mark Flores** | *Previously Provided* | In Person[†] |

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| David Freskos* | Contact through counsel for Plaintiff: Luis Li, WILSON SONSINI GOODRICH & ROSATI, P.C. 633 West Fifth Street, Suite 1550 Los Angeles, CA 90071 (323) 210-2900 | In Person |
| Catherine Gasol | *Previously Provided* | In Person |
| Victor Gutierrez | *Previously Provided* | In Person |
| Tony Imbrenda | *Previously Provided* | In Person |
| William Jaeger | *Previously Provided* | In Person[†] |
| Christopher Jauregui | *Previously Provided* | In Person |
| Doug Johnson | *Previously Provided* | In Person |
| Brian Jordan | *Previously Provided* | In Person |
| Journalists Involved in Audio / Video Recordings* | *To Be Determined* | In Person |
| Arlin Kahan | *Previously Provided* | In Person |
| David Katz | *Previously Provided* | In Person |
| Travis Kelly | *Previously Provided* | In Person |
| Dennis Kneer | *Previously Provided* | In Person |
| Hector Mancinas | *Previously Provided* | In Person |

PLAINTIFF'S UPDATED WITNESS LIST

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| **Anthony Marrone** | *Previously Provided* | In Person[†] |
| **William McCloud** | *Previously Provided* | In Person[†] |
| **Rafael Mejia** | *Previously Provided* | In Person |
| **Kristina McGuire** | *Previously Provided* | In Person |
| **Ralph Mendez, Jr.** | *Previously Provided* | In Person |
| **Rebuttal Mental Health Expert\*** | *To Be Determined* | In Person |
| **Scott Miller** | *Previously Provided* | In Person |
| **Kristin Pelinka** | *Previously Provided* | In Person |
| **Rob Pelinka** | *Previously Provided* | In Person |
| **Tom Pikor** | *Previously Provided* | In Person |
| **Michael Russell** | *Previously Provided* | In Person |
| **Ben Sanchez** | *Previously Provided* | In Person |
| **Erik Scott** | *Previously Provided* | In Person |
| **Emily Tauscher** | *Previously Provided* | In Person[†] |
| **Matthew Vander Horck** | *Previously Provided* | In Person |
| **Jorge Valdez** | *Previously Provided* | In Person |

-3-

| Witness Name | Contact Information | Testimony By Deposition or In Person |
|---|---|---|
| **Raul Versales** | *Previously Provided* | In Person |
| **Alex Villanueva** | *Previously Provided* | In Person |
| **Sharia Washington** | *Previously Provided* | In Person |
| **Jessica Wells** | *Previously Provided* | In Person |
| **Luella Weireter** | *Previously Provided* | In Person |

† *Subject to parties' agreement that witness will testify as Rule 30(b)(6) designee*

DATED:  June 17, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ Luis Li*
          LUIS LI

Attorneys for Plaintiff Vanessa Bryant