**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 20-9582-JFW(Ex)**                              Date:  July 6, 2022

Title:   Vanessa Bryant -v- County of Los Angeles, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER DENYING BRIAN JORDAN'S EX PARTE APPLICATION FOR LEAVE TO FILE MOTION UNDER SEAL [filed 7/1/22; Docket No. 306]

   On July 1, 2022, Third Party Witness Brian Jordan ("Jordan") filed an Ex Parte Application for Leave to File Motion under Seal ("Application").  On July 2, 2022, Plaintiff Vanessa Bryant ("Plaintiff") filed her Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

   Jordan's Application is unclear regarding the relief Jordan is seeking and is riddled with errors, including multiple references to a "deposition subpoena" and Jordan's "upcoming deposition," which was, in fact, taken on November 11, 2021.  Accordingly, for the reasons stated in Plaintiff's Opposition, Jordan's Application is **DENIED without prejudice**.

   IT IS SO ORDERED.