JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 / Fax: (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 / Fax: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT,
JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL and RAUL VERSALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br><br>**DECLARATION OF MIRA HASHMALL IN SUPPORT OF DEFENDANTS' OPPOSITION TO CONSOLIDATE CASES**<br><br>[Filed Concurrently with Opposition to Consolidate Cases]<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

570322.1

# DECLARATION OF MIRA HASHMALL

I, Mira Hashmall, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Defendants County of Los Angeles ("County"), Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Opposition to Consolidate Cases.

**Hearing Transcript**

2. A true and correct copy of excerpts of the Reporter's Transcript of the July 8, 2022 Pretrial Conference is attached hereto as **Exhibit 1**.

**Deposition Transcripts**

3. A true and correct copy of excerpts of the April 16, 2021 deposition of Victor Gutierrez is attached hereto as **Exhibit 2**.

4. A true and correct copy of excerpts of the September 30, 2021 deposition of Sky Cornell is attached hereto as **Exhibit 3**.

5. A true and correct copy of excerpts of the October 12, 2021 deposition of Vanessa Bryant is attached hereto as **Exhibit 4**.

6. A true and correct copy of excerpts of the October 29, 2021 deposition of Christopher L. Chester is attached hereto as **Exhibit 5**. Chester testified during his deposition that his emotional distress has manifested as sadness, anger, intermittent insomnia, nightmares, and self-medicating with alcohol. Chester has objected to Defendants including relevant excerpts from his deposition on this topic on the grounds that he has designated his testimony Confidential. Defendants disagree with Chester's Confidential designation, but out of abundance of caution do not exhibit them here.

**Meet-and-Confer Efforts**

7. A true and correct copy of a July 11, 2022 email from Christopher Chester's trial counsel, wherein Chester withdrew trial exhibits 317, 318, 319, 320, 321, 322, 323, 324, 325, 326 and 329 is attached hereto as **Exhibit 6**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of July, 2022, at Los Angeles, California.

_____
Mira Hashmall

**INDEX OF EXHIBITS TO THE DECLARATION OF MIRA HASHMALL**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| 1. | Pretrial Conference Transcript Excerpts | 5-12 |
| 2. | Victor Gutierrez Deposition Excerpts | 13-24 |
| 3. | Sky Cornell Deposition Excerpts | 25-33 |
| 4. | Vanessa Bryant Deposition Excerpts | 34-44 |
| 5. | Christopher L. Chester Deposition Excerpts | 45-63 |
| 6. | July 11, 2022 Email | 64-66 |