```
 1  LUIS LI (State Bar No. 156081)
    Luis.Li@wsgr.com
 2  ERIC TUTTLE (State Bar No. 248440)
    Eric.Tuttle@wsgr.com
 3  WILSON SONSINI GOODRICH & ROSATI, P.C.
    633 West Fifth Street, Suite 1550
 4  Los Angeles, California 90071
    Telephone:  (323) 210-2900
 5  Facsimile:  (866) 974-7329

 6  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
    Craig.Lavoie@mto.com
 7  JENNIFER L. BRYANT (State Bar No. 293371)
    Jennifer.Bryant@mto.com
 8  MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, Fiftieth Floor
 9  Los Angeles, California 90071-3426
    Telephone:  (213) 683-9100
10  Facsimile:  (213) 687-3702

11  Attorneys for Plaintiff Vanessa Bryant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>                    Plaintiff,<br><br>       vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>                    Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**DECLARATION OF CRAIG JENNINGS LAVOIE IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF CONSOLIDATING RELATED CASES FOR TRIAL**<br><br>Judge:   Hon. John F. Walter<br>Magistrate Judge: Hon. Charles F. Eick<br><br>Pretrial Conference: None Set<br><br>Trial Date: None Set |

DECL. OF CRAIG JENNINGS LAVOIE ISO PLAINTIFF'S BRIEF ISO CONSOLIDATION

**DECLARATION OF CRAIG JENNINGS LAVOIE**

I, Craig Jennings Lavoie, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles, & Olson LLP and counsel of record for Plaintiff Vanessa Bryant in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the July 8, 2022 pre-trial conference in this matter.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter dated March 4, 2021 that I received from Defendants' counsel, Mira Hashmall.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of July, 2022, at Los Angeles, California.

                                                                                      _____
                                                                                      Craig Jennings Lavoie