LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**DECLARATION OF ERIC P. TUTTLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BRIAN JORDAN'S RENEWED *EX PARTE* APPLICATION**<br><br>Pretrial Conference: None Set<br><br>Trial Date:  None Set<br><br>The Honorable John F. Walter<br>Magistrate Judge Charles F. Eick |

# DECLARATION OF ERIC TUTTLE

I, Eric Tuttle, hereby declare:

1. I am an attorney at the law firm Wilson Sonsini Goodrich & Rosati and counsel of record for Plaintiff Vanessa Bryant in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter I received from Brian Jordan's counsel, Steven H. Haney, dated July 14, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email exchange between me and Brian Jordan's counsel at the law firm of Haney & Shah, LLP, dated July 14 and 15, 2022.

4. Counsel for Mr. Jordan did not respond to the last message I sent on July 15, 2022, and did not meet and confer with me about this ex parte application.

5. Counsel for Mr. Jordan states in his email: "I already did a joint call regarding the filing of the ex parte to have the motion for a protective order filed under seal and to shorten the time in which to have the motion heard, and everyone indicated that they opposed." (Ex. B at 6.) I understood him to be referring to a call that took place in connection with Mr. Jordan's prior *ex parte* application on July 1. There was no such call in connection with this *ex parte* application. During the call in connection with the July 1 application, the parties did not meet and confer about a request to shorten time and counsel for Plaintiff did not say she opposed shortening time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of July, 2022, at Seattle, Washington.

/s/ Eric Tuttle
Eric P. Tuttle