# Exhibit A

## HANEY & SHAH, LLP
### ATTORNEYS

STEVE H. HANEY  
KENNETH BAISCH

1055 West Seventh Street  
Suite 1950  
Los Angeles, California 90017

Tel: (213) 228-6500  
Fax: (213) 228-6501  
shaney@haneyshah.com  
kbaisch@haneyshah.com

July 14, 2022

**<u>Via Email</u>**

Louis R. Miller  
smiller@millerbarondess.com  
Mira Hashmall  
mhashmall@millerbarondess.com  
Jason S. Tokoro  
jtokoro@millerbarondess.com  
MILLER BARONDESS, LLP  
1999 Avenue of the Stars, Suite 1000  
Los Angeles, CA 90067  
(310) 552-4400

Jonathan C. McCaverty  
jmccaverty@counsel.lacounty.gov  
LOS ANGELES COUNTY COUNSEL  
500 West Temple Street, Suite 468  
Los Angeles, CA 90012  
(310) 552-4400

Craig Lennings Lavoie  
Craig.Lavoie@mto.com  
Jennifer L. Bryant  
Jennifer.Bryant@mto.com  
Brandon E. Martinez  
Brandon.Martinez@mto.com  
Munger, Tolles & Olson LLP  
350 South Grand Avenue  
Fifteenth Floor  
Los Angeles, CA 90071

ERIC P. TUTTLE  
WILSON SONSINI GOODRICH & ROSATI P.C.  
633 West Fifth Street, Suite 1550  
Los Angeles, California 90071  
TEL: 206-883-2513  
FAX: 866 974-7329  
EMAIL: Eric.Tuttle@wsgr.com

Jerome M. Jackson  
jmjlaw@aol.com  
JEROME M. JACKSON LAW OFFICES  
880 Apollo Street, Ste. 238  
El Segundo, CA 90245  
(310)726-4199

Luis Li  
Luis.Li@wsgr.com  
(323)210-2900

  Re: *Vanessa Bryant v. County of Los Angeles* 2:20-cv-09582 JFW (Ex)  
    *Christopher L. Chester v. County of Los Angeles* 2:20-cv-10844 JFW (Ex)

Dear Counsel:

  We intend to file a motion for a protective order (the "Motion") – so long as Plaintiff still seeks to call Mr. Jordan to testify as a witness at trial. However, per the sensitive nature of the content of the motion (which will include HIPAA protected information) please allow this letter to serve as notice that we will file an ex parte application for permission to file the Motion, and

## EXHIBIT A
- 3 -

- 4 -

**July 14, 2022**                                         HANEY & SHAH, LLP
Page 2

that opposition and reply papers be filed under seal, and to shorten time on the hearing for that motion.

      Our ex parte application will be electronically filed by 10:00 am on July 15, 2022, and a courtesy copy will be delivered to Department 7A, located at the U. S. Federal Courthouse at 350 West 1st St., Los Angeles CA 90012, the Honorable John F. Walter presiding.

      Thank you, and I look forward to your response.

                                              Very truly yours,

                                              *Steven H. Haney*
                                              Steven H. Haney, Esq.

SHH/lam

# EXHIBIT A
### - 4 -