- 5 -

# Exhibit B

| | |
|---|---|
| **From:** | Tuttle, Eric |
| **Sent:** | Friday, July 15, 2022 1:48 PM |
| **To:** | Kenneth Baisch |
| **Cc:** | Lauren Moorehead; Mira Hashmall; jmccaverty@counsel.lacounty.gov; Lavoie, Craig; Bryant, Jennifer; jmjlaw; Li, Luis; Jason H. Tokoro; Steven Haney |
| **Subject:** | RE: Bryant v. County of LA and Chester v. County of LA |

Hi Ken,

Last time we did not meet and confer about a shortened briefing schedule because you did not propose one and you did not request that relief in your ex parte. We need to discuss what schedule you are proposing to brief and hear the motion for the protective order.

We also need to understand what you are proposing to redact this time. Is it the entirety of all your papers, or just portions? If portions, what portions? Your last ex parte was unclear on that, as the Court noted in its order. Moreover, the entirety of your original motion for protective order in connection with the deposition subpoena and related papers was filed publicly in October 2021, has been available to the public all this time, and is still publicly-available on the docket today. So I'm not sure what the justification is for sealing the same information this time.

Please let us know your availability to meet and confer.

Best,
Eric

**From:** Kenneth Baisch <kbaisch@haneyshah.com>
**Sent:** Friday, July 15, 2022 12:07 PM
**To:** Tuttle, Eric <eric.tuttle@wsgr.com>
**Cc:** Lauren Moorehead <lmoorehead@haneyshah.com>; Mira Hashmall <mhashmall@millerbarondess.com>; jmccaverty@counsel.lacounty.gov; Lavoie, Craig <craig.lavoie@mto.com>; Bryant, Jennifer <jennifer.bryant@mto.com>; jmjlaw <jmjlaw@aol.com>; Li, Luis <luis.li@wsgr.com>; Jason H. Tokoro <jtokoro@millerbarondess.com>; Steven Haney <shaney@haneyshah.com>
**Subject:** Re: Bryant v. County of LA and Chester v. County of LA

EXT - kbaisch@haneyshah.com

I already did a joint call regarding the filing of the ex parte to have the motion for a protective order filed under seal and to shorten the time in which to have the motion heard, and everyone indicated that they opposed. I do not know the purpose of a second joint phone call unless your position has changed.

Ken Baisch
Associate Attorney
**Haney & Shah, LLP**
1055 West Seventh Street, Suite 1950
Los Angeles, CA 90017
(213) 228-6509
kbaisch@haneyshah.com
**Please take notice that our firm name has changed from**

1

EXHIBIT B
- 6 -

**Haney Law Group to Haney & Shah, LLP.**
**Rest assured that your emails sent to haneylawgroup.com will be forwarded to haneyshah.com**

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.

On Fri, Jul 15, 2022 at 12:03 PM Tuttle, Eric <eric.tuttle@wsgr.com> wrote:

> Hi Ken,
>
> I see I missed a call from you a few minutes ago.  Because multiple parties will need to participate in the meet and confer, we need to set a time and circulate a dial-in.  Could you please let us know your availability?
>
> Best,
>
> Eric
>
> ---
>
> **From:** Tuttle, Eric
> **Sent:** Thursday, July 14, 2022 12:46 PM
> **To:** Lauren Moorehead <lmoorehead@haneyshah.com>; Mira Hashmall <mhashmall@millerbarondess.com>; jmccaverty@counsel.lacounty.gov; Lavoie, Craig <craig.lavoie@mto.com>; Martinez, Brandon <brandon.martinez@mto.com>; Bryant, Jennifer <jennifer.bryant@mto.com>; jmjlaw <jmjlaw@aol.com>; Li, Luis <luis.li@wsgr.com>; Steven Haney <shaney@haneyshah.com>
> **Subject:** RE: Bryant v. County of LA and Chester v. County of LA
>
> Steven,
>
> Please let us know your availability to meet and confer on your ex parte application, including what you propose to file under seal and what schedule you propose on the underlying motion.
>
> Best,
>
> Eric

**From:** Lauren Moorehead <lmoorehead@haneyshah.com>
**Sent:** Thursday, July 14, 2022 12:16 PM
**To:** Mira Hashmall <mhashmall@millerbarondess.com>; jmccaverty@counsel.lacounty.gov; Lavoie, Craig <craig.lavoie@mto.com>; Martinez, Brandon <brandon.martinez@mto.com>; Bryant, Jennifer <jennifer.bryant@mto.com>; Tuttle, Eric <eric.tuttle@wsgr.com>; jmjlaw <jmjlaw@aol.com>; Li, Luis <luis.li@wsgr.com>; Steven Haney <shaney@haneyshah.com>
**Subject:** Bryant v. County of LA and Chester v. County of LA

EXT - lmoorehead@haneyshah.com

Dear Counsel:

Please see the attached letter from our office regarding Brian Jordan and this matter dated today.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.