LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VANESSA BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 2:20-cv-09582-JFW-E<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**PLAINTIFFS' REQUEST TO IMPANEL EIGHT REGULAR JURORS AND TWO ALTERNATES**<br><br>Trial Date:  None Set<br><br>The Honorable John F. Walter |
| CHRISTOPHER L. CHESTER,<br><br>    PLAINTIFF,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | |

[*Additional counsel, continued from previous page*]

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

Plaintiffs Vanessa Bryant and Christopher L. Chester, by and through their undersigned counsel, hereby respectfully request that the Court impanel eight regular jurors and two alternates for trial.

At the hearing on February 26, 2022, the Court indicated that while it normally impanels eight jurors for civil trials (Dkt. No. 280 ¶ 7(b)), it is inclined to impanel ten jurors for this case in light of the risks posed by the pandemic. Plaintiffs appreciate the difficulties posed by the pandemic and the possibility that jurors might fall ill. Plaintiffs similarly wish to avoid a mistrial and believe that the Court's decision to select additional jurors is prudent.

Plaintiffs respectfully request a modest adjustment: that the Court impanel eight regular jurors with two alternates, as opposed to impaneling ten regular jurors. This arrangement would guard against the possibility of a mistrial in the event multiple jurors fall ill, while simultaneously not increasing any party's burden at trial. To ensure the alternates are fully engaged in the trial, Plaintiffs suggest designating which of the ten jurors will serve as alternates after the presentation of evidence and argument has concluded, before the jury retires to consider its verdict. Plaintiffs believe that this arrangement would strike the appropriate balance between fairness and protecting against any issues that might be caused by the pandemic.

| | | |
|---|---|---|
| 1 | DATED: July 27, 2022 | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |

By: _____/s/ *Luis Li*_____
　　　　　LUIS LI

LUIS LI
Luis.Li@wsgr.com
ERIC TUTTLE
Eric.Tuttle@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE
Craig.Lavoie@mto.com
JENNIFER L. BRYANT
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff Vanessa Bryant*

| | |
|---|---|
| DATED: July 27, 2022 | JEROME M. JACKSON LAW OFFICES |

By:     */s/ Jerome M. Jackson*
        JEROME M. JACKSON

JEROME M. JACKSON
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

*Attorneys for Plaintiff Christopher Chester*

## ECF CERTIFICATION

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.