# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

**Docket only in Case No. CV 20-9582-JFW(Ex)**

| | | |
|---|---|---|
| Case No. | CV 20-9582-JFW(Ex) | Date: July 27, 2022 |
| Title: | Vanessa Bryant -v- County of Los Angeles, et al. | |
| | | |
| Case No. | CV 20-10844 JFW(Ex) | |
| Title: | Christopher L. Chester -v- County of Los Angeles, et al. | |

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly
Courtroom Deputy

None Present
Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):** ORDER REQUIRING PARTIES TO FILE REVISED PRE-TRIAL DOCUMENTS

In light of the Court's rulings on bifurcation, consolidation, the *Monell* theories of liability, and spoliation, the parties shall meet and confer and file, on or before **August 1, 2022**, a revised Joint Set of Proposed Jury Instructions, Joint Memorandum of Law re Disputed Jury Instructions, Joint Verdict Form(s), and Pre-Trial Conference Order. The revised documents shall only address the federal claims for relief.

IT IS SO ORDERED.