**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 20-9582-JFW(Ex)**<br>[CV 20-10844 JFW(Ex)] | Date: August 1, 2022 |
| Title: | Vanessa Bryant -v- County of Los Angeles, et al.<br>Christopher L. Chester -v- County of Los Angeles, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**  ORDER RE: SETTING TRIAL DATE AND PRE-TRIAL CONFERENCE

    The Final Pre-Trial Conference will be held on **August 5, 2022 at 8:00 a.m.**  The Trial of this consolidated action will commence on **August 10, 2022 at 8:30 a.m.** in Courtroom 1.

    IT IS SO ORDERED.