LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　Defendants.<br><br>―――――――――――――<br><br>CHRISTOPHER L. CHESTER,<br><br>　　　PLAINTIFF,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　Defendants. | Case No. 2:20-cv-09582-JFW-E<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO THIRD PARTY WITNESS BRIAN JORDAN'S EX PARTE APPLICATION FOR LEAVE TO (1) FILE MOTION FOR A PROTECTIVE ORDER UNDER SEAL AND (2) SHORTEN TIME FOR HEARING ON MOTION FOR A PROTECTIVE ORDER**<br><br>Trial Date:  August 10, 2022<br><br>The Honorable John F. Walter |

1  [*Additional counsel, continued from previous page*]

2  JEROME M. JACKSON (State Bar No. 64238)
   jmjlaw@aol.com
3  JEROME M. JACKSON LAW OFFICES
   880 Apollo Street, Suite 238
4  El Segundo, California 90245
   Telephone: (310) 726-4199
5  Facsimile: (310) 414-0486

6  Attorneys for Plaintiff
   CHRISTOPHER L. CHESTER

PLAINTIFFS' NOTICE OF NON-OPPOSITION TO JORDAN'S EX PARTE APPLICATION

Pursuant to Local Rule 7-9 and Paragraph 6 of this Court's Amended Standing Order (ECF No. 83), Plaintiffs Vanessa Bryant and Christopher L. Chester (collectively, "Plaintiffs") hereby inform the Court that they do not oppose third-party Brian Jordan's ex parte application for leave to (1) file redacted portions of the motion for a protective order under seal and (2) shorten time for hearing on the motion for a protective order. *See* ECF No. 352. Plaintiffs, however, oppose Mr. Jordan's motion for a protective order.

DATED: August 1, 2022

WILSON SONSINI GOODRICH & ROSATI, Professional Corporation

By:     */s/ Luis Li*
            LUIS LI

LUIS LI
Luis.Li@wsgr.com
ERIC TUTTLE
Eric.Tuttle@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE
Craig.Lavoie@mto.com
JENNIFER L. BRYANT
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff Vanessa Bryant*

| | | |
|---|---|---|
| DATED: August 1, 2022 | | JEROME M. JACKSON LAW OFFICES |

By: _/s/ Jerome M. Jackson_
JEROME M. JACKSON

JEROME M. JACKSON
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

*Attorneys for Plaintiff Christopher Chester*

### ECF CERTIFICATION

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.