# EXHIBIT B

# Richard J. Shaw, MD, DFAACAP

Division of Child Psychiatry
Stanford University School of Medicine
401 Quarry Road, Stanford, CA 94305
E-mail - rjshaw@stanford.edu
Telephone - 650-218-2487

**Employment History:**

| | |
|---|---|
| 1996 - present | Medical Director, Consultation-Liaison Services, Lucile Packard Children's Hospital at Stanford, Palo Alto, CA. |
| 1996 - present | Psychiatric Consultant, Pediatric Emergency Room, Stanford University Medical Center, Palo Alto, CA. |
| 2003 - present | Faculty Member, Program for Psychiatry and the Law, Department of Psychiatry, Stanford University School of Medicine. |
| 2019 - present | Psychiatrist, Clinic for Differences in Sexual Development (DSD), Lucile Packard Children's Hospital at Stanford, Palo Alto, CA |
| 1992 - 1996 | Staff Psychiatrist, Stanford/VA Mental Health Clinical Research Center, Veterans Administration Medical Center, Palo Alto, CA. |
| 1991 - 1992 | Staff Psychiatrist, Psychiatric Emergency Room, San Francisco General Hospital, San Francisco, CA. |
| 1991 - 1992 | Director, Child Psychopharmacology Clinic, Children's Health |

**Academic Appointments:**

| | |
|---|---|
| 2009 - present | Professor, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine. |
| 2009 - present | Professor, Department of Pediatrics, Stanford University School of Medicine (Courtesy Appointment). |
| 2003 - 2009 | Associate Professor, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine. |
| 2003 - 2009 | Associate Professor, Department of Pediatrics, Stanford University School of Medicine (Courtesy Appointment). |
| 1996 - 2003 | Assistant Professor, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine. |
| 1998 - 2003 | Assistant Professor, Department of Pediatrics, Stanford University School of Medicine (Courtesy Appointment). |
| 1993 - 1996 | Clinical Instructor, Voluntary Clinical Faculty, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine. |

**Board Certification:**

| | |
|---|---|
| 1991 | Psychiatry. |
| 1993 | Child and Adolescent Psychiatry. |

**Education:**

| | |
|---|---|
| 1977 - 1979 | University of London, London, England. Pre-clinical Training in Basic Medical Sciences. |
| 1979 - 1982 | Middlesex Hospital Medical School, University of London, London, England. Medical Degree:  M.B.,B.S. (London),  6/30/82. |
| 1982 - 1983 | University of Otago, Dunedin, New Zealand. Internship in Medicine (Internal Medicine, Neurology) and Surgery (General Surgery, Orthopedic Surgery). |
| 1983 - 1984 | University of Otago, Dunedin, New Zealand. Residency in Adult Psychiatry. |
| 1985 - 1989 | Albert Einstein College of Medicine, Bronx, NY. Residency in Adult Psychiatry. Distinction in Family Therapy. |
| 1988 - 1989 | Ackerman Institute for Family Therapy, New York, NY. Post-graduate training in systemic family therapy. |
| 1989 - 1991 | Stanford University Medical Center, Palo Alto, CA. Fellowship in Child and Adolescent Psychiatry. |
| 1991 - 1992 | Stanford University Medical Center, Palo Alto, CA. Fellowship in Child Psychopharmacology. |

**Professional Activities:**

| | |
|---|---|
| 2000 – present | Member, Committee on the Physically Ill Child, American Academy of Child and Adolescent Psychiatry |
| 1996 – present | Journal Reviewer: Archives of Disease in Childhood, Child Psychiatry and Human Development, Journal of Adolescent Health, Journal of the American Medical Association, Journal of Orthopsychiatry, Mayo Clinic Proceedings, Pediatric Transplantation, Pediatrics, Psychosomatics, Psychosomatic Medicine, |
| 2005 – 2022 | Editorial Board, Child Psychiatry and Human Development |
| 2010 – present | Editorial Board, Academic Psychiatry |
| 2006 | Consultant, Mental Health Panel, Department of Juvenile Justice, California Department of Corrections and Rehabilitation |
| 2006 | Consultant, Task Force on Sexual Offender Treatment, California Department of Corrections and Rehabilitation |
| 2021 | Consultant, American Academy of Pediatrics Section of Trainees and Early Career Neonatologist (AAP TECaN) National Advocacy Campaign |

Exhibit B

Page 30

**Honors:**

| | |
|---|---|
| 1988 | Milton Rosenbaum Award. |
| 2001 | Award for Excellence in Teaching (Teacher of the Year), Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |
| 2004 | Award for Excellence in Teaching (Teacher of the Year), Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |
| 2007 | Award for Excellence in Teaching (Teacher of the Year), Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |
| 2008 | Award for Excellence in Teaching (Teacher of the Year), Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |
| 2005 – present | Best Doctors in America database. |
| 2009 | Faculty Fellows Leadership Program, Office of Retention and Diversity, Stanford University. |
| 2010 | Award for Excellence in Teaching (Teacher of the Year), Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |
| 2010 | American Academy of Child and Adolescent Psychiatry Simon Wile Leadership in Consultation Award acknowledging outstanding leadership and continuous contributions in the field of liaison child and adolescent psychiatry. |
| 2013 | Faculty Mentor, Douglas Powers Career Development Award, Vanderbilt University. |
| 2017 | ROSE Award (Recognition of Service Excellence), Lucile Packard Children's Hospital, Stanford University. |
| 2017 | Outstanding Faculty Award, Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |
| 2018 | Faculty Mentor, Faculty Leadership Academy, Department of Pediatrics, Columbia University Medical Center |
| 2019 | Distinguished Fellow, American Academy of Child and Adolescent Psychiatry |
| 2020 | Award for Excellence in Teaching (Teacher of the Year), Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |
| 2020 | TREE Award (Teaching, Research and Education), Division of Child and Adolescent Psychiatry, Stanford University School of Medicine. |

**Presentations:**

1. Grand Rounds, Division of Child Psychiatry, Stanford University School of Medicine, Palo Alto, CA, 1995. "Affect Expression and Affect Recognition in Schizophrenia."
2. Invited Speaker, Family Services of Santa Cruz and the University of California, Santa Cruz, CA, 1996. "Psychotic Disorders in Adolescence."
3. Grand Rounds, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Palo Alto, CA, 1997. "Expression of Emotions in Schizophrenia."

