# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 20-9582-JFW(Ex)**                                     Date:  August 2, 2022
[CV 20-10844 JFW(Ex)]

Title:   Vanessa Bryant -v- County of Los Angeles, et al.
Christopher L. Chester -v- County of Los Angeles, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly                                    None Present
Courtroom Deputy                            Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                    None

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**

On August 1, 2022, Third Party Witness Brian Jordan ("Jordan") filed an Ex Parte Application for Leave to File Motion under Seal and to Shorten Time For Hearing on the Motion for a Protective Order (Docket No. 352) ("Ex Parte Application").

The unopposed Ex Parte Application is granted.  Third Party Witness Jordan shall file his Motion for Protective Order ("Motion") on August 2, 2022.  Any Oppositions to the Motion shall be filed on August 3, 2022,

The Court will determine if a hearing is necessary after reviewing the papers.

IT IS SO ORDERED.