LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff
VANESSA BRYANT

[*Additional counsel continued on next page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>   Defendants. | Case No. 2:20-cv-09582-JFW-E (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**REVISED JOINT STATEMENT OF THE CASE**<br><br>Assigned to the Hon. John F. Walter |

| | | |
|---|---|---|
| 1 | CHRISTOPHER L. CHESTER, | Trial Date: August 10, 2022 |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | | |
| 5 | COUNTY OF LOS ANGELES, et al., | |
| 6 | Defendants. | |

[*Additional counsel, continued from previous page*]

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone:  (310) 726-4199
Facsimile:   (310) 414-0486

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER


MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
LOUIS R. MILLER (State Bar No. 54141)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN and TONY IMBRENDA

[*Additional counsel continued on next page*]

1  [*Additional counsel, continued from previous page*]

2  JONATHAN C. McCAVERTY (State Bar No. 210922)
3  *Principal Deputy County Counsel*
   jmccaverty@counsel.lacounty.gov
4  OFFICE OF THE COUNTY COUNSEL
   General Litigation Division
5  500 West Temple Street, Suite 468
   Los Angeles, California 90012
6  Telephone:  (213) 974-1828
7  Facsimile:  (213) 626-7446

8  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

552226.3

3

REVISED JOINT STATEMENT OF THE CASE

| | |
|---|---|
| 1 | Pursuant to the Court's Minute Order, entered in this case on August 1, 2022 |
| 2 | (Dkt. 350), Plaintiffs Vanessa Bryant and Christopher Chester, and Defendants |
| 3 | County of Los Angeles, Los Angeles County Sheriff's Department, and Los |
| 4 | Angeles County Fire Department hereby submit the following revised joint |
| 5 | statement of the case to be read to the jury prior to the commencement of voir dire: |

## STATEMENT OF THE CASE

On the morning of Sunday, January 26, 2020, Plaintiff Vanessa Bryant's husband, Kobe Bryant, and thirteen-year-old-daughter, Gianna Bryant, and Plaintiff Christopher Chester's wife, Sarah Chester, and thirteen-year-old daughter, Payton Chester, were flying by helicopter to Thousand Oaks, California, where Gianna Bryant and Payton Chester were set to play in a youth basketball tournament. At approximately 9:45 a.m., the helicopter crashed into a hillside in Calabasas, California, killing everyone onboard. Defendants were not responsible for the crash itself. Employees of the Los Angeles County Sheriff's Department and Los Angeles County Fire Department responded to the crash scene.

In this lawsuit, Plaintiffs Vanessa Bryant and Christopher Chester allege that, following the crash, employees of the Los Angeles County Sheriff's Department and Los Angeles County Fire Department took photos of Plaintiffs' relatives without any legitimate purpose. Plaintiffs further allege that employees of the Sheriff's and Fire Departments sent and displayed photos of Plaintiffs' relatives to other individuals who had no legitimate purpose for seeing or having them, including members of the public. Plaintiffs allege that, as a result of Defendants' conduct, they suffered emotional distress and are entitled to damages.

Defendants contend this case is not about the tragic helicopter crash that killed Plaintiffs' relatives. Defendants contend this case is about first responders who responded to the helicopter crash, worked to control fires, and setup a perimeter to keep media, hikers, bikers and fans from the crash site. Defendants further contend that the first responders took and shared photographs of the crash site as

part of doing their jobs and that none of the crash scene photos taken by County employees were ever publicly disseminated. Defendants assert their actions did not violate any of Plaintiffs' rights or cause them emotional distress; and that Plaintiffs are not entitled to any damages.

DATED: August 3, 2022    WILSON SONSINI GOODRICH & ROSATI, PC

By: /s/ Luis Li
        LUIS LI

Attorneys for Plaintiff
VANESSA BRYANT

DATED: August 3, 2022    JEROME M. JACKSON LAW OFFICES

By: /s/ Jerome M. Jackson
        JEROME M. JACKSON

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

| | | |
|---|---|---|
| DATED: August 3, 2022 | | OFFICE OF COUNTY COUNSEL |

By: /s/ Jonathan C. McCaverty
　　　JONATHAN C. McCAVERTY

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

DATED: August 3, 2022　　　MILLER BARONDESS, LLP

By: /s/ Mira Hashmall
　　　MIRA HASHMALL

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN and TONY IMBRENDA

552226.3

## **FILER ATTESTATION**

I, Mira Hashmall, attest under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: August 3, 2022                                    /s/ Mira Hashmall
                                                                        MIRA HASHMALL