# EXHIBIT 10

Exhibit 10
205

**Mr. Steven H. Haney, Atty.**
**213-228-6505**
7/21/2022

**NEWS RELEASE**

## THE AFTERMATH OF AN ORDER

**PICTURES ORDERED TO BE TAKEN**
A high ranking official in the County of Los Angeles Fire Department ordered my client, Captain Brian Jordan, to "take lots of pictures" of a helicopter crash that had among its passengers, Kobe Bryant and his daughter.  Although no photos were ever made public, Vanessa Bryant (wife of Kobe) and another Plaintiff filed a lawsuit against the Los Angeles County Fire Department and Sheriff's Department and some of the first responders at the scene for taking photos at the scene, as is a common practice for planning and intelligence on any major incident. Neither the fire department or Bryant's counsel have mentioned or attempted to address the fact that pictures were ordered to be taken.

**PROFESSIONAL SILENCE**
Despite the misinformation and inferences in court documents, and the County's purposefully withholding from Plaintiff's counsel that Jordan never texted any photographs to the media, Jordan has so far maintained professional silence out of respect for administrative and legal processes, family, friends, and fans of everyone on the helicopter, and for the well-being for first responders that will likely be affected by this incident for life.

**EXAMPLES OF MISINFORMATION**
Bryant's counsel should be well aware that the person who claimed to be a chief of media relations is not my client.  Even knowing this alleged fact, Plaintiffs' counsel continues to falsely claim my client claimed to be a media relations chief at the crash scene.

**EXAMPLE OF INFERENCE**
Plaintiffs falsely allege my client sent crash photos to members of the media and others.  In December 2021, my client produced a report to the attorney for the County of Los Angeles that identifies the text messages and images sent. The report shows **no crash photos were sent.**  Inexplicably, the county lawyer decided not to use the report, thus allowing plaintiffs to continue to use their false narrative against my client. The fallacy of Plaintiff's argument is that if Jordan had sent photos of the crash scene to the media, those photos would have eventually been made public, which never happened in this case.

XXXXX

Exhibit 10

206