LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants.<br>———————————————<br>CHRISTOPHER L. CHESTER,<br><br>PLAINTIFF,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:20-cv-09582-JFW-E<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**NOTICE OF MOOTNESS OF PORTION OF DEFENDANTS' MIL NO. 1**<br><br>Pretrial Conference: August 5, 2022<br><br>Trial Date: August 10, 2022<br><br>The Honorable John F. Walter |

[*Additional counsel, continued from previous page*]

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

NOTICE OF MOOTNESS OF PORTION OF DEFENDANTS' MIL NO. 1

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT, pursuant to L.R. 7-16, Plaintiffs Vanessa

3  Bryant and Christopher L. Chester ("Plaintiffs") are notifying the Court that they do

4  not intend to call Jennifer Bolden as a witness in the upcoming trial.  A portion of

5  Defendants' Motion in Limine No. 1 seeks to exclude Ms. Bolden's testimony,

6  which Plaintiffs have opposed.  (Dkt. 245.)  In light of Plaintiffs' decision not to call

7  Ms. Bolden, that portion of Defendants' Motion in Limine is now moot.

9  DATED:  August 4, 2022          WILSON SONSINI GOODRICH & ROSATI,
                                   Professional Corporation


                                   By:      /s/ Luis Li
                                              LUIS LI

                                   LUIS LI
                                   Luis.Li@wsgr.com
                                   ERIC TUTTLE
                                   Eric.Tuttle@wsgr.com
                                   633 West Fifth Street, Suite 1550
                                   Los Angeles, California 90071
                                   Telephone: (323) 210-2900
                                   Facsimile: (866) 974-7329

                                   CRAIG JENNINGS LAVOIE
                                   Craig.Lavoie@mto.com
                                   JENNIFER L. BRYANT
                                   Jennifer.Bryant@mto.com
                                   MUNGER, TOLLES & OLSON LLP
                                   350 South Grand Avenue, Fiftieth Floor
                                   Los Angeles, California 90071-3426
                                   Telephone: (213) 683-9100
                                   Facsimile: (213) 687-3702

                                   *Attorneys for Plaintiff Vanessa Bryant*

DATED:  August 4, 2022         JEROME M. JACKSON LAW OFFICES

By: _____/s/ Jerome M. Jackson_____
       JEROME M. JACKSON

JEROME M. JACKSON
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

*Attorneys for Plaintiff Christopher Chester*

## ECF CERTIFICATION

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.