LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-09582-JFW-E<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**PLAINTIFFS' FINAL TRIAL WITNESS LIST**<br><br>Pretrial Conference: August 5, 2022<br><br>Trial Date: August 10, 2022<br><br>The Honorable John F. Walter |
| CHRISTOPHER L. CHESTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | |

1  [*Additional counsel, continued from previous page*]
JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff CHRISTOPHER L. CHESTER

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN, and TONY IMBRENDA

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

-1-
PLAINTIFFS' FINAL TRIAL WITNESS LIST

Pursuant to the Civil Trial Order (Dkt. 280), Plaintiffs Vanessa Bryant and Christopher L. Chester ("Plaintiffs") submit the following list of witnesses Plaintiffs anticipate calling at trial in the order Plaintiffs anticipate calling them, exclusive of witnesses that Plaintiffs may call for purposes of rebuttal or impeachment.

1. Rob Pelinka (In Person)
2. David Katz (In Person)
3. Emily Tauscher (In Person)
4. Victor Gutierrez (In Person)
5. Ralph Mendez, Jr. (In Person)
6. Luella Weireter (In Person)
7. Adam Bercovici (In Person)
8. Doug Johnson (In Person)
9. Kelli Beard (In Person)
10. Brian Jordan (In Person)
11. Raul Versales (In Person)
12. Rafael Mejia (In Person)
13. Joey Cruz (In Person)
14. Michael Russell (In Person)
15. Ben Sanchez (In Person)
16. Scott Miller (In Person)
17. Ruby Cable (In Person)
18. Nicholas Bonelli (In Person)
19. Matthew Vander Horck (In Person)
20. Hector Mancinas (In Person)
21. Jorge Valdez (In Person)
22. William Jaeger (In Person)

| | | |
|---|---|---|
| 1 | 23. | David Freskos (In Person)[1] |
| 2 | 24. | Thomas Pikor (In Person) |
| 3 | 25. | Tony Imbrenda (In Person) |
| 4 | 26. | Erik Scott (In Person) |
| 5 | 27. | Sky Cornell (In Person) |
| 6 | 28. | Arlin Kahan (In Person) |
| 7 | 29. | Anthony Marrone (In Person) |
| 8 | 30. | William McCloud (In Person) |
| 9 | 31. | Jessica Wells (In Person) |
| 10 | 32. | Paul Westhead, Jr. (In Person) |
| 11 | 33. | Chris Chester (In Person) |
| 12 | 34. | Kristin Pelinka (In Person) |
| 13 | 35. | Sharia Washington (In Person) |
| 14 | 36. | Vanessa Bryant (In Person) |

DATED: August 4, 2022

WILSON SONSINI GOODRICH & ROSATI, PC

By: */s/ Luis Li*
 LUIS LI

Attorneys for Plaintiff
VANESSA BRYANT

---

[1] Plaintiffs reserve the right to call Freskos in their rebuttal case instead of in their case-in-chief.

-3-
PLAINTIFFS' FINAL TRIAL WITNESS LIST

| | | |
|---|---|---|
| 1 | DATED: August 5, 2022 | JEROME M. JACKSON LAW OFFICES |

By:     */s/ Jerome M. Jackson*
        JEROME M. JACKSON

JEROME M. JACKSON
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

**FILER ATTESTATION**

I, Luis Li, attest under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: August 4, 2022                               */s/ Luis Li*
                                                                         Luis Li