FINAL JOINT TRIAL WITNESS ESTIMATE FORM

CASE: Bryant v. Cnty. of Los Angeles, Case No. 2:20-cv-09582-JFW-E          TRIAL DATE:  <u>August 10, 2022</u>
          <u>(c/w Chester v. Cnty. of Los Angeles, Case No. 2:20-cv-10844-JFW-E)</u>

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1 | Pelinka, Rob (In Person) | Plaintiffs \| 45 mins. | Defendants \|  30 mins. | *Plaintiffs' description*: Observations on the day of the accident and Mrs. Bryant's emotional distress. *Defendants' description*: Has never seen crash site photos depicting Plaintiff Bryant's relatives; has never been told by Plaintiff Bryant that she has seen crash site photos depicting her relatives, and is not aware of any crash site photo depicting Plaintiff Bryant's relatives that has been publicly disseminated. | |

1

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 2 | Katz, David (In Person) | Plaintiffs \| 45 mins. | Defendants \| 30 mins. | *Plaintiffs' description*: Observations of crash site, conversations with Defendants' employees regarding photos taken, and lack of training. *Defendants' description*: Never received or publicly disseminated crash site photos. | |
| 3 | Tauscher, Emily (In Person) | Plaintiffs \| 60 mins. | Defendants \| 30 mins. | 30(b)(6) witness testimony concerning location and condition of human remains at the crash site, the manner in which Plaintiff's loved ones' remains could be identified, and the absence of a request from the Coroner's Office for photographs from LACFD or LASD. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 4 | Gutierrez, Victor (In Person) | Plaintiffs \| 60 mins. | Defendants \|  15 mins. | *Plaintiffs' description*: Observations of Joey Cruz displaying photos of victims' remains at bar; conversations with Joey Cruz regarding the photos and absence of discipline. *Defendants' description*: Was not sent crash site photos by Deputy Cruz. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 5 | Mendez, Ralph Jr. (In Person) | Plaintiffs \| 60 mins. | Defendants \| 15 mins. | *Plaintiffs' description*: Observations at bar where Joey Cruz displayed photos of victims' remains, submitting complaint to LASD, and interactions with Sheriff's Department following complaint. *Defendants' description*: Never saw or received any crash site photos; and has no personal knowledge of what was in the photos shown by Deputy Cruz to Mr. Gutierrez. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 6 | Weireter, Luella (In Person) | Plaintiffs \| 30 mins. | Defendants \| 15 mins. | *Plaintiffs' description*: Observation of Tony Imbrenda's display of photos of victims' remains at Golden Mike Awards, statements by Defendants' employees, and reactions to display; submitting complaint to Fire Department. *Defendants' description*: Never saw or received any crash site photos; and has no personal knowledge of what was in the photos shown by Firefighter Specialist Tony Imbrenda at the 2020 Golden Mike Awards. | |

