JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1828
Facsimile: (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN, and TONY IMBRENDA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br>Consolidated with 2:20-cv-10844-JFW-E)<br><br>**DEFENDANTS' FINAL TRIAL WITNESS LIST**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

572712.3

1
2
3
4
5
6
7

CHRISTOPHER L. CHESTER,

      PLAINTIFF,

  vs.

COUNTY OF LOS ANGELES, et al.,

      Defendants.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

572712.3

2

DEFENDANTS' FINAL TRIAL WITNESS LIST

Pursuant to the Court's Civil Trial Order (Dkt. 280) and its Order at the July 26, 2022 pretrial conference, Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department hereby submit the following final trial witness list.

Plaintiffs have identified the following witnesses that they plan to call to testify at trial in their case-in-chief:

1. Rob Pelinka (In Person)
2. LASD Reserve Deputy David Katz (In Person)
3. DMEC Emily Tauscher (In Person)
4. Victor Gutierrez (In Person)
5. Ralph Mendez, Jr. (In Person)
6. Luella Weireter (In Person)
7. Adam Bercovici (In Person)
8. LASD Deputy Doug Johnson (In Person)
9. Kelli Beard (In Person)[1]
10. LACFD Former Captain Brian Jordan (In Person)
11. LASD Deputy Raul Versales (In Person)
12. LASD Deputy Rafael Mejia (In Person)
13. LASD Deputy Joey Cruz (In Person)
14. LASD Deputy Michael Russell (In Person)
15. LASD Deputy Ben Sanchez (In Person)
16. LASD Detective Scott Miller (In Person)
17. LASD Deputy Ruby Cable (In Person)
18. LASD Deputy Nicholas Bonelli (In Person)
19. LASD Captain Matthew Vander Horck (In Person)
20. LASD Lieutenant Hector Mancinas (In Person)

---

[1] Defendants have objected to Ms. Beard testifying.

21. LASD Commander Jorge Valdez (In Person)
22. LASD Commander William Jaeger (In Person)
23. David Freskos (In Person)
24. Thomas Pikor (In Person)[2]
25. LACFD Firefighter Specialist Tony Imbrenda (In Person)
26. LAFD Fire Captain Erik Scott (In Person)
27. LACFD Captain Sky Cornell (In Person)[3]
28. LACFD Fire Captain Arlin Kahan (In Person)
29. LACFD Acting Fire Chief Anthony Marrone (In Person)
30. LACFD Deputy Fire Chief William McCloud (In Person)
31. Jessica Wells (In Person)[4]
32. Paul Westhead, Jr. (In Person)
33. Plaintiff Christopher Chester (In Person)
34. Kristin Pelinka (In Person)
35. Sharia Washington (In Person)
36. Plaintiff Vanessa Bryant (In Person)

Defendants will conduct their examination of the above witnesses at the time Plaintiffs call them in their case-in-chief. If Plaintiffs choose not to call any of the County witnesses listed above, Defendants reserve the right to call them in their case-in-chief.

In addition to the witnesses listed above, Defendants expect to call the

---

[2] Defendants object to Mr. Pikor testifying at trial. He is not a percipient witness. Mr. Pikor was also never disclosed as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2) by Plaintiff.

[3] Defendants object to Plaintiffs calling Mr. Cornel to testify in their case since he was not identified on their witness list. (*See* Dkt. 233.)

[4] Defendants have filed a motion to exclude Ms. Wells from testifying at trial. (*See* Dkt. 245.)

following witnesses to testify at trial in the following order:

1. LASD Sheriff Alex Villanueva
2. DMEC Kristina McGuire
3. LASD Captain Justin Diez
4. LASD Deputy Chris Jauregui
5. LASD Sergeant Travis Kelly
6. LASD Chief Dennis Kneer
7. LASD Commander Christopher Reed
8. LASD Captain William Jaeger
9. LASD Sergeant Robert Boese
10. LASD Captain Mark Flores
11. LASD Commander Scott Johnson
12. LACFD Battalion Chief Andrew Smith
13. LACFD Risk Manager Julia Kim
14. Justin Price, Kroll
15. Dr. Marc Cohen
16. LACFD Deputy Fire Chief Dennis Breshears

DATED: August 5, 2022

Respectfully Submitted,

MILLER BARONDESS, LLP

By:    */s/ Mira Hashmall*
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL RAUL VERSALES, ARLIN KAHAN, and TONY IMBRENDA

572712.3

5

DEFENDANTS' FINAL TRIAL WITNESS LIST