# Exhibit C

Exhibit C
Page 26

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1828
Facsimile:   (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

[Additional counsel listed on following page.]

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER L. CHESTER; R.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER; and H.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER,<br><br>           Plaintiffs,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity; JOEY CRUZ, an individual; RAFAEL MEJIA, an individual; MICHAEL RUSSELL, an individual; RAUL VERSALES, an individual; ARLIN KAHAN, an individual; BRIAN JORDAN, an individual; and TONY IMBRENDA, an individual,<br><br>           Defendants. | **CASE NO. 2:20-cv-10844-JFW-E**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER L. CHESTER'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick |

516554.3

Case No. 2:20-cv-10844-JFW-E
DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER L. CHESTER'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Exhibit C
Page 27

1  [Additional counsel, continued from previous page:]

2

3  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com

4  MIRA HASHMALL (State Bar No. 216842)
   mhashmall@millerbarondess.com

5  EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
   esanchirico@millerbarondess.com

6  MILLER BARONDESS, LLP

7  1999 Avenue of the Stars, Suite 1000
   Los Angeles, California 90067

8  Telephone:   (310) 552-4400
   Facsimile:    (310) 552-8400

9

10 Attorneys for Defendants
   COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE

11 DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL
   VERSALES, TONY IMBRENDA, and ARLIN KAHAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER L. CHESTER'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Exhibit C
Page 28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

PROPOUNDING PARTY:     PLAINTIFF CHRISTOPHER CHESTER

RESPONDING PARTY:     DEFENDANT COUNTY OF LOS ANGELES

NO.:     ONE (1)


     Defendant County of Los Angeles ("Responding Party" or "Defendant")
hereby responds and objects to the First Set of Requests for Production of
Documents ("Requests") propounded by Plaintiff ("Propounding Party" or
"Plaintiff") as set forth below.

## PRELIMINARY STATEMENT

     This Preliminary Statement applies to all responses that Responding Party
may hereafter make to the Requests.  Responding Party's responses are made
without waiving, or intending to waive, but on the contrary, expressly reserving:
(1) the right to object on any and all proper grounds to the use of these responses in
any other action; (2) the right to object on any and all proper grounds to the
admissibility of these responses; (3) the right to object on any and all proper grounds
to any other discovery procedure involving or relating to the subject matter of the
Requests; and (4) the right at any time to revise, correct, add to, or clarify any of
these responses.

     Responding Party has made an effort to respond to the Requests, to the extent
they call for information that is not otherwise privileged or objectionable, as
Responding Party understands and interprets them.  If Propounding Party
subsequently asserts a different interpretation, Responding Party reserves the right
to supplement Responding Party's responses.

     Responding Party's responses to these Requests are based upon facts
presently known to Responding Party.  Responding Party's investigation and
discovery, including the review of Responding Party's own files, are continuing and
Responding Party may subsequently learn additional facts and uncover additional
documents in Responding Party's possession.  Responding Party reserves the right

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

516554.3     3     Case No. 2:20-cv-10844-JFW-E
DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER L. CHESTER'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Exhibit C
Page 29

1  to rely upon all such evidence as may become available during the course of

2  discovery and trial preparation and to use the same at trial or otherwise in this

3  action.  However, Responding Party undertakes no duty to supplement Responding

4  Party's responses beyond the requirements in the Federal Rules of Civil Procedure.

5  <u>**GENERAL OBJECTIONS**</u>

6       The following General Objections apply to the Requests, and are incorporated

7  by reference into each and every response hereinafter stated as if set forth in full

8  therein.

9       A.       Responding Party objects to the Requests on the grounds, and to the

10  extent, that they seek information that is equally available to Propounding Party or is

11  in the public record, because such requests are unduly burdensome and oppressive

12  and cause Responding Party unnecessary burden and expense.

13      B.       Responding Party objects to the Requests on the grounds, and to the

14  extent, that they seek information that is neither relevant to the subject matter of the

15  pending proceedings nor reasonably calculated to lead to the discovery of

16  admissible evidence.

17      C.       Responding Party objects to the Requests on the grounds, and to the

18  extent, that they are designed to cause undue annoyance, harassment or oppression.

19      These responses are submitted subject to, and without waiving or intending to

20  waive, the Preliminary Statement and General Objections set forth herein.

21  <u>**REQUEST FOR PRODUCTION NO. 1:**</u>

22      Each and every "County of Los Angeles, Department of Coroner,

23  Investigator's Narrative" relating to Sarah and Payton Chester.

24  <u>**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**</u>

25      Responding Party incorporates its Preliminary Statement and General

26  Objections set forth above as if they were set forth in full herein.  Responding Party

27  objects to this Request on the ground that it seeks information that is not relevant to

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**Exhibit C
Page 30**

1  this litigation.  Responding Party objects to this request because "relating to" is
2  vague and ambiguous.

3        Subject to, and without waiving the foregoing objections, Responding Party
4  responds as follows:

5        Responding Party  has already produced the Autopsy Reports for Sarah and
6  Payton Chester prepared by the Department of Medical Examiner-Coroner, which
7  contain the Investigator's Narrative.

8  **REQUEST FOR PRODUCTION NO. 2:**

9        Each and every document prepared by, or on behalf of, the Los Angeles
10 County Medical Examiner which describes the site of the helicopter crash on
11 January 26, 2020.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

13       Responding Party incorporates its Preliminary Statement and General
14 Objections set forth above as if they were set forth in full herein.  Responding Party
15 objects to this request to the extent that it calls for documents protected by the
16 attorney-client privilege, work product, or any other applicable privilege.
17 Responding Party objects to this Request on the ground that it seeks information that
18 is not relevant to this litigation.  Responding Party further objects to this request
19 because it is overbroad and not tailored to the issues in this litigation.

