```
 1  MIRA HASHMALL (State Bar No. 216842)
    mhashmall@millerbarondess.com
 2  JASON H. TOKORO (State Bar No. 252345)
    CASEY B. SYPEK (State Bar No. 291214)
 3  MILLER BARONDESS, LLP
 4  1999 Avenue of the Stars, Suite 1000
    Los Angeles, California 90067
 5  Telephone: (310) 552-4400
    Facsimile: (310) 552-8400
 6
 7  Attorneys for Defendants
    COUNTY OF LOS ANGELES, LOS ANGELES
 8  COUNTY FIRE DEPARTMENT, JOEY CRUZ,
    RAFAEL MEJIA, MICHAEL RUSSELL, RAUL
 9  VERSALES, ARLIN KAHAN and TONY IMBRENDA
10  [Additional counsel continued on next page]
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants.<br><br>CHRISTOPHER L. CHESTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | **Case No. 2:20-cv-09582-JFW-E**<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**DEFENDANTS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON MOTION TO QUASH TRIAL SUBPOENA TO EMILY TAUSCHER**<br><br>[Filed concurrently with Declaration of Jason Tokoro; [Proposed] Order]<br><br>Hearing: September 12, 2022<br>Time: 1:30 p.m.<br>Location: Courtroom 7A<br><br>Trial Date: August 10, 2022<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

573311.1

DEFENDANTS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON MOTION TO QUASH

1  [*Additional counsel, continued from previous page*]
2  JONATHAN C. McCAVERTY (State Bar No. 210922)
3  Principal Deputy County Counsel
   jmccaverty@counsel.lacounty.gov
4  OFFICE OF COUNTY COUNSEL
   500 West Temple Street, Suite 468
5  Los Angeles, California 90012
   Telephone: (213) 974-1828
6
7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

573311.1

DEFENDANTS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON MOTION TO QUASH

**TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants County of Los Angeles (the "County"), Los Angeles County Fire Department ("LACFD"), Joey Cruz, Rafael Mejia, Michael Russell and Raul Versales (collectively, "Defendants") will and hereby do move *ex parte* for an order advancing the hearing date on Defendants' Motion to Quash the Final Pretrial Conference from Monday, July 11, 2022 at 10:00 a.m. to Friday, July 15, 2022 at 8:00 a.m., when the parties are scheduled to appear for a hearing on their motions *in limine*.

Good cause supports this *ex parte* application. On August 1, 2022, Plaintiffs served a trial subpoena on Captain Emily Tauscher at the County Coroner's office. (Declaration of Jason H. Tokoro ("Tokoro Decl.") ¶ 1.) The subpoena demands that Captain Taushcer bring to trial "all photographs" taken by the Coroner in connection with this incident. (*Id*.) Yesterday, on August 9, 2022, Defendants served a timely motion to quash the subpoena to Captain Tauscher. (Dkt. 383.)

Trial is starting today, on August 10, 2022, and Plaintiffs have listed Captain Tauscher as their third witness in their case-in-chief. That means that Captain Tauscher can be called to the stand as early as tomorrow, Thursday August 11, 2022. Advancing the hearing date on Defendants' motion to quash will allow the Court to rule on these issues before Captain Tauscher takes the stand.

**Notice of *Ex Parte* Application**

On August 9, 2022, Defendants provided notice, in accordance with Local Rule 7-19.1, to Plaintiff of this *ex parte* application via email. (Tokoro Decl. ¶ 1, Ex. A.) Plaintiffs' counsel agreed that an *ex parte* application was necessary but thought the Motion to Quash should be heard even earlier—today. (*Id*.)

Counsel for Plaintiff are as follows:

Luis Li, Luis.Li@wsgr.com
Eric P. Tuttle, Eric.Tuttle@wsgr.com
Trevor Templeton, ttempleton@wsgr.com
Wilson Sonsini Goodrich & Rosati, PC

- 3 -
DEFENDANTS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON MOTION TO QUASH

|   |   |
|---|---|
| 1 | 633 West Fifth Street, Suite 1550 |
| 2 | Los Angeles, California 90071 |
|   | Telephone: (323) 210-2900 |
| 3 | Facsimile: (866) 974-7329 |
| 4 |   |
|   | Craig Jennings Lavoie, Craig.Lavoie@mto.com |
| 5 | Jennifer L. Bryant, Jennifer.Bryant@mto.com |
| 6 | Munger, Tolles & Olson LLP |
|   | 350 South Grand Avenue, Fiftieth Floor |
| 7 | Los Angeles, California 90071-3426 |
| 8 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |

This *Ex Parte* Application is based on the Application, the Memorandum of Points and Authorities, the Declaration of Jason H. Tokoro and exhibits thereto, the pleadings and records on file in this action, and any further evidence or argument received by the Court in connection with the Application.

DATED: August 10, 2022        MILLER BARONDESS, LLP

By:   */s/ Mira Hashmall*
    MIRA HASHMALL
    Attorneys for Defendants
    COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN and TONY IMBRENDA

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  *EX PARTE* RELIEF IS NECESSARY

On August 1, 2022, Plaintiffs served a trial subpoena on Captain Emily Tauscher at the County Coroner's office. (Declaration of Jason H. Tokoro ("Tokoro Decl.") ¶ 1.) The subpoena demands that Captain Taushcer bring to trial "all photographs" taken by the Coroner in connection with this incident. (*Id*.)

Yesterday, on August 9, 2022, Defendants served a timely motion to quash the subpoena ("Motion to Quash"). (Dkt. 383.) The statutory deadline to file the Motion to Quash was not until today—August 10, 2022. (Tokoro Decl. ¶ 2.)

Defendants request that the Court advance the hearing date to Thursday, August 11, 2022. Trial is starting today, on August 10, 2022, and Plaintiffs have listed Captain Tauscher as their third witness in their case-in-chief. (Dkt. 372.) That means that Captain Tauscher can be called to the stand as early as tomorrow, Thursday August 11, 2022. Plaintiffs' counsel has indicated that they will file their opposition to the Motion to Quash by today, August 10, 2022. Advancing the hearing date on Defendants' motion to quash will allow the Court to rule on these issues before Captain Tauscher takes the stand at trial.

## II.  THERE IS GOOD CAUSE TO ADVANCE THE HEARING DATE ON THE MOTION TO QUASH

This Court has the authority to alter the hearing dates of motions and generally control its docket. *See, e.g., United States v. Fitch*, 472 F.2d 548, 549 n.5 (9th Cir. 1973) ("Rule 6(d), F.R.Civ.P., allows the district court discretion to shorten time."); *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1979) (holding that a trial court may control its own docket).

Here, there is good cause to advance the hearing date on the Motion to Quash. The Court should rule on the Motion to Quash before Captain Tauscher takes the stand so that the parties and Captain Tauscher obtain clarity about how her

examination should proceed.  This will streamline the examination and avoid delays.

There will be no prejudice to Plaintiffs if this Application is granted. Plaintiffs have already agreed that *ex parte* relief is necessary under the circumstances here.  (Tokoro Decl. ¶ 4, Ex. A.)  Plaintiffs have known about Defendants objections to the use of the Coroner's photos at trial for over a year. (*See* Dkt. 383.)  Plaintiffs have informed Defendants that they will be filing their opposition to the Motion to Quash today.  (Tokoro Decl. Ex. 4, Ex. A.)

### III. CONCLUSION

Plaintiffs respectfully request that the Court grant this Application.

DATED:  August 10, 2022          MILLER BARONDESS, LLP

By:    */s/ Mira Hashmall*
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN and TONY IMBRENDA