```
LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
```

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants.<br><br>CHRISTOPHER L. CHESTER,<br><br>　　　　　PLAINTIFF,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-09582-JFW-E<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**NOTICE OF WITHDRAWAL OF TRIAL EXHIBITS**<br><br>Pretrial Conference: August 5, 2022<br><br>Trial Date: August 10, 2022<br><br>The Honorable John F. Walter |

NOTICE OF WITHDRAWAL OF TRIAL EXHIBITS

1  [*Additional counsel, continued from previous page*]

2  JEROME M. JACKSON (State Bar No. 64238)
   jmjlaw@aol.com
3  JEROME M. JACKSON LAW OFFICES
   880 Apollo Street, Suite 238
4  El Segundo, California 90245
   Telephone: (310) 726-4199
5  Facsimile: (310) 414-0486

6  Attorneys for Plaintiff
   CHRISTOPHER L. CHESTER

NOTICE OF WITHDRAWAL OF TRIAL EXHIBITS

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiffs Vanessa Bryant and Christopher L. Chester ("Plaintiffs") are notifying the Court that they hereby withdraw the following trial exhibits identified in the Pretrial Exhibit Stipulation (Dkt. 376):

- Ex. 99
- Ex. 158
- Ex. 178
- Ex. 401
- Ex. 402
- Ex. 403
- Ex. 405
- Ex. 406
- Ex. 408
- Ex. 409
- Ex. 411
- Ex. 412
- Ex. 415
- Ex. 416
- Ex. 417
- Ex. 418
- Ex. 420
- Ex. 421
- Ex. 422
- Ex. 424
- Ex. 425
- Ex. 428
- Ex. 430
- Ex. 432

Plaintiffs also anticipate that this will resolve potential disputes over demonstratives raised during Court today.

| | | |
|---|---|---|
| 1 | DATED:  August 11, 2022 | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |

By:  <u>     /s/ *Luis Li*     </u>
                LUIS LI

LUIS LI
Luis.Li@wsgr.com
ERIC TUTTLE
Eric.Tuttle@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE
Craig.Lavoie@mto.com
JENNIFER L. BRYANT
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff Vanessa Bryant*

| | | |
|---|---|---|
| 1 | DATED: August 11, 2022 | JEROME M. JACKSON LAW OFFICES |

By:      */s/ Jerome M. Jackson*
            JEROME M. JACKSON

JEROME M. JACKSON
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

*Attorneys for Plaintiff Christopher Chester*

### ECF CERTIFICATION

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.