1  LUIS LI (State Bar No. 156081)
   Luis.Li@wsgr.com
2  ERIC P. TUTTLE (State Bar No. 248440)
   Eric.Tuttle@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   633 West Fifth Street, Suite 1550
4  Los Angeles, California 90071
   Telephone: (323) 210-2900
5  Facsimile: (866) 974-7329

6  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
   Craig.Lavoie@mto.com
7  JENNIFER L. BRYANT (State Bar No. 293371)
   Jennifer.Bryant@mto.com
8  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
9  Los Angeles, California 90071-3426
   Telephone: (213) 683-9100
10 Facsimile: (213) 687-3702

11 Attorneys for Plaintiff Vanessa Bryant

12 [*Additional counsel continued on next page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-09582-JFW-E (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**JOINT STATEMENT RE: EXHIBITS 688, 694, AND 695**<br><br>Trial Date: August 10, 2022<br><br>The Honorable John F. Walter |
| CHRISTOPHER L. CHESTER,<br><br>　　　　PLAINTIFF,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | |

[*Additional counsel, continued from previous page*]

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES, ARLIN KAHAN, and TONY IMBRENDA

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

1   Pursuant to the Court's order of August 11, 2022 (Dkt. 388), Plaintiffs Vanessa Bryant and Christopher Chester ("Plaintiffs") and Defendants (collectively, the "Parties") submit the following joint statement regarding Exhibits 688, 694 and 695. Pursuant to the Court's Order, Defendants have subdivided those exhibits into Exhibits 688A–K; Exhibits 694A–E; and Exhibits 695A–D.

Although Plaintiffs object to Exhibits 688A–K; Exhibits 694A–E; and Exhibits 695A–D, the Parties believe it is unnecessary for the Court to rule on those objections at this time. Plaintiffs have withdrawn several phone record exhibits, including TREX 158 (Jordan cell phone records) and TREX 417 (Jordan cell phone records), and have advised Defendants that they do not presently intend to use the withdrawn exhibits as impeachment material against Mr. Jordan or to call Thomas Pikor as a witness. Defendants have, in turn, agreed that if Plaintiffs do not attempt to impeach Mr. Jordan using the now-withdrawn cell phone record exhibits, and Plaintiffs do not call Mr. Pikor as a witness, then Defendants will not use Exhibits 688A–K, Exhibits 694A–E, or Exhibits 695A–D at trial. In light of the foregoing, the Parties believe that the Court need not address these exhibits until such time (if any) that Defendants seek to introduce them at trial.

## PLAINTIFFS' POSITION

Exhibits 688A–K, Exhibits 694A–E, or Exhibits 695A–D are inadmissible for at least the following reasons.

*First*, these exhibits are not relevant to any issue in the case. Exhibits 688A–K, Exhibits 694A–E, and Exhibits 695A–D are a hodgepodge of text messages purportedly obtained from Mr. Jordan's phone. Defendants' only conceivable use for these exhibits at trial is to establish the contents of certain messaging activity reflected in Mr. Jordan's cell phone records. But those contents have no tendency to prove or disprove any fact at issue—particularly now that Plaintiffs no longer intend to introduce Mr. Jordan's cell records into evidence. *See* Fed. R. Evid. 401, 402.

*Second*, even if Mr. Jordan's cell phone records had some minimal relevance—which they do not—they should still be excluded under Rule 403. *See* Fed. R. Evid. 403. Evidence concerning the contents of Mr. Jordan's text messages would be nothing more than a sideshow that would confuse the issues and mislead the jury, while accomplishing little more than wasting the Court's time.

*Third*, as Plaintiffs explained in their Opposition to Brian Jordan's Motion for Protective Order, Mr. Jordan's counsel did not produce these documents to Plaintiffs until the eve of trial—nine months after the discovery cutoff. (*See* Dkt. 365.) As a result, Defendants never disclosed these exhibits during discovery, and therefore they are precluded from using them at trial. *See* Fed. R. Civ. P. 37(c) (requiring exclusion at trial of evidence not included in Rule 26 disclosures).

**DEFENDANTS' POSITION**

Exhibits 688A–K, Exhibits 694A–E, or Exhibits 695A–D are admissible for at least the following reasons.

Brian Jordan's text messages directly refute one of Plaintiffs' primary theories—that cell records of County personnel showing they sent picture messages evidence dissemination of crash site photos. Plaintiffs specifically argued that Mr. Jordan's "messaging activity following the crash is compelling circumstantial evidence that Jordan disseminated photos of the Bryants' remains more broadly than he has admitted." (Dkt. 278 at 167.) Mr. Jordan recently produced the picture messages he sent between January and February of 2020 that Plaintiffs claim were crash site photos. They are not crash site photos.

Plaintiffs' contention that Defendants could have themselves produced the messages earlier is incorrect. Mr. Jordan is neither a party nor a current employee of Defendants, and he is represented by separate counsel. See Fed. R. Civ. P. 37(c)(1) (only authorizing exclusion where a "party" fails to disclose). After the close of discovery, Mr. Jordan's separate counsel sent Defendants' counsel a memorandum that had redacted portions of text messages within it. Mr. Jordan's

counsel specifically invoked the joint interest privilege in providing the memorandum. Defendants had no authority to produce the memorandum or any portion of it.

Exhibits 688A–K, Exhibits 694A–E, or Exhibits 695A–D are also not unfairly prejudicial; they are highly probative evidence refuting Plaintiffs' sharing theory based on cell phone records.

DATED: August 12, 2022   WILSON SONSINI GOODRICH & ROSATI, Professional Corporation

By:     */s/ Luis Li*
        LUIS LI

LUIS LI
Luis.Li@wsgr.com
ERIC TUTTLE
Eric.Tuttle@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE
Craig.Lavoie@mto.com
JENNIFER L. BRYANT
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff Vanessa Bryant*

| | | |
|---|---|---|
| 1 | DATED: August 12, 2022 | JEROME M. JACKSON LAW OFFICES |

By: _/s/ Jerome M. Jackson_
　　　JEROME M. JACKSON

JEROME M. JACKSON
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff Christopher Chester

DATED: August 12, 2022        OFFICE OF COUNTY COUNSEL

By: _/s/ Jonathan C. McCaverty_
　　　JONATHAN C. McCAVERTY

Attorneys for Defendant Los Angeles County Sheriff's Department

| | | |
|---|---|---|
| 1 | DATED: August 12, 2022 | MILLER BARONDESS, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ Jason H. Tokoro_____ |
| 5 | | JASON H. TOKORO |
| 6 | | Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan and Tony Imbrenda |

**FILER ATTESTATION**

I, Luis Li, attest under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: August 12, 2022

*/s/ Luis Li*
Luis Li