# EXHIBIT E





**TREX 668AU.0001**
**EXHIBIT E**
- 38 -