LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

VANESSA BRYANT,

Plaintiff,

vs.

COUNTY OF LOS ANGELES, et al.,

Defendants.

CHRISTOPHER L. CHESTER,

PLAINTIFF,

vs.

COUNTY OF LOS ANGELES, et al.,

Defendants.

Case No. 2:20-cv-09582-JFW-E (Consolidated with 2:20-cv-10844-JFW-E)

**JOINT *EX PARTE* APPLICATION FOR LEAVE TO SEAL AND RE-FILE DOCKET ENTRIES WITH REDACTIONS**

[*Filed Concurrently with (1) Declaration of Trevor N. Templeton; and (2) Proposed Order*]

Trial Date: August 10, 2022

The Honorable John F. Walter

Additional counsel, continued from previous page]

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE DEPARTMENT, JOEY CRUZ, RAFAEL MEJIA, MICHAEL RUSSELL, RAUL VERSALES , ARLIN KAHAN, and TONY IMBRENDA

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF’S DEPARTMENT

Pursuant to the Court's instruction during court proceedings on August 15, 2022, Plaintiffs Vanessa Bryant and Christopher Chester ("Plaintiffs") and Defendants jointly submit this *ex parte* application for an order permanently sealing docket entries containing unredacted home addresses and allowing the parties to re-file redacted versions of the affected documents.

Both good cause and compelling reasons support this *ex parte* application. On August 13, 2022, the parties learned that a number of documents had been filed in this case with unredacted home addresses. (Declaration of Trevor N. Templeton ("Templeton Decl.") ¶ 2.) Local Rule 5.2-1 states that filers should "ensure that any document that contains a home address (except any proof of service filed as required by Federal Rule of Civil Procedure 4(l)) shall include only the city and state." To protect privacy interests, the parties have asked the Court to seal these records and re-file the affected documents with minimal redactions to omit only home address information, pursuant to the Local Rules.

On August 15, 2022, the Court directed the parties "to file an *ex parte* application to temporarily seal any documents that do not comply with the Local Rules . . . and that's to be filed under seal. You don't need to file a separate *ex parte* application. Just simply submit a proposed order, and then send it to Shannon, and Shannon will file it." (Templeton Decl. Ex. A at 732:14-20.) At 5:03 pm that same day, August 15, Plaintiffs provided notice of this *ex parte* application, in accordance with Local Rule 7-19.1, to Defendants via telephone conference. (Templeton Decl. ¶ 5.) Shortly after 11:00 pm on August 16, Plaintiffs provided drafts of the *ex parte* application, proposed order, and supporting papers. (*Id.* ¶ 6.) On August 17, 2022, Defendants stated they joined this application. (*Id.* ¶¶ 8.)

This *ex parte* application is based on the application, the memorandum of points and authorities, the Declaration of Trevor N. Templeton and exhibits thereto, the pleadings and records on file in this action, and any further evidence or argument received by the Court in connection with the application.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. NEED FOR *EX PARTE* RELIEF

On August 13, 2022, Plaintiffs learned that documents had been filed with unredacted home addresses in Case Nos. 20-cv-09582-JFW-E ("-9582") and 2:20-cv-10844-JFW-E ("-10844"). (Templeton Decl. ¶ 2.) Local Rule 5.2-1 states that filers should "ensure that any document that contains a home address (except any proof of service filed as required by Federal Rule of Civil Procedure 4(l)) shall include only the city and state."

Upon learning this information, Plaintiffs' counsel notified Defendants' counsel and the Courtroom Deputy Clerk to remedy the incorrect filings. (Templeton Decl. ¶ 3.) Plaintiffs' counsel electronically searched docket entries in -9582 and -10844 and compiled a list of entries that contain unredacted home address information. (*Id*.) Plaintiffs' counsel provided that list to Defendants and the Courtroom Deputy Clerk. (*Id.* ¶ 3.) On August 16, 2022, Defendants' counsel provided a list of additional docket entries they found after electronically searching the docket. (*Id.* ¶ 6.)

Counsel for both parties identified the following documents from both dockets (-9582 and -10844) as needing redactions for home addresses:

| Exhibit | Bryant (-9582) ECF Nos. | Chester (-10844) ECF Nos. |
|---|---|---|
| A | 151-38, 182-5, 200-17, 212-18, 212-159, 243-15, 256-3, 258-9, 366-4 | 101-5, 119-17, 125-17, 142-18, 146-25, 161-3, 163-9 |
| B | 110-2, 182-4, 200-14, 212-17, 212-156, 258-8, 326-6, 366-5, 382-1 | 101-4, 119-14, 125-14, 142-17, 146-22, 163-8 |
| C | 182-6, 200-16, 212-158, 258-10 | 101-6, 119-16, 125-16, 142-19, 146-24, 163-10 |
| D | 201-2, 212-172 | 120-2, 126-2, 146-38 |
| E | 200-3, 212-143 | 119-3, 125-3, 146-9 |

| | | |
|---|---|---|
| F | 183-6, 212-26 | 102-6, 142-26 |
| G | 183-7, 212-27 | 102-7, 142-27 |
| H | 183-8, 212-28 | 102-8, 142-28 |
| I | 377-2 | N/A |

Accordingly, Plaintiffs file this *ex parte* application to request that the Court permanently seal the above-referenced documents and grant the parties leave to re-file redacted versions pursuant to Local Rule 79-5.2.2.

## II. GOOD CAUSE AND COMPELLING REASONS EXIST TO SEAL THE DOCKET ENTRIES TEMPORARILY

Good cause and compelling reasons exist to seal the docket entries and replace them with redact copies that conform to the redaction requirements of the Local Rules. The Local Rules state that the parties "shall ensure that any document that contains a home address (except any proof of service filed as required by Federal Rule of Civil Procedure 4(1)) shall include only the city and state." L.R. 5.2-1; *see also Garcia v. County of Riverside*, 2018 WL 3738640 (C.D. Cal. Mar. 8, 2018) (sealing records containing "protected personal data identifiers" such as home addresses). The docket entries addressed in this application do not conform to that requirement. Sealing and replacing them with properly redacted copies will remedy this error—protecting any affected privacy interests without restricting public access to the case file beyond what the Local Rules specify.

## III. CONCLUSION

Accordingly, the parties respectfully request that the Court grant this joint *ex parte* application and enter the proposed order, submitted herewith, to seal the following docket entries and allow the parties to re-file redacted versions.

DATED: August 17, 2022

WILSON SONSINI GOODRICH & ROSATI, Professional Corporation

By: */s/ Luis Li*
LUIS LI

LUIS LI
Luis.Li@wsgr.com
ERIC TUTTLE
Eric.Tuttle@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff Vanessa Bryant*

DATED: August 17, 2022

JEROME M. JACKSON LAW OFFICES

By: */s/ Jerome M. Jackson*
JEROME M. JACKSON

JEROME M. JACKSON
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

*Attorneys for Plaintiff Christopher Chester*

DATED: August 17, 2022

OFFICE OF COUNTY COUNSEL

By: */s/ Jonathan C. McCaverty*
JONATHAN C. McCAVERTY

Attorneys for Defendant Los Angeles County Sheriff's Department

DATED: August 17, 2022

MILLER BARONDESS, LLP

By: */s/ Jason H. Tokoro*
JASON H. TOKORO

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan and Tony Imbrenda

**ECF CERTIFICATION**

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.