1  LUIS LI (State Bar No. 156081)
   Luis.Li@wsgr.com
2  ERIC P. TUTTLE (State Bar No. 248440)
   Eric.Tuttle@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   633 West Fifth Street, Suite 1550
4  Los Angeles, California 90071
   Telephone:  (323) 210-2900
5  Facsimile:   (866) 974-7329

6  CRAIG JENNINGS LAVOIE (State Bar No. 293079)
   Craig.Lavoie@mto.com
7  JENNIFER L. BRYANT (State Bar No. 293371)
   Jennifer.Bryant@mto.com
8  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
9  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
10 Facsimile:   (213) 687-3702

11 Attorneys for Plaintiff Vanessa Bryant

12 [*Additional counsel continued on next page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VANESSA BRYANT,<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>      Defendants. | Case No. 2:20-cv-09582-JFW-E<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**DECLARATION OF TREVOR N. TEMPLETON IN SUPPORT OF JOINT *EX PARTE* APPLICATION TO SEAL AND RE-FILE REDACTED DOCKET ENTRIES** |
| CHRISTOPHER L. CHESTER,<br><br>      PLAINTIFF,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>      Defendants. | Trial Date:   August 10, 2022<br><br>The Honorable John F. Walter<br><br>FILED UNDER SEAL PURSUANT TO L.R. 79-5.2.2(b)(i) |

[*Additional counsel, continued from previous page*]
JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorneys for Plaintiff Christopher L. Chester

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Tony Imbrenda and Arlin Kahan

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant Los Angeles County Sheriff's Department

---

TEMPLETON DECL ISO JOINT *EX PARTE* APPLICATION TO SEAL AND RE-FILE REDACTED DOCKET ENTRIES

<u>DECLARATION OF TREVOR N. TEMPLETON</u>

I, Trevor N. Templeton, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Wilson, Sonsini, Goodrich & Rosati and counsel for Plaintiff Vanessa Bryant in the above-captioned matter. I submit this declaration in connection with the parties' Joint *Ex Parte* Application For Leave to Seal Docket Entries and Re-File Docket Entries with Redactions. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. On August 13, 2022, Plaintiffs learned that documents had been filed with unredacted home addresses in Case No. 20-cv-09582-JFW-E ("-9582") and Case No. 2:20-cv-10844-JFW-E ("-10844").

3. Upon learning this information, Plaintiffs' counsel searched docket entries in -9582 and -10844 and compiled a list of entries that contain unredacted home address information. On August 14, Plaintiffs' counsel provided an initial list of affected docket entries to counsel for Defendants and the Courtroom Deputy Clerk. On August 15, Plaintiffs' counsel supplemented that initial list with additional docket entries identified in cases -9582 and -10844.

4. I am informed and believe from my review of the certified transcript that before the start of trial proceedings on August 15, the Court directed parties "to file an *ex parte* application to temporarily seal any documents that do not comply with the Local Rules . . . and that's to be filed under seal. You don't need to file a separate *ex parte* application. Just simply submit a proposed order, and then send it to Shannon, and Shannon will file it." Attached as **Exhibit A** is a true and correct copy of an excerpt of the trial transcript dated August 15, 2022.

5. At 5:03 pm on August 15, I spoke by phone with counsel for Defendants, Jason Tokoro, regarding a process for complying with the Court's

-1-
TEMPLETON DECL ISO JOINT *EX PARTE* APPLICATION FOR LEAVE TO SEAL AND RE-FILE REDACTED DOCKET ENTRIES

directive. Mr. Tokoro indicated that Defendants did not oppose sealing the affected docket entries temporarily pursuant to an *ex parte* application filed by Plaintiffs.

6. After court proceedings on August 16, Defendants' counsel provided a list of additional docket entries they found after electronically searching the docket.

7. At 5:15 pm on August 16, I spoke by phone with counsel Mr. Tokoro regarding the sealing process. At approximately 11:15 pm, I emailed Defendants' counsel a draft of the joint *ex parte* application, memorandum of points and authorities, proposed order, and this declaration.

8. On August 17, I sent Mr. Tokoro an updated list with additional docket entries and notified the Courtroom Deputy Clerk. At 6:35 pm, I sent Mr. Tokoro updated draft papers. At 6:53 pm, Mr. Tokoro notified me by email response that Defendants approved the joint papers for filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August, at Los Angeles, California.

/s/ Trevor N. Templeton
Trevor N. Templeton