# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3           HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

 4

 5  VANESSA BRYANT,                  )
                                     )
 6           PLAINTIFF,              )    CASE NO.
                                     )
 7           vs.                     )    CV 20-9582-JFW
                                     )
 8  COUNTY OF LOS ANGELES, et al.,   )
                                     )
 9           DEFENDANTS.             )
    _____)
10  CHRISTOPHER L. CHESTER, et al.,  )
                                     )
11           PLAINTIFFS,             )    CASE NO.
                                     )
12           vs.                     )    CV 20-10844-JFW
                                     )
13  COUNTY OF LOS ANGELES, et al.,   )
                                     )    PAGES 724 TO 1016
14           DEFENDANTS.             )    VOLUME 4
    _____)
15

16                    REPORTER'S TRANSCRIPT OF
                          TRIAL DAY 4
17                   MONDAY, AUGUST 15, 2022
                           7:48 AM.
18                  LOS ANGELES, CALIFORNIA

19

20

21

22  _____

23        MIRANDA ALGORRI, CSR 12743, RPR, CRR
               FEDERAL OFFICIAL COURT REPORTER
24           350 WEST 1ST STREET, SUITE 4455
              LOS ANGELES, CALIFORNIA 90012
25               MIRANDAALGORRI@GMAIL.COM
```

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF BRYANT:**

    WILSON SONSINI GOODRICH & ROSATI, PC
    BY:   LUIS LI
    BY:   ERIC TUTTLE
    633 West Fifth Street
    Suite 1550
    Los Angeles, California 90071

    MUNGER TOLLES & OLSON, LLP
    BY:   CRAIG LAVOIE
    BY:   JENNIFER BRYANT
    350 South Grand Avenue
    50th Floor
    Los Angeles, California 90071

**FOR THE PLAINTIFF CHESTER:**

    JEROME M. JACKSON LAW OFFICES
    BY:   JEROME M. JACKSON
    880 Apollo Street
    Suite 238
    El Segundo, California 90245

**FOR THE DEFENDANTS:**

    MILLER BARONDESS, LLP
    BY:   JENNIFER MIRA HASHMALL
    BY:   JASON TOKORO
    1999 Avenue of the Stars
    Suite 1000
    Los Angeles, California 90067

**FOR WITNESS JORDAN:**

    HANEY & SHAH, LLP
    BY:   STEVEN H. HANEY
    1055 West 7th Street
    Suite 1950
    Los Angeles, California 90017

|  |  |
|---|---|
| | 1   docket entries in which those redactions have not been made and |
| | 2   have identified a list of them, Your Honor. |
| | 3             THE COURT:  So you did find the rule? |
| | 4             MR. LAVOIE:  We did find the rule over the |
| 07:54AM | 5   weekend, Your Honor, yes. |
| | 6             THE COURT:  So what I'm going to ask counsel to |
| | 7   do is to file an ex parte application to temporarily seal any |
| | 8   documents that are not in compliance with the local rule. |
| | 9             What's the local rule number? |
| 07:54AM | 10            MR. LAVOIE:  I thought it was 5.12 or something |
| | 11  to that effect.  I'm sorry, Your Honor.  I don't have it on the |
| | 12  top of my head.  We did consult it over the weekend, and we can |
| | 13  prepare that -- |
| | 14            THE COURT:  All right.  I will ask counsel to |
| 07:55AM | 15  file an ex parte application to temporarily seal any documents |
| | 16  that do not comply with the Local Rules.  You don't need to |
| | 17  file a separate -- and that's to be filed under seal. |
| | 18            You don't need to file a separate ex parte |
| | 19  application.  Just simply submit a proposed order, and then |
| 07:55AM | 20  send it to Shannon, and Shannon will file it. |
| | 21            The list of proposed documents I don't think is |
| | 22  all-inclusive because I think it left out a number of filings. |
| | 23  For example, 258-1 -- I'm sorry -- -8-9, and -10, I think also |
| | 24  should be on the list.  So counsel need to go through and |
| 07:56AM | 25  carefully figure out which documents are affected. |

```
 1                  CERTIFICATE OF OFFICIAL REPORTER
 2
 3
 4
 5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME
 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR
 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT
 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE
 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
13   THE UNITED STATES.
14
15                       DATED THIS  15TH  DAY OF AUGUST, 2022.
16
17
18                       /S/ MIRANDA ALGORRI
                         _____
19                       MIRANDA ALGORRI, CSR NO. 12743, CRR
                         FEDERAL OFFICIAL COURT REPORTER
20
21
22
23
24
25
```