**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | **Case No. 2:20-cv-09582-JFW-E**<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Mira Hashmall]<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| CHRISTOPHER L. CHESTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | |

574349.1

ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

## ORDER

Having considered the Defendants' Motion for Judgment as a Matter of Law ("Motion"), and good cause having been shown, the Court hereby **GRANTS** the Motion.  Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Hon. John F. Walter, Courtroom 7A
Judge of the United States District Court