LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Additional counsel continued on next page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 2:20-cv-09582-JFW-E (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**PLAINTIFF VANESSA BRYANT'S NOTICE TO REFILE REDACTED DOCKET ENTRIES PURSUANT TO COURT'S ORDER DATED AUGUST 19, 2022**<br><br>Trial Date:   August 10, 2022<br><br>The Honorable John F. Walter |
| CHRISTOPHER L. CHESTER,<br><br>    PLAINTIFF,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | |

1  [*Additional counsel, continued from previous page*]
2  JEROME M. JACKSON (State Bar No. 64238)
   jmjlaw@aol.com
3  JEROME M. JACKSON LAW OFFICES
4  880 Apollo Street, Suite 238
   El Segundo, California 90245
5  Telephone: (310) 726-4199
6  Facsimile: (310) 414-0486

7  Attorneys for Plaintiff Christopher L. Chester

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:**

Pursuant to Central District Court of California Civil Local Rules 5.2-1 and this Court's Order Granting Joint *Ex Parte* Application for Leave to Seal and Re-file Redacted Docket Entries (ECF No. 400), Plaintiffs Vanessa Bryant and Christopher L. Chester respectfully submit the correctly redacted docket entries attached hereto as Exhibits A-I to replace the permanently sealed documents in Case No. 20-cv-09582-JFW-E ("-9582") and Case No. 20-cv-10844 ("-10844").

| Exhibit | Document | Bryant (-9582) ECF Nos. | Chester (-10844) ECF Nos. |
|---|---|---|---|
| A | Letter with Home Address Redacted | 151-38, 182-5, 200-17, 212-18, 212-159, 243-15, 256-3, 258-9, 366-4 | 101-5, 119-17, 125-17, 142-18, 146-25, 161-3, 163-9 |
| B | Letter with Home Address Redacted | 110-2, 182-4, 200-14, 212-17, 212-156, 258-8, 326-6, 366-5, 382-1 | 101-4, 119-14, 125-14, 142-17, 146-22, 163-8 |
| C | Letter with Home Address Redacted | 182-6, 200-16, 212-158, 258-10 | 101-6, 119-16, 125-16, 142-19, 146-24, 163-10 |
| D | Letter with Home Address Redacted | 201-2, 212-172 | 120-2, 126-2, 146-38 |
| E | Letter with Home Address Redacted | 200-3, 212-143 | 119-3, 125-3, 146-9 |
| F | Letter with Home Address Redacted | 183-6, 212-26 | 102-6, 142-26 |
| G | Letter with Home Address Redacted | 183-7, 212-27 | 102-7, 142-27 |
| H | Letter with Home Address Redacted | 183-8, 212-28 | 102-8, 142-28 |
| I | Plaintiff's Fourth Supplemental Disclosures with Addresses Redacted | 377-2 | N/A |

1

DATED:  August 22, 2022

2

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

3

By: _____ /s/ Luis Li_____

LUIS LI

4

LUIS LI

5

Luis.Li@wsgr.com

ERIC TUTTLE

6

Eric.Tuttle@wsgr.com

7

633 West Fifth Street, Suite 1550

Los Angeles, California 90071

8

Telephone: (323) 210-2900

9

Facsimile: (866) 974-7329

10

*Attorneys for Plaintiff Vanessa Bryant*

11

12

DATED:  August 22, 2022

JEROME M. JACKSON LAW OFFICES

13

By: _____ /s/ Jerome M. Jackson____

14

JEROME M. JACKSON

15

16

JEROME M. JACKSON

jmjlaw@aol.com

17

JEROME M. JACKSON LAW OFFICES

880 Apollo Street, Suite 238

18

El Segundo, California 90245

19

Telephone: (310) 726-4199

Facsimile: (310) 414-0486

20

21

*Attorneys for Plaintiff Christopher Chester*

22

**ECF CERTIFICATION**

23

The filing attorney attests that all other signatories listed, and on whose

24

behalf the filing is submitted, concur in the filing's contents and have

25

authorized the filing.

26

27

28