FILED
CLERK, U.S. DISTRICT COURT
AUG 2 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Vaness Bryant,

           Plaintiff,

v.

County of Los Angeles, et al.,

           Defendants.

) Case No. **CV 20-9582 JFW (Ex)**
) **Consolidated with:**
)
) CV 20-10844 JFW (Ex) Christopher L. Chester
) v. County of Los Angeles, et al.
)
) CONFIRMATION OF EXHIBIT REVIEW
) AND AUTHORIZATION TO SUBMIT
) EXHIBITS TO JURY

The undersigned counsel hereby declare that the exhibit list and exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiffs:  Craig Jennings Lavoie  /s/ [Signature]
                                          printed                                    Signature

Counsel for Defendants:  Jason H. Tokoro  /s/ [Signature]
                                          printed                                    Signature

DATE: **August 24, 2022**