# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JURY NOTE



FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| Vanessa Bryant, ) | Case No. **CV 20-9582-JFW(Ex)** |
| ) | **CV 20-10844-JFW(Ex)** |
| Plaintiffs, ) | |
| ) | **Consolidated with:** |
| v. ) | **Christopher L. Chester, et al. v. County of** |
| ) | **Los Angeles, et al.** |
| County of Los Angeles, et al., ) | |
| ) | NOTE # __1__   FROM THE JURY |
| Defendants. ) | |
| ) | TIME: 3:45pm |

THE COURT having been notified of

__✓__   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

_____   The jury requests the following:

_____
_____
_____
_____
_____

Dated: 8/24/2022         Signed: ▓▓▓▓▓ /5/
                         Foreperson of the Jury (Number)