**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

8/24/22

CENTRAL DISTRICT OF CALIFORNIA
BY: SR DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. CHESTER, | Case No. **CV 20-10844-JFW(Ex)** |
| Plaintiff, | (Consolidated with Lead Case No. CV 20-9582-JFW(Ex)) |
| v. | **VERDICT FORM FOR PLAINTIFF CHRISTOPHER L. CHESTER** |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY FIRE DEPARTMENT, | |
| Defendants. | |

**PLAINTIFF CHRISTOPHER L. CHESTER'S CLAIM AGAINST DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**

**Question No. 1:** On the claim of Plaintiff Christopher L. Chester against Defendant Los Angeles County Sheriff's Department for violation of his constitutional rights (Section 1983) based on a policy that fails to prevent violations of law by its employees or a failure to train its employees, we, the undersigned jurors, unanimously find in favor of (check one):

 Plaintiff Christopher L. Chester: ✓

 Defendant Los Angeles County Sheriff's Department: _____

Proceed to Question No. 2.

**Question No. 2:** On the claim of Plaintiff Christopher L. Chester against Defendant Los Angeles County Sheriff's Department for violation of his constitutional rights (Section 1983) based on a practice or custom, we, the undersigned jurors, unanimously find in favor of (check one):

 Plaintiff Christopher L. Chester: ✓

 Defendant Los Angeles County Sheriff's Department: _____

If you found in favor of Plaintiff Christopher L. Chester on his claim against Defendant Los Angeles County Sheriff's Department in Question No. 1 or Question No. 2 (or both), answer Question No. 3. Otherwise, skip Question No. 3 and proceed to Question No. 4.

/ / /

1

**Question No. 3:** If you found in favor of Plaintiff Christopher L. Chester on his claim against Defendant Los Angeles County Sheriff's Department in Question No. 1 or Question No. 2 (or both), enter the amount of damages you award Plaintiff Christopher L. Chester for the conduct of Los Angeles County Sheriff's Department and its officers and employees.

Past physical, mental, and emotional pain and suffering, loss of enjoyment of life, humiliation, grief, anxiety, and emotional distress:   $ 1.5 Million

Future physical, mental, and emotional pain and suffering, loss of enjoyment of life, humiliation, grief, anxiety, and emotional distress:   $ 7.5 Million

Proceed to Question No. 4.

**PLAINTIFF CHRISTOPHER L. CHESTER'S CLAIM AGAINST DEFENDANT LOS ANGELES COUNTY FIRE DEPARTMENT**

**Question No. 4:** On the claim of Plaintiff Christopher L. Chester against Defendant Los Angeles County Fire Department for violation of his constitutional rights (Section 1983) based on a policy that fails to prevent violations of law by its employees or a failure to train its employees, we, the undersigned jurors, unanimously find in favor of (check one):

    Plaintiff Christopher L. Chester: ✓

    Defendant Los Angeles County Fire Department: ____

Proceed to Question No. 5.

**Question No. 5:** On the claim of Plaintiff Christopher L. Chester against Defendant Los Angeles County Fire Department for violation of his constitutional rights (Section 1983) based on a practice or custom, we, the undersigned jurors, unanimously find in favor of (check one):

    Plaintiff Christopher L. Chester: ____

    Defendant Los Angeles County Fire Department: ✓

If you found in favor of Plaintiff Christopher L. Chester on his claim against Defendant Los Angeles County Fire Department in Question No. 4 or Question No. 5 (or both), answer Question No. 6. Otherwise, skip Question No. 6 and sign and date the verdict form.

/ / /

/ / /

**Question No. 6:** If you found in favor of Plaintiff Christopher L. Chester on his claim against Defendant Los Angeles County Fire Department in Question No. 4 or Question No. 5 (or both), enter the amount of damages you award Plaintiff Christopher L. Chester for the conduct of Los Angeles County Fire Department and its officers and employees.

Past physical, mental, and emotional pain and suffering, loss of enjoyment of life, humiliation, grief, anxiety, and emotional distress: $ 1 Million

Future physical, mental, and emotional pain and suffering, loss of enjoyment of life, humiliation, grief, anxiety, and emotional distress: $ 5 Million

Sign and date the verdict form.

Date: 8/24/2022

/s/
Presiding Juror

4