| LIST OF EXHIBITS AND WITNESSES | | **FILED**<br>CLERK, U.S. DISTRICT COURT |
|---|---|---|
| **Judge** | **JOHN F. WALTER** | 8/24/22 |
| **Case Numbers** | **CV 20-9582-JFW(Ex) and CV 20-10844-JFW(Ex)** | CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ST_____ DEPUTY |
| **Titles** | Vanessa Bryant -v- County of Los Angeles, et al.<br>Christopher L. Chester, et al. -v- County of Los Angeles, et al. | |
| **Dates of Trial** | August 10, 2022; August 11, 2022; August 12, 2022; August 15, 2022; August 16, 2022; August 17, 2022; August 18, 2022; August 19, 2022: August 22, 2022; August 23, 2022; August 24, 2022 | |
| **Court Reporters** | Miranda Algorri              Myra Ponce (August 23, 2022 p.m.) | |
| **Deputy Clerk** | Shannon Reilly | |

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
|---|---|
| Luis Li | Jennifer Mira Hashmall |
| Jerome M. Jackson | Jason H. Tokoro |
| Craig Armand Lavoie | Casey Blair Sypek |
| Eric P. Tuttle | |
| Jennifer Lynn Bryant | |
| | |

| **WITNESSES** | **DATE(S) TESTIFIED** |
|---|---|
| | |
| **See attached** | |
| | |
| | |
| | |

| **EXHIBIT LIST** | |
|---|---|
| | |
| **See attached** | |
| | |
| | |
| | |
| | |

G-65

|   | WITNESS NAME | DATE(S) TESTIFIED |
|---|---|---|
| PLAINTIFFS | | |
| 1 | Pelinka, Rob | August 10, 2022; August 11, 2022 |
| 2 | Katz, David | August 11, 2022 |
| 3 | Tauscher, Emily | August 11, 2022 |
| 4 | Gutierrez, Victor | August 11, 2022 |
| 5 | Mendez, Ralph Jr. | August 11, 2022 |
| 6 | Weireter, Luella | August 12, 2022 |
| 7 | Bercovici, Adam | August 12, 2022 |
| 8 | Johnson, Doug | August 12, 2022 |
| 9 | Jordan, Brian | August 15, 2022 |
| 10 | Versales, Raul | August 15, 2022 |
| 11 | Cruz, Joey | August 15, 2022; August 16, 2022 |
| 12 | Russell, Michael | August 16, 2022 |
| 13 | Bonelli, Nicholas | August 16, 2022 |
| 14 | Vander Horck, Matthew | August 16, 2022 |
| 15 | Valdez, Jorge | August 16, 2022; August 17, 2022 |
| 16 | Freskos, David | August 17, 2022 |
| 17 | Imbrenda, Tony | August 17, 2022 |
| 18 | Scott, Erik | August 17, 2022 |
| 19 | Cornell, Sky | August 18, 2022 |
| 20 | Kahan, Arlin | August 18, 2022 |
| 21 | McCloud, William | August 18, 2022 |
| 22 | Westhead, Paul Jr. | August 18, 2022 |
| 23 | Chester, Chris | August 18, 2022 |
| 24 | Bryant, Vanessa | August 19, 2022 |

|   | WITNESS NAME | DATE(S) TESTIFIED |
|---|---|---|
| 26 | William Jaeger | August 22, 2022 |
| DEFENDANTS | | |
| 25 | Villanueva, Alex | August 19, 2022 |
| 27 | Marrone, Anthony | August 22, 2022 |
| 28 | McGuire, Kristina | August 22, 2022 |
| 29 | Kelly, Travis | August 22, 2022; August 23, 2022 |
| 30 | Mancinas, Hector | August 23, 2022 |
| 31 | Breshears, Dennis | August 23, 2022 |
| 32 | Smith, Andrew | August 23, 2022 |

## JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|-----------|----------|
| 1 | Email string between R. Mendez and T. Schrader (LASD) re Contact us - LASD.Org "Kobe" | August 11, 2022 | August 11, 2022 |
| 2A | Channel 7 of COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | | |
| 2B | Channel 8 of COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | August 11, 2022 | August 11, 2022 |
| 2C | Channel 9 of COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | | |
| 2D | Channel 11 of COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | | |
| 2E | Channel 13 of COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | | |
| 2F | Channel 15 of COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | | |
| 2G | Channel 16 of COLA001424 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:20-20:31 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 3A | Channel 7 of COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | | |
| 3B | Channel 8 of COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | August 16, 2022 | August 16, 2022 |
| 3C | Channel 9 of COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | | |
| 3D | Channel 11 of COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | | |
| 3E | Channel 13 of COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | | |
| 3F | Channel 15 of COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | August 11, 2022 | August 11, 2022 |
| 3G | Channel 16 of COLA001430 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:21-21:32 | | |
| 4A | Channel 7 of COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 4B | Channel 8 of COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | | |
| 4C | Channel 9 of COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | August 11, 2022 | August 11, 2022 |
| 4D | Channel 11 of COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | | |
| 4E | Channel 13 of COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | August 11, 2022 | August 11, 2022 |
| 4F | Channel 15 of COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | August 11, 2022 | August 11, 2022 |
| 4G | Channel 16 of COLA001431 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:32-21:42 | | |
| 5A | Channel 7 of COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | | |
| 5B | Channel 8 of COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | August 11, 2022 | August 11, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 5C | Channel 9 of COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | | |
| 5D | Channel 11 of COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | | |
| 5E | Channel 13 of COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | | |
| 5F | Channel 15 of COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | August 11, 2022 | August 11, 2022 |
| 5G | Channel 16 of COLA001432 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:42-21:52 | | |
| 6A | Channel 7 of COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | August 11, 2022 | August 11, 2022 |
| 6B | Channel 8 of COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | August 11, 2022 | August 11, 2022 |
| 6C | Channel 9 of COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 6D | Channel 11 of COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | | |
| 6E | Channel 13 of COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | August 11, 2022 | August 11, 2022 |
| 6F | Channel 15 of COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | | |
| 6G | Channel 16 of COLA001434 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:03-22:13 | | |
