# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  CV 20-9582-JFW(Ex) | Date: August 25, 2022 |
| Title:  Vanessa Bryant -v- County of Los Angeles, et al. | |

Case No.  CV 20-10844 JFW(Ex)
Title:  Christopher L. Chester -v- County of Los Angeles, et al.

**PRESENT:** **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| Luis Li | Jennifer Mira Hashmall |
| Craig Armand Lavoi | Jason H. Tokoro |
| | |
| Jerome M. Jackson | Jennifer Mira Hashmall |
| | Jason H. Tokoro |

**PROCEEDINGS:** **STATUS CONFERENCE**

Case called, and counsel make their appearance.

Status conference held.

Court and counsel discuss the juror note filed under seal August 24, 2022.

Further Status Conference is set for August 26, 2022 at 9:00 a.m.

The Court Reporter's transcript is ordered sealed.