**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.    CV 20-9582-JFW(Ex)                                    Date:  August 26, 2022
Title:      Vanessa Bryant -*v*- County of Los Angeles, et al.

Case No.    CV 20-10844 JFW(Ex)
Title:      Christopher L. Chester -*v*- County of Los Angeles, et al.

**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

                Shannon Reilly              Miranda Algorri
                Courtroom Deputy            Court Reporter

<u>**ATTORNEYS PRESENT FOR PLAINTIFFS**</u>:     <u>**ATTORNEYS PRESENT FOR DEFENDANTS**</u>:
Luis Li                                      Mira Hashmall
Craig Armand Lavoi                           Jason H. Tokoro
Jennifer Lynn Bryant                         Casey Blair Sypek
Melissa E. Mills


Jerome M. Jackson                            Mira Hashmall
                                             Jason H. Tokoro
                                             Casey Blair Sypek


**PROCEEDINGS:   STATUS CONFERENCE**

Case called, and counsel make their appearance.

The Court issues its ruling as stated on the record.

All trial exhibits and lodged depositions are returned to counsel.

                                             Initials of Deputy Clerk  sr
                                             0/20