MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT

[*Additional counsel continued on following page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | **CASE NO. 2:20-cv-09582-JFW-E (Lead Case)**<br><br>**JOINT STIPULATION RE MOTION BRIEFING SCHEDULES**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| CHRISTOPHER L. CHESTER,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | **CASE NO. 2:20-cv-10844-JFW-E** |

574942.3

JOINT STIPULATION RE MOTION BRIEFING SCHEDULES

[*Additional counsel, continued from previous page:*]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1828

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

LUIS LI (State Bar No. 156081)
luis.li@wsgr.com
ERIC TUTTLE (State Bar No. 248440)
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
craig.lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff
VANESSA BRYANT

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorney for Plaintiff
CHRISTOPHER L. CHESTER

## STIPULATION

Plaintiffs Vanessa Bryant and Christopher L. Chester (collectively, "Plaintiffs") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 22, 2022, Defendants filed a Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(a) (the "Rule 50(a) Motion");

WHEREAS, the Court denied Defendants' Rule 50(a) Motion without prejudice to Defendants filing a renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) following the jury's verdict;

WHEREAS, on August 24, 2022, the jury rendered a verdict in favor of Plaintiffs;

WHEREAS, the parties are currently meeting and conferring regarding the form and contents of the proposed judgment, and the Court has not yet entered a judgment in this action;

WHEREAS, Defendants intend to file a renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) (the "Renewed Motion");

WHEREAS, Federal Rule of Civil Procedure 50(b) provides a deadline of 28 days after entry of judgment for Defendants' Renewed Motion;

WHEREAS, Plaintiffs intend to file motions for attorneys' fees and related nontaxable expenses pursuant to Federal Rule of Civil procedure 54(d)(2) (the "Fee Motions");

WHEREAS, Federal Rule of Civil Procedure 54(d)(2) provides a deadline of 14 days after entry of judgment for Plaintiffs' Fee Motions unless a statute or a court order provides otherwise;

WHEREAS, the Parties have agreed to a briefing schedule with respect to the Renewed Motion and Fee Motions, and believe this briefing schedule will facilitate an orderly and efficient resolution of the issues by, among other things, permitting the parties to brief the amount of any fee award to Plaintiffs with the benefit of the Court's guidance on Defendants' Renewed Motion and after Plaintiffs have incurred any fees associated with that motion.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS**:

1. **Renewed Motion**: The last day for Defendants to file and serve their Renewed Motion shall be three weeks after the Court enters judgment;
2. The last day for Plaintiffs to file an opposition to the Renewed Motion shall be three weeks after the Renewed Motion is filed;
3. The last day for Defendants to file a reply in support of the Renewed Motion shall be two weeks after Plaintiffs' opposition is filed; and
4. The hearing on the Renewed Motion shall be set for the first available date after Defendants' reply is filed.
5. **Fee Motion**: The last day for Plaintiffs to file their Fee Motions is three weeks after the Court rules on the Renewed Motion;
6. The last day for Defendants to file their oppositions to the Fee Motions shall be three weeks after the Fee Motions are filed;
7. The last day for Plaintiffs to file their replies in support of the Fee Motions shall be two weeks after Defendants' oppositions are filed; and
8. The hearing on the Fee Motions shall be set for the first available date after Plaintiffs' replies are filed.

**IT IS SO STIPULATED.**

DATED:  August 29, 2022        OFFICE OF COUNTY COUNSEL


                                By:      /s/ Jonathan C. McCaverty
                                     JONATHAN C. McCAVERTY
                                     Attorneys for Defendant
                                     LOS ANGELES COUNTY SHERIFF'S
                                     DEPARTMENT


DATED:  August 29, 2022        MILLER BARONDESS, LLP


                                By:      /s/ Mira Hashmall
                                     MIRA HASHMALL
                                     Attorneys for Defendants
                                     COUNTY OF LOS ANGELES and
                                     LOS ANGELES COUNTY FIRE
                                     DEPARTMENT


DATED:  August 29, 2022        WILSON SONSINI GOODRICH & ROSATI PC


                                By:      /s/ Luis Li
                                     LUIS LI
                                     Attorneys for Plaintiff
                                     VANESSA BRYANT

| | | |
|---|---|---|
| 1 | DATED: August 29, 2022 | JEROME M. JACKSON LAW OFFICES |

By: /s/ Jerome M. Jackson
 JEROME M. JACKSON
 Attorneys for Plaintiff
 CHRISTOPHER L. CHESTER

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | The other signatories listed, and on whose behalf the filing is submitted, |
| 3 | concur in the filing's content and have authorized the filing. |
| 4 | |
| 5 | DATED: August 29, 2022        MILLER BARONDESS, LLP |
| 6 | |
| 7 | |
| 8 | By:    /s/ Mira Hashmall |
|   | MIRA HASHMALL |
| 9 | Attorneys for Defendants |
| 10 | COUNTY OF LOS ANGELES and |
|    | LOS ANGELES COUNTY FIRE |
| 11 | DEPARTMENT |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |