# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY — DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Meghann Cuniff |
| 2a. Contact Phone Number | 949-370-5786 |
| 3a. Contact E-mail Address | meghanncuniff@gmail.com |
| 1b. Attorney Name (if different) | |
| 2b. Attorney Phone Number | |
| 3b. Attorney E-mail Address | |
| 4. Mailing Address | PO Box 5853, San Clemente, CA 92674 |
| 5. Name & Role of Party Represented | journalist |
| 6. Case Name | Vanessa Bryant v. County of Los Angeles |
| 7a. District Court Case Number | 2:20-cv-09582 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [ ] DIGITALLY RECORDED
- [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorrie

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [ ] Non-Appeal  |  [ ] Criminal  [X] Civil  |  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED**

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | Paper | Condensed (email) | CM/ECF Access (web) | Word Indexing | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/22 | 434 | John Walter | status conference | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| ~~8/25/22~~ | ~~435~~ | ~~John Walter~~ | ~~status conference~~ | ~~●~~ | ~~○~~ | ~~○~~ | ~~○~~ | ~~○~~ | ~~○~~ | ~~○~~ | ~~ORDINARY (30-day)~~ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.**

I will pay for expedited delivery if available. I can be reached at 949-370-5786.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 8/29/22     Signature: Meghann Cuniff

G-120 (06/18)