# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-09582-JFW-Ex<br><br>Consolidated with:<br>2:20-cv-10844-JFW-Ex<br><br>**JUDGMENT ON 42 U.S.C. § 1983 CAUSES OF ACTION**<br><br>The Honorable John F. Walter |
| CHRISTOPHER L. CHESTER,<br><br>　　　　PLAINTIFF,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | |

# JUDGMENT

The above-captioned cases were consolidated and the first cause of action (42 U.S.C. § 1983) in Plaintiff Vanessa Bryant's First Amended Complaint (-9582 Dkt. 54) and the second cause of action (42 U.S.C. § 1983) in Plaintiff Christopher Chester's Second Amended Complaint (-10844 Dkt. 45) were tried by a jury with U.S. District Judge John F. Walter presiding, and the jury has rendered verdicts as to these causes of action.  Pursuant to the jury's verdict, and to Plaintiff Bryant's agreement regarding the amount of her award against Defendant Los Angeles Sheriff's Department (-9582 Dkt. 410),

**IT IS ORDERED** that Plaintiff Vanessa Bryant is awarded judgment against Defendant Los Angeles County Sheriff's Department on her first cause of action (under 42 U.S.C. § 1983) in the amount of nine million dollars ($9,000,000) in damages, plus post-judgment interest at the rate of 3.33 percent (as provided by 28 U.S.C. § 1961), along with costs.

**IT IS FURTHER ORDERED** that Plaintiff Vanessa Bryant is awarded judgment against Defendant Los Angeles County Fire Department on her first cause of action (under 42 U.S.C. § 1983) in the amount of six million dollars ($6,000,000) in damages, plus post-judgment interest at the rate of 3.33 percent (as provided by 28 U.S.C. § 1961), along with costs.

**IT IS FURTHER ORDERED** that Plaintiff Vanessa Bryant is awarded judgment against Defendant County of Los Angeles on her first cause of action (under 42 U.S.C. § 1983) in the amount of fifteen million dollars ($15,000,000) in damages, plus post-judgment interest at the rate of 3.33 percent (as provided by 28 U.S.C. § 1961), along with costs.

**IT IS FURTHER ORDERED** that, pursuant to the foregoing, Defendant County of Los Angeles and Defendant Los Angeles County Sheriff's Department are jointly and severally liable to Plaintiff Vanessa Bryant in the amount of nine million dollars ($9,000,000) plus post-judgment interest and costs, and Defendant

County of Los Angeles and Defendant Los Angeles County Fire Department are jointly and severally liable to Plaintiff Vanessa Bryant in the amount of six million dollars ($6,000,000) plus post-judgment interest and costs, and that Plaintiff Vanessa Bryant may not recover more than fifteen million dollars ($15,000,000) in total, plus post-judgment interest, costs, and fees awarded pursuant to Federal Rule of Civil Procedure 54(d)(2) from Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department, collectively.

**IT IS ORDERED** that Plaintiff Christopher Chester is awarded judgment against Defendant Los Angeles County Sheriff's Department on his second cause of action (under 42 U.S.C. § 1983) in the amount of nine million dollars ($9,000,000) in damages, plus post-judgment interest at the rate of 3.33 percent (as provided by 28 U.S.C. § 1961), along with costs.

**IT IS FURTHER ORDERED** that Plaintiff Christopher Chester is awarded judgment against Defendant Los Angeles County Fire Department on his second cause of action (under 42 U.S.C. § 1983) in the amount of six million dollars ($6,000,000) in damages, plus post-judgment interest at the rate of 3.33 percent (as provided by 28 U.S.C. § 1961), along with costs.

**IT IS FURTHER ORDERED** that Plaintiff Christopher Chester is awarded judgment against Defendant County of Los Angeles ("County") on his cause of action under 42 U.S.C. § 1983 in the amount of fifteen million dollars ($15,000,000) in damages, plus post-judgment interest at the rate of 3.33 percent (as provided by 28 U.S.C. § 1961), along with costs.

**IT IS FURTHER ORDERED** that, pursuant to the foregoing, Defendant County of Los Angeles and Defendant Los Angeles County Sheriff's Department are jointly and severally liable to Plaintiff Christopher Chester in the amount of nine million dollars ($9,000,000) plus post-judgment interest and costs, and Defendant County of Los Angeles and Defendant Los Angeles County Fire Department are

jointly and severally liable to Plaintiff Christopher Chester in the amount of six million dollars ($6,000,000) plus post-judgment interest and costs, and that Plaintiff Christopher Chester may not recover more than fifteen million dollars ($15,000,000) in total, plus post-judgment interest, costs, and fees awarded pursuant to Federal Rule of Civil Procedure 54(d)(2) from Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department, collectively.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1961, any post-judgment interest owed by Defendants County of Los Angeles, Los Angeles County Sheriff's Department, or Los Angeles County Fire Department to Plaintiff Vanessa Bryant or Plaintiff Christopher Chester under this judgment shall be computed daily from the date of entry of this judgment until such judgment is paid in full and shall be compounded annually.

The Court expressly determines under Federal Rule of Civil Procedure 54(b) that there is no just reason to delay entry of a final judgment on these causes of action and directs the clerk to enter this final judgment in favor of Plaintiffs Vanessa Bryant and Christopher Chester, and against Defendants Los Angeles County Sheriff's Department, Los Angeles County Fire Department, and County of Los Angeles on Plaintiff Vanessa Bryant's first cause of action (42 U.S.C. § 1983) and Plaintiff Christopher Chester's second cause of action (42 U.S.C. § 1983).

This judgment is without prejudice to any application for attorney's fees and related nontaxable expenses filed by Plaintiffs pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54-7, or any opposition thereto by Defendants.

DATED: August 31, 2022

_____
Hon. John F. Walter