LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

[*Counsel continued on next page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 2:20-cv-09582-JFW-E (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS**<br><br>**Current Deadline: September 19, 2022**<br><br>**Proposed Deadline: October 10, 2022** |
| CHRISTOPHER L. CHESTER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | **Other Deadlines**:<br>Defendants' Renewed Rule 50 Motion: September 21, 2022<br><br>Plaintiffs' Response to Defendants' Rule 50 Motion: October 12, 2022<br><br>Defendants' Reply ISO Rule 50 Motion: October 26, 2022<br><br>[*Proposed Order Filed Concurrently Herewith*]<br><br>Assigned to the Hon. John F. Walter |

1

[*Additional counsel, continued from previous page*]

2

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com

3

JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238

4

El Segundo, California 90245
Telephone: (310) 726-4199

5

Facsimile: (310) 414-0486

6

Attorneys for Plaintiff
CHRISTOPHER L. CHESTER

7

8

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com

9

MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)

10

MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000

11

Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

12

13

Attorneys for Defendants
County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael
Mejia, Michael Russell, Raul Versales, Arlin Kahan, and Tony Imbrenda

14

15

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*

16

jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL

17

General Litigation Division
500 West Temple Street, Suite 468

18

Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

19

20

Attorneys for Defendant
Los Angeles County Sheriff's Department

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DEADLINE FOR JOINT STATEMENT ON STATE LAW CLAIMS

Plaintiffs Vanessa Bryant and Christopher Chester ("Plaintiffs") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan, and Tony Imbrenda ("Defendants"), by and through their respective counsel of record, hereby stipulate the parties' deadline to submit a joint statement regarding whether Plaintiffs intend to pursue their state law causes of action, currently set for **September 19, 2022**, be continued to **October 10, 2022**, based upon the following good cause:

1.     On August 31, 2022, the Court issued an Order instructing Plaintiffs to file a joint statement advising the Court whether they intend to pursue their state law causes of action.  (*See* Dkt. 440.)

2.     Following the Court's Order, Plaintiffs and Defendants have engaged in dialogue regarding Plaintiffs' state law claims.  The parties believe a three-week continuance of the deadline to submit a joint statement regarding the state law claims will provide time for their discussions to continue and enable Plaintiffs to provide a more definite statement of their intention with respect to the state law claims.

3.     The parties have not previously requested to continue this deadline. The requested continuance is not made with the intent to delay proceedings, nor will a continuance affect any other deadline in the case.

DATED:  September 16, 2022           WILSON SONSINI GOODRICH & ROSATI

By: _____
                */s/ Luis Li*
                LUIS LI

Attorneys for Plaintiff Vanessa Bryant

- 1 -

1  DATED: September 16, 2022          JEROME M. JACKSON LAW OFFICES

2

3

4                                     By:        /s/ Jerome M. Jackson
                                               JEROME M. JACKSON
5

6                                     Attorneys for Plaintiff Christopher L. Chester

7
   DATED: September 16, 2022          MILLER BARONDESS, LLP
8

9

10                                    By:          /s/ Mira Hashmall
                                               J. MIRA HASHMALL
11

12                                    Attorneys for Defendants County of Los
                                      Angeles, Los Angeles County Fire Department,
13                                    Joey Cruz, Rafael Mejia, Michael Russell, Raul
                                      Versales, Arlin Kahan and Tony Imbrenda
14

15

16  DATED: September 16, 2022          LOS ANGELES COUNTY COUNSEL

17

18

19                                    By:        /s/ Jonathan McCaverty
                                               JONATHAN C. McCAVERTY
20

21                                    Attorneys for Defendant
                                      Los Angeles County Sheriff's Department
22

23

24                          ECF CERTIFICATION

25          The filing attorney attests that Defendants' counsel concurs in the content of,

26  and has authorized, this filing.

27

28