1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>         Defendants.<br>―――――――――――――――<br>CHRISTOPHER L. CHESTER,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>         Defendants. | Case No. 2:20-cv-09582-JFW-Ex<br>(Consolidated with 2:20-cv-10844-JFW-Ex)<br><br>**ORDER TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS**<br><br>**Current Deadline: September 19, 2022**<br><br>**Proposed Deadline: October 10, 2022**<br><br>The Honorable John F. Walter |

ORDER TO CONTINUE DEADLINE FOR JOINT STATEMENT ON STATE LAW CLAIMS

**ORDER**

The Court, having read and considered the parties' Stipulation to Continue Deadline for Statement on State Law Claims, and good cause having been shown, hereby ORDERS as follows: The parties' deadline to submit a joint statement regarding whether Plaintiffs intend to pursue their state law causes of action shall be continued from September 19, 2022, to October 10, 2022.

**IT IS SO ORDERED.**

DATED: September 16, 2022

_____
Hon. John F. Walter
Judge of the United States District Court

-1-
ORDER TO CONTINUE DEADLINE FOR JOINT STATEMENT ON STATE LAW CLAIMS