MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT

[*Additional counsel continued on following page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **Case No. 2:20-cv-09582-JFW-E**<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**JOINT STIPULATION RE POST-TRIAL MOTIONS BRIEFING SCHEDULE BETWEEN DEFENDANTS AND PLAINTIFF CHRISTOPHER CHESTER** |
| CHRISTOPHER L. CHESTER,<br><br>　　　　PLAINTIFF,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Trial Date:  August 10, 2022<br><br>The Honorable John F. Walter |

576074.2

JOINT STIPULATION RE POST-TRIAL MOTIONS BRIEFING SCHEDULE BETWEEN DEFENDANTS AND PLAINTIFF CHRISTOPHER CHESTER

[Additional counsel, continued from previous page]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant Los Angeles County Sheriff's Department

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone:   (310) 726-4199
Facsimile:   (310) 414-0486

Attorney for Plaintiff
CHRISTOPHER L. CHESTER

## STIPULATION

Plaintiff Christopher L. Chester ("Plaintiff") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 22, 2022, Defendants filed a Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(a) (the "Rule 50(a) Motion");

WHEREAS, the Court denied Defendants' Rule 50(a) Motion without prejudice to Defendants filing a renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) following the jury's verdict;

WHEREAS, on August 24, 2022, the jury rendered a verdict in favor of Plaintiff;

WHEREAS, the Court entered judgment in this action on August 31, 2022;

WHEREAS, Defendants intend to file a renewed Motions for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) (the "Renewed Motions") in the *Bryant* and *Chester* matters;

WHEREAS, Federal Rule of Civil Procedure 50(b) provides a deadline of 28 days after entry of judgment for Defendants' Renewed Motion;

WHEREAS, Plaintiffs Bryant and Chester intend to file motions for attorneys' fees and related nontaxable expenses pursuant to Federal Rule of Civil procedure 54(d)(2) (the "Fee Motions");

WHEREAS, Federal Rule of Civil Procedure 54(d)(2) provides a deadline of 14 days after entry of judgment for Plaintiffs' Fee Motion' unless a statute or a court order provides otherwise;

WHEREAS, the Parties previously agreed to a briefing schedule with respect to the Renewed Motions and Fee Motions in the *Bryant* and *Chester* matters (*see* Dkt. 436);

WHEREAS, Plaintiff Chester and Defendants have agreed to an amended briefing schedule in the *Chester* matter with respect to Defendants' Renewed Motion and Plaintiff Chester's Fee Motion.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF CHESTER AND DEFENDANTS AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS**:

1. **Defendants' Renewed Motion**: The last day for Defendants to file and serve their Renewed Motion in the *Chester* matter shall be October 12, 2022;

2. The last day for Plaintiff Chester to file an opposition to the Renewed Motion in the *Chester* matter shall be November 2, 2022;

3. The last day for Defendants to file a reply in support of the Renewed Motion in the *Chester* matter shall be November 16, 2022; and

4. The hearing on the Renewed Motion in the *Chester* matter shall be set for the first available date after Defendants' reply is filed.

5. **Plaintiff Chester's Fee Motion**: The last day for Plaintiff Chester to file his Fee Motion is three weeks after the Court rules on the Renewed Motion in the *Chester* matter;

6. The last day for Defendants to file their opposition to Plaintiff Chester's Fee Motion shall be three weeks after the Fee Motion is filed in the *Chester* matter;

7. The last day for Plaintiff Chester to file his reply in support of his Fee Motion in the *Chester* matter shall be two weeks after Defendants' opposition is filed; and

8. The hearing on Plaintiff Chester's Fee Motion in the *Chester* matter shall be set for the first available date after Plaintiff's reply is filed.

The briefing schedule in the *Bryant* matter for Defendants' Renewed Motion and Plaintiff Bryant's Fee Motion shall remain the same as previously set by the

Court.  (*See* Dkt. 441.)

**IT IS SO STIPULATED.**

DATED:  September 21, 2022        OFFICE OF COUNTY COUNSEL


By:  */s/ Jonathan C. McCaverty*
     JONATHAN C. McCAVERTY
     Attorneys for Defendant
     LOS ANGELES COUNTY SHERIFF'S
     DEPARTMENT


DATED:  September 21, 2022        MILLER BARONDESS, LLP


By:  */s/ Mira Hashmall*
     MIRA HASHMALL
     Attorneys for Defendants
     COUNTY OF LOS ANGELES and
     LOS ANGELES COUNTY FIRE
     DEPARTMENT


DATED:  September 21, 2022        JEROME M. JACKSON LAW OFFICES


By:  */s/ Jerome M. Jackson*
     JEROME M. JACKSON
     Attorneys for Plaintiff
     CHRISTOPHER L. CHESTER

576074.2

5

JOINT STIPULATION RE POST-TRIAL MOTIONS BRIEFING SCHEDULE BETWEEN DEFENDANTS AND PLAINTIFF CHRISTOPHER CHESTER

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 21, 2022          MILLER BARONDESS, LLP

By:  */s/ Mira Hashmall*
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT