# EXHIBIT 48

Exhibit 48 - Page 871

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

8/24/22

CENTRAL DISTRICT OF CALIFORNIA
BY: SR  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VANESSA BRYANT,

        Plaintiff,

   v.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY FIRE DEPARTMENT,

        Defendants.

Case No. **CV 20-9582-JFW(Ex)**

(Consolidated with Case No. CV 20-10844-JFW(Ex))

**VERDICT FORM FOR PLAINTIFF VANESSA BRYANT**

Exhibit 48 - Page 872

**PLAINTIFF VANESSA BRYANT'S CLAIM AGAINST DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**

**Question No. 1:** On the claim of Plaintiff Vanessa Bryant against Defendant Los Angeles County Sheriff's Department for violation of her constitutional rights (Section 1983) based on a policy that fails to prevent violations of law by its employees or a failure to train its employees, we, the undersigned jurors, unanimously find in favor of (check one):

    Plaintiff Vanessa Bryant: ✓

    Defendant Los Angeles County Sheriff's Department: _____

Proceed to Question No. 2.

**Question No. 2:** On the claim of Plaintiff Vanessa Bryant against Defendant Los Angeles County Sheriff's Department for violation of her constitutional rights (Section 1983) based on a practice or custom, we, the undersigned jurors, unanimously find in favor of (check one):

    Plaintiff Vanessa Bryant: ✓

    Defendant Los Angeles County Sheriff's Department: _____

If you found in favor of Plaintiff Vanessa Bryant on her claim against Defendant Los Angeles County Sheriff's Department in Question No. 1 or Question No. 2 (or both), answer Question No. 3. Otherwise, skip Question No. 3 and proceed to Question No. 4.

/ / /

/ / /

1

Exhibit 48 - Page 873

1  **Question No. 3:** If you found in favor of Plaintiff Vanessa
2  Bryant on her claim against Defendant Los Angeles County
3  Sheriff's Department in Question No. 1 or Question No. 2 (or
4  both), enter the amount of damages you award Plaintiff
5  Vanessa Bryant for the conduct of Los Angeles County
6  Sheriff's Department and its officers and employees.

   Past physical, mental, and emotional
   pain and suffering, loss of enjoyment
   of life, humiliation, grief, anxiety,
   and emotional distress:                    $ 2.5 Million

   Future physical, mental, and emotional
   pain and suffering, loss of enjoyment
   of life, humiliation, grief, anxiety,
   and emotional distress:                    $ 7.5 Million

13 Proceed to Question No. 4.

**PLAINTIFF VANESSA BRYANT'S CLAIM AGAINST DEFENDANT LOS ANGELES COUNTY FIRE DEPARTMENT**

**Question No. 4:** On the claim of Plaintiff Vanessa Bryant against Defendant Los Angeles County Fire Department for violation of her constitutional rights (Section 1983) based on a policy that fails to prevent violations of law by its employees or a failure to train its employees, we, the undersigned jurors, unanimously find in favor of (check one):

    Plaintiff Vanessa Bryant: ✓

    Defendant Los Angeles County Fire Department: ____

Proceed to Question No. 5.

**Question No. 5:** On the claim of Plaintiff Vanessa Bryant against Defendant Los Angeles County Fire Department for violation of her constitutional rights (Section 1983) based on a practice or custom, we, the undersigned jurors, unanimously find in favor of (check one):

    Plaintiff Vanessa Bryant: ____

    Defendant Los Angeles County Fire Department: ✓

If you found in favor of Plaintiff Vanessa Bryant on her claim against Defendant Los Angeles County Fire Department in Question No. 4 or Question No. 5 (or both), answer Question No. 6. Otherwise, skip Question No. 6 and sign and date the verdict form.

/ / /

/ / /

3

Exhibit 48 - Page 875

**Question No. 6:** If you found in favor of Plaintiff Vanessa Bryant on her claim against Defendant Los Angeles County Fire Department in Question No. 4 or Question No. 5 (or both), enter the amount of damages you award Plaintiff Vanessa Bryant for the conduct of Los Angeles County Fire Department and its officers and employees.

Past physical, mental, and emotional pain and suffering, loss of enjoyment of life, humiliation, grief, anxiety, and emotional distress:   $ 1 Million

Future physical, mental, and emotional pain and suffering, loss of enjoyment of life, humiliation, grief, anxiety, and emotional distress:   $ 5 Million

Sign and date the verdict form.

Date: 8/24/2022                                    /s/
                                           ▇▇▇▇▇▇▇▇▇▇▇▇▇
                                           Presiding Juror

4

Exhibit 48 - Page 876