# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants.<br><br>CHRISTOPHER L. CHESTER,<br><br>    PLAINTIFF,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | **Case No. 2:20-cv-09582-JFW-Ex**<br>(Consolidated with 2:20-cv-10844-JFW-E)<br><br>**ORDER GRANTING JOINT STIPULATION RE MOTION BRIEFING SCHEDULE BETWEEN DEFENDANTS AND PLAINTIFF CHRISTOPHER CHESTER**<br><br>Trial Date: August 10, 2022<br><br>The Honorable John F. Walter |

## **ORDER**

The Court, having reviewed the Stipulation re Motion Briefing Schedule Between Defendants and Plaintiff Chester ("Stipulation") lodged by Plaintiff Christopher L. Chester ("Plaintiff") and Defendants Los Angeles County Sheriff's Department, County of Los Angeles, and Los Angeles County Fire Department (collectively, "Defendants") (together with Plaintiff, the "Parties"), in the *Chester* matter, and for good cause shown, **HEREBY ORDERS** as follows:

576078.2

1. The Stipulation is **GRANTED**.
2. **Defendants' Renewed Motion**: The last day for Defendants to file and serve their Renewed Motion in the *Chester* matter shall be October 12, 2022;
3. The last day for Plaintiff Chester to file an opposition to the Renewed Motion in the *Chester* matter shall be November 2, 2022;
4. The last day for Defendants to file a reply in support of the Renewed Motion in the *Chester* matter shall be November 16, 2022; and
5. The hearing on the Renewed Motion in the *Chester* matter shall be set for the first available date after Defendants' reply is filed.
6. **Plaintiff Chester's Fee Motion**: The last day for Plaintiff Chester to file his Fee Motion is three weeks after the Court rules on the Renewed Motion in the *Chester* matter;
7. The last day for Defendants to file their opposition to Plaintiff Chester's Fee Motion shall be three weeks after the Fee Motion is filed in the *Chester* matter;
8. The last day for Plaintiff Chester to file his reply in support of his Fee Motion in the *Chester* matter shall be two weeks after Defendants' opposition is filed; and
9. The hearing on Plaintiff Chester's Fee Motion in the *Chester* matter shall be set for the first available date after Plaintiff's reply is filed.

The briefing schedule in the *Bryant* matter for Defendants' Renewed Motion and Plaintiff Bryant's Fee Motion shall remain the same as previously set by the Court. (*See* Dkt. 441.)

**IT IS SO ORDERED.**

DATED: September 26, 2022

_____
HON. JOHN F. WALTER
Judge of the United States District Court