1 | MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
2 | JASON H. TOKORO (State Bar No. 252345)
3 | CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
4 | 1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
5 | Telephone: (310) 552-4400
6 | Facsimile: (310) 552-8400

7 | Attorneys for Defendants
COUNTY OF LOS ANGELES and
8 | LOS ANGELES COUNTY FIRE DEPARTMENT

9
10 | *[Additional counsel continued on following page.]*

11

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

| | |
|---|---|
| VANESSA BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al,<br><br>Defendants. | **Case No. 2:20-cv-09582-JFW-E**<br>(Consolidated with 2:20-cv-10844-JFW-E)<br>**ORDER RE:**<br><br>**JOINT STIPULATION RE PLAINTIFF VANESSA BRYANT'S APPLICATION TO THE CLERK TO TAX COSTS** |
| CHRISTOPHER L. CHESTER,<br><br>PLAINTIFF,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al,<br><br>Defendants. | Trial Date: August 10, 2022<br><br>The Honorable John F. Walter |

JOINT STIPULATION RE PLAINTIFF VANESSA BRYANT'S APPLICATION TO THE CLERK TO TAX COSTS

[Additional counsel, continued from previous page]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828
Fax: (213) 626-7446

Attorneys for Defendant Los Angeles County Sheriff's Department

LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
Jennifer.Bryant@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Vanessa Bryant

**STIPULATION**

Plaintiff Vanessa Bryant (Plaintiff) and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department (collectively, Defendants) (together with Plaintiff, the Parties), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 24, 2022, the jury rendered a verdict in favor of Plaintiff, and the Court entered judgment in favor of Plaintiff in this action on August 31, 2022;

WHEREAS, Plaintiff is a prevailing party in this action;

WHEREAS, Local Civil Rule 54-2 of the United States District Court for the Central District of California provides for a prevailing party to request certain costs be taxed by an Application to the Clerk to Tax Costs;

WHEREAS, on September 14, 2022 Plaintiff filed an Application to the Clerk to Tax Costs pursuant to Local Civil Rule 54-2 (the "Application") (Dkt. 456);

WHEREAS, the Application requested the clerk tax $113,198.88 in costs recoverable under Local Civil Rule 54-3 to Defendants;

WHEREAS, the parties have negotiated a compromise regarding the Application to avoid an objection that would require resolution by the Court;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF VANESSA BRYANT AND DEFENDANTS AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS:**

1. Of the total amount requested in Plaintiff's application ($113,198.88), Defendants shall agree to pay Plaintiff $98,817.88.
2. Plaintiff agrees that Defendants' payment of $98,817.88 shall satisfy the Application.
3. Defendants shall forego any challenge or objection to the Application.

**IT IS SO STIPULATED.**

**IT IS SO ORDERED**

September 28, 2022

| | | |
|---|---|---|
| DATED: September 28, 2022 | | OFFICE OF COUNTY COUNSEL |

By: _____/s/ Jonathan C. McCaverty_____
JONATHAN C. McCAVERTY
Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

DATED: September 28, 2022         MILLER BARONDESS, LLP

By: _____/s/ Mira Hashmall_____
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE DEPARTMENT

DATED: September 28, 2022         MUNGER, TOLLES & OLSON

By: _____/s/ Craig Jennings Lavoie_____
CRAIG JENNINGS LAVOIE
Attorneys for Plaintiff
VANESSA BRYANT

ECF CERTIFICATION

The filing attorney attests that Defendants' counsel concurs in the content of, and has authorized, this filing.