MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES,
LOS ANGELES COUNTY FIRE DEPARTMENT

[*Additional counsel continued on following page.*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-09582-JFW-E (Lead Case)**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| CHRISTOPHER L. CHESTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-10844-JFW-E** |

576458.1

Case No. 2:20-cv-09582-JFW-E

JOINT NOTICE OF SETTLEMENT

[[*Additional counsel, continued from previous page:*]]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone: (213) 974-1828

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

JEROME M. JACKSON (State Bar No. 64238)
jmjlaw@aol.com
JEROME M. JACKSON LAW OFFICES
880 Apollo Street, Suite 238
El Segundo, California 90245
Telephone: (310) 726-4199
Facsimile: (310) 414-0486

Attorney for Plaintiff
CHRISTOPHER L. CHESTER

**PLEASE TAKE NOTICE** that Plaintiff Christopher L. Chester ("Plaintiff") and Defendants Los Angeles County Sheriff's Department, County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan, and Tony Imbrenda (collectively, "Defendants") have agreed to settle all claims in the above-entitled action.

DATED: September 30, 2022         OFFICE OF COUNTY COUNSEL

By:   /s/ Jonathan C. McCaverty
      JONATHAN C. McCAVERTY
      Attorneys for Defendant
      LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

DATED: September 30, 2022         MILLER BARONDESS, LLP

By:   /s/ Jason H. Tokoro
      JASON H. TOKORO
      Attorneys for Defendants
      COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE DEPARTMENT

DATED: September 30, 2022         JEROME M. JACKSON LAW OFFICES

By:   /s/ Jerome M. Jackson
      JEROME M. JACKSON
      Attorneys for Plaintiff
      CHRISTOPHER L. CHESTER