MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT

[*Additional counsel continued on following page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-09582-JFW-E (Lead Case)** (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**SECOND JOINT STIPULATION RE MOTION BRIEFING SCHEDULES BETWEEN DEFENDANTS AND PLAINTIFF VANESSA BRYANT** |
| CHRISTOPHER L. CHESTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

579918.1

SECOND JOINT STIPULATION RE MOTION BRIEFING SCHEDULES

[*Additional counsel, continued from previous page:*]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1828

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

LUIS LI (State Bar No. 156081)
luis.li@wsgr.com
ERIC TUTTLE (State Bar No. 248440)
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
craig.lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff
VANESSA BRYANT

**STIPULATION**

Plaintiff Vanessa Bryant and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 22, 2022, Defendants filed a Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(a) (the "Rule 50(a) Motion");

WHEREAS, the Court denied Defendants' Rule 50(a) Motion without prejudice to Defendants filing a renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) following the jury's verdict;

WHEREAS, on August 24, 2022, the jury rendered a verdict in favor of Plaintiffs;

WHEREAS, the Court entered judgment in this action on August 31, 2022;

WHEREAS, Defendants filed a renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) (the "Renewed Motion") on September 21, 2022;

WHEREAS, Plaintiff intends to file a motion for attorneys' fees and related nontaxable expenses pursuant to Federal Rule of Civil procedure 54(d)(2) (the "Fee Motion");

WHEREAS, Federal Rule of Civil Procedure 54(d)(2) provides a deadline of 14 days after entry of judgment for Plaintiff's Fee Motion unless a statute or a court order provides otherwise;

WHEREAS, the Parties previously agreed to a briefing schedule with respect to the Renewed Motion and Fee Motion (*see* Dkt. 436);

WHEREAS, the Parties have agreed to an amended briefing schedule with respect to the Renewed Motion and Fee Motion.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS AS FOLLOWS**:

1. **Renewed Motion:** The last day for Plaintiff to file an opposition to Defendants' renewed Motion pursuant to Federal Rule of Civil Procedure 50(b) (the "Renewed Motion") shall be October 26, 2022;

2. The last day for Defendants to file a reply in support of the Renewed Motion shall be November 9, 2022;

3. The hearing on the Renewed Motion shall be set for the first available date after Defendants' reply is filed;

4. **Fee Motion:** The last day for Plaintiff to file her motion for attorneys' fees and related nontaxable expenses pursuant to Federal Rule of Civil Procedure 54(d)(2) (the "Fee Motion") is three weeks after the Court rules on the Renewed Motion;

5. The last day for Defendants to file their opposition to the Fee Motion shall be three weeks after the Fee Motion is filed;

6. The last day for Plaintiff to file her reply in support of the Fee Motion shall be two weeks after Defendants' opposition is filed; and

7. The hearing on the Fee Motion shall be set for the first available date after Plaintiff's reply is filed.

**IT IS SO STIPULATED.**

DATED: October 7, 2022         OFFICE OF COUNTY COUNSEL

By: */s/ Jonathan C. McCaverty*
 JONATHAN C. McCAVERTY
 Attorneys for Defendant
 LOS ANGELES COUNTY SHERIFF'S
 DEPARTMENT

DATED: October 7, 2022         MILLER BARONDESS, LLP

By: */s/ Mira Hashmall*
 MIRA HASHMALL
 Attorneys for Defendants
 COUNTY OF LOS ANGELES and
 LOS ANGELES COUNTY FIRE
 DEPARTMENT

DATED: October 7, 2022         WILSON SONSINI GOODRICH & ROSATI PC

By: */s/ Luis Li*
 LUIS LI
 Attorneys for Plaintiff
 VANESSA BRYANT

579918.1

5
SECOND JOINT STIPULATION RE MOTION BRIEFING SCHEDULES

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 7, 2022           MILLER BARONDESS, LLP


By: ___/s/ Mira Hashmall___
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT

579918.1