MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT

[*Additional counsel continued on following page.*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-09582-JFW-E (Lead Case)** (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**SECOND JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS** |
| CHRISTOPHER L. CHESTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

579920.1

SECOND JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS

[*Additional counsel, continued from previous page:*]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1828

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

LUIS LI (State Bar No. 156081)
luis.li@wsgr.com
ERIC TUTTLE (State Bar No. 248440)
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
craig.lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff
VANESSA BRYANT

579920.1

2

SECOND JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS

## STIPULATION

Plaintiff Vanessa Bryant and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate to Plaintiff's deadline to submit a statement regarding whether she intends to pursue her state law causes of action, currently set for October 10, 2022, being continued to October 26, 2022, based upon the following good cause:

1. On August 31, 2022, the Court issued an Order instructing Plaintiff to file a statement advising the Court whether she intends to pursue her state law causes of action. (*See* Dkt. 440.)

2. Following the Court's Order, Plaintiff and Defendants have engaged in dialogue regarding Plaintiff's state law claims.

3. The parties previously agreed to a three-week continue of the deadline to submit Plaintiff's statement, which the Court granted—continuing the deadline from September 19, 2022 to October 10, 2022. (*See* Dkt. 458.)

4. The Parties believe a further continuance of the deadline to submit Plaintiff's statement—from October 10 to October 26, 2022—will provide time for their discussions to continue and enable Plaintiff to provide a more definite statement of her intention with respect to the state law claims.

5. The requested continuance is not made with the intent to delay proceedings, nor will a continuance affect any other deadline in the case.

**IT IS SO STIPULATED.**

DATED:  October 7, 2022        OFFICE OF COUNTY COUNSEL

By:   */s/ Jonathan C. McCaverty*
      JONATHAN C. McCAVERTY
      Attorneys for Defendant
      LOS ANGELES COUNTY SHERIFF'S
      DEPARTMENT

DATED:  October 7, 2022        MILLER BARONDESS, LLP

By:   */s/ Mira Hashmall*
      MIRA HASHMALL
      Attorneys for Defendants
      COUNTY OF LOS ANGELES and
      LOS ANGELES COUNTY FIRE
      DEPARTMENT

DATED:  October 7, 2022        WILSON SONSINI GOODRICH & ROSATI PC

By:   */s/ Luis Li*
      LUIS LI
      Attorneys for Plaintiff
      VANESSA BRYANT

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 7, 2022        MILLER BARONDESS, LLP

By:   */s/ Mira Hashmall*
         MIRA HASHMALL
         Attorneys for Defendants
         COUNTY OF LOS ANGELES and
         LOS ANGELES COUNTY FIRE
         DEPARTMENT