MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT

[*Additional counsel continued on following page.*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants.<br>―――――――――――――――<br>CHRISTOPHER L. CHESTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-09582-JFW-E (Lead Case)** (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**THIRD JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

582119.1

THIRD JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS

[*Additional counsel, continued from previous page:*]

JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1828

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT


LUIS LI (State Bar No. 156081)
luis.li@wsgr.com
ERIC TUTTLE (State Bar No. 248440)
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329


CRAIG JENNINGS LAVOIE (State Bar No. 293079)
craig.lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff
VANESSA BRYANT

# STIPULATION

Plaintiff Vanessa Bryant and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate to Plaintiff's deadline to submit a statement regarding whether she intends to pursue her state law causes of action, currently set for October 26, 2022, being continued to November 16, 2022, based upon the following good cause:

1. On August 31, 2022, the Court issued an Order instructing Plaintiff to file a statement advising the Court whether she intends to pursue her state law causes of action. (*See* Dkt. 440.)

2. Following the Court's Order, Plaintiff and Defendants have engaged in dialogue regarding Plaintiff's state law claims.

3. The Parties previously agreed to a three-week continuance of the deadline to submit Plaintiff's statement, which the Court granted—continuing the deadline from September 19, 2022 to October 10, 2022. (*See* Dkt. 458.)

4. The Parties subsequently agreed to a second two-week continuance of the deadline to submit Plaintiff's statement, which the Court granted—continuing the deadline from October 10, 2022 to October 26, 2022. (*See* Dkt. 469.)

5. The Parties believe a further continuance of the deadline to submit Plaintiff's statement—from October 26 to November 16, 2022—will provide time for their discussions to continue and enable Plaintiff to provide a more definite statement of her intention with respect to the state law claims.

6. The requested continuance is not made with the intent to delay proceedings, nor will a continuance affect any other deadline in the case.

**IT IS SO STIPULATED.**

DATED: October 24, 2022          OFFICE OF COUNTY COUNSEL


By:   /s/ Jonathan C. McCaverty
      JONATHAN C. McCAVERTY
      Attorneys for Defendant
      LOS ANGELES COUNTY SHERIFF'S
      DEPARTMENT


DATED: October 24, 2022          MILLER BARONDESS, LLP


By:   /s/ Mira Hashmall
      MIRA HASHMALL
      Attorneys for Defendants
      COUNTY OF LOS ANGELES and
      LOS ANGELES COUNTY FIRE
      DEPARTMENT


DATED: October 24, 2022          WILSON SONSINI GOODRICH & ROSATI PC


By:   /s/ Luis Li
      LUIS LI
      Attorneys for Plaintiff
      VANESSA BRYANT

## SIGNATURE ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 24, 2022        MILLER BARONDESS, LLP


By: _____/s/ Mira Hashmall_____
    MIRA HASHMALL
    Attorneys for Defendants
    COUNTY OF LOS ANGELES and
    LOS ANGELES COUNTY FIRE
    DEPARTMENT