**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VANESSA BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | **CASE NO. 2:20-cv-09582-JFW-Ex**<br>**(Lead Case)**<br>(Consolidated with 2:20-cv-10844-JFW-Ex)<br><br>**ORDER TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS**<br><br>[472]<br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| CHRISTOPHER L. CHESTER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | |

**ORDER**

The Court, having reviewed the Second Stipulation to Continue Deadline for Statement on State Law Claims, and good cause having been shown, **HEREBY ORDERS** as follows:  Plaintiff Vanessa Bryant's deadline to submit a statement regarding whether she intends to pursue her state law causes of action shall be continued from October 26, 2022 to November 16, 2022.

**IT IS SO ORDERED.**

**Date: October 24, 2022**

**HON. JOHN F. WALTER**
**Judge of the United States District Court**

582120.2