1  MIRA HASHMALL (State Bar No. 216842)
   mhashmall@millerbarondess.com
2  JASON H. TOKORO (State Bar No. 252345)
   CASEY B. SYPEK (State Bar No. 291214)
3  MILLER BARONDESS, LLP
4  1999 Avenue of the Stars, Suite 1000
   Los Angeles, California 90067
5  Telephone:   (310) 552-4400
   Facsimile:    (310) 552-8400
6
7  Attorneys for Defendants
   COUNTY OF LOS ANGELES and
8  LOS ANGELES COUNTY FIRE DEPARTMENT
9  [*Additional counsel continued on following page.*]
10
11             **UNITED STATES DISTRICT COURT**
12    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
13

| | |
|---|---|
| 14  VANESSA BRYANT, | **CASE NO. 2:20-cv-09582-JFW-E (Lead Case**) (Consolidated with 2:20-cv-10844-JFW-E) |
| 15          Plaintiff, | |
| 16       v. | **FIFTH JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS** |
| 17  COUNTY OF LOS ANGELES, et al., | |
| 18 | |
| 19          Defendants. | |
| 20  CHRISTOPHER L. CHESTER, | |
| 21          Plaintiff, | Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |
| 22       v. | |
| 23  COUNTY OF LOS ANGELES, et al., | |
| 24 | |
| 25          Defendants. | |

26
27
28

582119.3

FIFTH JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS

1  [*Additional counsel, continued from previous page:*]

2  JONATHAN C. McCAVERTY (State Bar No. 210922)
3  Principal Deputy County Counsel
   jmccaverty@counsel.lacounty.gov
4  OFFICE OF COUNTY COUNSEL
   500 West Temple Street, Suite 468
5  Los Angeles, California 90012
   Telephone:  (213) 974-1828
6
7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8

9  LUIS LI (State Bar No. 156081)
   luis.li@wsgr.com
10 ERIC TUTTLE (State Bar No. 248440)
   WILSON SONSINI GOODRICH & ROSATI
11 633 West Fifth Street, Suite 1550
   Los Angeles, California 90071
12 Telephone:  (323) 210-2900
   Facsimile:   (866) 974-7329
13
14
15 CRAIG JENNINGS LAVOIE (State Bar No. 293079)
   craig.lavoie@mto.com
16 JENNIFER L. BRYANT (State Bar No. 293371)
   MUNGER, TOLLES & OLSON LLP
17 350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071-3426
18 Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
19
20 Attorneys for Plaintiff
   VANESSA BRYANT
21
22
23
24
25
26
27
28

582119.3
2
FIFTH JOINT STIPULATION TO CONTINUE DEADLINE FOR STATEMENT ON STATE LAW CLAIMS

## **STIPULATION**

Plaintiff Vanessa Bryant and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate to Plaintiff's deadline to submit a statement regarding whether she intends to pursue her state law causes of action, currently set for December 14, 2022, being continued to February 28, 2023, based upon the following good cause:

1.      On August 31, 2022, the Court issued an Order instructing Plaintiff to file a statement advising the Court whether she intends to pursue her state law causes of action. (*See* Dkt. 440.)

2.      Following the Court's Order, Plaintiff and Defendants have engaged in dialogue regarding Plaintiff's state law claims.

3.      The Parties previously agreed to a three-week continuance of the deadline to submit Plaintiff's statement, which the Court granted—continuing the deadline from September 19, 2022 to October 10, 2022.  (*See* Dkt. 458.)

4.      The Parties subsequently agreed to a second two-week continuance of the deadline to submit Plaintiff's statement, which the Court granted—continuing the deadline from October 10, 2022 to October 26, 2022.  (*See* Dkt. 469.)

5.      The Parties subsequently agreed to a further three-week continuance of the deadline to submit Plaintiff's statement, which the Court granted—continuing the deadline from October 26, 2022 to November 16, 2022.  (*See* Dkt. 474.)

6.      The Parties subsequently agreed to a further four week continuance of the deadline to submit Plaintiff's statement, which the Court granted—continuing the deadline from November 16, 2022 to December 14, 2022.  (*See* Dkt. 479.)

7.      The Parties believe a further continuance of the deadline to submit Plaintiff's statement—from December 14, 2022 to February 28, 2023—will provide

582119.3

3

1  time for their discussions to continue and enable Plaintiff to provide a more definite

2  statement of her intention with respect to the state law claims.

3       8.    The requested continuance is not made with the intent to delay

4  proceedings, nor will a continuance affect any other deadline in the case.

5  **IT IS SO STIPULATED.**

6

7  DATED:  December 9, 2022       OFFICE OF COUNTY COUNSEL

8

9

10                              By:        */s/ Jonathan C. McCaverty*

11                                   JONATHAN C. McCAVERTY
                               Attorneys for Defendant

12                                 LOS ANGELES COUNTY SHERIFF'S
                               DEPARTMENT

13

14

15  DATED:  December 9, 2022       MILLER BARONDESS, LLP

16

17

18                              By:        */s/ Mira Hashmall*

19                                   MIRA HASHMALL
                               Attorneys for Defendants

20                                 COUNTY OF LOS ANGELES and
                               LOS ANGELES COUNTY FIRE

21                                 DEPARTMENT

22

23

24

25

26

27

28

582119.3

4

1   DATED:  December 9, 2022           WILSON SONSINI GOODRICH & ROSATI
                                        PC
2

3

4
                                        By:   _____/s/ Luis Li_____
5                                             LUIS LI
                                              Attorneys for Plaintiff
6                                             VANESSA BRYANT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

582119.3

5

1

**<u>SIGNATURE ATTESTATION</u>**

2       The other signatories listed, and on whose behalf the filing is submitted,

3  concur in the filing's content and have authorized the filing.

4

5  DATED:  December 9, 2022          MILLER BARONDESS, LLP

6

7

8                                        By:  _____/s/ Mira Hashmall_____

                                               MIRA HASHMALL
9                                              Attorneys for Defendants
                                               COUNTY OF LOS ANGELES and
10                                             LOS ANGELES COUNTY FIRE
                                               DEPARTMENT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28