CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Attorneys for Plantiff Vanessa Bryant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, | **CASE NUMBER**<br>2:20-cv-09582-JFW-Ex |
| PLAINTIFF(S), | |
| v. | |
| COUNTY OF LOS ANGELES, et al., | **APPLICATION TO THE CLERK<br>TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Plaintiff Vanessa Bryant |
| Judgment entered on: | August 31, 2022 |
| Names of party(ies) against whom judgment was entered: | Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department |

Docket #: 439

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: September 14, 2022

Signature: /s/ Craig Jennings Lavoie

Name: Craig Jennings Lavoie

☒ Attorney of Record for: Plaintiff Vanessa Bryant

---

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 113,198.88
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
  ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
  ☐ Filer is not prevailing party (L.R. 54-1).

Date: January 26, 2023

**Kiry K. Gray, District Court Executive/Clerk of Court**

By:   R. Horan Walker
  Deputy Clerk

**Case Title:** <u>Vanessa Bryant v. County of Los Angeles et al</u>; **Case No:** 2:20-cv-09582

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | **L.R. 54-3.1 Clerk's Fees** (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule) | | | | | |
| 1 | $1,500.00 | Tab 1A - Table summary of taxable fees for Clerk's fees<br>Tab 2B - invoice for appearance fee<br>Tab 2C - invoice for appearance fee<br>Tab 2D - invoice for appearance fee | $1,500.00 | | | |
| | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| 2 | $1,449.83 | Tab 2A -Table summary of taxable fees for service of process claimed<br>Tab 2B -  Subpoena to Testify at a Deposition in a Civil Action for witness Victor Gutierrez<br>Tab 2C - Subpoena to a Federal Civil Case for witness Victor Gutierrez<br>Tab 2D - Subpoena to a Federal Civil Case for witness Rafael Mendez, Jr.<br>Tab 2E - Subpoena to a Federal Civil Case for witness Tony Imbrenda<br>Tab 2F - Summons and Complaint for witness Alex Villanueva<br>Tab 2G - Summons and Complaint for County of Los Angeles and County of Los Angeles Sheriff's Department<br>Tab 2H - Subpoena in a Federal Civil Case for witness Luella Weireter<br>Tab 2I - Subpoena in a Federal Civil Case for witness Erik Scott<br>Tab 2J - Subpoena for cell records to CV Corp./New Cingular Wireless, CSC Charter Communication, and Verizon | $1,449.83 | | | |
| | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| 3 | $0.00 | N/A | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 4 | | **L.R. 54-3.4 Transcripts of Court Proceedings** (*order or stipulation required and must be attached*) | | | | |
| | $0.00 | N/A | | | | |
| 5 | | **L.R. 54-3.5 Depositions** (*if order or stipulation required by rule, it must be attached*) | | | | |
| | $77,414.04 | Tab 5A - Table summary of taxable deposition costs claimed<br>Tab 5B - Explanation for reasonable transcript costs with appendix of supporting documentation<br>Tab 5C - invoice for reporting services for depo of witness Anthony Marrone [30 (b)(6)]<br>Tab 5D - invoice for reporting services for depo of witness William McCloud<br>Tab 5E - invoice for reporting services for depo of witness Emily Tauscher<br>Tab 5F - invoice of reporting services for depo of witness Marcus Phillips<br>Tab 5G - invoice for reporting services for depo of witness David Katz<br>Tab 5H - invoice for reporting services for depo of witness Hector Mancinas<br>Tab 5I - invoice for reporting services for depo of witness Jorge Valdez<br>Tab 5J - invoice for reporting services for depo of witness John Satterfield<br>Tab 5K - invoice for reporting services for depo of witness Vanessa Bryant<br>Tab 5L - invoice for reporting services for depo of witness Sky Cornell<br>Tab 5M - invoice for reporting services for depo of witness Luella Weireter<br>Tab 5N - invoice for reporting services for depo of witness James Andrew Smith<br>Tab 5O - invoice for reporting services for depo of witness Michael Russell<br>Tab 5P - invoice for repoting services for depo of witness R. Versales<br>Tab 5Q - invoice for reporting services for depo of witness Tony Imbrenda<br>Tab 5R - invoice for reporting services for depo of witness Rafael Mejia | $77,414.04 | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (Must be itemized below and cross-referenced to attachments.) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|-----|----------------|-----------------------------------------------------------------------------------|----------------|------------------------------|------|------------------------|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | | Tab 5S - invoice for reporting services for depo of witness Joey Cruz | | | | |
| | | Tab 5T - invoice for reporting services for depo of witness Arlin Kahan | | | | |
| | | Tab 5U - invoice for reporting services for depo of witness Matthew Vander Horck | | | | |
| | | Tab 5V- invoice for reporting services for depo of witness Christopher Jauregui | | | | |
| | | Tab 5W - invoice for reporting services for depo of witness Scott Miller | | | | |
| | | Tab 5X - invoice for reporting services for depo of witness Ruby Cable | | | | |
| | | Tab 5Y- invoice for reporting services for depo of witness Ben Sanchez | | | | |
| | | Tab 5Z - invoice for reporting services for depo of witness Travis Kelly | | | | |
| | | Tab 5AA - invoice for reporting services for depo of witness Doug Johnson | | | | |
| | | Tab 5AB - invoice for reporting services for depo of witness Sheriff Alex Villanueva | | | | |
| | | Tab 5AC - invoice for reporting services for depo of witness Nicholas Bonelli | | | | |
| | | Tab 5AD - invoice for reporting services for depo of witness Monica Arnold | | | | |
