LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs Vanessa Bryant, B.B., and C.B.

[*Additional counsel continued on next page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VANESSA BRYANT,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>   Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>JOINT NOTICE OF SETTLEMENT AND STIPULATION TO AMEND COMPLAINT AND SET CASE DEADLINES<br><br>[*Proposed Order Filed Concurrently Herewith*]<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

[*Additional counsel, continued from previous page*]

LOUIS R. MILLER (State Bar No. 54141)
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Tony Imbrenda and Arlin Kahan

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant Los Angeles County Sheriff's Department

---

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO AMEND COMPLAINT
AND SET CASE DEADLINES

Plaintiff Vanessa Bryant and Defendants Los Angeles County Sheriff's Department, County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants") hereby notify the Court that:

(a) they have entered into a settlement agreement resolving the claims asserted by Vanessa Bryant in this matter;

(b) the settlement agreement also resolves similar claims asserted against Defendants by Plaintiff's adult child, Natalia Bryant, and Plaintiff's minor children, B.B. and C.B.;

(c) the settlement agreement as to all parties is conditional upon court approval of the settlement with respect to the minor children, B.B. and C.B.; and

(d) the parties believe it would be most efficient for this Court to consider the petition to approve the settlement with respect to the minor children, for which purpose they have agreed to amend the operative complaint in this case to ensure that the minors' claims being settled are the subject of a pending action in this Court;

(e) amendment of the Complaint to add claims by the minor children is proper under FRCP 15(a)(2), including because there has not yet been a trial of Plaintiff's state law claims and the opposing party consents to the amendment, and under FRCP 20(a), including because the minors' claims arise from the same occurrences as Vanessa Bryant's and present common questions of law and fact; and

(f) amendment of a federal complaint to add claims by additional minor children in order to provide an efficient forum for their proposed settlements to be reviewed and approved is supported by precedent, e.g., *Allen v. Robert's Am. Gourmet Food, Inc.*, No. 2:07-CV-02661, Mot. to Amend to Join Additional Plaintiffs (Dkt. No. 55), 2009 WL 479238 (E.D.N.Y. Jan. 12, 2009), granted Jan. 27, 2009.

-1-
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO AMEND COMPLAINT
AND SET CASE DEADLINES

**Therefore, Plaintiff Vanessa Bryant, on behalf of herself and her minor children B.B. and C.B., and Defendants hereby stipulate as follows**:

(1) Plaintiffs Vanessa Bryant, B.B., and C.B. may file a Second Amended Complaint adding B.B. and C.B. as plaintiffs and asserting claims by B.B. and C.B. that are similar to those asserted by Vanessa Bryant, a copy of which is attached hereto as Exhibit 1;

(2) Defendants waive notice and service of the Second Amended Complaint and shall not be required to answer the amendment, and all denials, responses and affirmative defenses contained in the answer filed by Defendants to the First Amended Complaint shall be deemed responsive to the Second Amended Complaint, including as to allegations by plaintiffs B.B. and C.B.;

(3) The parties shall file a petition to approve the settlement as to minor children B.B. and C.B., consistent with L.R. 17-1.2 *et seq.* and applicable substantive and procedural requirements of California law, no later than March 28, 2023, and any hearing thereon shall be set for the first available date after the petition is filed;

(4) All other case deadlines—including the deadline for Plaintiff Vanessa Bryant file an opposition to Defendants' renewed Motion pursuant to Federal Rule of Civil Procedure 50(b), the deadline for Plaintiff Vanessa Bryant to submit a statement regarding whether she intends to pursue her state law causes of action, and the deadline for Plaintiff Vanessa Bryant to file her motion for attorneys' fees and related nontaxable expenses pursuant to Federal Rule of Civil Procedure 54(d)(2)— shall be vacated pending the parties' filing of and the Court's ruling on the petition to approve the settlement as to the minor children; and

(5) Should it be necessary to reschedule any of the vacated deadlines following the Court's ruling on the petition, the parties shall submit a stipulation for Court approval within one week of the Court's ruling.

| | | |
|---|---|---|
| 1 | DATED: February 28, 2023 | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By:     */s/ Luis Li*<br>        LUIS LI |
| 6 | | |
| 7 | | Attorneys for Plaintiffs Vanessa Bryant, B.B. and C.B |
| 8 | | |
| 9 | DATED: February 28, 2023 | OFFICE OF COUNTY COUNSEL |
| 10 | | |
| 11 | | |
| 12 | | By:     */s/ Jonathan McCaverty*<br>      JONATHAN C. McCAVERTY |
| 13 | | |
| 14 | | Attorneys for Defendant Los Angeles County Sheriff's Department |
| 15 | | |
| 16 | DATED: February 28, 2023 | MILLER BARONDESS, LLP |
| 17 | | |
| 18 | | |
| 19 | | By:     */s/ Jason Tokoro*<br>      JASON H. TOKORO |
| 20 | | |
| 21 | | Attorneys for Defendants County of Los Angeles, Los Angeles county Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales, Arlin Kahan and Tony Imbrenda |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO AMEND COMPLAINT AND SET CASE DEADLINES

**ECF CERTIFICATION**

I, Luis Li, attest under Local Rule 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  February 28, 2023                    */s/ Luis Li*
                                                                           Luis Li