1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | **CASE NO. 2:20-cv-09582-JFW-E**<br>**(Lead Case**) (Consolidated with 2:20-cv-10844-JFW-E)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT AND SET CASE DEADLINES** |
| CHRISTOPHER L. CHESTER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Assigned to the Hon. John F. Walter and Magistrate Judge Charles F. Eick |

50247374.1

## ORDER

The Court, having reviewed the Joint Notice of Settlement and Stipulation to Amend Complaint and Set Case Deadlines ("Stipulation") lodged by Plaintiff Vanessa Bryant (on behalf of herself and her minor children B.B. and C.B.) and Defendants Los Angeles County Sheriff's Department, County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, and Raul Versales (collectively, "Defendants"), and for good cause shown, **HEREBY ORDERS** as follows:

1. The Stipulation is **GRANTED**.
2. Plaintiff Vanessa Bryant and her minor children, B.B. and C.B., may file a Second Amended Complaint (which was attached as Exhibit 1 to the Stipulation) adding B.B. and C.B. as plaintiffs and asserting claims by B.B. and C.B. that are similar to those asserted by Vanessa Bryant;
3. Defendants shall not be required to answer the Second Amended Complaint, and all denials, responses, and affirmative defenses contained in the answer filed by Defendants to the First Amended Complaint shall be deemed responsive to the Second Amended Complaint, including as to allegations by plaintiffs B.B. and C.B.;
4. The parties shall file a petition to approve the settlement as to minor children B.B. and C.B., consistent with L.R. 17-1.2 *et seq.* and applicable substantive and procedural requirements of California law, no later than March 28, 2023, and any hearing thereon shall be set for the first available date after the petition is filed;
5. All other case deadlines—including the deadline for Plaintiff Vanessa Bryant file an opposition to Defendants' renewed Motion pursuant to Federal Rule of Civil Procedure 50(b), the deadline for Plaintiff Vanessa Bryant to submit a statement regarding whether she intends to pursue her state law causes of action, and the deadline for Plaintiff

Vanessa Bryant to file her motion for attorneys' fees and related nontaxable expenses pursuant to Federal Rule of Civil Procedure 54(d)(2)—are vacated pending the parties' filing of and the Court's ruling on the petition to approve the settlement as to the minor children; and

6. Should it be necessary to reschedule any of the vacated deadlines following the Court's ruling on the petition, the parties shall submit a stipulation for Court approval within one week of the Court's ruling.

**IT IS SO ORDERED.**

DATED: _____  _____
HON. JOHN F. WALTER
Judge of the United States District Court