# EXHIBIT C

to the Declaration of Luis Li in Support of Unopposed Petition to Approve Compromise of B.B. and C.B. Minors' Claims

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

## SETTLEMENT & RELEASE AGREEMENT





















8

