LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
ERIC P. TUTTLE (State Bar No. 248440)
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, California 90071
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329

CRAIG JENNINGS LAVOIE (State Bar No. 293079)
Craig.Lavoie@mto.com
JENNIFER L. BRYANT (State Bar No. 293371)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Plaintiffs
[*Counsel continued on next page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT; B.B., a minor, by her mother and general guardian, VANESSA BRYANT; C.B., a minor, by her mother and general guardian, VANESSA BRYANT<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY FIRE DEPARTMENT; JOEY CRUZ; RAFAEL MEJIA; MICHAEL RUSSELL; and RAUL VERSALES,<br><br>Defendants. | Case No. 2:20-cv-09582-JFW-E<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE

[*Additional counsel, continued from previous page*]

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
JASON H. TOKORO (State Bar No. 252345)
CASEY B. SYPEK (State Bar No. 291214)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants
County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales

JONATHAN C. McCAVERTY (State Bar No. 210922)
*Principal Deputy County Counsel*
jmccaverty@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant
Los Angeles County Sheriff's Department

# STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  The dismissal is subject to the parties' stipulation that the Los Angeles County Probate Court in the matters entitled *In re the Matter of The One Minor's Settlement Protection Trust,* Case Number 22STPB08011 and *In re the Matter of The Two Minor's Settlement Protection Trust,* Case Number 22STPB08012 shall have continuing jurisdiction of the settlement funds until B.B. and C.B. reach 18 years of age as required by California Probate Code § 3612 and California Rule of Court 7.903(b).

DATED:  May 31, 2023          WILSON SONSINI GOODRICH & ROSATI

By: ___*/s/Luis Li*___
         LUIS LI

Attorneys for Plaintiffs VANESSA BRYANT; B.B., a minor, by and through her natural mother and general guardian, Vanessa Bryant; and C.B., a minor, by and through her natural mother and general guardian, Vanessa Bryant

DATED:  May 31, 2023          MILLER BARONDESS, LLP

By: ___*/s/Jason Tokoro*___
         JASON TOKORO

Attorneys for Defendants County of Los Angeles, Los Angeles County Fire Department, Joey Cruz, Rafael Mejia, Michael Russell, Raul Versales

1  DATED: May 31, 2023				LOS ANGELES COUNTY COUNSEL

4						By:	*/s/ Jonathan C. McCaverty*
							JONATHAN C. McCAVERTY

						Attorneys for Defendant
						Los Angeles County Sheriff's Department

1 **ECF CERTIFICATION**

2     The filing attorney attests that Defendants' counsel concurs in the content of,
3 and has authorized, this filing.

4
5 DATED: May 31, 2023                        */s/ Luis Li*
                                                                             Luis Li