4.  Invited Speaker, Family Services of Santa Cruz and the   University of California, Santa Cruz, CA, 1997.  "Treatment of School Age Children."
5.  Presenter, Grand Rounds, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Palo Alto, CA, 1998.  "A Developmental Approach to Chronic Physical Illness."
6.  Chairperson and Speaker, Symposium on Risk-Taking Behaviors in Adolescence, 45th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Anaheim, CA, 1998.  "Medical Non-compliance as a Risk-taking Behavior in Adolescence."
7.  Speaker, Institute on Developmental Approaches to Psychopathology: Pediatric and Psychiatric Comorbidity, 45th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Anaheim, CA, 1998.  "Chronic Medical Illness in Children: A Developmental Approach."
8.  Speaker, Symposium on Psycholinguistics, 45th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Anaheim, CA, 1998.  "Vocal Acoustic Correlates of Flat Affect in Schizophrenia."
9.  Invited Speaker, Family Services of Santa Cruz and the University of California, Santa Cruz, CA, 1998.  "Treatment of Disorders of Attachment."
10.  Speaker, 2nd Annual Stanford Child Psychiatry Alumni Symposium, Stanford University School of Medicine, Stanford CA, 1999.  "Non-compliance in Adolescence: A Developmental Approach."
11.  Invited Speaker, Northern California Regional Organization of Child and Adolescent Psychiatry, San Francisco, CA, 1999.  "Medical Non-compliance as a Risk-taking Behavior in Adolescence."
12.  Speaker, Symposium on Psycholinguistics, 46th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, IL, 1999.  "Linguistic Analysis of Trauma Symptoms in Post-Ventilation Subjects."
13.  Invited Speaker, 11th Annual Symposium on Pediatric Dialysis (University of Missouri-Columbia), San Francisco, CA, 2000.  "Enhancing Compliance in Chronically Ill Adolescents Using a Program of Graded Interventions."
14.  Invited Speaker, 11th Annual Symposium on Pediatric Dialysis (University of Missouri-Columbia), San Francisco, CA, 2000.  "Techniques to Improve Compliance in Children Receiving Chronic Dialysis: Case Studies."
15.  Invited Speaker, Adolescents and Health Care, Center for Education and Professional Development, Stanford Hospital and Clinics, Palo Alto, CA, 2000.  "Treatment Adherence in Adolescents with Chronic Physical Illnesses."
16.  Speaker, Annual Meeting of the American Thoracic Society, San Francisco, CA, 2000.  "Comparison of Short Term Psychiatric Outcomes of Respiratory Failure Treated by either Invasive or Non-invasive Ventilation."
17.  Presenter, Annual Meeting of the ASN/ISN World Congress of Nephrology, San Francisco, CA, 2001.  "A Typology of Treatment Nonadherence in Adolescent Renal Transplant Recipient."
18.  Presenter, Society for Research in Psychiatry, San Francisco, CA, 2001.  "Perceptual demands of SANS ratings: The basis for high reliability and low validity."
19.  Chairperson and Speaker, Symposium on Conversion Disorders, 49th Annual Meeting of the American Academy of Child and Adolescent Psychiatry,  San Francisco, CA, 2002.  "Treatment of Pediatric Conversion Disorders: Case Examples."
20.  Invited Speaker, Simon Wile Symposium, 49th Annual Meeting of the American Academy of Child and Adolescent Psychiatry,  San Francisco, CA, 2002.  "Interventions to Enhance Pediatric Treatment Adherence in Children with Chronic Physical Illness."

21. Presenter, Grand Rounds, Department of Pediatrics, Stanford University School of Medicine, Palo Alto, CA, 2002.  "Treatment of Pediatric Feeding Disorders."
22. Invited Speaker, UCLA MCH Nutrition Leadership Training Program, Los Angeles, CA, 2003.  "Multidisciplinary Treatment of Pediatric Feeding Disorders."
23. Invited Speaker, 22nd Annual National Conference of Neonatal Nursing, San Francisco, CA, 2004.  Posttraumatic Stress Disorder in Families of NICU Parents."
24. Invited Speaker, American Academy of Child and Adolescent Psychiatry 29th Annual Review Course, Redwood City, CA, 2004.  "Somatoform Disorders and Consultation Liaison."
25. Presenter, Annual Convention for the Association for Behavioral and Cognitive Therapies (ABCT), Washington, DC, 2005. "Parents in the Neonatal Intensive Care Unit (NICU): Acute Stress Disorder (ASD) as a predictor of later Posttraumatic Stress Disorder (PTSD)."
26. Presenter, Annual Convention for the Association for Behavioral and Cognitive Therapies (ABCT), Chicago, IL, 2006. "Effectiveness of cognitive behavioral therapy in reducing parental anxiety in the Neonatal Intensive Care Unit (NICU)."
27. Presenter, World Transplant Congress Conference, Boston, MA, 2006." Transition from pediatric to adult-centered care: Patients' perception of the transfer process."
28. Presenter, Grand Rounds, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Palo Alto, CA, 2006.  "Families in Crisis: Posttraumatic Stress in the Neonatal Intensive Care Unit."
29. Invited Speaker, Simon Wile Symposium, 43rd Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA, 2006.  "Families in Crisis: Posttraumatic Stress in the Neonatal Intensive Care Unit."
30. Invited Speaker, Children's Hospital Boston, Harvard Medical School, Boston MA, 2007.  "Families in Crisis: Posttraumatic Stress in the Neonatal Intensive Care Unit."
31. Invited Speaker, San Mateo Department of Psychiatry, San Mateo, CA 2009. "Posttraumatic Stress in the Neonatal Intensive Care Unit."
32. Invited Speaker – State of the Art Address.  Western Regional Conference, Carmel, CA 2010.  "Posttraumatic Stress in the Neonatal Intensive Care Unit."
33. Invited Speaker – Plenary Address.  23rd Annual Gravens Conference on the Physical and Developmental Environment of the High Risk Infant, Clearwater Beach, Florida, 2010. "Posttraumatic Stress in the Neonatal Intensive Care Unit."
34. Invited Speaker, Children's Memorial Hospital, Northwestern University, Chicago, IL, 2010.  "Pediatric Somatoform Disorders."
35. Invited Speaker, Division of Neonatology, University of California at San Diego, San Diego, CA, 2010.  "Posttraumatic Stress in the Neonatal Intensive Care Unit."
36. Invited Speaker, 5th Annual Developmental Therapists in the NICU Conference, Scottsdale, Arizona 2010.  "Posttraumatic Stress in the Neonatal Intensive Care Unit."
37. Invited Speaker, 2010 Shanghai International Pediatric Neurology & Psychiatry Forum, Shanghai, China, 2010.  "Pediatric Somatoform Disorders."
38. Invited Speaker, 2010 Shanghai International Pediatric Neurology & Psychiatry Forum, Shanghai, China, 2010.  "Medical Posttraumatic Stress Disorder."
39. Chairperson and Speaker, 57th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY, 2010.  "Update on Pediatric Psychosomatic Medicine: Exploring the Interface Between Mental Health and Physical Illness in Children and Adolescents."
40. Invited Speaker, Simon Wile Symposium, 57th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY, 2010.  "The Stanford Pediatric Psychiatry Solid Organ Transplant Program."