| 7 | Bercovici, Adam (In Person) | Plaintiffs \| 150 mins. | Defendants \| 60 mins. | *Plaintiffs' description*: Expert: public safety officers' practices regarding remains photos are well known; no legitimate purpose for deputies to take and share photos of remains; LASD investigation and failure to preserve deviated significantly from investigative standards and compromised confidence in investigation findings.<br><br>*Defendants' description*: Bercovici has never worked for or attended any trainings conducted by the County, LASD, or LACFD; never conducted or participated in a LASD or LACFD internal investigation; has no knowledge of LASD's or LACFD's internal policies; and is not aware of any instances of LASD or LACFD personnel improperly taking or sharing crash scene photos. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 8 | Johnson, Doug (In Person) | Plaintiffs \| 60 mins. | Defendants \| 60 mins. | *Plaintiffs' description*: Observations at the crash site, the taking and sharing of photos of the crash site and victims' bodies, the contents of those photos, cell phone records, experience with human remains, participation in LASD and LAFD investigations, and training received.<br><br>*Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 9 | Beard, Kelli (In Person) | Plaintiffs \| 20 mins. | Defendants \| 10 mins. | *Plaintiffs' description*: Brian Jordan's display and possession of photos of deceased victim remains. *Defendants' description*: Defendants have objected to Ms. Beard testifying at trial.  If allowed to testify, Ms. Beard will say that Mr. Jordan never showed or sent her crash site photos depicting Plaintiffs' relatives, and that the incident wherein she alleges Mr. Jordan showed her photos from a separate, unrelated incident occurred more than 20 years ago. | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 10 | Jordan, Brian (In Person) | Plaintiffs \| 60 mins. | Defendants \| 60 mins. | *Plaintiffs' description*: Observations at the crash site, the taking and sharing of photos at the crash site, the contents of those photos, actions following the day of the crash, cell phone records, experience with human remains, participation in LACFD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; and deleted the crash site photos in January 2020. |  |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 11 | Versales, Raul (In Person) | Plaintiffs \| 45 mins. | Defendants \| 45 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, receipt of photos, content of photos he received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LASD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos he received in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. |  |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 12 | Mejia, Rafael (In Person) | Plaintiffs \| 45 mins. | Defendants \| 45 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, receipt of photos, content of photos he received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LASD investigation, and training received.<br><br>*Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos he received in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. |  |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 13 | Cruz, Joey (In Person) | Plaintiffs \| 60 mins. | Defendants \| 60 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, receipt of photos, content of photos he received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LASD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos he received in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 14 | Russell, Michael (In Person) | Plaintiffs \| 45 mins. | Defendants \| 45 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, receipt of photos, content of photos he received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LASD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos he received in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. |  |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 15 | Sanchez, Ben (In Person) | Plaintiffs \| 45 mins. | Defendants \| 30 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, receipt of photos, content of photos he received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LASD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos he received in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. |  |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 16 | Miller, Scott (In Person) | Plaintiffs \| 30 mins. | Defendants \| 30 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, receipt of photos, content of photos he received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LASD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos he received in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 17 | Cable, Ruby (In Person) | Plaintiffs \| 30 mins. | Defendants \| 30 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, receipt of photos, content of photos she received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LASD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; deleted the crash site photos she received in January 2020; and the deletion of the crash site photos was confirmed by the Internal Affairs Bureau investigation. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 18 | Bonelli, Nicholas (In Person) | Plaintiffs \| 30 mins. | Defendants \| 15 mins. | *Plaintiffs' description*: Communications with representatives of Bryant family and LASD personnel on day of the accident and observations regarding possession and display of photos of human remains from crash site. *Defendants' description*: Never received or publicly disseminated crash site photos. | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 19 | Vander Horck, Matthew (In Person) | Plaintiffs \| 45 mins. | Defendants \| 15 mins. | *Plaintiffs' description*: LASD initial response to citizen complaint, concerns about order to delete photographs, transfer and demotion, and communications with LACFD about firefighter involvement in taking and sharing victim photos.<br><br>*Defendants' description*: Never received or publicly disseminated crash site photos; and that he was not transferred from the Malibu/Lost Hills Station to Men's Central Jail as a result of the response to the January 26, 2020 or expressing concerns about how the crash site photos were being handled by LASD. |  |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 20 | Mancinas, Hector (In Person) | Plaintiffs \| 30 mins. | Defendants \| 30 mins. | *Plaintiffs' description*: Discussions related to the Sheriff's deletion order, actions to carry out the order, steps he took to review and preserve cell phones of LASD personnel, and the issuance of performance log entries. *Defendants' description*: LASD's investigation into the crash site photos; and deputies' deletion of the crash site photos. | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 21 | Valdez, Jorge (In Person) | Plaintiffs \| 30 mins. | Defendants \| 30 mins. | *Plaintiffs' description*: Sheriff's deletion order, collection of surveillance footage from Norwalk bar, investigatory steps taken in response to the citizen complaint, and statements to the Los Angeles Times regarding the citizen complaint and LASD's response.<br><br>*Defendants' description*: Never received or publicly disseminated crash site photos; the Sheriff acted quickly to ensure the crash site photos were never publicly disseminated; and LASD took steps to ensure the investigation into the crash site photos was thorough and complete. |  |