20       Subject to and without waiving the foregoing objections, Responding Party
21 responds as follows:

22       Responding Party has already produced the Autopsy Reports for Sarah and
23 Payton Chester prepared by the Department of Medical Examiner-Coroner.
24 Responding Party will conduct a diligent search to determine whether any other
25 responsive, non-privileged documents exist in response to this request.  To the
26 extent there are any relevant, non-privileged documents that have not already been
27 produced, Responding Party will produce them within 45 days.

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

516554.3                                    5                          Case No. 2:20-cv-10844-JFW-E
DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER L. CHESTER'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Exhibit C
Page 31

**REQUEST FOR PRODUCTION NO. 3:**

Each and every document prepared by, or on behalf of, the Los Angeles County Medical Examiner, which describes the location, condition and appearance of the remains, body parts and internal organs identified as those of Sarah and Payton Chester at the site of the helicopter crash.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Responding Party incorporates its Preliminary Statement and General Objections set forth above as if they were set forth in full herein.  Responding Party objects to this request to the extent that it calls for documents protected by the attorney-client privilege, work product, or any other applicable privilege. Responding Party objects to this Request on the ground that it seeks information that is not relevant to this litigation.  Responding Party further objects to this request because it is overbroad and not tailored to the issues in this litigation.

Subject to and without waiving the foregoing objections, Responding Party responds as follows:

Responding Party has already produced the Autopsy Reports for Sarah and Payton Chester prepared by the Department of Medical Examiner-Coroner. Responding Party will conduct a diligent search to determine whether any other responsive, non-privileged documents exist in response to this request.  To the extent there are any relevant, non-privileged documents that have not already been produced, Responding Party will produce them within 45 days.

**REQUEST FOR PRODUCTION NO. 4:**

Each and every photograph taken by, or on behalf of, the Los Angeles County Medical Examiner, which depicts the remains, body parts and internal organs identified as those of Sarah and Payton Chester at the site of the helicopter crash.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Responding Party incorporates its Preliminary Statement and General Objections set forth above as if they were set forth in full herein.  Responding Party

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

516554.3
6
Case No. 2:20-cv-10844-JFW-E
DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER L. CHESTER'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
Exhibit C
Page 32

1  objects to this request to the extent that it calls for documents protected by the

2  attorney-client privilege, work product, or any other applicable privilege.

3  Responding Party objects to this Request on the ground that it seeks information that

4  is not relevant to this litigation.  Responding Party further objects to this request

5  because there are no allegations, nor any evidence, suggesting that any photos taken

6  by or on behalf of the Los Angeles County Medical Examiner were improperly

7  taken, shared, or disseminated.

8      Subject to and without waiving the foregoing objections, Responding Party

9  responds as follows:

10      Responding Party will meet and confer with Propounding Party about this

11  request, as the photographs in question have been kept highly confidential.

12

13  DATED:  June 1, 2021          MILLER BARONDESS, LLP

14

15

16  By: _____

17      MIRA HASHMALL
       Attorneys for Defendant
18      COUNTY OF LOS ANGELES, LOS
       ANGELES COUNTY FIRE
19      DEPARTMENT, JOEY CRUZ, RAFAEL
       MEJIA, MICHAEL RUSSELL, RAUL
20      VERSALES, TONY IMBRENDA, and
       ARLIN KAHAN
21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

516554.3                    7                    Case No. 2:20-cv-10844-JFW-E
DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER L. CHESTER'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Exhibit C
Page 33

1  **<u>PROOF OF SERVICE</u>**

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3      At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1999 Avenue
4  of the Stars, Suite 1000, Los Angeles, CA 90067.

5      On June 1, 2021, I served true copies of the following document(s) described as:

6  **DEFENDANT COUNTY OF LOS ANGELES' RESPONSES TO PLAINTIFF CHRISTOPHER CHESTER'S FIRST SET OF REQUESTS FOR PRODUCTION**
7

8  on the interested parties in this action as follows:

               **SEE ATTACHED SERVICE LIST**
9

10     **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address esanchirico@millerbarondess.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the
11  transmission, any electronic message or other indication that the transmission was unsuccessful.

12     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
13

14     Executed on June 1, 2021, at Los Angeles, California.

15

16                  _emilyasanchirico_
                    _____
17                  Emily A. Rodriguez-Sanchirico

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

**Exhibit C
Page 34**

**SERVICE LIST**
*Chester, et al. v. County of Los Angeles, et al.*
**Case No. 2:20-cv-10844**

| | |
|---|---|
| Jerome M. Jackson<br>JEROME M JACKSON LAW OFFICES<br>880 Apollo Street<br>Suite 238<br>El Segundo, CA 90245 | *Attorneys for Plaintiffs*<br>*CHRISTOPHER L. CHESTER; R.C., a*<br>*minor, by and through his Guardian Ad*<br>*Litem, CHRISTOPHER L. CHESTER;*<br>*and H.C., a minor, by and through his*<br>*Guardian Ad Litem, CHRISTOPHER L.*<br>*CHESTER* |
| | Tel.:   (310) 726-4199<br>Fax:   (310) 414-0486<br>Email:  jmjlaw@aol.com |
| Jonathan C. McCaverty<br>Principal Deputy County Counsel<br>OFFICE OF THE COUNTY COUNSEL<br>General Litigation Division<br>500 West Temple Street, Suite 468<br>Los Angeles, CA 90012 | *Attorneys for Defendant*<br>*LOS ANGELES COUNTY SHERIFF'S*<br>*DEPARTMENT* |
| | Tel.:   (213) 974-1828<br>Fax:   (213) 626-7446<br>Email:<br>jmccaverty@counsel.lacounty.gov;<br>eliao@counsel.lacounty.gov |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Exhibit C
Page 35