| 7A | Channel 7 of COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | | |
| 7B | Channel 8 of COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | August 11, 2022 | August 11, 2022 |
| 7C | Channel 9 of COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | | |
| 7D | Channel 11 of COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 7E | Channel 13 of COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | August 11, 2022 | August 11, 2022 |
| 7F | Channel 15 of COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | | |
| 7G | Channel 16 of COLA001435 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:13-22:23 | | |
| 8A | Channel 7 of COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |
| 8B | Channel 8 of COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |
| 8C | Channel 9 of COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |
| 8D | Channel 11 of COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |
| 8E | Channel 13 of COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|-----------|----------|
| 8F | Channel 15 of COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |
| 8G | Channel 16 of COLA001437 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:33-22:44 | | |
| 9A | Channel 7 of COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | | |
| 9B | Channel 8 of COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | August 11, 2022 | August 11, 2022 |
| 9C | Channel 9 of COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | | |
| 9D | Channel 11 of COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | | |
| 9E | Channel 13 of COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | | |
| 9F | Channel 15 of COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 9G | Channel 16 of COLA001440 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:57-23:05 | | |
| 12 | Article: "L.A. County Deputies Shared Graphic Photos of Kobe Bryant Crash Scene, Sources Say" by Tchekmedyian, Pringle, LA Times | August 17, 2022 | August 17, 2022 |
| 16 | Photo - Google Earth View 1 | August 11, 2022 | August 11, 2022 |
| 17 | Photo - Google Earth View 1, Annotated | August 16, 2022 | August 16, 2022 |
| 18 | Photo - Google Earth View 2 | | |
| 19 | Photo - Google Earth View 2, Annotated | | |
| 20 | Photo - LASD Lost Hills Station Facebook Photo | | |
| 24 | LACFD Standards of Behavior (COLA030147-50) | August 18, 2022 | August 18, 2022 |
| 25 | Email chain between Sprewell (LACFD), Imbrenda, Cornell, Ferguson, Navarez, Lim re LA County Sheriff's deputies allegedly shared photos of Bryant crash site | August 18, 2022 | August 18, 2022 |
| 26 | Letter from McCloud (LACFD) to Jordan re Intention to Discharge | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 26A | Sheppard Mullin Investigation Report – Alleged Taking and Sharing of Photographs from Willow Incident by Fire Captain Brian Jordan, at COLA001351 – COLA001378 | | |
| 27 | Letter from McCloud (LACFD) to Imbrenda re Intention to Discharge | | |
| 28 | Letter from McCloud (LACFD) to Kahan re Intention to Suspend | | |
| 31 | Luis Li Letter to Fire Chief Osby dated March 2, 2020 | August 19, 2022 | August 19, 2022 |
| 35 | Newsletter: "The Backup Newsletter," Winter 2020 - California Reserve Peace Officers Association Quarterly Newsletter | August 11, 2022 | August 11, 2022 |
| 36 | Email from Katz to "team02@malibusar.org" re Kobe Crash | August 16, 2022 | August 16, 2022 |
| 38A | Transcript – Excerpts of David Katz LASD Interview | August 12, 2022 | August 12, 2022 |
| 38B | Audio – Excerpts of David Katz LASD Interview | August 12, 2022 | August 12, 2022 |
| 39A | Transcript – Excerpts of Marcus Phillips LASD Interview | August 23, 2022 | August 23, 2022 |
| 39B | Audio – Excerpts of Marcus Phillips LASD Interview | August 23, 2022 | August 23, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 41 | Sarah Ellen Chester Autopsy Report (COLA029922-COLA029941) | August 11, 2022 | August 11, 2022 |
| 42 | Payton Chester Autopsy Report (COLA029802-COLA029821) | August 11, 2022 | August 11, 2022 |
| 44 | Kobe Bryant Autopsy Report (COLA029905- COLA029921) | August 11, 2022 | August 11, 2022 |
| 45 | Gianna Bryant Autopsy Report (COLA029882- COLA029904) | August 11, 2022 | August 11, 2022 |
| 46 | Photo - Google Earth View 3 | | |
| 47 | Photo - Google Earth View 3, Annotated | August 11, 2022 | August 11, 2022 |
| 48 | Photo - Google Earth View 4, Annotated | August 11, 2022 | August 11, 2022 |
| 49 | Alyssa Altobelli autopsy report | | |
| 50 | Christina Mauser autopsy report | | |
| 51 | Keri Altobelli autopsy report | | |
| 52 | John Altobelli autopsy report | | |
| 53 | Email chain between J. Diez, H. Mancinas, M. Vander Horck, T. Schrader, R. Mendez, "SIB Media24" re FW: Contact US - LASD.org "Kobe" | August 15, 2022 | August 15, 2022 |
| 54 | Email chain between Diez, Mancinas, Vander Horck, Mendez, "SIB Media24" re FW: Contact US - LASD.org "Kobe" | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 55A | Transcript – Excerpts of Hector Mancinas LASD Interview | August 12, 2022 | August 12, 2022 |
| 55B | Audio – Excerpts of Hector Mancinas LASD Interview | August 12, 2022 | August 12, 2022 |
| 58 | Performance Log Entry for Doug Johnson, dated February 27, 2020 (COLA000747) | August 12, 2022 | August 12, 2022 |
| 59 | Performance Log Entry for Joey Cruz, dated February 27, 2020 (COLA000745) | August 16, 2022 | August 16, 2022 |
| 60 | Performance Log Entry for Michael Russell, dated February 27, 2020 (COLA000743) | | |
| 61 | Performance Log Entry for Rafael Mejia, dated February 27, 2020 (COLA000744) | August 15, 2022 | August 15, 2022 |
| 62 | Performance Log Entry for Raul Versales, dated February 27, 2020 (COLA000746) | August 15, 2022 | August 15, 2022 |
| 63 | LASD Notice of Completion of Investigation of Michael Russell, dated August 5, 2020 (COLA035253-61) | August 15, 2022 | August 16, 2022 |
| 64 | Photo at Golden Mike Awards | August 12, 2022 | August 12, 2022 |
| 70 | Email of January 29, 2020 among Jorge Valdez, Matthew Vander Horck, and John Satterfield, titled "Re: Contact US - LASD.org 'Kobe'" (COLA007168) | August 16, 2022 | August 16, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 72 | Email of February 26, 2020 among Alene Tchekmedyian, Alex Villanueva, Jorge Valdez, and Others, titled: "Re: LA Times follow up re Lost Hills" (COLA007318) | August 16, 2022 | August 16, 2022 |