| | | Tab 5AE - invoice for reporting services for depo of witness Henry Shue | | | | |
| | | Tab 5AF - invoice for reporting services for depo of witness Sharia Washington | | | | |
| | | Tab 5AG - invoice for reporting services for depo of witness Fabio Vargas | | | | |
| | | Tab 5AH - invoice for reporting services for depo of witness Kristina McGuire | | | | |
| | | Tab 5AI - invoice for reporting services for depo of witness Dennis Kneer | | | | |
| | | Tab 5AJ - invoice for reporting services for depo of witness Brian Jordan | | | | |
| | | Tab 5AK - invoice for reporting services for depo of witness David Freskos | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | | Tab 5AL - invoice for reporting services for depo of witness William Jaeger | | | | |
| | | Tab 5AM - invoice for reporting services for depo of witness Justin Diez | | | | |
| | | Tab 5AN - invoice for reporting services for depo of witness Captain Erik Scott | | | | |
| | | Tab 5AO - invoice for reporting services for depo of witness Mark Flores | | | | |
| | | Tab 5AP - invoice for reporting services for depo of witness Rob Pelinka | | | | |
| | | Tab 5AQ - invoice for reporting services for depo of witness Anthony Marrone | | | | |
| | | Tab 5AR - invoice for reporting services for depo of witness Christopher Reed | | | | |
| | | Tab 5AS - invoice for reporting services for depo of witness Kristin Pelinka | | | | |
| | | Tab 5AT - invoice for reporting services for depo of witness Justin Price | | | | |
| | | Tab 5AU - invoice for reporting services for depo of witness Sergeant Robert Boese | | | | |
| | | Tab 5AV - invoice for reporting services for depo of witness Expert Adam Bercovici | | | | |
| | | Tab 5AW - invoice for reporting services for depo of witness Catherine Gasol | | | | |
| | | Tab 5AX - invoice for reporting services for depo of witness Rafael Mendez, Jr. | | | | |
| | | Tab 5AY - invoice for reporting services for depo of witness Victor Gutierrez | | | | |
| | | Tab 5AZ - invoice for reporting services for depo of witness Richard Shaw | | | | |
| | | Tab 5BA - invoice for cost of time in deposition and deposition preparation by Adam Bercovici | | | | |
| | | Tab 5BB - invoice for cost of time in deposition and deposition preparation by David Freskos | | | | |
| | | Tab 5BC - invoice for cost of time in deposition for Richard J. Shaw, M.D. | | | | |
| | | Tab 5BD - invoice for cost of deposition preparation by Richard J. Shaw, M.D. | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | $141.63 | 6A - Attendance and travel fees for witness Luella Weireter<br>6B - Attendance and travel fees for witness Kelli Beard | $141.63 | | | |
| 7 | | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | |
| | $0.00 | N/A | | | | |
| 8 | | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | |
| | $0.00 | N/A | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | |
| | $0.00 | N/A | | | | |
| 10 | **(a)** | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | |
| | | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | |
| | $105.00 | Tab 10(a)A - invoice for 11/9/2021 Courtesy Copy Delivery<br>Tab 10(a)B - Amended Standing Order [Dkt. 83] (highlighted) indicating that delivery of courtesy copies is mandatory | $105.00 | | | |
| | **(b)** | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | |
| | $0.00 | N/A | | | | |
| | **(c)** | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | |
| | $0.00 | N/A | | | | |
| | **(d)** | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | |
| | $0.00 | N/A | | | | |
| | **(e)** | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | |
| | $0.00 | N/A | | | | |
| | **(f)** | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | |
| | $482.00 | Tab 10(f)A - invoice for costs associated with stamping trial exhibits with exhibit numbers | $482.00 | | | |
| | **(g)** | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | $30,422.38 | Tab 10(g)A - summary table of copy costs<br>Tab 10(g)B - copying costs - invoice ALS-000772<br>Tab 10(g)C - copying costs - invoice ALS-000760<br>Tab 10(g)D - copying costs - invoice ALS-000761<br>Tab 10(g)E - copying costs - invoice ALS-000762<br>Tab 10(g)F - copying costs - invoice ALS-000756<br>Tab 10(g)G - copying costs - invoice ALS-000759<br>Tab 10(g)H - Civil Trial Order [Dkt. 280] ordering production of witness binders in this case | $30,422.38 | | | |
| 11 | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | $0.00 | N/A | | | | |
| 12 | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | $0.00 | N/A | | | | |
| 13 | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | $1,684.00 | Tab 13A - summary table of state court costs<br>Tab 13B - payable receipt for Gov't Code 911.2 filing fee on 5/7/20<br>Tab 13C - payable receipt for Gov't Code 911.2 filing fee on 7/17/20<br>Tab 13D - Filing fee for service of complaint to LASC – 9/17/20 | $1,684.00 | | | |
| 14 | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | $0.00 | N/A | | | | |
| 15 | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | $0.00 | N/A | | | | |
| TOTAL | $113,198.88 | | $113,198.88 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>Vanessa Bryant v. County of Los Angeles et al</u>; **Case No:** 2:20-cv-09582

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  <u>28 U.S.C. § 1821(b)</u>.
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit <u>gsa.gov</u> for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. <u>View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.</u>

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Kelly Beard, Windsor Hills, CA | 1 | $40.00 | | | 18 | $11.25 | $51.25 |
| Luella Weireter, Agoura Hills, CA | 1 | $40.00 | | | 80.6 | $50.38 | $90.38 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $141.63 |

*WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)*