41. Invited Speaker, Department of Pediatrics, University of Zimbabwe, Harare, Zimbabwe, 2010. "Treatment Adherence."
42. Invited Speaker, Department of Psychiatry, University of Vienna, Vienna, Austria, 2011. "Medical Posttraumatic Stress Disorder."
43. Invited Speaker, Department of Psychiatry, Kaiser Permanente, South San Francisco, CA, 2012. "Medical Posttraumatic Stress Disorder."
44. Invited Speaker, Neonatal Excellence Conference, Children's Hospital of Southwest Florida, Cape Coral, Florida, 2012. "Posttraumatic Stress in the Neonatal Intensive Care Unit."
45. Invited Speaker, Grand Rounds, California Pacific Medical Center, San Francisco, CA, 2012. "Interventions to Treat Posttraumatic Stress in Parents of Premature Infants."
46. Presenter, 59th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, CA, 2012. "Parental Traumatic Stress in the Perinatal Period: Towards Effective Parent-Infant Intervention."
47. Discussant, 59th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, CA, 2012. ""Pseudosymptoms" and "Pseudopseudosymptoms": Disentangling Challenging Presentations in Pediatric Neuropsychiatry."
48. Discussant, 59th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, CA, 2012. "Update on Pediatric Non-Epileptic Seizures: Problems Beyond Seizures."
49. Invited Speaker, Department of Neonatology, University of California at San Francisco, San Francisco, CA, 2013. "Brief cognitive-behavioral intervention for maternal depression and trauma in the neonatal intensive care unit: a pilot study."
50. Invited Speaker, Behavioral Medicine Branch of the Shanghai Medical Association and Zhongshan Hospital/Children's Hospital of Fudan University, Shanghai, China, 2013. "Stanford Pediatric Solid Organ Transplant Program."
51. Invited Speaker, Department of Psychiatry, Children's Hospital of Fudan University, Shanghai, China, 2013. "Treatment of Pediatric Medical Posttraumatic Stress Disorder."
52. Grand Rounds, Department of Neonatology, Children's Hospital of Fudan University, Shanghai, China, 2013. "Treatment Interventions for Traumatic Stress in Parents of Premature Infants."
53. Invited Speaker, National Conference of Neonatal Nursing, San Francisco, CA, 2013. "Interventions to reduce traumatic stress in parents of preterm infants."
54. Invited Speaker, Department of Child & Adolescent Psychiatry & Behavioral Sciences, The Children's Hospital of Philadelphia, Philadelphia, PA, 2014. "Interventions to reduce traumatic stress in parents of preterm infants."
55. Invited Speaker, Innovative Care of the Newborn Brain Conference, Stanford University, Palo Alto, CA, 2018. "Psychological Consultation to The Neonatal Intensive Care Unit."
56. Paper Presentation, 4th International Congress of Clinical and Health Psychology on Children and Adolescents, Mallorca, Spain, 2018. "Parental Bonding and Child Coping Predict Urgent Health Care Use in Children with Non-Epileptic Seizures."
57. Invited Speaker, 4th Annual Bay Area Maternal Mental Health Conference, UCSF, San Francisco, CA, 2020. "Parent and Infant Mental Health in the NICU."
58. Invited Speaker, California Association of Neonatologists, 26th Annual Conference/UCLA David Geffen School of Medicine, San Diego, CA 2020. "PTSD After Discharge from the NICU."
59. Invited Speaker, California Perinatal Quality Care Collaborative Webinar, April 2020. "Psychological Issues in Parents of Premature Infants."

Exhibit B
Page 34

60. Invited Speaker, Kaiser Permanente Regional Journal Club, 2020. "Psychological Interventions for Parents of Premature Infants."
61. Presenter, 67th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, CA, 2020. "Group Trauma Focused Cognitive Behavior Therapy for Parents of Premature Infants."
62. Poster Presentation, 67th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, CA, 2020. "Bridging the Gap: A Needs Assessment for Pediatric Consultation-Liaison Psychiatry Curriculum Development Through Collaboration."
63. Discussant, Synapse Care Solutions, 2020. "Parenting Presence in the NICU."
64. Invited Speaker, American Psychiatric Association Annual Meeting, 2021. "Group Trauma Focused-CBT for Parents of Premature Infants."
65. Invited Speaker, Neonatal Monthly Journal Club, Northern California, Kaiser Permanente, 2020. "Group Trauma Focused Cognitive Behavior Therapy for Parents of Premature Infants."
66. Discussant, 68th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, 2021. "Transplant Psychiatry: Opportunities for Innovation, Intervention, and Improved Outcomes"
67. Presenter, 68th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, 2021. "Psychosocial Pretransplant Evaluation: Stanford Pediatric Psychosocial Optimization Tool for Transplant (SPPOTT)."
68. Invited Speaker, Hand to Hold NICU Community Conference, 2021. "Psychological Issues Affecting NICU Parents."
69. Invited Speaker, UCSF School of Nursing, Acute Care Pediatric Nurse Practitioner (ACPNP) Program, 2021. "Medical Posttraumatic Stress Disorder."
70. Invited Speaker, AAP TECaN National Advocacy Campaign - Carousel Care, 2022. "Mental Health Interventions in the NICU."
71. Invited Speaker, Grand Rounds, Dell Medical School, University of Texas, Austin, TX, 2022. "Psychological Trauma in Parents of Medically Fragile Infants: Novel Treatment Interventions."

**Research Support**

1. Department of Psychiatry & Behavioral Sciences Innovator Grants  11/1/20-10/31/22
   Validation of the Stanford Pediatric Pre-transplant Optimization Tool for Transplant (SPPOTT).
   Role:   PI
2. Department of Psychiatry & Behavioral Sciences Innovator Grants  11/1/19-2/1/22
   Group Intervention to Prevent Psychological Stress in Parents in the Neonatal Intensive Care Unit.
   Role:   PI
3. R34MH086579-03 (Shaw/Horwitz)                                    12/07/2010-11/30/2013
   NIMH
   Prevention of Postpartum Traumatic Stress in Mothers with Preterm Infants
   Role: PI
4. NIH M01 RR00070 (Shaw/Fleischer)                                 12/31/1996-7/1/1999
   Acute Stress Disorder and Posttraumatic Stress Disorder in the Neonatal Intensive Care Unit.  [The study received funding and support through Center Grant (NIH M01 RR00070) awarded to the Stanford General Clinical Research Center].
   Role:   PI