|    | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|----|---|---|---|---|---|
| 22 | Jaeger, William (In Person) | Plaintiffs \| 30 mins. | Defendants \| 60 mins. | *Plaintiffs' description*: LASD's failure adequately to investigate the misconduct and failure to preserve related evidence. *Defendants' description*: The Internal Affairs Bureau investigation and LASD's discipline of its personnel relating to the crash site photos. |  |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 23 | Freskos, David[1] (In Person) | Plaintiffs \| 30 mins. | Defendants \| 30 mins.[2] | *Plaintiffs' description*: Plaintiffs anticipate calling Mr. Freskos in their rebuttal case to respond to and contextualize evidence regarding Defendants' investigation, preservation, and forensic analysis, including testimony by Justin Price. *Defendants' description:* Mr. Freskos will testify that he did not conduct a forensic examination of any electronic devices in this case; that he has no criticisms of the forensic examination conducted by Kroll and Mr. Price; and that he has no knowledge of LASD's or LACFD's internal policies relating to investigations. | |

|    | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|----|--------------|-------------------------------------|----------------------|---------------------------|----------|
| 24 | Pikor, Thomas (In Person) | Plaintiffs \| 45 mins. | Defendants \| 15 mins.[3] | *Plaintiffs' description*: Summary testimony related to County employee cell records and other admitted evidence, including phone and text messaging activity (or the absence thereof); identification of individuals associated with phone numbers. *Defendants' description*: Defendants have objected to Mr. Pikor testifying at trial. | |

---

[1] Plaintiffs reserve the right to call Freskos in their rebuttal case instead of their case-in-chief.

[2] Defendants object to Mr. Freskos testifying as a rebuttal expert.  He was not designated as a rebuttal expert.  Defendants have never been provided with a rebuttal expert report by Mr. Freskos.  And Plaintiffs' Offer of Proof for Mr. Freskos did not identify any rebuttal opinions.

[3] Defendants object to Mr. Pikor testifying at trial.  He is not a percipient witness.  Mr. Pikor was also never disclosed as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2) by Plaintiff.  Plaintiffs have never provided Defendants

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 25 | Imbrenda, Tony (In Person) | Plaintiffs \| 45 mins. | Defendants \| 45 mins. | *Plaintiffs' description*: Actions and observations on the day of the crash, taking and receipt of photos, content of photos he received, actions following the day of the crash, instructions from supervisors, cell phone records, experience with human remains, participation in LACFD investigation, and training received.<br><br>*Defendants' description*: Did not publicly disseminate crash site photos. |  |

---

with a report for Mr. Pikor; nor have they disclosed his sources, methodology, or qualifications.  Mr. Pikor's testimony also lacks foundation, is based on unknown sources, and is hearsay not subject to any application exception.

|   | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 26 | Scott, Erik (In Person) | Plaintiffs \| 30 mins. | Defendants \| 15 mins. | *Plaintiffs' description*: Observation of Imbrenda's display of photos of victim remains at Golden Mike Awards. *Defendants' description*: Never received crash site photos or publicly disseminated them. | |
| 27 | Cornell, Sky (In Person) | Plaintiffs \| 30 mins. | Defendants \| 15 mins.[4] | *Plaintiffs' description*: Actions and observations on the day of the crash; LACFD's response to the crash; photos shown to him by Tony Imbrenda at the Golden Mike Awards; and participation in LACFD's investigation. *Defendants' description*: Never received crash site photos or publicly disseminated them. | |

---

[4] Defendants object to Plaintiffs calling Mr. Cornell as a witness. Defendants did not list Mr. Cornell on their witness list. (*See* Dkt. 233.)