| 73 | LA Times Article of February 28, 2020, titled: "Deputies were ordered to delete Kobe Bryant crash photos to avoid discipline, sources say." | August 11, 2022 | August 11, 2022 |
| 82 | Email of March 3, 2020 Among Robert Boese, Jorge Valdez, and Others, titled "DRAFT CALABASA White Sheet responses" (COLA007500) | | |
| 85 | LASD Watch Commander's Service Comment Report dated July 31, 2016 (COLA035335) | August 12, 2022 | August 12, 2022 |
| 86 | Photo - Helicopter Identification Information | August 22, 2022 | August 22, 2022 |
| 87 | LAFD Incident Log (COLA030606) | | |
| 88A | Transcript – Excerpts of Andrew Smith Fire Dep't Interview | August 23, 2022 | August 23, 2022 |
| 88B | Audio – Excerpts of Andrew Smith Fire Dep't Interview | August 23, 2022 | August 23, 2022 |
| 89 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's Second Set of Interrogatories | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 90 | Plaintiff Vanessa Bryant's First Amended Responses & Objections to Defendant County of Los Angeles's First Set of Requests for Admission, Nos. 2-6 | | |
| 91 | Consolidated Complaint for Damages (Wrongful Death/Survival/ Negligence / Helicopter Crash) | | |
| 94 | Text Message Exchange between Plaintiff and Commander Diana Gealta (VB00000094-95) | | |
| 96A | Transcript – Excerpts of Michael Russell LASD Interview | August 15, 2022 | August 15, 2022 |
| 96B | Audio – Excerpts of Michael Russell LASD Interview | August 15, 2022 | August 15, 2022 |
| 97 | Michael Russell Memo to Matthew Vander Horck, dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000715) | August 16, 2022 | August 16, 2022 |
| 98 | Summons in a Civil Action to Michael Russell dated March 22, 2021 | | |
| 99 | (Redacted) Cell Records of Michael Russell (COLA035636) | | |
| 101 | Rafael Mejia Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000713) | August 15, 2022 | August 15, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 102 | LA Times Article dated September 22, 2020, titled: "Vanessa Bryant sues L.A. County sheriff, alleging 'cover-up' of Kobe Bryant crash photos" | August 15, 2022 | August 15, 2022 |
| 103 | LA Times Article dated February 27, 2021, titled "Vanessa Bryant wants to make public names of deputies accused of sharing Kobe crash photos" | | |
| 104 | Email Among Counsel dated March 22, 2021 Serving Summons on Deputy Defendants | | |
| 105 | Summons in a Civil Action to Rafael Mejia dated March 22, 2021 | | |
| 108 | LASD Letter to Rafael Mejia re Notice of Completion of Investigation, dated August 5, 2020 (COLA035244) | August 15, 2022 | August 15, 2022 |
| 110 | Raul Versales Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000712) | August 15, 2022 | August 15, 2022 |
| 111A | Transcript – Excerpts of Raul Versales LASD Interview | August 12, 2022 | August 12, 2022 |
| 111B | Audio – Excerpts of Raul Versales LASD Interview | August 12, 2022 | August 12, 2022 |
| 112 | LASD Letter to Raul Versales re Notice of Completion of Investigation, dated August 5, 2020 (COLA035262-69) | August 15, 2022 | August 15, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 114 | NBC 4 Article: "Vanessa Bryant Files Claim Against Sheriff's Department Over Photos of Crash Site" | | |
| 117 | Email from Joey Cruz to himself dated January 30, 2020 at 5:52 p.m., titled "Willow Incident" (003304) | | |
| 118 | Email from Joey Cruz to himself dated January 30, 2020 at 6:03 p.m., titled "Willow Incident" (COLA003310) | | |
| 119 | Email from Joey Cruz to himself dated January 30, 2020 at 6:06 p.m., attaching "Willow Incident.docx" (COLA003317) | | |
| 120 | Email from Joey Cruz to himself dated January 30, 2020 at 6:12 p.m., attaching "Willow Incident.docx" (COLA003326) | | |
| 121 | Email from Joey Cruz to himself dated January 30, 2020 at 6:21 p.m., attaching "Willow Incident.docx" (COLA003330) | | |
| 122 | Memo from Joey Cruz to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000714) | August 16, 2022 | August 16, 2022 |
| 123A | Transcript – Excerpts of Joey Cruz LASD Interview | August 15, 2022 | August 15, 2022 |
| 123B | Audio – Excerpts of Joey Cruz LASD Interview | August 15, 2022 | August 15, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 124 | Memo from Salvador Becerra to William Jaeger dated July 24, 2020 (COLA035214-19) | August 15, 2022 | August 15, 2022 |
| 128A | Transcript – Excerpts of Matthew Vander Horck LASD Interview | August 12, 2022 | August 12, 2022 |
| 128B | Audio – Excerpts of Matthew Vander Horck LASD Interview | August 12, 2022 | August 12, 2022 |
| 129 | Announcement of Vander Horck Transfer (COLA0035860) | | |
| 131 | Email dated February 20, 2020 Involving Matthew Vander Horck, titled: "Fw: Contact US - LASD.org 'Kobe'" (COLA007303-04) | | |
| 132 | Ruby Cable Memo to Matthew Vander Horck dated January 30, 2020, titled: "Willow Incident Photographs" (COLA000721) | August 23, 2022 | August 23, 2022 |
| 133 | Chris Jauregui Memo to Vander Horck re Willow Incident Photographs, dated January 31, 2020 (COLA000720) | August 23, 2022 | August 23, 2022 |
| 134A | Transcript – Excerpts of Chris Jauregui LASD Interview | August 23, 2022 | August 23, 2022 |
| 134B | Audio – Excerpts of Chris Jauregui LASD Interview | August 23, 2022 | August 23, 2022 |
| 135A | Transcript – Excerpts of Scott Miller LASD Interview No. 1 (Apr. 14, 2020) | August 12, 2022 | August 12, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 135B | Audio – Excerpts of Scott Miller LASD Interview No. 1 (Apr. 14, 2020) | August 12, 2022 | August 12, 2022 |
| 136A | Transcript – Excerpts of Scott Miller LASD Interview No. 2 (May 5, 2020) | | |
| 136B | Audio – Excerpts of Scott Miller LASD Interview No. 2 (May 5, 2020) | | |
| 138A | Transcript – Excerpts of Ben Sanchez LASD Interview No. 1 (Mar. 31, 2020) | August 16, 2022 | August 16, 2022 |
| 138B | Audio – Excerpts of Ben Sanchez LASD Interview No. 1 (Mar. 31, 2020) | August 16, 2022 | August 16, 2022 |
| 139 | Doug Johnson Memo to Matthew Vander Horck dated January 31, 2020, titled: "Willow Incident - Helicopter Crash" (COLA000711) | August 19, 2022 | August 19, 2022 |