Exhibit B
Page 35

5.  Innovations I Mn Patient Care, Packard Foundation          12/31/1999-12/31/2000
    Treatment Adherence in Pediatric Solid Organ Transplant Recipients.
    Role:  PI

**Publications:**

**Peer Reviewed Manuscripts:**

1.  **Shaw RJ**, Ryst E, Steiner H. (1996).  *Temperament as a correlate of adolescent defense mechanisms.*  Child Psychiatry and Human Development, 38:2:105-114.
2.  **Shaw RJ**, Steiner H. (1997).  *Temperament in juvenile eating disorders.*  Psychosomatics, 28:2:126-131.
3.  Puzantian T, **Shaw RJ**. (1997).  *Nefazodone and symptoms suggesting neurotoxicity: A Case Report.*  Journal of Clinical Psychiatry, 57:12:595.
4.  Thienemann M, **Shaw RJ**, Steiner H. (1997).  *Defense style and family environment.*  Child Psychiatry and Human Development, 28:3: 189-198.
5.  Steinberg BE, **Shaw RJ**. (1997).  Bulimia as a disturbance of narcissism: self-esteem and the capacity to self-soothe.  Addictive Behaviors, 22: 699-710.
6.  Bronheim H, Fulop G, Kunkel E, Muskin P, Schindler B, Yates W, **Shaw RJ**, Steiner H, Stern TA, Stoudemire A. (1998).  *The academy of psychosomatic medicine practice guidelines for psychiatric consultation in the general medical center.*  Psychosomatics, 39: S8-S30.
7.  **Shaw RJ**, Taussig HN. (1999).  *The pediatric psychiatric pretransplant evaluation.*  Clinical Child Psychology and Psychiatry, 4: 353-365.
8.  **Shaw RJ**, Dong M, Lim KO, Faustman WO, Pouget ER, Alpert M. (1999).  *The relationship between affect expression and affect recognition in schizophrenia.*  Schizophrenia Research, 37: 245-250.
9.  Mordecai D, **Shaw RJ**, Fisher PG, Mittelstadt PA, Guterman T, Donaldson SS. (2000).  *Case study: Suprasellar germinoma presenting with psychotic symptoms and obsessive-compulsive symptoms.*  Journal of the American Academy of Child and Adolescent Psychiatry, 39: 116-119.
10. Zelenko M, **Shaw RJ**. (2000).  *Case study: selective mutism in an immigrant child.*  Clinical Child Psychology and Psychiatry, 5: 4: 555-562.
11. Alpert M, Rosenberg SD, Pouget ER, **Shaw RJ**. (2000).  *Prosody and lexical accuracy inflat affect schizophrenia.*  Psychiatry Research, 97: 107-118
12. **Shaw RJ**. (2001). *Treatment adherence in adolescents: Development and psychopathology.*  Clinical Child Psychology and Psychiatry, 6: 137-150.
13. **Shaw RJ**, Harvey JE, Nelson KL, Gunary R, Kruk H, Steiner H. (2001).  *Denial of distress and post-traumatic stress disorder following ventilation*. Psychosomatics, 42: 35-40.
14. Marie A, Gabrieli JDE, Brown BR, Hanson K, Pratto F, Zajonc RB, **Shaw RJ**. (2001).  *Implicit memory in schizophrenia: the mere exposure effect.*  Schizophrenia Bulletin, 27:2:297-303.
15. **Shaw RJ**, Palmer L, Hyte H, Yorgin P, Sarwal M. (2001).  *Case study: Treatment adherence in a 13-year-old deaf adolescent male.* Clinical Child Psychology and Psychiatry, 6:4:551-562.
16. **Shaw RJ**, Robinson TE, Steiner H. (2002).  *Acute stress disorder following ventilation.*  Psychosomatics, 43:74-76.

17. Teaford T, **Shaw RJ**, Reiss A, Lotspeich LJ. (2002). *Case report: Pseudologia fantastica associated with pervasive developmental disorder.* Psychiatry, 65: 165-171.

18. Alpert M, Pouget ER, **Shaw RJ**, Lim KO. (2002). *A comparison of clinical ratings with vocal acoustic measures of flat affect and alogia.* Journal of Psychiatric Research, 5: 347-353.

19. **Shaw RJ**, Garcia M, Thorn M, Farley CA. (2003). *Treatment of feeding disorders in children with Down Syndrome.* Clinical Child Psychology and Psychiatry, 8: 105-117.

20. **Shaw RJ**, Palmer L, Blasey C, Sarwal M. (2003). *A typology of nonadherence in pediatric renal transplant recipients.* Pediatric Transplantation 7:489-493.

21. **Shaw RJ**, Wamboldt M. Bursch B, Stuber M. (2006) *Pediatric consultation-liaison psychiatry: a national survey.* Psychosomatics, 47:43-49.

22. **Shaw RJ**, DeBlois T, Ikuta L, Ginzburg K, Fleisher B, Koopman C. (2006) *Acute stress disorder Among Parents in the Neonatal Intensive Care Nursery.* Psychosomatics, 47:206-212.

23. Tan V, Sahami-Revelo A, Peebles R, **Shaw RJ**. (2006) *Abdominal Migraine and Treatment with Intravenous Valproic Acid.* Psychosomatics, 47:353-355.

24. **Shaw RJ**, Bernard R. (2006). *Medical posttraumatic stress disorder.* Psychiatric Times, 23:25-38.

25. Plioplys S, Asato MR, Bursch B, Salpekar JA, **Shaw RJ**, Caplan R. (2007). *Multidisciplinary Management of Pediatric Psychogenic Non-Epileptic Seizures – New Approach to the Old Problem.* Journal of the American Academy of Child and Adolescent 46: 1491-1495.

26. Karnik NS, Joshi SV, Paterno C, **Shaw RJ**. (2007). *Subtypes of pediatric delirium: a treatment algorithm.* Psychosomatics 48: 253-257.

27. **Shaw RJ**, Dayal S, Good J, Bruckner A, Joshi S. (2007). *Psychiatric medications in the treatment of pruritus.* Psychosomatic Medicine 69: 970-978.

28. Fung E, **Shaw RJ**. (2008). *Pediatric Transplant Rating Instrument (P-TRI) – A Scale for the Pre-Transplant Psychiatric Evaluation of Pediatric Organ Transplant Recipients.* Pediatric Transplantation 12: 57-66.

29. Olson DM, Howard N, **Shaw RJ**. (2008). *Hypnosis provoked nonepileptic events in children.* Epilepsy and Behavior (Epub).