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 28 | Kahan, Arlin (In Person) | Plaintiffs \| 30 mins. | Defendants \| 30 mins. | *Plaintiffs' description*: Observations at the crash site, the taking and sharing of photos at the, the contents of those photos, actions following the day of the crash, cell phone records, experience with human remains, participation in LACFD investigation, and training received. *Defendants' description*: Never publicly disseminated crash site photos; and deleted the crash site photos in January 2020. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 29 | Marrone, Anthony (In Person) | Plaintiffs \| 45 mins. | Defendants \| 45 mins. | *Plaintiffs' description*: 30(b)(6) testimony regarding LACFD response to the crash site and instructions provided to LACFD personnel regarding photos; personal activities and observations at crash site and responsibilities of his direct reports. | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 30 | McCloud, William (In Person) | Plaintiffs \| 90 mins. | Defendants \| 45 mins. | *Plaintiffs' description*: 30(b)(6) testimony regarding LACFD policies or training at the time of the crash related to photography of human remains; the facts, circumstances, and findings of LACFD's internal investigation; and the extent to which LACFD personnel received discipline; description of the human remains depicted on photographs taken, obtained, and shared by Jordan, Imbrenda, and Kahan; the impact which the actions of Imbrenda, Jordan and Kahan had on the families of the decedents. |  |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 31 | Wells, Jessica (In Person) | Plaintiffs \| 20 mins. | Defendants \| 10 mins. | *Plaintiffs' description*: Observation and discussion of crash site photos displayed at bar in Orange County. *Defendants' description*: Defendants have objected to Ms. Wells testifying at trial. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 32 | Westhead, Paul Jr. (In Person) | Plaintiffs | 50 mins. | Defendants | 15 mins. | *Plaintiffs' description*: Background of his relationship with Plaintiff Chester, experiences on day of crash, Plaintiff Chester's efforts to preserve privacy of his family after crash, emotional distress suffered by Chester as a result of Defendant's actions. *Defendants' description*: Has never seen crash site photos depicting Plaintiff Chester's relatives; has never been told by Plaintiff Chester that he has seen crash site photos depicting his relatives, and is not aware of any crash site photo depicting Plaintiff Chester's relatives that has been publicly disseminated. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 33 | Chester, Chris (In Person) | Plaintiffs \| 90 mins. | Defendants \| 60 mins. | *Plaintiffs' description*: Background on Chester family members, experiences on day of crash, discussions with LASD about security and privacy of crash site; efforts to preserve the privacy of his family and the dignity of his deceased wife and daughter; emotional distress suffered as a result of Defendants' actions. <br><br> *Defendants' description*: Has never seen crash site photos depicting her relatives that he can trace to the County, LASD, or LACFD; no evidence crash site photos were publicly disseminated by Defendants; and is not aware of any crash site photo depicting his relatives being published by the media or made available online. | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 34 | Pelinka, Kristin (In Person) | Plaintiffs \| 30 mins. | Defendants \| 15 mins. | *Plaintiffs' description*: Mrs. Bryant's emotional distress. *Defendants' description*: Has never seen crash site photos depicting Plaintiff Bryant's relatives; has never been told by Plaintiff Bryant that she has seen crash site photos depicting her relatives, and is not aware of any crash site photo depicting Plaintiff Bryant's relatives that has been publicly disseminated. |  |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 35 | Washington, Sharia<br><br>(In Person) | Plaintiffs \| 30 mins | Defendants \| 15 mins. | *Plaintiffs' description*: Mrs. Bryant's emotional distress.<br><br>*Defendants' description*: Has never seen crash site photos depicting Plaintiff Bryant's relatives; has never been told by Plaintiff Bryant that she has seen crash site photos depicting her relatives, and is not aware of any crash site photo depicting Plaintiff Bryant's relatives that has been publicly disseminated. | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 36 | Bryant, Vanessa (In Person) | Plaintiffs \| 90 mins. | Defendants \| 90 mins. | *Plaintiffs' description*: Background regarding Bryant family members, experiences on the day of the crash, discussion with LASD about photography of crash site, emotional distress suffered as a result of Defendants' actions. *Defendants' description*: Has never seen crash site photos depicting her relatives that she can trace to the County, LASD, or LACFD; no evidence crash site photos were publicly disseminated by Defendants; and is not aware of any crash site photo depicting her relatives being publicly disseminated. |  |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 37 | Villanueva, Alex (In Person) | Defendants | 60 mins. | Plaintiffs | 30 mins. | Conversations with Plaintiffs on the day of the crash; his response to the citizen report; his comments to the media; LASD's investigation; and LASD's policies and procedures. | |
| 38 | McGuire, Kristina (In Person) | Defendants | 45 mins. | Plaintiffs | 20 mins. | Lead investigator from the Coroner's Office responsible for the crash; condition and location of the scene on January 26, 2020; and the removal of the victims' remains. | |
| 39 | Diez, Justin (In Person) | Defendants | 30 mins. | Plaintiffs | 15 mins. | LASD's response to the crash; never received or publicly disseminated crash site photos; and LASD's investigation into the crash site photos. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 40 | Jauregui, Chris (In Person) | Defendants \| 30 mins. | Plaintiffs \| 15 mins. | LASD's response to the crash; his receipt of crash site photos while working at the Command Post; his deletion of the crash site photos in January 2020; LASD's investigation into the crash site photos; deletion of the crash site photos confirmed by the Internal Affairs Bureau; and never publicly disseminated crash site photos. | |
| 41 | Kelly, Travis (In Person) | Defendants \| 30 mins. | Plaintiffs \| 15 mins. | LASD's response to the crash; his receipt of crash site photos while working at the Command Post; his deletion of the crash site photos in January 2020; LASD's investigation into the crash site photos; deletion of the crash site photos confirmed by the Internal Affairs Bureau; and never publicly disseminated crash site photos. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 42 | Kneer, Dennis (In Person) | Defendants \| 30 mins. | Plaintiffs \| 20 mins. | LASD's investigation into the crash site photos. | |
| 43 | Reed, Christopher (In Person) | Defendants \| 15 mins. | Plaintiffs \| 10 mins. | LASD's investigation into the crash site photos. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 44 | Boese, Robert (In Person) | Defendants \| 30 mins. | Plaintiffs \| 15 mins.[5] | Sergeant Boese will testify about LASD's social media training and policies, including the extent to which LASD personnel have posted photos to its social medial accounts of victims; and whether photos from the January 26, 2020 crash depicting Plaintiffs' relatives were posted to LASD's social media accounts. These topics were covered during Sergeant Boese's deposition as LASD's 30(b)(6) witness. | |
| 45 | Flores, Mark (In Person) | Defendants \| 60 mins. | Plaintiffs \| 30 mins. | LASD's policies and trainings. | |