| 143A | Transcript – Excerpts of Doug Johnson LASD Interview No. 1 (Mar. 16, 2020) | August 12, 2022 | August 12, 2022 |
| 143B | Audio – Excerpts of Doug Johnson LASD Interview No. 1 (Mar. 16, 2020) | August 12, 2022 | August 12, 2022 |
| 144A | Transcript – Excerpts of Travis Kelly LASD Interview No. 2 (June 30, 2020) | August 12, 2022 | August 12, 2022 |
| 144B | Audio – Excerpts of Travis Kelly LASD Interview No. 2 (June 30, 2020) | August 12, 2022 | August 12, 2022 |
| 145A | Trancipt – Excerpts of Travis Kelly LASD Interview No. 1 (Apr. 7, 2020) | August 23, 2022 | August 23, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 145B | Audio – Excerpts of Travis Kelly LASD Interview No. 1 (Apr. 7, 2020) | August 23, 2022 | August 23, 2022 |
| 146 | Travis Kelly Memo to Matthew Vander Horck dated January 30, 2020, titled: "WILLOW INCIDENT PHOTOGRAPHS" (COLA000722) | August 23, 2022 | August 23, 2022 |
| 147 | LASD Letter to Travis Kelly dated August 8, 2020, titled: "Notification Letter" (COLA035225-32) | August 22, 2022 | August 22, 2022 |
| 149A | Transcript – Excerpts of Nicholas Bonelli LASD Interview | August 12, 2022 | August 12, 2022 |
| 149B | Audio – Excerpts of Nicholas Bonelli LASD Interview | August 12, 2022 | August 12, 2022 |
| 151 | Google Earth image (wide) | | |
| 154 | Email dated January 29, 2020 Among Sheriff Villanueva, John Burcher, and Others, titled: "FW: Contact US - LASD.org 'Kobe'" (COLA007145-46) | August 16, 2022 | August 16, 2022 |
| 155 | LASD Press Release re Crash Scene Photos, dated February 28, 2020 | August 16, 2022 | August 16, 2022 |
| 156 | Letter from Luis Li to Sheriff Villanueva dated March 2, 2020 | August 19, 2022 | August 19, 2022 |
| 158 | Brian Jordan Cell Phone Records (VB00000104-575) | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 162 | Memo from Marrone to Jordan re Direct Order dated May 29, 2020 (COLA035089) | August 17, 2022 | August 17, 2022 |
| 172 | Stipulation Regarding Protocol for Forensic Examination | | |
| 173 | Acknowledgement of Protocol and Directives | | |
| 174 | Chart of Custodian Information | August 17, 2022 | August 17, 2022 |
| 175 | Investigative Analysis Prepared for Parties | August 17, 2022 | August 17, 2022 |
| 178* | Cellebrite Extraction Report (COLA037560-920) | | |
| 180 | Fire Dispatch Log (COLA029973-78) | August 18, 2022 | August 18, 2022 |
| 182 | Verizon Wireless Call Log (COLA030639-41) | | |
| 185 | Text Messages between Monica Arnold and Vanessa Bryant (ARNOLD000001) (Monica Arnold Deposition Exhibit 2) | | |
| 188 | Text Messages between Catherine Gasol and Vanessa Bryant (GASOL000001) (Catherine Gasol Deposition Exhibit 1) | | |
| 192 | LAFD Direct Order from Marrone to Kahan (COLA035088) | August 17, 2022 | August 17, 2022 |
| 300A | Transcript of Excerpts of Villanueva Press Briefing - COLA001200 | August 12, 2022 | August 12, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 300B | Video Excerpts of Villanueva Press Briefing - COLA001200 | August 12, 2022 | August 12, 2022 |
| 302A | Transcript of Excerpts of Villanueva Fox 11 Interview - VB00003622 | August 12, 2022 | August 12, 2022 |
| 302B | Video Excerpts of Villanueva Fox 11 Interview - VB00003622 | August 12, 2022 | August 12, 2022 |
| 303A | Transcript of Excerpts of Villanueva ABC 7 Interview - COLA001182 | August 12, 2022 | August 12, 2022 |
| 303B | Video Excerpts of Villanueva ABC 7 Interview - COLA001182 | August 12, 2022 | August 12, 2022 |
| 304A | Transcript of Excerpts of Villanueva KNX1070 Interview - COLA006932 | August 12, 2022 | August 12, 2022 |
| 304B | Audio Excerpts of Villanueva KNX1070 Interview - COLA006932 | August 12, 2022 | August 12, 2022 |
| 305A | Transcript of Excerpts of Villanueva NBC Interview - COLA030878 | August 12, 2022 | August 12, 2022 |
| 305B | Audio Excerpts of Villanueva NBC Interview - COLA030878 | August 12, 2022 | August 12, 2022 |
| 306A | Transcript of Excerpt of Villanueva & Other LASD Statements to LA Times Audio Recording | August 11, 2022 | August 11, 2022 |
| 306B | Audio Excerpt of Villanueva & Other LASD Statements to LA Times Audio Recording | August 11, 2022 | August 11, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 307 | LASD Request for IAB Investigation, dated February 28, 2020 (COLA000906) | August 19, 2022 | August 19, 2022 |
| 308 | LASD Response to Vanessa Bryant Notice of Claim, dated May 11, 2020 (VB00000001) | | |
| 310 | Jack Altura Ltr. to Luis Li re "Response to March 2, 2020 Letter to Chief Osby," dated March 26, 2020 (VB00000004) | August 19, 2022 | August 19, 2022 |
| 312 | Vanessa Bryant Notice of Claim on LA County Fire Department, dated July 20, 2020 (VB00000011) | | |
| 314 | Vanessa Bryant Notice of Claim on LA County Sheriff's Department, dated May 7, 2020 (VB00000020) | | |
| 315 | Jack Altura Ltr. to Luis Li re "Response to March 2, 2020 Letter to Sheriff Villanueva," dated March 26, 2020 (VB00000039) | August 19, 2022 | August 19, 2022 |
| 317 | Instagram Message to Plaintiff from bhbb7231: "Ima leak Kobe's body" (VB00000048) | August 19, 2022 | August 19, 2022<br><br>As to Ms. Bryant |
| 318 | Annotated Photo Posted on Social Media ("Both legs with knees in air") (VB00000049) | | |
| 319 | Photo of Wreckage and Pink Blanket (VB00000050) | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 320 | Taunting Message to Mrs. Bryant on Social Media (VB00000051) | | |
| 321 | Twitter Post with Photos of Accident Scene, dated January 29, 2020 (VB00000052) | August 19, 2022 | August 19, 2022<br><br>As to Ms. Bryant redacted |
| 322 | Instagram Comments Viewed by Plaintiff (VB00000071) | | |
| 323 | Twitter Post & Profile of "baby boo," dated January 31, 2020 (VB00000096-97) | | |
| 324 | Twitter Post & Profile of "AmericanAnswers.org/Facebook," dated February 7, 2020 (VB00000098-99) | | |
| 325 | Twitter Post & Profile of "DRYX," dated March 24, 2020 (VB00000100-01) | | |
| 326 | Twitter Post & Profile of "Princess Young," dated May 20, 2020 (VB00000102-03) | | |
| 328 | LASD Letter to Brian Williams & Max Huntsman, dated March 4, 2020 (VB00004190) | August 12, 2022 | August 12, 2022 |
| 329 | Search Auto-Populating "Kobe Bryant crash pictures" (VB00004197) | | |
| 332A | Transcript – Excerpts of Ruby Cable LASD Interview | August 12, 2022 | August 12, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 332B | Audio – Excerpts of Ruby Cable LASD Interview | August 12, 2022 | August 12, 2022 |