30. Hong DS, Bernstein M, Smith C, Gans H, **Shaw RJ**. (2008). *Eosinophilic meningoencephalitis: psychiatric presentation and treatment.* International Journal of Psychiatry in Medicine 38: 287-295

31. **Shaw RJ**. Dayal S, Hartman JK, DeMaso DR. (2008). *Factitious Disorder by Proxy: A Pediatric Falsification Condition.* Harvard Review of Psychiatry 16:215-224

32. Hashemi B, **Shaw RJ**, Hong D, Hall R, Nelson K, Steiner H. (2008). *Posttraumatic stress disorder following traumatic injury: Narratives as unconscious indicators of psychopathology.* Bulletin of the Menninger Clinic 72: 177-188

33. **Shaw RJ,** Geurse M, Steiner H. (2008). *Defense mechanisms in schizophrenia.* Personality and Mental Health 2: 240-248

34. **Shaw RJ**, Bernard R, DeBlois T, Ikuta L, Ginzburg K, Koopman C. (2009). *Posttraumatic stress disorder in the neonatal intensive care nursery.* Psychosomatics 50: 131-137

35. Prunas A, Maddeddu F, Pozzoli S, Gatti C, **Shaw RJ**, Steiner H. (2009). *The Italian version of the Response Evaluation Measure-71 (REM-71).* Comprehensive Psychiatry 50: 369-377

36. **Shaw RJ**, Harvey JE, Nelson KL, Gunary R, Kruk H, Steiner H. (2009). *Posttraumatic stress disorder following intubation.* Psychosomatics 50:586-91.

37. Salpekar JA, Plioplys S, Siddarth P, Bursch B, **Shaw RJ**, Asato MR, Lafrance WC Jr, Weisbrot DM, Dunn DW, Austin JK, Olson DM, Caplan R. (2009). *Pediatric psychogenic nonepileptic seizures: A study of assessment tools.* Epilepsy and Behavior (epub).

38. Ularntinon S, Tzuang D, Dahl G, **Shaw RJ.** (2010). *Concurrent Treatment of Steroid-Related Mood and Psychotic Symptoms with Risperidone: A Pediatric Oncology Case Series.* Pediatrics 125(5):e1241-5

39. Annunziato RA, Fisher MK, Jerson B, Bochkanova A, **Shaw RJ.** (2010). *Psychosocial assessment prior to pediatric transplantation: A review and summary of key considerations.* Transplantation 14(5):565-74

40. Ularntinon S, Bernard R, Wren F, St. John N, Horowitz S, **Shaw RJ.** (2010). *Traumatic Stress Reactions in Parents in Pediatric Intensive Care: A Review*. Current Psychiatry Reviews 6:261-268

41. Bernard RS, Williams SE, Storfer-Isser A, Rhine W, Horwitz SM, Koopman C, **Shaw RJ.** (2011). *Brief cognitive-behavioral intervention for maternal depression and trauma in the neonatal intensive care unit: a pilot study.* Journal of Traumatic Stress 24:230-4.

42. Fisher M, Storfer-Isser A, **Shaw RJ**, Bernard RS, Drury S, Ularntinon S, Horwitz SM. (2011). *Inter-rater reliability of the Pediatric Transplant Rating Instrument (P-TRI): challenges to reliably identifying adherence risk factors during pediatric pre-transplant evaluations.* Pediatric Transplantation 15(2):142-7

43. Huemer J, Sagar A, Alquero A, Denny K, **Shaw RJ**, Steiner H. (2011). *Overt and covert aggression in college women with bulimia nervosa.* Zeitschrift für Kinder und Jugendpsychiatrie, 39(6):409-415.

44. Brecht CJ, **Shaw RJ**, St John NH, Horowitz SM. (2012). *Effectiveness of therapeutic behavioral interventions for parents of low birth weight premature infants: A review.* Infant Mental Health Journal. 33(6):651-665.

45. Huemer J, Völkl-Kernstock S, Karnik N, G Denny K, Granditsch E, Mitterer M, Humphreys K, Plattner B, Friedrich M, **Shaw RJ**, Steiner H. (2013). *Personality and psychopathology in African unaccompanied refugee minors: repression, resilience and vulnerability*. Child Psychiatry and Human Development. 44(1):39-50.

46. **Shaw RJ**, Bernard R, Storfer-Isser A, Rhine W, Horwitz SM. (2013). *Parental coping in the neonatal intensive care unit.* Journal of Clinical Psychology in the Medical Setting. 20(2):135-42.

47. **Shaw RJ**, Sweester CJ, St John N, Lilo E, Corcoran JB, Jo B, Howell SH, Benitz WE, Feinstein N, Melnyk B, Horwitz SM. (2013). *Prevention of postpartum traumatic stress in mothers with preterm infants: manual development and evaluation.* Issues in Mental Health Nursing. 34(8):578-86.

48. **Shaw RJ**, St John N, Lilo EA, Jo B, Benitz W, Stevenson DK, Horwitz SM. (2013). *Prevention of traumatic stress in mothers with preterm infants: a randomized controlled trial.* Pediatrics. 132(4):e886-e894.

49. **Shaw RJ**, St John N, Lilo E, Jo B, Benitz W, Stevenson DK, Horwitz SM. (2014). *Prevention of traumatic stress in mothers of preterms: 6-month outcomes.* Pediatrics. 134(2):e481.

50. Prunas A, Preti E, Huemer J, **Shaw RJ,** Steiner H. (2014). *Defensive functioning and psychopathology: a study with the REM-71.* Comprehensive Psychiatry. 2014 Jun 27. pii: S0010-440X(14)00158-8

51. **Shaw RJ**, Lilo E, Storfer-Isser A, Ball B, Proud M, Vierhaus N, Huntsberry A, Mitchell K, Adams M, Horwitz SM (2014). *Screening for symptoms of postpartum traumatic*

*stress in a sample of mothers with preterm infants.* Issues in Mental Health Nursing. 35(3):198-207.

52. Plioplys S, Doss J, Siddarth P, Bursch B, Falcone T, Forgey M, Hinman K, LaFrance WC Jr, Laptook R, **Shaw RJ**, Weisbrot DM, Willis MD, Caplan R. (2014). *A multisite controlled study of risk factors in pediatric psychogenic nonepileptic seizures.* Epilepsia. 55(11):1739-47.

53. Prunas A, Preti E, Huemer J, **Shaw RJ**, Steiner H (2014). *Defensive functioning and psychopathology: a study with the REM-71.* Comprehensive Psychiatry. 55(7):1696-1702.

54. Horwitz, SM, Leibovitz A, Lilo E, Jo B, DeBattista A, St John N, **Shaw RJ** (2015). *Does an intervention to reduce maternal anxiety, depression and trauma also improve mothers' perceptions of their preterm infants' vulnerability?* Infant Mental Health Journal. 36(1): 42-52.