[5] Plaintiffs object to Defendants calling Boese as a witness. Defendants never disclosed Boese under Rule 26(a). Defendants designated Boese on a 30(b)(6) topic, and Plaintiffs deposed him solely in that capacity, having no notice that he was percipient witness.

|    | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|----|--------------|-------------------------------------|-----------------------|--------------------------|----------|
| 46 | Johnson, Scott (In Person) | Defendants \| 30 mins. | Plaintiffs \| 15 mins.[6] | LASD's litigation hold and preservation. Commander Johnson submitted a declaration on these topics in opposition to Plaintiffs' motion for spoliation sanctions.  (*See* Dkt. 151-56.) | |
| 47 | Smith, Andrew (In Person) | Defendants \| 60 mins. | Plaintiffs \| 20 mins. | LACFD's response to the crash; his actions following the day of the crash; instructions he received from supervisors and what he observed; training he received; and LACFD's investigation. | |
| 48 | Kim, Julia (In Person) | Defendants \| 30 mins. | Plaintiffs \| 15 mins. | LACFD's litigation hold and preservation. | |

------

[6] Plaintiffs object to Defendants calling Scott Johnson as a witness. Defendants never disclosed Scott Johnson under Rule 26(a), and Plaintiffs never deposed him, having no notice that he was percipient witness.

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 49 | Price, Justin (In Person) | Defendants \| 30 mins. | Plaintiffs \| 20 mins. | Kroll's neutral forensic examination of LASD and LACFD devices. | |
| 50 | Cohen, Marc (In Person) | Defendants \| 60 mins. | Plaintiffs \| 60 mins. | Mrs. Bryant's and Mr. Chester's emotional distress. | |
| 51 | Breshears, Dennis (In Person) | Defendants \| 30 mins. | Plaintiffs \| 15 mins. | LACFD's response to the crash; his actions following the day of the crash; instructions he received from supervisors and what he observed; training he received; and LACFD's investigation. | |
| 52 | Shaw, Richard (In Person)[7] | Plaintiffs \| 60 mins. | Defendants \| 60 mins | Plaintiffs anticipate calling Dr. Shaw in their rebuttal case to rebut the opinions of Dr. Cohen. | |

---

[7] Plaintiffs reserve the right to call additional rebuttal witnesses depending on Defendants' case.