| 336A | Transcript – Excerpts of Tony Imbrenda Fire Dep't Interview | August 15, 2022 | August 15, 2022 |
| 336B | Audio – Excerpts of Tony Imbrenda Fire Dep't Interview | August 15, 2022 | August 15, 2022 |
| 345A | Transcript – Excerpts of Doug Johnson LASD Interview No. 2 (May 5, 2020) | | |
| 345B | Audio – Excerpts of Doug Johnson LASD Interview No. 2 (May 5, 2020) | | |
| 346A | Transcript – Excerpts of Doug Johnson Fire Dep't Interview No. 1 (July 24, 2020) | August 12, 2022 | August 12, 2022 |
| 346B | Audio – Excerpts of Doug Johnson Fire Dep't Interview No. 1 (July 24, 2020) | August 15, 2022 | August 15, 2022 |
| 348A | Transcript – Excerpts of Brian Jordan Fire Dep't Interview No. 1 (Apr. 6, 2020) | August 15, 2022 | August 15, 2022 |
| 348B | Audio – Excerpts of Brian Jordan Fire Dep't Interview No. 1 (Apr. 6, 2020) | August 15, 2022 | August 15, 2022 |
| 350A | Transcript – Excerpts of Arlin Kahan Fire Dep't Interview | August 18, 2022 | August 24, 2022 |
| 350B | Audio – Excerpts of Arlin Kahan Fire Dep't Interview | August 18, 2022 | August 24, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 357A | Transcript – Excerpts of Anthony Marrone Fire Dep't Interview | August 15, 2022 | August 15, 2022 |
| 357B | Audio – Excerpts of Anthony Marrone Fire Dep't Interview | August 15, 2022 | August 15, 2022 |
| 361A | Transcript – Excerpts of Rafael Mejia LASD Interview | August 12, 2022 | August 12, 2022 |
| 361B | Audio – Excerpts of Rafael Mejia LASD Interview | August 12, 2022 | August 12, 2022 |
| 376A | Transcript – Excerpts of Ben Sanchez LASD Interview No. 2 (May 5, 2020) | August 22, 2022 | August 22, 2022 |
| 376B | Audio – Excerpts of Ben Sanchez LASD Interview No. 2 (May 5, 2020) | | |
| 377A | Transcript – Excerpts of Erik Scott Fire Dep't Interview | August 17, 2022 | August 17, 2022 |
| 377B | Audio – Excerpts of Erik Scott Fire Dep't Interview | August 17, 2022 | August 17, 2022 |
| 388 | Summons in a Civil Action to Raul Versales dated March 22, 2021 | | |
| 389 | Summons in a Civil Action to Joey Cruz dated March 22, 2021 | | |
| 390 | COLA001422 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:00-20:10 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 391 | COLA001423 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:10-20:20 | | |
| 392 | COLA001425 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:31-20:40 | | |
| 393 | COLA001426 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:40-20:51 | | |
| 394 | COLA001427 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 20:51-21:01 | | |
| 395 | COLA001428 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:01-21:11 | | |
| 396 | COLA001429 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:11-21:21 | | |
| 397 | COLA001433 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 21:52-22:03 | | |
| 398 | COLA001436 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:23-22:33 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 399 | COLA001438 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:44-22:46 | | |
| 400 | COLA001439 – California Baja Bar & Grill Surveillance Footage – 1/28/2020, 22:46-22:57 | | |
| 401 | Joey Cruz Cell Records, January 1 - March 6, 2020 (Bates COLA035763-COLA035822) | | |
| 402 | Rafael Mejia Cell Records, January 26 - March 4, 2020 (Bates COLA036079-COLA036662) | | |
| 403 | Certificate of Authenticity for Mejia and Versales Cell Records (VB00004136-VB00004150) | | |
| 405 | Michael Russell Cell Records, January 2 - March 31, 2020 (Bates COLA035626-COLA035746) | | |
| 406 | Raul Versales Cell Records, January 26 - March 4, 2020 (Bates COLA036079-COLA036094, COLA036663-COLA037559) | | |
| 408 | Douglas Johnson Cell Records, January 26 - March 4, 2020 (Bates COLA038063-COLA038538) | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 409 | AT&T Custodian of Records Certification and Accompanying Materials for Douglas Johnson Cell Records, signed November 24, 2021 (Bates COLA038539-COLA038552) | | |
| 411 | Tony Imbrenda, Brian Jordan, & Arlin Kahan LAFD Cell Records, January 26 - March 3, 2020 (Bates COLA037937-COLA037969) | | |
| 412 | Verizon Custodian of Records Certification and Accompanying Materials for Shrout LASD, Miller LASD, Kelly Personal, Imbrenda LAFD, Jordan LAFD, & Kahan LAFD Cell Records, signed November 8, 2021 (Bates VB00004201-VB00004206) | | |
| 415 | Tony Imbrenda Personal Cell Records, January 25 - March 3, 2020 (Bates C0LA035893-C0LA035906) | | |
| 416 | Charter Custodian of Records Certification and Accompanying Materials for Tony Imbrenda Personal Cell Records, signed October 12, 2021 (Bates COLA035907-COLA035909) | | |
| 417 | Brian Jordan Personal Cell Records, January 26 - March 4, 2020 (Bates VB00003632-VB00004129) | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 418 | AT&T Custodian of Records Certification and Accompanying Materials for Brian Jordan Personal Cell Records, signed November 19, 2021 (Bates VB00004130-VB00004135) | | |
| 420 | Arlin Kahan Personal Cell Records, December 27  - March 26, 2020 (Bates COLA035861-COLA035880) | | |
| 421 | Benjamin Sanchez Cell Records, January 26 - March 3, 2020 (Bates COLA035910-COLA035933) | | |
| 422 | Verizon Custodian of Records Certification and Accompanying Materials for Jauregui & Sanchez Cell Records, signed October 25, 2021 (Bates VB00004198-VB00004200) | | |
| 424 | Ruby Cable Cell Records, January 26 - March 3, 2020 (Beg Bates COLA037970) | | |
| 425 | T-Mobile Custodian of Records Certification and Accompanying Materials for Ruby Cable Cell Records, signed November 17, 2021 (Bates COLA037971-COLA038003) | | |
| 428 | Stephanie Shrout & Scott Miller LASD Cell Records, January 26 - March 3, 2020 (Bates COLA037921-C0LA037936) | | |
| 430 | Travis Kelly Cell Records, January 26 - March 3, 2020 (Bates COLA038004-COLA038030) | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 432 | Christopher Jauregui Cell Records, January 26 - March 3, 2020 (Bates COLA038031-COLA038058) | | |
| 434 | LAFD Letter dated June 22, 2015, titled: "Intention to Suspend" (COLA035403-08) | August 12, 2022 | August 12, 2022 |
| 435 | LAFD Letter dated March 1, 2018 re Suspension (COLA035409-16) | | |