55. Huemer J, **Shaw RJ,** Prunas A, Hall R, Gross J, Steiner H (2015). *Adolescent Defense Style as Correlate of Problem Behavior.* Zeitschrift fur Kinder und Jugendpsychiatrie und Psychotherie. 43(5):345-50.

56. Horwitz SM, Storfer-Isser A, Kerker BD, Lilo E, Leibovitz A, St John N, **Shaw RJ**. (2015). *A model for the development of mothers' perceived vulnerability of preterm infants.* Journal of Developmental and Behavioral Pediatrics. 36(5):371-80.

57. Huemer J, Nelson K, Karnik N, Völkl-Kernstock S, Seidel S, Ebner N, Ryst E, Friedrich M, **Shaw R J**, Realubit C, Steiner H, Skala K (2016). *Emotional expressiveness and avoidance in narratives of unaccompanied refugee minors.* European Journal of Psychotraumatology. 7: 29163.

58. Plioplys S, Doss J, Siddarth P, Bursch B, Falcone T, Forgey M, Hinman K, LaFrance WC Jr, Laptook R, **Shaw RJ**, Weisbrot DM, Willis MD, Caplan R. (2016). *Risk factors for comorbid psychopathology in youth with psychogenic nonepileptic seizures*. Seizure. 2;38:32-37.

59. Lilo EA, **Shaw RJ**, Corcoran J, Storfer-Isser A, Horwitz SM (2016). *Does she think she's supported? Maternal perceptions of their experiences in the neonatal intensive care unit.* Patient Experience Journal. 3(1):15-24.

60. **Shaw RJ**, Pao M, Holland JE, DeMaso DR. (2016). *Practice Patterns Revisited in Pediatric Psychosomatic Medicine*. Psychosomatics. 57(6):576-585

61. Thienemann M, Murphy T, Leckman J, **Shaw RJ**, Williams K, Kapphahn C, Frankovich J, Geller D, Bernstein G, Chang K, Elia J, Swedo S (2017). *Clinical Management of Pediatric Acute-Onset Neuropsychiatric Syndrome: Part I–Psychiatric and Behavioral Interventions.* Journal of Child and Adolescent Psychopharmacology, 27:7 http://doi.org/10.1089/cap.2016.0145.

62. Frankovich J, Swedo S, Murphy T, Dale RC, Agalliu D, Williams K, Daines M, Hornig M, Chugani H, Sanger T, Muscal E, Pasternack M, Cooperstock M, Gans H, Zhang Y, Cunningham M, Bernstein G, Bromberg R, Willett T, Brown K, Farhadian B, Chang K, Geller D, Hernandez J, Sherr J, **Shaw RJ**, Latimer E, Leckman J, Thienemann M, PANS/PANDAS Consortium (2017). *Clinical Management of Pediatric Acute-Onset Neuropsychiatric Syndrome: Part II—Use of Immunomodulatory Therapies.* Journal of Child and Adolescent Psychopharmacology, 27:7 http://doi.org/10.1089/cap.2016.0148.

63. Staveski, S L, Pickler RH, Lin L, **Shaw RJ**, Meinzen-Derr J, Redington A, Curley MQ (2018). *Management of Pediatric Delirium in Pediatric Cardiac Intensive Care Patients: An International Survey of Current Practices*. Pediatric Critical Care Medicine, 19(6):538–43

64. Bursch B, Forgey M, Emerson ND, Siddarth P, Weisbrot DM, **Shaw RJ**, Doss J, Falcone T, Hinman K, LaFrance WC Jr, Laptook R, Willis MD, Deggelman EL, Caplan R, Plioplys S. (2018). *Sibling-Controlled Study of Parental Bonding, Coping, and Urgent Health-Care Use in Families with Children with Nonepileptic Seizures.* J Pediatr Psychol. doi: 10.1093/jpepsy/jsy050

65. **Shaw RJ**, Walker A, Rackley S, Fuchs C, Meadows A, Dalop K, Pao M. (2019). *Core Competencies for Pediatric Consultation Liaison Psychiatry in Child and Adolescent Psychiatry Fellowship Training.* Psychosomatics 60(5):444-448.

66. Schneider LM, Wong JJ, Trela A, Hanisch D, **Shaw RJ**, Sears SF, Motonaga KS, Ceresnak SR, Hood KK, Dubin AM. (2020). *An exploratory assessment of pediatric patient and parent needs after implantable cardioverter defibrillator implant.* Pacing Clin Electrophysiol. doi: 10.1111/pace.13876

67. Connor AT, Crawford A, Levy RJ, Schneider LM, Hollander SA, **Shaw RJ**. (2020). *A Case of Abulia from Left Middle Cerebral Artery Stroke in an Adolescent Treated Successfully with Short Duration Olanzapine.* Clinical Neuropharmacology**.** 43 (3): 86–89

68. Rosenblatt T, Ort K, **Shaw RJ**. Levy RJ, Chen C, Niemi A, Hoang K. (2020). *A Previously Healthy Adolescent with Acute Psychosis and Severe Hyperhidrosis.* Pediatrics. e20193786. doi: 10.1542/peds.2019-3786

69. Crawford J, Tran P, Shaw JS, **Shaw RJ**. (2020). *Pharmacological treatments for childhood-onset Somatic Symptom and Related Disorders (SSRD) and Functional Gastrointestinal Disorders (FGID).* Curr Treat Options Psych. 7:120-143.

70. Lemmon M.E, Chapman I, Malcolm W, Kelley K, **Shaw RJ**, Milazzo A, Cotten CM, Hintz SR. (2020). *Beyond the First Wave: Consequences of COVID-19 on High-Risk Infants and Families.* Am J Perinatology DOI 10.1055/s-0040-1715839.

71. Fischer A, Connor AT, Mackenzie KM, **Shaw RJ**. (2020). *Selective Serotonin Reuptake Inhibitors and Tardive Dyskinesia: A Case Report of Escitalopram Use in a Cardiac and Liver Transplant Patient.* Journal of Clinical Psychopharmacology. 40:6:626-627.

72. Simon S, Moreyra A, Wharton E, Dowtin LL, Borkovi TC, Armer EG, **Shaw RJ.** (2021). *Prevention of posttraumatic stress disorder in mothers of preterm infants using trauma-focused group therapy: Manual development and evaluation.* Early Human Development 154:105282.

73. Hoge M, **Shaw RJ.** (2021). *Best practice guidelines on parental mental health in the neonatal intensive care unit: The time has come to realize the importance and impact on infant health and developmental outcomes.* Early Human Development:105277.

74. Moreyra A, Dowtin LL, Ocampo M. Perez E, Borkovi TC, Wharton E, Simon S, Armer EG, **Shaw RJ.** (2021). *Implementing a Standardized Screening Protocol for Parental Depression, Anxiety, and PTSD Symptoms in the Neonatal Intensive Care Unit.* Early Human Development, 154:105279.