| 436 | LAFD Investigation Report dated May 29, 2015 (COLA035417-28) | August 18, 2022 | August 18, 2022 |
| 437 | LAFD Supplemental Investigation Report dated November 1, 2017 (COLA035429-37) | August 12, 2022 | August 12, 2022 |
| 438 | LAFD Letter of Reprimand dated March 27, 2019 (COLA035438-41) | | |
| 439 | LASD Letter to Doug Johnson dated August 8, 2020, titled: "NOTIFICATION LETTER" (COLA035220-24) | August 12, 2022 | August 12, 2022 |
| 440 | Cellbrite Extraction Report and Facebook Messenger Messages between Henry Shue and Ralph Grande | August 15, 2022 | August 15, 2022 |
| 441 | Photo of Detached Helicopter Tail (COLA036077) | | |
| 442 | Photo of Burning Helicopter Wreckage (COLA036078) | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 465A | Transcript – Excerpts of Dennis Breshears Fire Dep't Interview | August 15, 2022 | August 15, 2022 |
| 465B | Audio – Excerpts of Dennis Breshears Fire Dep't Interview | August 15, 2022 | August 15, 2022 |
| 470 | LA Times recording of Villanueva and Valdez (audio only) (VB00004208) | | |
| 471 | LA Times recording of Villanueva and Valdez (with subtitles) (VB00004209) | | |
| 478 | Defendant COLA's Responses to Plaintiff's First Set of Requests for Admission, dated November 24, 2021 | August 22, 2022 | |
| 479 | Defendant LACFD's Responses to Plaintiff's First Set of Requests for Admission, dated November 29, 2021 | | |
| 480 | Defendant LASD's Responses to Plaintiff's First Set of Requests for Admission, dated November 29, 2021 | | |
| 501 | Defendant COLA's Third Supplemental Responses to First Set of Interrogatories, dated March 31, 2021 | | |
| 502 | Defendant COLA's Responses to Second Set of Interrogatories, dated April 19, 2021 | | |
| 503 | Defendant COLA's Responses to Third Set of Interrogatories, dated October 1, 2021 | August 12, 2022 | August 12, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 504 | Defendant Michael Russell's Responses to First Set of Interrogatories, dated October 25, 2021 | | |
| 510 | Recorded Call Between Deputies Nicolas Bonelli and Rafael Mejia – January 26, 2020 (COLA006524) | August 15, 2022 | August 15, 2022 |
| 553 | Performance Log | August 22, 2022 | August 22, 2022 |
| 601 | 1/26/20 Photographs Taken at Command Post by Rafael Mejia (COLA000773-COLA000775) | August 15, 2022 | August 15, 2022 |
| 602 | 1/26/20 Photographs Taken at Command Post by Raul Versales (COLA000762-COLA000771) | | |
| 606 | 3/6/20 Direct Order to Tony Imbrenda (COLA0035086-COLA0035087) | August 17, 2022 | August 17, 2022 |
| 607 | 1/26/20 Photographs taken near the command post by Travis Kelly (COLA000781-COLA000796) | August 22, 2022 | August 22, 2022 |
| 611 | 11/3/21 Kroll Supplemental Investigative Analysis | August 17, 2022 | August 17, 2022 |
| 612 | POST Basic Course Workbook | | |
| 613 | Policy and Ethics Chapter from Manual of Policies and Procedures | | |
| 614 | Updates to Learning Domain 30 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 615 | Plaintiff Vanessa Bryant's Amended Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |
| 616 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's First Set of Requests for Admission | | |
| 617 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's First Set of Interrogatories | | |
| 618 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |
| 619 | Plaintiff Vanessa Bryant's Second Amended Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |
| 620 | Plaintiff Vanessa Bryant's Third Amended Responses & Objections to Defendant County of Los Angeles's Amended First Set of Interrogatories | | |
| 621 | Plaintiff Vanessa Bryant's Amended Responses & Objections to Defendant County of Los Angeles's Second Set of Interrogatories | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 622 | Plaintiff Vanessa Bryant's Responses & Objections to Defendant County of Los Angeles's Third Set of Interrogatories | | |
| 623 | Los Angeles County General Records Retention Schedule § G.07.070 | | |
| 624 | LACFD 3/3/20 Litigation Hold re Willow Incident (COLA035934 – COLA035941) | | |
| 625 | Written confirmations of receipt of 3/3/20 LACFD Litigation Hold re Willow Incident (COLA035934 – COLA035941) | August 17, 2022 | August 17, 2022 |
| 626 | LACFD 7/21/20 Revised Litigation Hold re Willow Incident  (COLA035951 – COLA035954) | | |
| 627 | Written confirmations of receipt of 7/21/20 Litigation Hold re Willow Incident (COLA035955 –COLA035956; COLA035943) | August 17, 2022 | August 17, 2022 |
| 628 | Forensic Extraction Report for Tony Imbrenda's LACFD –issued cellphone (COLA035475) | | |
| 629 | Forensic Extraction Report for Arlin Kahan's LACFD –issued cellphone  (COLA035331) | | |
| 630 | Forensic Extraction Report for Brian Jordan's LACFD –issued cellphone (COLA035332) | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 631 | Chain of Custody re LACFD-issued cellphones (Case No. 2:20-cv-09582-JFW-E Dkt. 151-63, 52-53) | | |
| 632 | 5/11/20 Notice re Notice of Civil Claim of Vanessa Bryant to Captain Salvador Becerra (COLA035976 – COLA035982) | | |
| 633 | 6/23/20 Notice re Notice of Civil Claim of Vanessa Bryant (COLA035969 – COLA035975) | | |
| 634 | 7/24/20 LASD Litigation Hold Notice (COLA035957) | August 17, 2022 | August 17, 2022 |
| 635 | Lt. Kallenberger's 7/24/20 response to Litigation Hold Notice (COLA035958) | August 17, 2022 | August 17, 2022 |
| 636 | 7/24/20 email correspondence between Lt. Kallenberger and Janel Ramos re notifying "all appropriate involved units regarding the Bryant crash" (COLA035959 – COLA035960) | | |
| 637 | 7/27/20 email correspondence from Janel Ramos forwarding LASD Litigation Hold Notice (COLA035961 – COLA035962) | | |
| 638 | 7/27/20 email from Commander Valdez forwarding LASD Litigation Hold Notice (COLA035963 – COLA035964) | August 17, 2022 | August 17, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 639 | 7/27/20 email from Constitutional Policy Advisor Georgina Glaviano forwarding LASD Litigation Hold Notice (COLA035965 – COLA035968) | | |
| 640 | 1/27/20 LA Times Article re Kobe Bryant's death in helicopter crash stuns the world, leaves L.A. grieving (https://www.latimes.com/california/story/2020-01-27/kobe-bryant-killed-helicopter-crash) | | |
| 641 | 7/3/20 LA Times Article re Text messages reconstruct copter crash that killed Kobe Bryant, eight others (https://www.latimes.com/sports/story/2020-07-03/reconstruct-of-kobe-bryant-copter-crash) | August 17, 2022 | August 17, 2022 |