75. Hoge MK, Heyne E, De Freitas Nicholson T, Acosta D, Mir I, Brown S, Heyne R, **Shaw RJ**, Chalak L. (2021). *Vulnerable Child Syndrome in the Neonatal Intensive Care Unit: A Review and a New Preventative Intervention with Feasibility and Parental Satisfaction Data* Early Human Development 154:105283.

76. Bernardo J, Rent S, Arias-Shah A, Hoge MK, **Shaw RJ.** (2021). *Parental Stress and Mental Health Symptoms in the NICU: Recognition and Interventions.* NeoReviews 22 (8): e496-e505.

77. Cawkwell PB, Mayor ID, **Shaw RJ.** (2021). *Catatonia in a 6-year-old Patient Following Disseminated Group A Streptococcus Infection.* Innovations in Clinical Neuroscience, 18 (1-3): 17-20

78. Brahmbhatt K, Mournet AM, Malas N, DeSouza C, Greenblatt J, Afzal K, Giles LL, Charoensook J, Feuer V, Raza H, Mooneyham GC, Pergjika A, Schlesinger A, Chapman A, Strain A, Gandhi B, Johnson K, Mroczkowski MM, Ibeziako P, Graham R, Yoon,Y, Plioplys S, Fuchs C, **Shaw RJ**, Pao M (2021). *Adaptations made to pediatric consultation-liaison psychiatry service delivery during the early months of the COVID-19 pandemic: a North American multisite Ssurvey.* Journal of the Academy of Consultation-Liaison Psychiatry, 62 (5): 511-521

79. Meadows AL, Brahmbhatt K, **Shaw RJ**, Lee J. Malas N, Fuchs DC, Kurtz BP, Mooneyham G, Gangopadhyay M, Plioplys S, Pao M 2022). *Training needs assessment survey in pediatric consultation-liaison psychiatry.* Academic Psychiatry, DOI: 10.1007/s40596-022-01587-3

80. Schneider LM, Wong JJ, Adams R, Bates B, Chen S, Ceresnak SR, Danovsky M, Hanisch D, Motonaga KS, Restrepo M, **Shaw RJ**, Sears SF, Trela A, Dubin AM, Hood KK 2022. *Post-traumatic stress disorder in pediatric implantable cardioverter defibrillator patients and their parents.* Heart Rhythm, DOI: 0.1016/j.hrthm.2022.06.025

**Book Chapters:**

1. Thienemann M, **Shaw RJ**. (1996). Psychotic disorders in adolescence.  In: Steiner H (Ed.), *Treating Adolescents.*  Jossey-Bass: San Francisco, pp. 309-344.
2. **Shaw RJ**, Feldman SS. (1997).  General principles and treatment.  In: Steiner H (Ed.), *Treating Preschool Age Children.*  Jossey Bass: San Francisco, pp. 1-26.
3. **Shaw RJ**, Benham A. (1997).  Disorders of attachment.  In: Steiner H (Ed.), *Treating Preschool Age Children.*  Jossey Bass: San Francisco, pp. 113-136.
4. **Shaw RJ**, Feldman SS. (1997).  Developmental considerations in the treatment of the school age child.  In: Steiner H (Ed.), *Treating School Age Children.*  Jossey Bass: San Francisco, pp. 1-31.
5. Steiner H, **Shaw RJ**. (2000). Psychiatric assessment and management of the medically ill child and adolescent. In: Stoudemire A, Fogel B, Greenberg D (Eds), *Psychiatric care of the medical patient.*  Oxford University Press: Oxford, pp. 1097-1110.
6. **Shaw RJ**, Palmer L. (2004).  Consultation in the Medical Setting: A Model to Enhance Treatment Adherence. In: *The Stanford University School of Medicine Handbook of Psychiatric Treatment of Children and Adolescents: Treatment from a Developmental Perspective.* Steiner H (Senior Ed.). Chang K, Lock J, Wilson J (Section Eds.), Jossey-Bass: San Francisco, pp.917-941.
7. Golianu B, Bhandari R, **Shaw RJ**, Brose WG, Gaeta R, Spiegel D. (2008). Neuropsychiatric aspects of pain management. In: *The American Psychiatric Publishing Textbook of Neuropsychiatry and Clinical Neurosciences, Fifth Edition.* Yudofsky SC, Hales RE (Eds), American Psychiatric Publishing Inc: Washington DC, pp. 365-404
8. Steiner H, Karnik NK, Plattner B, Silverman M, **Shaw RJ** (2008).  New approaches to juvenile delinquency: neuroscience and developmental psychiatry. In: *Jugenddelinquenz.* Steinhausen HC, Bessler (Eds), Kohlhammer: Stuttgart, Germany, pp. 13-26.
9. **Shaw RJ**, Bassols AMS, Berlowitz M, Bowden M, Eapen V, Frank R, Gao H, Kamaraju Y, Mardini V, Omigbodun OO, Schieveld JMN. (2010). Pediatric Psychosomatic Medicine. In: *Textbook of Pediatric Psychosomatic Medicine.*  Shaw RJ, DeMaso DR (Eds).  American Psychiatric Publishing, Inc: Washington DC, pp. 3-21.
10. Goldman S, **Shaw RJ**, DeMaso DR. (2010).  Pediatric Psychosomatic Medicine Assessment. In: *Textbook of Pediatric Psychosomatic Medicine.*  Shaw RJ, DeMaso DR (Eds).  American Psychiatric Publishing, Inc: Washington DC, pp. 33-46.

11. Ibeziako P, Bourne R, **Shaw RJ**, DeMaso DR. (2010).  Somatoform Disorders. In: *Textbook of Pediatric Psychosomatic Medicine.*  Shaw RJ, DeMaso DR (Eds). American Psychiatric Publishing, Inc: Washington DC, pp. 47-62

12. **Shaw RJ**, Spratt E, Bernard R, DeMaso DR. (2010).  Somatoform Disorders. In: *Textbook of Pediatric Psychosomatic Medicine.*  Shaw RJ, DeMaso DR (Eds). American Psychiatric Publishing, Inc: Washington DC, pp. 121-140.

13. Bernard R, Fisher M, **Shaw RJ.** (2010). Pediatric Organ Transplantation.  In: *Textbook of Pediatric Psychosomatic Medicine.*  Shaw RJ, DeMaso DR (Eds).  American Psychiatric Publishing, Inc: Washington DC, 329-342.

14. **Shaw RJ**, Gosselin GJ, Guild D, Set S, Gonzalez-Heydrich J**,** DeMaso DR. (2010). Psychopharmacologic Approaches. In: *Textbook of Pediatric Psychosomatic Medicine.* Shaw RJ, DeMaso DR (Eds).  American Psychiatric Publishing, Inc: Washington DC, pp. 449-474.