| 642 | 12/21/21 LA Times Article re A deputy showed images in a bar of Kobe Bryant's body. Vanessa Bryant now wants justice (https://www.latimes.com/california/story/2021-12-21/vanessa-bryant-kobe-bryant-death-photos-lawsuit-la-county-sheriff) | | |
| 643 | 1/26/20 Tweet from RMG News (https://twitter.com/RMGNews/status/1221531361351061505) | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 644 | 1/27/20 Fox 11 news video re Federal officials investigate deadly helicopter crash that killed nine, including Kobe Bryant (https://www.foxla.com/news/federal-officials-investigate-deadly-helicopter-crash-that-killed-nine-including-kobe-bryant) | August 12, 2022 | August 12, 2022 |
| 645 | 1/28/20 ABC7 news video re Kobe Bryant crash: Nest video captures audio of helicopter's final moments (https://abc7.com/kobe-bryant-crash-death-ring-video/5886910/) | | |
| 646 | 1/28/20 NTSB Calabasas, CA Helicopter Crash B-Roll video (https://www.youtube.com/watch?v=GvjzFWbJJxo) | | |
| 647 | 1/28/20 RMG News video re Kobe Bryant, his daughter Gianna and Seven others killed in Calabasas helicopter crash, California (https://www.youtube.com/watch?v=Ucfar2RUXkU) | August 12, 2022 | August 12, 2022 |
| 648 | 1/30/20 Reuters news video re Helicopter in Kobe Bryant crash lacked certificate to fly in fog (https://www.reuters.com/article/us-people-kobe-bryant-helicopter-idUSKBN1ZU0NL) | | |
| 649 | 1/31/20 ABC7 news video re SoCal congressman introduces bill to improve helicopter safety after Kobe Bryant crash (https://abc7news.com/helicopter-crash-calabasas-kobe-bryant-dead/5894224/) | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 650 | 6/17/20 ABC World News Tonight news video re Investigation into helicopter crash that killed Kobe Bryant (https://www.youtube.com/watch?v=5uef8V b4J7Y) | August 12, 2022 | August 12, 2022 |
| 651 | 2/11/20 ABC7 news video re New video shows wreckage from helicopter crash that killed Kobe Bryant, 8 others (https://www.youtube.com/watch?v=NerEjG L91IU) | August 12, 2022 | August 12, 2022 |
| 652 | 2/7/20 Foxla.com Article re Preliminary report reveals no engine failure in deadly Kobe Bryant helicopter crash (https://www.foxla.com/news/preliminary-report-reveals-no-engine-failure-in-deadly-kobe-bryant-helicopter-crash) | | |
| 653 | 2/9/21 Bloomberg Article re NTSB Finds Pilot Caused Kobe Bryant Crash by Flying Into Fog (https://www.bloomberg.com/news/articles/2 021-02-09/kobe-bryant-pilot-failed-to-follow-training-to-avoid-fatal-crash) | | |
| 655 | 1/6/22 LA Daily News Article re LA County says it will prevail in Kobe Bryant crash photo lawsuit, but Vanessa Bryant presses on (https://www.dailynews.com/2022/01/06/la-county-says-it-will-prevail-in-kobe-bryant-crash-photo-lawsuit-but-vanessa-bryant-presses-on/) | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 657 | 2/7/20 WHYY.org Article re Probe: No signs of outward engine failure in Kobe Bryant crash (https://whyy.org/articles/probe-no-signs-of-outward-engine-failure-in-bryant-crash/) | | |
| 658 | 2/10/21 Mercury News Article re Terrain warning would not have averted Kobe Bryant helicopter crash, NTSB chair says (https://www.mercurynews.com/2021/02/10/terrain-warning-would-not-have-averted-kobe-bryant-helicopter-crash-ntsb-chair-says/) | | |
| 661 | 4/21/20 USA Today Article re Families sue helicopter company in deadly Kobe Bryant crash, but do not name pilot (https://www.usatoday.com/story/sports/nba/2020/04/21/kobe-bryant-crash-families-sue-helicopter-company-©-name-pilot/2995005001/) | | |
| 662 | 6/17/20 Washington Post Article re Pilot in Kobe Bryant helicopter crash may have disoriented in fog, federal investigators say (https://www.washingtonpost.com/local/trafficandcommuting/pilot-in-kobe-bryant-helicopter-crash-may-have-become-disoriented-in-fog-federal-investigators-say/2020/06/17/0c226af2-b0dc-11ea-856d-5054296735e5_story.html) | | |
| 663 | Google search results for "Kobe Bryant crash photos" | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 664 | Vanessa Bryant communications with Dr. David Rice (VB0003588 – VB00003618) | | |
| 665 | Records produced by Dr. David Rice (RICE0000001 – RICE0000110) | | |
| 666 | Getty Images – Kobe Crash Premium High Res Photos (https://www.gettyimages.com/photos/kobe-crash) | | |
| 668 | Vanessa Bryant Instagram Account and Posts - @vanessabryant (https://www.instagram.com/vanessabryant) | August 19, 2022 | |
| 668A | Bryant Instagram Post, February 13, 2020 | | |
| 668B | Bryant Instagram Post, March 31, 2020 | August 19, 2022 | August 19, 2022 |
| 668C | Bryant Instagram Post, April 8, 2020 | August 19, 2022 | August 19, 2022 |
| 668D | Bryant Instagram Post, April 13, 2020 | | |
| 668E | Bryant Instagram Post, May 16, 2020 | August 19, 2022 | August 19, 2022 |
| 668F | Bryant Instagram Post, May 21, 2020 | August 19, 2022 | August 19, 2022 |
| 668G | Bryant Instagram Post, June 18, 2020 | August 19, 2022 | August 19, 2022 |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 668H | Bryant Instagram Post, June 19, 2020 | | |
| 668I | Bryant Instagram Post, July 5, 2020 | | |
| 668J | Bryant Instagram Post, July 21, 2020 | August 19, 2022 | August 19, 2022 |
| 668K | Bryant Instagram Post, September 25, 2020 | August 19, 2022 | August 19, 2022 |
| 668L | Bryant Instagram Post, September 25, 2020 | August 19, 2022 | August 19, 2022 |
| 668M | Bryant Instagram Post, December 15, 2020 | | |
| 668N | Bryant Instagram Post, January 14, 2021 | | |
| 668O | Bryant Instagram Post, January 15, 2021 | | |
| 668P | Bryant Instagram Post, January 15, 2021 | August 19, 2022 | August 19, 2022 |
| 668Q | Bryant Instagram Post, February 3, 2021 | | |
| 668R | Bryant Instagram Post, March 3, 2021 | August 19, 2022 | August 19, 2022 |
| 668S | Bryant Instagram Post, March 17, 2021 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 668T | Bryant Instagram Post, May 16, 2021 | | |
| 668U | Bryant Instagram Post, May 19, 2021 | | |
| 668V | Bryant Instagram Post, June 3, 2021 | | |
| 668W | Bryant Instagram Post, June 3, 2021 | | |
| 668X | Bryant Instagram Post, June 10, 2021 | | |
| 668Y | Bryant Instagram Post, June 19, 2021 | | |
| 668Z | Bryant Instagram Post, June 19, 2021 | | |