15. Goldsmith M, Ortiz-Rubio P, Staveski S, Chan M, **Shaw RJ.** (2011). Delirium. In: *Textbook of Interdisciplinary Pediatric Palliative Care, 1st Edition.*  Wolfe J, Hinds P, Sourkes B. (Eds). Elsevier Saunders: Philadelphia, pp. 251-265.

16. Ibeziako P, Shaw RJ, DeMaso DR. (2011).  Psychosomatic Illness.  In: *Nelson Textbook of Pediatrics, 19th Edition.*  Kliegman RM, Stanton BMD, St. Geme J, Schor N, Behrman RE (Eds).  Elsevier Saunders: Philadelphia, PA, pp. 67-70.

17. **Shaw RJ**, Bernard R, DeMaso DR. (2011).  Somatoform Disorders. In: *Handbook of Child and Adolescent Psychiatry.* Steiner H (Ed). World Scientific Press: Singapore, pp. 397-430.

18. Froehlich WM, Ularntinon S, **Shaw RJ.** (2011). Eating Issues in the Context of the Physically Ill Child. In: The Oxford Handbook of Child and Adolescent Eating Disorders: Developmental Perspectives. Lock J. (ed), Oxford University Press: Oxford.

19. **Shaw RJ**, Frank R. (2013). Consultation-liaison. In: *Textbook of Child and Adolescent Psychiatry.* Lehmkuhl G, Poustka F, Steiner H (Eds), Hogrefe: Göttingen, pp. 1366-1395.

20. Patel S, **Shaw RJ,** Frank R. (2013). Somatoform disorders. In: *Textbook of Child and Adolescent Psychiatry.* Lehmkuhl G, Poustka F, Steiner H (Eds), Hogrefe: Göttingen, pp. 917-943.

21. Voll RE, Krumm B, Cregger B, **Shaw RJ**. (2013). Psychiatric Disorders Accompanying Chronic Illness. In: *Textbook of Child and Adolescent Psychiatry.* Lehmkuhl G, Poustka F, Steiner H (Eds), Hogrefe: Göttingen, pp. 1232-1267.

22. Brahmbhatt K, Thienemann M, **Shaw RJ.** (2015). Schizophrenia and Psychotic Disorders, In: eds. *Treating Adolescents 2nd Edition.* Steiner H, Hall R (Eds). John Wiley & Sons, Hoboken, NJ, 369-402.

23. Crawford JL, Wortzel JR, Goldsmith M, **Shaw RJ**. (2017). Pediatric Delirium. In: *Complex Disorders in Pediatric Psychiatry: A Clinician's Guide.* Driver DI, Thomas SS, (Eds), Elsevier Saunders: Philadelphia, pp. 135-154.

24. **Shaw RJ**, Moreyra A, Dowtin LL, Horwitz SM. (2020). Psychological Adjustment in Mother of Preterm Infants. In: *Treatment of Psychological Distress in Parents of Premature Infants: PTSD in the NICU.* Shaw RJ, Horwitz SM (Eds). American Psychiatric Association Publishing, Inc: Washington DC, pp. 67-92

25. Scala M, Givrad S, **Shaw RJ**. (2020). Psychological Interventions in the NICU. In: *Treatment of Psychological Distress in Parents of Premature Infants: PTSD in the NICU.* Shaw RJ, Horwitz SM (Eds). American Psychiatric Association Publishing, Inc: Washington DC, pp. 127-182

26. Lilo E, Borkovi TC, Moreyra A, Horwitz SM, **Shaw RJ**. (2020). Individual Trauma-Based Intervention for Mothers of Premature Infants. In: *Treatment of Psychological*

*Distress in Parents of Premature Infants: PTSD in the NICU*. Shaw RJ, Horwitz SM (Eds). American Psychiatric Association Publishing, Inc: Washington DC, pp. 183-146

27. Moreyra A, Seeman S, Wharton E, Borkovi TC, **Shaw RJ**. (2020). Group-Based Trauma Intervention for Mothers of Premature Infants. In: *Treatment of Psychological Distress in Parents of Premature Infants: PTSD in the NICU*. Shaw RJ, Horwitz SM (Eds). American Psychiatric Association Publishing, Inc: Washington DC, pp. 247-276

28. Hoge MK, Dowtin LL,Schechter DS, **Shaw RJ**. (2020). Vulnerable Child Syndrome. In: *Treatment of Psychological Distress in Parents of Premature Infants: PTSD in the NICU*. Shaw RJ, Horwitz SM (Eds). American Psychiatric Association Publishing, Inc: Washington DC, pp. 183-146

**Book Reviews:**

1. Shaw RJ (2005). *Exploring Feeding Difficulties in Children: The Generosity of Acceptance, Volume 1*. Williams G, Williams P, Desmarais J, Ravenscroft K (Eds). Karnac: London, 2004.

**Books:**

1. **Shaw RJ**, DeMaso DR (2006): *Clinical Manual of Pediatric Psychosomatic Medicine: Consultation with Physically Ill Children and Adolescents.* American Psychiatric Publishing, Inc: Washington DC.

2. **Shaw RJ**, DeMaso DR (2009): *Clinical Manual of Pediatric Psychosomatic Medicine: Consultation with Physically Ill Children and Adolescents.* [Chinese Edition], American Psychiatric Publishing, Inc: Washington DC.

3. **Shaw RJ**, DeMaso DR (2010): *Clinical Manual of Pediatric Psychosomatic Medicine: Consultation with Physically Ill Children and Adolescents.* [Spanish Edition], American Psychiatric Publishing, Inc: Washington DC.

4. **Shaw RJ,** DeMaso DR (Eds) (2010): *Textbook of Pediatric Psychosomatic Medicine.* American Psychiatric Publishing, Inc: Washington DC.

5. **Shaw RJ,** DeMaso (2019): *Clinical Manual of Pediatric Consultation-Liaison Psychiatry, Second Edition.* American Psychiatric Publishing, Inc: Washington DC.

6. **Shaw RJ**, Horwitz SM (Eds) (2020): *Treatment of Psychological Distress in Parents of Premature Infants: PTSD in the NICU.* American Psychiatric Association Publishing, Inc: Washington DC.

**Reports to Government Agencies:**

1. California Department of Corrections and Rehabilitation, Division of Juvenile Justice. *Integrated Treatment Delivery of Care System, Health Care Services, Mental Health, Remedial Plan, 2005.*

2. California Department of Corrections and Rehabilitation.  California Sex Offender Management Task Force.  *Making California Communities Safer: Evidence-Based Strategies for Effective Sex Offender Management, 2007.*