| 668AA | Bryant Instagram Post, June 19, 2021 | | |
| 668AB | Bryant Instagram Post, June 28, 2021 | | |
| 668AC | Bryant Instagram Post, June 29, 2021 | August 19, 2022 | August 19, 2022 |
| 668AD | Bryant Instagram Post, July 3, 2021 | | |
| 668AE | Bryant Instagram Post, July 4, 2021 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 668AF | Bryant Instagram Post, August 1, 2021 | | |
| 668AG | Bryant Instagram Post, August 2, 2021 | | |
| 668AH | Bryant Instagram Post, August 3, 2021 | | |
| 668AI | Bryant Instagram Post, August 4, 2021 | | |
| 668AJ | Bryant Instagram Post, August 6, 2021 | | |
| 668AK | Bryant Instagram Post, August 6, 2021 | | |
| 668AL | Bryant Instagram Post, August 22, 2021 | | |
| 668AM | Bryant Instagram Post, August 29, 2021 | | |
| 668AN | Bryant Instagram Post, August 29, 2021 | | |
| 668AO | Bryant Instagram Post, August 29, 2021 | | |
| 668AP | Bryant Instagram Post, August 30, 2021 | | |
| 668AQ | Bryant Instagram Post, August 30, 2021 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 668AR | Bryant Instagram Post, August 30, 2021 | | |
| 668AS | Bryant Instagram Post, August 30, 2021 | | |
| 668AT | Bryant Instagram Post, August 30, 2021 | | |
| 668AU | Bryant Instagram Post, August 30, 2021 | | |
| 668AV | Bryant Instagram Post, August 31, 2021 | | |
| 668AW | Bryant Instagram Post, August 31, 2021 | | |
| 668AX | Bryant Instagram Post, August 31, 2021 | | |
| 668AY | Bryant Instagram Post, August 31, 2021 | | |
| 668AZ | Bryant Instagram Post, August 31, 2021 | | |
| 668BA | Bryant Instagram Post, August 31, 2021 | | |
| 668BB | Bryant Instagram Post, September 6, 2021 | | |
| 668BC | Bryant Instagram Post, September 7, 2021 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 668BD | Bryant Instagram Post, September 14, 2021 | | |
| 668BE | Bryant Instagram Post, September 14, 2021 | | |
| 668BF | Bryant Instagram Post, September 14, 2021 | | |
| 668BG | Bryant Instagram Post, September 16, 2021 | | |
| 668BH | Bryant Instagram Post, September 19, 2021 | | |
| 668BI | Bryant Instagram Post, October 31, 2021 | August 19, 2022 | August 19, 2022 |
| 668BJ | Bryant Instagram Post, October 31, 2021 | August 19, 2022 | August 19, 2022 |
| 668BK | Bryant Instagram Post, November 1, 2021 | | |
| 668BL | Bryant Instagram Post, November 2, 2021 | | |
| 668BM | Bryant Instagram Post, November 2, 2021 | | |
| 668BN | Bryant Instagram Post, December 8, 2021 | | |
| 668BO | Bryant Instagram Post, December 19, 2021 | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 668BP | Bryant Instagram Post, December 24, 2021 | August 19, 2022 | August 19, 2022 |
| 668BQ | Bryant Instagram Post, January 5, 2021 | | |
| 668BR | Bryant Instagram Post, January 8, 2021 | | |
| 669 | Complaint for Damages, *Urbieta v. Bryant, et al.*, Orange County Superior Court, Case No. 30-2020-01174715-U-FR-CJC | | |
| 670 | Notice of Settlement of Entire Case, *Urbieta v. Bryant, et al.*, Orange County Superior Court, Case No. 30-2020-01174715-U-FR-CJC | | |
| 671 | Request for Dismissal, *Urbieta v. Bryant, et al.*, Orange County Superior Court, Case No. 30-2020-01174715-U-FR-CJC | | |
| 672 | Joint Stipulation of Dismissal with Prejudice, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 121.] | | |
| 673 | Order Dismissing Action with Prejudice re Bryant Plaintiffs, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 124.] | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 674 | Joint Stipulation of Dismissal with Prejudice, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 125.] | | |
| 675 | Order Dismissing Action, *Bryant, et al. v. Island Express Helicopters, Inc., et al.*, United States District Court, Central District of California, Case No. 2:20-cv-08953 FMO (PVCx) [Dkt. 139.] | | |
| 676 | Los Angeles County Code of Ordinances Title 5, Appendix 1 Civil Service Rules § 18.031 Discipline | | |
| 677 | LACFD Code of Ethics and Oath of Office – V2-C1-S1 10/28/21 Rules and Regulations | August 22, 2022 | August 22, 2022 |
| 678 | LASD Manual of Policy and Procedures: 5-05/060.10 – Photographs | August 12, 2022 | August 12, 2022 |
| 679 | LASD Manual of Policy and Procedures: 5-09/090.00 – Dead Bodies – Homicides, Suicides, Accidental and Natural | | |
| 680 | LASD Manual of Policy and Procedures: 5-09/475.00 Photographs/Recordings at Scenes Where Human Remains are Present | | |
| 681 | California Commission on Peace Officer Standards and Training – Learning Domain 29: Traffic Collision Investigation | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 682 | California Commission on Peace Officer Standards and Training – Learning Domain 1: Leadership, Professionalism, and Ethics | | |
| 683 | California Commission on Peace Officer Standards and Training – Learning Domain 00: Becoming an Exemplary Peace Officer | | |
| 684 | California Commission on Peace Officer Standards and Training – Learning Domain 30: Crime Scenes, Evidence, and Forensics | August 15, 2022 | August 15, 2022 |
| 685 | LASD Manual of Policy and Procedure, Volume 3 – Chapter 1: Policy and Ethics | August 15, 2022 | August 15, 2022 |
| 686 | International Civil Aviation Organization, Annex 13 to the Convention on International Civil Aviation – Aircraft Accident and Incident Investigation | | |
| 687 | LASD Emergency Operating Procedure 2-2 Air Disaster (Ground and/or Sea) | | |
| 688 | Brian Jordan text messages from January-February 2020 (JORDAN000001-11) | | |
| 689 | Plaintiff Christopher Chester's Response to Amended First Set of Interrogatories | | |
| 690 | Plaintiff Christopher Chester's Responses and Objections to Amended First Set of Interrogatories | | |

| Ex. No. | Description | Identified | Admitted |
|---------|-------------|-----------|----------|
| 691 | Plaintiff Christopher Chester's Response to Second Set of Interrogatories | | |
| 692 | Plaintiff Christopher Chester's Response to Third Set of Interrogatories | | |
| 693 | Plaintiff Christopher Chester's Response to First Set of Requests for Admission | | |
| 694 | Additional Brian Jordan text messages from January-February 2020 | | |
| 695 | | | |
| 696 | Stipulation: Fact Agreed Upon by the Parties | August 16, 2022 | August 16, 2022 |
| 697 | Picture | August 19, 2022 | |
| 698 | Picture | August 19, 2022 | |
| 700 | Picture | August 19, 2022 | |